Colorado Department of Corrections
Name:
Register Number:
Unit:
Box Number:
City, State, Zip
U.S. POSTAGE PITNEY BOWES
ZIP 80216 $ 007.25
02 1W
0001366873 APR 20 2018
PRIORITY





U.S. POSTAGE PITNEY BOWES
ZIP 80216 $ 007.25
02 1W
0001366873 APR 20 2018
PRIORITY
Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver Colorado 80294

