| | |
|---|---|
| Alfred A. Arraj US Courthouse<br>901 19th Street<br>Denver, Colorado 80294<br><br>**Plaintiffs:**<br>Shawnee Ryan, her surviving heirs and estate<br><br>vs<br><br>**Defendants:**<br>**Colorado Department of Corrections, (CDOC)**<br>Rick Raemisch (in personal and professional capacity)<br><br>**State Bureau of Prisons**<br>Travis Trani (in personal and professional capacity)<br><br>**Federal Bureau of Prisons**<br>Mark S. Inch (in personal and professional capacity)<br><br>*Dr. Frost (current, acting Chief Medical Officer (in personal and professional capacity)<br>Dr. Susan Tiona (in personal and professional capacity)<br>Dr. Andrew Martinez (in personal and professional capacity)<br><br>Ryan Long (in personal and professional capacity)<br>David Johnson (in personal and professional capacity)<br>Terry Jacques (in personal and professional capacity)<br><br>Hilary Victoroff N.P. (in personal and professional capacity)<br>Laura Sommerschield N.P. ((in personal and professional capacity)<br><br>**Correctional Health Partners (dba CHP, dba Correctional Health Companies, Inc., dba Correctional healthcare Physicians, P.C., dba CHC Companies, Inc., dba Correctional Corporation of America)** (in personal and professional capacity)<br>**Dr. Jennifer Miecks** (in personal and professional capacity).<br>*Defendant "Frost" first name unknown, with CDOC, all avenues open to offenders, refusing to disclose first name. Court assistance requested.<br>**Defendant "Miecks" (prounced 'Mix") spelling of last name unknown; refused by CDOC, all avenues open to offenders. Court assistance requested. | **FILED**<br>UNITED STATES DISTRICT COURT<br>DENVER, COLORADO<br><br>**APR 23 2018**<br><br>JEFFREY P. COLWELL<br>CLERK |
| **Plaintiff's Representation:**<br>Shawnee Ryan #159496<br>DRDC-Infirmary-5<br>Denver, Colorado 80239<br><br>**Defendants Representation:**<br>Unknown | **Case Number:**<br><br><br>Div.:       Ctrm: |

## MOTION TO SAFEGUARD AND PRESERVE EVIDENCE

Plaintiff, Shawnee Ryan (Ryan), comes now and requests the court to enter an order, against all Defendants, as all have in possession, or access to, all inmate and/or medical and financial records

of and concerning Shawnee Ryan. An order protecting against destruction, alterations, modifications or additions to (records already on file and that are daily added to). **Order requested as a safeguard for protection of the integrity and content of existing evidence.**

Including, but not limited to: inmate; administrative; legal access including all electronic tracking of access by any person to word processing documents of Ryan; parole (including medical parole); medical;, financial; electronic (any kind, including email concerning Ryan); faxed or ever transmitted over government equipment; paper; notes from staffing and/or meetings and conferences; imaged; recorded; scanned or maintained in any way, on any level. Simplistically stated: All mentions of Ryan, in any way, at any time to date, to any party.

**As initially Pro Se, Ryan requests her filing(s) to be interpreted and ordered liberally.** "Pleading of Pro Se plaintiff must be read liberally and should be interpreted to raise strongest arguments that they suggest." Gray v Internal Affairs Bureau S.D.N.Y. Nov 17, 2003, 292 F. Supp 2d 475; (and) "Although inmates complaint was terse and disjointed, especially with respect to "who did what to whom, when, where and why," court construed complaint liberally...light of prose status and determined that it gave sufficient notice to prison medical personnel pursuant to Fed R. Civ. P.8(a)." Carter v Newland (D.Mass. June 26, 2006), 441 F. Supp 2d 208.

Respectfully submitted this ___17th___ day of ___April___, 2018.

Shawnee Ryan