IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG
(**The above civil action number must appear on all future papers sent to the Court in this action.   Failure to include this number may result in a delay in the consideration of your claims.**)

SHAWNEE RYAN, her surviving heirs and estate,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC),
RICK RAEMISCH (in personal and professional capacity),
STATE BUREAU OF PRISONS,
TRAVIS TRANI (in personal and professional capacity),
FEDERAL BUREAU OF PRISONS,
MARK S. INCH (in personal and professional capacity),
DR. FROST (current, acting Chief Medical Officer) (in personal and professional capacity),
DR. SUSAN TIONA (in personal and professional capacity),
DR. ANDREW MARTINEZ (in personal and professional capacity),
RYAN LONG (in personal and professional capacity),
DAVID JOHNSON (in personal and professional capacity),
TERRY JACQUES (in personal and professional capacity),
HILARY VICTOROFF N.P. (in personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (in personal and professional capacity),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America) (in personal and professional capacity), and
DR. JENNIFER MIECKS (in personal and professional capacity),

    Defendants.

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Shawnee Ryan, is a prisoner in the custody of the Colorado Department of Corrections ("CDOC") and is held at the Denver Reception & Diagnostic Center ("DRDC") in Denver, Colorado.   Acting *pro se,* on April 23, 2018, Plaintiff submitted,

1

among other things, a Complaint With Jury Demand (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).   As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is deficient as described in this Order.   Plaintiff is directed to cure the following if she wishes to pursue claims in this action.   Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1) ___ is not submitted
(2) ___ is missing affidavit
(3) XX is missing certified copy of the prisoner's trust fund account (or institutional equivalent) for the **6-month period** immediately preceding this filing obtained from the appropriate official of each prison at which the Plaintiff is or was confined as required by 28 U.S.C. § 1915(a)(2)
(4) ___ is missing certificate showing current balance in prison account (for habeas corpus claims)
(5) ___ is missing required financial information
(6) ___ is missing authorization to calculate and disburse filing fee payments(for civil rights claims under § 1983)
(7) ___ is missing an original signature by the plaintiff
(8) ___ is not on proper form
(9) ___ names in caption do not match names in caption of complaint, petition or habeas application
(10) XX other: a properly supported Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 is necessary only if the $400.00 filing fee is not paid in advance.

**Complaint, Petition, or Application**:
(11) ___ is not submitted
(12) ___ is not on proper form
(13) ___ is missing an original signature by the Plaintiff
(14) ___ is missing page nos.___
(15) ___ uses et al. instead of listing all parties in caption
(16) ___ names in caption do not match names in text
(17) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18) ___ other:

In light of the above-listed deficiencies, it is

2

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.   It is

FURTHER ORDERED that Plaintiff shall either pay the required $400.00 filing fee or obtain and utilize the Court's approved Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 forms, along with the applicable instructions, to cure the filing deficiencies noted in this Order.   All forms may be found on the Court's website at: [www.cod.uscourts.gov](http://www.cod.uscourts.gov), located in the "Quick Links" section of the Court's homepage under "Forms."   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED April 26, 2018, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge

3