IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 09 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. 18 cv 00956-GPG

**PLAINTIFFS:**
Shawnee Ryan, her estate and surviving heirs

vs.

**DEFENDANTS:**
**Colorado Department of Corrections, (CDOC)**
Rick Raemisch (in personal and professional capacity)

**State Bureau of Prisons**
Travis Trani (in personal and professional capacity)

**Federal Bureau of Prisons**
Mark S. Inch (in personal and professional capacity)

*Dr. Frost (current, acting Chief Medical Officer (in personal and professional capacity)
Dr. Susan Tiona (in personal and professional capacity)
Dr. Andrew Martinez (in personal and professional capacity)

Ryan Long (in personal and professional capacity)
David Johnson (in personal and professional capacity)
Terry Jacques (in personal and professional capacity)

Hilary Victoroff N.P. (in personal and professional capacity)
Laura Sommerschield N.P. ((in personal and professional capacity)

Correctional Health Partners (dba CHP, dba Correctional Health Companies, Inc., dba Correctional healthcare Physicians, P.C., dba CHC Companies, Inc., dba Correctional Corporation of America) (in personal and professional capacity)
**Dr. Jennifer Miecks (in personal and professional capacity).

*Defendant "Frost" first name unknown, with CDOC, all avenues open to offenders, refusing to disclose first name. Court assistance requested.
**Defendant "Miecks" (prounced 'Mix") spelling of last name unknown; refused by CDOC, all avenues open to offenders. Court assistance requested.

Case # 18 cv 00956-GPG

Re: Notice to Cure Deficiency Recieved May 1, 2018

Shawnee Ryan, Pro Se, comes now on order to cure the following deficiency: 1) On April 23, 2018, Ryan filed Complaint with Jury Demand (and) Motion For Leave to Proceed. Doing so, with the only statement of account DOC provided to her (and) the signature of certification of prison official (case management P. Bonder.) 2) Ryan, per court order recieved May 1, 2018, submits the 6 month statement recieved now from case management (and) printed from same source. Ryan further re-submits signatures of authorization and certification.

Authorization:

I, Shawnee Ryan, attest that the attached statement is a truthful and accurate statement (and) recieved directly from a prison official. I authorize monthly payment withdrawl from my account, to the court, until filing fee is paid in full.

[signature]
Shawnee K. Ryan

May 2, 2018

**Certificate of Prison Official**

I certify that the attached statement is an accurate copy of the inmate trust fund account statement or institutional equivalent for the past 6 months for the prisoner named below.

Prisoner's Name: Shawnee Ryan

Signature of Prison Official:

_Paul Brass_    PAUL BRASS

Title: CASE MANAGER

May 2, 2018
Date

Certificate of Mailing: I have mailed an original of this: Re: Notice to Cure Deficiency Recieved May 1, 2018 on this 2nd Day of May 2018 to the party below.

Clerk of Court
United States District Court
901-19th Street Room A105
Denver, Colorado 80294-3589

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 05/03/2018 = Page  1

   Account: 159496 RYAN, SHAWNEE K                      DRDC        DRDC/INFR
        To:From Dates   11/03/2017: 05/03/2018
====================================================================================
   Trans Date    Description        Deposits   Withdrawls    Balance       Loc
   ----------   -----------------   ---------  -----------  ------------   ---
   11/03/2017   BALANCE AS OF 11/03/2017                      -376.06
   11/07/2017   1 MEDICAL UNASSIGNED    7.04                  -369.02  DU
   11/14/2017   POSTAGE-DEBIT                     0.46        -369.48  DU
   11/14/2017   XEROX-DEBIT                       1.00        -370.48  DU
   11/16/2017   Canteen Ord#13163364              0.43        -370.91  DU
   11/21/2017   XEROX-DEBIT                       1.50        -372.41  DU
   11/30/2017   RESTITUTION-10CR177               1.41        -373.82  DU
   12/11/2017   1 MEDICAL UNASSIGNED    7.04                  -366.78  DU
   12/12/2017   POSTAGE-DEBIT                     1.55        -368.33  DU
   12/12/2017   POSTAGE-DEBIT                     0.46        -368.79  DU
   12/12/2017   POSTAGE-DEBIT                     0.46        -369.25  DU
   12/13/2017   Canteen Ord#13218439              1.59        -370.84  DU
   12/27/2017   POSTAGE-DEBIT                     0.46        -371.30  DU
   12/27/2017   POSTAGE-DEBIT                     0.46        -371.76  DU
   12/27/2017   XEROX-DEBIT                       5.50        -377.26  DU
   12/30/2017   JPAY CREDIT            50.00                  -327.26  DU
   01/03/2018   POSTAGE-DEBIT                     0.88        -328.14  DU
   01/08/2018   1 MEDICAL UNASSIGNED    6.72                  -321.42  DU
   01/09/2018   Canteen Ord#13276984             14.05        -335.47  DU
   01/17/2018   Canteen Ord#13292183              1.87        -337.34  DU
   01/18/2018   XEROX-DEBIT                       3.75        -341.09  DU
   01/25/2018   POSTAGE-DEBIT                     0.67        -341.76  DU
   01/31/2018   RESTITUTION-10CR177              11.34        -353.10  DU
   02/01/2018   POSTAGE-DEBIT                     0.98        -354.08  DU
   02/08/2018   1 MEDICAL UNASSIGNED    7.36                  -346.72  DU
   02/14/2018   Canteen Ord#13350899              2.09        -348.81  DU
   02/14/2018   POSTAGE-DEBIT                     0.47        -349.28  DU
   02/21/2018   POSTAGE-DEBIT                     0.68        -349.96  DU
   02/27/2018   POSTAGE-DEBIT                     1.00        -350.96  DU
   02/28/2018   RESTITUTION-10CR177               1.47        -352.43  DU
   03/08/2018   POSTAGE-DEBIT                     0.68        -353.11  DU
   03/08/2018   1 MEDICAL UNASSIGNED    6.40                  -346.71  DU
   03/13/2018   Canteen Ord#13406460              3.02        -349.73  DU
   03/16/2018   POSTAGE-DEBIT                     0.50        -350.23  DU
   03/23/2018   POSTAGE-DEBIT                     0.68        -350.91  DU
   03/26/2018   XEROX-DEBIT                       2.00        -352.91  DU
   04/05/2018   JPAY CREDIT            70.00                  -282.91  DU
   04/09/2018   1 MEDICAL UNASSIGNED    7.04                  -275.87  DU
   04/10/2018   POSTAGE-DEBIT                     0.50        -276.37  DU
   04/12/2018   Canteen Ord#13468455             14.31        -290.68  DU
   04/17/2018   XEROX-DEBIT                       0.50        -291.18  DU
   04/17/2018   XEROX-DEBIT                      53.50        -344.68  DU
   04/19/2018   Canteen Ord#13480233              2.73        -347.41  DU
   04/23/2018   XEROX-DEBIT                      54.25        -401.66  DU
   04/25/2018   POSTAGE-DEBIT                    15.00        -416.66  DU
   04/30/2018   RESTITUTION-10CR177              15.41        -432.07  DU
   05/02/2018   JPAY CREDIT           100.00                  -332.07  DU
   05/03/2018   BALANCE AS OF 05/03/2018                      -332.07
====================================================================================
                        Total money order in hold:            0.00
                    Current balance as of 05/03/2018:      -332.07
                       **Reserved/Encumbered Monies:         20.00
                    Available money as of 05/03/2018:        30.00
```



