# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 18 cv 00956-GPG

```
                                    FILED
                          UNITED STATES DISTRICT COURT
                              DENVER, COLORADO

                                 MAY 22 2018

                            JEFFREY P. COLWELL
                                    CLERK
```

**PLAINTIFFS:**
Shawnee Ryan, her estate and surviving heirs

vs.

**DEFENDANTS:**
Colorado Department of Corrections, (CDOC)
Rick Raemisch (in personal and professional capacity)

State Bureau of Prisons
Travis Trani (in personal and professional capacity)

Federal Bureau of Prisons
Mark S. Inch (in personal and professional capacity)

*Dr. Frost (current, acting Chief Medical Officer (in personal and professional capacity)
Dr. Susan Tiona (in personal and professional capacity)
Dr. Andrew Martinez (in personal and professional capacity)

Ryan Long (in personal and professional capacity)
David Johnson (in personal and professional capacity)
Terry Jacques (in personal and professional capacity)

Hilary Victoroff N.P. (in personal and professional capacity)
Laura Sommerschield N.P. ((in personal and professional capacity)

Correctional Health Partners (dba CHP, dba Correctional Health Companies, Inc., dba Correctional healthcare Physicians, P.C., dba CHC Companies, Inc., dba Correctional Corporation of America) (in personal and professional capacity)
**Dr. Jennifer Miecks (in personal and professional capacity).

*Defendant "Frost" first name unknown, with CDOC, all avenues open to offenders, refusing to disclose first name. Court assistance requested.
**Defendant "Miecks" (prounced 'Mix") spelling of last name unknown; refused by CDOC, all avenues open to offenders. Court assistance requested.

---

Pro Se: Shawnee Ryan 159496
Denver Reception & Diagnostic Center (DRDC
Infirmary - 5
P.O. Box 392004
10900 Smith Road
Denver, Colorado 80239

Defendant's Counsel: Unknown

Move for Court's Emergency Intervention

Re: Motion for Court's Emergency Intervention        Page One
                                                    18cv00956

Shawnee Ryan, Plaintiff, comes now:

- On April 23, 2018, Ryan filed a Tort action against all Defendants under "1946 Federal Tort Act (that) allows tort suits against prison officials. USSC held in 1963 that prisoners could maintain any (sustainable) action under the Act", United States v Muniz 374 U.S. 150 (1963)". Case assigned on April 24, 2018 to Magistrate Gallagher. Notice to Ryan to Cure Deficiencies was completed May 10, 2018. Ryan pends service return on Defendants and further orders from the court.

- Also pending in this case are protective injunctions and restraints, as Ryan has declared, under penalty of perjury, to the court that she is in immediate threat of physical risk to life. Ryan's detailing of facts and information, giving substance, is extra ordinary.

- Defendants, with enhanced emphasis on Defendants Frost, Vicoroff and Sommerschield (and) including CDOC et al., returned/forced Ryan back into dense population of Denver Womens. Ryan refers court back to Medical Facts

Re: Motion for Court's Emergency Intervention   Page Two
18 cv 00956

① On though Fight, Ryan requests the court also refresh memory with review of Claim Two Victoroff in Complaint with Jury Demand, as the events of May 18th and facing Ryan now are uncannily similar to Victoroff actions in Claim Two and probability of Ryan meeting same end is in the high 90th percentile as she is now post-transplant with hypogammaglobulinemia and zero immune protections. Ryan pleas the court to act rapidly.

② On Wed May 16, 2018 Dr. John Burke reaffirmed direct written orders for safe high risk immune precautions to remain observed for Ryan. And, reaffirmed no immunizations until full recovery post-transplant in 2019. Those orders, as declared in previous filings, are the same orders stood for the past 16 months; also ordered by CBCI/Dr. Richard Nash and transplant team of PSL; all CMO and in-service staff prior to rotation of Sommerschield and acting CMO Frost. Burke also, on May 16, 2018, reaffirmed all drug orders (including Rediminex) with cautions stated again on Rx, nutrition orders, lab returns to him. Burke also provided Ryan's CBC

Re: Motion for Court's Emergency Intervention, Page Three
18 cv 00956

lab results drawn that day, A reveal, likely due to Burke and Ryan's struggle with Sommerschield who refuses to obey nutrition orders, showing Ryan in downward trend to neutropenia; ANC of 1.0, Platelets @ 67, WBC @ 1.86, RBC @ 3.03.

- Burke also informed Sommerschield of his awareness of Ryan filing litigation to remove Sommerschield from care. Burke re-confirmed then, written orders as stated above.

- Sommerschield reviewed on Thursday, May 17th.

- On Friday, May 18th, security ordered Ryan to pack and return to dense population at Denver Womens. Specifically, into the assigned care of Hilary Victoroff with N.P. Jamie Hendon co-signing acceptance.

- Ryan agreed, But did so, at same time as she went all the way up the chain of command, including Defendant Ryan Long (Warden). Ryan very clearly issued release to access Burke orders from her medical files, Very clearly requested ability to serve upon her assigned litigation coordinators Major Lucille Reux and

Re: Motion for Court's Emergency Intervention Page Four
18 cv 00956

Captain Faulor, Both, ignored and refused. Ryan very clearly stated her needs, the well-known history of risk and harm to Ryan, her medical needs.

• Ryan, was utterly, completely ignored and refused any safety and medical care and monitoring. In exactly the same path as she took Feb. 3, 2017 (Claim Two) on a Friday with her not returning until the following Tuesday. Hilary Victoroff, when Ryan obeyed orders to clear from infirmary, stated, through R.N. Nicole Blanchard and clinic security staff that, "there are no medical orders at this time," "she needs no nursing monitoring," "she goes to Unit 3." Ryan was then moved to the extreme density of Unit 2 in general population. Ryan has no medications orders, nursing orders, must "kite" to re-establish. Ryan has not been "called to medical" (a requirement) and staff refuses her access to clinic. Those refusals include her life-sustaining drug Berlinex daily take (and) access to the dense nutrition which Ryan must take daily. Ryan, with as low of levels as

Re: Motion for Court's Emergency Intervene   Page Five
                                                                18 cv 00956

her CBC of May 17th, are 99% probable as being deeply neutropenic.

- Ryan is as utterly helpless as she was on Feb. 3, 2017 when the same events ended up with 10 days of IC care at Aurora South and near loss of life. Ryan can only write to Burke to advise of situation, which she has done. "If" he is in next Tues. or Wed. he will receive. Ryan is also now told by DOC staff she will be punished and segregated/closed "if" she speaks further.

Ryan pleas:

- "The Thing speaks for Itself." Obviously retaliatory. Obviously done "because they can". Obviously contrived and a well timed pattern of behavior. Obviously done knowingly, willfully at the same time as DOC et al Defendants also know they act outside of law with regard to nurse practitioners and true medical authority.

- Even "if" Ryan's suit, to date, must


Re: Motion for Court's Emergency Intervene Page Six
18 cv 00956

be reviewed further assigned (or) undergo other court needs, Ryan is entitled to safely pursue access. She is at grave risk now and pleads the court to emergency order return to safe infirmary housing while simultaneously ordering adjudicating an emergency hearing on Ryan's injunction and restraint filings.

- Ryan repeats plea for pro bono counsel.

- Ryan apologizes for handwritten instead of typed filing. She has no legal access.

- Ryan requests court serve this motion upon Defendants with other pending services.

- Ryan requests a stamped date/clerk filing copy of this filing be returned to her as acknowledgement of receipt as she has no access to legal mail service at this time.

- Correction of address:
Denver Women's Correctional Facility
Unit 2 - C 114
P.O. Box 392005 (392005)

Re: Motion for Court's Emergency Intervene Page Seven
18 cv 00956

Denver, Colorado 80239

Respectfully submitted May 19, 2018.

*/s/ Shawnee K. Ryan, Plaintiff*

Certificate of Mailing

May 19, 2018, a true original, postage prepaid to entity below

*/s/ Shawnee K. Ryan*

Jeffrey P. Colwell
901 19th Street
Denver, Colorado 80294

Shawnee Ryan
18 cv 00956

Mr Colwell,

1) Please note with filing, formal notice of address change to:

   Shawnee Ryan #159416
   Denver Womens Correctional Facility (DWCF)
   Unit 2-C114  P.O. Box 392005
   Denver, Colorado 80239

2) Please forward a current register of actions.

3) Please return a clerk date stamped receipt of this filing. Thank you. Due to emergency need I have no legal access here.

Thank you,

Shawnee Ryan

* My apologies for difficult handwritten. I had no other alternative.

**Colorado Department Of Corrections**

Name: Sara Cowell
Register Number: 154482
Unit: DWCF-U2-C-114
Box Number: 392005
City, State, Zip: Denver, Colo. 80239

Jeffrey P. Colwell
901 19th Street
Denver, Colorado
80294