# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2018

JEFFREY P. COLWELL
CLERK

Civil Action No. 18 cv 00956 - GPG

**PLAINTIFFS:**
Shawnee Ryan, her estate and surviving heirs

vs.

**DEFENDANTS:**
**Colorado Department of Corrections, (CDOC)**
**Rick Raemisch** (in personal and professional capacity)

**State Bureau of Prisons**
**Travis Trani** (in personal and professional capacity)

**Federal Bureau of Prisons**
**Mark S. Inch** (in personal and professional capacity)

***Dr. Frost (current, acting Chief Medical Officer** (in personal and professional capacity)
**Dr. Susan Tiona** (in personal and professional capacity)
**Dr. Andrew Martinez** (in personal and professional capacity)

**Ryan Long** (in personal and professional capacity)
**David Johnson** (in personal and professional capacity)
**Terry Jacques** (in personal and professional capacity)

**Hilary Victoroff N.P.** (in personal and professional capacity)
**Laura Sommerschield N.P.** ((in personal and professional capacity)

**Correctional Health Partners (dba CHP, dba Correctional Health Companies, Inc., dba Correctional healthcare**
**Physicians, P.C., dba CHC Companies, Inc., dba Correctional Corporation of America)** (in personal and professional
**capacity)**
****Dr. Jennifer Mlecks** (in personal and professional capacity).
*Defendant "Frost" first name unknown, with CDOC, all avenues open to offenders, refusing to disclose first name. Court assistance requested.
**Defendant "Mlecks" (grounded 'Mix") spelling of last name unknown; refused by CDOC, all avenues open to offenders. Court assistance
requested.

Pro Se; Shawnee Ryan
Denver Womans Correctional Facility
Unit 2-C-114
P.O. Box 392005
Denver, Colorado 80239

Supplemental Facts given in Support of Nature for Courts Emergency
Intervention

Shawnee Ryan, Pro Se, comes now filing
original copy of her request for Emergency
Intervention under FR 350.01 to Defendants.

Ryan again apologizes for out-of-format
handwritten, difficult to read filing. Due to
extreme other situation, time is sensitive
and she has no legal access, Ryan asks
the court's indulgence and liberal view.

This court recieves (should recieve) same
day filing, also, of Motion for Court's
Emergency Intervention which this
supplement attaches to;

Respectfully submitted,

[signature]        May 19, 2018

Certificate of Mailing

Same day standard USP, postage prepaid to:

Jeffrey P. Colwell
901  19th Street
Denver, Colorado 80294

( — Copy of Original, others
  And Original
  * to Court )

Shawnee Rya #159496

• AR850-04 Request Emergency Intervention          May 19, 2018

• Also, filed as Supplemental Facts in Support of Motion
  For Court's Emergency Intervention (U.S. 10th District 18cv00956)

  'cc': Executive Director Rick Raemisch (personal and official capacity)
        * Mark S. Inch (personal and official capacity)
        * Travis Trani (personal and official capacity)
        * CMO Dr. Frost (sic) (personal and official / professional
                                capacity)
        (* Copied as one via CDOC headquarters (all) Raemisch)

To:   Warden Ryan Long   (* Case mgmt. copied as one via Long)

• U.S. 10th District Case #18 cv 00956, is not served
  on its Defense date, yet, through the comfort zone of
  what Defendants are used to, source simply speak.

• All information within this communication today,
  can also be found, in the long evidentiary trail
  you already have: grievances, ROI's, case mgmt.,
  chronological letters, kites, step one, two, three; spanning
  apx. 5 years. While it is certainly, anyone
  heres right, to attempt to utilize the standard
  practice of machination of information between
  "blue staff" and "medical", as a means to keep /

Page Two

my issues and needs unresolved (and/or) in hope that finally head still of the Colorado Dept. of Corrections (et al.) will keep the "liability of Shawnee Ryan and the 5 years that's still has been used on her" away from DOC (et al.)'s door; please know that every capability I have to present very well pleaded case-filing to the court, has been done. At this time today, I am simply forced, again by all (current) (and the 4) shortly coming in as amended) to do everything I can within legality and my power, to stay alive.

"Pg. C. Complaint with (Jury Demand)", "... Simplistically stated, if Ryan was entering Kindergarten, she would not be allowed in. There is no religious reason that justifies her signing a waiver nor is Ryan "at fault" and/or "refusing" re-population into DOC (as DOC medical services often claims). Ryan is not being "difficult" or "insubordinate" in insisting outside specialists and standard of care for her diagnoses be followed. Nor, when the only means of effective communication Ryan has; after days, weeks, months, and ofttimes, years (see second, third, fourth, fifth parts of Claim

Page Three

One (and) (Claim Five etal) of exhausting administrative processes available to inmates, is somewhat "brutally honest" communication within those same processes in order to be heard. Ryan, when forced in the absence of CDOC supervision of its staff, is capable and has spoken very plainly, when necessary to protect herself from blatantly obvious incompetency or ignorance of medical ability in a staff member. Such communication is not being "disrespectful". Ryan, is incarcerated in prison, is fatally ill, in extreme medical conditions of institutionalized medicine, attempting, quite simply, to just stay alive until release. Ryan is not at a social event nor is she responsible, as an inmate for the egos of any staff member hired by Society to do specific work from a position of trust that is clearly governed by statutes, constitutionality and well defined rules, procedures and protocol.

With the above reveal quoted, I ask, at this moment, that each and every one of you cease and desist any look at this communication other than factual. Let's just try to get to a safe

Page Four

interim resolution for all, at this time.

To assist, please see below, a partial reveal of law being relied on, as sustainable premise for: A) a prisoner filing tort B) medical malpractice and your nurse practitioners and CMO's, hopefully, doing so, will prevent, any further, anyone tied to ~~Doc~~ et al and Defendants, from "cop talk" "drilling" at me verbally, that I am "out of line." * The court is in place, for all of us now, and ● everyone will have their moment, under that entity.

1) Re Tort ability. "1946a Federal Tort Act allows that suits against prison officials held at USSC level in 1963, that prisoners could maintain any action under the Act. United States v. Muniz  374 U.S. 150 (1963)

2) Medical Malpractice, partially defined, taken from myriad law and black letter case rulings. "Legal Standard of medical malpractice that defines: "Medical personnel who undertake to treat specialized problems are

Page Five

to the standard of care applicable to those specialties even if they do not claim "specialized expertise" and "obliged to exercise the same standard of care while working in a prison as a hospital." ... "causes injury by failing to have and use the knowledge skill and care ordinarily possessed and employed by members of the profession in good standing ... and to avoid malpractice the (doctor) must utilize ordinary knowledge, skill and care in both diagnosis and treatment. Medical personnel who undertake to treat specialized problems are held to the standard of care applicable to those specialties even if they do not claim specialized expertise."

** Let me be clear.

In no way is this communication today, a "pleading" of 18 cv 00956 outside of the court's view (or) being done outside of rules and procedures for Federal civil filings. No technicality [24] is violated here. Major Reux and Captain Faider, both very clearly had the ability on Friday May 18th, 2018, to

Page Six

attend to litigation responsibilities of CDOC (staff), and both, refused (or) ignored (or) avoided doing so. You now have me in extreme high risk of fatality should you (CDOC staff) "gamble" being waged right now, should fail.

\* last page, is my release for one document, from my medical files, to be accessed by intel right now. Defendant Frost already has it. As do Defendants Laura Sommerschied and Hilary Victoroff.

\* Dr. John Burke, M.D. (oncology) is the "member of the profession in good standing" that those (3) individuals (not named), are claiming to be of the same caliber and medical authority - as.

\* I suggest as interim resolution.

   1) Get served, please.

   2) Obey Burke and his authority under DEA regulators of my drug Ritalin, and return

Page Seven

me to High Risk Immune Precautions safe housing in the infirmary. The only "thing" you have "to lose" by doing so while this all works out... is my life. I have Dr. Frost and Dr. Burke's records that Frost has, "very the near fatal Feb. 2017 event that is an incoming duplicate of your actions now. I choose to live.

3) As, on Fri., May 18th, your allegations (complaints) of me being taken to the DWCF clinic resulted in the following:

* Please be very dearly advised that Nurse Victorie, Jamie Harrelson and your staff sent me to population, citing "no medical orders," (no meds and) "has no nursing needs at this time," i.e. nothing is in the computer.

* Really? This is now Day 3.

* As to having current, "(2) known Mirsa (active) patients", multiple Hep C females using same toilets who are in menstrual cycles,

Page Eight

and (1) (Known) recent shingles inmate who has a propensity for activity and multiplicity outbreaks.

And then, there is me. Hypogammaglobulinemia Ryan.

* Dr. Frost, you have an absolute obligation, under law, to truthfully disclose to all those people who are my guardians as a ward of the State. All fully responsible for my life, you are allegedly gambling with, the you, the same caliber as John Burke,

* Other than all else in place please be advised that I feel utterly complete helpless to do anything else, timely enough, to protect myself.

_Suzanne Ryan_

* Director Raemisch, Please consider this also as my request for Emergency Intervention under AR 850-04. * cc: Case mgmt. Malcolm and Bender
(* Capitol One in house)

Shawnee Ryan #159496
May 18, 2018

I authorize CDOC litigation coordinators, Major Roux (and/or) Captain Foulker (and/or) their designee, to access one medical set of documents, dated Wed. May 16, 2018 (or May 17, 2018) from Dr. John Burke M.D. That consist of:

→ His notes and written orders affirming safe housing, high risk immune precautions / neutropenic precautions. (Precautions status between the (2) levels fluctuates daily / weekly, and are solely monitored and controlled by Burke and DEA regulators as the sole authority).

→ And, Burke's specific rx's, and duplicated orders for same date, with further affirmation of his authority.

# CDOC medical does not have, nor has had, any ability to over-ride Burke and Federal authority, due to the drug Revlimid, since Feb. 2015.

Shawnee K. Ryan      5-18-18



Colorado Department Of Corrections

Name Charles

Register Number 134426

Unit DWF-3-C114

Box Number 392005

City, State, Zip Denver Colo, 80239

Jeffrey P. Colwell
901 19th Street
Denver, Colorado
80294

802594825000  0084