IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG
(**The above civil action number must appear on all future papers
sent to the Court in this action.   Failure to include this number
may result in a delay in the consideration of your claims.**)

SHAWNEE RYAN, her surviving heirs and estate,

     Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC),
RICK RAEMISCH (in personal and professional capacity),
STATE BUREAU OF PRISONS,
TRAVIS TRANI (in personal and professional capacity),
FEDERAL BUREAU OF PRISONS,
MARK S. INCH (in personal and professional capacity),
DR. FROST (current, acting Chief Medical Officer) (in personal and professional
capacity),
DR. SUSAN TIONA (in personal and professional capacity),
DR. ANDREW MARTINEZ (in personal and professional capacity),
RYAN LONG (in personal and professional capacity),
DAVID JOHNSON (in personal and professional capacity),
TERRY JACQUES (in personal and professional capacity),
HILARY VICTOROFF N.P. (in personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (in personal and professional capacity),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies,
Inc., dba Correctional Corporation of America) (in personal and professional capacity),
and
DR. JENNIFER MIECKS (in personal and professional capacity),

     Defendants.

---

**ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915**

---

Plaintiff, Shawnee Ryan, is a prisoner in the custody of the Colorado Department

of Corrections ("CDOC") and is held at the Denver Reception & Diagnostic Center

("DRDC") in Denver, Colorado.   Acting *pro se*, on April 23, 2018, Plaintiff submitted,

1

among other things, a Complaint With Jury Demand (ECF No. 1) and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 (ECF No. 3).   The Court was unable to process Plaintiff's request to proceed without prepayment of fees and costs because the required 6-month inmate account statement was not provided in the materials filed by the Plaintiff. On April 26, 2018, the Court issued an Order Directing Plaintiff to Cure Deficiencies instructing the Plaintiff to provide the 6-month inmate account statement required by 28 U.S.C. § 1915(a)(2).   (ECF No. 10).   Plaintiff filed her response to the Court's Order on May 9, 2018 and it was docketed into the record for the Court's attention on May 10, 2018.   (ECF No. 11).

Based on the information concerning Plaintiff's financial status contained in the Motion and Affidavit, together with the supplemental information provided to the Court on May 10, 2018, the Court finds that Plaintiff is unable to pay an initial partial filing fee pursuant to § 1915(b)(1).

Title 28 U.S.C. § 1915 requires a prisoner bringing a civil action "to pay the full amount of a filing fee."   28 U.S.C. § 1915(b)(1).   If a prisoner is unable to afford the full amount of the filing fee when the case is filed, the statute provides for payment of the filing fee through an initial partial filing fee and monthly installments of the balance until the full filing fee is paid.   However, "[i]n no event shall a prisoner be prohibited from bringing a civil action or appealing a civil or criminal judgment for the reason that the prisoner has no assets and no means by which to pay the initial partial filing fee."   28 U.S.C. § 1915(b)(4).

Plaintiff may proceed in this action without payment of an initial partial filing fee. However, although she need not pay an initial partial filing fee, Plaintiff remains obligated to pay the required $350.00 filing fee through monthly installments regardless of the

outcome of this action.   Plaintiff has consented to disbursement of partial payments of the filing fee from her prison account. (ECF No. 3 at 3-4).   Accordingly, it is

ORDERED that the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, together with the supplemental information provided on May 10, 2018, **(ECF No. 3)** is **GRANTED**.   It is

FURTHER ORDERED that Plaintiff may proceed in this action without payment of an initial partial filing fee.   It is

FURTHER ORDERED that Plaintiff's custodian shall disburse from Plaintiff's prison account monthly payments of 20 percent of the preceding month's income credited to this prison account until Plaintiff has paid the total filing fee of $350.00.   *See* 28 U.S.C. §1915(b)(2).   Interference by Plaintiff in the submission of these funds will result in the dismissal of this action.   It is

FURTHER ORDERED that Plaintiff is advised that notwithstanding any filing fee, or any portion thereof, that may have been paid, the Court shall dismiss at any time all or any part of such complaint which (1) is frivolous or malicious; (2) fails to state a claim on which relief can be granted; or (3) seeks monetary relief from a defendant who is immune from such relief.   *See* 28 U.S.C. §1915A(b); 28 U.S.C. § 1915(e)(2).   It is

FURTHER ORDERED that the Clerk of the Court shall send a copy of this Order to DOC_inmateaccounts@state.co.us.   It is

FURTHER ORDERED that the court review the complaint pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if the complaint is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief against a defendant who is immune from such relief.   It is

FURTHER ORDERED that the Clerk of the Court shall not issue process until further order of the Court.

DATED May 24, 2018, at Denver, Colorado.

BY THE COURT:

 s/ Gordon P. Gallagher          
United States Magistrate Judge