IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN, her surviving heirs and estate,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC),
RICK RAEMISCH (in personal and professional capacity),
STATE BUREAU OF PRISONS,
TRAVIS TRANI (in personal and professional capacity),
FEDERAL BUREAU OF PRISONS,
MARK S. INCH (in personal and professional capacity),
DR. FROST (current, acting Chief Medical Officer) (in personal and professional capacity),
DR. SUSAN TIONA (in personal and professional capacity),
DR. ANDREW MARTINEZ (in personal and professional capacity),
RYAN LONG (in personal and professional capacity),
DAVID JOHNSON (in personal and professional capacity),
TERRY JACQUES (in personal and professional capacity),
HILARY VICTOROFF N.P. (in personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (in personal and professional capacity),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America) (in personal and professional capacity), and
DR. JENNIFER MIECKS (in personal and professional capacity),

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's Objection to Denial of Pro Bono Counsel Appointment as Premature With Request to Reconsider (and/or) Place Into Abeyance **(ECF No. 19)** is **overruled** and her further request for appointment of counsel **denied** without prejudice as premature. As Plaintiff has previously been advised in the Court's Orders of May 24, 2018 (ECF No. 15) and May 31, 2018 (ECF No. 16), if this case passes initial review and is drawn to a presiding judge, Plaintiff may renew her motion for appointment of counsel at that time.

    Plaintiff has up to and including **July 12, 2018**, to file an amended complaint in this action. Plaintiff is reminded that the action will be dismissed without further notice if she fails to file an amended complaint as previously directed within the time allowed.

    Dated:   June 15, 2018