FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2018

JEFFREY P. COLWELL
CLERK

United States District Court
District of Colorado

Civil Action No. 18-cv-00956-GPG

Shawnee Ryan, Plaintiff

v.

United States of America (United States)
Federal Bureau of Prisons (et al)
Colorado Department of Corrections (et al)
Correctional Health Partners (dba CHP,
  dba Correctional Health Companies, Inc.,
  dba Correctional Corporation of America,
  dba Physician Health Partners, dba CHP
  Companies Inc., dba Correctional
  Healthcare Physicians, P.C. (et al)
Dr. Jennifer Mix M.D. (personal capacity)
Dr. Susan Tiona M.D. (personal capacity)
Hilary Victoroff N.P. (personal capacity)
Laura Sommerschield N.P. (personal capacity)

Defendants

Pursuant to Court's Order to
  Provide service addresses
  for Defendants

① Pursuant to Court's Order to provide service addresses for Defendants:

Re: United States; Defendant's electronic service address is not available to an inmate and is unknown. Defendant is served electronically by the Court. Plaintiff has no access to physical directories for physical address and locations to physically serve.

Re: Federal Bureau of Prisons (et al): Defendant's electronic service address is not available to an inmate and is unknown. Defendant is served electronically by the Court. Plaintiff has no access to physical directories for physical address and locations to physically serve. The only physical address Plaintiff has is:
Englewood Federal Correctional Institution
9595 Quincy Blvd.
Littleton, Colorado 80123

Re: Colorado Department of Corrections (et al) Defendant (and) current and former employees (Trona, Victoroff, Sommersshield) are served

② electronically by the Court. Inmates (per Litigation Coordinator, CDOC and AR) are not allowed access to past and current employee personal information, for security purposes. Defendants are served through electronic address not available to inmates. Physical address of CDOC (et al) is:

    Colorado Department of Corrections
    1250 Academy Park Loop
    Colorado Springs, Colorado 80910

• Re: CHP (et al), known physical address(es) for Defendant are:

    Correctional Health Partners
    1125 17th Street Suite 1010
    Denver, Colorado 80202

(and) the dba of Physician Health Partners:
    1515 Arapahoe Street Suite #300
    Denver, Colorado 80202

Plaintiff remains within service by U.S. Marshals as, Pro Se indigent granted leave to Proceed (aprx) May 24, 2018

• Dr. Jennifer Mix M.D. is served as "CHP (et al)

3) Plaintiff's Summons forms were submitted, file stamped by clerk on (aprx) April 23, 2018. Assumption made that if the court requires those forms to carry a corrected (amended) header, she will be ordered to do so.

Respectfully submitted this 11th day of July, 2018.

*/s/ S. Ryan*

Shawnee K. Ryan, Plaintiff

Certificate of Mailing

By placing same, postage prepaid, in CDOC legal mail system July 12, 2018.

*/s/ S. Ryan*

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Room A-105
Denver, Colorado 80294

3

