Civil Action No. 18 cv 00956

Plaintiff: Shawnee Ryan

July 11, 2018

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 17 2018
JEFFREY P. COLWELL
CLERK

To the Court:

Enclosed, is ordered amendment. Since April 20, 2018; CDOC has not employed a law librarian for the Denver Complex. At best, very erratic and intermittent substitutes have come in, (1) to (2) days per week, for (2) hrs. at a time, to accommodate both female and male populations. Effective Friday, July 13th, 2018; a new librarian begins.

Ryan, has been housed in the DRDC segregated infirmary unit, as a female, for 18 months. A unit even more isolated from legal access than administrative segregation. When given access, research and typing are exceptionally limited. There has been, and remains, zero ability

(1)

to access forms, paper templates, format and typing ability that complies with the court's order to utilize the court's template.

All Ryan can do to meet deadline, is handwritten duplicate in as close to the same form, specific questions and information orders.

As soon as Ryan has infirmary legal access returned, she will for legibility and clarity, type verbatim all handwritten filings made now.

Respectfully submitted,

Shawnee Ryan

