United States District Court for the
District of Colorado

Civil Action No. 18-cv-00956-GPG

Shawnee Ryan, Plaintiff

v.

United States of America (United States)
Federal Bureau of Prisons (et al)
Colorado Department of Corrections (et al)
Correctional Health Partners (dba CHP,
  dba Correctional Health Companies, Inc,
  dba Correctional Corporation of America,
  dba Physician Health Partners, dba CHP
  Companies Inc., dba Correctional
  Healthcare Physicians, P.C. (et al)
Dr. Jennifer Mix M.D., (personal capacity)
Dr. Susan Tiona M.D. (personal capacity)
Hilary Victoroff N.P. (personal capacity)
Laura Sommerschield N.P. (personal capacity)

Defendants

Motion the Court to take Judicial Notice
of its own Records

(1) Plaintiff Shawnee Ryan (Ryan) comes now.

Ryan formally moves the Court to take Judicial Notice of its own records, filed from April 23, 2018 through June 15, 2018.

Respectfully submitted this 12th day of July, 2018.

Shawnee K. Ryan

Certificate of Mailing

Placed, prepaid, in CDOC legal mail system on July 12, 2018.

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Room A-105
Denver, Colorado 80294

