**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18 – cv – 00956 – GPG**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 30 2018
JEFFREY P. COLWELL
CLERK

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**

**UNITED STATES OF AMERICA (United States)**
**FEDERAL BUREAU OF PRISONS (et al)**
**COLORADO DEPARTMENT OF CORRECTIONS (et al) (CDOC)**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc., dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies, Inc., dba Correctional Healthcare Physicians, P.C.)**
**DR. JENNIFER MIX, M.D. (personal capacity)**
**DR. SUS AN TIONA M.D. (personal capacity)**
**HILARY VICTOROFF N.P. (personal capacity)**
**LAURA SOMMERSCHIELD N.P. (personal capacity)**

---

PURSUANT TO COURT'S ORDER TO PROVIDE SERVICE ADDRESSES FOR DEFENDANTS

---

Pursuant to Court's Order to provide service addresses for Defendants:

**Re: United States**: Defendant's electronic service address is not available to an inmate and is unknown. Defendant is served electronically by the Court. Plaintiff has no access to physical directories for physical address and locations to physically serve.

**Re: Federal Bureau of Prisons**: Defendant's electronic service address is not available to an inmate and is unknown. Defendant is served electronically by the Court. Plaintiff has no access to physical directories for physical address and locations to physically serve. The only physical address Plaintiff has, is:

Englewood Federal Correctional Institution
9595 Quincy Blvd.
Littleton, Colorado 80123

**Re: Colorado Department of Corrections (et al)**: Defendant (and) current and former employees (Tiona, Victoroff, Sommerschield) are served electronically by the Court. Inmates (per Litigation Coordinator, CDOC (and) AR) are not allowed access to past and current

employee personal information for security purposes. Defendants are served through electronic address not available to inmates. Physical address of CDOC (et al) is:

Colorado Department of Corrections
1250 Academy Park Loop
Colorado Springs, Colorado 80910

**Re: CHP (et al):** Known physical address(es) for Defendants are:

Correctional Health Partners
1125 17th Street Suite 100
Denver, Colorado 80202

**Re: dba of Physician Health Partners:**

Physician Health Partners
1515 Arapahoe Street Suite #300
Denver, Colorado 80202

Plaintiff remains within service by U.S. Marshals as Pro Se, indigent granted Leave To Proceed (aprx) May 24, 2018.

- **Dr. Jennifer Mix M.D.** served as "CHP" (et al).

Plaintiffs 'Summons' forms were submitted, file stamped by clerk, on (aprx) April 23, 2018. Assumption made that if the court requires those forms to carry a corrected (amended) header; she will be ordered to do so.

Respectfully submitted this 11th day of July, 2018.

Shawnee K. Ryan

CERTIFICATE OF MAILING: By placing same, postage prepaid, in CDOC legal mail system July 12, 2018.

Shawnee K. Ryan

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Room A-105
Denver, Colorado 80294

**Colorado Department Of Corrections**

Name Shawnee Ryan

Register Number 159496

Unit DRDC-Infirmary-3

Box Number 392004

City, State, Zip Denver, CO 80239

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE

U.S. POSTAGE PITNEY BOWES
ZIP 80216 $ 001.10⁰
02 1W
0001361571 JUL 26 2018

Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street Room A-105
Denver, Colorado 80295

DRDC — FACILITY
7-25-18 — DATE REC'D
Richardson — STAFF LAST NAME
11679 — ID #
JB — INT
159496 — DOC#
RYAN — OFFENDER LAST NAME
SR — INT