IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

```
                                          FILED
                                 UNITED STATES DISTRICT COURT
                                      DENVER, COLORADO

                                       JUL 30 2018

                                   JEFFREY P. COLWELL
                                            CLERK
```

Civil Action No.   18 – cv – 00956 – GPG

SHAWNEE RYAN,   Plaintiff

V.

Defendants:

UNITED STATES OF AMERICA  (United States)
FEDERAL BUREAU OF PRISONS  (et al)
COLORADO DEPARTMENT OF CORRECTIONS (et al) (CDOC)
CORRECTIONAL HEALTH PARTNERS (et al)  (dba Correctional Health Partners, Inc., dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies, Inc., dba Correctional Healthcare Physicians, P.C.)
DR. JENNIFER MIX, M.D. (personal capacity)
DR. SUS AN TIONA M.D. (personal capacity)
HILARY VICTOROFF N.P. (personal capacity)
LAURA SOMMERSCHIELD N.P. (personal capacity)

---

**MOTION COURT TO TAKE JUDICIAL NOTICE OF ITS OWN RECORDS**

---

Plaintiff Shawnee Ryan (Ryan) comes now:

Ryan formally moves the Court to take Judicial Notice of its own records, filed from April 23, 2018 through June 15, 2018.


Respectfully submitted this 12th day of July, 2018.

*[signature]*
Shawnee K. Ryan

CERTIFICATE OF MAILING:  Placed postage prepaid in CDOC legal mail system on July 12, 2018.

*[signature]*
Shawnee K. Ryan

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Room A-105
Denver, Colorado  80294

Shawnee Ryan #159496
Re: 18-cv-00956-GPG

To the Court:

Enclosed are the typed, verbatim copies of July 12, 2018 amendment filings.

Typed for legibility, clarity and format needs as soon as I was given legal access in the DRDC Infirmary.

Thank you,

Shawnee Ryan

# CIVIL COVER SHEET
## (NOTE: Originally submitted as handwritten July 12, 2018)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Shawnee Ryan | United States of America (United States) |
| | Federal Bureau of Prisons (et al) |
| | Colorado Department of Corrections (et al) |
| | Correctional Health Partners (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, Dba CHP Companies, Inc., dba Correctional Healthcare Physicians, P.C.) (et al) |
| (b) County of Residence of First Listed Plaintiff **Denver County** *(EXCEPT IN U.S. PLAINTIFF CASES)* | Dr. Jennifer Mix M.D. (personal capacity) |
| | Dr. Susan Tiona M.D. (personal capacity) |
| | Hilary Victoroff N.P. (personal capacity) |
| | Laura Sommerschield N.P. (personal capacity) |
| (c) Attorneys *(Firm Name, Address and Telephone Number)* | County of Residence of First Listed Defendant: **El Paso Coun** *(IN U.S. PLAINTIFF CASES ONLY)* |
| Pro Se: Shawnee Ryan #159496 | Attorneys *(If Known)* |
| DRDC – Infirmary -3 | **Unknown** |
| P.O. Box 392004 | |
| Denver, Colorado 80239 | |

### BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ U.S. Government Plaintiff | **X** 3 Federal Question | *(U.S. Government Not a Party)* |
| ☐ U.S. Government Defendant | ☐ 4 Diversity | *(Indicate Citizenship of Parties in Item III)* |

### III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of this State | **X** 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated or Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign County | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐625 Drug Related Seizure of Property 21 USC 881 | ☐422 Appeal 28 USC 158 | ☐375 False Claims Act |
| urance | ☐310 Airplane | ☐365 Personal Injury - Product Liability | ☐690 Other | ☐423 Withdrawal 28 USC 157 | ☐376 Qui Tam (31 USC 3729(a)) |
| ine | ☐315 Airplane Product Liability | ☐367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐400 State Reapportionment |
| ler Act | ☐320 Assault, Libel & Slander | | | PROPERTY RIGHTS | ☐410 Antitrust |
| otiable Instrument | | | | ☐820 Copyrights | ☐430 Banks and Banking |
| overy of Overpayment orcement of Judgment | ☐330 Federal employers' Liability | ☐368 Asbestos Personal Injury Product Liability | | ☐830 Patent | ☐4560 Commerce |
| dicare Act | ☐340 Marine | PERSONAL PROPERTY | | ☐840 Trademark | ☐460 Deportation |
| overy of Defaulted t Loans (Excl Veterans) | ☐345 Marine Product Liability | ☐370 Other Fraud | LABOR | SOCIAL SECURITY | ☐470 Racketeer Influenced and Corrupt Organizations |
| overy of Overpayment of eran's Benefits | ☐350 Motor Vehicle | ☐371 Truth in Lending | ☐710 Fair Labor Standards Act | ☐861 HIA (1395ff) | ☐480 Consumer Credit |
| kholders' Suits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐490 Cable/Sat TV |
| er Contract | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐740 Railway Labor Act | ☐863 DIWC/DIWW (405(g)) | ☐850 Securities/Commodities/ Exchange |
| tract Product Liability | ☐362 Personal Injury Med. Malpractice | | ☐751 Family and Medical Leave Act | ☐864 SSID Title XVI | ☐890 Other Statutory Actions |
| achise | | | | ☐865 RSI (405(g)) | ☐891 Agricultural Acts |
| | | | ☐790 Other Labor Litigation | | ☐893 Environmental Matters |
| AL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐791 Empl. Ret. Inc. Security Act | TAX SUITS | ☐895 Freedom of Information Act |
| d Condemnation | ☐440 Other Civil Rights | Habeas Corpus | | ☐870 Taxes (U.S. Plaintiffs or Defendant) | ☐896 Arbitration |
| eclosure | ☐441 Voting | ☐463 Alien Detainee | | | |
| t Lease & Ejectment | ☐442 Employment | ☐510 Motions to Vacate Sentence | | ☐871 IRS – Third Party 26 USC 7609 | ☐899 Administrative Procedure Act/Review or appeal of Agency Decision |
| ts to Land | ☐443 Housing/ Accommodations | **X** 530 General | | | |
| t Product Liability | ☐445 Amer. w/Disabilities Employment | ☐535 Death Penalty Other: | IMMIGRATION | | ☐950 Constitutionality of State Statutes |
| Other Real Property | ☐446 Amer. w/Disabilities Other | ☐540 Mandamus & Other | ☐462 Naturalization Application | | |
| | | ☐550 Civil Rights | ☐465 Other Immigration Actions | | |

1

|  | ☐ 448 Education | ☐ 555 Prison condition<br>☐ 560 Civil Detainee-<br>Conditions of Confinement |  |  |  |

IGIN *(Place an "X" in One Box Only)*

|  |  |  |  | Transferred from |  | Appeal to District |
|---|---|---|---|---|---|---|
| Original<br>oceeding | ☐ 2 Removed from<br>State Court | ☐ 3 Remanded from<br>Appellate Court | ☐ 4 Reinstated or<br>Reopened | ☐ 5 another district<br>*(specify)* | ☐ 6 Multidistrict<br>Litigation | ☐ 7 Judge from<br>Magistrate Judgment |

| USE OF ACTION | Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:<br>**Primary, but not limited to:**<br>• 42 U.S.C. 1331 (1) and 1343<br>• Eighth and Fourteenth Amendments to United States Constitution<br>• Federal Tort Claims Act 28 U.S.C. 1346 (b)<br>• 42 USCS (201), Title 42 Public Health and Welfare Chapter 6A; specific to Affordable Health Care Act, Inmate Catastrophic Medicaid Provisions; Title 42 C.F.R. Part 435, 1009 (a) (1). (Incorporated into State of Colorado Department of Health Care Policy and Financing HCPF 14-006)<br>• 18 USCS 4042:  Duties of the Bureau of Prisons: " In general…under the direction of the Attorney General shall; (4).."<br>• Pennhurst State School & Hospital v Halderman, 465 US 89, 107, 109, 109 n. 17, 114 n. 25, 104 S. t. 900 (1984) wherein Court can enforce state law to protect a constitutional right (and) wherein Court can use as foundation to **determine what party is responsible for a federal law violation.** |
|---|---|
|  | Brief description of cause:: This suit is a civil rights action filed by Plaintiff Shawnee Ryan, an inmate in the custody of the Colorado Dept. of Corrections for actual damages, prospective reliefs and injunctive reliefs under 42 U.S. C. 1983; alleging denial of medical care in violation of the Eighth Amendment to the United States Constitution (Defendants 1,2,3).  Plaintiff further alleges the torts of medical malpractice, negligence, reckless disregard, technical assault and battery and complicity under FTCA 28 U.,S.C. 1346 (b), 2671-80. (Defendants 4,5,6,7,8) |

| QUESTED IN<br>MPLAINT | ☐ CHECK IF THIS IS A CLASS ACTION<br>UNDER F.R.C.P. 23 | DEMAND | CHECK YES only if demanded in complaint<br>JURY DEMAND **X** Yes ☐ No |
|---|---|---|---|

1) Issue declatory judgment that defendants United States, Federal Bureau of Prisons failed to instill the new
new federal law of the Inmate Catastrophic Medicaid Provisions into the US correctional system (et al) and the
Colorado Dept. of Corrections (et al) to the extent that Ryan's Eighth Amendment right to adequate medical care
Was denied.  2)  Issue declatory judgment that CDOC (et al) (Colorado Department of Corrections) contractually
Placed Defendant CHP (et al) as the official authority to institute CDOC (et al) official policies specific to the Inmate Catastrophic Medicaid Provisions (and) act within that capacity to approve and deny Medicaid covered and governed medical care to Ryan. 3) Defendant CDOC (et al), by failing to obey state statute(s), Dept. of
Regulatory Agency (DORA) and State Board licensing parameters (and) fail to exercise reasonably prudent care in a unique, highly complex and high risk for life needs medical case that Ryan is; and allowing registered  nurses Victoroff and Sommerschield  to treat Ryan outside the orders of medical specialists and surgeons; did commit technical assault and battery in violation of the Eighth and Fourteenth Amendments that resulted in serious damages to Ryan's body and organs that will be endured, lifelong. Award compensatory damages in the same annual monetary cost CDOC (et al) pays now in order for Ryan to lifelong care for herself.  T.B.D. amounts through compulsory processes obtaining all CDOC (et al) financial records. 4) Issue an injunction ordering Defendant CDOC (et al) to provide adequate medical care by following all outside contracted specialists, medical doctors and DEA Federal Regulators specific medical orders. 5) Award compensatory damages against Defendants Mix and Tiona for physical, emotional and permanent damages suffered as a result of both acting in equal capacity as CDOC (et al) assigned specialist and surgeons.  Amount equivalent to medical industry scales and standards T.B.D. 6) Award compensatory damages against Defendants Victoroff and Sommetschield for physical, emotional and permanent damages suffered as a result of both acting in equal capacity as CDOC (et al) assigned specialists and surgeons.  Amount equivalent to medical industry scales and standards T.B.D. 7) Award punitive damages against Defendants (1,2,3) at maximum level.  8) Award punitive damages against Defendants (4,5,6,7,8) at the amounts that Jury believes the Plaintiff is entitled. () Grant such other relief as it may appear the Plaintiff is entitled.

*[signature]*  July 12, 2018                      SIGNATURE OF ATTORNEY OF RECORD  *[signature]*

ICE USE ONLY
EIPT #_____    AMOUNT_____    APPLYING IFP_____    JUDGE_____    MAG. JUDGE_____

2

**Colorado Department Of Corrections**

Name: Downes, Kevin
Register Number: 139486
Unit: DRDC-Infirmary-3
Box Number: 392004
City, State, Zip: Denver, CO 80239

DRDC 7-25-18
FACILITY    DATE REC'D
Kirkham    1119    JB
STAFF LAST NAME    I.D. #    INT.
139651    Ryan    SR
DOC #    OFFENDER LAST NAME    INT.

Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street Room A-105
Denver, Colorado 80295

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE

ZIP 80216
02 1W
0001361571
U.S. POSTAGE >> PITNEY BOWES
$ 001.10°
JUL 26 2018