**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 17 2018

JEFFREY P. COLWELL
CLERK

Civil Action No.   18 – cv – 00956 – GPG

**SHAWNEE RYAN,   Plaintiff**

**V.**

**Defendants:**

**UNITED STATES OF AMERICA  (United States)**
**FEDERAL BUREAU OF PRISONS  (et al)**
**COLORADO DEPARTMENT OF CORRECTIONS (et al) (CDOC)**
**CORRECTIONAL HEALTH PARTNERS (et al)  (dba Correctional Health Partners, Inc., dba**
**Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician**
**Health Partners, dba CHP Companies, Inc., dba Correctional Healthcare Physicians, P.C.)**
**DR. JENNIFER MIX, M.D. (personal capacity)**
**DR. SUS AN TIONA M.D. (personal capacity)**
**HILARY VICTOROFF N.P. (personal capacity)**
**LAURA SOMMERSCHIELD N.P. (personal capacity)**

---

### NOTIFICATION THAT COURT IS USING INCORRECT ADDRESS FOR PLAINTIFF

---

Plaintiff Shawnee Ryan respectfully notifies the Court that her correct mailing address has been altered by the Court and that alteration is resulting in a minimum of (5) day delays in Ryan receiving her mail from the Court (and/or) resulting in an up to (8) day delay in Ryan receiving her mail from the Court.

Ryan's correct mailing address is:

Shawnee Ryan #159496
Denver Reception & Diagnostic Center (DRDC)
Infirmary – 3
P.O. Box 392004
10900 Smith Road
Denver, Colorado  80239

Ryan, is *not* housed at:
Denver Women's Correctional Facility (DWCF)
Infirmary – 5
P.O. Box 392005
Denver, Colorado  80239

1

Please correct the Court's records and mail or forward to Ryan's correct mailing address.

Respectfully submitted this _14th_ day of _August_, 2018.

Shawnee K. Ryan, Plaintiff

Certificate of Mailing

I hereby certify that I have mailed a true and accurate copy to the following by placing same in the outgoing mail of the Colorado Department of Corrections legal mail system on this _14th_ day of _August_, 2018.

Shawnee K. Ryan, Plaintiff

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Room A-105
Denver, Colorado  80295

**Colorado Department Of Corrections**

Name Shawnee Oliver

Register Number 154949

Unit DRDC-1-A-13

Box Number 302004

City, State, Zip Denver, Colo 80239

DRDC

DATE RECD 8-14-18

FACILITY Birdsell

STAFF LAST NAME

DOC # 154949

OFFENDER LAST NAME

8023451600 0046

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE

Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street Rm. A-105
Denver, Colorado 80295

U.S. POSTAGE >> PITNEY BOWES

ZIP 80216 $ 000.47⁰
02 1W
0001361571 AUG 15 2018