Re: 18 cv 00956-GPG

Shawnee Ryan #159496
September 8, 2018

To the Court:

I am concerned that the above filing was filed (138) days ago on April 23, 2018. And, my ordered amendment filed (58) days ago, on July 12, 2018, with to my knowledge, no movement out of pre-review process.

I'm asking that the Clerk of Court notify me of any orders from the Court that may have occurred since July 12, 2018 that I may not have been copied or received.

Please notify if the case still pends.

Thank you,

Shawnee Ryan

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 11 2018

JEFFREY P. COLWELL
CLERK

**Colorado Department Of Corrections**

Name: Shawnee Ryan
Register Number: 159496
Unit: DRDC - Annex 3
Box Number: 392-004
City, State, Zip: Denver CO 80239

FACILITY: DRDC
DATE REC'D: 9-8-18
STAFF LAST NAME: Birdwell
ID #: 11679   INT: JB
DOC #: 159496
OFFENDER LAST NAME: Ryan   INT: SR

STATE OF COLORADO
OFFICIAL MAIL
PENALTY FOR PRIVATE USE

U.S. POSTAGE >> PITNEY BOWES
ZIP 81001
02 1W
0001370134 SEP 10 2018
$ 000.47⁰

Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street Room A-105
Denver Colorado 80294