

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

18-cv-956 GPG

Doc 31

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
OCT 12 2018
JEFFREY P. COLWELL
CLERK

Return To Sender

SPECIAL MAIL
OPEN ONLY IN THE
PRESENCE OF THE
INMATE

No Longer Here

neopost
10/02/2018
US POSTAGE  $01.84⁰
FIRST-CLASS MAIL
ZIP 80294
041L11245087

No Longer Here