U.S. 10th District Court

Case # 18 cv 00956

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 18 2018

JEFFREY P. COLWELL
CLERK

Shawnee Ryan, Plaintiff

v

United States of America
Federal Bureau of Prisons
Colorado Department of Corrections
CHP (et al)
Dr. Jennifer Mix M.D.
Dr. Susan Tiona M.D.
Hilary Victoroff N.P.
Laura Sommerschield N.P.

Notice of Status and Address Change

Shawnee Ryan Pro Se, comes now with notice that she is no longer incarcerated and her address is now

(2)

Shawnee Ryan
3531 South Logan Street #349
Englewood, Colorado 80113

Phone: 720-431-8319

Submitted this 16th day of October, 2018.

*[signature]*

Certificate of Mailing

Mailed on this 16th Day of October, 2018. *[signature]*

Clerk of Court
901 19th Street Rm. A-105
Denver, Colo. 80294

DENVER CO 800
16 OCT 2018 PM 5 L

Shawnee Ryan
3531 S. Logan Street #354
Englewood, Co. 80113

Clerk of Court
901 19th St. Rm. A-105
Denver, Colo. 80294

80294-250059