IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA (UNITED STATES),
FEDERAL BUREAU OF PRISONS (ET AL),
COLORADO DEPARTMENT OF CORRECTIONS, (ET AL),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies Inc., dba Correctional Healthcare Physicians, P.C. (et al)),
DR. JENNIFER MIECKS (personal capacity),
DR. SUSAN TIONA (personal capacity),
HILARY VICTOROFF N.P. (personal capacity), and
LAURA SOMMERSCHIELD N.P. (personal capacity),

    Defendants.

---

## MINUTE ORDER

---

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    On October 18, 2018, Plaintiff filed a Notice of Change of Address with the Court. (ECF No. 33).

    The Clerk of the Court is directed to resend a copy of the Order Directing Plaintiff to File Second Amended Prisoner Complaint (ECF No. 31), filed in this case on October 1, 2018, to the Plaintiff at the address she provided to the Court on October 18, 2018 (ECF No. 33).

    Plaintiff shall have until and including November 23, 2018 to comply with the October 1, 2018 Order Directing Plaintiff to File Second Amended Prisoner Complaint. If Plaintiff fails to comply with the Order Directing Plaintiff to File Second Amended Prisoner Complaint on or before November 23, 2018, this action will be dismissed without further notice.

1

2

      Plaintiff, who has been released on parole, is informed that she may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

      Dated:   October 22, 2018