IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – GPG

SHAWNEE RYAN, Plaintiff

V.

UNITED STATES OF AMERICA (United States)
FEDERAL BUREAU OF PRISONS (et al)
COLORADO DEPARTMENT OF CORRECTIONS (CDOC) (et al)
CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.
Dr. Jennifer Mix, M.D. (personal capacity)
Dr. Susan Tiona, M.D. (personal capacity)
Hilary Victoroff, N.P. (personal capacity)
Laura Sommerschield N.P. (personal capacity)

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 09 2018

JEFFREY P. COLWELL
CLERK

---

## NOTIFICATION OF ADDRESS CORRECTION

---

Shawnee Ryan comes now and requests the Court ensure that her correct contact information is on record and that information is utilized by the Court's clerks.

Ryan's correct information is, as previously filed:

Shawnee Ryan
3531 South Logan Street #349
Englewood, Colorado  80113
Email: shawneeryan216@gmail.com
Phone: 720-431-8319

Ryan attaches a copy of the Clerk's Notice of Electronic Filing dated 10/19/2018 which shows the Clerk adding additional CDOC data into the address given which results in mail not being received timely, or at all.

Ryan is no longer incarcerated and has no attachment to the CDOC for legal or logistical purposes.  Ryan is not in a community corrections, nor any program or treatment program and is not classified in any way other than a parolee.  Which, is a classification same as any other free member of society.  Please remove inmate brand number, any and all parts of address that is belonging to CDOC.  Ryan's full address is listed above along with all other direct contact information.

1

Ryan also notifies the Court that of her own volition and concern for not having heard from the Court, she obtained a copy of all orders from October 1, 2018 forward by coming in to the Clerk's office and purchasing copies. The Clerk did not follow the Court's Minute Order of October 22, 2018 to send Ryan her copies to correct address. Thus, Ryan is now aware of the Court's date of second amendment extended to November 23, 2018 and the Court's release freeing Ryan to seek Pro Bono Counsel and will proceed accordingly.

Respectfully submitted this __7th__ day of __November__.

*[signature]*

Shawnee Ryan


Certificate of Mailing

I certify that I have mailed a true and accurate copy of this Notice of Address Correction to those below by placing same, postage prepaid in the USP service on this __7th__ day of __November__.

*[signature]*

Shawnee Ryan

Clerk of Court
Alfred A. Arraj U.S. Courthouse
901 19th Street Room A-105
Denver, Colorado 80294

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO
SPECIAL MAIL
OPEN ONLY IN THE PRESENCE OF THE INMATE

neopost
07/19/2018
US POSTAGE $00.47
ZIP 80294
041L11245087

Shawnee Ryan
#159496
Denver Women's Correctional Facility (DWCF)
Infirmary-5
P.O. Box 392005
Denver, CO 80239

80239-800505



## Notices
1:18-cv-00956-GPG Ryan v. Colorado Department of Corrections et al

JD1,PS7

### U.S. District Court - District of Colorado

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 10/19/2018 at 7:48 AM MDT and filed on 10/18/2018

**Case Name:** Ryan v. Colorado Department of Corrections et al
**Case Number:** 1:18-cv-00956-GPG
**Filer:** Shawnee Ryan
**Document Number:** 33

**Docket Text:**
**NOTICE of Change of Address/Contact Information by Plaintiff Shawnee Ryan (evana, )**

**1:18-cv-00956-GPG Notice has been electronically mailed to:**

**1:18-cv-00956-GPG Notice has been mailed by the filer to:**

Shawnee Ryan
#159496
3531 South LOgan Street #349
Infirmary-5
Englewood, CO 80113

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a

**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=10/19/2018]
[FileNumber=6731909-
0]
[7484b03963a426e476d05704d8ea1ebad4c7416ee531064a077cef62dc4602c7b8
8f05513c0f7c0f7f18bba27247c0a26b8ae02087536683eb4c2e00f2462161]]



```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX687250
Cashier ID: cm
Transaction Date: 10/22/2018
Payer Name: Shawnee Ryan
RECORD IN PAPER FORMAT
 For: Shawnee Ryan
 Amount:          $13.00
CASH
 Amt Tendered:   $13.00
Total Due:       $13.00
Total Tendered:  $13.00
Change Amt:      $0.00

A fee of $53.00 will be assessed on
any returned check.
```

