FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
11/15/2018
JEFFREY P. COLWELL, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – GPG

SHAWNEE RYAN, Plaintiff(

V.

UNITED STATES OF AMERICA (United States)
FEDERAL BUREAU OF PRISONS (BOP) (official capacity)
COLORADO DEPARTMENT OF CORRECTIONS (CDOC) (official capacity)
CORRECTIONAL HEALTH PARTNERS (Business and Professional Capacity) (dba Correctional Health
Partners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba
Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.
Dr. Jennifer Mix, M.D. (personal capacity)
Dr. Susan Tiona, M.D. (personal capacity)
Hilary Victoroff, N.P. (personal capacity)
Laura Sommerschield N.P. (personal capacity)

## MOTION FOR EXTENSION OF TIME TO FILE

Shawnee Ryan (Ryan) comes now and moves the Court for extension of time to file second amendment
of her Complaint with Jury Demand, until on and through December 14, 2018.

On October 18, 2018 the Court ordered Ryan to execute a second revision and gave leave for Ryan to
contact the Pro Bono Counsel of the 10th U.S. District.  A series of housekeeping errors within the Court
regarding Ryan's receiving those orders, the latest of which is attached as the Court having sent copies
to the corrected address but placed insufficient postage on the mailing resulting in Ryan not receiving
the Court's send until November 8th, 2018; has caused delays for Ryan.  Ryan did received a copy, on
October 30th, 2018 due to her own volition of going in to the Clerk's office and purchasing copies.  Ryan
has had the Court's order of October 18th and its subsequent Minute Order since October 30, 2018.

Ryan pends contact in person with the Pro Bono Counsel.  Once that is done, Ryan will be able to
determine the format and path to proceed forward.

Ryan respectfully asks the Court to extend time to file from November 23, 2018 to on and through
December 14th, 2018.

Respectfully submitted this 9th day of November, 2018.

Shawnee K. Ryan, Plaintiff

1

Certificate of Mailing
I hereby certify that I have mailed a true and accurate copy to the Clerk of the Court, correctly
addressed and postage prepaid by placing same in the USP service.

Shawnee K. Ryan

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street
Room A-105
Denver, Colorado 80294

2



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

POSTAGE DUE

99 ¢

Shawnee Ryan
3531 South Logan Street
#349
Englewood, CO 80113

ZIP 80294
1L11245087

$01.84⁰



Shawnee Rio
3531 South Logan #349
Englewood, Colo 80113

80294-250099

Alfred A. Arraj U.S. Courthouse
901 19th St. Rm. A-105
Denver, Colo 80294

DENVER CO 802
13 NOV 2018 PM 5 1

Clerk of Court