IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA (UNITED STATES),
FEDERAL BUREAU OF PRISONS (ET AL),
COLORADO DEPARTMENT OF CORRECTIONS, (ET AL),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies Inc., dba Correctional Healthcare Physicians, P.C. (et al)),
DR. JENNIFER MIECKS (personal capacity),
DR. SUSAN TIONA (personal capacity),
HILARY VICTOROFF N.P. (personal capacity), and
LAURA SOMMERSCHIELD N.P. (personal capacity),

    Defendants.

MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    On October 15, 2018, the Plaintiff filed a Motion for Extension of Time to File Second Amended Complaint.  **(ECF No. 36)**.  The motion is **GRANTED**.

    Plaintiff shall have until and including December 14, 2018 to comply with the Court's Order Directing Plaintiff to File Second Amended Prisoner Complaint issued on October 1, 2018.  If Plaintiff fails to comply with the Order Directing Plaintiff to File Second Amended Prisoner Complaint on or before December 14, 2018, this action will be dismissed without further notice.

    Dated:   November 20, 2018