```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX087958
Cashier ID: rs
Transaction Date: 12/07/2018
Payer Name: Shawnee Ryan
------------------------------
PLRA CIVIL FILING FEE
 For: Shawnee Ryan
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00
------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17849187960
 Amt Tendered: $10.00
------------------------------
Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00

Partial Filing Fee

Case# 18-cv-956-GPG


A fee of $53.00 will be assessed on
any returned check.
```