IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA (UNITED STATES),
FEDERAL BUREAU OF PRISONS (ET AL),
COLORADO DEPARTMENT OF CORRECTIONS, (ET AL),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies Inc., dba Correctional Healthcare Physicians, P.C. (et al)),
DR. JENNIFER MIECKS (personal capacity),
DR. SUSAN TIONA (personal capacity),
HILARY VICTOROFF N.P. (personal capacity), and
LAURA SOMMERSCHIELD N.P. (personal capacity),

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    This matter is before the Court on Plaintiff's Notification of Address Correction (ECF No. 35) that indicates that Plaintiff has been released from custody. Because Plaintiff no longer is a prisoner, she will be directed to file on the Court-approved nonprisoner form an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form). Plaintiff shall have up to and including **January 11, 2019**, to file the required nonprisoner motion if she wishes to pursue her claims in this action. Alternatively, Plaintiff may pay the $400.00 filing fee. Plaintiff is advised that the action will be dismissed without further notice if she fails either to file a completed nonprisoner motion or pay the filing fee within the time allowed. The Clerk of the Court is directed to mail to Plaintiff at her new address, together with a copy of this Minute Order, a blank copy of the following form: Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) (Form AO239). Plaintiff also may access the Application on the Court's website at: www.cod.uscourts.gov by going to the "Quick Links" section on the left side of the homepage, clicking on "Forms," and then scrolling down to the section titled "Self Representation (Pro Se)."

1

Additionally, Plaintiff shall have until and including **January 11, 2019**, to comply with the Court's October 1, 2018, Order Directing Plaintiff to File Second Amended Prisoner Complaint.   If Plaintiff fails to comply with the Order Directing Plaintiff to File Second Amended Prisoner Complaint on or before January 11, 2019, this action will be dismissed without further notice.

Dated:   December 11, 2018