IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent of CDOC while in business and professional capacity): (dba Correctional HealthPartners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

---

On December 14, 2018, Plaintiff, Shawnee Ryan, acting *pro se*, filed a Second Amended Complaint With Jury Demand.   (ECF No. 40).[1]  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filing is deficient as described in this Order.   Plaintiff is directed to cure the following if she wishes to pursue claims in this action.   Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.

---

[1] "(ECF No. _)" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF).   The Court uses this convention throughout this order.

1

**Complaint, Petition, or Application**:
(1) ___ is not submitted
(2) _X_ **is not on proper form: Plaintiff must use the complaint form titled "Prisoner Complaint," listed as "Prisoner Complaint 1983" under the "Prisoner/Detainee" section of the Court's website under "Forms."**
(3) ___ is missing an original signature by the Plaintiff
(4) ___ is missing page no. ___
(5) ___ uses et al. instead of listing all parties in caption
(6) ___ names in caption do not match names in text
(7) ___ addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(8) ___ other:

In light of the above-listed deficiencies, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**. Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order. It is

FURTHER ORDERED that, in filing her second amended Prisoner Complaint, Plaintiff shall obtain and utilize the current Court-approved form for filing a Prisoner Complaint, along with applicable instructions, from the Court's website at: www.cod.uscourts.gov, located in the "Quick Links" section of the Court's homepage under "Forms" and then listed under "Prisoner/Detainee." The appropriate form is listed as "Prisoner Complaint 1983" on the Court's website. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED December 19, 2018, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge