IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
                                                            FILED
                                                      U.S. DISTRICT COURT
                                                      DISTRICT OF COLORADO

                                                      2018 DEC 31  PM 12:20

                                                      JEFFREY P. COLWELL
                                                              CLERK

                                                      BY_____DEP. CLK
```

Civil Action No.    18 – cv – 00956 – GPG

**SHAWNEE RYAN, Plaintiff**

V.

**COLORADO DEPARTMENT OF CORRECTIONS (CDOC) (Full capacity)**
**CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent of CDOC Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.)**
**DR. JENNIFER MIX, M.D. (personal and professional capacity)**
**DR. SUSAN TIONA, M.D. (personal and professional capacity)**
**HILARY VICTOROFF N.P. (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

---
## NOTICE OF COMPLIANCE
---

Plaintiff Shawnee Ryan comes now with the following compliance to the Court's order dated December 19, 2018 and received by Ryan on December 26th, 2018.

- Ryan has/had followed the Court's order to use the Court's ordered form. Which Ryan scanned into her computer for typing ability. Ryan used the form the Court sent directly to Ryan when ordering the 2nd amendment to be filed. Ryan also verified then, and again now, that the form the Court sent her is exactly the same as is on the Court's website at www.cod.uscourts.gov.
- The resulting PDF scan of the Prisoner Complaint 1983 document sent to Ryan, was converted into WORD in order to be used. *The printer and WORD* printed the format this Court saw on December 14th, 2018. Which *did* cause the duplicate attached pages to *print* incorrectly. At no time, did Ryan herself alter the Court's form with self-styling.
- Ryan does see two *content* errors in the December 14th filing which are her own. Those two content errors are corrected. As is the printer conversion error of not printing separate pages.
- Ryan, with sincere respect to the Court, cannot find any other format error. The form is the Court's form.
- The only thing Ryan sees as possible is for her to handwrite (which the Court did not like in the past and stated was illegible) the exact same document rather than scan it into a computer.
- Ryan also cannot find, anywhere, where she has filed then, now or in the past, without placing the Civil Action No. 18 cv 0095 GPG on each filing.

1

At this point, Ryan is thoroughly confused as to why the Court again rejects format, when that format is what the Court sent and previously ordered. **As such, Ryan asks for a specific pointing to what it is that the Court wants changed.**

Respectfully submitted this 30th day of December 2018.

*[signature]*

Shawnee Ryan

CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and accurate copy of this Notice of Compliance directly to the party listed below and did so by placing same in the USP service accurately addressed and postage prepaid on this 31st day of December, 2018.

*[signature]*

Shawnee Ryan

Clerk of Court

Alfred A. Arraj US Courthouse

901 19th Street Room A-105

Denver, Colorado 80294

2