IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – GPG

SHAWNEE RYAN, Plaintiff

V.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC) (Full capacity)
CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent of CDOC while in business and professional capacity): (dba Correctional Health Partners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.)
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
DR. SUSAN TIONA, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

---

**ATTACHED COMPLIANCE TO COURT ORDER OF DECEMBER 11, 2018**

---

Plaintiff Shawnee Ryan (Ryan) comes now in compliance with Court Order of December 11, 2018:

1. Ryan received the Court's Order to file financial affidavit and move to pay another $400 filing fee in this case on December 19th, 2018.

2. Ryan's interpretation of the Court's Order is that she will now owe, for her change of address, another $400 in filing fees for this case. Ryan, has been paying installment payments through CDOC while incarcerated and while on parole, has been making direct installment payments directly to the Court for the original filing fee of $400.

3. As to attachment of CDOC inmate banking statement; Ryan has her certified inmate statement already on file with her original move to proceed. No changes in inmate pay occurred afterward (and) Ryan has requested from CDOC, the months of May 2018 through to October 2018 discharge to parole. Ryan has been told by CDOC, now that she is released (the statement is not available through parole), that it is probable the request could take up to 6 weeks to provide. Ryan has no control over CDOC compliance.

4. Ryan's welfare and SSI benefits began November 2018. The Court's form does not ask for nor provides for attaching proof of welfare and SSI. The payments are automatic to Colorado Quest, SNAP and Direct Express.

1

5. As Ryan did not receive the Court's December 11, 2018 Order until December 19, 2018; she has already filed the Court ordered second amendment on the ordered date of December 14, 2018.

Ryan assumes that this $400 additional fee is for her change of address and change of status to release to parole. Ryan further assumes that her filing fees in this case now total $800 rather than $400.

Ryan respectfully asks that the Court notify her if there is anything further she needs to do, or file, to change her address and proceed in this case.

Respectfully submitted this 26th day of December, 2018.

*[signature]*

Shawnee Ryan, Petitioner

**CERTIFICATE OF MAILING**

I hereby certify that I have mailed a true and accurate copy to the party listed below by placing same in the USP service, postage prepaid and correctly addressed on this 26th day of December, 2018.

*[signature]*

Shawnee Ryan

Clerk of Court

Alfred A. Arraj US Courthouse

901 19th Street Room A-105

Denver, Colorado 80294

2



Shawna Ryan
3531 S. Logan St. #349
Englewood, Colo. 80113

Clerk of Court
Alfred A. Arraj US Courthouse
901 19th Street Rm A-105
Denver, Colo. 80294