IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent of CDOC while in business and professional capacity): (dba Correctional HealthPartners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),

    Defendants.

ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

On December 14, 2018, Plaintiff, Shawnee Ryan, acting *pro se*, filed a Second Amended Complaint With Jury Demand. (ECF No. 44).[1] As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that Plaintiff's filing is deficient as described in this Order. The Second Amended Complaint With Jury Demand (ECF No. 44) is deficient because Plaintiff has not used the correct complaint form. Plaintiff is asserting claims under 42 U.S.C. § 1983 relating to events that allegedly occurred when she was a prisoner in the custody of the Colorado Department

---

[1] "(ECF No.44)" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF). The Court uses this convention throughout this order.

1

of Corrections.   Therefore, as the Court has instructed Plaintiff several times, **Plaintiff must use the complaint form titled "Prisoner Complaint," listed as "Prisoner Complaint 1983" under the "Prisoner/Detainee" section of the Court's website under "Forms."**   The Second Amended Complaint With Jury Demand (ECF No. 44) which Plaintiff filed on December 31, 2018, is on the Court's non-prisoner complaint form.   That is not the correct form.   Plaintiff must use the "Prisoner Complaint" form to file her third amended Prisoner Complaint.   This form is available on the Court's website as set forth below.   Additionally, the Clerk of the Court will be directed to mail Plaintiff a copy of the correct form.

Plaintiff is further informed that she may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or https://www.cobar.org/cofederalproseclinic for possible assistance in this matter.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

In light of the above-listed deficiencies, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty (30) days from the date of this Order**.   Any papers that Plaintiff files in response to this Order must be labeled with the civil action number identified on this Order.   It is

FURTHER ORDERED that, in filing her third amended Prisoner Complaint, Plaintiff shall obtain and utilize the current Court-approved form for filing a Prisoner Complaint, along with applicable instructions, from the Court's website at: www.cod.uscourts.gov, located in the "Quick Links" section of the Court's homepage under "Forms" and then listed under "Prisoner/Detainee."   The appropriate form is listed as "Prisoner Complaint 1983" on the Court's website.   It is

3

FURTHER ORDERED that the Clerk of Court is directed to mail to Plaintiff, with a copy of this Order, a blank copy of the following form:   Prisoner Complaint, along with applicable instructions.   Plaintiff must use this form when curing the deficiencies identified herein and she must complete all sections of the provided form.   It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty (30) days from the date of this Order**, the action will be dismissed without further notice.   The dismissal shall be without prejudice.

DATED January 7, 2019, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
United States Magistrate Judge