IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

      Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent
of CDOC while in business and professional capacity): (dba Correctional
HealthPartners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional
Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.;
Correctional Healthcare Physicians, P.C.),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),

Defendants.

---

ORDER GRANTING PLAINTIFF LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

---

      Plaintiff has filed an Application to Proceed in District Court Without Prepaying

Fees or Costs (Long Form).   (ECF No. 46).[1]   The Application indicates that Plaintiff

should be granted leave to proceed pursuant to 28 U.S.C. § 1915 solely on the basis of

inability to prepay fees or give security therefor.   Accordingly it is

      ORDERED that the Application to Proceed in District Court Without Prepaying

---

[1]  "(ECF No. 46)" is an example of the convention the Court uses to identify the docket number assigned
to a specific paper by the Court's case management and electronic filing system (CM/ECF).   The Court
uses this convention throughout this order.

Fees or Costs (ECF No. 46) is granted.

DATED January 7, 2019, at Denver, Colorado.

BY THE COURT:

 s/Gordon P. Gallagher
United States Magistrate Judge