IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-GPG

SHAWNEE RYAN,

    Plaintiff,

v.

UNITED STATES OF AMERICA (UNITED STATES),
FEDERAL BUREAU OF PRISONS (ET AL),
COLORADO DEPARTMENT OF CORRECTIONS, (ET AL),
CORRECTIONAL HEALTH PARTNERS (dba CHP, dba Correctional Health Companies, Inc., dba Correctional Corporation of America, dba Physician Health Partners, dba CHP Companies Inc., dba Correctional Healthcare Physicians, P.C. (et al)),
DR. JENNIFER MIECKS (personal capacity),
DR. SUSAN TIONA (personal capacity),
HILARY VICTOROFF N.P. (personal capacity), and
LAURA SOMMERSCHIELD N.P. (personal capacity),

    Defendants.

## MINUTE ORDER

ENTERED BY U.S. MAGISTRATE JUDGE GORDON P. GALLAGHER

    Plaintiff's "Move for Magistrate's Administrative Review to End and Case to Move Forward or for Court to Issue Specific Instructions for Moving Case Forward and/or Dismiss or for Court to Grant Emergency Leave to Proceed to Move for Applying for Pro Bono Representation" (ECF No. 42)[1] is DENIED as moot.  To the extent that Plaintiff is requesting appointment of pro bono counsel, the request is DENIED as premature.  The Court has granted Plaintiff leave to proceed *in forma pauperis*.  (ECF No. 48).  Pursuant to the Court's order issued January 7, 2019, Plaintiff's third amended Prisoner Complaint is due on or before February 6, 2019.  (ECF No. 47).  After Plaintiff files a third amended Prisoner Complaint, the pleading will be reviewed under 28 U.S.C. § 1915 and D.C.COLO.LCivR 8.1(b) in due course.

    Plaintiff may choose to contact the Federal Pro Se Clinic at (303) 380-8786 or

---

[1] "(ECF No. 42)" is an example of the convention the Court uses to identify the docket number assigned to a specific paper by the Court's case management and electronic filing system (CM/ECF).  The Court uses this convention throughout this order.

https://www.cobar.org/cofederalproseclinic for possible assistance in this case.   The Federal Pro Se Clinic is located on the first floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver CO 80294.

    DATED: January 8, 2019