```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX088359
Cashier ID: rv
Transaction Date: 01/08/2019
Payer Name: SHAWNEE RYAN
----------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17855233169
 Amt Tendered:  $10.00
----------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

Partial Filing Fee
18-cv-956-GPG
```

*Payment Received on 01-07-2019*

A fee of $53.00 will be assessed on any returned check.