IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-0956-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),
    Defendants.

---

CERTIFICATE OF SERVICE

---

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to Adrienne Jacobson for Service of Process on the CDOC, Susan Tiona, Hilary Victoroff, and Laura Sommerschield, and to the United States Marshals Service for Service of Process on Jennifer Mix: AMENDED COMPLAINT FILED 1/16/2019, ORDER TO DISMISS IN PART AND DRAW CASE FILED 2/01/2019, SUMMONS, WAIVER, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on 4 February 2019.

Shawnee Ryan
3531 South Logan Street
#349
Englewood, CO 80113

CDOC, Susan Tiona, Hilary Victoroff, Laura Sommerschield - **Waiver***
c/o Adrienne Jacobson
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY - VIA EMAIL**

Cynthia Coffman, Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**
**COURTESY COPY**

**US Marshal Service**
Service Clerk
Service forms for: Jennifer Mix

                                                s/ C. Madrid
                                                Deputy Clerk