

**CBCI**
COLORADO BLOOD
CANCER INSTITUTE

PHYSICIANS
Scott Bearman
Alireza Eghtedar
Tara Gregory
Jennifer Jeans
Michael Maris
Jeffrey Matous
Peter McSweeney
Richard Nash
Marcello Rotta
Henning Schade
Michael Tees

ADVANCE PRACTICE
PROVIDERS
Megan Andersen
NP-C
Courtney Edwards
PA-C
Alison Collings
NP-C
Kristy Connor
FNP-C
Andrea Doberstein
PA-C
Ryan Fallt
PA-C
Sarah Mann
NP-C
Hannah McNally
PA-C
Devin Nelson
PA-C
Margaret Profita
PA-C
Monica Schlatter
NP-C
Diana Vucurevich
NP-C
Bryce Younger
PA-C

Ph 720-754-4800
Fx 866-341-6984

1721 East 19th Ave
Suite 300
Denver, CO 80218
www.bloodcancerinstitute.com

January 9, 2019

CDOC
Division of Adult Parole

Attention: Gary Pacheco
3642 S. Galapago St.
Englewood, CO 80110

Re: Shawnee Ryan
ID: 159496

To Whom It May Concern,

Patient Shawnee Ryan was diagnosed with multiple myeloma in March of 2014. She has undergone several years of multi-drug therapy for the myeloma, and received an autologous stem cell transplant on 6/16/17 after receiving high-dose chemotherapy. She has been on a maintenance dose of lenalidomide since then.

By November 2018, Ms. Ryan demonstrated persistent pancytopenia (low blood counts). A bone marrow biopsy on 11/27/18 revealed a diagnosis of myelodysplastic syndrome (MDS). This diagnosis can be associated with previous chemotherapy and only develops in a small number of people. MDS affects the blood counts including the immune system, and can progress into acute leukemia. Ultimately, the only curative therapy is an allogeneic stem cell transplant (transplant from a donor).

In order to undergo an allogeneic transplant, Ms. Ryan must have stable housing near CBCI, have reliable transportation, and have someone who can be with her 24/7 for approximately 3 months after transplant/discharge from the hospital.

We appreciate your consideration of these needs in view of Ms. Ryan's recent diagnosis MDS.

Please feel free to contact me with any questions at 720-754-4800.

Sincerely,

Richard A. Nash




SARAH CANNON
Cancer Institute at
Presbyterian/St. Luke's
Medical Center

HealthONE