IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MEH

SHAWNEE RYAN, Plaintiff

V

DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JURISDICTION**

*(Plaintiff Ryan may be filing premature, but does so in consideration that her filing for counsel may be seen as a "first response" filing to the court and no other counsels are present yet.  Ryan files this Election now in the belief that is better to be uncertain and filing dismissed rather than to not meet obligation to file)*

Under 28 U.S.C. 636 c and COLO.LCIVR 40.1 c (Assignment of Cases/Direct Assignment to Magistrate Judges);

Or

Fed. R. Civ. P. 73 and D.C.COLO.LCIVR 72.2 (Consent Jurisdiction of a Magistrate Judge);

Or

D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE:**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

Or

**X**        at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Signatures:

s/Shawnee Ryan                             Plaintiff, Pro Se                    February 3, 20193531 South Logan Street #349
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 3, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:  Hegarty_chambers@cod.uscourts.gov


s/Shawnee Ryan
3135 South Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)