```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX088804
Cashier ID: cm
Transaction Date: 02/04/2019
Payer Name: SHAWNEE RYAN
---------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:     $10.00
---------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 208192376766
 Amt Tendered:  $10.00
---------------------------------------
Total Due:     $10.00
Total Tendered: $10.00
Change Amt:    $0.00

PLRA: 18-cv-956-GPG


A fee of $53.00 will be assessed on
any returned check.
```