IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MEH

SHAWNEE RYAN, Plaintiff

V.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC)
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

---

**SUBPOENA DUCES TECUM #1:  Correctional Health Partners (et al)**

---

**Plaintiff Shawnee Ryan (Ryan) comes now under USCS Fed Rules Civ. Proc. R45 and moves the court to issue subpoena duces tecum, ordering Correctional Health Partners (et al) to produce the following:**

Ryan represents that the following documents and records are in the direct or indirect care and custody, and/or control of Correctional Health Partners (et al) and that all are material, relative and probative of issues necessary to proceed; that all will be raised within this lawsuit against and that all are necessary and required for a full and fair determination of all issues raised.

Ryan attaches her affidavit to this request and incorporates same to record.

Ryan submits subpoena a minimum of (7) days prior to service of subpoena per D.C. Colo. LCivR 45.1.

Ryan respectfully requests that the Court issue subpoena duces tecum and per Ryan's Leave to Proceed as Indigent; requests that subpoena is served either electronically by the court or by U.S. Marshal's service upon Correctional Health Partners (et al).

Ryan respectfully requests that the court order Correctional Health Partners (et al) to produce, no later than 21 days after service of Subpoena Duces Tecum #1:  Correctional Health Partners (et al).  And do so directly into Ryan's possession at her physical address of 575 Billings Street #427, Aurora, Colorado 80011.

**Correctional Health Partners (et al) to produce:**

- **All medical records of Shawnee Ryan, in all formats held and from any party from November 2, 2012 through October 4, 2018.** Written; electronic; photographic; imaged; paper mar; internal between all staff and outside parties mar orders, directives, assessments and communicative; email related to or discussing in any way the medical needs and care including but not limited to: scheduling, approvals and denials,

1

administrative and to do so in any format held. The only redactions to be privacy and security concerns (such as personal contact information, account numbers of outside parties and personal email addresses of any party).  All records to be in print format, electronic format or disk format.

- **Any and all third-party contracts, written agreements, administrative procedures, operating procedures and directives** that specifically order Defendant Dr. Jennifer Mix M.D. to act, order, perform duties in any manner.  Request is to include not only direct and specifically made to Dr. Mix, it is made to include direct and specific made of same between or from any party to Dr. Mix's employer(s), administrator(s) or supervisor(s).

- **Any and all professional vitaes on file of employee Dr. Jennifer Mix M.D.** Personal contact information may be withheld for privacy and security reason

**Respectfully requested this 6th day of February, 2019.**

s/Shawnee Ryan
3531 S. Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MEH

SHAWNEE RYAN, Plaintiff

V.

COLORADO DEPARTMENT OF CORRECTIONS (CDOC)
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA DUCES TECUM**

I, Shawnee Ryan declare under the penalty of perjury that I have personal knowledge of the following:

- I am the Plaintiff in this case.
- I am requesting that the court issue Subpoena Duces Tecum #1:  Correctional Health Partners (et al).
- This entity has custody, care and direct or indirect control of documents that are relevant and probative of issues raised within this lawsuit #18-cv-00956-MEH, 10th US District Court for the District of Colorado.
- The specific documents to produce are so listed, with specificity, in this Subpoena Duces Tecum #1:  Correctional Health Partners (et al).

I, Shawnee Ryan, hereby declare under penalty of perjury that the above and foregoing statements are true and accurate.

Further Affiant Sayeth Not.

s/Shawnee Ryan
3531 S. Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**COLORADO DEPARTMENT OF CORRECTIONS (CDOC)**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

**ORDER DIRECTING ISSUANCE OF SUBPOENA DUCES TECUM**

This cause comes before the court pursuant to a Pro Se Plaintiff's Request for Subpoena duces Tecum.

The court, having seen, read and being duly advised in said request, and having further considered the sworn affidavit of Plaintiff, now finds that the documents requested would be relevant and probative of issues raised in this proceeding and that the subpoena duces tecum should be issued.

It is therefore ordered by the court that the Clerk of this Court shall cause the subpoena to be issued for the entity requested and that said subpoena shall be served, as Plaintiff is under Leave to Proceed as Indigent, by the court (or) US Marshal service.

So Ordered this         day of              , 2019.

4

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:  Hegarty_chambers@cod.uscourts.gov   (and) will be served upon the parties below, either by electronic agreement (or) by US Marshal service at their current addresses of my record.

s/Shawnee Ryan
3135 South Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

State of Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado   80203
Fax:  720-508-6030

Dr. Jennifer Mix M.D.
c/o Correctional Health Partners
1125 17th Street #1000
Denver, Colorado  80202