IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

# WAIVER OF SERVICE OF SUMMONS

Civil Action No. 18-cv-0956-MEH

SHAWNEE RYAN,

Plaintiff,
v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
2:35 pm, Feb 05, 2019
JEFFREY P. COLWELL, CLERK

### WAIVER OF SERVICE OF SUMMONS

I acknowledge receipt of your request that I waived service of a summons in the action of <u>Ryan v. CDOC et al</u> which is case number <u>18-cv-0956-MEH</u> in the United States District Court for the District of Colorado, for the following defendant:

**COLORADO DEPARTMENT OF CORRECTIONS**
**HILARY VICTOROFF-**Denver ClinSvc

I have also received a copy of the complaint in the action.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after <u>02/04/2019</u> (date request was sent), or within 90 days after that date if the request was sent outside the United States.

DATE: <u>February 5, 2019</u>     SIGNATURE: Teresa Reynolds

*Digitally signed by Teresa Reynolds
DN: cn=Teresa Reynolds, o=Colorado Department of Corrections, ou=Office of Legal Services, email=teresa.reynolds@state.co.us, c=US
Date: 2019.02.05 13:23:33 -07'00'*

Teresa Reynolds
Legal Access & Litigation Manager
Colorado Department of Corrections
Office of Legal Services

on behalf of all defendant(s) listed above unless other wise noted below

Service <u>is not</u> waived and accepted as to the following defendants for the stated reason:

**SUSAN TIONA and LAURA SOMMERSCHIELD are no longer DOC Employees.**