IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

      Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Andrew D. Ringel, Esq. of Hall & Evans, L.L.C. hereby enters his appearance on

behalf of Defendant Jennifer Mix, M.D..

Dated this 18th day of February, 2019.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:   (303) 628-3368
Email: ringela@hallevans.com

**ATTORNEY FOR DEFENDANT
JENNIFER MIX, M.D.**

3743132.1

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 18th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

Shawnee Ryan
3531 South Logan Street #349
Englewood, Colorado 80113

                                           s/ Nicole Marion, Legal Assistant at
                                           Hall & Evans, L.L.C.

3743132.1