IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

    Defendants.

_____

**WAIVER OF SERVICE OF SUMMONS AND AMENDED
COMPLAINT FROM DEFENDANT JENNIFER MIX, M.D. ONLY**
_____

    Defendant Jennifer Mix, M.D., by and through her counsel, Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 4(d), hereby respectfully submits this Waiver of Service of Summons and Amended Complaint from Jennifer Mix, M.D., Only, as follows:

    1.    On February 12, 2019, Jennifer Mix, M.D. received in the United States Mail the Plaintiff's "Prisoner Motion for Appointment of Counsel" and a letter from the Plaintiff dated February 4, 2019, to the Office of the Attorney General of the State of Colorado, copied to Dr. Mix, indicating the Plaintiff does not consent to the exercise of jurisdiction by a United States Magistrate Judge in this matter. This correspondence from the Plaintiff represented the first notice Dr. Mix has had concerning this lawsuit and does not qualify as the service of a summons and the complaint pursuant to Fed. R. Civ. P. 4 in any

respect. Upon Dr. Mix receipt of the Motion and correspondence from the Plaintiff, the undersigned counsel examined the docket of this Court and learned Dr. Mix has been named by the Plaintiff as a Defendant and on February 1, 2019, this Court issued an Order to Dismiss in Part and Draw Case indicating the claims against Dr. Mix survived screening by this Court. Based on the above circumstances, the undersigned counsel has received the authority from Dr. Mix to waive service of a summons and the Plaintiff's Amended Complaint and hereby does so.

2. Defendant Jennifer Mix, M.D. acknowledges receipt of Plaintiff's Amended Complaint in the above-captioned action of **Shawnee Ryan v. Dr. Jennifer Mix, M.D., et. al.,** which is Civil Action Number 18-cv-00956-MSKB-MEH in the United States District Court for the District of Colorado.

3. Defendant Mix, on behalf of herself only, and not on behalf of any of the other named Defendants, agrees to save the cost of service of a summons and an additional copy of the Plaintiff's Amended Complaint in this lawsuit by not requiring that she be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. Defendant will retain all defenses or objections to this lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

4. Defendant Mix understands that a judgment may be entered against her if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served within 60 days after February 12, 2019, the date Dr. Mix received notice of this lawsuit

and the date the undersigned counsel is treating as the date the Waiver was requested by the Plaintiff or April 13, 2019.

        Dated this 18th day of February, 2019.

                Respectfully submitted,

                s/ Andrew D. Ringel
                Andrew D. Ringel, Esq.
                Hall & Evans, L.L.C.
                1001 17th Street, Suite 300
                Denver, CO 80202
                Telephone:   (303) 628-3300
                Facsimile:    (303) 628-3368
                Email: ringela@hallevans.com

                **ATTORNEY FOR DEFENDANT JENNIFER MIX, M.D.**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 18th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

Shawnee Ryan
3531 South Logan Street #349
Englewood, Colorado 80113

s/ Nicole Marion, Legal Assistant at
Hall & Evans, L.L.C.

3743134.1