IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**COLORADO DEPARTMENT OF CORRECTIONS (CDOC)**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**FILING OF INFORMATION WITH DUAL MOTION TO DETERMINE APPOINTMENT OF COUNSEL (OR) MOVE CASE INTO ABEYANCE**

Plaintiff Shawnee Ryan, Pro Se comes now and files the following information to the Court:

1. On February 3, 2019 Ryan filed Prisoner Motion for Appointment of Counsel with attached exhibit verifying medical need of an allogeneic bone marrow transplant that included verification of physical incapacity during the procedure and recovery.
2. As of today's date (February 18, 2019) that transplant pre-process completes within the next two weeks and Ryan will then be hospitalized with a minimum of six (6) months incapacitation and recovery.  **Estimation of 'time' can only be guessed at end of July 2019.**
3. On February 8, 2019 Judge Krieger issued order for Magistrate Hegarty to rule upon Ryan's motion for appointment.

**Ryan respectfully requests** that counsel determination be made quickly in order for her to have the time to move the case into counsel hands.  Or,

**Ryan respectfully moves for this case to be placed into initial abeyance until August 1, 2019** as being the appropriate and fair action for the following reasons:

A. This case was originally filed on April 23, 2018.  Ryan released to parole, in a verifiable medical condition of advanced neutropenia and pancyptopenia that Defendants CDOC (et al) and Laura Sommerschield were fully aware of at the time and as all medical records do verify.
B. Ryan's Exhibit of February 3, 2019 filing gives medical verification of that condition, states clearly that the biopsy done revealed a rare gene mutation of the MDS/AML progression and the belief caused by previous medical treatment.  The verification stands alone, is not done by Ryan but rather from specialists and has been in the hands of Defendant CDOC (et al) since January 9, 2019 per the letterhead.  **Verification also clearly notes physical incapacitation pending and the need for 24/7 care.**

1

C. Pro Se, Ryan has no ability to manage this case until she is recovered. No matter how much she personally desires to. She should not be treated punitively through potential dismissal or other actions for something she cannot help and did not personally cause. That is, in fact, per the initial statements showing in the Exhibit; potentially further medical disability allegedly caused by extreme delay in receiving the autologous transplant in question in this case.

Ryan respectfully asks the Court to determine either counsel or abeyance.

Respectfully submitted this 18th day of February, 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served this **FILING OF INFORMATION WITH DUAL MOTION TO DETERMINE APPOINTMENT OF COUNSEL (OR) MOVE CASE INTO ABEYANCE** to the parties below on this 18th day of February, 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

Phil Weiser, Attorney General
Colorado Attorney General's Office (no electronic mail address yet provided, clerk to assist)

Andrew David Ringel:  cmecf@hallevans.com

2