IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

```
FILED
UNITED STATES DISTRICT COURT
    DENVER, COLORADO

   FEB 15 2019

JEFFREY P. COLWELL
              CLERK
```

Civil Action No.    18 – cv – 00956 – MEH

**SHAWNEE RYAN, Plaintiff**

V

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**ELECTION CONCERNING CONSENT/NON-CONSENT TO UNITED STATES MAGISTRATE JURISDICTION**

Under 28 U.S.C. 636 c and COLO.LCIVR 40.1 c (Assignment of Cases/Direct Assignment to Magistrate Judges);

Or

Fed. R. Civ. P. 73 and D.C.COLO.LCIVR 72.2 (Consent Jurisdiction of a Magistrate Judge);

Or

D.C.COLO.LAPR 72.2 (Consent Jurisdiction of a Magistrate Judge).

**CHECK ONE:**

_____ all parties in this civil action CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment;

Or

X      at least one party in this civil action DOES NOT CONSENT to have a United States magistrate judge conduct all proceedings in this civil action, including trial, and to order the entry of a final judgment.

Signatures:

| | | |
|---|---|---|
| s/Shawnee Ryan | Plaintiff, Pro Se | February 3, 20193531 South |
| Logan Street #349 | | |
| Englewood, Colorado 80113 | | |
| 720-431-8319 | | |
| shawneeryan216@gmail.com | | |

1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 4, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address: Hegarty_chambers@cod.uscourts.gov   (and) served upon the parties below at their current addresses of my record


s/Shawnee Ryan
3135 South Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

State of Colorado Attorney General's Office
1300 Broadway, 10th Floor
Denver, Colorado   80203
Fax:  720-508-6030

Dr. Jennifer Mix M.D.
c/o Correctional Health Partners
1125 17th Street #1000
Denver, Colorado  80202