February 5, 2019

Clerk of Court –

There is a reset password issue CM/ECF is currently fixing and until done, I cannot electronic file.

As parties have been served the enclosed, I am manually filing.

Thank you,
Shawnee Ryan