IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

    Defendants.
_____

## NOTICE OF ENTRY OF APPEARANCE
_____

    Edmund M. Kennedy, Esq. of the law firm of Hall & Evans, L.L.C., hereby enters his appearance on behalf of Defendant Jennifer Mix, M.D.

    DATED this 25th day of February, 2019.

    Respectfully submitted,

s/ Edmund M. Kennedy
Edmund M. Kennedy, Esq.
of HALL & EVANS, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone:   (303) 628-3300
Facsimile:   (303) 628-3368
kennedye@hallevans.com

**ATTORNEY FOR DEFENDANT
JENNIFER MIX, M.D.**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 25th day of February, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

None

and placed a copy of the foregoing to the following non-CM/ECF participant in the United States Mail, first-class postage prepaid, and addressed to the following:

Shawnee Ryan
3531 South Logan Street #349
Englewood, Colorado 80113

s/ Marlene Wilson, Legal Assistant to<br>
Edmund M. Kennedy, Esq.<br>
of HALL & EVANS, L.L.C.<br>
1001 17th Street, Suite 300<br>
Denver, CO 80202<br>
Telephone:   (303) 628-3300<br>
Facsimile:    (303) 628-3368<br>
kennedye@hallevans.com<br><br>
<strong>ATTORNEY FOR DEFENDANT<br>
JENNIFER MIX, M.D.</strong>