IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**SHAWNEE RYAN, Plaintiff**

**V.**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

---

**MOTION TO MAINTAIN FILING OF DOCUMENT AT LEVEL 2 RESTRICTED ACCESS**
_____

Plaintiff Shawnee Ryan, Pro Se comes (under D.C. Colo. L CivR 7.2  c, e) and moves the court to maintain her "Filing of Clarifying Information and Move for Reconsideration to Appoint Pro Bono Counsel" as a Level 2 Restricted Access Document.

The document contains HIPPA privileged information concerning current necessary to life medical care that Ryan needs and will be undergoing during the length of this case.

All other parties, other than Ryan, have no need to access or know that medical information.  If need arises in the future proceedings of this case; other parties may file for release and access.

Ryan allowed enough of the bare structure of her current need for an allogeneic bone marrow transplant, within Exhibit One, in her "Filing of Information with Dual Motion to Determine Appointment of Counsel (or) Move Case into Abeyance"; to give the courtesy to Defendants to be able to understand Ryan's need for either delay(s) or considerations.  There is no prosecutorial or defense need of Defendants in this case to know the explicit details of what, how, when and where that procedure is going to take place.  The Court, and Ryan, are the only two parties who have need to know for scheduling and housekeeping purposes.

Ryan's HIPPA privileges should maintain as the precedent in keeping the document at Level 2 Restricted Access.

Respectfully submitted this 4th day of March, 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

1

**CERTIFICATE OF SERVICE**
I have served, through the CMECF SYSTEM, this **MOTION TO MAINTAIN FILING OF DOCUMENT AT LEVEL 2 RESTRICTED ACCESS** to the parties below on this 4th day of March, 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM**:

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com