IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**REQUEST FOR CLERK TO UPDATE STATUS OF SERVICE UPON DEFENDANT LAURA SOMMERSCHIELD BY U.S. MARSHAL (AND) VERIFICATION OF CMECF FILING STATUS FOR DEFENDANT HILARY VICTOROFF**

Plaintiff Shawnee Ryan, Pro Se comes now and requests the Court to update status of the service by U.S. Marshal to Defendant Laura Sommerschield.

Ryan also requests notification of electronic filing information to State Attorney General's Office (Document 62) for all case service upon Defendant Hilary Victoroff.

Ryan, as indigent status and also as filed as a prisoner complaint, must use the U.S. Marshal service to provide service of summons and relevant documents that are necessary to serve in person.  Ryan's understanding of rules, is that use of the Marshal's service is done at the hand of the Clerk of Court.

**To date,** Defendant Laura Sommerschield has not returned service or waiver of service (and) it appears to Ryan that the CMECF system is not electronically mailing case filings to either the State Attorney General's Office (or) the Colorado Department of Corrections on behalf of Defendant Hilary Victoroff.

Ryan received, via CMECF, the Court Clerk Document 62, "Certificate of Service" on February 6, 2019 that listed US Marshal as having been served by the Clerk.  It is assumed that Defendants Victoroff and Sommerschield were in the group of service going to Colorado Department of Corrections via the Colorado Attorney General's Office as listed on Document 62.

Ryan also received Document 68, which clearly states, from the Colorado Department of Corrections that Defendant Sommerschield is no longer employed by CDOC.

 Ryan comes now and requests status update as to the Clerk and Marshal's office serving Summons and Amended Complaint upon Defendant Laura Sommerschield.  As a prisoner complaint, Ryan does not have security access to Sommerschield's physical address until given that ability by the Court.  Ryan also remains indigent status in this case.

1

Ryan further requests the electronic filing address for Defendant Hilary Victoroff as she appears to be represented by either the Colorado Department of Corrections and/or State Attorney General's Office.

Respectfully submitted this 4th day of March 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served, through the CMECF SYSTEM, this Request for Clerk to Update Status of Service Upon Defendant Laura Sommerschield by U.S. Marshal, to the parties below on this 4th day of March, 2019.

s/Shawnee Ryan
3531 South Logan #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM**:
Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com