IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Senior Assistant Attorney General Amy Colony hereby enters her appearance on behalf of Defendant Hilary Victoroff, N.P. in the above captioned matter. All pleadings, correspondence, notices and other documents should be sent to undersigned counsel at the address specified.

DATED this 7th day of March, 2019.

    PHILIP J. WEISER
    Attorney General

    s/ *Amy C. Colony*
    AMY C. COLONY, Reg. No. 36124*
    Senior Assistant Attorney General
    1300 Broadway, 10th Floor
    Denver, CO 80203

Email: acolony@coag.gov
Telephone: 720-508-6615
Attorney for Defendant Victoroff
*Counsel of Record

## CERTIFICATE OF SERVICE

      I certify that I served the foregoing ENTRY OF APPEARANCE upon all parties herein by e-filing with the CM/ECF system maintained by the court or by depositing copies of same in the United States mail, first-class postage prepaid, at Denver, Colorado, this 7th day of March, 2019, addressed as follows:

Shawnee Ryan
3531 South Logan Street, No. 349
Englewood, CO  80113
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

                                          *s/  Laurie A. Merrick*