# PROCESS RECEIPT AND RETURN

U.S. Department of Justice
United States Marshals Service

*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR 11  AM 8:04

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

RECEIVED
2019 FEB -4  P 2:48
U.S. MARSHALS SERVICE
DISTRICT OF COLORADO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| SHAWNEE RYAN, | 18-cv-956-MEH |
| DEFENDANT | TYPE OF PROCESS |
| CDOC et al, | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

Dr. Jennifer Mix, M.D.

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
1125 17th Street Suite 100, Denver, Colorado 80202

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Shawnee Ryan
3531 South Logan Street
#349
Englewood, CO 80113

| | |
|---|---|
| Number of process to be served with this Form - 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of: s/C. Madrid  *Deputy Clerk* | X PLAINTIFF  ___ DEFENDANT | TELEPHONE NUMBER  303-844-3433 | DATE  4 Feb 2019 |

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process  1 | District of Origin  No. B13 | District to Serve  No. B13 | Signature of Authorized USMS Deputy or Clerk  A Marcaida | Date  2/6/19 |

I hereby certify and return that I ✓ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served *(if not shown above)*

Jeff Archambeau CEO of

Address *(complete only if different than shown above)*

Suite 1010

✓ A person of suitable age and discretion then residing in the defendant's usual place of adobe.

| Date of Service | Time | |
|---|---|---|
| 3/07/19 | 1430 | pm (circled) |

Signature of U.S. Marshal or Deputy

[signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $65.00 | .58 | 0 | 65.58 | — | 0 | 0 |

REMARKS:

✓ 1015

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM-285 (Rev. 12/15/80)

Civil Action No. 18-cv-956-MEH

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2019 MAR 11 AM 8:04
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

This summons for *(name of individual and title, if any)* __Jennifer Mix__
was received by me on *(date)* __2/04/19__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Jeff Archambeau CEO__, who is designated by law to accept service of process on behalf of *(name of organization)*
__Dr. Jennifer Mix, MD__ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ __.58¢__ for travel and $ __65.00__ for services, for a total of $ __0.00__.

I declare under penalty of perjury that this information is true.

Date: __3/07/19__

__T. Luce__
Server's signature

__Triana C. Luce  DUSM 4001__
Printed name and title

__901 19th St, Denver, CO, 80294__
Server's address

Additional information regarding attempted service, etc:

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-0956-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),
    Defendants.



## AMENDED CERTIFICATE OF SERVICE

    I certify that I have mailed a copy of the Certificate of Service to the named individuals below, and the following forms to Adrienne Jacobson for Service of Process on the CDOC, Susan Tiona, Hilary Victoroff, and Laura Sommerschield, and to the United States Marshals Service for Service of Process on Jennifer Mix: AMENDED COMPLAINT FILED 1/16/2019, ORDER TO DISMISS IN PART AND DRAW CASE FILED 2/01/2019, SUMMONS, WAIVER, and CONSENT/NON-CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED STATES MAGISTRATE JUDGE IN DIRECT ASSIGNMENT CASES on 5 February 2019.

Shawnee Ryan
3531 South Logan Street
#349
Englewood, CO 80113

CDOC, Susan Tiona, Hilary Victoroff, Laura Sommerschield - **Waiver***
c/o Adrienne Jacobson
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY - VIA EMAIL**

Phil Weiser, Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**
**COURTESY COPY**

James Quinn, Asst. Attorney General
Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY - VIA EMAIL**
**COURTESY COPY**

**US Marshal Service**
Service Clerk
Service forms for: Jennifer Mix

                                                                                                     s/ C. Madrid
                                                                                                     Deputy Clerk