# U.S. Department of Justice - **RESTRICTED** PROCESS RECEIPT AND RETURN
## United States Marshals Service
*See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form.*

FILED
DISTRICT COURT
DISTRICT OF COLORADO
2019 MAR 11 PM 3:11

RECEIVED
2019 FEB -7 A 8:45
U.S. MARSHALS SVC
DISTRICT OF COLORADO

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Shawnee Ryan | 18-cv-956-MEH |
| DEFENDANT | TYPE OF PROCESS |
| CDOC et al | S/C |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Susan Tiona

ADDRESS *(Street or RFD, Apartment No., City State and Zip Code)*
2119 Payton Circle, Colorado Springs, CO 80915

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW: | | |
|---|---|---|
| US District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO 80294 | Number of process to be served with this Form - 285 | 1 |
| | Number of parties to be served in this case | 2 |
| | Check for service on U.S.A | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):*

## PERSONAL SERVICE

| Signature of Attorney or other Originator requesting service on behalf of:<br>s/ C. Madrid<br>Deputy Clerk | X PLAINTIFF<br>___ DEFENDANT | TELEPHONE NUMBER<br>303-844-3433 | DATE<br>6 February 2019 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>2 | District of Origin<br>No. B13 | District to Serve<br>No. B13 | Signature of Authorized USMS Deputy or Clerk<br>A M. Koda | Date<br>2/7/19 |
|---|---|---|---|---|---|

I hereby certify and return that I __X__ have personally served, ___ have legal evidence of service, ___ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, etc., shown at the address indicated below.

___ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served *(if not shown above)* | A person of suitable age and discretion then residing in the defendant's usual place of abode. |
|---|---|
| Address *(complete only if different than shown above)* | Date of Service: 03/06/2019  Time: 5:05 pm |
| | Signature of U.S. Marshal or Deputy |

| Service Fee<br>$130.00 | Total Mileage Charges (including endeavors)<br>$13.46 | Forwarding Fee | Total Charges<br>$143.46 | Advance Deposits | Amount owed to U.S. Marshal or<br>0.00 | Amount of Refund |
|---|---|---|---|---|---|---|

REMARKS: 1st Attempt: 02/26/2019  2nd attempt: 03/06/2019
√ JD17   2 Hours: 130.00  Mileage: 2[2(5.8 x 0.58)] = 13.46 Total: 130.00 + 13.46 = 143.46

Closed
JD17

| PRIOR EDITIONS MAY BE USED | 1. CLERK OF THE COURT | FORM USM-285 (Rev. 12/15/80) |
|---|---|---|

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-cv-956-MEH



FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO

2019 MAR 11  PM 3: 11

JEFFREY P. COLWELL
CLERK

BY_____ DEP. CLK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title if any)* Susan Tiona
was received by me on *(date)* 02/23/2019  .

☒ I personally served the summons on the individual at *(place)* 2119 Payton Circle, Colorado Springs, CO 80915
on *(date)* 03/06/2019  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ 13.46 for travel and $ 130.00 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 03/06/2019

*Server's signature*

Michael E. Youngblood, Deputy US Marshal
*Printed name and title*

212 N. Wahsatch, Colorado Springs, CO 80903
*Server's address*

Additional information regarding attempted service, etc:

1st Attempt: 02/26/2019   2nd attempt: 03/06/2019
2 Hours: 130.00  Mileage: 2[2(5.8 x 0.58)] = 13.46 Total: 130.00 + 13.46 = 143.46