IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX, in her individual and official capacities,
HILARY VICTOROFF, NP, in her individual and official capacities, and
LAURA SOMMERSCHIELD, NP, in her individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 22, 2019**.

      Before the Court is Plaintiff's Prisoner Motion for Appointment of Counsel [filed February 8, 2019; ECF No. 57].  In light of this Court's February 20, 2019 order and the Plaintiff's pending "Filing of Clarifying Information and Move for Reconsideration to Appoint Pro Bono Counsel" filed on February 22, 2019 [ECF No. 81], the motion is **denied as moot**.

      The Clerk of the Court is directed to characterize the filing at ECF No. 81 as a motion on the CM/ECF system.