IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

      Defendants.

_____

**ANSWER TO PLAINTIFF'S THIRD AMENDED COMPLAINT
AND JURY DEMAND FROM DEFENDANT JENNIFER MIX, M.D.**
_____

Defendant Jennifer Mix, M.D. ("Dr. Mix"), by and through her counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby respectfully submits this Answer to Plaintiff's Third Amended Complaint and Jury Demand, as follows:

## PARTIES

1. Dr. Mix is without sufficient knowledge or information, as to Plaintiff and her whereabouts, to form a belief as to the truth of the allegations contained in paragraph A of Plaintiff's Third Amended Complaint [ECF 51] and therefore denies same.

2. Dr. Mix believes the Colorado Department of Corrections ("CDOC") is no longer a party to this action and, therefore, a response to paragraph B of Plaintiff's Third Amended Complaint, as it relates to CDOC, is not required. However, if a response is

required, Dr. Mix admits the headquarters of the CDOC is located at 1250 Academy Park Loop, Colorado Springs, Colorado 80910.

3. Dr. Mix believes Correctional Health Partners ("CHP") is no longer a party to this action and, therefore, a response to paragraph B of Plaintiff's Third Amended Complaint, as it relates to CHP, is not required. However, if a response is required, Dr. Mix admits Correctional Health Partners ("CHP") contracts with CDOC to provide services related to the approval of requests for medical care outside of the CDOC health care system in so far as is alleged in paragraph B of Plaintiff's Third Amended Complaint. Dr. Mix denies all of the remaining allegations as they relate to CHP contained in the paragraph B of Plaintiff's Third Amended Complaint.

4. Dr. Mix admits that, at all times relevant to this action, she was employed by CHP in so far as is alleged in paragraph B of Plaintiff's Third Amended Complaint. Dr. Mix denies all remaining allegations contained in paragraph B of Plaintiff's Third Amended Complaint, as related to her.

5. Dr. Mix believes Dr. Tiona is no longer a party to this action and, therefore, a response to paragraph B of Plaintiff's Third Amended Complaint, as relates to Dr. Tiona, is not required. However, if a response is required, Dr. Mix admits Dr. Tiona was formerly the Chief Medical Officer of the CDOC. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraph B of Plaintiff's Third Amended Complaint, as related to Dr. Tiona, and therefore denies same.

6. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph B of Plaintiff's Third Amended Complaint, as related to Hilary Victoroff, N.P. and therefore deny same.

7. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in paragraph B of Plaintiff's Third Amended Complaint, as related to Laura Sommerschield, and therefore deny same.

## JURISDICTION AND VENUE

8. Dr. Mix admits this case is brought under 42 U.S.C. § 1983 and this Court possesses subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367 in so far as is alleged in paragraph C of Plaintiff's Third Amended Complaint. Dr. Mix admits venue is proper before this Court pursuant to 28 U.S.C. § 1391. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the remaining allegations contained in paragraphs C of Plaintiff's Third Amended Complaint and therefore denies same.

## FIRST CLAIM FOR RELIEF
### Violation of the 8th Amendment
### Deliberate Indifference to a Serious Medical Need
(against CDOC)

9. Dr. Mix incorporates herein by reference all of her responses to the allegations contained in paragraphs 1 through 8 above as her response to the allegations contained in Claim One of Plaintiff's Third Amended Complaint.

10. Dr. Mix believes CDOC is no longer a party to this action and, therefore, a response to Claim One of Plaintiff's Third Amended Complaint is not required. However, if a response is required, Dr. Mix is without sufficient knowledge or information to form a

belief as to the truth of the allegations contained in Claim One of Plaintiff's Third Amended Complaint and therefore denies same.

## SECOND CLAIM FOR RELIEF
### Violation of the 8th Amendment
### Deliberate Indifference to a Serious Medical Need
(against CDOC)

11. Dr. Mix incorporates herein by reference all of her responses to the allegations contained in paragraphs 1 through 10 above as her response to the allegations contained in Claim Two of Plaintiff's Third Amended Complaint.

12. Dr. Mix believes CDOC is no longer a party to this action and, therefore, a response to Claim Two of Plaintiff's Third Amended Complaint is not required. However, if a response is required, Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Claim Two of Plaintiff's Third Amended Complaint and therefore denies same.

## THIRD CLAIM FOR RELIEF
### Violation of the 8th Amendment
### Deliberate Indifference to a Serious Medical Need
(against CHP and Dr. Mix)

13. Dr. Mix incorporates herein by reference all of her responses to the allegations contained in paragraphs 1 through 12 above as her response to the allegations contained in Claim Three of Plaintiff's Third Amended Complaint.

14. Dr. Mix denies she violated Plaintiff's rights or otherwise breached her duty to Plaintiff in so far as alleged in Claim Three of Plaintiff's Third Amended Complaint. Dr. Mix further states Plaintiff's medical records speak for themselves and deny any

4

inconsistencies with those records contained in Claim Three of Plaintiff's Third Amended Complaint.

15. Dr. Mix believes CHP is no longer a party to this action and, therefore, a response to Claim Three of Plaintiff's Third Amended Complaint, as it relates to CHP, is not required. However, if a response is required, Dr. Mix denies CHP violated Plaintiff's rights or otherwise breached its duty to Plaintiff in so far as alleged in Claim Three of Plaintiff's Third Amended Complaint.

**FOURTH CLAIM FOR RELIEF**
**Violation of the 8th Amendment**
**Deliberate Indifference to a Serious Medical Need**
(against Hilary Victoroff)

16. Dr. Mix incorporates herein by reference all of her responses to the allegations contained in paragraphs 1 through 15 above as her response to the allegations contained in Claim Four of Plaintiff's Third Amended Complaint.

17. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Claim Four of Plaintiff's Third Amended Complaint and therefore denies same. Dr. Mix further states that Plaintiff's medical records speak for themselves and deny any inconsistencies with those records contained in Claim Four of Plaintiff's Third Amended Complaint.

### FIFTH CLAIM FOR RELIEF
### Violation of the 8th Amendment
### Deliberate Indifference to a Serious Medical Need
(against Laura Sommerschield)

18. Dr. Mix incorporates herein by reference all of her responses to the allegations contained in paragraphs 1 through 17 above as her response to the allegations contained in Claim Five of Plaintiff's Third Amended Complaint.

19. Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in Claim Five of Plaintiff's Third Amended Complaint and therefore denies same. Dr. Mix further states that Plaintiff's medical records speak for themselves and deny any inconsistencies with those records contained in Claim Five of Plaintiff's Third Amended Complaint.

### PREVIOUS LAWSUITS

Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the Previous Lawsuit Section of Plaintiff's Third Amended Complaint and therefore denies same.

### ADMINISTRATIVE REMEDIES

Dr. Mix is without sufficient knowledge or information to form a belief as to the truth of the allegations contained in the Administrative Remedies Section of Plaintiff's Third Amended Complaint and therefore denies same.

### REQUEST FOR RELIEF

Dr. Mix denies Plaintiff is entitled to any relief in this action.

## GENERAL DENIAL

Dr. Mix denies each and every allegation contained in Plaintiff's Third Amended Complaint not specifically admitted herein.

## DEFENSES AND AFFIRMATIVE DEFENSES

1. Plaintiff's Third Amended Complaint fails to state a claim upon which any relief may be granted.

2. All or part of Plaintiff's claims do not rise to the level of constitutional violations, sufficient to state a claim upon which relief may be granted pursuant to 42 U.S.C. § 1983 against Dr. Mix.

3. Dr. Mix lacks sufficient personal participation to be held liable pursuant to 42 U.S.C. § 1983.

4. Dr. Mix's actions were taken for legitimate, nondiscriminatory penological purposes.

5. The injuries and damages sustained by Plaintiff, in whole or in part, were proximately caused by his own acts or omissions and/or the acts or omissions of third parties over whom Dr. Mix has no control or right of control.

6. Plaintiff has failed to mitigate her damages, if any, as required by law.

7. Dr. Mix never breached any duty owed Plaintiff at any time in the course of her incarceration.

8. At all times pertinent herein, Dr. Mix acted in accordance with all common law, statutory, regulatory, policy, contractual, and constitutional obligations and without any intent to cause Plaintiff any harm.

9. Some or all of Plaintiff's claims are barred, limited and/or controlled by the Prison Litigation Reform Act, 42 U.S.C. §§ 1997e *et seq.*

10. Some or all of Plaintiff's claims are barred, limited and/or controlled by C.R.S. § 13-17.5-102.3.

11. Plaintiff is not entitled to any of the relief sought in the Third Amended Complaint under any of the theories asserted.

12. Dr. Mix may not be held liable on the basis of any vicarious liability or respondeat superior theory for any alleged violation of the United States Constitution.

13. Plaintiff's injuries and damages, if any, were either pre-existing or not aggravated by any action or omission of or by Dr. Mix, nor were they proximately caused by or related to any act or omission of Dr. Mix.

14. Plaintiff's claims for damages are limited and/or subject to all applicable damages limitations and other similar provisions of both federal and Colorado law.

15. Dr. Mix's conduct was, at all times, lawful, justified and privileged and any actions complained of by Plaintiff in relation to Dr. Mix were justified by penological reasons.

16. Dr. Mix is entitled to all of the terms, conditions and provisions of the Colorado Health Care Availability Act, C.R.S. §§ 13-64-101 *et seq.*

17. Upon information and belief, Plaintiff may not be the real party in interest, in whole or in part, to pursue all or part of his claims and damages.

18. Some or all of Plaintiff's claims are barred by the statute of limitations.

19. Dr. Mix hereby incorporates herein by reference all applicable defenses and affirmative defenses raised by any of the other Defendants in this matter in any Answer or Motion filed by any of the other Defendants with the District Court.

20. Dr. Mix specifically reserves the right to amend her Answer to include additional defenses and affirmative defenses and/or delete defenses and affirmative defenses which have become non-applicable upon completion of additional discovery.

WHEREFORE, having answered the allegations contained in Plaintiff's Third Amended Complaint and Jury Demand in full, Defendant Jennifer Mix, M.D., moves the Court for entry of an Order dismissing all elements of all claims against her in complete and total fashion, awarding her costs and attorney's fees, and ordering such other and further relief as the Court deems proper.

## JURY DEMAND

Pursuant to Fed. R. Civ. P. 38(b), Dr. Mix hereby demands a trial by jury on all issues so triable.

Dated this 28th day of March, 2019.

Respectfully submitted,

*s/ Edmund M. Kennedy*
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:      303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEY FOR DEFENDANT JENNIFER MIX, M.D.**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 28th day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Amy C. Colony, Esq.
amy.colony@coag.gov

Shawnee Ryan
Shawneeryan216@gmail.com

*s/ Marlene Wilson, Legal Assistant to:*
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:       303-628-3368
ringela@hallevans.com
kennedye@hallevans.com