

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX089503
Cashier ID: rr
Transaction Date: 03/29/2019
Payer Name: SHAWNEE RYAN
------------------------------
PLRA CIVIL FILING FEE
  For: SHAWNEE RYAN
  Case/Party: D-COX-1-18-CV-000956-001
  Amount:          $10.00
------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 208466478704
  Amt Tendered:    $10.00
------------------------------
Total Due:         $10.00
Total Tendered:    $10.00
Change Amt:         $0.00

PLRA Case 18-cv-956-MSK

A fee of $53.00 will be assessed on
any returned check.
```