

```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX089584
Cashier ID: rr
Transaction Date: 03/29/2019
Payer Name: SHAWNEE RYAN
------------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17915589153
 Amt Tendered:   $10.00
------------------------------------------
Total Due:       $10.00
Total Tendered:  $10.00
Change Amt:      $0.00

PLRA Case 18-cv-956-MSK

A fee of $53.00 will be assessed on
any returned check.
```