IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

## NOTIFICATION OF ADDRESS CHANGE

Plaintiff Shawnee Ryan comes now and notifies the court and parties of the following mailing and contact address change:

Shawnee Ryan
3531 South Logan *#189*
Englewood, Colorado 80113

There are no changes to all other information of record.

Respectfully submitted this 2nd day of April, 2019.

s/Shawnee Ryan
3531 South Logan #189
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served, through the CMECF SYSTEM, this Notification of Address Change to the parties below on this 2nd day of April, 2019.

s/Shawnee Ryan
3531 South Logan #189
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM**:
Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

1