IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

### Move Court for Leave to File Amended Complaint Against Defendant Hilary Victoroff

Plaintiff Shawnee Ryan comes now requesting Leave to File the following Amended Complaint Against Defendant Hilary Victoroff:

As grounds:

- Ryan entered into the filing of suit, with the hope and expectation that Defendant Victoroff would be truthful and forthcoming, now that she is under the serious reach of a court of law (and) because Defendant Victoroff does hold personal knowledge of the depths and extents of the historical records that would be made available to the court under a prosecution.  Simplistically stated, Ryan extended, to Defendant Victoroff, the Grace of choosing only one, of what are many events of historical record and within limitations, that Ryan could have chosen and included. Ryan sincerely did so with sincere hope that Defendant Victoroff would accept the gravity of her professional actions in order to bring relief to valid claim.  What Ryan has initially received, instead, is a falsification of her medical records and an outright distortion of verifiable medical facts of the event in question.  Defendant Victoroff does not appear to believe she is required to tell the full truth in this setting and as such, Ryan believes she has validation to file two further complaints against Defendant Victoroff as a result of her confessed disclosures within her answer.

As follows, Ryan presents her grounds for Leave to File the following amended claim against Hilary Victoroff.   As Ryan is uncertain of the format to follow, she states that she is, for now, assuming she must be granted Leave to File.  And then, file the amended complaint.  If incorrect in assumption, Ryan asks that the court order her to the format that is accurate.

**Grounds:**

1

- **CLAIM SIX:  UNDER C.R.S. 12-38-117: GROUNDS FOR DISCIPLINE, A CHARGE OF FALSIFICATION OF MEDICAL RECORDS**

Supporting Facts:
- C.R.S. 12-38-117:  Grounds for Discipline: (I) (h) "…..has falsified or in a negligent manner made incorrect entries or failed to make essential entries on patient records…"
- Under the parameters of her regulatory licensing and training, Hilary Victoroff has sworn an oath, that in part, she is aware and agrees that every entry and every access of her touch to Shawnee Ryan's medical case or her person, constitutes a medical record.
- Within her Answer filed May 3, 2019; Hilary Victoroff failed to disclose the existence of all of Ryan's medical records, which include vast amounts of outside specialist's medical records of fact, spanning literally a reach of over 6 years accumulation.  The untruth by omission, to her counsel of record, had the potential to deeply compromise the integrity of this lawsuit's process if it had not addressed by Ryan in a limited reply to incorporate fact into record.
- Hilary Victoroff's choice to falsify record now affects all parties. It is a given that Ryan will be bringing forward the entirety of her medical records in this case and Hilary Victoroff's credibility for truthful disclosure is now another fact to contend with in this case.
- In addition to a misdemeanor level of violating law, Hilary Victoroff placing her counsel and all parties in this position now of having to dissect Hilary Victoroff's presentations for credibility; is potentially, in a case of this size, a vast and burdensome process for the court and all other parties to manage.
- The act also reveals a self-serving determination by Hilary Victoroff to conceal her alleged liability.  **The following simple excerpt of example,** is one Hilary Victoroff is not only aware that she just repeated within her work with Ms. Colony, she is previously aware of as having attempted same with the same distortion, during administrative processes of this initial event she is charged with. **That example is:**
    * Ms. Colony, led to believe enough that she would place her own integrity as an officer of the court on the line in her Answer, was unaware when she did so, that any other records existed, other than CDOC records as presented to her by Hilary Victoroff.  Unaware, that within the outside medical records of Dr. John Burke and Rocky Mountain Cancer Centers, **the solid evidence that the one and only phone call Dr. Burke received**, of Ryan's neutropenia and high fever was the phone call made by licensed medical doctor Yegapan, from the infirmary, when Ryan presented with a temp of 103.8 degrees.  As her professional training and high competency dictated, Dr. Yegapan so swiftly acted the moment she saw Ryan's condition that she left her nurse in attendance, rapidly and immediately acted forthwith to pick up the phone to Dr. Burke.  Who immediately directed Ryan to the ER at Aurora South.  Then and only then, did Dr. Yegapan return to examine Ryan further and prepare her orders for transport. **The full medical records of fact shall verify that at no time did Dr. Burke speak to Hilary Victoroff during this event.**

2

Respectfully submitted this 6th day of May, 2019.

s/Shawnee Ryan
3531 South Logan #189
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


**CERTIFICATE OF SERVICE**
I have served, through the CMECF SYSTEM, this Move Court for Leave to File Amended Complaint against Defendant Hilary Victoroff to the parties below on this 6th day of May 2019.

s/Shawnee Ryan
3531 South Logan #189
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM**:

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

3