IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK- MEH

**SHAWNEE RYAN, Plaintiff**

**V.**


**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

**SUBPOENA DUCES TECUM #2:  COLORADO DEPARTMENT OF CORRECTIONS**

**Plaintiff Shawnee Ryan (Ryan) comes now under USCS Fed Rules Civ. Proc. R45 and moves the court to issue subpoena duces tecum, ordering the Colorado Department of Corrections to produce the following:**

Ryan represents that the following documents and records are in the direct or indirect care and custody, and/or control of the Colorado Department of Corrections and that all are material, relative and probative of issues necessary to proceed; that all will be raised within this lawsuit against Defendants and that all are necessary and required for a full and fair determination of all issues raised.

Ryan attaches her affidavit to this request and incorporates same to record.

Ryan submits subpoena a minimum of (7) days prior to service of subpoena per D.C. Colo. LCivR 45.1.

Ryan respectfully requests that the Court issue subpoena duces tecum and per Ryan's Leave to Proceed as Indigent; requests that subpoena is served either electronically by the court or by U.S. Marshal's service upon the Colorado Department of Corrections.                            .

Ryan respectfully requests that the court order the Colorado Department of Corrections to produce, no later than 21 days after service of this Subpoena Duces Tecum #2: Colorado Department of Corrections.  And do so directly into Ryan's possession at her physical address of 575 Billings Street #427, Aurora, Colorado 80011.

**Colorado Department of Corrections to produce:**

- **The entirety of Plaintiff Ryan's grievance history for the entire length of her incarceration.  To include all different departments of grievance coordination: medical, security, facility and administration.**

1

- **Full and complete coordinator's electronic tracking records and full and complete copies of all stages of each grievance filed.**
- **To further include the entirety of all administrative records located at either facility(ies) or at headquarters within chief medical office records, offender services records and clinical divisions records accumulated through all years of her incarceration.  All of which, are relevant to the paths of all parties in administrative processes and mitigations.  Including, but not limited to, all electronic emails, faxes and records.**

**Respectfully requested this 6th day of May 2019.**

s/Shawnee Ryan
3531 S. Logan Street #349
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**


**DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA DUCES TECUM**

I, Shawnee Ryan declare under the penalty of perjury that I have personal knowledge of the following:

- I am the Plaintiff in this case.
- I am requesting that the court issue Subpoena Duces Tecum #2: Colorado Department of Corrections.
- This entity has custody, care and direct or indirect control of documents that are relevant and probative of issues raised within this lawsuit #18-cv-00956-MEHj, 10th US District Court for the District of Colorado.
- The specific documents to produce are so listed, with specificity, in this Subpoena Duces Tecum #2: Colorado Department of Corrections.

I, Shawnee Ryan, hereby declare under penalty of perjury that the above and foregoing statements are true and accurate.

Further Affiant Sayeth Not.

s/Shawnee Ryan
3531 S. Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**ORDER DIRECTING ISSUANCE OF SUBPOENA DUCES TECUM #2:  COLORADO DEPARTMENT OF CORRECTIONS**

This cause comes before the court pursuant to a Pro Se Plaintiff's Request for Subpoena duces Tecum.

The court, having seen, read and being duly advised in said request, and having further considered the sworn affidavit of Plaintiff, now finds that the documents requested would be relevant and probative of issues raised in this proceeding and that the subpoena duces tecum should be issued.

It is therefore ordered by the court that the Clerk of this Court shall cause the subpoena to be issued for the entity requested and that said subpoena shall be served, as Plaintiff is under Leave to Proceed as Indigent, by the court (or) US Marshal service.

So Ordered this _____ day of _____ , 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 6th, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:  Hegarty_chambers@cod.uscourts.gov   (and) will be served upon the parties below, either by electronic agreement (or) by US Marshal service at their current addresses of my record.

s/Shawnee Ryan
3135 South Logan Street #349
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

5