IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**Attached Filing of Prisoner Pro Se Subpoena Duces Tecum #1: State Attorney General**

Plaintiff Shawnee Ryan files now, under USCS Fed Rules Civ. Proc. R45, the attached: "Subpoena Duces Tecum #1:  State Attorney General moves the court to place said subpoena into the same pending process of service as her previously submitted subpoenas.

Respectfully filed this 9th day of May, 2019.

s/Shawnee Ryan
3531 South Logan #189
Englewood, Colorado  80113
720-431-8319
shawneeryan216@gmail.com

I hereby certify that on May 9th, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:  Hegarty_chambers@cod.uscourts.gov   (and) will be served upon the parties below, either by electronic agreement (or) by US Marshal service at their current addresses of my record.

s/Shawnee Ryan
3135 South Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

1