IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK - MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**SUBPOENA DUCES TECUM: #1 STATE ATTORNEY GENERAL**

**Plaintiff Shawnee Ryan (Ryan) comes now under USCS Fed Rules Civ. Proc. R45 and moves the court to issue subpoena duces tecum, ordering the Office the State Attorney General, as counsel for Defendant Hilary Victoroff, to produce the following:**

Ryan represents that the following documents and records are in the direct or indirect care and custody, and/or control of the Office of the State Attorney General and that all are material, relative and probative of issues necessary to proceed; that all will be raised within this lawsuit against Defendant Hilary Victoroff and that all are necessary and required for a full and fair determination of all issues raised.

Ryan attaches her affidavit to this request and incorporates same to record.

Ryan submits subpoena a minimum of (7) days prior to service of subpoena per D.C. Colo. LCivR 45.1.

Ryan respectfully requests that the Court issue subpoena duces tecum and per Ryan's Leave to Proceed as Indigent; requests that subpoena is served either electronically by the court or by U.S. Marshal's service upon the Office of the State Attorney General.

Ryan respectfully requests that the court order the Office of the State Attorney General
to produce, no later than 10 days after service of Subpoena Duces Tecum #1: State Attorney General.  And do so directly into Ryan's possession at her physical address of 575 Billings Street #427, Aurora, Colorado 80011.

**The Office of the State Attorney General to produce:**

- **Per the sworn filed statement of state attorney Amy Colony, March 22, 2019; any and all related materials, documents, statements, records, 'retained expert' review, all consultations with any related party that came into the State's investigation made**

1

**during Ms. Colony's extension of time given to file Defendant Victoroff's Answer to Complaint.**

**Respectfully requested this 9th day of May, 2019.**

s/Shawnee Ryan
3531 S. Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MEH -MSK

SHAWNEE RYAN, Plaintiff

V.

Defendants:
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**AFFIDAVIT IN SUPPORT OF REQUEST FOR ISSUANCE OF SUBPOENA DUCES TECUM**

I, Shawnee Ryan declare under the penalty of perjury that I have personal knowledge of the following:

- I am the Plaintiff in this case.
- I am requesting that the court issue Subpoena Duces Tecum #1 State Attorney General.
- This entity has custody, care and direct or indirect control of documents that are relevant and probative of issues raised within this lawsuit #18-cv-00956-MSK-MEH, 10th US District Court for the District of Colorado.
- The specific documents to produce are so listed, with specificity, in this Subpoena Duces Tecum #1: State Attorney General.

I, Shawnee Ryan, hereby declare under penalty of perjury that the above and foregoing statements are true and accurate.

Further Affiant Sayeth Not.

s/Shawnee Ryan
3531 S. Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

3

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

**ORDER DIRECTING ISSUANCE OF SUBPOENA DUCES TECUM #1: State Attorney General**

This cause comes before the court pursuant to a Pro Se Plaintiff's Request for Subpoena duces Tecum.

The court, having seen, read and being duly advised in said request, and having further considered the sworn affidavit of Plaintiff, now finds that the documents requested would be relevant and probative of issues raised in this proceeding and that the subpoena duces tecum should be issued.

It is therefore ordered by the court that the Clerk of this Court shall cause the subpoena to be issued for the entity requested and that said subpoena shall be served, as Plaintiff is under Leave to Proceed as Indigent, by the court (or) US Marshal service.

So Ordered this          day of                 , 2019.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 9, 2019 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email address:  Hegarty_chambers@cod.uscourts.gov   (and) will be served upon the parties below, either by electronic agreement (or) by US Marshal service at their current addresses of my record.

s/Shawnee Ryan
3135 South Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

5