**Shawnee Ryan**
**3531 South Logan Street #189**
**Englewood, Colorado 80113**
**720-431-8319**
shawneeryan216@gmail.com

**To:  Aurora South Hospital ATTN:  Medical Records**
**Re:  Patient:  Shawnee Ryan DOB:  March 11, 1957**

**AUTHORIZATION FOR LIMITED RELEASE OF MEDICAL RECORDS**

*I, Shawnee Ryan, hereby grant release of the following medical records to the party listed.  This release is confined to the specific records listed, the specific attorney listed (as they are limited to only the specific event representation of the defendant listed with them) and is part of litigation in which their clients are defendant(s).*

*I DO NOT, without my further written consent, allow the release of any other portion of my medical records nor release permission for any other portions or areas of my medical history, needs and conditions other than the specified event(s) below.*

*Additional release(s) must be made with an additional signature of release (or) by court order.  Please contact me directly if you have specific internal forms you wish signed (or) if any difficulties arise in executing this release.  Thank you.*

- **Physician, Hospital, Clinic or Lab:**   Aurora South Medical Center and Hospital  ATTN:  Medical Records 1501 South Potomac Street, Aurora, Colorado  80012.  303-695-2600.

- **Records to be released**:


1. **To:  Attorney Amy Colony on behalf of Defendant Hilary Victoroff N.P.:**  The specific and contained records to the event of my neutropenic fever, Influenza A, staph and Mirsa infections that occurred post-release from Aurora South Hospital on Feb 3, 2017 and back into the care and custody of CDOC on February 3, 2017 (through) within 72 hours later for critical care hospitalization back to Aurora South Hospital. With discharge back to CDOC care and custody on or around February 17, 2017.   No other records of mine are to be released without my further written consent (or) a court order.       Contact:  Amy Colony #36124, 1300 Broadway, 10th Floor; Denver, Colorado 80203. Phone: 720-508-6615.


   This release expires immediately after records are executed as released.


**Shawnee Ryan**                                                                                                      **May 9, 2019**