Shawnee Ryan
3531 South Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

**To:  Dr. John Burke M.D.   and   Rocky Mountain Cancer Centers**
**Re:  Patient Shawnee Ryan   DOB:  March 11, 1957**
<u>**AUTHORIZATION FOR LIMITED RELEASE OF MEDICAL RECORDS**</u>

*I, Shawnee Ryan, hereby grant release of the following medical records to the party listed.  This release is confined to the specific records listed, the specific attorneys listed (as they are limited to only the specific event representation of the defendant listed with them) and is part of litigation in which their clients are defendant(s). I DO NOT, without my further written consent, allow the release of any other portion of my medical records nor release permission for any other portions or areas of my medical history, needs and conditions other than the specified event(s) below. Additional release(s) must be made with an additional signature of release (or) by court order.  Please contact me directly if you have specific internal forms you wish signed (or) if any difficulties arise in executing this release.  Thank you.*

- <u>Physician, Hospital, Clinic or Lab:</u>   Dr. John Burke, M.D.         Rocky Mountain Cancer Center 1700 South Potomac, Aurora, Colorado 80012         303-418-7600 (Fax) 303-750-3137

- <u>Records to be released</u>:
    1. To:  <u>Attorney Amy Colony on behalf of Defendant Hilary Victoroff N.P.:</u>  The specific and contained records to the event of my neutropenic fever, Influenza A, staph and Mirsa infections that occurred post-release from Aurora South Hospital and back into the care and custody of CDOC on February 3, 2017 (through) return for critical care hospitalization back to Aurora South Hospital with release back to CDOC care and custody on or around February 17, 2017.   Hilary Victoroff and her counsel are presumed to already have in her possession any and all internal CDOC records related to this event.  Contact:   Amy Colony #36124, 1300 Broadway, 10th Floor; Denver, Colorado  80203.  Phone:  720-508-6615.

       To:  <u>Attorney Amy Colony on behalf of Defendant Laura Sommerschield N.P. :</u>   Specificity limited to any contact of referral and/or intervention in order to obtain cataract eye surgery upon myself, that Dr. Burke made to Dr. Elizabeth Echalier M.D. from mid-summer 2017 through October 4, 2018.

    2.  To:  <u>Attorneys David Ringel and Edmund Kennedy of the firm, Hall & Evans, on behalf of Defendant Dr. Jennifer Mix M.D.:</u>  All orders and requests for (autologous) stem cell transplantation (and) appeals from the first put in for authorization in August of 2014 through June 16, 2017.  The charge against Dr. Mix, at this point, is contained to her administrative actions in denying (or approving) authorization(s) for transplant.  You may include any and all medical and scientific data submitted at the time of your order for transplant.  Dr. Mix is presumed to already have in her possession any and all records she relied upon within Correctional Health Partners and CDOC.  Contact:  Hall and Evans 1001 17th Street Suite 300, Denver, Colorado 80202.  303-628-3300   Fax:  303-628-3368.

    This release expires immediately after records are executed as released.


    **Shawnee Ryan**                                                                                                           **May 9, 2019**