**Shawnee Ryan**
**3531 South Logan Street #189**
**Englewood, Colorado 80113**
**720-431-8319**
shawneeryan216@gmail.com

**To:  Denver Health Hospital**
**Re:  Patient:  Shawnee Ryan DOB:  March 11, 1957**

**AUTHORIZATION FOR LIMITED RELEASE OF MEDICAL RECORDS**

*I, Shawnee Ryan, hereby grant release of the following medical records to the party listed.  This release is confined to the specific records listed, the specific attorney listed (as they are limited to only the specific event representation of the defendant listed with them) and is part of litigation in which their clients are defendant(s).*

*I DO NOT, without my further written consent, allow the release of any other portion of my medical records nor release permission for any other portions or areas of my medical history, needs and conditions other than the specified event(s) below.*

*Additional release(s) must be made with an additional signature of release (or) by court order.  Please contact me directly if you have specific internal forms you wish signed (or) if any difficulties arise in executing this release.  Thank you.*

- **Physician, Hospital, Clinic or Lab:**   Denver Health Eye Center (Various surgeons, optometrists, ophthalmologists and one retained surgeon from University are within Shawnee Ryan's eye clinic records.  Also within record is an administrative review done for the eye department regarding how scheduling of DOC inmates with critical or urgent care needs were to be future executed).

    Denver Health Hospital     ATTN:  Medical Records    301 West 6th Ave. Lower Level, Denver, Colorado 80204.  303-602-8000.

- **Records to be released**:

    1. **To:  Attorney Amy Colony on behalf of Defendant Laura Sommerschield N.P.:**  All eye records, including all surgeries (and) the administrative review records (internal) executed regarding scheduling handling of Shawnee Ryan's case.   No other records of mine are to be released without my further written consent (or) a court order.         Contact:   Amy Colony #36124, 1300 Broadway, 10th Floor; Denver, Colorado 80203.  Phone: 720-508-6615.

    This release expires immediately after records are executed as released.

**Shawnee Ryan**                                                                                                                **May 9, 2019**