**Shawnee Ryan**
**3531 South Logan Street #189**
**Englewood, Colorado 80113**
**720-431-8319**
shawneeryan216@gmail.com

**To:  University Hospital, Rodgers Eye Center**
**Re:  Patient:  Shawnee Ryan DOB:  March 11, 1957**

**AUTHORIZATION FOR LIMITED RELEASE OF MEDICAL RECORDS**

*I, Shawnee Ryan, hereby grant release of the following medical records to the party listed.  This release is confined to the specific records listed, the specific attorney listed (as they are limited to only the specific event representation of the defendant listed with them) and is part of litigation in which their clients are defendant(s).*

*I DO NOT, without my further written consent, allow the release of any other portion of my medical records nor release permission for any other portions or areas of my medical history, needs and conditions other than the specified event(s) below.*

*Additional release(s) must be made with an additional signature of release (or) by court order.  Please contact me directly if you have specific internal forms you wish signed (or) if any difficulties arise in executing this release.  Thank you.*

- **Physician, Hospital, Clinic or Lab:**   Dr. Paula Pecen M.D.   Rodgers Eye Center, University Hospital (and) Dr. Elizabeth Echalier M.D.    ATTN:  Medical Records         12605 E. 16th Ave. Aurora, Colorado 80045.   720—848-0000.

- **Records to be released**:

1. **To:  Attorney Amy Colony on behalf of Defendant Laura Sommerschield N.P.:**  The specific and contained records to the ongoing retina care (and) issues of detached vitreous and floaters in both eyes.   No other records of mine are to be released without my further written consent (or) a court order.          Contact:   Amy Colony #36124, 1300 Broadway, 10th Floor; Denver, Colorado 80203.  Phone: 720-508-6615.

    This release expires immediately after records are executed as released.

    **Shawnee Ryan**                                                                                                          May 9, 2019