IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-00956-MSK-MEH | Date: | May 29, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*                                                                 *Counsel:*

SHAWNEE RYAN,                                                   Pro se

    Plaintiff,

v.

JENNIFER (I) MIX,                                                    Edmund Kennedy
HILLARY (I) VICTOROFF,                                         Amy Colony
LAURA (I) SOMMERSCHIELD,

    Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**
**STATUS CONFERENCE**

---

**Court in session:**      **10:05 a.m.**

The Court calls case.   Appearances of counsel.

Discussion was held regarding Plaintiff's request to amend her complaint. Discussion was also held regarding entry of a Scheduling Order. Defendants shall prepare a proposed Scheduling Order and present it to the plaintiff. The Court advised that parties shall have four (4) months to complete discovery. Plaintiff was also advised to keep the Court informed of the status of her health.

**ORDERED:**     [98] Amended Complaint Move for Leave to File Amended Complaint [sic] is **denied**. Plaintiff is granted leave to file a Proposed Amended Complaint on or before June 3, 2019 as advised on the record.

**ORDERED:**     [105] First Motion for Leave to File Fourth Amended Complaint is **denied as moot**. Plaintiff is granted leave to file a Proposed Amended Complaint on or before June 3, 2019 as advised on the record.

**ORDERED:**     Defendants will prepare a Proposed Protective Order to address discovery related to medical records as discussed on the record.

**ORDERED:** Plaintiff's Oral Motion for Reconsideration of her Motion for Appointment of Counsel was **GRANTED**. The Clerk of Court is ordered to attempt to enroll pro bono counsel for the defendant.

**Court in recess:**     **10:43 a.m.**     (Hearing concluded)
Total time in court:   0:38

\*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.