IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX, in her individual and official capacities,
HILARY VICTOROFF, NP, in her individual and official capacities, and
LAURA SOMMERSCHIELD, NP, in her individual and official capacities,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on May 30, 2019.**

      In light of this Court's May 29, 2019 Order granting the appointment of pro bono counsel, Plaintiff's "Filing of Clarifying Information and [Motion] for Reconsideration to Appoint Pro Bono Counsel" [filed February 22, 2019; ECF No. 81] is **denied as moot**.

      Pursuant to D.C. Colo. LCivR 7.2 and having no objection, Plaintiff's Motion to Maintain Filing of Document at Level 2 Restricted Access [filed March 4, 2019; ECF No. 83] is **granted**. The Clerk of the Court shall maintain under Restriction Level 2 the document at ECF No. 81 until further order of the Court.

      Finally, as Defendants Victoroff and Sommerschield are now represented by counsel, Plaintiff's "[Motion] for Clerk to Update Status of Service upon Defendant Laura Sommerschield by U.S. Marshal [and] Verification of CMECF Filing Status for Defendant Victoroff" [filed March 4, 2019; ECF No. 84] is **denied as moot**.