```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX090516
Cashier ID: rr
Transaction Date: 06/03/2019
Payer Name: SHAWNEE RYAN
------------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00
------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17930308861
 Amt Tendered:   $10.00
------------------------------------------
Total Due:        $10.00
Total Tendered:   $10.00
Change Amt:        $0.00

PLRA 18-956-MSK


A fee of $53.00 will be assessed on
any returned check.
```