IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 13, 2019**.

      Before the Court is Plaintiff's "Motion to Quash (and/or) Suppress Improperly Obtained Discovery" [filed June 7, 2019; ECF No. 112]. Pursuant to D.C. Colo. LCivR 7.1(a), a movant must confer with opposing counsel or an unrepresented party *before filing a motion* in an effort to resolve any disputed matter, and the movant must attach to the motion a certificate describing the movant's specific efforts to fulfill this duty. Because the motion contains no such certificate or description, it is **denied without prejudice**.

      In addition, the Court reminds the parties of its standing order regarding discovery disputes: "before filing a motion relating to a discovery dispute, the movant must request a conference with the Court by submitting an email, copied to all parties, to *hegarty_chambers@cod.uscourts.gov*. *See* Fed. R. Civ. P. 16, cmt. 2015 Amendment." *See* ECF No. 55.