IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 1:18-cv-00956-MSK-MEH | Date: | June 24, 2019 |
| Courtroom Deputy: | Molly Davenport | FTR: | Courtroom A 501 |

*Parties:*   *Counsel:*

SHAWNEE RYAN,   Pro se

   Plaintiff,

v.

JENNIFER (I) MIX,   Edmund Kennedy
HILLARY (I) VICTOROFF,   Amy Colony
LAURA (I) SOMMERSCHIELD,

   Defendants.

## COURTROOM MINUTES
## DISCOVERY CONFERENCE

**Court in session:**   2:34 p.m.

Court calls case. Appearances of counsel.

Plaintiff advised the Court that she is not seeking emotional damages against defendant, Jennifer (I) Mix. Discussion was held regarding medical records.

**ORDERED:**   Within 2 weeks, Amy Colony shall produce an electronic copy of all medical records in her possession involving the plaintiff.

Discussion was held regarding a Proposed Scheduling Order and a Protective Order. Mr. Kennedy will make the requested changes to the Protective Order and file it into the record.

**ORDERED:**   The Proposed Scheduling Order will be filed on or before July 2, 2019.

**ORDERED:**   Initial disclosures are due July 8, 2019.

**ORDERED:**   There will be 10 depositions allowed per side.

**ORDERED:**   The discovery deadline will be November 1, 2019.

Discussion was held regarding the production of documents by the CDOC. Plaintiff advised the Court that she filed a subpoena duces tecum today for the Colorado Department of Corrections ("CDOC") and that she wants it to proceed.

**ORDERED:** [111] SUPPLEMENT/AMENDMENT Leave to File Proposed Amendment as ordered by Plaintiff Shawnee Ryan is GRANTED. The Clerk of Court is ORDERED to file the Prisoner Complaint (4th Amended) located at ECF 111-2.

**Court in recess:**   **3:34 p.m.**   Hearing concluded.
Total in-court time   01:00

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.