IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

    Defendants.
_____

**WAIVER OF SERVICE OF SUMMONS AND FOURTH AMENDED COMPLAINT FROM DEFENDANT CORRECTIONAL HEALTH PARTNERS ONLY**
_____

    Defendant Correctional Health Partners, by and through her counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 4(d), hereby respectfully submits this Waiver of Service of Summons and Fourth Amended Complaint from Correctional Health Partners Only, as follows:

    1.    On June 24, 2019, the Magistrate Judge grant Plaintiff's Motion for Leave to Amend and accepted the Plaintiff's Fourth Amended Complaint for filing with this Court. Plaintiff's Fourth Amended Complaint includes Correctional Health Partners as a Defendant. Based upon Correctional Health Partners having been named in the Fourth Amended Complaint, the undersigned counsel has received the authority from

3743134.1

Correctional Health Partners to waive service of a summons and the Plaintiff's Fourth Amended Complaint and hereby does so.

2. Defendant Correctional Health Partners acknowledges receipt of Plaintiff's Amended Complaint in the above-captioned action of **_Shawnee Ryan v. Correctional Health Partners, et. al.,_** which is Civil Action Number 18-cv-00956-MSKB-MEH in the United States District Court for the District of Colorado.

3. Defendant Correctional Health Partners, on behalf of herself only, and not on behalf of any of the other named Defendants, agrees to save the cost of service of a summons and an additional copy of the Plaintiff's Fourth Amended Complaint in this lawsuit by not requiring that it be served with judicial process in the manner provided by Rule 4 of the Federal Rules of Civil Procedure. Defendant will retain all defenses or objections to this lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

4. Defendant Correctional Health Partners understands that a judgment may be entered against it if an answer or motion under Rule 12 of the Federal Rules of Civil Procedure is not served within 60 days after June 24, 2019, the date the Magistrate Judge granted the Plaintiff leave to file the Fourth Amended Complaint and the date the undersigned counsel is treating as the date the Waiver was requested or August 23, 2019.

3743134.1

    Dated this 27th day of June, 2019.

                                      Respectfully submitted,

                                      s/ Andrew D. Ringel
                                      Andrew D. Ringel, Esq.
                                      Edmund M. Kennedy, Esq.
                                      Hall & Evans, L.L.C.
                                      1001 17th Street, Suite 300
                                      Denver, CO 80202
                                      Telephone:   (303) 628-3300
                                      Facsimile:   (303) 628-3368
                                      Email: ringela@hallevans.com
                                      kennedye@hallevans.com

                                      **ATTORNEY FOR DEFENDANTS CORRECTIONAL HEALTH PARTNERS AND JENNIFER MIX**

3743134.1

## **CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on the 27th day of June, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Amy Colony, Esq.
Amy.colony@coag.gov

Shawnee Ryan
Shawneeryan216@gmail.com

                                                s/ Nicole Marion, Legal Assistant at
                                                Hall & Evans, L.L.C.