IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

      Defendants.

_____

### JOINT STIPULATED MOTION FOR PROTECTIVE ORDER
_____

Plaintiff Shawnee Ryan, *pro se*, and Defendants Hilary Victoroff, Laura Sommerschield, and Dr. Jennifer Mix, by and through their respective counsel, Amy C. Colony, Esq., of the Colorado Attorney General's Office and Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq. of Hall & Evans, L.L.C., pursuant to Fed. R. Civ. P. 26(c), hereby submit this Joint Motion for Protective Order, as follows:

1.    Certain documents of the parties that may be requested and produced in this matter, including Plaintiff's medical records, contain personal and confidential information protected under constitutional and statutory or under common law privacy interests.

2.    Nothing contained in this Motion should be construed as an acknowledgment by Plaintiff or Defendants that any specific information that could fall

into any of the categories outlined above is properly discoverable pursuant to the applicable Federal Rules of Civil Procedure and federal and Colorado law.

3.      The parties respectfully request the accompanying Protective Order be entered by this Court to govern the handling of confidential information produced in this litigation.

WHEREFORE, for all of the foregoing reasons, Plaintiff and Defendants respectfully request this Court enter the attached Protective Order as an attached Order of this Court.

Dated this 28th day of June 2019.

Respectfully submitted,

*s/ Amy C. Colony*
Holland Edwards, Esq.
Colorado Attorney General's Office
1300 Broadway
Denver, Colorado 80203
Phone: 720 508-6615
Fax:  720 508-6032
amy.colony@coag.gov

**ATTORNEYS FOR DEFENDANTS
VICTOROFF AND SOMMERSCHIELD**

*s/ Shawnee Ryan*
Shawnee Ryan
3531 South Logan Street, # 189
Englewood, CO 80113
720 431-8319
shawneeryan216@gmail.com

***Pro Se Plaintiff***

*s/ Edmund M. Kennedy*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
Hall & Evans, L.L.C.
1001 Seventeenth St., Suite 300
Denver, CO  80202
Phone: 303-628-3300
Fax:      303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANT
MIX**

3309349.1

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on the 28th day of June 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Amy Colony, Esq.
amy.colony@coag.gov

Shawnee Ryan
shawneeryan216@gmail.com


s/ Mary McNichols, Legal Assistant at
Hall & Evans, L.L.C.

3