IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 1, 2019**.

      For good cause shown, the Joint Stipulated Motion for Protective Order [filed June 28, 2019; ECF No. 121] is **granted**. The parties' proposed Protective Order is accepted; they are instructed to provide the Court with an editable copy of the order via hegarty_chambers@cod.uscourts.gov.