IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

      Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 19, 2019**.

      At the request of the Plaintiff, the Court will hold a Discovery Conference on Wednesday, **July 31, 2019 at 11:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

      The Plaintiff and counsel for the Defendants may appear by telephone by first teleconferencing together, then calling my chambers at 303-844-4507 at the appointed time.

      The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before July 30, 2019 at noon to hegarty_chambers@cod.uscourts.gov.