IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**Civil Action No.   18 – cv – 00956 – MSK-MEH**

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

**CERTIFICATE OF REVIEW PURSUANT TO C.R.S. 13-20-602**

Plaintiff Shawnee Ryan (Ryan), comes now:

- Joinder of negligence claims within this lawsuit were tied to state negligence law(s) on or around July 15, 2019 (ECF 133). Pursuant to C.RS. 13-20-602 Plaintiff files the following Certificate of Review.

Plaintiff certifies, under oath, that she has consulted and/or reviewed all medical diagnoses, information, care and treatment plans, past, present and future needs with expert(s) and specialists holding the training, education, knowledge and experience necessary to evaluate and that each determines diagnoses are both truthful and medically (and) scientifically factual, and that substantial justification exists within Plaintiff's claims.

All consultants meet the requirements of C.R.S. 13-64-401.

Plaintiff further states to certification that negligence per se, with blatantly obvious health needs and damages Plaintiff suffers from are facially apparent and that there is solid argument that a certificate of review in this case is not

necessary.  Plaintiff files as an act of caution to ensure procedures are met and in place.

Respectfully submitted this 28th day of July 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80225
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served the foregoing through the CMECF SYSTEM to the parties below on this 28th day of July 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80225
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM**:

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

2