IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 18-cv-00956-MSK-MEH | Date: July 31, 2019 |
| Courtroom Deputy: Monique Ortiz/Christopher Thompson | FTR: Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| SHAWNEE RYAN, | Pro Se |
| Plaintiff, | |
| v. | |
| JENNIFER MIX, in her individual capacity, | Edmund M. Kennedy |
| HILARY VICTOROFF, NP, in her individual capacity, and | Amy C. Colony |
| LAURA SOMMERSCHIELD, NP, in her individual capacity, | |
| Defendants. | |

**COURTROOM MINUTES**
**TELEPHONE DISCOVERY HEARING**

**Court in session:**   **11:00 a.m.**
Court calls case. Appearances of counsel.

Plaintiff states her requests for relief.

**ORDERED:**   To the extent Plaintiff seeks production of all documents in Ms. Colony's possession, based on the representation by Ms. Colony that Plaintiff already has all such documents, that request is DENIED AS MOOT.

To the extent Plaintiff is seeking to prevent Ms. Colony from having access to certain discovery documents produced to other parties. that request is DENIED.

The Court GRANTS the Plaintiff's oral request to have the subpoena issued to the Colorado Department of Corrections. The Court authorizes the Subpoena at [Doc. No. 125] to be served.

Parties shall not submit any attachments to anything filed with the Court until Plaintiff has a reasonable opportunity to designate whatever confidential documents she would like.

The Court reminds the parties of the procedures to follow with regard to discovery disputes.

**Court in recess:**    **11:40 a.m.**    Hearing concluded.
Total in-court time    00:40

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.