```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX091414
Cashier ID: rv
Transaction Date: 08/05/2019
Payer Name: SHAWNEE RYAN
----------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17930611991
 Amt Tendered: $10.00
----------------------------------------
Total Due:       $10.00
Total Tendered: $10.00
Change Amt:      $0.00

Partial Filing Fee
18-cv-00956-MSK

A fee of $53.00 will be assessed on
any returned check.
```