IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

    Defendants.

## Certificate of Service

I certify that I have mailed a copy of the Certificate of Service to the named individual below for Service of Process on: Colorado Department of Corrections (et al) and Executive Director Dean Williams: **Subpoena to Produce Documents, Information, or to Permit Inspection of Premises in a Civil Action**, on August 14, 2019.


    Shawnee Ryan
    11309 West Exposition Drive
    Lakewood, CO 80225
    **Delivered Electronically via CM/ECF**

    Colorado Department of Corrections (et al) and Executive Director Dean Williams
    1250 Academy Park Loop,
    Colorado Springs, Colorado 80910
    **Delivered via CERTIFIED MAIL**
    **Tracking No. 7008 1830 000 5316 1872**


    s/ T. Sheridan, Deputy Clerk
    United States District Court
    District of Colorado
    Clerk's Office