# EXHIBIT A

I join in the CHP defendants in objecting to the motion Plaintiff has attached below.

Amy Colony
Senior Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
**(720) 508-6615** Direct

**From:** Kennedy, Edmund M. <kennedye@hallevans.com>
**Sent:** Thursday, August 08, 2019 10:58 AM
**To:** Shawnee Ryan <shawneeryan216@gmail.com>; Ringel, Andrew D. <ringela@hallevans.com>; Amy Colony <Amy.Colony@coag.gov>; Tamborello, Amber <tamborelloa@hallevans.com>; Laurie Merrick <Laurie.Merrick@coag.gov>; Marion, Nicole <marionn@hallevans.com>
**Subject:** RE: Preview of attached Motion to Modify Scheduling Order

Please indicate that we oppose your request to modify the Scheduling Order.   Our suggestion of November 4, 2019, was a typo/mistake as fact based discovery is to be completed November 1, 2019.  We believe the Court provided a proper deadline for unfettered amendments to pleadings and do not want the date changed.

As I assume you are aware, if a party wants to amend pleadings after the cut-off date (August 26, 2019 in this case) they may do so only with a showing of good cause, as is indicated in the Scheduling Order.  We do not agree to allow unfettered amendments to pleadings up to 2 weeks before fact based discovery is to be completed.  The August 26, 2019 deadline for amending pleadings (**without a showing of good cause**) is sufficient in our opinion and, therefore, there is no need to modify the Scheduling Order.

Take care. Ed.

**Edmund M. Kennedy** | Special Counsel
kennedye@hallevans.com
Tel: 303-628-3404

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn | map

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Wednesday, August 7, 2019 8:13 PM
**To:** Kennedy, Edmund M. <kennedye@hallevans.com>; Ringel, Andrew D. <ringela@hallevans.com>; Amy Colony <Amy.Colony@coag.gov>; Tamborello, Amber <tamborelloa@hallevans.com>; Laurie Merrick <Laurie.Merrick@coag.gov>; Marion, Nicole <marionn@hallevans.com>
**Subject:** Preview of attached Motion to Modify Scheduling Order

Please find the attached preview of Motion filing August 9th. As stated in the last paragraph of the Motion, it is a request that simply returns us all to previously hashed over dates and gives all sides either what they wanted originally or what we submitted as being agreeable to all for the Court to choose from. The modification I find conflicting is a date that the Court altered all of our requests to.

I will file on the 9th if nothing is heard back from you.

Thank you,

**Shawnee Ryan**
*"Success is simple. Do what's right, in the right way*