IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.     18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:
CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

## MOTION TO RESTRICT MEDICAL EXHIBITS PER: THE PARTIES PROTECTION ORDER

On August 15, 2019, Plaintiff Shawnee Ryan filed MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT TO ASSERT A CLAIM FOR PUNITIVE DAMAGES AGAINST DEFENDANTS CHP (et al) and DR. JENNIFER MIX.

Attached as numbered exhibits are 15 sets of various privacy protected medical records that are not public information.

Pursuant to the party's protection order, Ryan asks that the Court allow ***and maintain*** Levels 2 Restricted Filing Status.

Respectfully submitted this 15th day of August, 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

1

**CERTIFICATE OF SERVICE**

I have served, through the CMECF SYSTEM, this Motion to Restrict Medical Exhibits Per the Parties Protection Order, to the parties below on this 15th day of August 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov
Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

2