

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**AUG 19 2019**

JEFFREY P. COLWELL
CLERK

United States District Court
District of Colorado
901 19th Street
Denver, CO 80294

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *J. Evans* ☐ Agent ☐ Addressee<br>B. Received by *(Printed Name)*  C. Date of Delivery<br>JERRY EVANS |
| 1. Article Addressed to:<br><br>Colorado Department of Corrections (et al) and Executive Director Dean Williams<br>1250 Academy Park Loop<br>Colorado Springs, CO 80910<br><br>18-CV-00956-MSK-MEH | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail     ☐ Collect on Delivery<br>4. Restricted Delivery? *(Extra Fee)*  ☐ Yes |
| 2. Article Number<br>*(Transfer from service label)*  7008 1830 0000 5316 1872 | |

PS Form 3811, July 2013      Domestic Return Receipt