```
DUPLICATE

Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX091808
Cashier ID: rs
Transaction Date: 09/03/2019
Payer Name: SHAWNEE RYAN
--------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:        $5.00
--------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 17939991488
 Amt Tendered:   $5.00
--------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Partial Filing Fee

18-cv-00956-MSK-MEH


A fee of $53.00 will be assessed on
any returned check.
```