**In Re:**   Case #18-00956-MSK-MEH      Ryan v. Correctional Health Partners (et al)

# Supporting Document (ECF147/ECF148):      SKR-BC000003

- Plaintiff created spreadsheet listing of Amy Colony released documents, July 8, 2019 of:

  Misc. inmate records pulled by State/Amy Colony through Patricia Wright on May 30, 2019.

- SKR-BC000003 spreadsheet initially filed at Restricted Level One *without* protection of motion to maintain restricted status; pending the Court's approval or denial of Bifurcation and Consolidation (ECF147).  Court to determine if Spreadsheet SKR-BC000003 is to be permanently protected from public view.

- Due to large number of documents, Plaintiff can file each, via email to chambers should the court wish to review in detail.

| SKR-BC000003: Spreadsheet of State/Amy Colony CDOC-DOC'S | | |
|---|---|---|
| State's # | Document Type | Plaintiff Notations |

**BEGIN INVENTORY OF STATE/COLONY DOCUMENTS OBTAINED MAY 30, 2019:**

| State's # | Document Type | Plaintiff Notations |
|---|---|---|
| CDOC5501 thru 5588 | Inmate chron log | Misc inmate records, selectively chosen by Ms. Colony directly speaking to a case manager (PA Wright) and stating what records she wished to see. Wright, has zero personal knowledge of Plaintiff as she has never been Ryan's case manager.  Wright was, however, the close friend of a case manager (Monica Jackson; |

1

no longer employed) who was removed for cause and is no longer employed; from Plaintiff case (by Major Frayre in 2017). Plaintiff was reassigned, and remains to this day, to CMIII's Gabriel and Wilcoxan and CM Cook.

Date Stamp from Wright/CDOC printing is May 30th, 2019; which is 1 day after discovery start on May 29th (and) 1 day after Ms. Colony's inadvertent reveal at hearing as to having (2) boxes of paper records.

The documents here were not disclosed to parties until Ms. Colony's email release of July 8, 2019.

They are out of sequence dates, selectively chosen grievances, incomplete grievance records and are inmate and not medical records that also contain In-camera sensitive Personal and Mental Health screenings for LSI purposes.

Noted that the date of May 30th, 2019 is prior to hearing of June 24, 2019 which is when the court learned of the "2 boxes" and was able to hear

that Plaintiff was in need of her subpoena being served (and) was granted service by the court. The court did delay release until end July while simultaneously issuing direct order to Colony to inventory and produce the boxes; which has not been obeyed to current day.  The notable point, is that even with the other parties being made aware on May 29th, of months of pre-discovery materials not disclosed to them; Ms. Colony ***continued to pick and choose***, without authorization and into departments she had no access or relevancy to go.

From May 29th to May 30th; Ms. Colony had also not even yet seen Plaintiff's Subpoena Duces Tecum content. Thus her subsequent claim of gathering after receiving a copy of Plaintiff's subpoena that was released to all parties as an FYI and clearly also stated was pending court; is impeached with these documents of date print stamp of June 1, 2019 and the bold statement of being handled by CM Wright.

The inmate chron log in these documents is not only a very

partial release that does not show resolutions of community corrections and accuracy as to all of Plaintiff's incarceration; it is an entirely different document than the medical chron logs requested in Plaintiff's subpoena.  Which, in addition to all dialysis clinic, all CMO logs and records, all clinical nurse case management records and all mar records from 2012 through to 2017 are not present in any of the materials released by the State.

Tie the full and complete record of PA Wright's knowledge of Plaintiff, including removals from Plaintiff's case and Plaintiff reassigned to CM's Gabriel, Cook and Wilcoxan.  Who remain to this day.

Tie the full and complete records of community corrections, tie to CHP denials as "out of network", tie to all external medical records, tie to all parole records up to current day.

Released by Amy Colony, in full on July 8, 2019 via email.  But not again on thumb drive

releasing of aprx. September 10, 2019. Note the full and complete trail of discrediting information received by Ms. Colony and State during the discrepancy of dates.  Plaintiff kept the releases of July 8, 2019.

For record purposes, the end result of all the classification screens, parole, etc. is that Plaintiff maintains (always has) a CARAS risk rating of 1.  And an LSI score (always has) of 15 to 23. Exceptionally low risk.  Plaintiff has never been given psychotropic medications, has zero violence history, zero substance history or addictions.   The painting of selective choosing of records would/will, if allowed to muddy trial by defense; be clearly impeached by the restS of the record.

_____

CDOC 5589 thru 5602    Various Classifications          ***See above notes.

                                                        ***Also contain material that is In-camera level of restriction.

CDOC5603 thru 5605   CM plan: former employee Jackson    ***See above notes.

_____

CDOC5606 thru 5616    MH Review for LSI purposes         Should be In-Camera level of restriction
                                                          ***See above notes

_____

CDOC5634 thru 5823    Selectively chosen CM records       ***see above notes
                                                          ***contains some MH screen
                                                          For classification purposes that
                                                          Should have been in-camera restricted.


## END INVENTORY OF STATE/COLONY DOCUMENTS OBTAINED MAY 30, 2019.
_____

Respectfully submitted,

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80225
720-431-8319
shawneeryan216@gmail.com


## CERTIFICATE OF SERVICE

   I have served, via CMECF to the Clerk of the Court and Parties listed below, a complete and accurate copy of the foregoing on this 22nd day of September 2019.


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80225
720-431-8319
shawneeryan216@gmail.com


Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov