**COLORADO**
Department of Corrections



AR Form 950-02B (03/15/16)

## Confidentiality Statement

I understand that the offenders have a legal privacy right to their protected health information. I understand that health records are documents that contain the protected health information of offenders. I also understand that the protected health information of an offender may also include behavioral health and substance abuse treatment information. I understand that the information contained within the health record belongs to the offender and must not be released without the offender's permission. As an employee of the Department, I understand that I have a legal duty to protect the privacy of their health information and records and to ensure that the integrity of the health record is maintained as I carry out the official functions of my job.

I will protect this protected health information and limit my knowledge of the contents of the health record to the extent that my job requires. I understand that I may receive an offender's protected health information as I perform the official duties of my job and it is my legal duty to keep confidential any protected health information I read, see or hear during the course of my employment. I understand the unauthorized disclosures of an offender's protected health information may subject me to corrective and/or disciplinary action as well as subject me to criminal punishment as a class 6 felony by fine and/or imprisonment   (C.R.S. § 18-4-412) and is grounds for dismissal, fine and/or imprisonment.

I will follow the proper policies and procedures for disclosure and inspection of an offenders' private health information. I will uphold the confidentiality of the written record, any computerized information or any health information that I may hear during the course of performing the official duties of my job. I understand that I will do my part to ensure that the paper and computerized records are complete, accurate, and accessible for future authorized use.

I will also maintain the integrity of the computer system and use only my own user name and password to access authorized functions. I will report to my immediate supervisor any suspicion that my password is being used by someone else and request a new password from Office of Information Technology (OIT).

I understand that a violation of the Administrative Regulation 950-02; any other Departmental policy on confidentiality or security of health records information and under HIPAA, I can be held legally liable to the offender for the unauthorized disclosure of an offender's protected health information.

By signing below, I acknowledge I have read and understand the Department's policy.

| | |
|---|---|
| DOC Employee/Contract Worker/Volunteer Signature | Date |

Attachment B
Page 1 of 1