

**COLORADO**
Department of Corrections

SKR-BC 000005

AR Form 950-02A (06/09/17)

## Authorization for Use and Disclosure of Health Information

| Offender Name | | DOB | DOC# |
|---|---|---|---|
| | | | |

I authorize the Colorado Department of Corrections to disclose to:

| Name | Phone Number | Company |
|---|---|---|
| | | |

| Address | City | State | ZIP |
|---|---|---|---|
| | | | |

and/or I authorize (other facility) _____ to disclose to the DOC facility:

| Address | Phone | Requested by: |
|---|---|---|
| | | |

| | |
|---|---|
| | Urgent request for offender care fax to: |
| | Routine request for offender care mail to address above |

I authorize the following information to be released and/or disclosed:     Date of service:

| | |
|---|---|
| Medical | Behavioral Health |
| Other: | |

The purpose of this disclosure is to be used for:  _____ Continuity of Care   _____ Legal Purposes   _____ At the request of the individual   _____ Other: _____

I understand that:
- The information disclosed may contain testing information or treatment information relating to Mental Health; Drug and/or Alcohol Abuse treatment; Sexually Transmitted Diseases; HIV/AIDS virus.
- Once the information is disclosed, the information is subject to re-disclosure and may no longer be protected by the federal privacy regulations.
- This authorization will be valid for the duration of the incarceration plus 90 days after release.
- This authorization expires upon the individual's death.
- This form may be revoked at any time providing that the information has not already been disclosed. I may revoke this authorization by notifying, in writing, the health records custodian.
- DOC may not use as a condition of treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization except as allowed by law.
- I am entitled to a copy of this signed authorization.

_____   _____   _____
Printed Offender Name             Offender Signature                  Date

_____   _____   _____
Printed Name of Person Authorized to Sign for Offender   Signature of Person Authorized to Sign for the Offender   Date

_____   _____
DOC Employee Signature                                                                  Date

**Offender or Personal Representative's Acknowledgement of Access to Health Records:**
I hereby acknowledge that I or the designated representative have inspected _____ and/or have received _____ photocopies of the health records of DOC for the above named offender.

_____   _____
Signature                                                                                              Date

**Attending Mental Health Provider's Acknowledgement of Offender's Request for Access to Mental Health Records:**
I hereby acknowledge the request of the name-offender to ___ inspects and/or ___ receive photocopies of health record. The records ___ do not or ___ do contain information relating to psychiatric problems or doctors' notes which, if revealed to the offender, would have a significant negative psychological impact upon him/her. If access is denied, please contact the chief of behavioral health services.

_____   _____
Signature of Mental Health Provider                                               Date

Attachment A
Page 1 of 1