AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| Shawnee Ryan <br> *Plaintiff* <br> CORRECTIONAL HEALTH PARTNERS (et al) <br> DR. JENNIFER MIX, M.D. (personal and professional capacity) <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 18-cv-00956 <br> ) <br> ) <br> ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:     Colorado Dept. Corrections (et al) and Executive Director Dean Williams

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:

| Place: <br> ****see attached subpoena (per: Clerk of Court) | Date and Time: <br> ***see attached subpoena (per: Clerk of Court) |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: <br> *****See attached subpoena (per: Clerk of Court) | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  6/28/19

                    *CLERK OF COURT*
                    [signature]                              OR                      _____
                    *Signature of Clerk or Deputy Clerk*                              *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pro Se Shawnee Ryan ****see attached subpoena (per Clerk of Court)___ , who issues or requests this subpoena, are:

****See attached subpoena (per Clerk of Court)

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**

**CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

---

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

---

To:  Colorado Department of Corrections (et al) and Executive Director Dean Williams; 1250 Academy Park Loop, Colorado Springs, Colorado 80910.

Phone:   719-579-9580.

*Production:* You are commanded to produce, to and at; the time, date, and place listed below and as set forth below, the following documents and/or objects, stored in whatever manner you retain them in; including, but not limited to electronic, photographic, imaging or audio:

- **All medical and medical administrative records, as follows, for former inmate Shawnee Ryan #159496:** In all formats held and from any party from November 2, 2012 through October 4, 2018. Written; electronic; photographic; imaged; paper mar; internal between all staff and outside

1

parties mar orders, directives, assessments and communicative; email related to or discussing in any way the medical needs and care including but not limited to: scheduling, approvals and denials, transports, security, housing, assessment, administrative and to do so in any format held. Ryan believes the majority of records requested are in the care and custody of medical records custodian Brad Niesler; the dialysis clinic records of Dr. June Scott and the records and files of the CDOC Clinical Services Department and Administration and Chief Medical Office located within the Denver Complex facility and CDOC headquarters. The only redactions to be privacy and security concerns (such as personal contact information, account numbers of outside parties and personal email addresses of any party). All records to be in print format, electronic format or disk format.

- **Any and all third-party contracts, written agreements, administrative procedures, operating procedures and directives** that specifically order any one of the Defendants to act, order, perform duties in any manner. Request is to include not only direct and specifically made to each Defendant, it is made to include direct and specific made of same between or from Colorado Department of Corrections to any Defendant's employer(s), administrator(s), supervisor(s) or superior in rank officer(s). An example of such, but not limited to, would be state, federal and national accreditation standards (and) state regulatory agency standards. Request includes same regarding all procedures and policies of security access governing inmates and their access to clinical services and transport. Sensitive areas, such as financial compensations, addresses, phones may be redacted for privacy purposes.
- **Any and all professional vitae, certifications and licensing on file of Defendants Hilary Victoroff and Laura Sommerschield.** Personal contact information may be withheld for privacy and security reasons.
- **Entirety of clinical nurse case management** records and files that pertain to Shawnee Ryan.

2

**PLACE OF DELIVERY and CONTACT INFORMATION:** Shawnee Ryan, 575 North Billings Street #427, Aurora, Colorado 80011. Contact phone is: 720-431-8319. Ryan is the only *direct* contact regarding this subpoena and order to produce. **Ryan will do her own inspection of documents should CDOC have some that are needing inspection in person (and) further requests any CDOC asks for, be done at the location of records within CDOC complexes or properties due to the sheer volume, more ready access by medical records and administrative staff to specific records(and) in the interests of conserving time management for CDOC custodians (and) Ryan. CDOC may also provide records via electronic disk.**

**DATE AND TIME:** 30 days from receipt of service. If delivering in person, building closes at 10:00 p.m. and does not open until 7:30 a.m. each day.

The following provisions of Fed. R. Civ. P. 45 are attached below – Rule 45 (c), relating to place of compliance; Rule 45 (d), relating to your protection as a person subject to a subpoena; and Rule 45 (e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

8/14/2019

(Date)

**CLERK OF COURT**

s/ T. Sheridan, Deputy Clerk



*Signature of Clerk or Deputy Clerk*

3

The name, address, email address and telephone number of Pro Se party issuing this subpoena is:

Shawnee Ryan, Plaintiff. 575 North Billings Street #427, Aurora, Colorado 80011. 720-431-8319. shawneeryan216@gmail.com

### NOTICE TO THE PERSON WHO ISSUES OR REQUESTS THIS SUBPOENA:

"If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4)."

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for: _____

on (date)_____

I served the subpoena by delivering a copy to the named person as follows:

_____

_____

on (date)_____

I returned the subpoena unexecuted because:

_____
_____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of: $_____

4

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature:

_____

Printed name and title:

_____

Server's address:

_____

Additional related information:

5

## Other Events
1:18-cv-00956-MSK-MEH Ryan v. Correctional Health Partners et al

ALLMTN,JD1

## U.S. District Court - District of Colorado

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 8/14/2019 at 10:45 AM MDT and filed on 8/14/2019
**Case Name:** Ryan v. Correctional Health Partners et al
**Case Number:** 1:18-cv-00956-MSK-MEH
**Filer:**
**Document Number:** 141

**Docket Text:**
**CERTIFICATE of Service by Certified Mail by Clerk of Court re [138] Minutes, Subpoena to Produce Documents, Information, or to Permit Inspection of Premises in a Civil Action to Colorado Department of Corrections (et al) and Executive Director Dean Williams 1250 Academy Park Loop, Colorado Springs, Colorado 80910. (Attachments: # (1) Attachment, # (2) Subpoena) (tsher, )**

**1:18-cv-00956-MSK-MEH Notice has been electronically mailed to:**

Andrew David Ringel    ringela@hallevans.com, , cmecf@hallevans.com, marionn@hallevans.com, tamborelloa@hallevans.com, walkerr@hallevans.com

Edmund Martin Kennedy    kennedye@hallevans.com, cmecf@hallevans.com, marionn@hallevans.com, mcnicholsm@hallevans.com, wilsonm@hallevans.com

Amy Christine Colony    amy.colony@coag.gov, laurie.merrick@coag.gov

Shawnee Ryan    shawneeryan216@gmail.com

**1:18-cv-00956-MSK-MEH Notice has been mailed by the filer to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/14/2019] [FileNumber=7172835-0
] [5ec881641dc33c449be64bab222a65f3a32bace78aa3898343e7c8cfa7b80c317ca
c79533abbb32c63aa68e93a458e0f39e3b8fc5df8a7274376ca0a22eb1950]]

**Document description:** Attachment
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/14/2019] [FileNumber=7172835-1
] [1265ea07b2557d4800691a3ecbd787f9eb751480856c056c1a6cd0bbbafc0a33117
99977c8bad7f13495638c1408908ff0385eee0c2e3ce7f4320510833de4ca]]

**Document description:** Subpoena
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=8/14/2019] [FileNumber=7172835-2
] [007df4b424ef55ac837df44461528e354abff591da0baf5639a4133a2b05a2478fb
abe4978acacd9c77daabb58bfe6415e91e6a84a44a4444672ff9714d0cde1]]

Case 1:18-cv-00956-MSK-MEH   Document 141   Filed 08/14/19   USDC Colorado   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

    Defendants.

### Certificate of Service

I certify that I have mailed a copy of the Certificate of Service to the named individual below for Service of Process on: Colorado Department of Corrections (et al) and Executive Director Dean Williams: **Subpoena to Produce Documents, Information, or to Permit Inspection of Premises in a Civil Action**, on August 14, 2019.

Shawnee Ryan
11309 West Exposition Drive
Lakewood, CO 80225
**Delivered Electronically via CM/ECF**

Colorado Department of Corrections (et al) and Executive Director Dean Williams
1250 Academy Park Loop,
Colorado Springs, Colorado 80910
**Delivered via CERTIFIED MAIL**
**Tracking No. 7008 1830 000 5316 1872**

s/ T. Sheridan, Deputy Clerk
United States District Court
District of Colorado
Clerk's Office



Colorado Department of Corrections (et al)
and Executive Director Dean Williams
1250 Academy Park Loop,
Colorado Springs, Colorado 80910