SKR-BC000007(1)

<Amy.Colony@coag.gov>
9/5/2019 5:17 PM
Ms. Ryan,

On or about August 27, 2019, CDOC received the attached subpoena from the Clerk's Office via Certified Mail. This subpoena was originally filed by you with the Court on or about August 14. However, you initially delivered this document to our office via email on June 24, 2019. Since that time, as counsel for the CDOC Defendants, this office has been working to informally produce the requested materials to you, in the absence of any valid subpoena having been served on CDOC.

On June 26 and 28, I communicated to you, via email, CDOC's response as to the existence of the materials sought by the attached document and described the various documents that may be responsive to the items listed in the subpoena.

To summarize, we have provided the following materials in response to the attached subpoena:

On June 27, 2019, we produced a disk containing Plaintiff's medical records in the custody of CDOC.

On July 8, 2019, we produced Plaintiff's CDOC file (disk), CDOC grievance history (disk), Ms. Sommerschield's resume and certifications.

On July 9, 2019, we produced Ms. Victoroff's resume and certifications, Ms. Sommerschield's DEA registration.

Following this email, we will separately produce additional materials sought by your subpoena: the CHP contract, ACA Audits of Clinical Services completed during the time of your incarceration, and redacted Clinical Standards that may be relevant to the allegations and claims for relief stated in your lawsuit. A privilege log for these redactions will be produced shortly.

In light of the information I have set forth above, the CDOC asks that you please withdraw your subpoena. The CDOC has now provided you all potentially responsive materials in its custody, and therefore, the subpoena is now moot.

As I have advised at both status conferences the court has conducted on discovery matters, the subpoenas are unnecessary. The materials you seek can be obtained via the discovery process outlined in FRCP 26(a) and 34, and, as outlined in previous correspondence to you, CDOC has a mechanism for you to obtain materials from CDOC via an Open Records Request.

Thank you.

Amy Colony
Senior Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor

Denver, Colorado 80203
**(720) 508-6615** Direct