Letters to Executive Director

Amy.Colony@coag.gov

9/10/2019 5:14 PM

To: Shawnee Ryan Cc: Laurie Merrick; Kennedy, Edmund M.; Ringel, Andrew D.

Ms. Ryan,

I am in receipt of the two letters you delivered to Executive Director Dean Williams on Sept. 1 and Sept. 5. I have also been advised that you attempted to speak with Director Williams' office today by telephone about the subject of the litigation.

As counsel to CDOC, Hilary Victoroff and Laura Sommerschield, in this litigation, I am writing to advise that neither Director Williams nor any other CDOC personnel will be responding to your attempts to correspond with them directly about the subject matter of this litigation. The CDOC will not be initiating any investigation into the transfer of your CDOC records to the Office of the Attorney General or any other matter related to the handling of your CDOC records since the filing of the litigation.

Your attempts to contact represented parties are in direct violation of Rule 4.2 of the Colorado Rules of Professional Conduct. The communications are improper and harassing. I am writing to request that you cease and desist from any further direct contact with any CDOC personnel concerning any matter related to the litigation.

As you have been advised numerous times in the last five months, my role as CDOC counsel in responding to your requests for documents, including those submitted via subpoena, is not defined according to your beliefs or preferences. The court has also explained to you that I represent CDOC and that I will be involved in responding to any requests for documents in CDOC's custody. Writing directly to CDOC personnel will not change that.

You have now been advised repeatedly by both this office and the Court that you must work with me directly to obtain materials from CDOC that are relevant to your claims. You have also been advised that CDOC lawfully delivered the records in its custody that are related to your incarceration, including medical records, to this office, at the start of the representation. This case has not moved forward in an efficient, orderly manner due to your insistence on rehashing these same issues over and over again, including within the scope of conferences with the court.

If the direct contact with CDOC personnel continues, I will be forced to involve the court in seeking an order to stop the harassment and the improper communication with represented parties. Please be advised that I will be seeking sanctions, including attorney fees incurred in seeking an order from the court, if it becomes necessary to pursue a court order.

Amy Colony

Senior Assistant Attorney General

Colorado Department of Law

Office of the Attorney General

Ralph L. Carr Colorado Judicial Center

1300 Broadway, 10th Floor

Denver, Colorado 80203

**(720) 508-6615** Direct