# EXHIBIT A-2

| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Amy Colony |
| **Cc:** | Kennedy, Edmund M.; Ringel, Andrew D.; Tamborello, Amber; Laurie Merrick |
| **Subject:** | Cease and Desist any volunteer work you are doing on behalf of CDOC and Plaintiff |
| **Date:** | Thursday, July 11, 2019 9:25:23 AM |

Amy,

I have a full day in oncology and am walking out the door shortly. By tomorrow, I will put the following into formal notice format:

As you are not acting on behalf of a defendant, are interceding on behalf of a non-party, have no direct order from the court directing you to act, in any way between the CDOC and Plaintiff and primarily based on the serious delays, obstructions (albeit some obstructions may be unintentional) and issues being caused by your involvement; I am requesting you to Cease and Desist immediately with ANY involvement with my discovery process with CDOC.

If CDOC, as you say, is asking for your mediation: they are free to file and show cause. The Court can then choose to involve the State.

So that I can immediately, finally get moving with the work on this case I must do: Please answer the previous email's questions asked re: logistics so far (and) then cease.

Thank you.
**Shawnee Ryan**
*"Success is simple. Do what's right, in the right way at the right time."*