# EXHIBIT A-4

| | |
|---|---|
| **From:** | Amy Colony |
| **To:** | "Shawnee Ryan"; Kennedy, Edmund M.; Ringel, Andrew D. |
| **Cc:** | Tamborello, Amber; Laurie Merrick |
| **Subject:** | RE: Itemized requests for CDOC, from copy given to you of Subpoena Duces Tecum (or) Your inventory list of your boxes |
| **Date:** | Tuesday, July 9, 2019 5:14:32 PM |

Ms. Ryan,

CDOC has yet to be served with any subpoena filed by you and signed by the Clerk of Court. However, in the interest of efficiency and cooperation, I have been working with the CDOC records custodian to obtain and produce some of the materials sought by your subpoena. As you are aware, much of these materials have already been provided by this office: (1) the disc we delivered of your CDOC medical records, which would be inclusive of any clinical nurse records concerning your care; and (2) the email containing your Department record which is inclusive of your grievances. In addition, this office has produced the CHP contract you are seeking. Finally, we have provided the professional and licensing information you have sought concerning Ms. Victoroff and Ms. Sommerschield.

I am presently working on obtaining the relevant ACA audit documentation you have requested.

Amy Colony

Senior Assistant Attorney General

Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
(720) 508-6615 Direct

**From:** Shawnee Ryan
**Sent:** Tuesday, July 09, 2019 9:38 AM
**To:** Amy Colony ; Kennedy, Edmund M. ; Ringel, Andrew D.
**Cc:** Tamborello, Amber ; Laurie Merrick
**Subject:** Itemized requests for CDOC, from copy given to you of Subpoena Duces Tecum (or) Your inventory list of your boxes

Amy,

Re: the 3 total emails sent to me July 8th

1. Are these your statement that the subpoena list has been complied with and is complete?
2. Or, are these your scan of the content of your two boxes and you are stating that they are the inventory list the court ordered you to produce?

**Shawnee Ryan**

*"Success is simple. Do what's right, in the right way at the right time."*