# EXHIBIT A-5

**FAX TRANSMITTAL: (5) pages, including cover**

TO:   Amy Colony

FROM:  Shawnee Ryan

Date:  June 11, 2019

Re:  18 cv 00956

cc:  Andrew Ringel and Edmund Kennedy

**Shawnee Ryan**

Mailing address:
3531 South Logan Street #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

Physical address:
575 N. Billings Street #427
Aurora, Colorado  80011

June 11, 2019

Major Lucille Reux, Assistant Warden, Denver Complex
10900 Smith Road
Denver, Colorado 80239

    Re:  Release of Shawnee Ryan's CDOC medical records for litigation in 18 cv 00956 10th
    US  District, District of Colorado

cc: Attorneys for Defendants Mix and CHP (et al):  Andrew Ringel and Edmund Kennedy
    Attorney for Defendants Victoroff and Sommerschield; Amy Colony

    (Faxed) Attachments:  950-02A releases specific to both sets of Defendants

Major Reux:
- As discussed, CDOC is noted as a non-party, not actively represented by State AG in this case, by the Court on May 29th. Albeit that Ms. Colony and State AG do not agree (or) like that; it is what I will be continuing to enforce. As also discussed, my requests for records for myself has been done by subpoena that is issued through the court, due to disintegration of trust in Ms. Colony's case handling. All information of mine is listed on the subpoena and I have no need for assistance of any kind. Thank you for your statement that any subpoenas and court orders will be properly handled by CDOC.
- The Court ordered Protective Order pends Court signature.
- The moves to amend that hold the charges I spoke to you of, is filed. (ECH111 on June 3, 2019). As stated to you, the process will move through the Court. Since the HIPPA issue is filed with the Court, the way I read AR 950-02 is that it is reported properly by me. If CDOC needs their process honored as well, please have someone let me know. Thank you.
- The move to Quash inappropriately obtained by Hilary and Ms. Colony discovery (CDOC files stated to you) is filed. (ECH112 on June 7, 2019) As stated to you, the decision on what to do with the boxes of materials will be decided by the Court. For now, all attorneys above, on behalf of their clients, are clearly aware that they are not to use the materials in any way and that no mental impressions, conclusions, impressions, opinions or legal theories (ECH112) are to be used. In short, parties are held to the Court's arm while awaiting ruling. There is nothing I can do about anything used from March 21, 2019 through to May 29th, 2019 and again from the dates Ms. Colony notified that I was

pursuing. Except, that when and if discovered, I will deal with it through Court processes.
- Via fax and following this notice, are two, specific to each set of Defendant's, signed by me, CDOC medical release forms 950-02A. The other factor present in all this, is that Brad Niesler and medical staff were/are/should be still; aware of the 950-02A *revoking* release of (and) accessing of my medical records, by anyone, without my written permission, before I walked out the door to parole. That revoking holds and these two releases for litigation purposes are examples of what is needed should anyone wish to gain access.

Thank you,

Shawnee Ryan



# COLORADO
Department of Corrections

AR Form 950-02A (06/09/17)

## Authorization for Use and Disclosure of Health Information

| Offender Name | DOB | DOC# |
|---|---|---|
| Shawnee Ryan | 3-11-57 | 159496 |

I authorize the Colorado Department of Corrections to disclose to:

| Name | Phone Number | ~~Company~~ |
|---|---|---|
| Andrew Ringel and Edmund Kennedy | 303-628-3300 | Attorneys |
| Address | City | State | ZIP |
| 1001 17th St, Suite 300 | Denver | CO | 80202 |

| and/or I authorize (other facility) | to disclose to the DOC facility: | | |
|---|---|---|---|
| Address | | Phone | Requested by: |
| | Urgent request for offender care fax to: | | |
| | Routine request for offender care mail to address above | | |

I authorize the following information to be released and/or disclosed:   Date of service: Nov. 2012

| ✗ | Medical | | Behavioral Health | to Oct. 4, 2015 |
|---|---|---|---|---|
| | Other: | | | |

The purpose of this disclosure is to be used for: ___ Continuity of Care  ✗ Legal Purposes  ___ At the request of the individual ___ Other: _____

I understand that:
- The information disclosed may contain testing information or treatment information relating to Mental Health; Drug and/or Alcohol Abuse treatment; Sexually Transmitted Diseases; HIV/AIDS virus.
- Once the information is disclosed, the information is subject to re-disclosure and may no longer be protected by the federal privacy regulations.
- This authorization will be valid for the duration of the incarceration plus 90 days after release.
- This authorization expires upon the individual's death.
- This form may be revoked at any time providing that the information has not already been disclosed. I may revoke this authorization by notifying, in writing, the health records custodian.
- DOC may not use as a condition of treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization except as allowed by law.
- I am entitled to a copy of this signed authorization.

Shawnee Ryan                         [signature]                                   6-11-18
Printed Offender Name                Offender Signature                            Date

_____   _____   _____
Printed Name of Person Authorized to Sign for Offender   Signature of Person Authorized to Sign for the Offender   Date

_____   _____
DOC Employee Signature      Date

**Offender or Personal Representative's Acknowledgement of Access to Health Records:**
I hereby acknowledge that I or the designated representative have inspected _____ and/or have received _____ photocopies of the health records of DOC for the above named offender.

_____   _____
Signature                   Date

**Attending Mental Health Provider's Acknowledgement of Offender's Request for Access to Mental Health Records:**
I hereby acknowledge the request of the name-offender to ___ inspects and/or ___ receive photocopies of health record. The records ___ do not or ___ do contain information relating to psychiatric problems or doctors' notes which, if revealed to the offender, would have a significant negative psychological impact upon him/her. If access is denied, please contact the chief of behavioral health services.

_____   _____
Signature of Mental Health Provider   Date

Attachment A
Page 1 of 1


**COLORADO**
Department of Corrections

AR Form 950-02A (06/09/17)

## Authorization for Use and Disclosure of Health Information

| Offender Name | DOB | DOC# |
|---|---|---|
| Shawnee Ryan | 3-11-57 | 159496 |

I authorize the Colorado Department of Corrections to disclose to:

| Name | Phone Number | Company |
|---|---|---|
| Amy Cdeny #36124 | 720-508-4d5 | Home |

| Address | City | State | ZIP |
|---|---|---|---|
| 1300 Broadway, 10th Floor | Denver | CO | 80203 |

and/or I authorize (other facility) _____ to disclose to the DOC facility:

| Address | Phone | Requested by: |
|---|---|---|

| | Urgent request for offender care fax to: | |
|---|---|---|
| | Routine request for offender care mail to address above | |

I authorize the following information to be released and/or disclosed:     Date of service:

☒ Medical [specific dates]       ☐ Behavioral Health
☐ Other: as 2/3/2017 thru 3/1/2017 and 2 Vision Care 3/2017 thru Sept 2018

The purpose of this disclosure is to be used for: ___ Continuity of Care  ☒ Legal Purposes  ___ At the request of the individual  ___ Other: _____

I understand that:
- The information disclosed may contain testing information or treatment information relating to Mental Health; Drug and/or Alcohol Abuse treatment; Sexually Transmitted Diseases; HIV/AIDS virus.
- Once the information is disclosed, the information is subject to re-disclosure and may no longer be protected by the federal privacy regulations.
- This authorization will be valid for the duration of the incarceration plus 90 days after release.
- This authorization expires upon the individual's death.
- This form may be revoked at any time providing that the information has not already been disclosed. I may revoke this authorization by notifying, in writing, the health records custodian.
- DOC may not use as a condition of treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization except as allowed by law.
- I am entitled to a copy of this signed authorization.

| Shawnee Ryan | [signature] | 6-11-19 |
|---|---|---|
| Printed Offender Name | Offender Signature | Date |

| | | |
|---|---|---|
| Printed Name of Person Authorized to Sign for Offender | Signature of Person Authorized to Sign for the Offender | Date |

| | |
|---|---|
| DOC Employee Signature | Date |

**Offender or Personal Representative's Acknowledgement of Access to Health Records:**
I hereby acknowledge that I or the designated representative have inspected _____ and/or have received _____ photocopies of the health records of DOC for the above named offender.

| | |
|---|---|
| Signature | Date |

**Attending Mental Health Provider's Acknowledgement of Offender's Request for Access to Mental Health Records:**
I hereby acknowledge the request of the name-offender to ___ inspects and/or ___ receive photocopies of health record. The records ___ do not or ___ do contain information relating to psychiatric problems or doctors' notes which, if revealed to the offender, would have a significant negative psychological impact upon him/her. If access is denied, please contact the chief of behavioral health services.

| | |
|---|---|
| Signature of Mental Health Provider | Date |

Attachment A
Page 1 of 1