# EXHIBIT A-6

**Shawnee Ryan**

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319

**cc:**  Amy Colony:  **Only given at this stage, as final advisement that goes in concert with advisements and interrogatories of my own upon Hilary Victoroff and yourself, given on Friday the 16th of June, 2019 and copied to all as is proper to do at that stage of discovery.**  As I am only obligated to keep you informed of what the results are, at the proper, ordered time of ECF 132, it will not be through me, that you glean any further insight *ahead of* any difficulties others may now bring to your client. I caution again, Amy:  Under no circumstances, as a parolee, will I allow your client or yourself to entangle me into AR 950-02 and Hilary's AR950-02B.  That I will, at all times, make sure my obligations to CDOC remain met in full.  At the end of CDOC's investigation, or whatever they decide to do here; any and all applicable discovery will be brought forward by me, in the proper legal format, timing and order of ECF132.

**bcc**:  Ed Kennedy and Andrew Ringel (Hall and Evans):  The same goes for Defendant Group CHP (et al). *This is **truly** a courtesy* I was/am under no obligation to give. I am sensitive, as you know, to the facts showing that it has been through no faults of your own or your clients, that you (should) have a serious concern in losing access to any/all of my CDOC information that has come to you as it has to date.  **I am not responsible, in any way,** *on what paths you finally decide to take to disentangle yourself from Amy and her client's issue(s) going forward.*

**August 24, 2019**

**Major Lucille Reux**
**Denver Complex**

**Major Reux:**

1. If I was not as bound to the rules of AR 950-02 as Hilary is (due to still being a parolee and not yet off paper) I would simply directly go to the CDOC Office of Inspector General.

2. I am as bound as she is and this notification to you today, follows our phone conversation in late May 2019 (and) my letter to you of June 1, 2019.  Under the rule of AR 950-02, I am turning in a complaint that I believe, and so far the evidence gathered is pointing, to my having had my HIPPA privacy breached a number of times by Hilary Victoroff (and) is pointing to the probability that she also committed Theft of Medical Records and breached statute(s) regarding the false representation of medical

1

information of mine. My understanding of the AR, as I am still on-paper, is that I must allow the CDOC the initial avenue of handling the charge I am making.  I think I am doing so now, in this follow through to our previous contact over the issue.  Other than telling me to "put in a kite" and the fact that parole refuses to accept grievances for anything not parole related; this is the best I see to do.

3.  Please let me know if there is something else I need to do at this time.

4.  If you will please **directly notify me** (I am Pro Se, recognized as such and have the direct control over every single one of my legal rights to access everything and everyone I am allowed and entitled to within that.  The CDOC is not a party in this case.  State AG represents you, in a situation like this, on individual events *if the CDOC asks for their assistance or is advised by State AG to take their assistance.*  Amy Colony is not entered into this case (18 cv 00956) as representation of anyone except Hilary Victoroff and Laura Sommerschield. <u>If she wishes to have blanket access, to insert herself and State AG into this case *anytime she chooses to do so*</u>; then it will be necessary for me to continue to 'go round that rabbit hole' to get any issue I have with access needs to CDOC, done through the only means I know of to date:  which is you and the Court).  **If you will please forward the name of one person**, that you wish for me to deal with instead, and as the court is now enforcing the situation as best it can until another stage is reached; please do so.

5.  Further, State is now very clearly aware, through processes now completed with the court and from me directly: <u>if Amy Colony, wants **unbridled access** into anything to do with **my access** to CDOC, **or this one issue:** then she must seek to waive CDOC immunity from liability and enter CDOC and herself/State AG as a party.  **She has been advised of such.  Otherwise, we continue on with my not backing down over discovery on this issue that I am entitled to and continue on toward dispositive motions time.**</u>

6.  <u>If CDOC, wants me to continue to try to deal with Amy Colony directly and not accept my complaint under 950-02; then the CDOC needs to notify myself or my P.O. that I am off the hook to the AR (and) to also order the State AG to represent them on these two claims (#5 and #6 attached in ECF119 and ECF142 Exhibit B) and my assertion that I need direct answers from CDOC.  Then, and only then----would there be a *clean avenue on access between this Pro Se Plaintiff and State AG*, **as I do decline the assistance of State AG in getting what I need done with CDOC due to the problems so far that are listed below:**</u>

   1.  **<u>Amy Colony unequivocally does not represent Shawnee Ryan in any way, shape or form. She has been advised to formal court record.</u>**  <u>Adversary dealings between State AG and the Plaintiff will continue in accordance with the Rules of Law.</u>

2. Personally, I prefer to just have you go through the enclosed complaint I am fully lodging against Hilary under 950-02 and tell me who the investigation contact within CDOC or IG is going to be, advise me as a parolee what, if anything else I have remaining as required to do.  If nothing and am free and clear of her problems in this; I will then continue to handle directly, as the Plaintiff in 18 cv 00956 and in accordance with FRCP, FRE, Court orders.  Thank you.

**Additionally:**

7. The subpoena duces tecum, as of last week, I have finally disentangled and it is now unobstructed and is served upon CDOC.  **The subpoena, directly orders the CDOC to produce directly to myself.**  The CDOC, does not have any involvement, other than keeping track of what they give to me, in my requirements under law to disclose to opposing parties of this case.  CDOC, is (or should be) 'out of it' when final productions are cleared by the Plaintiff and they are released from their subpoena.   Anyone you all wish—including State AG—may advise you in the process of producing. **At no time, unless you are handed a court order that says so; is the chain of custody of *production* to go anywhere else on another's say so except to me as it has just had done through Amy Colony's interference in my discovery access prior to the service and release of the subpoena.**

8. **As you will come to see; Amy Colony did *not* have a court order, did *not* have a release, a request or my permission in any way, shape or form when she spent the last roughly 2 months accessing "subpoena items" apparently as being on my behalf.**  State AG and their representatives can continue on in whatever ways they personally choose to in their defense of Hilary and Laura and attempting to refute the facts of this case.  They cannot, *without authority given to them,* come anywhere near my legal needs and desires.

**With the above said:**

**One of the few advantages there are, to being familiar with the working processes of CDOC investigations is the absolute knowledge they are one of the things you all do very well. "Equality" to offender, the employee or outside in society persons in question is absolute.**

**One of the other advantages there is, is being familiar with three facts:  1.  When working (or incarcerated) within a prison for a very long period of time, one 'should' have risen to the understanding that if they have done something they were not supposed to be doing; they will be caught. Developing some kind of sense of entitlement that one is untouchable due to 'how long' they have been there is a false state of mind.  2.  Aiding in that, is the fact that there is absolutely nowhere to hide from a camera, a security aid, a login password within a computer or a copy machine; and that every single thing in the environment has at least one, if not numerous, other inmate or employee bodies to go through and none of them are likely to agree to hiding you.  3. The CDOC has a very short**

**patience span and takes a dim view with anyone (offender, parolee, staff, even a lawyer they trust(ed) blindly) creating any volume of smoke while dancing anything even remotely shady.**

**The general public, even the Court I am finding, are shockingly lacking in clear understanding of how thorough those statements are and 'how things work in prison'.**

**<u>With all of the above said</u>:**

**<u>I refuse, to get caught up,</u> in Hilary Victoroff's and Amy Colony's issue(s) present in Hilary's defense of herself in Claims #5 and #6 (attached). <u>To the best of my ability to decipher what the obligations of me are, within AR 950-02; please see as follows:</u>**

<u>The following is enclosed:</u>

- ECF119 and ECF 142 with Exhibit B.  Claims #5 and #6 are subject of this 950-02 complaint and relevant to Hilary and her alleged involvement of her employer.

- **Self-explanatory copy of my letter to Amy Colony via discovery processes that has never had the actual question of "what is in the boxes and how did you get them answered by her---- anywhere.  Even to the Court**.  The entire extent of response from Amy Colony to date; that has been: "when you filed lawsuit, you waived your right to your information".  (**Reality**: yes, 950-02 states the following: which is only that I waive *PHI privileges*. Utterly non-existent within any rules of law anywhere (and) that can be found in searching 950-02A and B; does it say I "waived" the entire rules of evidence, procedure and law simply by filing a lawsuit.  "Show me…my signed or verbal release that says I did..").  **Nowhere, in any realm of imagination does it state that anyone, <u>even State AG and CDOC</u>**, can bypass rules of the process, rules of CDOC and just seize my entire life, including what is now close to 10,000 confidential documents that have absolutely nothing to do with her client's original charge (Claim 4) (Laura is Claim 7) who are being sued for compensatory not loss and suffering). As now 2 discovery conferences with transcripts backing up that the court record is fully aware and orders have been given to all parties; since the  "two mystery boxes appeared (Spring 2019) and her subsequent refusal to obey the court order to inventory and produce prior to moving forward---her subsequent foray in her own version of 'volunteerism' to mislead CDOC into thinking you all could release my discovery requests directly to her without my subpoena or directive.

- **June court transcript, as things continued to grow as problematic**.  (Hall and Evans and myself re:  CHP and those defendants do—have need for everything and the information must be clarified and released for investigative uses.  All other parties outside of Colony/Hilary were continuing to be held up.  I have noted the court order to her to produce a line item inventory list (and) release of what she had.  To date, that order has never been followed.  Not one person other than Amy Colony knows what arrived to her in "the boxes" (or) what she then went on, to insert herself into my pending subpoena process and "gather" on my "behalf".  Now, after she then issued a blanket email and mail send to all, of the nearly 10,000 documents; we still do not know detail because she did not state which was which.  Refuses, to current day to do so.

- **Pending the court, is a release of the transcript of July 31ˢᵗ.**  Which is very extended and crystal clear in reporting she has not obeyed the inventory order nor has she answered details and there is a huge issue now of her co-mingling ("leading you all to think you can release my discovery to her instead of to me", and "what was in the boxes" inventory so they could be kept separate from legitimate obtained discovery for the parties to use**.  I was able to clear her obstructing the subpoena, I was denied at this time the ability stop her or quash what has been done.  Without prejudice.  So, we continue. That transcript will verify for you.**

- **Next, you have a copy of what I have decided to do at this time in order to get this mess cleaned up enough legally to move forward with this entanglement attempt from both of them:**  1.  File this with CDOC. 2. Serve very specific Interrogatories to Hilary and see what comes back (**copied now and enclosed**) and advise Amy Colony very clearly that I see the irregularities "boxes"/"discovery of mine") between the two areas:   (such as the boxes she states were 'paper' records when I know for fact I have had everything scanned into digital for a long time (and) admin and case mgmt. and mental health and security and HQ have as well. Long prior to latter Spring 2019 when she began representation of Hilary).  The blanket email send of Colony's, that co-mingled (so she claims) the two areas: contain absolutely everything that could *never be possible* to be public information, Major Reux. (**Which, if my subpoena had not been obstructed, they all would have had (legally) anyway**). *How that is relevant to Hilary Victoroff now, is that those areas + the thousands of pages and a few years of her not even being my provider and allegedly accessing "somehow" other providers data (950-02B---creates one of the most vile breaches allegedly by an employee to an offender; of their entire life story.  No business whatsoever, if done by Hilary Victoroff.  No business whatsoever, of CDOC to allegedly blindly hand over to anyone, attorney or not without the proper trail in place. And then condone the start of personal attacking my children and life by others in this suit; because they cannot refute the medical and hard evidence.  Vile and no better, if it went down by either Hilary or Colony: than strangers claiming to be victims and walking into a court or parole board lying to get someone imprisoned or to stay there.)*

- I see the irregularities.  They are to stop now and truthful, factual answers given to all.  I am moving forward direct under 950-02 (and) hope to not be filing for contempt and sanctions against the State AG in addition to quashing absolutely everything away from even those who need it and are innocent; because she allegedly so badly tainted it all or it was obtained illegally.

- I now have to wait up to 30 days for response from her and Hilary since serving the enclosed interrogatories upon Hilary last Friday, August 16ᵗʰ.

With all the above said:

- "Shawnee Ryan" is not needed to break this out any further for CDOC.  What I do feel needs to be said is what I suspect:

I strongly suspect, that from aprx. May 23ʳᵈ, 2018 while waiting for CMO Frost at DW Clinic, and Hilary becoming aware she could not treat me because I was suing her (suit filed 4.23.18), that she and others

in medical started gathering up what they have, for 6 years, tried to pawn off as being "medical and correctional sound", every single time they messed up an outside specialists orders or did not obey medical orders and caused subsequent issues medically:  in that 'big bad Shawnee Ryan' "stopped her own care from us". A Shawnee Ryan who only stayed alive, against extreme odds of her diagnoses, for 6 years because she did enforce her specialist's orders and did not allow altering; because she made the CDOC Clinical Services, each and every time, obey the rules eventually.  I think they copied, they went to any bruised ego they could find, they went searching into case mgmt., admin, behavior, criminal and anywhere they felt they could dig up dirt to discredit the factual reality medical and scientific data states and to "help" Hilary in "defense".  I suspect, Hilary believed she could end it all by showing the painting of a picture of 'big bad Shawnee Ryan' created over the years.  What Hilary did not count on, is that there is no better way to prove that when I am the one telling the truth in concert with my outside care; the lack of adequate medical care by their focus being nowhere on the reality of their inabilities to give that care themselves; would be to now show a side by side and line item by line item comparison against the reality of my medical and scientific data. Which is exactly what the Plaintiff has always intended to do in this case.  I do not think, as impulsive, stubborn and often rash as the Hilary Victoroff I knew for 6 years is; that she could see while allegedly getting all this "help" gathered up is to truly admit the Truth.  That the only way to 'get out of it' is to refute that scientific and medical data. Which ultimately cannot be done by anyone---it is the truth of what happened to me and medical facts do not lie.   This time, I suspect her ego finally got too big by others boosting it.  If this is the end of what you all find as you look in to---I will not be surprised by the names and could likely give them to you now based on some inmate.com information that has come in.  Which, you will likely have me disclose at the proper time in any investigation and which I am not required to disclose 'ahead' of anything to those being copied.  Will not, because this is to continue to be done fairly on my part.  After sitting in medical's departments nearly every day for 6 years and living in that infirmary for 18 months---- I just do not see 'how' the data Colony initially used in her first Answers and prior to her slip in disclosure of having the boxes in the first place (May 29th, 2019) could have ever been possible without a number of people in various ranks and departments "helping".  What is certain, is that Amy Colony cannot show proper discovery rules of law followed by her in getting all she used in her initial filings---and continues to refuse to even try.  To me---the whole thing is shady.

In conclusion:

Please investigate who it was and how they did it, exactly, of the Claim #5 and Claim #6 charges against Hilary under AR 950-02.   At this point, I have filed it as civil criminal and it will stay that way on my end.  I have no control over what you all decide to do and what you find.  Obviously, changes may have to be made if it is what I think it is and she faces anything else from her employer.

**The only other thing I can do at this time, so that investigation can see exactly the specific documents we are talking about as 'co-mingled',** is provide the blanket email and mail send of Colony's that will show which departments were accessed and what documents left what facility or office.  They are very large email files and I will need to know where to send. You can get those directly from me.  And an obvious trail to see what Amy Colony says, is to compare her end that she says she sent.  Hall and Evans, on behalf of CHP, were copied same as I.  I think they can be the deciding factor that would show whether mine, or hers, or both----match what you receive now.

**I have one request**:  If possible, out of consideration for the attorneys of CHP Defendant Group who are the ones who get hurt the most if all those choice of Colony/Hilary rise to the level of taint and quash; is that if you could please let me know as soon as possible the direction this will be taken; I can at least notify them.

Thank you,


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com


**CERTIFICATE OF SERVICE**
I have served, through the USPS system and preliminary send via email a copy of the foregoing to the parties below.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov