# EXHIBIT A-7

**Shawnee Ryan**

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319

August 22, 2019

Audrey Porreca
2555 Holly Place
Denver, Colorado 80222-6255

I am not certain if I have the right Audrey, who, for a long period of time nursed me before and after a stem cell transplant in 2017 and 2018.

I hope so.

I am still a patient of Dr. John Burke, but also have numerous specialty physicians and regular procedures at UCHospital and UCHealth Aurora and have found her through her online presence. I see that she is possibly an OR Nurse at UCH (which is what she wanted to pursue when we last spoke).

I would really appreciate, if I do have the right Audrey, if you would please give her my contact information.

I would like to get in touch.

Thank you, Shawnee Ryan

1