# EXHIBIT A-8

Shawnee Ryan

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319

August 24, 2019

Ms. Stone—I hope you are well and life is good. I am trying to distance myself from the rumor mill and have no idea whether you have heard that the lawsuit I filed in April 2018, had (of course---was expected and they always are) CDOC dismissed due to liability immunity. Leaving CHP (et al) and in full capacity with no immunity; their employee Dr. Jennifer Mix in her personal and professional capacity; Hilary in personal and professional capacity and Laura Sommerschield in personal and professional capacity. The information just given plus full reads of everything has been on-line by various justice agencies, prison reformers for a long time. You may read whatever you want there---but I do not feel it necessary to describe anything.

I had truly hoped, naïve I know, that opposition would play clean and fair. The medical and scientific data is irrefutable. But----when one is truly indefensible because their medical capacities do not match up to the caliber of specialists treating my outside for so many years, and the diagnostic list (attached as SKR000001---given because I am not sure you ever fully realized how ill I truly was for so long)-----the legal strategy becomes to attack the victim.

I have no need to go into details over how Hilary and Laura are attempting that----the entire staff and populations of DWCF and DRDC watched it be inflicted on me for 6 years.

Because I have to get that nonsense out of the way and gone—so the case itself and facts can be focused on: I unfortunately have to bring in people who witnessed some things. Usually (and still do), the State Ag represents CDOC. They are not however, parties in this case and the attorney from State Ag (Amy Colony) has landed herself and Hilary in a bit of a bind and as of today---we pend trying to see 'who' represents and/or if CDOC needs representation at all. Documents filing with the Court on Monday the 26th put the court in charge. Meanwhile, none of the other litigators, including myself, have to 'wait' on work to be done to meet deadlines simply due to Hilary's issue. As of this moment, Amy Colony is not appointed to represent anyone except Hilary and Laura. The Court, CDOC executive and State AG executive will make the calls now.

Hopefully, by the end of the month (there are deadlines), I will know if the State is to act on behalf of anyone within CDOC who wants them. In other words----you can act on your own now, in answering these interrogatories that follow because they have been legally served by the Plaintiff under her capacity to do so. Please do whatever you feel comfortable with, including speaking to legal at CDOC etc.

1

You will instantly be able to see, from the questions themselves, what they are attempting to do. And see the factual reality I have to bring forward to knock it down. No difference really, than all the years of doing same just trying to get medical care. You know my case well. I would appreciate your full honesty, even if negative to me. Your answers can also be as brief as yes and no—wherever you wish them to be.

It seems, from the first moment we met in early June 2013; that I am forever thanking you. I'm a bit teary now---in stating that I wish I did not have to serve these on you. It is not because of my doing.

Thank you.

Shawnee

## "IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)**
**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

### Plaintiff's Written Interrogatories:  Therese Stone

Plaintiff Shawnee Ryan comes now and requests that Ms. Stone answer the following written interrogatories.

Ms. Stone is to understand that she is under oath to tell the truth under penalty of perjury.

Ms. Stone understands that this request does not mean she will be called by the Plaintiff to testify or depose in this case.  Plaintiff has no control over the Defendants but is the Pro Se Plaintiff in this case and states that she has no plans to call on Ms. Stone further.

If any question is unclear, or Ms. Stone does not wish to answer, she is required to state such as the answer to the relevant question.

As follows:

1

# The Interrogatories of Therese Stone

1. Please state your full legal name.

2. Please describe your profession, place of employment and how long you have worked there.

3. Please verify any and all roles, capacities and/or departments you may have worked within Colorado Department of Corrections (CDOC) and any titles you may have held. Please also cite the dates you held titles, roles and capacities.

4. Please describe your education background, status and details of any professional licensing you hold (and) any certifications or training you may have continued with in your career.

5. Please provide a copy of your professional vitae. You may redact personal identifying information for security purposes if you wish.

6. Do you know the Plaintiff, Shawnee Ryan?

7. For approximately how long and in what capacity?

8. Fair to say that you came to know her well during those years? At least in the definition of "well" enough to notice anything about her ability to handle the additional and extreme (above a normal inmate) circumstances she found herself in when she became medically diagnosed as terminal in November 2013?

9. Were you close by and/or present on the day she was told of the terminal diagnosis by Hilary Victoroff?

10. From that point forward, did you ever have cause to assist in trying to keep Shawnee's inmate life as fair and as balanced as it could possibly be in the

2

extreme daily odds she found herself in while dealing with correctional healthcare?

11. Overall, as you now refresh your memory and go through her mental health and behavior records; would you ever classify Shawnee as any one of the following:

- Having "psychosocial" "disturbances"?
- Violent or threatening?
- "Incoherent"?
- "Lacking in intelligence"?
- "Self-harming"?
- "Sociopath"?
- "Psychotic"?

- Any type of mood disorder that could be **ranked above P2?** In fact, was she not removed from the old 'special needs' Unit 6 because she had no mental health issues or needs that registered on the 'scale'?

- Anything at all, that would have ever led you or did lead any of the staff below you to believe she was a danger or threat to others in any way?

- To your knowledge, or do her records show that she ever has taken any psychotropic drugs?

- Anything that shows she is or ever has been, abusive of drugs, substances or alcohol?

- Capable of taking care of herself to insure she received adequate for her needs medical care?

3

- Ever see her "stand up" or *figuratively* "fight" to stay alive while incarcerated?

- To any unnecessary degree? Or, since you are not a medical specialist for any of the diagnoses on the attached Exhibit SKR000001; would you personally ever have been able to sort what was excessive determination on Shawnee's part (or) simply what she felt she needed to do to get done that she needed done for her outside physicians?

12. Did you ever have the opportunity to sit in on a conference between Shawnee, the current CMO at the time, a CDOC nurse practitioner, a CDOC health service administrator and Shawnee's Oncologist Dr. John Burke; held at Rocky Mt. Cancer Center Aurora?

13. Please describe Shawnee's presence, demeanor, her knowledge—literacy and coherency of knowledge regarding her medical needs being discussed. Please describe your impression of how she and her oncologist interacted.

14. Please describe her emotional state and her handling of 'the room' in general?

15. Please state your impression of Laura Sommerschield and Tina Cullyford's demeanor, presence and overall attitudes during the conference, before the conference and after the conference? The specifics are within record, it is your overall impression that is being asked.

16. Why did Laura Sommerschield, Tina Cullyford and Bill Frost ask you to be present?

17. At the end of it and looking back: did you feel it was necessary to even hold a conference of that type?

4

18. Or did you feel in any way that it was any level of Shawnee being 'painted' as having some kind of 'problem' or 'being a problem'?

19. At any time, in your knowledge of Shawnee Ryan, did you ever personally and/or professionally feel that there was an excess from other staff within clinical services or otherwise, that portrayed her in an inaccurate and unfavorable light? More than once?

20. Did you ever feel concern for her, or speak with your inner department staff that also knew her; that you wish (or they did) that she would just "go along" so that things would be easier for her?

21. Looking at SKR000001, Ms. Stone. Do you personally think she would have survived the type of medical care given at DWCF and DRDC Infirmary and that the CDOC is well-known for; if Shawnee Ryan had spent 6 years: "just going along"?

22. Please describe the basic structure of how mental health care works in the Denver Complex. For example: how long is an inmate seen in the initial DRDC intake?

23. How long are they seen in the next phase of classification when they see a psychologist or psychiatrist for initial 'diagnostic screening'? Is there any kind of testing diagnostics that are done in those brief sessions before the beginning of what will be 'their label' follows their entire incarceration?

24. Is it dependent upon their level of diagnosis developed during those times on when and how much they continue to see Mental Health Services?

25. When an inmate "moves" to the DRDC infirmary, does their mental health classification **_automatically move up_** to at least a P3? Why is it automatic?

26. ***Are they seen by rotating mental health staff simply because they are in the infirmary? Even if not really above a P2 in status?***

5

27. If not needing services, would their chronological medical record show those *as "regular" "visits from mental health"?*

28. Would there be any description within those notations of privately protected mental health information (or) would it be a more generic type of log and the visit itself kept confidential within mental health record of the inmate? *If an inmate, such as Shawnee, lived in the infirmary for nearly 18 months, would there not show a great many "regular visits from mental health" within the generic log?*

29. How do you feel, even though the matter is still in the investigative to know that appearing in Shawnee's discovery documents that were removed from Denver Complex; **there are kites/kite copies from Shawnee to Mental Health**, while she lived in the infirmary for so long, that are being shown now, *by non-mental health staff* as allegedly "evidence" of her being "unstable", "self-harming' (and/or) "hostile" to medical staff?

30. What kind of security controls are in place that can support the inmate or former inmate in knowing their mental health records are protected?

31. Per CDOC mental health protocols, when a "mood disorder" drug is prescribed, can it be prescribed and/or called a "mood disorder"/"mood stabilizing" "drug" by a mid-level registered nurse practitioner in the medical side of the DWCF clinic?

32. To your knowledge, in your profession, Is Benadryl, a "mood disorder" or "mood stabilizing" drug?

33. How successful was the <u>interim period</u>, for the old Unit 6 at DWCF, when it went from special needs to interim period, to what it is today when the legislation changed it in June of 2015? Shawnee Ryan lived in the old unit, did she not? Was that primarily because she had just been diagnosed (Nov 2013) and there was no other place holding a single cell and dedicated nursing in which to house her? Were you involved in that transition for her? You and Dr. Engle?

6

34. Eventually in the experiments back then during that interim period; groups and individual counseling sessions were held in that building; were they not? Shawnee attend? Was attendance mandatory for all inmates in that building? Or were they in attendance only as individually classified for mental health needs and diagnoses?

35. Was she removed in May 2015 due to **not qualifying** on a mental health **or** poor behavior level(s)?

36. Do you know if she was placed in a single cell (ADA cell) in Unit 3 when she actually was a qualifying Unit 1 Incentive Living inmate? To your knowledge are the only single ADA cells in Unit 3 (setting aside the Unit 4 and Unit 5seg cells for max security inmates)?

37. At that time, were you aware of how many times per week she was transported to the outside for medical care or had you already moved over to DRDC when the old special needs unit closed?

38. Looking back now, and seeing with this interrogatory and its attachment of her diagnostic list; how do you personally feel today about the path Shawnee chose to take in how she faced the change that came to her life, in November 2013 in Hilary Victoroff's office, with you close by and she was told death was eminent and coming within 6 months?

39. Do you recall that she was trying to have her medical hold released that day, so that she could return to LaVista (her home facility) and "figure out what to do". Do you think, in how you have known her path since; that she did well in "figuring out what to do? That it is an accomplishment to have lived the entire 6 years and now beyond; instead of the "6 months" she was told on that day?

7

40. In all your years with CDOC, Ms. Stone: What would it mean to you personally and professionally, with all you have watched go by in correctional healthcare; for the CDOC and their insurance carriers, to begin to utilize to its maximum advantage: State of Colorado Health Care Policy and Financing 14-006 and the ACA's federal extended Medicaid of the Inmate Catastrophic Medicaid Provision?

I swear, under penalty of perjury, that I have answered this interrogatory truthfully and to the best of my ability.

_____

Name and date

Thank you,

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served, through certified mail service a complete and full exact copy of the foregoing upon Therese Stone on this 24th day of August, 2019.

Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

8

**SKR000001**

### PRIMARY DIAGNOSTIC LIST OF SHAWNEE RYAN (as of August 1, 2019):

### ONCOLOGY:

RMCC AND DR. JOHN BURKE 303-418-7600

- **HEMATOLOGY:** UCHEALTH AND DR. DAN SHERBENOU (POST-RELEASE TO PAROLE (AND) ONE DAY IN LATE MAY 2016) (All hematology runs under Dr. Burke as the lead) 720-848-6400
- **HEMATOLOGY:** COLORADO BLOOD CANCER INSTITUTE AT PRESBYTERIAN ST. LUKES AND DR. RICHARD NASH (2015-Feb. 2019) 720-754-4800
- **PENDING HEMATOLOGY:** FRED HUTCHINSON CANCER CENTER, SEATTLE. (NOT APPLICABLE TO RELEASE CONTACT INFORMATION BEFORE I HAVE IT IN HAND)
- • multiple myeloma (diagnosis March 2014)
- • Light Chain Deposition cast/monocolonal /Bence Jones Proteins (diagnosis Nov. 2013)
- • CHIP/MDS (myelodysplastic syndrome)/pre-stage acute myeloid leukemia (symptoms onset July 2018, diagnostics performed Nov. 2018).   *Gene mutations: ASXL1, DNMT3A, EZH2, TET2, TP53)

### Oncology related immune system:

- Hypogammaglobulinemia
- Chronic neutropenia
- Chronic pancyptopenia
- Anemia

### Oncology (and all diagnoses related) Diagnostic Blood Lab Clinics 2013 to present day:

- LAB CORP (2013 to current day)
- QUEST DIAGNOSTICS (2013 to current day)
- UCHEALTH, RMCC, CBCI, AURORA SOUTH, UNIVERSITY HOSPITAL

### Nephrology:

- Colorado Kidney Care, Dr. Dimitri Sychev (Oct. 2018 to present day) 720-542-7380
- CDOC, Dr. June Scott/Kidney Kidney Clinic at DRDC (Sept. 2013 through early 2014, Nephrology then denied until release)
- Kidney biopsy (Nov. 2013): Aurora South Hospital
- UCH Urology Dept (under UCH hematology), P.A. Amanda Valdez 720-848-0000 (Main line)

### RENAL:

- Stage 4 renal insufficiency (Sept. 2013 through present day)
- Atrophy of both kidneys (Right kidney diagnosis 2013 by CDOC. First renal work done since early 2014 was done post-release beginning late 2018 diagnosed left kidney atrophy, hematuria)
- Edema (since 2013 onset)

### CARDIAC:

Dr. David Schuchman, South Denver Cardiology Associates (POST-RELEASE TO CURRENT DAY)

303-744-1065

Dr. Vijayaraghavan, Presbyterian St. Lukes (thru CBCI/Nash) (June 2017 stem cell transplant and cardiac abnormalities post DT-PACE in early 2017): 720-754-4800

Aurora South Hospital, November 2014 is the first cardiac event.

### Cardiac:

From birth: mild congenital heart murmur

From multiple myeloma and light chain deposition cast forward:

- Left atrial enlargement (Vijayaraghavan at CDOC orderd transplant & post DT-PACE 2017)
- Pulmonary hypertension (Shuchman post-transplant)
- Aortic valve regurgitation (Shuchman post-transplant)
- Tricuspid regurgitation (Schuchman post-transplant)
- Deep Vein Thrombosis (post-DT-PACE)
- Post thrombotic syndrome (post-DT-PACE)

### NO SPECIALIST YET (August 2019), REMAINS FALLING UNDER ONCOLOGY AS A CHEMO SIDE EFFECT:
### Neurological:
- Neuropathy (ranges from 20% to 70% depending on the extremity) in both feet and both hands.

### EYES:
Dr. Paula Pecen, Sally Rodgers Eye Clinic at UCHealth (Oct. 2018 to current day) 720-848-2020
DR. 'Lacey' (Elizabeth) Echalier (all Den Health surgeries and care. Is now also at UCHealth)
Various rotating Fellows, M.D.'S, retina specialists, surgeons and UCH surgeon called in at Denver Health (2017-2018) 303-436-6000

### VISION:
- Severe vitreous detachment and floaters in both eyes
- Detached retina in left eye

### INTERNAL MEDICINE:
Current day: Dr. Francis and Dr. Frank Scott: UCHealth: 720-848-2777
(1) consult in 2017: Dr. Joel Levine, Denver Health: 303-436-6000

- Colonscopy in 2014: CDOC
- Endoscopy and Colonoscopy (2019) UCHealth

### Digestive:
- Pancreatic insufficiency
- Sessile colon polyp, removed
- Erythematous mucosa, without bleeding

### HOSPITALS, IMAGING DIAGNOSTICS, BIOPSIES (2013 to Current Day):
- Aurora South
- Littleton Adventist

- Presbyterian St. Lukes
- University Hospital
- Denver Health
- Invision/Sally Jobe
- Health Images