# EXHIBIT A-9

**Shawnee Ryan**

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com


Colorado Department of Corrections
Executive Director Dean Williams
1250 Academy Park Loop
Colorado Springs, Colorado 80910

September 1, 2019

Dear Director Williams,

On or around August 20, 2019, the 10th US District Court served upon CDOC and yourself; my subpoena duces tecum in Case #18 cv 00956.

- The court determined to release the subpoena, which had pended since February 3, 2019 and again since June 28, 2019; due to a number of factors that pointed toward Plaintiff and other defense counsels (apart from Ms. Colony and State AG on behalf of your current employee Hilary Victoroff) being unable to get and use 'clean' and untainted CDOC records.

- The subpoena does order that everything within and disclosed to be produced directly to me. There are no third-party hands (which to date is a huge part of the problems with CDOC discovery so far) before mine. You may copy simultaneously, even though that too is a bit on the line. But you cannot put an attorney in front of you and give all over to that attorney to produce. Especially, at this time: Amy Colony. At this time, I am asking that you give me one direct person within CDOC to work with so that we can get needs met and you all released from the power of the subpoena quickly. Thank you.

- Unfortunately, Ms. Colony and Hilary Victoroff are presently before the court with a bifurcation and consolidation motion that will contain everything, ***through all the means they gathered CDOC from since (believed to be) end May 2018*** into a separated handling, but still within same case. When I discovered the beginning of the issues, I added two civil criminal charges (not claims) against Hilary into this case. Everything, when bifurcation and consolidation is granted (which is very likely) will go into some kind of law enforcement investigation.

- **Which brings the other point of this letter today:   The investigation began due to refusals to disclose and refusal to obey a court order to produce, from Ms. Colony. Which led, to the charges against her client (Claims #5 and #6 in the enclosed, which also give short and plain summary of what is believed to have happened and what evidence so far is pointing to).** When Ms. Colony doubled down and interfered with my subpoena process and managed to get the CDOC to give her every inmate record there is without any type of court order or power of authorization; it left me (as Plaintiff and now as a parolee) with the problem of being forced

1

under AR 950-02 (IV) procedures (D) (2) to obey, as a parolee, the order of the AR and report. You know the AR, sir. If there is anything at all that points to even the potential of an employee violating 950-02B; you all and you all alone are the ones to decide where to go from there. I did report, to Major Lucille Reux.

- Ms. Colony, upon hearing of my opening an investigation within 950-02B; contacted Major Reux and possibly others, and gave an abbreviated version of facts and then proceeded forward to *trying to convince the parolee, that (THE) Major Lucille Reux relinquished her chain of command over a felon, to a private citizen and directed that citizen to inform the parolee that there would be no reporting, no investigation and no 'help' from CDOC.* To the Plaintiff (me), then proceeded to state that she was 'appointed' to represent the non-party CDOC and there would be no subpoena obeyance or production. That everything for this still in active discovery, not yet jury tried or disposed case; was to be obtained by me through your "open records" system.

I was incarcerated for 6 years, Director Williams. None of the above is how the CDOC and prison actually work. Especially, Major Reux.

After a great deal of thought and consulting with limited representation Pro Bono counsels; I made the decision to finally get the mess contained with the enclosed bifurcation and consolidation which is before the court. I also, have involved, so that the CDOC has someone in State AG that is neutral and legitimate in this issue to speak directly with; have contacted Natalie Hanlon Leh. A copy is attached for you.

Which leaves only two issues:
1. The parolee, should be free and clear of any type of association with Amy Colony and Hilary Victoroff. I have reported and handled to the best of my ability and cannot force the CDOC to obey its own AR. I would appreciate someone telling me I am good and out of the line of fire.

2. The Plaintiff, will be expecting the CDOC to obey the power of the Subpoena Duces Tecum. Hopefully very soon so that I can get you released from it. Please appoint one person for me to work with within CDOC.

3. The Plaintiff, needs to know which law enforcement agency you choose to investigate for the bifurcation, consolidation and Claims #5 and #6 of 18 cv 00956. Yourselves? Or DOC-IG? It is going to law enforcement investigation.

Hopefully, everything you need to look at right now, to discern validity, is enclosed.

Thank you,
Shawnee Ryan

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319     shawneeryan216@gmail.com

2

**CERTIFICATE OF SERVICE**
I have served, through USPS, a complete and true copy of the foregoing, to the party within and via email to the parties below, on this 2nd day of September 2019.s

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com


Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

3