# EXHIBIT A-10

**Shawnee Ryan**

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

September 5, 2019

Executive Director Dean Williams

RE:  Subpoena Duces Tecum Case #18 cv 00956

Dear Sir,

This notice is my response to a claim being made by Amy Colony (State AG counsel) today that **you** (her reference to served upon) have asked for the subpoena to be dropped due to her having provided everything asked for on it.

My packet to you, which you would have received earlier this week, clearly stated that there are motions to bifurcate and consolidate Ms. Colony and her client Hilary Victoroff; pending an investigation into 'how' my full records were obtained from on or around May 23, 2018 to present day.

Based on what I found, within the records she claims to have legitimately received from CDOC on her own; I had no choice but to report, as a parolee, the belief that evidence exists to strong violation by Hilary Victoroff regarding AR 950-02B.  And, strong trail of timeline in 'how' Ms. Colony has gathered, violating more than one rule of court procedures.

My packet explained, that I need your confirmation to Ms. Colony's claims that Major Reux told her I could not report as directed by 950-02, that no one was going to be assigned to work directly with me and that only Amy Colony could be given the materials.  There is also some nonsense about all of my records (and yours) being "open records" that no release from me is needed for (and) available to anyone despite this being a case in active discovery, highly sensitive medical materials, that has not yet been disposed, gone into ADR and or tried by jury.  Obviously, a very false claim stating anyone can walk into an active discovery case mid-suit and snatch up whatever records they wish.

Today, after receiving her copy yesterday of my letter to you and to Ms. Leh; Ms. Colony is again dumping still yet more "records" (after claiming some time ago that "everything she had has been given") and (after being filed against going into consolidation and investigation) over to all parties via email.

*The obvious present is that nobody can move, after being altered to an active complaint having already been made; that involves serious ramifications should it prove to be true.  On a personal level, a State AG attorney should know that and simply halt in her tracks until the authorities involved tell all of us which way to move.*

*On a personal level, especially as a parolee obeying the only official orders I am supposed to be obeying; I feel as though this baiting is nothing but self-serving to someone who has something to*

1

***hide. Either on behalf of a client (or) themselves.  There is just too much protesting coming from the State for legitimacy to be in place.***   I cannot, and will not, jeopardize my freedom.  My orders come from CDOC with regards to AR 950-02 and 02A and B.

**Unfortunately, until an answer from CDOC is given that you will not investigate the 950-02B (and/or) refer to DOC-IG; I cannot touch any of what Ms. Colony gives or states.**

**She is not in the clear.**

**Nor, until the court rules, on how to fix the damages she has allegedly created to discovery and evidence; can any of it be touched.**

**"if" she would even stop refusing to answer the questions of : who is the person she is getting records from now.  How did you get 2 boxes of a hodge-podge of medical paper records, months prior to discovery beginning.  Why are there these discrepancies within those records.  What was the chain of custody on the two boxes of records.  Why did you not obey the court order to line item inventory the boxes prior to sending them out.  How did you get your hands on records that are "in-camera" sensitive and nowhere near "medical" in nature.  "If" she and her client would come clean to answer those questions that sooner or later court will make them answer----then, and only then---would direct working with Amy Colony on anything would be clear enough to do.**

**I took it all to the authorities in place:  The Court. The State AG. And CDOC over the parolee.**

**I can do no more than that until you all get your ends moving, Sir.**

**Today's Status:**

- The court just granted a motion for extension of time to CHP.  Defense must have their objections to bifurcation and amended in by September 30th.  From there, the court will rule.

- In the meantime, I need to have you follow the order of the subpoena and produce clean records unto me.  Contrary to her claims, Ms. Colony has not gathered the entire listing.  I will not be dropping it, until it is obeyed as ordered within it and with clean records; Sir.   I have to have official clean records to use for trial. On or around 8/27 you were served.  You have 30 days.  Please, put whoever you are going to in contact directly with me.  Amy Colony and her client are pending investigation and everything she touches is in that investigation.  By allowing this to continue, CDOC is really causing an issue.  Please obey the order of the court.  If Amy Colony does not like it; then she can take her and I before the court.  Completely separate from the timeclock on the subpoena, Sir.  I am appalled at being put in this position.  I have done nothing wrong and these obstacles should not be in the way.  You have all my contact information.  Thank you.

- The court ruling on legal matters within this case is apart from---a parolee filing a complaint under 950-02B (originally to Major Reux in early June 2019, with no direct response other than to state: "…we will follow any orders given by the court…").  So far, not even that has been done, Sir.  A protection order of the court is violated here. A subpoena duces tecum violated (so

2

      far) which was held by the court for some time before the court saw cause at end July, to go ahead and issue.  Which brings you and I to here.

Please notify me quickly with the answers to the following questions:

1. Does CDOC, or does it not, accept the complaint against Hilary Victoroff on AR950-02B?

2. Does CDOC, or does it not, pass over investigating the claim to DOC-IG (or) conduct it in-house?

3. Will CDOC, or will it not, obey the subpoena duces tecum and produce clean records direct unto the Plaintiff who issued it and as it orders you to do?

Thank you.

Shawnee Ryan