# EXHIBIT A-11

| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Amy Colony |
| **Cc:** | Ringel, Andrew D.; Kennedy, Edmund M.; Laurie Merrick |
| **Subject:** | Re: The follow through I said on the 16th that I was going to do with CDOC. |
| **Date:** | Friday, August 23, 2019 7:38:08 PM |

This continued dance from you, regarding the allegedly illegally obtained by your client "complete" discovery now hopelessly co-mingled with the first step in the dance you are doing; which was the gathering of subpoena duces tecum, on my behalf, on a subpoena not yet issued and without any permission or request or authority whatsoever: was anticipated, Amy.

I do have to say, that I really have never seen anything like this, where someone who has done something very wrong, just continues to stick the shovel in the hole and dig deeper.

Here is my response, as succinct as I can make it:

First Section of Response:
1. You do not represent Shawnee Ryan.
2. You have absolutely zero power, authority or law enforcement ability to govern my parole.
3. AR950-02 very clearly states that the inmate who believes they are affected, is to report it to the CDOC.
4. I cannot speak much plainer than I have so far: In no way, shape or form are you, Hilary or anyone else going to entangle me in whatever shady areas you have going on with these documents. Known to be shady, now that they have been thoroughly reviewed and are nowhere near what you keep claiming they are. There is no way, that these items you passed on, could have been legitimately taken out of the CDOC (and/or) that the medical and inmate records departments would release them in the form you apparently (say) they have. It is not (literally) possible. I know the records and the years of them and this---is not it.
5. For a parolee---I have been left by you both, with no choice but to do what I am told to do by the CDOC. Which is AR 950-02.

Second Section of Response:
1. Once again, just like your "volunteer" work over the subpoena, in dancing trying to make the "mystery boxes" look better somehow (while ignoring the Court order to do a line item inventory and then release contents (which was prior to the volunteer subpoena dance)); what I hear you saying now---is that the third dance is now here and you are going to fast talk 3rd party for me, to CDOC, muddy the water there over a parolee doing what she is told to do, and now **place yourself** (who is your direct supervisor, by the way??) into a position, in an issue where you too are at question for possible questionable handling of truthfulness in disclosures and evidentiary documents; that you 'think' will give you the ability to possibly clean this mess up??
2. And or, that you somehow think you even 'look' legitimate here believing you can 'block' with some nonsense about "open records" at "CDOC" (good grief---your client is charged with a criminal act albeit charged civil!!? (and) we are all in the middle of fact-based discovery in a very, very serious for others too federal civil case!!?)
3. What is still a fact: You, can dance and play at this all you wish, Amy. Personally, I do not know how Ed and Andrew are feeling right about now; but for myself---it's time to end this and get truly serious. The fact: You, do not represent Shawnee Ryan. You are not the Plaintiff. You are not the Court and able to just continue to do whatever you please and create more and more nonsense. Nor, are you going to be allowed to taint any discovery that has to do with me and has my name anywhere near it; any longer. Your dance, as far as the Plaintiff

in this case is concerned; is over.

Third Section of Response:
1.  My subpoena is in place and active and is being dealt directly.  Production, as with any subpoena comes straight to me by Law.  At any time, Amy.  That you make one move or I find out that you are having them copy you anything before or simultaneous to me; both CDOC and State AG will be in court swiftly.  In keeping with Magistrate Hegarty's judicial rules:  you are being asked *first*:  Please leave it alone and please, this time, stay out of the way.
2. For the parolee, the next step is exactly what it says in the Reux letter.  The parolee, obeyed the rules.   And now I am free to take the complaint of medical records theft ( you issued that proof yourself, Amy.  It's blatantly obvious in the documents.) (and) employee theft of HIPPA privacy (done prior to Hilary retaining State AG through CDOC---some of the copy file dates and login dates clearly show and prove that invasion. Right there on certain documents, (I wonder if State AG/your self-appointed new position in this case; will now let you also handle investigating the evidence, of a crime, within fact-based discovery materials in the civil case that you also are representing the alleged criminal on??? (I am so....confused.....WOW!) which you also have and if you only knew where to look---you would let your eyes pop.
3.  Ed, Andrew and Amy:  Again, I am not the kind of person who would set out to sabotage and drop surprise(!) bombs on anyone in any legal matter.  But now?  Hear me well, please:  No.  I do not have to do anything more for you all, I am not your case investigator.  Do your own work.
"
Fourth Section of Response:
1.  Now that the parolee is completely and unequivocally clear (per Amy Colony's new move and work).
2.  Now that IG will do whatever they do and the Plaintiff is clear on getting out of the way of it all and simply trying to continue unfolding discovery for claims #5 and #6 (oh....my head hurts it is all so sordid and tangled....) <u>because in her other hat as the defense representation of the alleged criminal act</u> Amy absolutely refuses to answer the very first simple questions asked of her (per Magistrate Hegarty's judicial rules to "just ask", from May 30th through June 9th:  1.  How did you get the boxes?  2.  Forward whatever release you had, or request you made (written or verbal)  3. "Why" do none of the rest of us have the contents?  4.  How long have you had them?  (gee...that was the first thing Andrew taught me as Pro Se:  everybody has to share everything.)
3.  The Plaintiff believes she has finally exhausted every imaginable attempt to deal with Amy Colony while she tap dances so fluidly.  And can finally prove to the Court that it is time to formally file a sanction to put the lid on absolutely everything CDOC being used, by anyone, until the IG states what they are going to do and/or tosses out a case file to proceed on.  A wise and stabilizing choice for all, Plaintiff believes.  Before....one more reckless, rash and unbelievably stupid thing can be done by you, Amy----to alienate others, taint the records further which absolutely kills Hall and Evans who are the only ones who need them all (and) harm the discovery process any further.

May I suggest?

A nice, long weekend reflective time, on what the process of discovery that moves a case forward, instead of burying a senseless act of your client and/or possibly yourself into a tar pit; really means to people like Jennifer Mix and Geoffrey Archambeau.  Who are ultimately the ones you are hurting by the chain of mess you have blazed on fire since I confronted you when

you first refused to answer the questions above.  Please, reflect on getting your ego out of the way----and getting your head on straight.  Because Section 5?  I am not going to allow you or your client to abuse myself through my records (what a shameful and vile attempt by someone who says she is a caregiver to the ill) nor, am I going to allow my records to be tainted to the point where there is no hope of any return to be able to use them.  I will, if I have to, uncover every piece of dirt on this mess, file for everything I can file for and be the only one left standing who is able to use any of it.  That, is a promise.  Not a threat.  Please----have a good, reflective weekend, Amy.

**Shawnee Ryan**
*"Success is simple.  Do what's right, in the right way at the right time."*


On Fri, Aug 23, 2019 at 6:25 PM Amy Colony <Amy.Colony@coag.gov> wrote:

> Ms. Ryan,
>
> As counsel to CDOC in this litigation, I am writing to advise that neither Major Reaux nor any other CDOC personnel will be responding to the correspondence you attached to your Aug. 19 email. CDOC will not be forwarding the name of any personnel for you to work with directly on your requests.
>
> My role as CDOC counsel in responding to your requests for documents, including those submitted via subpoena, is not defined according to your beliefs or preferences (paragraphs Four and Five of your letter to Major Reaux). It has now been explained to you repeatedly, including by Judge Hegarty, that I represent CDOC and that I will be involved in responding to any requests for documents in CDOC's custody. Writing directly to CDOC staff will not change that. In addition, Judge Hegarty explained to you that I cannot waive CDOC's 11th immunity. Nor am I required to do so in order to represent CDOC in this matter or respond to your request for documents.
>
> On June 26 I advised you that open record requests may be directed to CDOC by emailing the request to **DOC_open_records@state.co.us**. I am attaching the CDOC Open Records Policy, AR 1350-04, for your reference. Pursuant to Section E of this policy and state law, you may be charged for the cost of retrieving and assembling records.
>
> As has been explained in the hearings before Judge Hegarty on this issue, any records related to the litigation are more properly directed to me in a Request for Production pursuant to FRCP 34.

Amy Colony

Senior Assistant Attorney General

Colorado Department of Law

Office of the Attorney General

Ralph L. Carr Colorado Judicial Center

1300 Broadway, 10th Floor

Denver, Colorado 80203

(720) 508-6615 Direct

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Monday, August 19, 2019 5:04 PM
**To:** Amy Colony <Amy.Colony@coag.gov>
**Subject:** Re: The follow through I said on the 16th that I was going to do with CDOC.

Based on some information that developed over the weekend on this--the attached changes have been made to the letter previously sent. This will go out to the Major on Friday with all attachments stated within it. I am waiting on some copies.

There will be no further changes made to the attached.

*Shawnee Ryan*

*"Success is simple. Do what's right, in the right way at the right time."*

On Sun, Aug 18, 2019 at 4:22 PM Shawnee Ryan <shawneeryan216@gmail.com> wrote:

> Attached.

Attachments to Major Reux at Denver Complex not given as you all already have them.

Ed and Mr. Ringel: Before exploding, please go to the last paragraph on last page.  I truly will do, everything I can, to assist in keeping you intact on this.  However, you are on your own on who and how you wish to associate in this case and so far---the messes that do not come from Plaintiff's end just keep piling up.  If I could choose anything---I would choose for all of you to simply get to the solid focus of the case as it is filed.  And please do consider the stopping of the waste of time of mine in having to regurgitate the cleaning up of State's mess.

At this point, unless you have something you want from me on this subject of the magical mystery boxes, etc. ;  I believe it is time to just move forward.  The proper avenues will now take it.

Thank you.

**Shawnee Ryan**

*"Success is simple.  Do what's right, in the right way at the right time."*