# EXHIBIT A-13

| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Eiselein, Erin M. |
| **Subject:** | Re: Ryan v. Correctional Health Partners - Conferral Request |
| **Date:** | Tuesday, September 17, 2019 10:13:03 AM |

Basic information once an attorney is present, Erin.

I have rarely met anyone as disingenuous, self-absorbed while stiill presenting herself as a theraputic healthcare worker. A realistic expectation, based on years of experience with Callee, is that she has not stopped and will continue until legally stopped by exposure.

You also rcvd. a copy of email between Rob Hendrix and myself. That contains skeletal summary and no content. Content is shocking, Erin.

As we pend trial set dates, please fully understand that also on trial list is Dr. Nash, Dr. Burke, Dr. Tirella. Callee can continue this subterfuge away from Dr. Nash for a short time longer. That, is all you have accomplished for her at this time. At strong detriment to her best interests.

With that said:

Caution your client, please. Knock it off and there are means in place in the actions within this suit against her Defendant/cohorts to know exactly what transpires. I will find out if there is any further contact from Callee Redmond.

As stated to Rob, these are the kind of people who self-served in the first place and who will; give no shade for her--they will drop her, or blame her to attempt to relieve themselves. They will be in courtroom at trial, Erin.

See you both at trial.

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Tue, Sep 17, 2019, 9:51 AM Eiselein, Erin M. <eeiselein@bhfs.com> wrote:

> Ms. Ryan,
>
> Thank you for your email and for withdrawing the subpoena you issued to Ms. Redman.  We understand the deposition you have scheduled for September 19th has been cancelled and Ms. Redman will not be appearing.  Should you need to get in touch with Ms. Redman for any reason associated with your trial, please contact me as I am representing her and do not contact Ms. Redman directly.
>
> Thank you,

Erin

**Erin M. Eiselein**
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1251 tel
eeiselein@bhfs.com

**From:** Shawnee Ryan [mailto:shawneeryan216@gmail.com]
**Sent:** Monday, September 16, 2019 7:44 PM
**To:** Eiselein, Erin M.
**Subject:** Re: Ryan v. Correctional Health Partners - Conferral Request

Ms. Eiselein:

1. Of course, I withdraw it right now and as stated to Mr. Hendrix, Callee will be subpoenaed to testify as a witness at trial. There will absolutely be no quarter given to her a d I am not surprised in the least that her disingenuous

traits continue here and now. Privacy was being graciously given to Callee by a deposition. Not her choice? She will appear in a public trial, before a jury and facing her cohorts who are Defendants.

2. You should do your homework a bit more thoroughly. Callee was contacted weeks in advance. Given options of dates. Given options of my coming to her. She refused to respond. The law, as you know, allows for compelling which is exactly what I did.

3. I am very well versed with rules of procedure. As you know, she does not get to defy. She can avoid, and ultimately fail in that. I could put us at a table in a McDonalds, slap a tape recorder down, turn it on, have my officer read her in---if that is what must be in order to get it done.

See you both, in a few months at public trial, after serving through court order the next time.

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Mon, Sep 16, 2019, 7:30 PM Eiselein, Erin M. <eeiselein@bhfs.com> wrote:

> Ms. Ryan,
>
> My name is Erin Eiselein and I am an attorney representing Callee Redman with respect to a Subpoena to Testify at a Deposition in a Civil Trial that you sent to her ("Subpoena").  I am reaching out to confer under D.C.COLO.LCivR 7.1(a) on the following issues:
>
> 1.      We will be moving to quash this deposition as it is unduly burdensome for Ms. Redmond.  She is not a party to your lawsuit and we do not understand the relevance that she has to any of the claims that you have brought.  Please let me know if you will agree to withdraw your Subpoena and cancel the deposition.  If not, we will ask the Court to quash the Subpoena.
>
> 2.      Before scheduling the deposition, you did not "make a good faith effort to schedule it in a convenient . . . manner" as is required by D.C.COLO.LCivR 30.1.  Rather than reach out to Ms. Redman regarding potential dates for this deposition, you unilaterally scheduled it for September 19, 2019.  I will be out of town September 18-20, 2019 at the Colorado Hospital Association Annual Meeting and cannot attend the deposition to defend my client.  Therefore, I need to reschedule the deposition for a date on which I am available.  Please let me know if you are willing to do so and some dates that would work for you and the other parties to the lawsuit.  If you are unwilling to reschedule the date of this deposition, we will ask the Court to quash the Subpoena.
>
> 3.      We also object to having the deposition at your house on your back patio.  It is not appropriate to take a deposition either at a private residence or outside.  Please let me know if you will agree to come to my office to conduct the deposition.  We are happy to make a private conference room available for this deposition at no cost to you.  If you will not agree to do so, we will ask the court to order that this deposition be taken at our office.

4.        Please confirm that you will have an officer present at the deposition as the rules require.  *See* Fed. R. Civ. P. 30.  If you are unwilling to provide this confirmation, we will ask the court to quash the Subpoena.

Thank you,

Erin

**Erin M. Eiselein**
**Brownstein Hyatt Farber Schreck, LLP**
410 Seventeenth Street, Suite 2200
Denver, CO 80202
303.223.1251 tel
eeiselein@bhfs.com

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.

STATEMENT OF CONFIDENTIALITY & DISCLAIMER: The information contained in this email message is attorney privileged and confidential, intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this email is strictly prohibited. If you have received this email in error, please notify us immediately by calling (303) 223-1300 and delete the message. Thank you.