# EXHIBIT A-14

| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Ringel, Andrew D. |
| **Cc:** | Amy Colony; Kennedy, Edmund M.; Laurie Merrick; Tamborello, Amber |
| **Subject:** | Re: Deposition dates: Archambeau and Mix |
| **Date:** | Wednesday, September 11, 2019 12:20:38 PM |
| **Attachments:** | image002.png |

Thank you, Andrew.

First, as to Mr. Archambeau and ability of where Amy can and cannot continue to go and/or is appropriate or ethical for her to continue to go; Judge Krieger has given ability to all to have final motions, evidence etc. in to the Court at month's end. We'll resolve these two issues, along with others at that time.

Second, you may request another's presence under the rules; but have no legal merit or authority to enforce or place their presence into my proceeding. Amy Colony does not even hold relevancy or legal authority to have any advising or representative ability with CHP defendant group; "fishing" is not only not allowed, it is ethically ugly. She has nothing of relevance to me, my case and what I am pursuing your clients for. She has done nothing, for even her own clients but especially for yoyr clients but to bring harm to credibility of evidence.

Therefore, you can try but to get her in attendance, you will need a court order.

I think, this continued goading and baiting attempt(s ) to intimidate me; are certainly beneficial to me for a jury or court to view, as they resoundingly hit every note of CHP and CDOC patterns of practice. But still remain as far beneath any code level of reasonable or expected by the law decorum.It is, getting very tiresome. but be of no mind or assumption these methods are successful. They are not.

Third, the 16th is set aside for Mix.  The 17th for Archambeau. Perfect timing as orders of the court will be in hand for all. Of course you will be properly noticed and served.

Thanks all--

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Wed, Sep 11, 2019, 11:35 AM Ringel, Andrew D. <ringela@hallevans.com> wrote:

> Ms. Ryan:
>
>
> You misunderstand my point related to Ms. Colony.  The Federal Rules of Civil Procedure require a neutral person to swear in every witness who is being deposed.  Typically that is a court reporter but it can be anyone authorized in the State of Colorado to administer oaths.  I was not referring to Ms. Colony in this respect.  However, as counsel of record for the CDOC Defendants, Ms. Colony is able to attend any deposition conducted by any party in this matter so all depositions need to be scheduled to allow her to participate.

Dr. Mix is available on October 16, 2019, for her deposition assuming you can find an appropriate location.  Please send a notice that is compliant with the Federal Rules and the Local Rules of the District Court.

I disagree with your assertion about Mr. Archambeau.  You can notice his deposition for October 17, 2019, and we will take the issue up with the District Court as appropriate.

Thanks.  Andrew

**Andrew D. Ringel** | Member
ringela@hallevans.com
Tel: 303-628-3453

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn | map

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Monday, September 9, 2019 2:47 PM
**To:** Ringel, Andrew D. <ringela@hallevans.com>
**Cc:** Amy Colony <Amy.Colony@coag.gov>; Kennedy, Edmund M. <kennedye@hallevans.com>; Laurie Merrick <Laurie.Merrick@coag.gov>
**Subject:** Re: Deposition dates: Archambeau and Mix

Thank you, Andrew.

1. What I hear you saying is that you believe Amy Colony to be a neutral person to administer an oath to the client being deposed. Amy is no such neutrality which is proven by how badly she has led you so far. Certainly not in any interests that serve your clients. from the moment she interviewed and believed the dishonesty of Hilary Victoroff. While watching the hole dug deeper with each step of Amy's; the undeniable fact remains, she is not a party where anything CHP is concerned. Whether liked or not, you and Ed and your clients need to reach a point where you accept that you are in a lawsuit, headed to both ADR

and/or trial; where you will be dealing with me, the facts headed to a jury and you will need to finally answer questions. So, with that said: Amy Colony, her clients and State Ag will not be in attendance at any deposition conducted by me.

2. While I believe your comment regarding deposition being conducted in my home office as simply another attempt to avoid and degnigrate a pro se/'prisoner'; I will indulge you by checking with some suggestions made by limited rep attorneys, who forewarned of personality, etc., select one of those alternates and have someone poke their head in long enough to give your requested oath. Agree to dates now and I will fill in gaps shortly after. ALL requirements (and then some) ARE met and within the rules on my end. And no, I am not following Magistrate Hegarty's statement (May 29th transcript) of "put a tape in a tape recorder and turn it on. Nothing more needed." As to your offices, no thanks. As to court "chambers", will decline that as well. There are other options within the courthouse. Please understand: We all know I do not need yours or your client's approvals for either locations or dates. You know that. I am giving the courtesy, one time only ( this actually #2) to involve in the process. If cannot agree, I will simply compel.

3. Dates offered will remain as mine given; as no consideration is needed for State. Please select one day, for each of your clients. 7 hours. Natural breaks only. Working lunch, bring their own.

4. Mr. Archambeau's relevancy is found within the fact that the complaint, with himself as principal and as directly knowledgable of his practices and the patterns within. As you know, a trial process is in place to get to the truth. With every single piece of discovery you have released so far (as minimal as it has been) you reinforce and provide a cache of facts tied to this complaint. For vetting purposes (which you know I do not have to have an "approval" from his counsel to call him up for interrogatories, deposition or placing on a trial stand..he is, by the way, going to be called up as a primary and key witness for trial. I would think, you would "want" to gain insight by him being deposed. But, what do I know, Andrew? Watching you and Ed blindly led so far really has been a puzzle) I'm indulging your statement, Andrew, with that trial insight just given, a referal back to his interrogatories due tomorrow( which I have not extended time on..only set 2 on Mix has been extended). Those questions, Mix's set 2 with all her company info, etc. already given; only need some shaping in order to be trial ready. I did caution you and Ed both, just last week with my response to your previous objections: we have work to get done and your opinions and strategies mean zilch to the court, discovery process and all rules.

With all that said, again: their counsels of record, their persons (both of them) can choose from dates given by me.

Thanks--

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Mon, Sep 9, 2019, 1:53 PM Ringel, Andrew D. <ringela@hallevans.com> wrote:

Ms. Ryan:

I apologize for my delay in responding to your email inquiry related to the depositions of Jennifer Mix and Jeff Archambeau.

First, with respect to any depositions in this matter, they must be conducted in accordance with the Federal Rules of Civil Procedure which require someone neutral available to administer an oath.  See Fed. R. Civ. P. 28(a)(1).  All other provisions of the Federal Rules of Civil Procedure governing depositions must be followed in terms of recording, notice, and the like.

Second, we are not willing to agree to conduct a deposition at your home.  We are happy to host any depositions at our offices or we can utilize the offices of the Magistrate Judge if you prefer and make appropriate arrangements with his Chambers as we did for your deposition.

Third, there is no basis to conduct a deposition of Mr. Archambeau.  He does not have any personal knowledge of anything related to this matter and he was not involved in any aspect of any decision by CHP related to you.  To the extent you are seeking to depose Mr. Archambeau as a representative of CHP, the proper way to depose an entity is to provide topic areas under Fed. R. Civ. P. 30(b)(6) for CHP to designate the person or persons with appropriate knowledge of those topic areas.  Mr. Archambeau would not be designated for any area that I can conceive has any relevance to this matter.

Fourth, we will inquire of Dr. Mix of her availability for a deposition on October 15 or 16 given Amy's unavailability the other dates and her right as counsel for the other Defendants to attend and participate in any deposition in this matter.

Thank you for your attention.  Andrew

**Andrew D. Ringel** | Member
ringela@hallevans.com
Tel: 303-628-3453

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn | map

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Monday, September 9, 2019 9:40 AM
**To:** Amy Colony <Amy.Colony@coag.gov>
**Cc:** Kennedy, Edmund M. <kennedye@hallevans.com>; Ringel, Andrew D. <ringela@hallevans.com>; Laurie Merrick <Laurie.Merrick@coag.gov>
**Subject:** Re: Deposition dates: Archambeau and Mix

Ugh....

Well, Amy.

Your clients are not being called on to depose. Nor will they be. So, other than just to insert yourself into another aspect of this case, that State has zero scope or authority in; I am setting aside your reply.

Ed and Andrew will handle their own case. If they wish to involve you, which under the circumstances of where you are legally pending; they can do that. Or, you can simply wait

your turn within scheduling order and receive copies of CHP Defendant group depositions when process disburses them.

Ed-Andrew, please answet your own emails, or advise by showing her entry as CHP co-counsel, that you wish Amy to run your case for you.

Thank you.

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Mon, Sep 9, 2019, 9:32 AM Amy Colony <Amy.Colony@coag.gov> wrote:

> I am not available on Oct. 11. The State Defendants do not agree to depositions conducted at your personal residence, do not agree to no videotaping and do not agree to a "working" lunch. The State Defendants will take breaks as necessary and permitted by the federal rules.
>
> Oct. 15 is a Tuesday and Oct. 16 a Wednesday. I am available both days.
>
> Amy Colony
>
> Senior Assistant Attorney General
>
> Colorado Department of Law
>
> Office of the Attorney General
>
> Ralph L. Carr Colorado Judicial Center
>
> 1300 Broadway, 10th Floor
>
> Denver, Colorado 80203
>
> **(720) 508-6615** Direct

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Monday, September 09, 2019 6:27 AM
**To:** Kennedy, Edmund M. <kennedye@hallevans.com>; Ringel, Andrew D. <ringela@hallevans.com>
**Subject:** Deposition dates: Archambeau and Mix

Amy, open your cc's, please.

Andrew, Ed--

Roughly a week ago, I asked for confirmation on which dates you would like to set for each of the depositions of Jennifer Mix and Jeff Archambeau.

Please choose.  I would prefer that over having to simply set them and subpoena. Thanks.

Dr. Mix will go first. One day each.  7 hours. We will begin at 8:30 a.m.  End at 3:30 p.m. Which should help with commute traffic in the afternoon for them.  Working lunch, everyone bring their own. Natural breaks, but otherwise we will go straight through.  Done at my home: complete privacy.  11309 West Exposition Drive, Lakewood.  80226.  Taped, no video.

Please pick from the following:

Mix:  either Thursday, October 10th or Friday, October 11th.

Archambeau: either Thursday October 15th or Friday, October 16th.

Thank you.

*Shawnee Ryan*

*"Success is simple.  Do what's right, in the right way at the right time."*