1

# EXHIBIT A-17

**Shawnee Ryan**

11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319

August 16th, 2019

Amy,

The entirety of this conversation and its attachments is in regard to what is left, in the issue(s) of the "2 banker boxes".  Nothing more today. I suggest the focus is on in order to get this part of all our work compacted into the ability to finish whatever may be left in investigations regarding the boxes in order to be able to head soon into dispositive motions.

Let's get the following first out of the way:

- Your repetitive claim of entitlement as right was waived; state AG has unilateral as does CDOC; you can and are going to go through every avenue of discovery no matter what you will end up to be held to for trial (and) your giving those repetitions to the Court up to now:  are already in place for you.  Whether I agree or not.  You are doing it, right or wrong, beneficial or not to your clients, yourself and anyone else.  I "get it" and no further time listening to you state it needs to be wasted.

  The *small portion of relevancy* in your claims above, that *PHI* is lost to any inmate the moment a Lawsuit is filed:  is true.

**What my problem is, obviously has been all along and continues to head to resolution:** is "how" you got the "two boxes", pre-discovery (by months), did not tell me (or I believe tell Hall and Evans either),then when exposed by your own talk to record and called onto 'show cause and explain';  then disobeyed (up to current date) a direct and lawful Directive from Magistrate Judge Hegarty to compile an inventory (on record, on transcript) and provide me with that inventory so I could know what you had (and) provide me and others with **the inventory and content *of the two boxes***-----you did not obey. Leaving instead, the elaborate twist turned mess, of "volunteering" to assist with a subpoena that was pending me getting it served, and that I not only told you "no thanks" but firmly to steer clear (free to represent CDOC but you do not represent me---doing so to court record, email and verbal exchange)-----we ended up with you "providing" ZERO detail on 'what was in the mystery boxes ' to begin with when they arrived in the shady circumstances pre-discovery that they did (and) 'what came from CDOC' in your "volunteer" status. Continuing on your path into going into a triple down action of *emailing nearly 6000 pages over a public Wi-Fi at Woodspring Suites Hotel where I lived at the time* and copying thousands more pages to CD that you physically mailed, of highly sensitive and beyond ANY shadow of doubt in defining as fully protected and non-public personal information.  My problem with you over all of the above, rising to a level that your client is CHARGED, not claimed against, in civil criminal charges that you have not even bothered to use your timely ability to object (long past now)---which further compounds my "what in the world???" are you doing view of this mess.

Continuing to grow and build, the closer fact-based discovery comes----over what in world am I going to do, to try to be as fair as I can possibly be to Hilary and you and ultimately to myself.

**The following, is what is going to go down from me in the issues over #5 and #6.  And full disclosure over what I have had brought to my attention as my legal responsibilities as a parolee dealing with a potential criminal or harmful to me act from an employee:**

1.   **I heard Ed's tone of surprise at last hearing when I asked him to go ahead and dig in to the contents.  Here is "why" I released permission** *to Hall and Evans*:   **There has been a great deal to date of accusation** that I am "trying to hide" "scared" etc, lots of implied by you **speculation, glee (somewhat) from the three in going after the victim personally.  Verifiably, by direct contact with all outside, there has been (up to very, very recently) zero attempt by any of you to investigate what this case is (medical).  Further, after 6 years, my realistic awareness and expectations of the culture gossips---finger pointers—throw the blame anywhere except on the truth of Hilary Victoroff, Laura Sommerschield and others within employee ranks of CDOC----hit the nail on the head when filing this suit in that they were going to do----what their nature leads them to do.  True to form, this entire thing gets launched by you Amy----falling prey to your client disinforming you by omission.  And….we were off to the races to the mud bath.**

2. *I gave Hall and Evans via Ed at last hearing, the signal to have in to it----because what I and my lawsuit have said all along is true:  CHP (et al) and Dr. Mix face serious punitive damages liability AND STATE AG AND HER CLIENTS DO NOT---THEY FACE ONLY COMPENSATORY (AND) THROUGH RULES OF LAW WILL BE KEPT CONTAINED WHEN WE GET TO THE POINT OF DIPOSITIVE.  That Hall and Evans have (IT MAY BECOME "HAD' DUE TO YOUR CONTINUED ACTIONs in #5 and #6, AMY) the need and (or did) the right to access everything.*   **You, Amy.  And you alone with your client placed and keep placed:  Ed Kennedy and Andrew Ringel in the position of instability in using, forming theories, strategies, defenses, attacks….on anything within your "two boxes" and your subsequent "volunteer" work and handling.**

Hear me clearly everyone:

- The attached interrogatories directly to Hilary (who, btw---I have known for over 6 years.  She is one of the most impulsive, compulsive, scatter headed <u>people when faced with anything of consequence.  When caught up in a</u> mess of her own making---the only way to get clear needs met---is to speak slow, specific and plain. Part of me, is appalled to see her with an attorney who is pretty much the opposite and obviously lacks patience (just an observation, Amy---professional, not personal---you are no Ed Kennedy type of movement) in a situation that I personally know she is absolutely guilty of (Claim 4).) (and) (believe it or not as the advice was to "let it rip plain and open") this letter------is to wrap up any evidentiary facts I can.

- Advice and counsel coming from the best attorneys who have taken pro se help, limited rep help etc., for me; under their wing for a few months now due to their interests in this case.  You know them all well and I have no qualms in taking their counsel.

- Make absolutely certain I have met ANY requirements of CDOC and Parole, in dealing with potentially an employee engaged in a potential criminal or harmful action to me.  The moment this letter and interrogatories go out---I will complete that process, which I began with my first contact through Major Reux in June.  You will find what goes down as required and who you track it all through at CDOC, within AR 950-02.  Which, I have given you.

- Amy, I have repeatedly asked for answers to what my issues stated above are.  Gotten zip and nothing further than the run-around mantra above from you.  **The questions, again and for the last time, are below.**  Do whatever you wish ---- just know, that this is your last stop before fact-based ends, to tell the full truth on behalf of your client and yourself.  Attorneys tell me, as they let their jaws drop that <u>you have put your own self in this position ,</u> exactly how, under what laws and rules and when---to file for contempts, sanctions etc. to the Court.  PLEASE----just clean it up and give us something to work with to getting and reaching a resolution.  NOTHING NOW, other than the truth is going to help.

- I also have been taught exactly how to get from CDOC, the compelled answers if I have to.  Prisons are run with cameras, audio, security on everything.  "Paper" (another slip of tongue from you over these weeks) when everything of Ryan's has been scanned in since my leaving to parole… is traceable.  Anything taken off a computer (which is a government hardware and could throw a charge of theft of medical records (950-02B) into federal grounds as well) is logged in.  There is absolutely no way to run from any of the issues in #5 and #6.  There is only resolution/ADR.  For the record, I opt for getting the straight truth and hard proof backing up the answers (somehow the magical mystery boxes did not just float into your hands----you had to either put it in writing to CDOC to request, get them yourself----or we have the mess)-----and then quickly getting rid of #5 and #6 by getting into ADR with the Court on those two.

**THE QUESTIONS:**

- What , exactly, was the chain of custody (this is criminal.  Civil criminal) of the two boxes and every single thing in them?
- What, exactly, is the line item by line item difference between what was in the 2 boxes and what you volunteer pulled from CDOC?
- What, exactly, was your client's role in all this with regard to Claim #6?
- Did she, or did she not, lead you to believe (yes, it was knowingly and willfully because it was 6 years of transport out to others for over 95% of medical need and care) that she, her staff and CDOC were the all-knowing primary medical care prevailing over my medical; (and fail) to fully lay out for you the diagnostic list in SKR000001 (and within the examples of what you see in ECF Exhibits 143 as the factual reality of authorities and records spanning 6 years)?

I hope this wraps up very, very soon.  I need to (and will) make as fair of judgements on behalf of CHP defendants use of your mess----as soon as I possibly can.  Please do not make this any worse than it already is.  Just call it over.

Shawnee Ryan