# EXHIBIT A-18

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
DR. JENNIFER MIX, M.D. (personal and professional capacity)
HILARY VICTOROFF N.P. (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),

    Defendants.

---

**DEFENDANTS CORRECTIONAL HEALTH PARTNERS' FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF**

---

Defendant Correctional Health Partners ("CHP"), by and through counsel, Edmund M. Kennedy, Esq., and Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., hereby respectfully propounds the following First Set of Interrogatories and Requests for Production of Documents to Plaintiff Shawnee Ryan to be answered in writing and under oath.

For purposes of clarity and to facilitate the discovery process, Plaintiff is requested to state the interrogatory or request for production of documents being answered prior to such answer, a process CHP will also follow if requested to do so.

Defendants' Exhibit E-1

Pursuant to Fed. R. Civ. P. 33(b)(3) and 34(b), Plaintiff must answer or otherwise respond to these interrogatories and requests for production of documents within thirty (30) days after their service upon Plaintiff.

Pursuant to Fed. R. Civ. P. 34(b), Plaintiff is directed to produce all responsive documents and things for inspection and copying at the offices of Hall & Evans, L.L.C., 1001 Seventeenth Street, Suite 300, Denver, Colorado, 80202, on or before the 30th day after service upon her, unless other arrangements are made prior to that time.

All responses are subject to supplementation pursuant to Fed. R. Civ. P. 26(e). Pursuant to Fed. R. Civ. P. 26(b)(5), if Plaintiff withholds information responsive to these requests by claiming that it is privileged or subject to protection as trial preparation material, Plaintiff shall make the claim expressly and shall describe the nature of the documents, communications, or things not produced or disclosed in a manner that will enable CHP to assess the applicability of the privilege or protection.

For the purposes of these interrogatories and requests for production of documents, "you" and "your" refers to Plaintiff and any of his agents or representatives.

## DEFINITIONS

For the purposes of clarity and consistency respecting your responses, please apply the following definitions in the course of formulating such responses:

(a)  Document(s) include the original and each and every copy of all writings (including notes, correspondence, memoranda, reports, computer printouts, electronic mail, diaries, journal entries), drawings, drafts, charts, photographs, tape or disc recordings (either computer, sound, or video), and all other data compilations from which

Defendants' Exhibit E-1

information can be obtained or translated, which are in your possession, custody, or control or which are known to you.

(b)  <u>Identify, identity,</u> or <u>identification,</u> when used in reference to a natural person means to state his or her full name, the present or last known address of such person and his or her daytime telephone number; when used in reference to a corporation, agency or other entity means to state the full legal name of the corporation, agency or other entity, its present or last known address, the name of the natural person in charge at that address and telephone number; when used in reference to a document means to describe the document with sufficient particularity so as to distinguish it from all other documents by giving its date, a brief description of its subject matter and the natural person who authored the document; when used in reference to an incident, the date or dates of the incident and what was said, discussed and what occurred during the incident.

(c)  <u>Incident</u> or <u>the incident</u> refers to all of the claims alleged in your Fourth Amended Prisoner Complaint.

(d)  The term <u>allegation contained in the pleadings filed in this matter</u> refers to any matter alleged in Plaintiff's Fourth Amended Complaint and the State Defendants' Answer thereto filed in this civil action.

## **INTERROGATORIES**

1.  State your full name, date of birth, place of birth, social security number, any other names by which you have been known, your marital status, the names of present or former spouses, the name of any present significant other, the names and birth

dates of your children, and your present address and all your other addresses for the previous five (5) years including the dates you resided at each address.

    2.    Do you allege that CHP or any agent or representative of CHP ever made any statements or admissions against interest as to any allegation contained in the pleadings filed in this matter?  If your answer is in the affirmative, for each such statement or admission, provided the name of the person making such statement or admission, and the name(s) of the person(s) to whom said statement or admission was made and state the statement or admission you contend was made.

    3.    Identify all other legal actions in which you were ever involved, either as a defendant, as a plaintiff, or as a witness, including all known details respecting the legal action involved, identifying all parties involved, stating the date filed, case number, court, and resolution of each such legal action, and stating whether you provided sworn testimony of any nature.

    4.    Identify, by separate itemization, each category of damages, injury, harm and loss claimed in this action in separate fashion, indicating what amount of damages, injury, harm, or loss is being claimed with the nature of the damages respecting each such claim, and providing a description of all existent documentary proof of each such category of damages as claimed or as alleged in your Fourth Amended Complaint.  In addition, include an identification of all witnesses known to you who may possess any information respecting your claims for damages, injury, harm, or loss in connection with this matter, as well as the address and telephone number of each identified witness and

a brief description of the knowledge each identified witness is expected to possess respecting your damages, injury, harm, or loss.

5.   Please describe with particularity each and every action of every kind and type you took to mitigate or reduce any element of claimed damages, losses, or injuries in this matter.

6.   Have you ever been convicted of a felony?  If so, please provide the date of conviction, the place of conviction, the nature of the conviction, the sentence imposed, and the location where the sentence was served or is being served.

7.   Identify by name, address, and dates incarcerated, each and every federal, state, county, city, or municipal prison, jail, or other correctional facility where you have spent time during your lifetime.

8.   Identify each and every person to whom you have mentioned or with whom you have discussed any allegation contained in the pleadings filed in this matter.

9.   Identify each and every specific rule, regulation, policy, procedure, or custom alleged in your Fourth Amended Complaint to have been promulgated by CHP, that you contend is relevant to your claims or that you claim is the basis for a violation of your constitutional rights, without resorting to legal conclusions, and for each such rule, regulation, policy, procedure, or custom, state in detail each and every factual basis supporting your allegation that each is relevant, and identify:

    a.   each and every individual who you will rely upon in support of this claim;

    b.   each and every individual with knowledge relating to this claim;

    c.   all documents which you will rely upon in support of this claim; and,

Defendants' Exhibit E-1

      d.      all documents relating to this claim.

     10.     State the full name, last known address, telephone number, occupation or profession, employer or business affiliation, and relationship to you of each person who has or claims to have knowledge that CHP deviated from any applicable standard of care or acted with deliberate indifference in relation to you. As to each such person, state:

      a.      The nature of such knowledge;

      b.      The manner whereby it was acquired;

      c.      The date or dates upon which such knowledge was acquired; and

      d.      The identity and location of any and all documents reflecting such deviation.

     11.     Provide, with as much specificity as possible, what you believe the role of CHP and Dr. Mix was in your medical treatment.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

     1.     Produce copies of any written or recorded statements in whatever form existent in your possession and in any way relating to any allegation contained in the pleadings filed in this matter.

     2.     Produce copies of all documents you believe support any claim as made in your Fourth Amended Complaint.

     3.     Produce copies of all medical records for all of your medical providers whether or not identified in response to the interrogatories set out above, including but not limited to all family physicians, psychiatrists, psychologists, hospitals, outpatient clinics, school clinics or any other type of health care or medical provider, as well as records of all doctors or health care providers who treated you for any injuries/medical

conditions alleged in your Complaint in your possession. Additionally, **please execute the attached releases to permit counsel for CHP to obtain those records directly from the involved medical and health care providers**. Counsel for CHP will provide you with copies of all records obtained from the release you execute.

4. Produce copies of all prescriptions or lists of prescriptions filled or refilled for you by any pharmacy (ies), whether or not identified in the interrogatories set out above, and **execute the attached release to permit counsel for CHP to obtain those records directly from the involved pharmacies**. Counsel for CHP will provide you with copies of all records obtained from the release you execute.

5. Produce copies of any calendars, day timers, journals, or other similar documents detailing your activities from 2012 to current.

6. Produce copies of all inmate records in your possession related to your incarceration by the Colorado Department of Corrections or any other correctional facility or jail identified in response to Interrogatory No. 7 above and **execute the attached release to permit counsel for CHP to obtain those records directly from the involved correctional facilities**. Counsel for CHP will provide you with copies of all records obtained from the release you execute.

7. Produce copies of all documents you believe contradict, refute, or relate to any position you understand CHP to take in this litigation.

8. Produce copies of each and every document or thing you have in your possession that relates in any way to the incidents or allegations involving CHP that form the basis of your Fourth Amended Complaint.

Defendants' Exhibit E-1

9. Produce copies of each and every document or tangible thing utilized by you in the course of answering any of the above Interrogatories or these Requests for Production of Documents.

10. Produce all documentation that could relate in any way to any claim of financial loss, expense, or cost of any kind or type, including attorney fees, which you contend you suffered as a result of either any allegation contained in the pleadings filed in this matter, or any accrual of the same in the course of this civil action, or both.

DATED this 25th day of July, 2019.

Respectfully submitted,

s/ Edmund M. Kennedy
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
303-628-3300 Fax: 303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANT
CORRECTIONAL HEALTH PARTNERS**

Defendants' Exhibit E-1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of July, 2019, I served a true and correct copy of the foregoing **DEFENDANTS CORRECTIONAL HEALTH PARTNERS' FIRST SET OF WRITTEN DISCOVERY TO PLAINTIFF** via email to the following:

Shawnee Ryan
shawneeryan216@gmail.com

Amy C. Colony, Esq.
amy.colony@coag.gov

s/ Marlene Wilson, Legal Assistant
Marlene Wilson

Defendants' Exhibit E-1

## AUTHORIZATION FOR RELEASE OF INMATE RECORDS

TO:        COLORADO DEPARTMENT OF CORRECTIONS

RE:        Name: Shawnee Ryan
           DOB: ..................................
           Inmate Registration No.:

You are hereby authorized to give to:

HALL & EVANS, L.L.C.
Attn: Amber Tamborello
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202

copies of the Department's complete file on Shawnee Ryan, including any and all information such as criminal justice records, case management files, diagnostic assessments, security classification information, disciplinary proceedings or grievances filed against or by Shawnee Ryan while he was incarcerated within the Colorado Department of Corrections.

A copy of this authorization or my signature thereon: _X_ may, __may **not** be utilized with the same effectiveness as an original.

_____
Shawnee Ryan

Defendants' Exhibit E-1

## AUTHORIZATION TO RELEASE MEDICAL INFORMATION

(The execution of this form does not authorize the release of information other than that specifically described below. This authorization conforms to the requirements of the Health Insurance Portability and Accountability Act, 45 C.F.R. §164.508, Colo. Ins. Reg. 6-4-1, and is consistent with the Interprofessional Code, as endorsed by the Denver and Colorado Bar Associations and The Denver and Colorado Medical Societies. )

| TO: | PATIENT:<br>**Shawnee Ryan**<br>S.S.N.:<br>DOB: | RELEASE TO:<br>Amber Tamborello<br>Hall & Evans, L.L.C.<br>1001 17th Street, Suite 300<br>Denver, Colorado 80202 |
|---|---|---|

I request and authorize the above-named doctor, physician, nurse, hospital, skilled nursing facility, home health agency, insurance company, health plan or other health care provider, facility or institution, to release the information specified below to the organization, agency or individual named on this request. I understand that the information to be released includes information regarding the following condition(s):

_x_ Drug Abuse, if any                             _x_ Alcoholism or alcohol abuse, if any
___ Sickle Cell Anemia, if any                     _x_ Psychological or psychiatric conditions, if any
Specific description of information to be released and disclosed: _____
_____
_____

Information Requested

_x_ Copy of history & physical, discharge summary & operative reports
_x_ Copy of outpatient & E.R. admissions
_x_ Copy of all dental records, office notes and x-rays
_x_ Copy of complete records regarding this patient
___ Other (specify)_____

Dates Covered:

_x_ All admissions or care at this facility or by this doctor
___ Limited to treatment dates & for conditions described below:
_____
_____

Purpose(s) or need for which information is to be used:

___ Damage or claim evaluation and presentation
_x_ Other Litigation:  United States District Court, Civil Action Number 18-cv-00956-MSK-MEH_____

AUTHORIZATION, RIGHT TO REVOKE, AND ACKNOWLEDGEMENT OF FURTHER DISCLOSURE:  I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge.  I understand that I may revoke this authorization, by writing to the health care provider or entity to which authorization for disclosure is directed, at any time, except to the extent that action has already been taken to comply with it. Without my express revocation, this consent will automatically expire two years from the date of execution as evidenced below.  I acknowledge that personal health information disclosed by this authorization may be subject to further disclosure no longer protected by the privacy provisions of the Health Insurance Portability and Accountability Act.

___ Copies of records to be supplied to opposing counsel
___ Other

OTHER CONDITIONS – A copy of this authorization or my signature thereon may be utilized with the same effectiveness as an original.

| DATE | SIGNATURE OF PATIENT<br>_____<br>Shawnee Ryan | PERSON AUTHORIZED TO SIGN FOR PATIENT |
|---|---|---|

## Defendants' Exhibit E-1

*Authorization for release of patient-identifiable health information*

AUTHORIZATION TO DISCLOSE HEALTH INFORMATION (PHARMACY)

Patient Name: **Shawnee Ryan**
Date of Birth:
Social Security Number:

1. I authorize the use or disclosure of the above named individual's health information as described below:
2. The following individual or organization is authorized to make the disclosure:
    Medical/Pharmaceutical Records Custodian for

3. The type and amount of information to be used or disclosed from _____ to _____ is as follows:
    - X    problem list
    - X    medication list / records
    - X    list of allergies
    - X    immunization record
    - X    prescriptions
    - X    pharmaceutical reports
    - X    print-outs, notes, memorandums, receipts
    - X    information or records from any health care provider maintained by your facility
    - X    entire record
    - X    other **A COMPLETE COPY OF ANY AND ALL RECORDS MAINTAINED BY YOUR OFFICE ON THE ABOVE NAMED INDIVIDUAL.**

4. I understand that the information in my health record may include information relating to sexually transmitted disease, acquired immunodeficiency syndrome (AIDS), or human immunodeficiency virus (HIV). It may also include information about behavioral or mental health services, and treatment for alcohol and drug abuse.
5. This information may be disclosed to and used by the following individual or organization for the purpose of: Litigation:
    Hall & Evans, LLC; Attn: ART
    1001 17th Street, Suite 300
    Denver, CO 80202

6. I understand I have the right to revoke this authorization at any time. I understand if I revoke this authorization I must do so in writing and present my written revocation to the health information management department. I understand the revocation will not apply to information that has already been released in response to this authorization. I understand the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy. Unless otherwise revoked, this authorization will expire on the following date, event or condition: **One (1) year after the date of my signature on this release.**
7. I understand that authorizing the disclosure of this health information is voluntary. I can refuse to sign this authorization. I need not sign this form in order to assure treatment. I understand I may inspect or copy the information to be used or disclosed. I understand any disclosure of information carries with it the potential for an unauthorized re-disclosure and the information may not be protected by federal confidentiality rules. If I have questions about disclosure of my health information, I can contact (insert HIM director, privacy officer, or other office or individual's name or contact information).
8. A copy of this authorization or my signature thereon may be utilized with the same effectiveness as an original.

_____   _____
Signature of Patient or Legal Representative        Date

_____   _____
If Signed by Legal Representative, Relationship to Patient   Signature of Witness

Defendants' Exhibit E-1