**EXHIBIT A-19**

| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Amy Colony |
| **Subject:** | Attached releases |
| **Date:** | Thursday, September 12, 2019 11:31:59 PM |
| **Attachments:** | Scan DH Eye pg 2.pdf |
| | Scan Aurora South pg 2.pdf |
| | Scan DH Eye pg 1.pdf |
| | Scan Aurora South pg 1.pdf |
| | Scan RMCC pg 1.pdf |
| | Scan RMCC pg 2.pdf |

- In review of the expense for me, of paying a $10 round trip on access-a-ride, to get to a notary.  The expense of a notary. I call it as the burden is too great on the $191 per month of fixed income I have to live on after paying rent.  For something that is totally unnecessary on a medical release form that you do not have to provide in order to have records released.  I will not be putting forth the financial burden.  My signature suffices.

- As stated on the 9th:  Your releases have been revised to meet the legal standard for your scope of defense of your clients, Amy.  You have been repeatedly told by the court and court confirmed to record (May 29th, June 24th) that as compensatory damages only is burdened on your clients; you are contained to exactly what FRE and FRCP allows you, which is relevant to your charges only.

- Your wordsmithing of twisting that fact is something you are certainly free to try to request the court at any time to change the rules and relevancy laws just for you.  Until you have a court order in your hand that confirms your view that you are being deprived by Plaintiff and/or the relevancy and compensatory rules and laws of admissible evidence are indeed discarded and changed just for Amy Colony and State AG in this case; you will continue to be answered and continue to receive from me; only what you and your clients are entitled to.

Thank you.

*Shawnee Ryan*
*"Success is simple.  Do what's right, in the right way at the right time."*