IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 1, 2019**.

    Defendants' Joint Motion for Protective Order and to Stay Discovery Pending Appointment of Pro Bono Counsel [filed September 27, 2019; ECF 157] is **denied in part and denied without prejudice in part** as follows.

    First, the Court finds Defendants fail to demonstrate good cause pursuant to Fed. R. Civ. P. 26(c) for an indefinite stay of all proceedings in this case at this time.  The Court granted Plaintiff's request for the appointment of pro bono counsel on May 29, 2019 (ECF 108); while the Court continues to search for volunteer, conflict-free counsel to represent the Plaintiff, it is only speculation as to if and when such counsel is appointed.  Therefore, Defendants' request for "an Order staying all Plaintiff's claims for relief pending appointment of pro bono counsel for Plaintiff" is denied.

    Second, Defendants' opposed request for a protective order is denied without prejudice in light of this Court's practice standard and the Scheduling Order's requirement that "[b]efore filing a motion for an order relating to a discovery dispute, the movant must request a conference with the Court by submitting an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov."  Sched. Order, ¶ 8.d., ECF 132.  The Court will discuss the issues raised in the motion and will be prepared to issue any necessary orders at a Discovery Conference on Monday, **October 7, 2019 at 10:30 a.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Plaintiff and counsel for Defendants shall appear in person unless otherwise permitted to appear by telephone on a showing of good cause.

    If this date is not convenient, the parties shall confer and contact my Chambers by email to obtain an alternate date.  All parties must be copied on the email if they agree to change the

2

conference date; otherwise, any party seeking to change the conference date must file a motion.