IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 18-cv-956-MSK-MEH | Date: October 7, 2019 |
| Courtroom Deputy: Christopher Thompson | FTR: Courtroom A 501 |

| *Parties:* | *Counsel:* |
|---|---|
| SHAWNEE RYAN, | Pro Se |
|    Plaintiff, | |
| v. | |
| CORRECTIONAL HEALTH PARTNERS, | Edmund Kennedy |
| JENNIFER MIX, M.D. personal and official capacity, | Amy Colony |
| HILARY VICTOROFF personal and official capacity, | |
| LAURA SOMMERSCHIELD personal and official capacity, | |
|    Defendant. | |

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**     10:38 a.m.

Court calls case. Appearances of counsel.

Plaintiff updates the Court on the current status of her health. The Court informs the Plaintiff of the option to administratively close the case pursuant to her current health issues, if need be, subject to reopening when she is ready to proceed.

Discussion held regarding discovery disputes, depositions, access to medical records, and continuing damages.

**ORDERED:**  Defendants shall respond to Plaintiffs' unanswered discovery requests and requests for productions by the end of the week and email chambers a status update regarding their responses. If more time is needed to respond, Defendants are directed to contact the Court.

Defendants' counsel shall provide the proper medical releases to the Plaintiff who in return will sign and execute the releases in question.

Defendants are allowed access to all the Plaintiffs' CDOC medical records which are confidential and should be treated as such.

Plaintiff shall not engage in personal attacks towards the Defendant during the process of discovery. The Plaintiff is directed to file a motion to the Court if she believes her discovery requests are not being met in good faith.

**Court in recess:**     **12:30 p.m.**     Hearing concluded.
Total in-court time    01:52

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Court Reporting & Video, Inc. at (303) 629-8534.