

# Jennifer A. Mix, DO
*Chief Medical Officer*

Jennifer Mix has been a practicing Doctor of Osteopath since 2003, where she began her medical career as an Internal Medicine resident at Saint Joseph Hospital in Denver, CO.

Since 2006, Primary Physician Partners, an Independent Practice Association (IPA) of Correctional Health Partners' (CHP) parent company, Physician Health Partners, has contracted with Dr. Mix to oversee the clinical delivery and management systems for our clients. Dr. Mix has been responsible for directing utilization management and quality improvement programs for CHP's correctional clients since 2012. Dr. Mix reviews and approves health plans, ensures legislative compliance, and provides overarching clinical direction regarding the medical necessity of treatment.

Dr. Mix is actively engaged in developing physician and specialty provider relationships through education of care management initiatives and reviewing data analysis. She mentors providers for the Colorado Department of Corrections to manage healthcare costs and assure continuity of care.

## Education
University of Colorado
    BA, Molecular Cellular Developmental Biology
Kansas City University of Medicine and Biosciences
    Doctor of Osteopathy

Exempla Saint Joseph Hospital in Denver, Colorado
    Internship/Residency, Internal Medicine

## Certification and Licensure
Medical Licensure for State of Colorado #DR-44437

## Professional Experience
- July 2012 to present, Correctional Health Partners (CHP):  Sr. Medical Director
- July 2007 to June 2012, Primary Physician Partners: Physician
- January 2006 to present, Wheat Ridge Internal Medicine: Physician, Owner

## Teaching Experience
- 2006 to present, Clinical Instructor in Internal Medicine, Internal Medicine Residency Saint Joseph Hospital, Denver, CO
- 2006 to present, Clinical Instructor in Internal Medicine, Red Rocks Community College Physician Assistant Program, Golden, CO

Jennifer A. Mix, DO
Jennifer.Mix@CHPdelivers.com
303-868-5890

**CHP-RYAN 001**