

# Board of Nursing: Laws, Rules and Policies

## Laws

Please note that these statutes are provided in this format for your convenience only. You may always find the most current version of the Colorado Revised Statutes online via the Colorado Statute Manager.

- Nurses Practice Act
- Nurse Aides Practice Act
- Psychiatric Technicians Practice Act

## Rules and Regulations

This unofficial online version of regulations is the most current version available. For official publication of all State of Colorado regulations, please consult the Code of Colorado Regulations on the Secretary of State's website.

- Board of Nursing Rules

Sign up to receive emails when Notices of Rulemaking, Permanent Rules, or Emergency Rules have been published and view full text of Notices, Proposed Rules, Adopted Rules and Attorney General Opinions.

## Board Policies

Policies of the Nursing Board are divided into six sections.

- Board of Nursing Policies

## Scope of Practice Statements

- Scope of Practice Algorithm

The Board has developed the following statements for use in determining scope of practice. Individual situations should be reviewed against these statements for verification of scope of practice.

Scope of Practice for Registered Nurses (RNs)

Determining Your RN Scope of Practice

**Scope of Practice for Licensed Practical Nurses (LPNs)**

Search FindLaw

(https://lp.findlaw.com/)

Cases & Codes (https://caselaw.findlaw.com/)    Practice Management (https://practice.findlaw.com/)    Legal Technology (https://technology.findlaw.com/)

FINDLAW (HTTPS://LP.FINDLAW.COM/)  /  CODES (HTTPS://CODES.FINDLAW.COM/)  /  COLORADO (HTTPS://CODES.FINDLAW.COM/CO/)  /
TITLE 12, PROFESSIONS AND OCCUPATIONS (HTTPS://CODES.FINDLAW.COM/CO/TITLE-12-PROFESSIONS-AND-OCCUPATIONS/)  /  § 12-38-117

# Colorado Revised Statutes Title 12 Professions and Occupations § 12-38-117 Grounds for discipline

## Search Colorado Revised Statutes

**Search by Keyword or Citation**

Enter Keyword or Citation    Enter Keyword or Citation                                                                          SEARCH

« Prev (https://codes.findlaw.com/co/title-12-professions-and-occupations/co-rev-st-sect-12-38-116-5.html)

Next » (https://codes.findlaw.com/co/title-12-professions-and-occupations/co-rev-st-sect-12-38-118.html)

(1) "Grounds for discipline", as used in this article, means any action by any person who:

(a) Has procured or attempted to procure a license by fraud, deceit, misrepresentation, misleading omission, or material misstatement of fact;

(b)(I) Has been convicted of a felony or any crime that would constitute a violation of this article.

(II)(A) For purposes of this paragraph (b), "conviction" includes the entry of a plea of guilty or nolo contendere or the imposition of a deferred sentence.

(B) A certified copy of the judgment of a court of competent jurisdiction of such conviction or plea shall be prima facie evidence of such conviction.

(III) Repealed by Laws 1999, Ch. 84, § 8, eff. July 1, 1999. (https://1.next.westlaw.com/Link/Document/FullText?findType=l&originatingContext=document&transitionType=DocumentItem&pubNum=1077005&refType=SL&originatingDoc=I5745f1b1a89311e796f3a87cb5f0a824923B93F0-674422BF9DB))

(c) Has willfully or negligently acted in a manner inconsistent with the health or safety of persons under his care;

(d) Has had a license to practice nursing or any other health care occupation suspended or revoked in any jurisdiction.  A certified copy of the order of suspension or revocation shall be prima facie evidence of such suspension or revocation.

(e) Has violated any provision of this article or has aided or knowingly permitted any person to violate any provision of this article;

(f) Has negligently or willfully practiced nursing in a manner which fails to meet generally accepted standards for such nursing practice;

(g) Has negligently or willfully violated any order, rule, or regulation of the board pertaining to nursing practice or licensure;

(h) Has falsified or in a negligent manner made incorrect entries or failed to make essential entries on patient records;

(i) Excessively uses or abuses alcohol, habit-forming drugs, controlled substances, as defined in section 18-18-102(5), C.R.S (https://1.next.westlaw.com/Link/Document/FullText?findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I574666e0a89311e7b668e1abacc6 18-102) ., or other drugs having similar effects, or is diverting controlled substances, as defined in section 18-18-102(5), C.R.S (https://1.next.westlaw.com/Link/Document/FullText?

findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I574666e1a89311e7b668e1abacc6 18-102) ., or other drugs having similar effects from the licensee's place of employment; except that the board has the discretion not to discipline the licensee if such licensee is participating in good faith in a program approved by the board designed to end such excessive use or abuse;

(j) Has a physical or mental disability which renders him unable to practice nursing with reasonable skill and safety to the patients and which may endanger the health or safety of persons under his care;

(k) Has violated the confidentiality of information or knowledge as prescribed by law concerning any patient;

(l) Has engaged in any conduct which would constitute a crime as defined in title 18, C.R.S., and which conduct relates to such person's employment as a practical or professional nurse. In conjunction with any disciplinary proceeding pertaining to this paragraph (l), the board shall be governed by the provisions of section 24-5-101, C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I57468df0a89311e7b668e1abacc6 5-101) .

  (m)(I) Has violated abuse of health insurance pursuant to section 18-13-119, C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I57468df1a89311e7b668e1abacc 13-119) .; or

  (II) Has advertised through newspapers, magazines, circulars, direct mail, directories, radio, television, or otherwise that the licensee will perform any act prohibited by section 18-13-119(3), C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I5746b500a89311e7b668e1abacc 13-119) .;

(n) Has engaged in any of the following activities and practices: Willful and repeated ordering or performance, without clinical justification, of demonstrably unnecessary laboratory tests or studies; the administration, without clinical justification, of treatment which is demonstrably unnecessary; the failure to obtain consultations or perform referrals when failing to do so is not consistent with the standard of care for the profession; or ordering or performing, without clinical justification, any service, X ray, or treatment which is contrary to recognized standards of the practice of nursing as interpreted by the board;

(o) Has committed a fraudulent insurance act, as defined in section 10-1-128, C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I5746dc10a89311e7b668e1abacc6 1-128) .;

(p) Has prescribed, distributed, or given to himself or herself or a family member any controlled substance as defined in part 2 of article 18 of title 18, C.R.S., or as contained in schedule II of 21 U.S.C. sec. 812 (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000546&refType=LQ&originatingDoc=I5746dc12a89311e7b668e1abacc6 ;

(q) Has dispensed, injected, or prescribed an anabolic steroid, as defined in section 18-18-102(3), C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57470320a89311e7b668e1abacc6 18-102) ., for the purpose of hormonal manipulation that is intended to increase muscle mass, strength, or weight without a medical necessity to do so or for the intended purpose of improving performance in any form of exercise, sport, or game;

(r) Has dispensed or injected an anabolic steroid, as defined in section 18-18-102(3), C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57470321a89311e7b668e1abacc6 18-102) ., unless such anabolic steroid is dispensed from a pharmacy pursuant to a written prescription or is dispensed by any person licensed to practice medicine in the course of such person's professional practice;

(s) Has administered, dispensed, or prescribed any habit-forming drug or any controlled substance as defined in section 18-18-102(5), C.R.S (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57472a30a89311e7b668e1abacc6 18-102) ., other than in the course of legitimate professional practice;

(t) Has been disciplined by another state, territory, or country based upon an act or omission that is defined substantially the same as a ground for discipline pursuant to this subsection (1);

(u) Willfully fails to respond in a materially factual and timely manner to a complaint issued pursuant to section 12-38-116.5(3) (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57475140a89311e7b668e1abacc6 38-116.5) ;

(v) Has failed to accurately complete and submit to the board the designated questionnaire upon renewal of a license pursuant to section 12-38-111(3) (https://1.next.westlaw.com/Link/Document/FullText? findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57475141a89311e7b668e1abacc

38-111), 12-38-112(3) (https://1.next.westlaw.com/Link/Document/FullText?
findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57475142a89311e7b668e1abacc6
38-112), or 12-38-112.5(8) (https://1.next.westlaw.com/Link/Document/FullText?
findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I57475143a89311e7b668e1abacc6
38-112.5);

> (w)(I) Represents himself or herself to an individual or to the general public by use of any word or abbreviation to indicate or induce others to believe that he or she is a licensed practical or professional nurse unless the person is actually licensed as a practical nurse or professional nurse, respectively; or
>
> (II) Uses the title "nurse", "registered nurse", "R.N.", "practical nurse", "trained practical nurse", "licensed vocational nurse", "licensed practical nurse", or "L.P.N." unless the person is licensed by the board;
>
> (x) Practices as a practical or professional nurse during a period when the person's license has been suspended, revoked, or placed on inactive status pursuant to section 12-38-118.5 (https://1.next.westlaw.com/Link/Document/FullText?
> findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I57479f60a89311e7b668e1abacc6
> 38-118.5);
>
> (y) Sells or fraudulently obtains or furnishes a license to practice as a nurse or aids or abets therein;
>
> (z) Has failed to report to the board, within forty-five days after a final conviction, that the person has been convicted of a crime, as defined in title 18, C.R.S.;
>
> (aa) Fails to maintain professional liability insurance in accordance with section 12-38-111.8 (https://1.next.westlaw.com/Link/Document/FullText?
> findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I5747c670a89311e7b668e1abacc6
> 38-111.8); or
>
> (bb) Has verified by signature the articulated plan developed by an advanced practice nurse pursuant to sections 12-36-106.4
> (https://1.next.westlaw.com/Link/Document/FullText?
> findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=LQ&originatingDoc=I5747c671a89311e7b668e1abacc6
> 36-106.4) and 12-38-111.6(4.5) (https://1.next.westlaw.com/Link/Document/FullText?
> findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I5747c672a89311e7b668e1abacc6
> 38-111.6) if the articulated plan fails to comply with the requirements of section 12-38-111.6(4.5)(b)(II)
> (https://1.next.westlaw.com/Link/Document/FullText?
> findType=L&originatingContext=document&transitionType=DocumentItem&pubNum=1000517&refType=SP&originatingDoc=I5747c673a89311e7b668e1abacc6
> 38-111.6).

(2) to (5) Repealed by Laws 1999, Ch. 84, § 8, eff. July 1, 1999. (https://1.next.westlaw.com/Link/Document/FullText?
findType=l&originatingContext=document&transitionType=DocumentItem&pubNum=1077005&refType=SL&originatingDoc=I5747ed81a89311e796f3a87cb5f0a8
824923B93F0-674422BF9DB))

(6) Repealed by Laws 2015, Ch. 78, § 4, eff. April 3, 2015. (https://1.next.westlaw.com/Link/Document/FullText?
findType=l&originatingContext=document&transitionType=DocumentItem&pubNum=1077005&refType=SL&originatingDoc=I57481491a89311e796f3a87cb5f0a8
8211E4AD86A-C6B0DEE5378))

« Prev (https://codes.findlaw.com/co/title-12-professions-and-occupations/co-rev-st-sect-12-38-116-5.html)

Next » (https://codes.findlaw.com/co/title-12-professions-and-occupations/co-rev-st-sect-12-38-118.html)

Read this complete Colorado Revised Statutes Title 12 Professions and Occupations § 12-38-117 Grounds for discipline on Westlaw
(https://1.next.westlaw.com/Document/I60AB29D1102311E8BFFFA719EAF6AC6A/View/FullText.html?
originationContext=documenttoc&transitionType=CategoryPageItem&contextData=(sc.Default))

FindLaw Codes are provided courtesy of Thomson Reuters Westlaw, the industry-leading online legal research system
(https://legalsolutions.thomsonreuters.com/law-products/westlaw-legal-research/). For more detailed codes research information, including annotations and citations, please visit Westlaw (https://www.westlaw.com/).

FindLaw Codes may not reflect the most recent version of the law in your jurisdiction. Please verify the status of the code you are researching with the state legislature or via Westlaw before relying on it for your legal needs.

### Latest Blog Posts

- LSAC Agrees to Make Law School Entrance Exam More Accessible to the Visually Impaired (https://blogs.findlaw.com/greedy_associates/2019/10/lsac-agrees-to-make-law-school-entrance-exam-more-accessible-to-the-visually-impaired.html)
- SCOTUS Tackling Gun Rights, Abortion, and More in 2019-2020 Term (https://blogs.findlaw.com/supreme_court/2019/10/scotus-tackling-gun-rights-abortion-and-more-in-2019-2020-term.html)
- Baltimore Balks at Potential Price Tag of GTTF Scandal (https://blogs.findlaw.com/strategist/2019/10/baltimore-balks-at-potential-price-tag-of-gttf-scandal.html)

BACK TO TOP

### Research

Cases & Codes (https://caselaw.findlaw.com/)

Opinion Summaries (https://caselaw.findlaw.com/summary.html)

Sample Business Contracts (https://corporate.findlaw.com/contracts/)

Research An Attorney or Law Firm (https://lawyers.findlaw.com/)

Forms (https://forms.lp.findlaw.com/)

Reference (https://reference.findlaw.com/)

Legal Commentary (https://supreme.findlaw.com/legal-commentary.html)

### Practice

Law Technology (https://technology.findlaw.com/)

Law Practice Management (https://practice.findlaw.com/)

Law Firm Marketing Services (https://www.lawyermarketing.com)

Corporate Counsel (https://corporate.findlaw.com/)

JusticeMail (http://www.justice.com)

Jobs & Careers (https://careers.findlaw.com/)

### About Us

Company History (https://www.findlaw.com/company/company-history/findlaw-corporate-information-press-company-background.html)

Media (https://www.findlaw.com/company/press-center/findlaw-corporate-information-press-media-relations.html)

About FindLaw.com (https://www.findlaw.com/company/company-history/findlaw-com-about-us.html)

Privacy (https://www.thomsonreuters.com/en/privacy-statement.html)

Cookies (//info.evidon.com/pub_info/15540?v=1&nt=0&nw=false)

Terms (https://www.findlaw.com/company/findlaw-terms-of-service.html)

Disclaimer (https://www.findlaw.com/company/disclaimer.html)

Advertising (https://www.findlaw.com/company/media-kit.html)

Jobs (https://www.findlaw.com/company/employment/employment.html)

### Social

Facebook (https://www.facebook.com/FindLawConsumers)

YouTube (https://www.youtube.com/watch?v=WQINbzazOhw)

Twitter (https://twitter.com/findlawconsumer)

Pinterest (https://pinterest.com/findlawconsumer/)

Newsletters (https://newsletters.findlaw.com/)

### Law Firm Marketing

Attorney Websites (https://www.lawyermarketing.com/services/mobile-friendly-websites/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_source_type=Referral)

Online Advertising (https://www.lawyermarketing.com/services/integrated-marketing-solutions/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_source_type=Referral)

Buy a Directory Profile (https://store.lawyermarketing.com)

### Marketing Resources

On-Demand Webcasts (https://www.lawyermarketing.com/webcasts/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_source_type=Referral)

White Papers (https://www.lawyermarketing.com/white-papers/?ct_primary_campaign_source=701130000027LuU&ct_source=Website&ct_source_type=Referral)

FindLaw

Copyright © 2019, Thomson Reuters. All rights reserved.

 THOMSON REUTERS