IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

      Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

      Defendants.

---

**DEFENDANTS HILARY VICTOROFF AND LAURA SOMMERSCHIELD'S
FIRST SUPPLEMENTAL DISCLOSURES
PURSUANT TO F.R.C.P. 26(a)(1) and (e)**

---

Defendants Hilary Victoroff, N.P. and Laura Sommerschield, N.P.

(collectively CDOC Defendants), by and through counsel, Senior Assistant Attorney

General Amy Colony, disclose the following first supplemental disclosures pursuant

to F.R.C.P. 26(a)(1) and (e):

**I.     DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND
TANGIBLE THINGS THAT ARE IN THE POSSESSION, CUSTODY,
OR CONTROL OF CDOC DEFENDANTS AND THAT CDOC
DEFENDANTS MAY USE TO SUPPORT THEIR CLAIMS OR
DEFENSES.**

1.      Medical records pertaining to Plaintiff received from the Colorado Department of Corrections.  Previously produced, Bates labeled CDOC000001-5492 CONFIDENTIAL.

2.      Laura Sommerschield's CV and certifications.  Previously produced, Bates labeled CDOC005493-5500 CONFIDENTIAL.

3.      Case file records and grievances pertaining to Plaintiff received from the Colorado Department of Corrections.  Previously produced, Bates labeled CDOC005501-5823 CONFIDENTIAL and CDOC005824-6245 CONFIDENTIAL.

4.      Hilary Victoroff's CV and certifications.  Previously produced, Bates labeled CDOC006246-6250.

5.      Defendant Sommerschield's DEA registration.  Previously produced, Bates labeled CDOC006151-6254.

6.      CDOC Defendants' Forms 950-02B.  Previously produced, Bates labeled CDOC006255-6256.

7.      Defendant Victoroff's 2017 February Timesheet.  Previously produced, Bates labeled CDOC006257-6258.

8.      2012 Accreditation Reports.  Previously produced, Bates labeled CDOC006259-6263 CONFIDENTIAL.

9.      Contract between CHP and CDOC.  Previously produced, Bates labeled CDOC006264-6378 CONFIDENTIAL.

10.     Clinical Standards.  Previously produced, Bates labeled CDOC006379-6477 CONFIDENTIAL.

11.     Medical records pertaining to Plaintiff received from Medical Center of

Aurora.   Previously produced, Bates labeled CDOCMedCtrAur006478-7806

CONFIDENTIAL.

Respectfully submitted this 22nd day of October, 2019.

PHILIP J. WEISER
Attorney General


 s/   *Amy C. Colony*
AMY C. COLONY, Reg. No. 36124*
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Email:  acolony@coag.gov
Telephone: 720-508-6000
Attorney for CDOC Defendants
*Counsel of Record

CERTIFICATE OF SERVICE

I certify that I served the foregoing **DEFENDANTS HILARY VICTOROFF**

**AND LAURA SOMMERSCHIELD'S FIRST SUPPLEMENTAL DISCLOSURES**

upon all parties herein by email this 22nd day of October, 2019, addressed as follows:

Shawnee Ryan
11309 W. Exposition Drive
Lakewood, CO  80225
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
ringela@hallevans.com
kennedye@hallevans.com
*Attorneys for Defendants CHP and Mix*


                                        *s/      Laurie A. Merrick*