IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

**PLAINTIFF MOTION TO RETAIN RESTRICTED LEVEL ONE STATUS OF EXHIBITS TO ECF 153**

Plaintiff Shawnee Ryan comes now and moves the court to please retain restricted level one status to her attachments as exhibits to her filing of ECF 153.

The sensitivity of the content, the confidentiality from public view of the documents/exhibits and the fact that the content y be used as evidence in pending to set investigations of the issues raised lends rise to a level that the material should be private and remain under Level 1 Restriction.

Plaintiff moves for the restriction (and) for the restriction to be permanent until further order of the court or agreement between the parties.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

1

**CERTIFICATE OF SERVICE**
I have served, a complete and full copy of the foregoing via CMECF system, to the parties below on this 23rd day of October 2019.


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov



Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov