**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**Civil Action No.    18 – cv – 00956 – MSK-MEH**

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

### Per ECF 132:  Plaintiff's Disclosure of Expert Witnesses

Plaintiff Shawnee Ryan complies with the parties Scheduling Order (ECF132) deadline of November 1, 2019 to file declaration of any expert witnesses intended to be called upon for testimony:

1. Plaintiff will not be bringing forward designated as expert witnesses.

2. Plaintiff is bringing forward her outside community medical team(s) as fact-based percipient witnesses who hold first-hand knowledge and strengths of grasp of all facts, including interactions facts with CDOC and CHP (et al) that span from 6 plus years to present day, of their being the sole diagnostic, ordering and primary caregivers to Plaintiff.

3. This declaration is strictly for the specialized percipient witnesses and is not the entirety of the Plaintiff witness list.  When case is ripe, Plaintiff will comply with processes for determining witness lists for trial and all confer requirements.

4. Plaintiff certifies that all defense groups have had access to these witnesses, their records and history with Plaintiff since on or before June 11, 2019. Further certifies that all defense groups have had full awareness of these witnesses and the factual awareness of their relationship with Plaintiff since filing of ECF 97 on May 5, 2019.

**DECLARATION OF PERCIPIENT WITNESSES COMING FORWARD**:

**With regard to the State Defendant Group's scope and caseload:**

- **No percipient witnesses will be called.** Testimonies that may be needed from some off the list below are not detailed percipient testimony(ies) and if needed to be given, are exceptionally minimal as related to first-hand eye-witness testimony(ies) under FRE Rule 602 to the specific claims against State Defendants.

**With regard to the Correctional Health Partners Defendant Group's scope and caseload:**

  o **Percipient Witness: Dr. John Burke M.D./Rocky Mountain Cancer Centers:** Medical Oncology and Hematology. Board Certified and licensed in Oncology, Hematology and Internal Medicine. **Education:** Baylor School of Medicine in Houston, Texas. **Residency** at University of California and San Francisco Medical School; San Francisco, CA. Fellowship at Memorial Sloan-Kettering Cancer Center in New York, NY. **Specialties include**: Benign blood disorders (anemia, clotting disorders, thrombocyptopenia, pregnancy related blood disorders and surgical clearances). Blood cancers (Acute & Chronic: Leukemia, Multiple myeloma, Hodgkin and Non-Hodgkin Lymphoma). **Testifying as:** Plaintiff's primary ordering and caregiving physician from February 2015 to present day. **Testifying with specificity** to all details Defense sees within the running chronological notes/logs/results they have had access to gather from RMCC and Dr. Burke. (*Example, but not limited to, of that specificity format, taken 2 to 4 times per week, spanning entire incarceration and continuing to present day, is found at (ECF 143 Exhibit SKR000004*)). Dr. Burke also will be testifying to his factual

2

depth of simultaneous first-hand knowledge of all physician and patient interactions with the CDOC and CHP (et al) during same span of time. **Rocky Mountain Cancer Centers** also provides rehabilitative remission and recovery support that will meet Plaintiff requirement to provide to defense at the ripe time of the case, (and) Dr. Burke will testify as to the facts of Plaintiff's overall future health outlook.

- **Percipient Witness: Dr. Sujatha Nallapareddy, M.D./Rocky Mountain Cancer Centers:** Medical Oncology and Hematology. Board Certified and licensed in Oncology, Hematology and Internal Medicine. **Specialties:** Benign blood disorders (anemia, clotting disorders, thrombocyptopenia, pregnancy related blood disorders and surgical clearances) and Gastrointestinal cancers. **Education:** Osmania College in Hyderabad College in Hyderabad, India. **Residency:** State University of New York (SUNY) in Buffalo, NY. **Fellowship:** Gastro-intestinal cancer and developmental therapeutics at University of Colorado Health Sciences Center in Denver, CO. **Testifying as:** Plaintiff's oncologist from March 2014 to February 2015. **Testifying with specificity,** but not limited to, Plaintiff medical specifics during same time span and physician and plaintiff interactions during same span of time with the CDOC and CHP (et al).

- **Percipient Witness: Dr. Richard Nash, M.D. Colorado Blood Cancer Institute at Presbyterian Saint Luke:** Board Certified and licensed in Oncology, Hematology and Internal Medicine. **Education and Background:** Graduated with medical degree from University of Manitoba. **Residency** at Manitoba-Affiliated teaching hospitals in Winnipeg, Canada. **Fellowship** in transplantation biology at Fred Hutchinson Cancer Center in Seattle, WA. On faculty of same for 21 years and remains a full member of Fred Hutch. Professor of Medicine at University of Washington Seattle. **Testifying with specificity,** but not limited to, as Plaintiff's transplanting Hematologist and head of her transplant team from 2015 through March 2019. **Further specifically testifying** as to Plaintiff's medical fact specifics (and) the physician, transplant team physicians, cell technologies and a transplant coordinator (under Dr. Nash) interactions between CBCI, CDOC and CHP (et al) for same span of time.

- **Percipient Witness:** Dr. Dan Sherbenou M.D., University of Colorado Health Sciences at University Hospital Aurora: Board Certified Hematologist. **Specialties:** Ras Cell signaling pathway using the C elegans model organism, translational leukemia, chronic myeloid leukemia, kinase inhibitor resistance, antibody based therapeutics, antibody-drug conjugates (ADCs), faculty member at UC Denver Hematology in oversight of the translational research laboratory focused on Multiple Myeloma. **Education:** Undergraduate of University of Colorado, MD/PHD program at Oregon Health & Science University, and Fellowship at University of California in San Francisco, CA. **Testifying with specificity** as a consulting hematologist at University Hospital to Dr. John Burke from May 2016 through to present day.

Respectfully submitted as compliance on this 25th day of October 2019 per deadlines with Scheduling Order ECF132.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served a complete and full copy of the foregoing CMECF to the parties below on this 25th day of October 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov



Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov