IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

      Plaintiff,

v.

JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

      Defendants.

---

**COLORADO DEPARTMENT OF CORRECTION'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION CITING CONTEMPT OF COURT: COLORADO DEPARTMENT OF CORRECTIONS AND EXECUTIVE DIRECTOR DEAN WILLIAMS (DOC. 164))**

---

The Colorado Department of Corrections (CDOC), by and through the Colorado Office of the Attorney General, Senior Assistant Attorney General Amy Colony, which has been served with a Subpoena to Produce in this matter, hereby files this Motion for Extension of Time to Respond to Plaintiff's Motion Citing Contempt of Court (Doc. 164), seeking a 7-day extension of time, up to and including November 7, 2019, to respond. In support thereof, the CDOC states as follows:

1.     Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*. Plaintiff objects to the relief requested herein.

2.     Plaintiff Shawnee Ryan filed her initial Complaint with this Court on April 23, 2018, naming as defendants, sixteen separate parties, including the Colorado Department of Corrections. (Doc. 1).

3.     On February 1, 2019, this Court entered an Order dismissing Plaintiff's claims against CDOC (Claims One and Two) based on Eleventh Amendment Immunity. (Doc. 52). Consequently, CDOC is not a party to this action.

4.     On August 14, 2019, Plaintiff filed a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, addressed to the Colorado Department of Corrections. (Doc. 141-2). This Court granted Plaintiff's request to have the subpoena issued to the CDOC. (Doc. 138). The document was signed by the Clerk of Court according to Fed.R.Civ.P. 25(a)(3). The subpoena was mailed to the CDOC via Certified Mail on or about August 14, 2019. (Doc. 141; 141-2).

5.     On October 10, 2019, Plaintiff filed a document entitled, "Motion Citing Contempt of Court: Colorado Department of Corrections and Executive Director Dean Williams." (Doc. 164). On or about the same date, CDOC Executive Director Dean Williams' office received a letter referencing the motion seeking contempt citations that *was not* accompanied by a copy of the Motion itself. *See attached,* CDOC Exhibit

1. The letter also *does not* identify any of the materials sought by Plaintiff's subpoena that Plaintiff contends have not been disclosed.

6.     Assuming Plaintiff properly served the CDOC with a copy of the Motion by electronically filing the same on October 10, 2019, which the CDOC does not concede, CDOC's response to the motion is due on or about October 31, 2019. *See* D.C.Colo.L.CivR7.1(d).

7.     The undersigned counsel has been diligently searching past correspondence between the parties, prior productions and consulting with the CDOC concerning the materials sought by the Plaintiff's subpoena. The amount of correspondence on these issues is substantial. The CDOC requires additional time to research the history of production of materials to the Plaintiff and to draft a comprehensive and appropriate response to the motion seeking contempt citations.

8.     In addition, the undersigned counsel was out of the office between October 24 and October 28, 2019.

9.     The CDOC requests an additional 7 days, up to and including November 7, 2019, to file a response to Plaintiff's Motion Citing Contempt (Doc. 164).

10.     The granting of the relief requested in this motion will not prejudice the rights of any party, nor cause delay to the general progress of the case.

WHEREFORE, the Colorado Department of Corrections moves this Court for an Order granting an extension of time, up to and including November 7, 2019, to file a response pleading to Plaintiff's Motion Citing Contempt of Court.

Respectfully submitted this 31st day of October, 2019.

PHILIP J. WEISER
Attorney General

s/ *Amy C. Colony*
AMY C. COLONY, Reg. No. 36124*
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Email:  acolony@coag.gov
Telephone: 720-508-6615
Attorney for Defendant Victoroff
*Counsel of Record

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 31st day of October, 2019, I served the foregoing

COLORADO DEPARTMENT OF CORRECTION'S MOTION FOR EXTENSION OF

TIME TO RESPOND TO PLAINTIFF'S MOTION CITING CONTEMPT OF COURT

upon all parties herein by e-filing with the CM/ECF system maintained by the court

or by email addressed as follows:

Shawnee Ryan
3531 South Logan Street, No. 349
Englewood, CO  80113
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*


<u>s/  Laurie A. Merrick</u>