Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80239
720-431-8319
shawneeryan216@gmail.com

October 10, 2019

(References:  Contempt of Court movement filed October 10, 2019 in US 10th Case #18 cv 00956)

cc's:  **The court**: Magistrate Judge Michael Hegarty and Chief Judge Marcia Krieger
       **State Attorney General Office**:  Senior Assistant Attorney General Amy Colony
       **Defendant Group CHP (et al)**:  Hall & Evans LLC; Edmund Kennedy and Andrew Ringel

CDOC Director Dean Williams
Colorado Department of Corrections
1250 Academy Park Loop
Colorado Springs, Colorado 80910

**Method of Service of this Letter**:  attached to direct email

Dear Director Williams,

Per court hearing and directives and orders to all parties; the following changes to CDOC perceptions to date in this case have undergone change.  You may obtain a transcript of proceedings through Patterson Transcription at 303-755-4536.

Ms. Colony of State AG has been specifically ordered to containment of what her representation is:  two clients entered as parties in the case.  One a current employee and one a former employee of the CDOC.

She represents no one else within or associated with this case; nor does she blanket represent the CDOC where they are not involved as a party; nor is the AG a fixer for the CDOC where they are not involved as a party or being actively represented by the AG; nor are they able to be a spokesperson for the CDOC in a case where you are not involved as a party.

The Office of the State of Colorado Attorney General has only an obligation to the public to represent legal matters between legal parties who are legally involved as parties.

You are a non-party, public governmental entity who, if actual legal need places you as a party (or) a factual, truthful and first-hand from source issue with Plaintiff arises; she can advise you in this case when it is brought to her by an appropriate authority within the CDOC and not simply by staff or hearsay.  In the very off chance of such a need arising in this case; she still

1

does not represent you. You are a non-party. She cannot act at the CDOC or her own will. If appropriate and within law can file movement formally to the court but cannot preemptively file for protections or actions.

You may choose to continue to place a third-party (non-party) staffer into the paths of duplicate copying her from this notification forward.  I respectfully caution that you become fully aware that when you put your staff into the mix between legal parties, and powerful issues arise, albeit they are allegedly civil criminal or allegedly criminal (or) albeit a staffer who believes they work in a department and can do as they wish or wish to perceive of what they are being asked or told; the door opens wide, if and when confirmed issues arise; for them to become a party in the case on personal levels. The AG strictly represents an obligation to the public to represent legal matters to parties who are legally engaged within a case. It is not a tool or off-shoot of the CDOC.  As a governmental entity the AG only extends an ability to advise if it is given appropriate cause.

Ms. Colony has also been specifically contained by the court to halt all obstruction or involvement with the Plaintiff contacting former or current employees.  Per the Court, the court's interpretation and enactment of law has always been that a (party) felon with appropriate security classifications can directly contact either.  They are only halted from direct contact with the parties in the case.  At this time, I ask that you please consider halting any and all staff from their fueling of what is now an inflamed simple issue turned into a complex problem.  I have a lot going on in my life, Director Williams.  There is no subterfuge, on my part.  There is no wrongdoing, on my part.  Nor will there be.  It is incredibly difficult for a former inmate and now parolee with a matter of a very, very short period of time to being completely done; to be pushed into a position of having to file a Contempt of Federal Court against the Colorado Department of Corrections.


**With the above clarifications in place now (and) given above:**

**In the following statements, given solely in order to get us both done with this and moving on**:

I respectfully suggest you take a lead from Major Rosa Fraye dating back to Fall 2017.  Major Frayre, when faced with finally having to solidly listen to facts, in a very similar in tones and patterns as the issue now; removed one of the core staffers who simply would not contain.  A former case manager named Monica Jackson.  Major Frayre then assigned case managers Gabriel, Wilcoxan and on the sidelines: Cook. Bender also present.  With Major Bryan Sparling observing and aware. The speed of resolution and the halting of as much as could get done with the problems manifested by others was made.  Even with the parole board.

I do not see this now messy situation getting resolved, Sir.  Unless you put a one-on-one staff person in place and remove clinical services staff and any staff assisting them; albeit those may come from any level of hierarchy.  As with the names just given; I have dealt, during the entire

2

6 years incarcerated with now same unbelievably still carrying forward in a free world; with what becomes a manifestation of extremes in pointing fingers away from themselves and blaming the inmate/patient/alleged victim.

I suggest Wilcoxan.  As the P.O's out here believe Sparling is now at parole; I am not sure if it is even possible to obtain him.  Wilcoxan will immediately review, spot exactly where the problems lie, absolutely knows he will get straight up and on-point discussion with me.  And get this quickly done for us both.

On a personal note:  I wait too long.  Give far too many chances to others. Way too naïve to believe that other people that I have no relationship with, no interaction with except when it becomes necessity to protect myself or my needs; will ever change. But, I can only do me, Director Williams.  And I, am not them.  I want you to know that I truly am devastated to be forced into this position against you.  As you are the only one who can permanently end the CDOC actions:  Obey the court orders and let us be done.  Thank you.

**Now that there is a path that cannot be breached unless willing to face the Court and so that you remain accurately informed:**

**Yes.** Kellie Wasko is being subpoenaed by the Plaintiff.  At trial for extensive testimony regarding the CDOC's relationship with CHP (et al), how the years from 2012 and 2018 were handled within that relationship (and) specific details regarding the CDOC handling of the grounds for lawsuit and jurisdiction in this case.  I apologize to Ms. Wasko for the ability being removed at hearing on the 7th, to have an easier path through behind the scenes deposition. My intent was to avoid as much chaos and drama as possible.  While major and positive changes at hearing have got most of this case under control now; I did have to make a decision and that decision came down to her not being deposed.  Ms. Wasko is going straight into trial environment.  In one way, the toxicity of this case to date will be no longer present and that alone should keep things on a solid foundation of just facts.  As to 'why' Kellie Wasko:  the CDOC is only released for immunity to liability, Director Williams.  You are not removed from the story and actions that were taken.  You will always remain one of the persons with the most knowledge.

No.  There is, to the best of my knowledge at this time, no one else being called by the Plaintiff in this case.

Respectfully,

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319

3

CDOC Exhibit 1

132  shawneeryan216@gmail.com
133  **CERTIFICATE OF SERVICE**
134  I have served a full, complete and accurate copy of the foregoing, by direct email
135  to the Director Williams and through the CMECF SYSTEM to all other parties on
136  this 10th day of October 2019.
137
138  S/Shawnee Ryan
139  11309 West Exposition Drive
140  Lakewood, Colorado 80226
141  720-431-8319
142  shawneeryan216@gmail.com
143
144  dean.williams@state.co.us
145
146  Clerk of Court:  cod_cmecf@cod.uscourts.gov
147
148  Andrew David Ringel:  ringela@hallevans.com
149  Edmund Martin Kennedy:  kennedye@hallevans.com
150  Amy Colony:  acolony@coag.gov

4