IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity**)

**PLAINTIFF'S FORMALLY FILED OBJECTION TO STATE MOTION FOR EXTENSION OF Time (ECF174)**

**Plaintiff Shawnee Ryan comes now** and files formal objection to any extension of time requested by State AG.

Attached, is the verification that just a few hours ago, date and time stamped as being after Plaintiff's filing request for set of ENE and ADR being initiated by the Court; Attorney Colony once again began attempting to stall the inevitable where enforcement and closure of herself and the materials that are commonly referred to between the parties as "the boxes" and "CDOC 'discovery'" are concerned.

Until the court rules and enforces the containment it ordered of Ms. Colony on October 7th (and) all post-hearing and pre-hearing pending motions; it is the Plaintiff's belief, based on first-hand observation of State AG movements that Attorney Colony will and does continue to refuse to acknowledge the issues caused over now 7 months in this case.  Each and every time exposed, fully expecting she can continue to bend her will upon the parties, her clients, the non-party of the CDOC, the office she works for (and) upon the court.

1

**Plaintiff strongly opposes any extension of time be given to the State or any other party that serves only to stall the inevitable.  The facts are clear, the filings are clear and no amount of "gathering" into a "chronological record" is going to change the content of the "production" or any of the related issues the materials have.**

**Copy of Plaintiff's succinct response to Attorney Colony today, is attached.**

Respectfully submitted this 31st day of October 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served a complete and full copy of the foregoing via CMECF to the parties below on this 31st day of October2019.


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com



Clerk of Court:  cod_cmecf@cod.uscourts.gov




Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov

2