Re: Response to Motion for Citation of Contempt
Shawnee Ryan <shawneeryan216@gmail.com>
10:23 AM
To: Amy Colony Cc: Ringel, Andrew D.; Kennedy, Edmund M.; Laurie Merrick

Strongly opposed.

And will advise the court as such along with copy of this email, Amy.

What you seem to refuse to acknowledge, to all us including the Court, is that you began this path over 7 months ago, with the crystal clear awareness of having either been given, or seized this"production" you continuously push outward as both "legitimate" and "within law" and as "umbrella counsel".

When reality is that non-party CDOC is not represented by AG where Plaintiff's discovery is concerned and that includes the subpoena. Never, should you have been allowed to do any of this, you were/are caught in it and the only time you even bother to succinctly express yourself is when you are in view of exposure to the Court.

All the "gathering". All the protests you make do not change the content of the paper and materials you hold.

There will be no further tolerance from Plaintiff of these kind of smokescreens and Chinese Walls such as another being attempted as your reaction today. Ground is exhausted and the entire issue ends now with all before the Court.

The simple answer today?

Plaintiff supports NO further "time" for AG to pull herself and Clients together.

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Thu, Oct 31, 2019, 10:07 AM Amy Colony <Amy.Colony@coag.gov> wrote:

Ms. Ryan,

We are in the process of gathering a chronological record of materials CDOC has produced to you through this office. There are multiple emails and other documentation explaining the history that is taking significant time to collect and review. I have also been out of the office for several days recently. In light of this, we intend to ask the court for an additional week to respond to your Motion for Citation of Contempt. Please advise as to your position on the proposed request for relief.

Thank you.

Amy Colony

Senior Assistant Attorney General

Colorado Department of Law

Civil Litigation & Employment Section

Ralph L. Carr Judicial Center

1300 Broadway, 10th Floor

Denver, CO  80203

(720) 508-6615

amy.colony@coag.gov