IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (d/b/a Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc; Correctional Healthcare Physicians, P.C.),
JENNIFER MIX, in her personal and professional capacities,
HILARY VICTOROFF, NP, in her personal and professional capacities, and
LAURA SOMMERSCHIELD, NP, in her personal and professional capacities,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 1, 2019**.

    Before the Court is the Colorado Department of Corrections' ["CDOC"] Motion for Extension of Time to Respond to Plaintiff's Motion Citing Contempt of Court [filed October 31, 2019; ECF 174] and the Plaintiff's "Formally Filed Objection to State Motion for Extension of Time" [ECF 175].

    For good cause shown, the CDOC's motion is **granted**. The CDOC shall file a response to Plaintiff's pending motion on or before November 7, 2019.