## Laurie Merrick

| | |
|---|---|
| **From:** | Shawnee Ryan <shawneeryan216@gmail.com> |
| **Sent:** | Saturday, June 1, 2019 4:42 PM |
| **To:** | Amy Colony; Laurie Merrick |
| **Subject:** | As required, your copy of subpoena duces tecum against non-party CDOC (and) issuing through the clerk's office, is attached. |
| **Attachments:** | CDOC standard duces tecum #1.pdf |

Ms. Colony, until we resolve the issue of the records you already obtained without release from me; please assist CDOC in understanding that they are not a party in this case and are not actively represented by State AG at the time this subpoena is issued and as such, need to work directly with me.

My litigation coordinator while incarcerated was Major Lucille Reux at DWCF. I think, to prevent any further confusion or issues, she would be a good one for you to speak to regarding the court's orders from hearing; I'm sure she will go directly to the correct department with the information. I believe that to be the legal services records department at headquarters.

Thank you.


*Shawnee Ryan*
*"Success is simple. Do what's right, in the right way at the right time."*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:

DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  Colorado Department of Corrections (et al) and Executive Director Dean Williams; 1250 Academy Park Loop, Colorado Springs, Colorado 80910.
Phone:   719-579-9580.

*Production:* You are commanded to produce, to and at; the time, date, and place listed below and as set forth below, the following documents and/or objects, stored in whatever manner you retain them in; including, but not limited to electronic, photographic, imaging or audio:

- **All medical and medical administrative records, as follows, for former inmate Shawnee Ryan #159496:** In all formats held and from any party from November 2, 2012 through October 4, 2018. Written; electronic; photographic; imaged; paper mar; internal between all staff and outside parties mar orders, directives, assessments and communicative; email related to or discussing in any way the medical needs and care including but not limited to: scheduling, approvals and denials, transports, security, housing, assessment, administrative and to do so in any format held.

1

Ryan believes the majority of records requested are in the care and custody of medical records custodian Brad Niesler; the dialysis clinic records of Dr. June Scott and the records and files of the CDOC Clinical Services Department and Administration and Chief Medical Office located within the Denver Complex facility and CDOC headquarters. The only redactions to be privacy and security concerns (such as personal contact information, account numbers of outside parties and personal email addresses of any party). All records to be in print format, electronic format or disk format.

- **Any and all third-party contracts, written agreements, administrative procedures, operating procedures and directives** that specifically order any one of the Defendants to act, order, perform duties in any manner. Request is to include not only direct and specifically made to each Defendant, it is made to include direct and specific made of same between or from Colorado Department of Corrections to any Defendant's employer(s), administrator(s), supervisor(s) or superior in rank officer(s). An example of such, but not limited to, would be state, federal and national accreditation standards (and) state regulatory agency standards. Request includes same regarding all procedures and policies of security access governing inmates and their access to clinical services and transport. Sensitive areas, such as financial compensations, addresses, phones may be redacted for privacy purposes.
- **Any and all professional vitae, certifications and licensing on file of Defendants Hilary Victoroff and Laura Sommerschield.** Personal contact information may be withheld for privacy and security reasons.
- **Entirety of clinical nurse case management** records and files that pertain to Shawnee Ryan.

---

**PLACE OF DELIVERY:** Shawnee Ryan, 575 North Billings Street #427, Aurora, Colorado 80011. Contact phone is: 720-431-8319.

**DATE AND TIME:** Three weeks (21 days) from receipt of service. If delivering in person, building closes at 10:00 p.m. and does not open until 7:30 a.m. each day.

The following provisions of Fed. R. Civ. P. 45 are attached below – Rule 45 (c), relating to place of compliance; Rule 45 (d), relating to your protection as a person subject to a subpoena; and Rule 45 (e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

_____

(Date)

CLERK OF COURT

_____

*Signature of Clerk or Deputy Clerk*

**The name, address, email address and telephone number of Pro Se party issuing this subpoena is:**

Shawnee Ryan, Plaintiff. 575 North Billings Street #427, Aurora, Colorado 80011. 720-431-8319. shawneeryan216@gmail.com

**NOTICE TO THE PERSON WHO ISSUES OR REQUESTS THIS SUBPOENA:**

"If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45 (a)(4)."

3

PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

    I received this subpoena for: _____

_____

    on (date) _____

    I served the subpoena by delivering a copy to the named person as follows:

_____

_____

    on (date) _____

    I returned the subpoena unexecuted because:

_____

_____

_____

    Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of: $_____

    My fees are $_____ for travel and $_____ for services, for a total of $_____.

    I declare under penalty of perjury that this information is true.

    Date: _____

Server's signature:

_____

Printed name and title:

_____

Server's address:

_____

Additional related information:

4