Laurie Merrick

| | |
|---|---|
| **From:** | Shawnee Ryan <shawneeryan216@gmail.com> |
| **Sent:** | Tuesday, June 25, 2019 2:26 PM |
| **To:** | Amy Colony |
| **Cc:** | Kennedy, Edmund M.; Ringel, Andrew D. |
| **Subject:** | CDOC Subpoena duces tecum |
| **Attachments:** | CDOC standard duces tecum #1.pdf; Minute Order Discovery Conference June 24.pdf; Reux letter 2.pdf |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Ms. Colony,

Chris Thompson at the Clerk's office and I worked out this morning the way to handle an informa pauperis prisoner filing of subpoena for a person who is no longer a prisoner. We will use the format and plan moving forward for the rest of the case. The CDOC subpoena has been revised to the new header, the dates changed from 21 days to 30 days (and) delivery information slightly altered.

Because, for many reasons other than trust issues between you and I (chain of custody potentials down the road, inadvertent dragging in of unwitting witnesses who have touched all of it, etc. etc. etc.) I have done a second letter to Major Reux. (Attached, self-explanatory). It truly is in everyone's best interests including time mgmt. that we be allowed to simplify and move forward. I cannot wait for another 2+ weeks to go by for what you already have inserted into, to go by. I am ill and have many other things on my plate. I faxed her the letter and ECH118. I did not fax the subpoena----the court is properly serving that upon them.

A copy of final duces tecum going out to them is attached for all of your review for discovery purposes.

Thank you.

*Shawnee Ryan*
*"Success is simple. Do what's right, in the right way at the right time."*

1

CDOC Exhibit B        001

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:

CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)
DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

---

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

---

To:  Colorado Department of Corrections (et al) and Executive Director Dean Williams; 1250 Academy Park Loop, Colorado Springs, Colorado 80910.

Phone:   719-579-9580.

*Production:*  You are commanded to produce, to and at; the time, date, and place listed below and as set forth below, the following documents and/or objects, stored in whatever manner you retain them in; including, but not limited to electronic, photographic, imaging or audio:

- All medical and medical administrative records, as follows, for former inmate Shawnee Ryan #159496: In all formats held and from any party from November 2, 2012 through October 4, 2018. Written; electronic; photographic; imaged; paper mar; internal between all staff and outside

1

CDOC Exhibit B                                                                           002

parties mar orders, directives, assessments and communicative; email related to or discussing in any way the medical needs and care including but not limited to: scheduling, approvals and denials, transports, security, housing, assessment, administrative and to do so in any format held. Ryan believes the majority of records requested are in the care and custody of medical records custodian Brad Niesler; the dialysis clinic records of Dr. June Scott and the records and files of the CDOC Clinical Services Department and Administration and Chief Medical Office located within the Denver Complex facility and CDOC headquarters.  The only redactions to be privacy and security concerns (such as personal contact information, account numbers of outside parties and personal email addresses of any party).  All records to be in print format, electronic format or disk format.

- **Any and all third-party contracts, written agreements, administrative procedures, operating procedures and directives** that specifically order any one of the Defendants to act, order, perform duties in any manner. Request is to include not only direct and specifically made to each Defendant, it is made to include direct and specific made of same between or from Colorado Department of Corrections to any Defendant's employer(s), administrator(s), supervisor(s) or superior in rank officer(s). An example of such, but not limited to, would be state, federal and national accreditation standards (and) state regulatory agency standards. Request includes same regarding all procedures and policies of security access governing inmates and their access to clinical services and transport. Sensitive areas, such as financial compensations, addresses, phones may be redacted for privacy purposes.
- **Any and all professional vitae, certifications and licensing on file of Defendants Hilary Victoroff and Laura Sommerschield.** Personal contact information may be withheld for privacy and security reasons.
- **Entirety of clinical nurse case management** records and files that pertain to Shawnee Ryan.

2

> **PLACE OF DELIVERY and CONTACT INFORMATION:** Shawnee Ryan, 575 North Billings Street #427, Aurora, Colorado 80011. Contact phone is: 720-431-8319. Ryan is the only *direct* contact regarding this subpoena and order to produce. **Ryan will do her own inspection of documents should CDOC have some that are needing inspection in person (and) further requests any CDOC asks for, be done at the location of records within CDOC complexes or properties due to the sheer volume, more ready access by medical records and administrative staff to specific records(and) in the interests of conserving time management for CDOC custodians (and) Ryan. CDOC may also provide records via electronic disk.**

> **DATE AND TIME:** 30 days from receipt of service. If delivering in person, building closes at 10:00 p.m. and does not open until 7:30 a.m. each day.

The following provisions of Fed. R. Civ. P. 45 are attached below – Rule 45 (c), relating to place of compliance; Rule 45 (d), relating to your protection as a person subject to a subpoena; and Rule 45 (e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

_____

(Date)

CLERK OF COURT

_____

*Signature of Clerk or Deputy Clerk*

3

The name, address, email address and telephone number of Pro Se party issuing this subpoena is:

Shawnee Ryan, Plaintiff. 575 North Billings Street #427, Aurora, Colorado 80011. 720-431-8319. shawneeryan216@gmail.com

NOTICE TO THE PERSON WHO ISSUES OR REQUESTS THIS SUBPOENA:

"If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45 (a)(4)."

## PROOF OF SERVICE

(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for: _____

_____

on (date)_____

I served the subpoena by delivering a copy to the named person as follows:

_____

_____

on (date)_____

I returned the subpoena unexecuted because:

_____
_____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of: $_____

4

My fees are $_____ for travel and $_____ for services, for a total of $_____.

I declare under penalty of perjury that this information is true.

Date: _____

Server's signature:

_____

Printed name and title:

_____

Server's address:

_____

Additional related information:

5

**CERTIFICATE OF SERVICE**

I have served, through the CMECF SYSTEM, this **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION** to the parties below on this 25th day of June, 2019.

s/Shawnee Ryan

3531 South Logan #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

Clerk of Court: cod_cmecf@cod.uscourts.gov (CMECF SYSTEM)

**Through CMECF SYSTEM:**

Andrew David Ringel: ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony: acolony@coag.gov

6

Shawnee Ryan

Mailing Address: 3531 South Logan #189
Englewood, Colorado 80113
720-431-8319
shawneeryan216@gmail.com

June 25, 2019

ATTN: Major Lucille Reux

Cc: Colony, Kennedy, Ringel

Major Reux,

- Follows the court order allowing me to continue Pro Se with service of subpoena duces tecum for CDOC. Docket number and date at top of header. My understanding from clerk this morning is that it will electronically file within the next few days after their receipt.

- The full discussion over what Ms. Colony and Hilary removed pre-26 hearing; is not listed in detail but is on transcript. The order that you see is the consolidation of that discussion. Everything is to be listed by Ms. Colony, to myself and the Court. Redactions she desires can also be made with the understanding that everything in AG possession now is going to be scrutinized. If I feel something needs to be quashed and/or discussed with the court further; I can move for either. Yes, to the best of ability that there is I will first attempt discussion with Ms. Colony. ****There is also a revoking of access, to anyone without a written permission release from me (950-02A), that I did when I walked out the door on October 4th, 2018. Please ensure that is followed in the future. Thank you.

- **As to subpoena:** it clearly states that I will review all documents. Please understand that this subpoena covers the entire set of what is being asked for. What Ms. Colony may or may not have already is way too voluminous and cumbersome to be cross-referenced and may or may not, depending on review outcome; be tainted. *****If I may, since I do know how records are maintained, after reviewing them once per month for 30 minutes, for the better part of 6 years: I suggest that Brad Neisler is already set up at DRDC and that they simply be brought to that location. The command to produce does include any and all medical notes, administrative records containing my medical information, etc. that are housed at HQ with my clinical nurse case manager, CMO office and their various heads. CDOC owns only the paper the records are on. If there is anything at all, on that paper or other format of recording, that discusses my medical information; that information, per AR 950-02; belongs solely to me. ****For what is already not on disk and/or copied already----I will make copies. I am asking that I be allowed to bring with me a very simple, small document scanner that has one function, which is to scan to a flash drive. Much faster,

CDOC Exhibit B                                                                  008

> more efficient and less costly than me needing to be watched for the hours it would take to use a copy machine. Yes, I understand it will be inspected as I enter facility and med records dept. Yes, I understand I will be under watch the entire time. ****I do strongly feel, that the very best avenue for CDOC as a non-party; is to not gather everything up, haul it to a third location and then be re-subpoenaed for anything missed. We all already have the problem there is already, it opens the door, with so many hands in it and actually touching evidence—for potential chain of custody issues later on, etc. etc. I hope you all can agree so that we can get this done smoothly. Thank you.

You have my direct contact information.

If there is someone else you would rather have me work with please let me know.

My sense impression is that Ms. Colony may wish to insert into the subpoena process, it is on record that I have asked for a more simple and smooth flow. If CDOC chooses to be represented by counsel for this subpoena duces tecum process there is nothing I can do about that. The dates to produce are 30 days from service. Yes, I do understand that likely most inmates in the past have any idea of what a "Paper Mar" or "internal between all staff and outside parties mar orders (aka generally the contents of kites spelled out) or the email flows of medical information with all outside caregivers, CMO and insurance parties, etc. What I do know for certain, is that Brad Neisler knows what all of them are (and) the various places around the state that you all house them in. ****It is my sincere hope that Ms. Colony will now settle in, to the very small and simple scope of Hilary and Laura that she has and that the rest of the case can be free to move forward efficiently.

I assume there is no need to contact you again, until CDOC contacts me over arrangements to produce.

Thanks again for your help.


Shawnee Ryan