

PHIL WEISER
Attorney General

NATALIE HANLON LEH
Chief Deputy Attorney General

JUNE TAYLOR
Chief Operating Officer

ERIC R. OLSON
Solicitor General

**STATE OF COLORADO**
**DEPARTMENT OF LAW**

RALPH L. CARR
COLORADO JUDICIAL CENTER
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

Civil Litigation and
Employment Law Section

June 27, 2019

VIA U.S. MAIL

Shawnee Ryan
3531 South Logan Street, No. 349
Englewood, CO 80113

RE: *Ryan v. Mix, et al.*
United States District Court, Civil Action No. 18-cv-956-MSK-MEH

Dear Ms. Ryan:

At the request of Amy Colony and pursuant to the minute order entered on June 24, 2019 (ECF 118), enclosed please find a disk containing copies of your medical records received by this office from the Colorado Department of Corrections. The documents are Bates-labeled CDOC000001-5492 and, in accordance with the pending Protective Order, the documents are stamped "Confidential."

Please contact me should you have any issues with the disk.

Sincerely,

FOR THE ATTORNEY GENERAL

*Laurie A. Merrick*

LAURIE A. MERRICK
Paralegal II
Civil Litigation and Employment Law Section
Email: laurie.merrick@coag.gov

Enclosure

cc: Amy Colony (w/o enc.)
Andrew D. Ringel (w/ enc., via U.S. Mail)
Edmund M. Kennedy (w/enc., via U.S. Mail)
Amber Tamborello (w/o enc., via email)

# CDOC Exhibit D