## Laurie Merrick

**From:** Laurie Merrick
**Sent:** Monday, July 8, 2019 11:18 AM
**To:** 'Shawnee Ryan'
**Cc:** Ringel, Andrew D.; Tamborello, Amber; Amy Colony; 'kennedye@hallevans.com'
**Subject:** Ryan v. Mix, et al.: Defts Sommerschield and Victoroff's Supp Document Production
**Attachments:** CDOC005501-5823 Case File - Ryan, #159496 cfile.zip

Mr. Ryan,

Attached please find a .zip file containing Ms. Sommerschield's CVs, certification, CDOC case file and CDOC grievances. The documents are Bates labeled CDOC005492-6245 and are marked "Confidential" pursuant to the Protective Order. Ms. Sommerschield's personal information is redacted from the relevant documents.

Please let me know if you have any trouble opening the .zip file.

Thank you.

*Laurie Merrick*
Paralegal II
Colorado Department of Law
Office of the Attorney General
Civil Litigation & Employment Law / Tort Unit
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Direct: 720-508-6626
Email: laurie.merrick@coag.gov

CDOC Exhibit E