| | |
|---|---|
| **From:** | Amy Colony |
| **To:** | "Shawnee Ryan"; Kennedy, Edmund M.; Ringel, Andrew D.; Tamborello, Amber; Laurie Merrick |
| **Subject:** | RE: Inquiring as to due dates of my discovery requests, so far, for Dr. Mix, Hilary Victoroff and Laura Sommershield |
| **Date:** | Tuesday, July 9, 2019 4:44:55 PM |
| **Attachments:** | CDOC006246-6250 Victoroff.pdf |
| | CDOC006251-6254 Sommerschield DEA Reg.pdf |
| | CDOC006246-6250 Victoroff.pdf |
| | CDOC Defendants" Resp to Pla First RFP.pdf |

Ms. Ryan,

Please find attached the CDOC Defendants' Response to your first Request for Production. As you will note in this document, most of the materials you are seeking have already been produced to you on disc or via email in electronic format, including the CDOC medical records and your Department record, inclusive of your grievances.

Also attached are some additional materials relative to Ms. Victoroff's and Ms. Sommerschield's professional backgrounds and licensure.

Thank you.

Amy Colony
Senior Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
**(720) 508-6615** Direct

**From:** Shawnee Ryan
**Sent:** Monday, July 08, 2019 8:07 AM
**To:** Kennedy, Edmund M. ; Ringel, Andrew D. ; Amy Colony ; Tamborello, Amber ; Laurie Merrick
**Subject:** Inquiring as to due dates of my discovery requests, so far, for Dr. Mix, Hilary Victoroff and Laura Sommershield

I may be confused---please feel free to clarify:

I submitted first discovery request on Dr. Mix, on June 1st, 2019. Per Andrew, 30 days to respond.

I submitted first discovery request on Defendants Victoroff and Sommerschield on June 3, 2019. Per Amy, 30 days to respond.

Nothing in hand yet.

I think---discovery requests are not initial disclosures. So, am I inaccurate that these are overdue?

Please let me know what you need.

Thanks.

***Shawnee Ryan***
*"Success is simple. Do what's right, in the right way at the right time."*

# CDOC Exhibit F