## Laurie Merrick

**From:** Laurie Merrick
**Sent:** Thursday, July 11, 2019 1:25 PM
**To:** 'Shawnee Ryan'
**Cc:** Kennedy, Edmund M.; Ringel, Andrew D.; Tamborello, Amber; Amy Colony
**Subject:** RE: Contact information, receipt of one inaccurately addressed CD and query regarding what else you may have sent that is still pending mail service.

Ms. Ryan,

Thank you for bringing your current address to our attention. We have changed our records accordingly.

Likewise, thank you for confirming receipt of the CD postmarked June 27. As mentioned in the cover letter that accompanied the CD, the CD contains copies of the medical records received by this office from the Colorado Department of Corrections. The documents are Bates-labeled CDOC000001-5492 and, in accordance with the pending Protective Order, the documents are stamped "Confidential." The CD contains an exact duplicate of the medical records – in their entirety- that we received from CDOC.

You now have a copy of everything that we have received from CDOC. The CD postmarked June 27, along with the documents emailed to you on July 8 in three emails (Ms. Sommerschield's CVs, certification, CDOC case file and CDOC grievances. Bates labeled CDOC005492-6245 and marked "Confidential" pursuant to the Protective Order), are all of the documents that we have received from CDOC as of today.

Regards,

*Laurie Merrick*
Paralegal II
Colorado Department of Law
Office of the Attorney General
Civil Litigation & Employment Law / Tort Unit
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203
Direct: 720-508-6626
Email: laurie.merrick@coag.gov

**From:** Shawnee Ryan
**Sent:** Thursday, July 11, 2019 9:10 AM
**To:** Amy Colony ; Laurie Merrick
**Cc:** Kennedy, Edmund M. ; Ringel, Andrew D. ; Tamborello, Amber
**Subject:** Contact information, receipt of one inaccurately addressed CD and query regarding what else you may have sent that is still pending mail service.

Amy,

1

**CDOC Exhibit G**

The court (just checked), Hall and Evans, all discoverable disclosures on my list, my certificates of service, CMECF and other parties involved in the case from my end; all correctly list my mail box as "#189". Not "#349". Contact information changed 2 months ago.

I have received, as of July 10th, 2019, only one CD with a postmark of June 27th, 2019. Which, is missing numerous items from the subpoena list.

And Laurie's (3) emails (no numbering, no identification (except what I recognize from my own life) and, with the exception of the medical grievances specific to the contained charges of Hilary and Laura that you are dealing with should not be in your hands at all. And, since all of it should be in Hall and Evans hands because their scope contains punitive loss, suffering damages; the sensitive and confidential portions (LSI interviews, mental health, security classifications, etc.) should have been labeled, per the protective order, as "confidential". There are some areas that I should have been allowed (and would have handled properly if dealing direct with CDOC via subpoena) to classify as court/"in-camera". Further, as with the CD, there are numerous subpoena requested items missing.

1. Please confirm a correction to my mailing address within your files.

2. Is there anything else that you have coming from CDOC to me, via email (or) USPS (or any other delivery carrier)? If so, where did you send it and on what date?

*Shawnee Ryan*
*"Success is simple. Do what's right, in the right way at the right time."*

**CDOC Exhibit G**