| | |
|---|---|
| From: | Amy Colony |
| To: | "Shawnee Ryan" |
| Cc: | "Kennedy, Edmund M."; Ringel, Andrew D.; Tamborello, Amber; Laurie Merrick |
| Subject: | CHP Contract |
| Date: | Thursday, September 5, 2019 5:19:19 PM |
| Attachments: | CDOC006264-6378 CONF Contract between CHP and CDOC.pdf |

Amy Colony
Senior Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
**(720) 508-6615** Direct

CDOC Exhibit H

| | |
|---|---|
| From: | Amy Colony |
| To: | "Shawnee Ryan" |
| Cc: | "Kennedy, Edmund M."; Ringel, Andrew D.; Tamborello, Amber; Laurie Merrick |
| Subject: | Clinical Standards |
| Date: | Thursday, September 5, 2019 5:20:06 PM |
| Attachments: | CDOC006379-6477 CONF Clinical Stds.pdf |

Amy Colony
Senior Assistant Attorney General
Colorado Department of Law
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, Colorado 80203
**(720) 508-6615** Direct

CDOC Exhibit H