*Admit for OUTPACE*

# Medical Center of Aurora
### 1501 South Potomac, Aurora, Colorado 80012   (303) 695-2600

## IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#:E40008305464

UNIT RCRD #:E0011-70450
UNIV RCRD #:E652448

ROOM/BED:E.526-1         ADM DATE:01/26/17       ADM TIME:1621     FIN CLASS:11
PT. TYPE:ADM IN          LAST DC DATE:11/06/14   LOCATION(S):E.5MO

## PATIENT INFORMATION

NAME: RYAN,SHAWNEE KU
STREET: 10900 SMITH ROAD
STREET:
C/S/ZP: DENVER,CO 80239
PHONE#: (719)583-5843     CNTY/RES: DEN
EMAIL: DECLINED

OTHER NAME: RYAN,SHAWNEE K
DOB: 03/11/1957  SS#: xxx-xx-6648
AGE: 59        RACE: White
SEX: F    MAR STATUS: S
REL: NONE CONFIRMED WIT

## SPOUSE/MOR/COMPANION
DWCF,FACILITY
10900 SMITH ROAD
DENVER,CO 80239
(719)583-5843     RELTN: OT
WORK PH:

## PERSON TO NOTIFY
DWCF,FACILITY
10900 SMITH ROAD
DENVER,CO 80239
(719)583-5843     RELTN: OT
WORK PH:

## PATIENT EMPLOYER
UNEMPLOYED
UNKNOWN

UNKNOWN,CO 99999
(999)999-9999     OCC: INMATE

## GUARANTOR
DWCF,FACILITY
10900 SMITH ROAD

DENVER,CO 80239
(719)583-5843     RELTN: OT

## GUARANTOR EMPLOYER
UNKNOWN
UNKNOWN
UNKNOWN,CO 99999
(000)000-0000

## SUBSCRIBER
RYAN,SHAWNEE K                  DOB: 03/11/57
UNEMPLOYED
RELTN: SA
UNEMPLOYED                      EMP STS: N

## INSURANCE INFORMATION

PRIMARY INSURANCE - 1CDOCPHP      SECOND INSURANCE -        THIRD INSURANCE -
PHP CO DEPT OF CORRECTIONS
PO BOX 1738
DENVER
CO 80201-1738
POLICY #:159496            POLICY #:              POLICY #:
COVERAGE #:NONE            COVERAGE #:            COVERAGE #:
INS PHONE #:(303)605-1500  INS PHONE #:           INS PHONE #:
GRP#/AUTH#:99999/          GRP#/AUTH#:/           GRP#/AUTH#:/

## ACCIDENT/OTHER INFORMATION
ACCIDENT DATE:          TIME:        PLACE:
ARRIVAL MODE:                         ACC DES:

## PHYSICIAN INFORMATION/DOCUMENTATION
ADM:PATARY    Patel,Arjune Yashvinkumar   MD   PMY:.DNK      DOES NOT KNOW
              (303)745-0000
ATT:PATARY    Patel,Arjune Yashvinkumar   MD   FMY:
              (303)745-0000                     ER:
OTHER 1:Patel,Arjune Yashvinkumar   MD         OTHER 2:
REASON FOR VISIT/CHIEF COMPL:MULTIPLE MYELOMA

PRINCIPAL DIAGNOSIS:

PRINCIPAL OPERATION/PROCEDURE:

CONSULTATIONS:
PHYSICIAN SIGNATURE/DATE:

| FOR MR USE ONLY | | |
|---|---|---|
| Assembly | [ ] | ___ |
| Analysis | [ ] | ___ |
| Coding | [ ] | ___ |
| Printed | [ ] | ___ |
| Final Check | [ ] | ___ |

COMMENTS: ML
PRT BY:RSC.E.MXL   ON:01/26/17 ADM SRC:CR ADM PRI:UR DC DATE:
    *FACE*              Unit#E001170450

ADVANCE DIRECTIVE:
TIME:     DISPO:
ACCT#E40008305464

```
RUN DATE: 02/23/17                    COLUMBIA MED CTR OF AURORA **LIVE**                    PAGE 1
RUN TIME: 0440                                 CODING SUMMARY
RUN USER: HPF.FEED


NAME:  RYAN,SHAWNEE KU
                                          ACCT#:      E40008305464
                                          FORM#:
     ADM DATE: 01/26/17  1621
  ATTEND PHYS: Patel,Arjune Yashvinkumar  MD     UNIT#:      E001170450
    DIS DT/TM: 02/03/17  1235                     SEX:       F
    DIS DISP: LAW ENFORCEMENT/COURT       21      AGE:       59
         LOS: :             8                     DOB:       03/11/57
    PT CLASS: IN.OTH                              FIN CLASS:  11
                                                 ABS STATUS: FINAL
DIAGNOSES
ADMIT DX     C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION          POA INDICATOR   CODESET
                                                                                                ICD10
REASON FOR VISIT DX

PRIMARY CODESET
PRINC DX     Z51.11      ENCOUNTER FOR ANTINEOPLASTIC CHEMOTHERAPY                       E       ICD10
OTHER DX     D61.810     ANTINEOPLASTIC CHEMOTHERAPY INDUCED PANCYTOPENIA               Y       ICD10
             C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION                 Y       ICD10
             N18.4       CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)                       Y       ICD10
             E87.0       HYPEROSMOLALITY AND HYPERNATREMIA                              Y       ICD10
             G62.9       POLYNEUROPATHY, UNSPECIFIED                                    Y       ICD10
             M35.00      SICCA SYNDROME, UNSPECIFIED                                    Y       ICD10
             F41.8       OTHER SPECIFIED ANXIETY DISORDERS                             Y       ICD10
             I12.9       HYPERTENSIVE CHRONIC KIDNEY DISEASE W STG 1-4/UNSP CHR KDNY    Y       ICD10
             D63.0       ANEMIA IN NEOPLASTIC DISEASE                                   Y       ICD10
             E87.6       HYPOKALEMIA                                                    Y       ICD10
             K86.89      OTHER SPECIFIED DISEASES OF PANCREAS                           Y       ICD10
             M85.80      OTH DISRD OF BONE DENSITY AND STRUCTURE, UNSPECIFIED SITE      Y       ICD10
             D72.819     DECREASED WHITE BLOOD CELL COUNT, UNSPECIFIED                  Y       ICD10
             Z90.710     ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS                     E       ICD10
             Z90.49      ACQUIRED ABSENCE OF OTHER SPECIFIED PARTS OF DIGESTIVE TRACT   E       ICD10

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET
DATE         PROC CODE & NAME                  SURGEON          ANESTHESIOLOGIST
01/26/17    3E03305    INTRODUCE OTH ANTINEOPLASTIC I   Patel,Arjune Ya                      ICD10
OTHER CODESET

PRIMARY CODESET
DRG I-10      846    CHEMOTHERAPY W/O ACUTE LEUKEMIA AS SECONDARY DIAGNOSIS
OTHER CODESET
DRG I-9


STATUS      $REIMB       MIN-LOS     STD-LOS      COST WT     GRP VERS     GRP PC
  F        13262.21                     5.6        2.2853       34          11
```

```
RUN DATE: 02/23/17
RUN TIME: 0440                    COLUMBIA MED CTR OF AURORA **LIVE**                    PAGE 2
RUN USER: HPF.FEED                         CODING SUMMARY

NAME:  RYAN,SHAWNEE KU
                                      ACCT#:        E40008305464
                                      FORM:
    ADM DATE:  01/26/17  1621
 ATTEND PHYS:  Patel,Arjune Yashvinkumar  MD   UNIT#:     E001170450
   DIS DT/TM:  02/03/17  1235            SEX:       F
    DIS DISP:  LAW ENFORCEMENT/COURT    21  AGE:        59
         LOS:  :          8             DOB:        03/11/57
    PT CLASS:  IN.OTH                   FIN CLASS:  11
                                      ABS STATUS:  FINAL

DRG STATUS DATE: 02/22/17              ABS STATUS DATE: 02/22/17
CODER: 1FSBRU7746                      ABSTRACTOR: 1FSBRU7746
```

**This form will be maintained as a permanent part of the medical record**

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:   Patel,Arjune Yashvinkumar  MD

DISCHARGE SUMMARY
REPORT#:0203-0389   REPORT STATUS: Signed

ADMISSION DATE: 01/26/2017
DISCHARGE DATE: 02/03/2017

ONCOLOGY:
Dr. Burke.

DISCHARGE DIAGNOSES:
1. Multiple myeloma.
2. Hypertension.
3. Neuropathy.
4. Sjogren syndrome.
5. Depression and anxiety.
6. Pancreatic insufficiency.

HOSPITAL COURSE:
1. Multiple myeloma.  The patient was directly admitted for chemotherapy.
   Per Dr. Burke, the patient tolerated therapy very well.  She will
   continue to have blood work monitor and follow up with Dr. Burke.
2. Chronic kidney disease.  The patient's creatinine is at her baseline
   around 1.6.
3. Hypokalemia, repleted.
4. Hypertension, well controlled.
5. Anemia secondary to her multiple myeloma.  The patient's hematocrit is
   stable.  No need for transfusion at this admission.
6. Pancreatic insufficiency.  The patient was continued on pancreatic
   enzymes with each meal.

DISCHARGE MEDICATIONS:
1. Lasix 20 mg p.o. daily.
2. Potassium 20 mEq p.o. daily.
3. Protonix 20 mg p.o. daily.
4. Iron sulfate 325 mg p.o. daily.
5. Tylenol 1000 mg p.o. daily.
6. Calcium carbonate 1 tab p.o. b.i.d.
7. Imitrex 50 mg p.o. once p.r.n. for migraine headache.
8. Benadryl 25 mg b.i.d. as needed for anxiety.

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:  Patel,Arjune Yashvinkumar  MD

CONSULTATION
REPORT#:0127-0097   REPORT STATUS: Signed

MEDICAL ONCOLOGY CONSULTATION

ADMISSION DATE: 01/26/2017
CONSULTATION DATE: 01/27/2017

REFERRING PHYSICIAN: Daniel Joseph Burke, MD

REASON FOR CONSULTATION:
Multiple myeloma.

HISTORY OF PRESENT ILLNESS:
Ms. Ryan is a 59-year-old woman with lambda light chain producing multiple
myeloma, who is being admitted to the hospital for chemotherapy with D-PACE.
Dr. Patel has requested that we see her in consultation. The patient is well
known to me and was admitted from my clinic. The history was obtained from a
discussion with her and review of her chart.

She was initially diagnosed with multiple myeloma in late 2003. Her bone
marrow examination demonstrated 90% monoclonal plasma cells. A FISH panel
demonstrated gain of 1q21 sequences and a translocation between chromosomes 11
and 14 among other abnormalities. Imaging studies showed an L2 compression
fracture and diffuse osteopenia. In April 2014, she initiated therapy with
lenalidomide, bortezomib, and dexamethasone. She achieved a partial remission
with reduction in her marrow plasma cells down to 5%. She was unable to get
an initial transplantation. Subsequently, we changed her regimen to
carfilzomib, lenalidomide, and dexamethasone and she has been on that for some
time. Initially, she received a partial response, but more recently, her
lambda light chain levels have been rising. She was recently seen at Colorado
blood Cancer Institute and re-evaluated for possibility of transplantation.
The decision was made as a team for us to stop the current regimen and try DT-
PACE therapy in order to get her going in the right direction. The plan will
then be to pursue an autologous stem cell transplantation. Therefore, she is
now being admitted for that treatment. The thalidomide has been ordered for
delivery to the Department of Corrections.

PAST MEDICAL HISTORY:

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

1. DVT in November 2014.
2. Shingles in late 2014.
3. Gestational diabetes.
4. Hypertension.
5. Heart murmur.
6. Sjogren syndrome.
7. Status post wrist surgery.
8. Status post partial hysterectomy.
9. Status post 5 left knee surgeries.
10. Status post appendectomy.
11. Status post tonsillectomy.
12. Status post 2 sinus surgeries in 2001.
13. Diarrhea while on treatment.  We have tried Creon to help and she feels that is helping.
14. Pancytopenia from chemotherapy treatment.

ALLERGIES:
SHE TOLERATES NARCOTICS POORLY.  ACE INHIBITORS ALSO.

CURRENT HOSPITAL MEDICATIONS:
1. Aspirin 81 mg daily.
2. Enoxaparin 40 mg daily.
3. Ferrous sulfate.
4. Furosemide.
5. Loperamide.
6. Pancrelipase.
7. Pantoprazole.
8. Potassium.

SOCIAL HISTORY:
She lives in the Department of Corrections.  She has never been a smoker.  She does not drink alcohol.  She does not use drugs.  She has no history of chemical exposures.

REVIEW OF SYSTEMS:
Positive for postnasal drip, diarrhea now about once per day, chronic nausea and some vomiting, and left upper back pain worse with deep inspiration.  This has been going on for some time now.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 99.3, pulse is 70, respirations 20, BP 103/54, O2 saturation 91% on room air.
GENERAL:  Well-appearing woman, lying in bed, in no distress.
RESPIRATORY:  Lungs are clear to auscultation bilaterally.
CARDIOVASCULAR:  Regular rate and rhythm without murmurs, rubs, or gallops.  No peripheral edema.
ABDOMEN:  Bowel sounds positive.  Soft, nontender, nondistended.  No hepatosplenomegaly.
NEUROLOGIC:  She is awake and alert and can move all of her extremities.
PSYCHIATRIC:  Orientation, affect, judgment, insight, memory are all intact.

DATA REVIEW:
WBC 2.3, hemoglobin 9.2, platelets 126, ANC 1.2.  Complete metabolic panel notable for potassium 3.1, creatinine 1.56.

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

John McEvoy Burke, MD

Electronically Signed by John McEvoy Burke, MD on 02/22/17 at 0650

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

## Patient Valuables and Belongings List

*Pg. 14*
*#Discharged Clarify*
*2/3/17*

E40008305464

Valuables Bag #: _____

| Items | Description | Disposition | Disposition |
|---|---|---|---|
| | | B-Box · S-Security · P-Patient · F-Family | At Discharge |
| **VALUABLES** | | | |
| Jewelry - place with security or mark refused | | | |
| Ring(s) | | B  S  P  F | S  P  F |
| Necklace(s) | | B  S  P  F | S  P  F |
| Bracelet(s) | | B  S  P  F | S  P  F |
| Earring(s) | | B  S  P  F | S  P  F |
| Watch | | B  S  P  F | S  P  F |
| Purse / Wallet | | B  S  P  F | S  P  F |
| Money: Amount $ _____ | | B  S  P  F | S  P  F |
| Checkbook | | B  S  P  F | S  P  F |
| Credit Card(s) | | B  S  P  F | S  P  F |
| ATM Card / Debit Card | | B  S  P  F | S  P  F |
| Drivers License/Social Security Card | | B  S  P  F | S  P  F |
| **BELONGINGS** | | | |
| Glasses | | B  S  P  F | S  P  F |
| Contacts:   Right   Left | | B  S  P  F | S  P  F |
| Dentures:   Upper   Lower | | B  S  P  F | S  P  F |
| Bridge:   Upper   Lower | | B  S  P  F | S  P  F |
| Hearing Aide(s):   Right   Left | | B  S  P  F | S  P  F |
| Clothing: | bra, clothes, shoes | B  S  P  F | S  P  F |
| | | S  P  F | S  P  F |
| | | S  P  F | S  P  F |
| Cane / Crutches  *(use tags)* | | S  P  F | S  P  F |
| Wheel Chair / Walker  *(use tags)* | | S  P  F | S  P  F |
| Brace / Artificial Limb | | S  P  F | S  P  F |
| Cell Phone / Charger | | S  P  F | S  P  F |
| Electronics / Charger | | B  S  P  F | S  P  F |
| Other Belongings | wrist brace | B  S  P  F | S  P  F |
| **MEDICATIONS** | | | |
| Medication(s) - send home or to pharmacy | See Pharmacy Listing | home / pharmacy | home / pharmacy |
| To Pharmacy: | Pharmacy Staff Signature  3/4 ID _____ | Date: _____ | Time: _____ |
| Returned by: | Pharmacy Staff Signature  3/4 ID _____ | Date: _____ | Time: _____ |

The above list contains all valuables/belongings I have with me.                    Initials _____
I have been advised to send valuables home with family/friend.
I have been given the opportunity to lock up my valuables ☑   I have declined to lock up my valuables ☑

By signing below I release TMCA from any liability for lost valuables/belongings not locked up by security.

On Admission - Staff Signature: x_DMmonee_____   3/4 ID ____   Unit: EHU   Date: 1/26/17   Time: 1700
On Admission - Patient Signature: _____   3/4 ID ____   Unit ____   Date: _____   Time: _____
At Discharge - Staff Signature: _____   3/4 ID ____   Unit ____   Date: 2-3-17   Time: 11:54am
At Discharge - Patient Signature: _____   3/4 ID ____   Unit ____   Date: 2/3/17   Time: 11:57am

Health The Medical Center of Aurora
Centennial Medical Plaza
Patient Belongings List

RYAN, SHAWNEE KU
E40008305464  ADM IN        E.526-1
01/26/17   Patel,Arjune Yashvinkumar
DOB: 03/11/57   59   F MRN: E001170450

*ADMINS* MR0225v042313.1

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0203-0037   REPORT STATUS: Signed
DATE:02/03/17 TIME: 0600

*Pg 15
*Discharge 2/3/17
from Aurora South

PATIENT: RYAN,SHAWNEE KU          UNIT #: E001170450
ACCOUNT#: E40008305464           ROOM/BED: E.526-1
DOB: 03/11/57  AGE: 59    SEX: F   ATTEND: Patel,Arjune
Yashvinkumar   MD
ADM DT: 01/26/17                  AUTHOR: Burke,John McEvoy
MD

* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Feels well.
Achy after Neulasta, but not serious pain.
No n, v, cough, sob, other c/o.
Feels ready for discharge to DRDC Infirmary.

## Objective

## Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|------|
| 02/02-02/03 | 96.2-98.2 | 79-93 | 15-20 | 87-113/51-64 | 92-98 | |

Last Documented:

| | Result | Date Time |
|------|--------|-----------|
| Pulse Ox | 94 | 02/03 0447 |
| B/P | 102/58 | 02/03 0447 |
| Temp | 97.4 | 02/03 0447 |
| Pulse | 79 | 02/03 0447 |
| Resp | 20 | 02/03 0447 |
| O2 Delivery | Room air | 02/02 1810 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented, no acute distress
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound

Page 1 of 4

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*Pg. 1Ra*
*Discharge 2/3*
*Aurora South*

**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** no rash, pale
**Psychiatry:** normal affect, normal judgment/insight

## Current Medications
**Medications:**
Active Meds + DC'd Last 24 Hrs
Pegfilgrastim  6 MG   ONCE ONE   SUBQ   (DC)
Pegfilgrastim  6 MG   ONCE ONE   SUBQ   (DC)
Loperamide HCl  2 MG   Q4H PRN PRN   PO
Furosemide  60 MG   DAILY   PO
Sodium Chloride  1,000 ML  .Q10H  IV   (DC)
Diphenhydramine HCl  25 MG   Q6H PRN PRN   PO
Promethazine HCl  12.5 MG   Q6H PRN PRN  IV
Acetaminophen  650 MG   Q6H PRN PRN   PO
Pantoprazole Sodium Sesquihydrate   40 MG   DAILY@16   PO
Potassium Chloride  20 MEQ   BID   PO
Pancrelipase  2 EA   C MEALS   PO   (CKD)
Enoxaparin Sodium  40 MG   Q24H   SUBQ
Ferrous Sulfate  325 MG   DAILY PRN PRN   PO

## Treatment & Prophylaxis

## Treatment & Prophylaxis
**VTE Prophylaxis**
  **VTE Prophylaxis initiated:** Yes
**Other:**
**Laboratory Tests:**

|  | 02/03 0532 | 02/02 0613 |
|---|---|---|
| Chemistry |  |  |
| Sodium (136 - 145 mmol/L) |  | 144 |
| Potassium (3.5 - 5.1 mmol/L) |  | 4.1 |
| Chloride (98 - 107 mmol/L) |  | 113 H |
| Carbon Dioxide (21 - 32 mmol/L) |  | 22 |
| Anion Gap (5.0 - 15.0 mmol/L) |  | 9.0 |
| BUN (7 - 18 mg/dL) |  | 28 H |
| Creatinine (0.600 - 1.30 mg/dL) |  | 1.25 |

Page 2 of 4

CONFIDENTIAL

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

| | 2/3 cont. | 2/2 cont. |
|---|---|---|
| Est GFR (African Amer) (>or=60 UNITS) | | 53 L |
| Est GFR (Non-Af Amer) (>or=60 UNITS) | | 44 L |
| Random Glucose (74 - 106 mg/dL) | | 74 |
| Calcium (8.5 - 10.1 mg/dL) | | 7.2 L |
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 3.9 L | 2.1 L |
| RBC (4.00 - 5.40 10*6/uL) | 2.89 L | 2.80 L |
| Hgb (11.5 - 15.8 g/dL) | 10.2 L | 9.8 L |
| Hct (35.0 - 47.0 %) | 29.4 L | 29.0 L |
| MCV (79.0 - 98.0 fl) | 101.8 H | 103.3 H |
| MCH (25.0 - 34.0 pg) | 35.2 H | 34.8 H |
| MCHC (31.0 - 36.0 g/dL) | 34.6 | 33.7 |
| RDW Std Deviation (39 - 47 fL) | 51.6 H | 53.8 H |
| RDW Coeff of Var (11.5 - 14.5 %) | 14.3 | 14.7 H |
| Plt Count (150 - 375 10*3/uL) | 126 L | 131 L |
| MPV (7.4 - 10.4 fL) | 8.9 | 8.6 |
| Neutrophils % (%) | 91.7 | 78.2 |
| Lymphocytes % (%) | 5.6 | 19.5 |
| Monocytes % (%) | 0.1 | 0.5 |
| Eosinophils % (%) | 2.4 | 1.7 |
| Basophils % (%) | 0.2 | 0.1 |
| Nucleated RBC % (%) | 0.00 | 0.20 |
| Neutrophils # (1.7 - 6.0 10*3/uL) | 3.6 | 1.6 L |
| Lymphocytes # (1.1 - 3.3 10*3/uL) | 0.2 L | 0.4 L |
| Monocytes # (0.2 - 0.9 10*3/uL) | 0.0 L | 0.0 L |
| Eosinophils # (0.1 - 0.4 10*3/uL) | 0.1 | 0.0 L |
| Basophils # (0.0 - 0.1 10*3/uL) | 0.0 | 0.0 |
| Nucleated RBCs # (10*3/uL) | 0.00 | 0.00 |

## Diagnosis, Assessment & Plan

**Free Text A&P:**

Assessment:
1. Relapsed Multiple Myeloma, on salvage DPACE.
2. Pancytopenia.
3. Edema, improved with diuresis.
5. Hypernatremia.
4. CRI, stable.
6. History of bone pain, well controlled on Tylenol. PT IS NOT ALLERGIC TO

Page 3 of 4

CONFIDENTIAL

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464
```

*Pg. 18*

*\* Aurora South*
*2/3/17 Discharge*

ACETOMINPHEN.

Plan:
- OK by me for discharge. I would suggest the DRDC Infirmary over the Women's facility.
- I believe a phone call transfer with the physician at DRDC Infirmary will be required.
- The phone number I have on file is 303-307-2304, but that may not be correct.
- My suggestions on the d/c meds: d/c enoxaparin, reduce furosemide to 20 mg/d, add granisetron 1 mg PO BID PRN, change promethazine to PO PRN.
- My suggestions on d/c labs: CBC, BMP weekly on Mondays at DRDC Infirmary.
- My suggestions on f/u: see me at RMCC in about 2 weeks.
- Please call me with questions or if I can help coordinate the transfer: 303-478-2031.

Electronically Signed by Burke,John McEvoy  MD on 02/03/17 at 0605

```
RPT #: 0203-0037
***END OF REPORT***
```

CONFIDENTIAL

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0202-0289   REPORT STATUS: Signed
DATE:02/02/17 TIME: 1104

PATIENT: RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
DOB: 03/11/57   AGE: 59      SEX: F
Yashvinkumar   MD
ADM DT: 01/26/17
Nallapareddy,Sujatha   MD

UNIT #: E001170450
ROOM/BED: E.526-1
ATTEND: Patel,Arjune

AUTHOR:

* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Pt finsihed chemo yesteday night. Feels good. no nausea, or vomting or diarrhea.

## Objective

## Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|------|
| 02/01-02/02 | 97.3-98.0 | 69-83 | 16-20 | 98-113/58-66 | 97-99 | |

Last Documented:

| | Result | Date Time |
|------|--------|-----------|
| Pulse Ox | 98 | 02/02 0853 |
| B/P | 113/64 | 02/02 0853 |
| O2 Delivery | Room air | 02/02 0853 |
| Temp | 98.0 | 02/02 0853 |
| Pulse | 83 | 02/02 0853 |
| Resp | 16 | 02/02 0853 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented
**HEENT:** normal pharynx
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound
**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech

Page 1 of 4

*Pg.20*
*to Discharge Aurora*
*South 2/3*

```
RUN DATE: 02/05/17                    MEDITECH FACILITY: COCAA
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED                                                         PAGE 48
```

```
PATIENT:   RYAN,SHAWNEE KU            A/S: 59 F        ADMIT:    01/26/17
ACCOUNT NO: E40008305464             LOC: E.5MD       DISCH/DEP: 02/03/17
                                     RM:  E.526       STATUS:   IN
ATTEND DR: Patel,Arjune Yashvinkumar MD   BD: 1       UNIT NO:  E001170450
REPORT STATUS: FINAL
```

EJ Fraction:
ACE/ARB at Discharge?
ACE/ARB Contraindications:
Other Specific Reason:

Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:

Beta Blocker at Discharge?
Beta Blocker Contraindications:

Other Specific Reason:

Antithrombotic at Discharge?
Antithrombotic Contraindications:

Other Specific Reason:

HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?

Anticoagulation Contraindications:

Other Specific Reason:

Assessed for Rehabilitation?
Reason for not ordering Rehab:

Weight Monitoring:
Other Specific Frequency:

What anticoagulation med is patient being sent home on:

List reason for medication choice:

Click the 'Ok' button or press F12 to file

```
  Order's Audit Trail of Events
1    02/03/17 0742 DR.JIAYO   Order ENTER in POM
2    02/03/17 0742 DR.JIAYO   Ordering Doctor: Jiang,Yongmei  MD
3    02/03/17 0742 DR.JIAYO   Order Source: EPOM
4    02/03/17 0742 DR.JIAYO   Signed by Jiang,Yongmei  MD
5    02/03/17 0745 ENR.TK1    order acknowledged
```

Electronically Signed by Jiang,Yongmei  MD on 02/03/17 at 0742

```
Order Date: 02/03/17
                                         —Service—
Category  Procedure Name           Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
CM        CM/SS: DC Arrangements/Pink  20170203-0002 02/03/17      R       C          CMP     JIAYO
Other Provider :            Sig Lvl Provider :
```

## PERMANENT MEDICAL RECORD COPY

CONFIDENTIAL

*Pg. 21*
*Discharge Aurora*
*South 2/13*

```
RUN DATE: 02/05/17                MEDITECH FACILITY: COCAA
RUN TIME: 0100                    IDEV - Discharge Report
RUN USER: HPF.FEED                                                    PAGE 47
```

```
PATIENT:   RYAN,SHAWNEE KU              A/S: 59 F       ADMIT:      01/26/17
ACCOUNT NO: E40008305464               LOC: E.5MO      DISCH/DEP: 02/03/17
                                       RM:  E.526      STATUS:    IN
ATTEND DR: Patel,Arjune Yashvinkumar  MD   BD:  1      UNIT NO:   E001170450
REPORT STATUS: FINAL
```

Primary Diagnosis:              multiple myloma
Secondary Diagnosis:            anemia/hypokalemia/pancreatic insufficiency/CKD stage 2
Procedures/Surgeries:           chemo
Discharge to:                   Jail
Return to Work/School:

Diet:                           Regular
Check Weight:
Activity:                       as tolerated

Return Appointments/Referrals:
PCP:
Phone:
Date:
Time:
or in:
Attend:
Phone:
on/in:

Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:

Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:

Doctor:
Phone:
on/in:
Free text for non-listed Providers

Other Provider:
Phone:
on/in:
Other Provider:
Phone:
on/in:

Follow up Lab, Procedures,       CBC/BMP check next Monday, f/u Dr. Burke in 2 weeks
Treatments:

Additional Signs/Symptoms to Notify Provider

Does patient have any of the following conditions at discharge?
                          NONE

Aspirin at Discharge?
Aspirin Contraindications:
Other Specific Reason:

## PERMANENT MEDICAL RECORD COPY

CDOC/MedCtrAur006608

*Pg. 22*
*x 2/3 Discharge Aurora*
*South*

```
RUN DATE: 02/05/17                    MEDITECH FACILITY: COCAA
RUN TIME: 0100                        IDEV - Discharge Report                    PAGE 49
RUN USER: HPF.FEED
```

```
PATIENT:  RYAN,SHAWNEE KU              A/S: 59 F        ADMIT:    01/26/17
ACCOUNT NO: E40008305464              LOC: E.5MO        DISCH/DEP: 02/03/17
                                      RM:  E.526        STATUS:   IN
ATTEND DR: Patel,Arjune Yashvinkumar MD   BD:  1        UNIT NO:  E001170450
REPORT STATUS: FINAL
```

PCP:
Phone:                          DOES NOT KNOW
Date:
Time:
or in:
Post Acute Provider:            DEPARTMENT OF CORRECTIONS
Phone:                          303-371-4804
Fax:
** ATTENTION Post Acute Provider: See attached discharge documents **

Isolation:               (Group response undefined)
EVAL/TREAT: SELECT AND SPECIFY ORDER BELOW

RN:
Additional orders/treatments:        EVAL AND TREAT
                                     PT TO RETURN TO DOC
The signing provider certifies that a face to face encounter has been

completed during this hospital visit and that the patient requires the

following level of care and is stable for discharge.

```
Order's Audit Trail of Events
1   02/03/17 0950 ECM.SAP    Order ENTER in OE
2   02/03/17 0950 ECM.SAP    Ordering Doctor: Jiang,Yongmei  MD
3   02/03/17 0950 ECM.SAP    Order Source: Plan of Care
4   02/03/17 0955 ENR.RH     order acknowledged
5   02/03/17 1016 DR.JIAYO   Signed by Jiang,Yongmei MD
```

Electronically signed by Jiang Yongmei  MD on 02/03/17 at 1016

```
Order Date: 02/03/17
                                        ─Service─
Category   Procedure Name        Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCAA  MEDICATION            20170203-1686 02/03/17  1230 R       Z       CMP        JIAYO
Other Provider :                 Sig Lvl Provider :
RX: 16403345                              X Start: 02/03/17  1230   ONE  CMP
                                          X Stop: 02/03/17   1231

    Heparin Inj (Heparin Inj)
    Dose: 500 UNITS
    Route: IV              Direction: ONCE

Order's Audit Trail of Events
1   02/03/17 1200 ENR.TK1    Order ENTER in OM
2   02/03/17 1200 ENR.TK1    Ordering Doctor: Jiang,Yongmei MD
3   02/03/17 1200 ENR.TK1    Order Source: DeptProcess/Procedur
4   02/03/17 1201 ENR.TK1    order acknowledged
5   02/03/17 1204 SYS.PDE    EDIT in PHA
6   02/03/17 1204 SYS.PDE    EDIT
7   02/03/17 1204 SYS.PDE    Edit Dr: Jiang,Yongmei MD        Edit Source: DeptProcess/Procedur
8   02/03/17 1204 SYS.PDE    FROM:
9   02/03/17 1204 SYS.PDE    START: 02/03/17-1200   STOP: 02/03/17-1201   SOFT STOP:
10  02/03/17 1204 SYS.PDE    TO:
11  02/03/17 1204 SYS.PDE    START: 02/03/17-1230   STOP: 02/03/17-1231   SOFT STOP:
12  02/03/17 1204 SYS.PDE    For: 02/03/17 - 1230
13  02/03/17 1204 SYS.PDE    VERIFIED in PHA
14  02/03/17 1204 SYS.PDE    VERIFIED
```

## PERMANENT MEDICAL RECORD COPY

*Pg. 23*

*✗ Discharge Aurora South*

*2/3*

```
RUN DATE: 02/05/17                                                              PAGE 50
RUN TIME: 0100                    MEDITECH FACILITY: COCAA
RUN USER: HPF.FEED                IDEV - Discharge Report
```

```
PATIENT:   RYAN,SHAWNEE KU              A/S: 59 F        ADMIT:     01/26/17
ACCOUNT NO: E40008305464               LOC: E.5MO       DISCH/DEP: 02/03/17
                                       RM:  E.526       STATUS:    IN
ATTEND DR: Patel,Arjune Yashvinkumar  MD   BD: 1        UNIT NO:   E001170450
REPORT STATUS: FINAL
```

```
15   02/03/17 1204 SYS.PDE    Edit Dr: Jiang,Yongmei  MD
16   02/03/17 1208 ENR.RH     order acknowledged           Edit Source: DeptProcess/Procedur
17   02/03/17 1231 SCHEDULER  DISCONTINUE in PHA
```

```
** IDEV END OF REPORT **
```

# PERMANENT MEDICAL RECORD COPY

## CONSENT FOR CHEMOTHERAPY

*pg. 24*

*Discharge Aurora South 2/3/17*

Patient: *Shawnee Ryan*

Chemotherapy Treatment: *Dexamethasone, cisplatin, cyclophosphamide, etoposide, doxorubicin*

Anticipated Duration of Treatment: *5 days*

Diagnosis or Reason for Treatment: *Myeloma*

Dr. *Burke* has discussed with me, to my satisfaction, my Diagnosis or reason for Treatment and the Recommended Chemotherapy Treatment (Treatment), including its intended purpose and benefits, the likelihood of the treatment achieving my goals, the probability of success, the treatment's risks, alternatives to the treatment, including the risks, benefits and side effects of alternatives and the risks and benefits related to not receiving the proposed care, treatment, and services.

In that discussion, I received information, including written information, regarding possible risks. I understand that these risks of the Treatment include, but are not limited to, the following serious potential side effects:

| | | | |
|---|---|---|---|
| Low Blood Counts | Bleeding | Infection | Infertility/Sterility |
| Nausea and Vomiting | Diarrhea | Sores of the mouth and GI tract | Hair Loss |
| Life threatening complications/ death | Serious allergic-type reaction to the drug | Possible tissue damage if these drugs accidently leak into the tissue around the vein | Anemia causing weakness / Shortness of Breath |
| Periods of forgetfulness | Constipation | Dizziness | Fatigue |
| Hearing Loss | Loss of Appetite | Menopausal symptoms | Menstrual Irregularities |
| Permanent numbness or tingling in extremities | Skin and nail darkening | Skin/eye/light sensitivity | Skin rash |
| Skin Ulceration at injection site | Visual changes | Weight gain or loss | Heart damage |
| | Liver damage | Kidney damage | Lung damage |

Other potential complications: _____

In signing this consent, I agree that the above-referenced discussion has occurred to my satisfaction, and that all my questions have been answered.

I hereby expressly authorize and consent for my physician, his or her designee, and my nurse to administer the Treatment to me. I understand that I may change my mind about receiving the Treatment, and may revoke this authorization and Consent at any time and in any manner.

I also agree that, to the best of my ability, I will fully comply with all instructions given to me by my physician, his or her designee, and my nurse regarding the Treatment and will inform them immediately if I believe I have any of the following symptoms:

Temperature greater than 100.5       Significant fatigue       Bleeding       Chest pain/discomfort
Shortness of Breath       Uncontrolled vomiting       Persistent Diarrhea       Dizziness upon standing

Signature: _____       Date: *1-27-17*   Time: *6:30 am*
        Patient or responsible party

I have explained the procedure to the patient. I have also discussed what the procedure is likely to involve, the benefits and risks of treatment, any available alternative treatments (including the treatment) and any particular concerns of this patient.

Date: *1/27/17*   Time: *0410*   Physician Signature: *J Burke*

Physician Printed Name: *Burke*

**Health** The Medical Center of Aurora

**Consent for Chemotherapy**

*TREAT*   MR0733v070115.1

RYAN, SHAWNEE KU
E40000305464  ADH IN       E.526-1
01/26/17       Patel,Arjune Yashvinkumar
DOB: 03/11/57   59       F KR# E001170450

Page 1 of 1

E40008305464

*(handwritten: Pg. 25   # 213   Discharge   Aurora South)*

```
RUN DATE: 02/04/17        THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 1
RUN TIME: 0202        1500 S. POTOMAC ST.    AURORA, COLO. 80012  (303)695-2653
RUN USER: LABBKGJOB       HPF LAB Discharge Summary Report w/o Pathology
```

PATIENT: RYAN,SHAWNEE KU     ACCT #: E40008305464  LOC: E.5HO    U #: E001170450
REG DR: Patel,Arjune Yashvinkum    AGE/SX: 59/F    ROOM: E.526    REG: 01/26/17
     STATUS: DIS IN    BED: 1    DIS: 02/03/17

**************************************** HEMATOLOGY ****************************************

| Day | 9 | | 8 | | 7 | | 6 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | FEB 3 | | FEB 2 | | FEB 1 | | JAN 31 | | | |
| Time | 0532 | | 0613 | | 0530 | | 0600 | | | |
| WBC | 3.9 | L | 2.1 | L | 2.6 | L | 3.0 | L | (4.0-11.0) | 10*3uL |
| RBC | 2.89 | L | 2.80 | L | 2.78 | L | 2.49 | L | (4.00-5.40) | 10*6/uL |
| HGB | 10.2 | L | 9.8 | L | 9.7 | L | 8.7 | L | (11.5-15.8) | g/dL |
| HCT | 29.4 | L | 29.0 | L | 28.4 | L | 26.0 | L | (35.0-47.0) | % |
| MCV | 101.8 | H | 103.3 | H | 102.4 | H | 104.4 | H | (79.0-98.0) | fl |
| MCH | 35.2 | H | 34.8 | H | 35.1 | H | 104.4 | H | (25.0-34.0) | pg |
| MCHC | 34.6 | | 33.7 | | 34.2 | | 34.9 | | (31.0-36.0) | g/dL |
| RDW | 14.3 | | 14.7 | H | 14.9 | H | 15.0 | H | (11.5-14.5) | % |
| RDW-SD | 51.6 | H | 53.8 | H | 54.3 | H | 56.4 | H | (39-47) | fL |
| PLT | 126 | L | 131 | L | 137 | L | 124 | L | (150-375) | 10*3/uL |
| MPV | 8.9 | | 8.6 | | 9.0 | | 9.0 | | (7.4-10.4) | fL |
| NE% | 91.7 | | 78.2 | | 84.6 | | 76.7 | | | % |
| LYMPH % | 5.6 | | 19.5 | | | | 8.5 | | | % |
| MONO % | 0.1 | | 0.5 | | 6.4 | | 14.8 | | | % |
| EOS % | 2.4 | | 1.7 | | 0.0 | | | | | % |
| BASO % | 0.2 | | 0.1 | | 0.2 | | 0.0 | | | % |
| NRBC% | 0.00 | | 0.20 | | | | 0.00 | | | % |
| NE# | 3.6 | | 1.6 | L | 2.2 | | 2.3 | | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 | L | 0.4 | L | 0.2 | L | 0.3 | L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.0 | L | 0.0 | L | 0.2 | | 0.4 | | (0.2-0.9) | 10*3/uL |
| EOS # | 0.1 | | 0.0 | L | 0.0 | L | 0.0 | L | (0.1-0.4) | 10*3/uL |
| BASO # | 0.0 | | 0.0 | | 0.0 | | 0.0 | | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | | 0.00 | | 0.00 | | 0.00 | | (0.0-0.1) | 10*3/uL |

| Day | 5 | | 4 | | 3 | | 2 | | Reference | Units |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | JAN 30 | | JAN 29 | | JAN 28 | | JAN 27 | | | |
| Time | 0330 | | 0535 | | 0456 | | 0540 | | | |
| WBC | 3.1 | L | 1.9 | L | 2.4 | L | 2.3 | L | (4.0-11.0) | 10*3uL |
| RBC | 2.59 | L | 2.61 | L | 2.69 | L | 2.62 | L | (4.00-5.40) | 10*6/uL |
| HGB | 9.0 | L | 9.3 | L | 9.5 | L | 9.2 | L | (11.5-15.8) | g/dL |
| HCT | 27.0 | L | 26.7 | L | 27.5 | L | 26.8 | L | (35.0-47.0) | % |
| MCV | 104.1 | H | 102.2 | H | 102.2 | H | 102.5 | H | (79.0-98.0) | fl |
| MCH | 34.6 | H | 35.7 | H | 35.4 | H | 35.0 | H | (25.0-34.0) | pg |
| MCHC | 33.3 | | 34.9 | | 34.7 | | 34.2 | | (31.0-36.0) | g/dL |
| RDW | 15.2 | H | 15.1 | H | 15.0 | H | 14.9 | H | (11.5-14.5) | % |
| RDW-SD | 56.0 | H | 54.3 | H | 54.7 | H | 53.4 | H | (39-47) | fL |
| PLT | 152 | | 144 | L | 148 | L | 126 | L | (150-375) | 10*3/uL |
| MPV | 9.1 | | 8.9 | | 8.7 | | 9.7 | | (7.4-10.4) | fL |
| NE% | 84.1 | | 85.5 | | 39.8 | | 50.3 | | | % |
| LYMPH % | 5.7 | | 11.5 | | 34.9 | | 27.3 | | | % |
| MONO % | 10.1 | | 2.5 | | 19.7 | | 19.0 | | | % |
| EOS % | 0.0 | | 0.1 | | 3.9 | | 2.0 | | | % |
| BASO % | 0.1 | | 0.4 | | 1.7 | | 1.4 | | | % |
| NRBC% | 0.00 | | 0.00 | | 0.10 | | 0.10 | | | % |

Patient: RYAN,SHAWNEE KU      Age/Sex: 59/F     Acct#E40008305464 Unit#E001170450

RUN DATE: 02/04/17          THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 2
RUN TIME: 0202       1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB        HPF LAB Discharge Summary Report w/o Pathology

Patient: RYAN,SHAWNEE KU              #E40008305464     (Continued)

*** HEMATOLOGY *** (CONTINUED)

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | Reference | Units |
| Time | 0330 | 0535 | 0456 | 0540 | | |
| NE# | 2.6 | 1.7 | 0.9 L | 1.2 L | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 L | 0.2 L | 0.8 L | 0.6 L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.3 | 0.0 L | 0.5 | 0.4 | (0.2-0.9) | 10*3/uL |
| EOS # | 0.0 L | 0.0 L | 0.1 | 0.0 L | (0.1-0.4) | 10*3/uL |
| BASO # | 0.0 | 0.0 | 0.0 | 0.0 | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | 0.00 | 0.00 | 0.00 | | 10*3/uL |
| RBC MORPHOLOGY | | (A) | (B) | | (NORMAL) | |

    (A)   OVALOCYTES PRESENT
    (B)   HYPOCHROMASIA

WBC MORPHOLOGY          (C)      (D)              (NORMAL)

    (C)   REVIEWED BY TECH
    (D)   NEUTROPENIA

PLT MORPHOLOGY          (E)      (F)              (ADEQUATE)

    (E)   DECREASED
    (F)   ADEQUATE

PATH REVIEW                      (G)

    (G)   SEE COMMENT
          Peripheral Smear Report
          Clinical History: Multiple myeloma, undergone
          chemotherapeutic treatments

          Macrocytic anemia; raising a differential that includes
          B12/folate deficit, alcohol use, effects of chemotherapy, or
          multifactoral etiology.
          Scattered tear forms are noted, suggestive of marrow
          fibrosis.
          Reticulocytes noted, consistent with recovery effect.
          Leukopenia due to low normal absolute counts for more than
          one subset.
          Cells are mature.
          Macrocytic anemia;
          Thrombocytopenia.
          No schistocytes seen.

          (Lezlee Pasche, MD, 85060)

Patient: RYAN,SHAWNEE KU        Age/Sex: 59/F     Acct#E40008305464 Unit#E001170450

```
RUN DATE: 02/04/17          THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 3
RUN TIME: 0202      1500 S. POTOMAC ST.    AURORA, COLO. 80012    (303)695-2653
RUN USER: LABBKGJOB         HPF LAB Discharge Summary Report w/o Pathology
```

Patient: RYAN,SHAWNEE KU           #E40008305464      (Continued)

```
                       *** HEMATOLOGY *** (CONTINUED)
```

| | Day | 1 | | |
| | Date | JAN 26 | | |
| | Time | 1852 | Reference | Units |
|---|---|---|---|---|
| WBC | 3.2 | L | (4.0-11.0) | 10*3uL |
| RBC | 2.94 | L | (4.00-5.40) | 10*6/uL |
| HGB | 10.3 | L | (11.5-15.8) | g/dL |
| HCT | 29.8 | L | (35.0-47.0) | % |
| MCV | 101.5 | H | (79.0-98.0) | fl |
| MCH | 35.1 | H | (25.0-34.0) | pg |
| MCHC | 34.6 | | (31.0-36.0) | g/dL |
| RDW | 15.0 | H | (11.5-14.5) | % |
| RDW-SD | 54.3 | H | (39-47) | fL |
| PLT | 144 | L | (150-375) | 10*3/uL |
| MPV | 9.2 | | (7.4-10.4) | fL |
| NE% | 51.5 | | | % |
| LYMPH % | 28.0 | | | % |
| MONO % | 16.8 | | | % |
| EOS % | 1.8 | | | % |
| BASO % | 1.9 | | | % |
| NRBC% | 0.00 | | | % |
| NE# | 1.6 | L | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.9 | L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.5 | | (0.2-0.9) | 10*3/uL |
| EOS # | 0.1 | | (0.1-0.4) | 10*3/uL |
| BASO # | 0.1 | | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | | | 10*3/uL |

```
************************************** CHEMISTRY **************************************
                        *** ROUTINE CHEMISTRY ***
```

| | Day | 9 | 8 | 7 | 6 | | |
| | Date | FEB 3 | FEB 2 | FEB 1 | JAN 31 | | |
| | Time | 0532 | 0613 | 0530 | 0600 | Reference | Units |
|---|---|---|---|---|---|---|---|---|
| NA | | 146 H | 144 | 145 | 145 | (136-145) | mmol/L |
| K | | 4.2 | 4.1 | 3.9 | 4.3 | (3.5-5.1) | mmol/L |
| CL | | 114 H | 113 H | 114 H | 116 H | (98-107) | mmol/L |
| CO2 | | 23 | 22 | 21 | 19 L | (21-32) | mmol/L |
| ANION GAP | | (H) | (J) | (K) | (L) | (5.0-15.0) | mmol/L |

```
        (H)     9.0
                See also (I)
        (I)     ANION GAP CALCULATION:  NA-(CL+CO2)
        (J)     9.0
                See also (I)
        (K)     10.0
                See also (I)
        (L)     10.0
                See also (I)
```

| GLU | 77 | 74 | 78 | 88 | (74-106) | mg/dL |
|---|---|---|---|---|---|---|

Patient: RYAN,SHAWNEE KU                    Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450

```
RUN DATE: 02/04/17                    THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 4
RUN TIME: 0202          1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB                   HPF LAB Discharge Summary Report w/o Pathology
```

Pg. 28

2/3 Discharge

from Aurora

South

Patient: RYAN,SHAWNEE KU          #E40008305464      (Continued)

```
                           *** CHEMISTRY ***
                    *** ROUTINE CHEMISTRY *** (CONTINUED)
```

| Day | 9 | 8 | 7 | 6 | | |
|---|---|---|---|---|---|---|
| Date | FEB 3 | FEB 2 | FEB 1 | JAN 31 | | |
| Time | 0532 | 0613 | 0530 | 0600 | Reference | Units |
| BUN | 31 H | 28 H | 33 H | 27 H | (7-18) | mg/dL |
| CREAT | 1.38 H | 1.25 | 1.28 | 1.19 | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 47 L | 53 L | 52 L | 56 L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 39 (M) | 44 (M) | 43 (M) | 46 (M) | (>or=60) | UNITS |

(M)

```
                     GFR UNITS= mL/min/1.73 Square Meters
                         GFR RESULT INTERPRETATION
         NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
      CHRONIC KIDNEY DISEASE=          LESS THAN 60 mL/min/1.73 Sq Meters
         KIDNEY FAILURE=               LESS THAN 15 mL/min/1.73 Sq Meters
```

| | | | | | | |
|---|---|---|---|---|---|---|
| TP | | | | | | |
| ALB | | | 5.3 L | 5.1 L | (6.4-8.2) | g/dL |
| CA | 7.5 L | 7.2 L | 3.1 L | 3.0 L | (3.4-5.0) | g/dL |
| BILT | | | 6.8 L | 7.3 L | (8.5-10.1) | mg/dL |
| AST | | | 0.6 | 0.4 | (0.2-1.0) | mg/dL |
| ALT | | | 13 L | 9 L | (15-37) | U/L |
| ALKP | | | 26 | 28 | (13-61) | U/L |
| MAG | | | 31 L | 32 L | (45-117) | IO/L |
| | | | 2.1 | 2.0 | (1.8-2.4) | mg/dL |

| Day | 5 | 4 | 3 | 2 | | |
|---|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| NA | 146 H | 146 H | 147 H | 145 | (136-145) | mmol/L |
| K | 4.3 | 3.8 | 3.8 | 3.6 | (3.5-5.1) | mmol/L |
| CL | 117 H | 114 H | 114 H | 113 H | (98-107) | mmol/L |
| CO2 | 20 L | 22 | 27 | 22 | (21-32) | mmol/L |
| ANION GAP | (N) | (P) | (Q) | (R) | (5.0-15.0) | mmol/L |

```
    (N)    9.0
           See also (O)
    (O)    ANION GAP CALCULATION:  NA-(CL+CO2)
    (P)    10.0
           See also (O)
    (Q)    6.0
           See also (O)
    (R)    10.0
           See also (O)
```

| | | | | | | |
|---|---|---|---|---|---|---|
| GLU | 120 H | 129 H | 82 | 76 | (74-106) | mg/dL |
| BUN | 29 H | 24 H | 27 H | 27 H | (7-18) | mg/dL |
| CREAT | 1.21 | 1.31 H | 1.43 H | 1.50 H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 55 L | 50 L | 45 L | 43 L | (>or=60) | UNITS |

Patient: RYAN,SHAWNEE KU                    Age/Sex: 59/F      Acct#E40008305464  Unit#E001170450

```
RUN DATE: 02/04/17                THE MEDICAL CENTER OF AURORA LABORATORY           PAGE 5
RUN TIME: 0202            1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB              HPF LAB Discharge Summary Report w/o Pathology
```

------------------------------------------------------------------------------------------------

Patient: RYAN,SHAWNEE KU            #R40008305464    (Continued)

------------------------------------------------------------------------------------------------

```
                              *** CHEMISTRY ***
                       *** ROUTINE CHEMISTRY *** (CONTINUED)
```

------------------------------------------------------------------------------------------------

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | Reference | Units |
| Time | 0330 | 0535 | 0456 | 0540 | | |
| GFR NON-AFR.AM. | 46(S) L | 42(S) L | 38(S) L | 36(S) L | (>or=60) | UNITS |

```
         (S)            GFR UNITS= mL/min/1.73 Square Meters
                            GFR RESULT INTERPRETATION
                 NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
           CHRONIC KIDNEY DISEASE=      LESS THAN 60 mL/min/1.73 Sq Meters
           KIDNEY FAILURE=              LESS THAN 15 mL/min/1.73 Sq Meters
```

| | | | | | Reference | Units |
|---|---|---|---|---|---|---|
| TP | 5.6 L | 5.6 L | 5.4 L | 5.4 L | (6.4-8.2) | g/dL |
| ALB | 3.3 L | 3.2 L | 3.2 L | 3.3 L | (3.4-5.0) | g/dL |
| CA | 7.5 L | 8.0 L | 7.9 L | 8.1 L | (8.5-10.1) | mg/dL |
| PHOS | | | | 3.7 | (2.5-4.9) | mg/dL |
| BILT | 0.3 | 0.5 | 0.6 | 0.5 | (0.2-1.0) | mg/dL |
| AST | 23 | 7 | 5 L | 10 L | (15-37) | U/L |
| ALT | 36 | 15 | 14 | 15 | (13-61) | U/L |
| ALKP | 43 L | 39 L | 48 | 47 | (45-117) | IU/L |
| MAG | 1.9 | 1.9 | 2.0 | 2.1 | (1.8-2.4) | mg/dL |

------------------------------------------------------------------------------------------------

| Day | 1 | | |
|-----|---|---|---|
| Date | JAN 26 | | |
| Time | 1852 | Reference | Units |
| NA | 145 | (136-145) | mmol/L |
| K | 3.1 L | (3.5-5.1) | mmol/L |
| CL | 109 H | (98-107) | mmol/L |
| CO2 | 24 | (21-32) | mmol/L |
| ANION GAP | (T) | (5.0-15.0) | mmol/L |

```
         (T) 12.0
             See also (U)
         (U) ANION GAP CALCULATION:   NA-(CL+CO2)
```

| | | Reference | Units |
|---|---|---|---|
| GLU | 91 | (74-106) | mg/dL |
| BUN | 26 H | (7-18) | mg/dL |
| CREAT | 1.56 H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 41 L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 34(V) L | (>or=60) | UNITS |

```
         (V)            GFR UNITS= mL/min/1.73 Square Meters
                            GFR RESULT INTERPRETATION
                 NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
           CHRONIC KIDNEY DISEASE=      LESS THAN 60 mL/min/1.73 Sq Meters
           KIDNEY FAILURE=              LESS THAN 15 mL/min/1.73 Sq Meters
```

| TP | 6.3 L | (6.4-8.2) | g/dL |
|---|---|---|---|
| ALB | 3.8 | (3.4-5.0) | g/dL |

------------------------------------------------------------------------------------------------

Patient: RYAN,SHAWNEE KU            Age/Sex: 59/F     Acct#E40008305464 Unit#E001170450

------------------------------------------------------------------------------------------------

Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008305464

```
RUN DATE: 02/04/17              THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 6
RUN TIME: 0202        1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB              HPF LAB Discharge Summary Report w/o Pathology
```

Patient: RYAN,SHAWNEE KU            #E40008305464      (Continued)

```
                          *** CHEMISTRY ***
                   *** ROUTINE CHEMISTRY *** (CONTINUED)
```

| Day | 1 | | |
|-----|---|---|---|
| Date | JAN 26 | | |
| Time | 1852 | | |
| | | Reference | Units |
| CA | 8.6 | | |
| PHOS | 4.5 | (8.5-10.1) | mg/dL |
| BILI | 0.9 | (2.5-4.9) | mg/dL |
| AST | 14  L | (0.2-1.0) | mg/dL |
| ALT | 17 | (15-37) | U/L |
| ALKP | 42  L | (13-61) | U/L |
| MAG | 2.0 | (45-117) | IU/L |
| | | (1.8-2.4) | mg/dL |

```
Specimen: 17:AA:B0004466R   Collected: 01/27/17-1002 Status:  COMP
                            Received:  01/27/17-1003 Source:  NASAL    Req#:    07213876
                                                     Sp Desc:
                                            Subm Dr: Bartelt,David L  MD
Ordered:  MRSA SURVEIL
  MRSA SURVEILLANCE  Final 01/28/17
     MRSA Surveillance Screen     NEGATIVE Screen for MRSA by ChromAgar
```

Patient: RYAN,SHAWNEE KU            Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450