IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (d/b/a Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc; Correctional Healthcare Physicians, P.C.),
JENNIFER MIX, in her personal and professional capacities,
HILARY VICTOROFF, NP, in her personal and professional capacities, and
LAURA SOMMERSCHIELD, NP, in her personal and professional capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 12, 2019**.

    Plaintiff's "Dual Motion to Quash and Suppress State Defendant's Discovery" [filed October 23, 2019; ECF 168] is **denied without prejudice** for Plaintiff's failure to comply with this Court's practice standard to seek a conference with the Court before filing any motion regarding a discovery dispute. The Plaintiff shall confer with defense counsel and email my chambers at hegarty_chambers@cod.uscourts.gov to schedule a discovery conference, if she so chooses.