IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

---

## ORDER
---

**Michael E. Hegarty, United States Magistrate Judge**.

    Plaintiff has filed a document titled "Plaintiff Motion Citing Contempt of Court: Colorado Department of Corrections and Executive Director Dean Williams" (ECF 164). The Colorado Department of Corrections (CDOC), no longer a party in this case, filed a response, ECF 178, to which Plaintiff has replied, ECF 179. As best I can discern, Plaintiff persists in her belief that all documents relevant to this case which she has sought from the CDOC have not been produced. The CDOC represents to this Court that they have been produced. On several occasions the undersigned has engaged in discovery conferences with Plaintiff and counsel for the CDOC in an effort to understand what Plaintiff needs to prosecute her case, and I have entered appropriate orders. As I perceive Plaintiff's current motion, her complaints are in the same nature as those that have been the topic of the discovery conferences. I continue to be available to Plaintiff and

the Defendants for purposes of resolving all discovery disputes. A supplemental discovery conference would be the proper forum to resolve Plaintiff's discovery issues. In any event, having been intimately involved in reviewing the CDOC's responses to discovery and its counsel's efforts in securing relevant documents, and accepting the CDOC's explanation of what has been produced in this case at face value, I find no basis for any sanctions to be levied against the CDOC.

For these reasons, Plaintiff's Motion (ECF 164) is **denied.** Plaintiff may contact counsel for the CDOC and for the Defendants and schedule a discovery conference to resolve any pending discovery disputes.

**SO ORDERED.**

Dated this 12th day of November, 2019, in Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge