```
RUN DATE: 02/23/17                          COLUMBIA MED CTR OF AURORA **LIVE**                                   PAGE 1
RUN TIME: 0440                                        CODING SUMMARY
RUN USER: HPF.FEED

   NAME:   RYAN,SHAWNEE KI                            ACCT#:       E40008359760
                                                      FORM:
       ADM DATE:   02/07/17  2033
   ATTEND PHYS:   Spilman,Ryan Patrick  DO            UNIT#:       E001170450
      DIS DT/TM:   02/16/17  1508                     SEX:         F
      DIS DISP:   LAW ENFORCEMENT/COURT       21      AGE:         59
           LOS:   :              9                    DOB:         03/11/57
      PT CLASS:   IN.OTH                              FIN CLASS:   11
                                                      ABS STATUS:  FINAL

   DIAGNOSES                                                                              POA INDICATOR  CODESET
   ADMIT DX       R50.9       FEVER, UNSPECIFIED                                                         ICD10

   REASON FOR VISIT DX

   PRIMARY CODESET
   PRINC DX       A41.9       SEPSIS, UNSPECIFIED ORGANISM                                      Y        ICD10
   OTHER DX       D61.1       DRUG-INDUCED APLASTIC ANEMIA                                      Y        ICD10
                  C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION                    Y        ICD10
                  N18.4       CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)                          Y        ICD10
                  L02.519     CUTANEOUS ABSCESS OF UNSPECIFIED HAND                             Y        ICD10
                  E87.0       HYPEROSMOLALITY AND HYPERNATREMIA                                 Y        ICD10
                  N17.9       ACUTE KIDNEY FAILURE, UNSPECIFIED                                 Y        ICD10
                  D61.818     OTHER PANCYTOPENIA                                                Y        ICD10
                  D70.3       NEUTROPENIA DUE TO INFECTION                                      Y        ICD10
                  D70.1       AGRANULOCYTOSIS SECONDARY TO CANCER CHEMOTHERAPY                  Y        ICD10
                  L08.9       LOCAL INFECTION OF THE SKIN AND SUBCUTANEOUS TISSUE, UNSP         Y        ICD10
                  T45.1X5A    ADVERSE EFFECT OF ANTINEOPLASTIC AND IMMUNOSUP DRUGS, INIT        Y        ICD10
                  D69.59      OTHER SECONDARY THROMBOCYTOPENIA                                  Y        ICD10
                  G43.909     MIGRAINE, UNSP, NOT INTRACTABLE, WITHOUT STATUS MIGRAINOSUS       Y        ICD10
                  B95.62      METHICILLIN RESIS STAPH INFCT CAUSING DISEASES CLASSD ELSWHR      Y        ICD10
                  M54.2       CERVICALGIA                                                       Y        ICD10
                  L65.8       OTHER SPECIFIED NONSCARRING HAIR LOSS                             Y        ICD10
                  J10.1       FLU DUE TO OTH IDENT INFLUENZA VIRUS W OTH RESP MANIFEST          Y        ICD10
                  E87.6       HYPOKALEMIA                                                       Y        ICD10
                  K13.0       DISEASES OF LIPS                                                  Y        ICD10
                  R19.7       DIARRHEA, UNSPECIFIED                                             Y        ICD10
                  M85.89      OTH DISRD OF BONE DENSITY AND STRUCTURE, MULTIPLE SITES           Y        ICD10
                  G62.9       POLYNEUROPATHY, UNSPECIFIED                                       Y        ICD10
                  Z88.8       ALLERGY STATUS TO OTH DRUG/MEDS/BIOL SUBST STATUS                 E        ICD10
                  Z90.710     ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS                        E        ICD10
                  Z79.899     OTHER LONG TERM (CURRENT) DRUG THERAPY                            E        ICD10

   OTHER CODESET
   PRINC DX
   OTHER DX

   PROCEDURE
   PRIMARY CODESET
   DATE            PROC CODE & NAME                         SURGEON          ANESTHESIOLOGIST
   OTHER CODESET

   PRIMARY CODESET
   DRG I-10      871   SEPTICEMIA OR SEVERE SEPSIS W/O MV >96 HOURS W MCC
   OTHER CODESET
   DRG I-9
```

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

North Campus
700 Potomac
Aurora, CO 80011

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:      RYAN,SHAWNEE KU
ACCOUNT#: E40008359760
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:    Spilman,Ryan Patrick   DO

DISCHARGE SUMMARY
REPORT#:0217-0036   REPORT STATUS: Signed

ADMISSION DATE:   02/07/2017
DISCHARGE DATE:   02/16/2017

DIAGNOSES:
1. Multiple myeloma.
2. Neutropenic fever.
3. Sepsis.
4. Right index finger infection with methicillin-resistant Staphylococcus aureus.
5. Influenza A.
6. Pancytopenia.
7. Neck spasms.
8. Acute kidney injury.

CONSULTANTS:
1. Dr. Burke with Oncology.
2. Dr. Sollender with Hand Surgery.
3. Dr. Richards with Infectious Disease.

PROCEDURES:
CT of the sinuses showing some inflammation, but no invasive sinusitis.
Transfusion of 4 units of packed red blood cells and 1 unit of platelets.

DISPOSITION:
Back to Department of Corrections.

DIET:
Regular.

ACTIVITIES:
Ad lib.

FOLLOWUP:
Follow up with Dr. Burke in 1 week.  Check basic metabolic panel in 2 days and 5 days.


PATIENT NAME: RYAN,SHAWNEE KU            ACCOUNT #:E40008359760

```
RUN DATE: 02/23/17                    COLUMBIA MED CTR OF AURORA **LIVE**                         PAGE 2
RUN TIME: 0440                                CODING SUMMARY
RUN USER: HPF.FEED

   NAME:   RYAN,SHAWNEE KU                         ACCT#:      E40008359760
                                                   FORM:
     ADM DATE:   02/07/17  2033
   ATTEND PHYS:  Spilman,Ryan Patrick  DO          UNIT#:      E001170450
    DIS DT/TM:   02/16/17  1508                    SEX:        F
     DIS DISP:   LAW ENFORCEMENT/COURT      21     AGE:        59
          LOS:   :          9                      DOB:        03/11/57
     PT CLASS:   IN.OTH                            FIN CLASS:  11
                                                   ABS STATUS: FINAL


   STATUS        $REIMB     MIN-LOS   STD-LOS     COST WT      GRP VERS     GRP FC
   F            11078.44                 5.3      1.9090         34           11


   DRG STATUS DATE: 02/22/17                 ABS STATUS DATE: 02/22/17
   CODER: 1FSEHT7652                         ABSTRACTOR: 1FSEHT7652


     **This form will be maintained as a permanent part of the medical record**
```

Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008359760
CONFIDENTIAL
CDOC/MedCtrAur006860
Page 3 of 553