| | |
|---|---|
| **From:** | Shawnee Ryan |
| **To:** | Amy Colony |
| **Cc:** | Kennedy, Edmund M.; Ringel, Andrew D.; Tamborello, Amber; Marion, Nicole; Laurie Merrick |
| **Subject:** | Re: Scheduling Order and First Motion for Summary Judgment |
| **Date:** | Thursday, November 14, 2019 3:27:47 PM |

Opposed to all.

You all rejected Plaintiff offer October 8th (aprx) to give a 60 day extension.

You all have had (just a couple months shy) of one year, with same claims, complexity etc. Did nothing, for 8 months except you, Amy; handling this case as poorly as you have and dragging all with you. Yet now, when exposed red-handed; deciding that you are finally going to do what you said you would do in your entry into case (and) handle in a 180 from so far to date.

No. I will not support State in this.

Ed, there may be workable ground for Hall and Evans.

At this moment today, I have a serious cardiac need, am enroute to University.

If you take advantage of that, Amy and file today with me being unable to fast respond before an auto-rule by court; do so with the knowing of the court being given this email when I object.

For clarity:

1. State:  tough. Live with what you created.

2. Victoroff summary:  No. You are attempting an end run to avoid a factual event that nearly killed me at the time. And in your request now; provide nothing to show merit for doing so.

3. Sommerschield: What's wrong, Amy? Worried CDOC will finally clear the smoke? And the court will show "pleasure" when things like transport records drop from the magic sky? That it all truly does exist? No. Stand still, right where you put yourself and everyone else. In 62 yrs of Life, including prison, never have I seen anything like the entitlement you 'think' you have.

Please file tomorrow in order for me to get through health complications today, get back to office and can access ability to respond.

Again: I oppose any and all State.  Ed, Andrew: you may call if you wish.

"Success is simple.  Do the right things rather than the easy."

Shawnee Ryan

On Thu, Nov 14, 2019, 2:45 PM Amy Colony <Amy.Colony@coag.gov> wrote:

> Ms. Ryan,

Counsel for all defendants intend to file a joint motion to modify the Scheduling Order (Doc. 132) to extend the deadline for filing dispositive motions. The reasons for the request are due to the complexity of the diagnoses and claims involved, the substantial volume of records, and the time that will be required to gather the appropriate exhibits and obtain declarations from various witnesses. Also, the parties anticipate having to simultaneously respond to dispositive motions that have been and may be filed by you in the future.

The current deadline in the Scheduling Order is December 9. In light of the upcoming holiday season, and the fact that I will be out of the country Nov. 21 to Nov. 28, we intend to ask the Court to set the deadline for filing dispositive motions to January 17, 2020.

As a separate matter, the CDOC defendants intend to simultaneously file a motion for extension of time to respond to your First Motion for Summary Judgment. Defendants are seeking until Dec. 30 to respond.

Please let us know your position on these requests for relief. Thank you.

Amy Colony

Senior Assistant Attorney General

Colorado Department of Law

Civil Litigation & Employment Section

Ralph L. Carr Judicial Center

1300 Broadway, 10th Floor

Denver, CO  80203

(720) 508-6615

amy.colony@coag.gov