IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

---

**CDOC DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST MOTION FOR SUMMARY JUDGMENT AGAINST HILARY VICTOROFF: CLAIM FOUR (DOC. 180)**

---

Defendants Hilary Victoroff, and Laura Sommerschield, by and through counsel, Amy Colony, Esq., Senior Assistant Attorney General, request this Court enter an Order extending the time to file a response to Plaintiff's First Motion for Summary Judgment Against Hilary Victoroff: Claim Four (Doc. 180). In support thereof, Defendants state the following:

## CONFERRAL STATEMENT

Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*, via email on November 13, 2019, to confer about this joint motion. Plaintiff objects to Defendants' requested relief herein.

1. Plaintiff Shawnee Ryan filed her initial Complaint with this Court on April 23, 2018, naming as defendants, 16 separate parties, including the Colorado Department of Corrections. (Doc. 1).

2. Plaintiff filed her Fourth Amended Complaint on June 24, 2019, adding two claims against Defendant Victoroff. (Doc. 119). However, Plaintiff filed yet another motion requesting leave to file an Amended Complaint to include punitive damages against Defendants CHP and Mix, titling the document a "First" Motion for Leave to file Amended Complaint for Punitive Damages Against CHP Defendants. (Doc. 142). The Court entered an Order allowing the amendments to go forward, in part, on November 12, 2019. (Doc. 183). The parties have until November 26 to file responsive pleadings. *Id.*

3. On November 11, 2019, Plaintiff filed a "First Motion for Summary Judgment Against Hilary Victoroff: Claim Four. (Doc. 180).[1] On November 13, Plaintiff filed a Supplement/Amendment to the First Motion for Summary Judgment. (Doc. 185).

---

[1] Contemporaneous with this motion, the Joint CDOC and Correctional Health Partners (CHP) Defendants are filing a Motion to Modify the Scheduling Order (Doc. 132) with respect to the dispositive motion deadline. The reasons for the request are similar to those stated herein for the request for an extension of time to file a Response to Plaintiff's Summary Judgment motion.

4. Defendants' response to the motion is due on or about December 2, 2019. *See* D.C.Colo.L.CivR 56.1(a).

5. Plaintiff's claims arise from complex medical diagnoses treated during her incarceration. Her claims against the CDOC Defendants arise out of the following events: (1) the alleged denial of admission to the Denver Regional Diagnostic Center infirmary by Defendant Victoroff following Plaintiff's discharge from inpatient chemotherapy at Rocky Mountain Cancer Center in early February 2017; (2) alleged falsification and disclosure of Plaintiff's medical records by Defendant Victoroff to the undersigned counsel, in violation of state and federal law;[2] and (3) the alleged delay in scheduling cataract surgery for Plaintiff at Denver Health by Defendant Sommerschield.

6. The CDOC has produced over 5,500 pages of medical records and over 1,000 pages of other CDOC records to the parties. CHP has produced over three-hundred and fifty pages of records.

7. Plaintiff was deposed by the CDOC Defendants on October 18, 2019. The transcript of Plaintiff was not received by the Defendants until November 11, 2019.

8. In order to coordinate and draft a response to Plaintiff's dispositive motion, while simultaneously drafting the CDOC Defendants' own dispositive

---

[2] On November 14, Plaintiff filed a motion seeking to dismiss claims five and six stated against Defendant Victoroff and arising out of the handling of her medical records. (Doc. 186).

motion, the Defendants require additional time to review the thousands of pages of complex medical records, and review and incorporate Plaintiff's testimony.

9. The CDOC Defendants require additional time to compile the supporting exhibits and properly address Plaintiff's numerous statements or representations made in support of her dispositive motion for judgment on the Fourth Claim. In addition, it is unknown at this time whether Plaintiff may be intending to file additional motions, piecemeal, that will require substantial time to draft response(s).

10. In addition, the undersigned counsel for the CDOC Defendants will be out of the country from November 21 through November 30, 2019.

11. Defendants request that they be granted an additional **28 days,** until **December 30, 2019,** to file their Response to Plaintiff's First Motion for Summary Judgment.

12. The granting of the relief requested in this motion, a twenty-eight day extension, will not prejudice the rights of any party, nor cause delay to the general progress of the case as fact based discovery was concluded on November 1, 2019 and only expert discovery remains open.

WHEREFORE, Defendants move this Court for an Order extending the deadline for Defendants to file a Response to Plaintiff's First Motion for Summary Judgment to **December 30, 2019.**

Respectfully submitted this 14th day of November, 2019.

PHILIP J. WEISER
Attorney General

s/ *Amy C. Colony*
AMY C. COLONY, Reg. No. 36124*
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Email: acolony@coag.gov
Telephone: 720-508-6615
Attorney for Defendants Victoroff and Sommerschield
*Counsel of Record

CERTIFICATE OF SERVICE

  I certify that on this 14th day of November, 2019, I served the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST SUMMARY JUDGMENT MOTION AGAINST HILARY VICTOROFF (DOC. 180)** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
11309 W. Exposition Drive
Lakewood, CO  80225
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

              s/ *Amy Colony*