IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

## DEFENDANT HILARY VICTOROFF, N.P.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF 51)

Defendant Hilary Victoroff[1], N.P. (Defendant), by and through Senior Assistant Attorney General Amy Colony, Office of the Colorado Attorney General, hereby files this Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF 51) seeking a 28-day extension of time, up to and including May 3, 2019. In support thereof, Defendant states as follows:

---

[1] Colorado Department of Corrections (CDOC) executed a waiver of service on February 4, 2019, making its response due on April 5, 2019. (ECF 68). Former CDOC employee Defendant Dr. Susan Tiona was served with the Third Amended Complaint on March 6, 2019, making her response due on March 27, 2019. (ECF 87). However, pursuant to this Court's Order to Dismiss in Part and Draw Case dated February 1, 2019 (ECF 52), CDOC and Dr. Tiona have been dismissed from this action. (ECF 52, p. 9). Former CDOC employee Laura Sommerschield is no longer employed by CDOC and has not been served with the complaint.

1. Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*. Plaintiff does not object to the relief requested herein.

2. Plaintiff filed her Third Amended Complaint on January 16, 2019. (ECF 51.)

3. This Court entered an Order to Dismiss in Part and Draw Case on February 1, 2019. (ECF 52.)

4. Defendant accepted service by waiver of the Summons and Third Amended Complaint on February 4, 2019, making her responsive pleading due on or before April 5, 2019. (ECF 68.)

5. Plaintiff's claims arise from complicated medical conditions and her history of treatment provided during the course of her incarceration. The undersigned counsel requires additional time to obtain all necessary medical records from CDOC and properly investigate the claims. This investigation may require the retention of an expert to review the records and consult with the undersigned counsel. The undersigned counsel also needs additional time to interview the various medical professionals and other staff who oversaw Plaintiff's care and custody during her incarceration.

6. Defendant requests an additional 28 days, up to and including May 3, 2019, to file a responsive pleading to Plaintiff's Third Amended Complaint.

7.	A Status Conference in this matter is currently set for May 29, 2019 at 9:45 a.m.

8.	The granting of the relief requested in this motion will not prejudice the rights of any party, nor cause delay to the general progress of the case.

WHEREFORE, Defendant Hilary Victoroff, N.P. moves this Court for an Order granting an extension of time, up to and including May 3, 2019, to file a responsive pleading to Plaintiff's Third Amended Complaint.

Respectfully submitted this 22nd day of March, 2019.

> PHILIP J. WEISER
> Attorney General
>
> s/ *Amy C. Colony*
> AMY C. COLONY, Reg. No. 36124*
> Senior Assistant Attorney General
> 1300 Broadway, 10th Floor
> Denver, CO 80203
> Email: acolony@coag.gov
> Telephone: 720-508-6615
> Attorney for Defendant Victoroff
> *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of March, 2019, I served the foregoing DEFENDANT VICTOROFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
3531 South Logan Street, No. 349
Englewood, CO  80113
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

              *s/  Laurie A. Merrick*