IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (d/b/a Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc; Correctional Healthcare Physicians, P.C.),
JENNIFER MIX, in her personal and professional capacities,
HILARY VICTOROFF, NP, in her personal and professional capacities, and
LAURA SOMMERSCHIELD, NP, in her personal and professional capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on November 15, 2019**.

    For good cause shown, the Defendants' Joint Motion to Modify Scheduling Order [filed November 14, 2019; ECF 187] is **granted**. Although Plaintiff objects to Defendants' request (ECF 190),[1] the Court finds an extension is appropriate primarily based on Judge Krieger's November 12, 2019 order granting Plaintiff's motion for leave to file a fifth amended complaint.

    Accordingly, Section 9 of the governing Scheduling Order is modified to extend the deadline for dispositive motions to January 17, 2020.

---

    [1] Plaintiff asserts that Defendant Victoroff "has been dismissed" and, thus, should not be included in Defendants' request; however, Senior Judge Krieger has not yet ruled on Plaintiff's motion to dismiss Victoroff.