## AUTHORIZATION FOR RELEASE OF INMATE RECORDS

TO:  COLORADO DEPARTMENT OF CORRECTIONS

RE:  Name: Shawnee Ryan
DOB: .03/11/1957
Inmate Registration No.:

You are hereby authorized to give to:

HALL & EVANS, L.L.C.
Attn: Amber Tamborello
1001 Seventeenth Street, Suite 300
Denver, Colorado 80202

copies of the Department's complete file on Shawnee Ryan, including any and all information such as criminal justice records, case management files, diagnostic assessments, security classification information, disciplinary proceedings or grievances filed against or by Shawnee Ryan while he was incarcerated within the Colorado Department of Corrections.

A copy of this authorization or my signature thereon: _X_ may, __ may not be utilized with the same effectiveness as an original.

_____
Shawnee Ryan

*Original from Attorney Ringel*