## AUTHORIZATION FOR RELEASE OF INMATE RECORDS

TO:     Colorado Department of Corrections

RE:     Name:     Shawnee Ryan

        DOB:     03/11/1957

        Inmate #:     159496

You are hereby authorized (by both this release and CDOC mandatory to be presented by anyone asking for release(including inmate) medical release of information form AR950-02A (attached)) to release to:

    HALL AND EVANS, LLC
    Attn: Amber Tamborello
    1001 Seventeenth Street, Suite 300
    Denver, Colorado 80202

Copies of the Department's complete file on Shawnee Ryan, including any and all information such as criminal justice records, case management files: (including clinical nurse case management files and financial (Cheryl Petrossi); including CMO department files (Andrew Martinez 2013-2014; Susan Tiona (2014-2017); Rishi Ariola-Tirella (2017-2018); Bill Frost (2017-2018) and all emails between that office of the CDOC and CHP defendants and Shawnee Ryan's caregivers (internal and external); including security daily duty logs and hospital logs (relevant to all hospitalizations 2014, 2017, 2018 and details of security interactions on behalf of Shawnee Ryan from February 3, 2017 through February 7, 2017): diagnostic assessments; security classification information (includes all transport records with both CDOC and outside security); disciplinary proceedings or grievances filed against or by Shawnee Ryan while (he)sic was incarcerated within the Colorado Department of Corrections (including both DWCF and DRDC administrative grievances and medical grievances (and) the grievance chronological logs that go with all just named 4 sectors)

(Noted: There was zero request in the original release from Attorney Ringel for medical records of any kind. Therefore, Shawnee Ryan adds: Release of all medical records from November 2012 through October 2018. All records to be

given as "full encounters" not "condensed" encounters (and) as Shawnee Ryan had medical and clinical contact every single day for 99% of her six years incarcerated, the release is to include *every record, every shift (days, swing, graveyard; is to include all pharmacy records including costs/financial, ordering and shipping verifications)*.

A copy of this authorization or my signature thereon may be utilized with the same effectiveness as original.

_____
Shawnee Ryan


**COLORADO**
Department of Corrections

AR Form 950-02A3 (9/15/19)

## Authorization for Use and Disclosure of Health Information (Continuity of Care)

| Offender Name: Shawnee Ryan | DOB: 3-11-1957 | DOC#: 159496 |
|---|---|---|

I authorize the Colorado Department of Corrections to disclose to:

| Name | Phone Number |
|---|---|
| ○ DOC Case Manager, Community Corrections Case Manager (COMCOR), HCPF RAES, LTC Facilities<br>✱ Hall and Evans / Amber Tamborello | 303-628-3300 |

| Address | City | State | ZIP |
|---|---|---|---|
| 1001 Seventeenth Street Suite 300 | Denver | CO | 80202 |

and/or I authorize (other facility) _____ to disclose to the DOC facility:

| Address | Phone | Requested by: |
|---|---|---|

☒ Urgent request for offender care fax to: Legal purposes (Release all directed on attached release (Hall Evans)
○ Routine request for offender care mail to address above

The purpose of this disclosure is to be used for:

○ Continuity of Care
☒ At the request of the individual
○ Records related to the treatment of HCV

I understand that:
- The information disclosed may contain testing information or treatment information relating to Drug and/or Alcohol Abuse treatment; Sexually Transmitted Diseases; HIV/AIDS virus; HCV.
- Once the information is disclosed, the information is subject to re-disclosure and may no longer be protected by the federal privacy regulations.
- This authorization will be valid for the duration of the incarceration plus 90 days after release.
- This authorization expires upon the individual's death.
- This form may be revoked at any time providing that the information has not already been disclosed. I may revoke this authorization by notifying, in writing, the health records custodian.
- DOC may not use as a condition of treatment, payment, enrollment or eligibility for benefits on whether the individual signs this authorization except as allowed by law.
- I am entitled to a copy of this signed authorization.
- By signing I acknowledge I have _____ inspected or _____ have received a copy of requested records.

Printed Offender Name: Shawnee Ryan         Offender Signature         Date: 11-19-2019

Printed Name of Person Authorized to Sign for Offender     Signature of Person Authorized to Sign for the Offender     Date

DOC Employee Signature     Date

Attachment A3
Page 1 of 1