```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX093022
Cashier ID: cm
Transaction Date: 12/02/2019
Payer Name: SHAWNEE RYAN

PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 17-944831782
 Amt Tendered: $5.00

Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA: 18-cv-956-MSK-MEH


A fee of $53.00 will be assessed on
any returned check.
```

Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX093022
Cashier ID: cm
Transaction Date: 12/02/2019
Payer Name: SHAWNEE RYAN

---

PLRA CIVIL FILING FEE
For: SHAWNEE RYAN
Case/Party: D-COX-1-18-CV-000956-001
Amount: $5.00

---

PAPER CHECK CONVERSION
Check/Money Order Num: 17-944831782
Amt Tendered: $5.00

---

Total Due: $5.00
Total Tendered: $5.00
Change Amt: $0.00

PLRA: 18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.