IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

       Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

       Defendants.

---

## DEFENDANT CORRECTIONAL HEALTH PARTNERS AND JENNIFER MIX'S EXPERT DISCLOSURES

---

Defendants Correctional Health Partners and Dr. Jennifer Mix, D.O., by and through their attorneys, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., submit the following as their Expert Disclosures:

## INTRODUCTION

All opinions expressed by Defendants' experts as disclosed herein and/or in their reports, if any, are to a reasonable degree of medical probability, unless otherwise noted. Defendants reserve the right to elicit expert opinion testimony from retained and non-retained expert witnesses deemed to be reliable and relevant to the issues of standard of care, causation, and damages; and/or deemed to be helpful to the jury's understanding of the medical and scientific evidence in the case.

Defendants reserve the right to ask retained experts, if any, to review and, if indicated, to revise, expand, modify or amend their opinions based upon the deposition and/or trial testimony of any other party's experts or treating health care providers, or any newly disclosed facts, information, records, medical literature or materials.  If additional materials are disclosed or facts discovered, Defendants reserve the right to supplement these Expert Witness Disclosures.  Defendants further reserve the right to utilize their expert witnesses to answer, rebut or respond to the testimony or opinions of Plaintiff's experts and the other Defendants' experts (if any), and anything relied upon by Plaintiff's and the other Defendants' experts as the bases for their opinions, deemed by the District Court to be relevant and admissible.

Defendants, by filing these Expert Witness Disclosures, do not waive and specifically reserve the right to interpose all appropriate and indicated objections or motions to limit or strike the deposition or trial testimony of Plaintiff's or other Defendants' expert witnesses (if any), or portions thereof, pursuant to Federal Rules of Civil Procedure and the Federal Rules of Evidence and applicable precedent.

Defendant specifically incorporates all opinions provided by these experts in their respective depositions, if their depositions are taken.

Furthermore, the Defendants provide this Expert Witness Disclosures, despite the fact Plaintiff has not disclosed any retained or non-retained, pursuant to the Court's scheduling order.  Additionally, these disclosures are being made despite indications by Plaintiff's Counsel, that Plaintiff will seek to modify the scheduling order.  By making these disclosures, the Defendants do not intend to waive any rights should an amended

scheduling order be entered, including but not limited to supplementing these disclosures with additional experts and/or expert testimony.

## SPECIALLY RETAINED EXPERTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(B)

None.

## NON-RETAINED EXPERTS PURSUANT TO FED. R. CIV. P. 26(a)(2)(C)

1.      **Jennifer Mix, D.O., c/o Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq., Hall & Evans, L.L.C., 1001 17th Street, Suite 300, Denver, Colorado 80202, (303) 628-3300.**  Dr. Mix is employed by Correctional Health Partners and made decisions regarding the approval or denial of outside medical care for Plaintiff.  If called as a witness, Dr. Mix will testify consistent with the medical records related to Plaintiff, the records of Correctional Health Partners related to Plaintiff, and all notes and entries she authored or reviewed related to Plaintiff.  Dr. Mix will testify concerning her review and analysis of the medical and other related records of Plaintiff she has reviewed, the applicable guidelines for her determinations for approval or denial of outside medical care for inmates of the Colorado Department of Corrections, including Plaintiff, the policies and procedures of Correctional Health Partners, the applicable policies and procedures of the Colorado Department of Corrections, her role and responsibility for Correctional Health Partners, her training, education and experience, and relevant medical literature.  Dr. Mix will explain her decisions regarding the approval or denial of outside medical care for Plaintiff and the basis of those decisions and will address all related issues.

2.      **John Burke, M.D., Rocky Mountain Cancer Center, 1700 South Potomac Street, Aurora, CO 80012, (303) 418-7600.**  Dr. Burke is a treating provider

3

for Plaintiff. Accordingly, he will testify consistent with the medical records related to Plaintiff, and all notes and entries he authored or reviewed related to Plaintiff. Dr. Burke will testify concerning his review and analysis of the medical and other related records of Plaintiff he has reviewed. Further, he will testify consistent with his training, education and experience, and relevant medical literature.

3. **Agents and/or Representatives of Medical Center of Aurora, 1501 South Potomac Street, Aurora, CO 80012**. These agents include, but are not limited to, Dr. Arjune Patel. Ms. Ryan has treated at The Medical Center of Aurora. Accordingly, agents and/or representatives may testify regarding their medical treatment and history with Plaintiff, others' medical treatment and history with Plaintiff, policies and procedures related to medical care, the medical records of Plaintiff, information related to the allegations contained in Plaintiff's Fifth Amended Complaint, and all related issues.

4. **Agents and/or Representatives of the Colorado Department of Corrections, c/o Amy Colony, Colorado Department of Law, 1300 Broadway, 10th Floor, Denver, CO 80203**. These agents include, but are not limited to, Hilary Victoroff, N.P. and Laura Sommerschield, N.P. Ms. Ryan was incarcerated and under the medical treatment of various providers of The Colorado Department of Corrections. Accordingly, these agents and/or representatives may testify regarding their medical treatment and history with Plaintiff, others' medical treatment and history with Plaintiff, policies and procedures related to medical care, the medical records of Plaintiff, information related to the allegations contained in Plaintiff's Fifth Amended Complaint, and all related issues.

5.      **Paula Pecen, M/D/, UCHEalth Sue Anchutz-Rodgers Eye Center, 720-848-2020**. Dr. Pecen is an ophthalmologist and provided medical treatment to Plaintiff. Accordingly, she will testify consistent with the medical records related to Plaintiff, and all notes and entries she authored or reviewed related to Plaintiff.  Dr. Pecen will testify concerning her review and analysis of the medical and other related records of Plaintiff she has reviewed.  Further, she will testify consistent with her training, education and experience, and relevant medical literature.

6.      **Any other treating physician, medical or healthcare professional**. As treating physicians, medical providers, or health care providers such disclosed experts are not specially retained for purposes of testimony and no report is necessary.  Such experts are expected to testify regarding Plaintiff's physical condition and the treatment and care she received based on Plaintiff's medical records, and all related issues.

7.      Pursuant to Fed. R. Civ. P. 10(c), Defendants incorporate herein by reference any non-retained experts endorsed by any of the other Defendants in this matter.

Dated this 2nd day of December, 2019.

Respectfully submitted,

/s/ Edmund M. Kennedy

Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:       303-628-3368
ringela@hallevans.com
kennedye@hallevans.com
**ATTORNEY FOR DEFENDANTS
CORRECITONAL HEALTH PARTNERS
AND JENNIFER MIX, D.O.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of December, 2019, I emailed the foregoing to the individuals listed below at the following email addresses:

Shawnee Ryan
Shawneeryan216@gmail.com

Amy C. Colony, Esq.
amy.colony@coag.gov

/s/ Marlene Wilson
Marlene Wilson