IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Marcia S. Krieger

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX, M.D.,
HILARY VICTOROFF N.P., and
LAURA SOMMERSCHIELD N.P.,

    Defendants.

_____

## ORDER OVERRULING OBJECTIONS

    **THIS MATTER** comes before the Court pursuant to the Plaintiff's Fed. R. Civ. P 72(a) Objections **(# 200)** to the Magistrate Judge's November 15, 2019 minute order **(# 191)**. For the reasons stated below, Plaintiff's Objections are overruled and Magistrate Judge Hegarty's order is affirmed.

    Since Plaintiff's Objections are timely, the Court reviews the Magistrate Judge's order to determine whether it is "clearly erroneous or contrary to law" since the nature of this matter is nondispositive. Fed. R. Civ. P. 72(a). "An order is clearly erroneous when the reviewing court on the entire evidence is left with the definite and firm conviction that a mistake has been made." *Cook v. Rockwell Int'l Corp*., 147 F.R.D. 237, 242 (D. Colo. 1993).

    Based on a careful review, the Court cannot find that the order granting Defendants' motion to modify the scheduling order is clearly erroneous or contrary to law. In fact, based on the Court's familiarity with this case and consistent with recent orders **(# 183 and # 192)**, the

Court agrees with Magistrate Judge Hegarty's order modifying the Scheduling Order and finds no error. Thus, Plaintiff's Objections are overruled. Accordingly, it is

ORDERED that Plaintiff's Fed. R. Civ. P 72(a) Objections **(# 200)** to the Magistrate Judge's minute order **(# 191)** are **OVERRULED**.

Dated this 4th day of December, 2019.

BY THE COURT:

Marcia S. Krieger
Senior United States District Judge

2