IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**PLAINTIFF MOTION TO RESTRICT EXHIBIT ONE TO ECF204 TO LEVEL ONE, PER THE PARTIES PROTECTIVE ORDER**

Plaintiff Shawnee Ryan requests the Court to restrict her medical records exhibit, labeled as "Exhibit One" and attached to ECF204 filed on December 11, 2019.

The exhibit is a privacy protected HIPPA document and a part of Plaintiff's medical records.

There is no need for the information within to be a part of the public view. Plaintiff asks for Level One restriction for the exhibit document only.  The Motion filing has no need of restriction.

Respectfully submitted this 12th day of December 2019.

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

1

**CERTIFICATE OF SERVICE**

I have served a complete and full copy of the foregoing via CMECF to the parties below on this 12th day of December 2019.


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com



Clerk of Court:  cod_cmecf@cod.uscourts.gov

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov