IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**
**LAURA SOMMERSCHIELD N.P. (personal and professional capacity)**

**PLAINTIFF REQUEST OF COURT TO ORDER GOVERNMENT PAID TRANSCRIPTS UNDER PLAINTIFF'S INFORMA PAUPERIS STATUS**

**Per Court Operations Clerk,** need has arisen for the Court to clarify Plaintiff's Informa Pauperis status to include, in writing, the ability for the Plaintiff to order hearing transcripts at government expense.

Attached as Exhibit One is A04-35 Transcript Order, with the Informa Pauperis box clearly marked, that Plaintiff submitted on November 19, 2019.  At the time, the transcript of July 31st was still restricted online and unable to pull up.  Since, it has become unrestricted; so now the only order needs to be the October 7th hearing.

Plaintiff asks that the Court grant the A04-35 form for informa pauperis status for transcripts at government expense.

Plaintiff would also appreciate the court stating to Court Operations what, exactly, is covered by informa status.

Respectfully submitted this 22nd day of December 2019.
S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319               shawneeryan216@gmail.com

1

36  **CERTIFICATE OF SERVICE**
37  I have served a complete and full copy of the foregoing via CMECF to the parties
38  below on this 22nd  day of December 2019.
39
40  S/Shawnee Ryan
41  11309 West Exposition Drive
42  Lakewood, Colorado 80226
43  720-431-8319
44  shawneeryan216@gmail.com
45
46
47
48  Clerk of Court:  cod_cmecf@cod.uscourts.gov
49
50
51
52
53  Andrew David Ringel:  ringela@hallevans.com
54  Edmund Martin Kennedy:  kennedye@hallevans.com
55  Amy Colony:  acolony@coag.gov