ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

## TRANSCRIPT ORDER

Please Read Instructions:

| # | Field | Value |
|---|---|---|
| 1 | NAME | Shawnee Ryan |
| 2 | PHONE NUMBER | 720-431-8319 |
| 3 | DATE | Nov. 18, 2019 |
| 4 | DELIVERY ADDRESS OR EMAIL | 1309 W. Exposition Drive |
| 5 | CITY | Lakewood |
| 6 | STATE | CO |
| 7 | ZIP CODE | 80226 |
| 8 | CASE NUMBER | 18cv00956 |
| 9 | JUDGE | MSK-MEH |
| 10 | FROM | July 31, 2019 |
| 11 | TO | Oct 7, 2019 |
| 12 | CASE NAME | Shawnee Ryan v. Correctional Health |
| 13 | CITY | Denver |
| 14 | STATE | Colorado |

15. ORDER FOR:
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [x] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED

OTHER (Specify): Telephonic Hearing — July 31, 2019; Oct. 7, 2019

17. ORDER

ORDINARY — FIRST COPY — 1 each

18. SIGNATURE: [signed]
19. DATE: 11-18-19

ESTIMATE TOTAL: 0.00
TOTAL CHARGES: 0.00
LESS DEPOSIT: 0.00
TOTAL DUE: 0.00

DISTRIBUTION: COURT COPY — TRANSCRIPTION COPY — ORDER RECEIPT — ORDER COPY