IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (d/b/a Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc; Correctional Healthcare Physicians, P.C.),
JENNIFER MIX, in her personal and professional capacities,
HILARY VICTOROFF, NP, in her personal and professional capacities, and
LAURA SOMMERSCHIELD, NP, in her personal and professional capacities,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on December 27, 2019**.

    Before the Court is Plaintiff's "Request of Court to Order Government Paid Transcripts Under Plaintiff's In Forma Pauperis Status," construed by the Court as a motion seeking relief [filed December 22, 2019; ECF 208]. Plaintiff seeks a transcription of this Court's October 7, 2019 discovery conference "at government expense" in light of her status proceeding *in forma pauperis* in this case. However, the statute governing "Proceedings in forma pauperis" provides for the preparation of transcripts of proceedings before a Magistrate Judge at the government's expense *only* "if such transcript is required by the district court." 28 U.S.C. § 1915(c)(2). Here, Plaintiff identifies (and the Court discerns) nothing on the docket indicating that Senior Judge Krieger "requires" the preparation of a transcript for the October 7, 2019 discovery conference.

    Accordingly, the motion is **denied**.