38

```
 1   have an order state that if she desires specific materials
 2   from CDOC that she needs to go through me.  She keeps trying
 3   to cut me out of the process.  I need to be involved if she
 4   wants CDOC materials.
 5           I have provided several items of things that she
 6   has asked for in her subpoenas.  I've provided those to her,
 7   and that apparently makes her angry that I had my hands on
 8   them.  And it's just unreasonable, vitriolic and harassing,
 9   and I want it to stop.
10           I think in light of all the issues going on and all
11   the delays and problems that we've encountered, Mr. Kennedy
12   and I discussed this just prior to the hearing this morning,
13   we would suggest that it would probably be a good idea to
14   extend the discovery deadline.
15           We have had a problem with releases.  Ms. Ryan
16   wants to limit the scope of the releases.  The problem with
17   that is, is Mr. Kennedy and I don't know what has been going
18   on since she has been released from incarceration, and if we
19   don't know what has been going on since she has been released
20   from incarceration, we have no way to assess her alleged
21   damages.  And so we do need to see the materials that go
22   beyond --
23           THE COURT:  As far as you're understanding, she's
24   alleging continuing damages?
25           MS. COLONY:  That's the way I read her complaint.
```

Defendant's Exhibit A

39

1   If --

2           THE COURT:  Are you alleging continuing damages;
3   that anything that has happened by any of these defendants,
4   anything they did is causing you continuing harm?
5           MS. RYAN:  I cannot stop the daily life essential
6   medications that are simultaneously life-threatening.  I
7   cannot stop my kidneys from getting worse.  All of these
8   things, if we have -- change every day.
9           There is no way to assess economic damages until we
10  get to where, if you tell me -- if you were to say to me
11  today, Ms. Ryan, we're going to trial on May 1 for two weeks
12  and you'll definitely be done, then I could give a
13  projection.  I could go along and say, Well, this is X amount
14  of a range --
15          THE COURT:  Well, no, no, I'm not asking you for a
16  dollar amount.  This is a very simple question.
17          MS. RYAN:  They are, Your Honor.
18          THE COURT:  Okay.  So you are saying that you are
19  suffering continuing harm from the actions of the defendants?
20          MS. RYAN:  Exactly.
21          THE COURT:  So that means that they get to discover
22  continuing medical records.  That's just the law.  So --
23          MS. RYAN:  Here is the catch, Your Honor.
24          THE COURT:  Okay.
25          MS. RYAN:  Ms. Colony is implying that her clients,

40

```
1    I am asking for continuing damages.  I am not.
2            THE COURT:  Okay.
3            MS. RYAN:  Only Hall & Evans, only the CHP
4    defendant group.
5            THE COURT:  So when did the damages associated with
6    Ms. Victoroff and Ms. Sommerschield, when did those end?
7            MS. RYAN:  Those ended, for defendant Victoroff, on
8    the 7th of February of 2017.
9            THE COURT:  And what about Sommerschield?
10           MS. RYAN:  And Sommerschield, that ended I believe
11   that the retina tear was between -- it was late spring of
12   2017.  Ms. Colony has that information.
13           THE COURT:  Okay.
14           MS. RYAN:  And so where she's concerned, which
15   takes us into this problem of DOC that she's upset about, as
16   gently and as respectfully as I can say, I'll say it again, I
17   challenge anyone present to look at absolutely every word
18   that I have spoken regarding the DOC issues with Ms. Colony.
19           Never once have I said she is not entitled to see
20   all discovery.  I object strenuously to her being able to use
21   all discovery.  In her own words at hearings -- one of them,
22   let's see, I've got it right here.
23           THE COURT:  Well, let me make sure Ms. Colony
24   understands.  Do you understand that you're dealing with your
25   clients with a closed period of damages?
```

Defendant's Exhibit A