MEDICAL CENTER OF AURORA (COCAA)
Hospitalist Progress Note
REPORT#:0208-0671   REPORT STATUS: Signed
DATE:02/08/17 TIME: 1740

*Readmitture to Aurora Smith

Pg.1

PATIENT: RYAN,SHAWNEE KU
ACCOUNT#: E40008359760
DOB: 03/11/57  AGE: 59      SEX: F
Patrick  DO
ADM DT: 02/07/17
Shailesh  MD

UNIT #: E001170450
ROOM/BED: E.252-1
ATTEND: Spilman,Ryan

AUTHOR: Patel,Paras

* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Chief Complaint:**
Fever, cough
**HPI:**
Patient complaining of neck pain and cough.  No CP, SOB, HA or abdominal pain.  No diarrhea.

## Objective

## General
**VS/I&O:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/07-02/08 | 36.7-39.4 | 88-108 | 16-22 | 80-124/40-73 | 41-96 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 92 | 02/08 1615 |
| B/P | 113/55 | 02/08 1615 |
| O2 Delivery | Room air | 02/08 1615 |
| O2 Flow Rate | 0 | 02/08 1615 |
| Temp | 36.8 | 02/08 1615 |
| Pulse | 88 | 02/08 1615 |
| Resp | 17 | 02/08 1615 |

24 hour I&O ending at 0700:

| | 02/08 0700 | 02/07 1900 |
|---|---|---|
| Intake Total | 1930.00 | |
| Output Total | 650 | |
| Balance | 1280.00 | |
| | | |
| Intake, IV | 1450.00 | |
| Intake, Oral | 480 | |
| Output, Urine | 650 | |
| Patient | 77.7 kg | 73.482 kg |

CONFIDENTIAL
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008359760

CDOC/MedCtrAur006983

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

*Pg. 2*

*x Readmittance to Aurora South*

| Weight | | | |
|--------|--|--|--|

## Medications:

Active Meds + DC'd Last 24 Hrs

Levofloxacin/Dextrose  150 ML  Q48H  IV
Miscellaneous Information  VANCOMYCIN LEVEL DUE 02/09 AT 1930
       ONCE@1930 ONE  -
Vancomycin/Sodium Chloride  250 ML  Q24H  IV
Pantoprazole Sodium Sesquihydrate  40 MG  DAILY@16  PO
Cyclobenzaprine HCl  10 MG  Q8H PRN PRN  PO
Guaifenesin/Dextromethorphan  5-10 ML
       Q4H PRN PRN  PO
Acetaminophen  1,000 MG  DAILY  PO
Granisetron HCl  1 MG  DAILY  PO  (CKD)
Pancrelipase  2 EA  C MEALS  PO  (CKD)
Sodium Chloride  500 ML  BOLUS ONE  IV  (DC)
Piperacillin/Tazobactam/Sod Chloride  100 ML  Q6H  IV
Docosanol  1 APPLIC  5XDAY  TOPICAL
Calcium Carbonate  1,000 MG  BID  PO
Sodium Chloride  1,000 ML  .Q13H20M  IV  (DC)
Miscellaneous Information  1 EACH  ASDIR  IV
Tramadol HCl  50 MG  Q6H PRN PRN  PO
Acetaminophen  650 MG  Q6H PRN PRN  PO
Melatonin  3 MG  BEDTIME PRN PRN  PO
Ondansetron HCl  4 MG  Q6H PRN PRN  IV
Zolpidem Tartrate  5 MG  BEDTIME PRN PRN  PO
Diphenhydramine HCl  25 MG  BID PRN PRN  PO
Ferrous Sulfate  325 MG  DAILY PRN PRN  PO
Loperamide HCl  2 MG  BID PRN PRN  PO
Sumatriptan Succinate  50 MG  ONCE PRN  PO
Levofloxacin/Dextrose  150 ML  EMERGENCY DEPT. ONE  IVPB  (DC)
Vancomycin/Sodium Chloride  500 ML  X1ED ONE  IV  (DC)
Piperacillin/Tazobactam/Sod Chloride  100 ML  X1ED ONE  IV  (DC)
Levofloxacin  750 MG  X1ED ONE  PO  (CAN)
Acetaminophen  1,000 MG  X1ED ONE  PO  (DC)

## Physical Exam

**General appearance:** chronically ill appearing, alert, awake, oriented, no acute distress

Page 2 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

**Head/Eyes:** Sore on R lower lip
**ENT:** dry mucosal membrane
**Cardiovascular:** murmur (2/6 LUSB), regular rate & rhythm
**Respiratory:** aerating well, clear to auscultation, symmetric expansion
**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** moves all, no edema
**Musculoskeletal:** muscle spasm (Neck, paraspinal), normal inspection
**Neuro/CNS:** alert, oriented X 3, no motor deficits, no sensory deficits
**Skin:** dry, Small abscess on palmar side of R 3rd finger
**Psychiatry:** depressed

## Results
**Findings/Data:**
Laboratory Tests

|  | 02/08 0529 | 02/07 1750 |
|---|---|---|
| **Chemistry** |  |  |
| Sodium (136 - 145 mmol/L) | 141 | 136 |
| Potassium (3.5 - 5.1 mmol/L) | 3.4 L | 4.0 |
| Chloride (98 - 107 mmol/L) | 111 H | 103 |
| Carbon Dioxide (21 - 32 mmol/L) | 20 L | 21 |
| Anion Gap (5.0 - 15.0 mmol/L) | 10.0 | 12.0 |
| BUN (7 - 18 mg/dL) | 35 H | 45 H |
| Creatinine (0.600 - 1.30 mg/dL) | 1.71 H | 1.83 H |
| Est GFR (African Amer) (>or=60 UNITS) | 37 L | 34 L |
| Est GFR (Non-Af Amer) (>or=60 UNITS) | 31 L | 28 L |
| Random Glucose (74 - 106 mg/dL) | 114 H | 141 H |
| Calcium (8.5 - 10.1 mg/dL) | 7.6 L | 9.3 |
| Total Bilirubin (0.2 - 1.0 mg/dL) |  | 1.3 H |
| AST (15 - 37 U/L) |  | 18 |
| ALT (13 - 61 U/L) |  | 39 |
| Alkaline Phosphatase (45 - 117 IU/L) |  | 41 L |
| Total Protein (6.4 - 8.2 g/dL) |  | 6.9 |
| Albumin (3.4 - 5.0 g/dL) |  | 3.8 |

Laboratory Tests

|  | 02/07 1750 |
|---|---|
| **Coagulation** |  |
| PT (9.5 - 12.0 SEC) | 11.3 |
| INR | 1.1 |

Page 3 of 6

CONFIDENTIAL

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

## Laboratory Tests

| | 02/08 0529 | 02/07 1750 |
|---|---|---|
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 0.0 L | 0.0 L |
| RBC (4.00 - 5.40 10*6/uL) | 1.74 L | 2.28 L |
| Hgb (11.5 - 15.8 g/dL) | 6.0 LC | 7.8 L |
| Hct (35.0 - 47.0 %) | 17.1 LC | 22.1 L |
| MCV (79.0 - 98.0 fl) | 98.3 H | 96.9 |
| MCH (25.0 - 34.0 pg) | 34.4 H | 34.4 H |
| MCHC (31.0 - 36.0 g/dL) | 35.0 | 35.5 |
| RDW Std Deviation (39 - 47 fL) | 46.4 | 45.5 |
| RDW Coeff of Var (11.5 - 14.5 %) | 13.3 | 13.1 |
| Plt Count (150 - 375 10*3/uL) | 23 L | 39 L |
| MPV (7.4 - 10.4 fL) | 9.0 | 9.5 |
| WBC Morphology (NORMAL) | | REVIEWED BY TECH |
| Plt Morphology Comment (ADEQUATE) | DECREASED | DECREASED |
| RBC Morphology (NORMAL) | TEAR DROPS SEEN | REVIEWED BY TECH |

## Laboratory Tests

| | 02/07 2025 |
|---|---|
| Urines | |
| Urine Color (Yell - Straw) | Yellow |
| Urine Appearance (Clear) | Clear |
| Urine pH (4.6 - 8.0) | 6 |
| Ur Specific Gravity (1.003 - 1.030) | 1.011 |
| Urine Protein (NEG mg/dL) | NEG |
| Urine Glucose (UA) (NEG mg/dL) | NORM |
| Urine Ketones (NEG mg/dL) | NEG |
| Urine Blood (NEG mg/dL) | 0.03 H |
| Urine Nitrite (NEG) | NEG |
| Urine Bilirubin (NEG mg/dL) | NEG |
| Urine Urobilinogen (NEG mg/dL) | NEG |
| Ur Leukocyte Esterase (Negative Leu/ul) | Negative |
| Urine RBC (0 - 5 #/HPF) | 0-5 |
| Urine WBC (0 - 5 #/HPF) | 0-5 |
| Ur Squamous Epith Cells (NONE SEEN #/HPF) | 0-5 |
| Urine Bacteria (NONE SEEN #/HPF) | RARE |
| Hyaline Casts (NONE SEEN #/HPF) | NONE SEEN |
| Granular Casts (NONE SEEN #/HPF) | NONE SEEN |

Page 4 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

| | |
|---|---|
| RBC Casts (NONE SEEN #/HPF) | NONE SEEN |
| WBC Casts (NONE SEEN #/HPF) | NONE SEEN |
| Urine Mucus (NONE SEEN #/HPF) | RARE |
| Urine Ascorbic Acid (NEG mg/dL) | NEG |

**Radiology data:**
Recent Impressions:
**Diagnostic Radiology - XR CHEST 1 VW AP PA PORT 02/07 1824**
*** Report Impression - Status: SIGNED  Entered: 02/07/2017 1832

IMPRESSION:
1.  No radiographic evidence for acute cardiopulmonary disease.


Impression By: DR.CHAVE - Vernon Chapman MD




**Diagnosis, Assessment & Plan**
**Free Text A&P:**
59 yo F with many issues

1.  Neutropenic fever
          - Cont Vanco, Zosyn
          - Add Levaquin
          - ID consult pending
          - F/U blood cx
          - Source unclear, may be bronchitis and cannot exclude R hand

2.  Sepsis
          - Present on admission
          - Improving with IVF and IV Abx

3.  Multiple myeloma
          - Appreciate Dr Burke's input
          - Has been on D-PACE chemo by Dr Burke in past

4.  Acute anemia
          - Secondary to chemotherapy




Page 5 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

- For 2 U PRBC on 2/8/17
- F/U repeat CBC

5. R lip sore
- On Abreva cream

6. CKD III
- Cr 1.2-2.0 in past

7. Neck spasm
- Flexeril PRN
- Will see if ID thinks we need to do LP to r/o meningitis

8. Leukopenia/Thrombocytopenia
- Secondary to chemo
- Oncology following

9. Migraine
- Cont Imitrex PRN

10. DVT ppx: SCD

11. Full code

12. PT/OT

13. Dispo: Discussed wtih patient, nursing, CM and PharmD. Appreciate Oncology input. Patient is very sick and will likely be here until early next week. Will see what ID thinks. Tenous and could worsen.

Electronically Signed by Patel,Paras Shailesh MD on 02/08/17 at 1756

RPT #: 0208-0671
***END OF REPORT***

Page 6 of 6

*Pg - 6(A)*

*Readmittance to Aurora Faith*

Dear Dr. __Burke,John McEvoy  MD__ :

Date: __2/7/2017 4:06:23 AM__

**Please respond to this question to accurately reflect the severity of illness for your patient:**

Based on the below mentioned clinical indicators kindly clarify the condition being treated and evaluated ( Pancytopenia due to Chemotherapy , Pancytopenia not due to Chemotherapy, Unspecified or other more appropriate diagnosis)?

Questions? Contact __Regina Bays__ at __(804) 740-5355__ . Thank you.

**The medical record reflects the following diagnosis/clinical indicators and/or pertinent procedure findings:**

| Diagnosis/Clinical Indicators and/or Pertinent Procedure Findings | Source Document(s) / Date(s) |
|---|---|
| Direct admission for chemotherapy | H&P,pg1, 01/26 |
| Pancytopenia | Hemo-onco,pg3, 02/03 |
| PMH: Pancytopenia form chemotherapy | Con,pg2, 01/27 |
| Multiple myeloma | PN,pg4, 02/03 |
| Leukopenia and mild neutropenia | Hemo-onco,pg2, 01/29 |
| Thrombocytopenia | Hemo-onco,pg2, 01/29 |
| Continue cycle#1,day#2 DPACE chemotherapy today | Hemo-onco,pg2, 01/29 |
| | |

**If known, please provide additional documentation in response to the question stated above in the space below and/or within the medical record. If clinically unable to determine, please document "Clinically unable to determine" in the box below:**

pancytopenia due to chemotherapy - JMB

| GENERAL QUERY H11 (effective: 11/6/16)<br>THIS FORM IS A PERMANENT PART OF THE MEDICAL RECORD | Patient Name: **RYAN, SHAWNEE KU** |
|---|---|
| | Admit Date: __01/26/2017 04:21 PM__  Discharge Date: __02/03/2017 12:35 PM__ |
| | MR#: __E001170450__   Acct # : __E40008305464__ |
| | Date Stamp: __02/07/2017  04:07:52__ |
| | Check here if the query generated was verbal ☐ |

9/16

**Medical Center of Aurora**
1501 South Potomac, Aurora, Colorado 80012   (303) 695-2600

### IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#:E40008305464

UNIT RCRD #:E0011-70450
UNIV RCRD #:E652448

ROOM/BED:E.526-1          ADM DATE:01/26/17          ADM TIME:1621     FIN CLASS:11
PT. TYPE:ADM IN          LAST DC DATE:11/06/14     LOCATION(S):E.5MO

### PATIENT INFORMATION

NAME: RYAN,SHAWNEE KU                      OTHER NAME: RYAN,SHAWNEE K
STREET: 10900 SMITH ROAD                   DOB: 03/11/1957 SS#: xxx-xx-6648
STREET:                                    AGE: 59      RACE: White
C/S/ZP: DENVER,CO 80239                    SEX: F   MAR STATUS: S
PHONE#: (719)583-5843     CNTY/RES: DEN    REL: NONE CONFIRMED WIT
EMAIL: DECLINED

### SPOUSE/NOK/COMPANION                    PERSON TO NOTIFY

DWCF,FACILITY                              DWCF,FACILITY
10900 SMITH ROAD                          10900 SMITH ROAD
DENVER,CO 80239                           DENVER,CO 80239
(719)583-5843       RELTN: OT             (719)583-5843       RELTN: OT
WORK PH:                                  WORK PH:

### PATIENT EMPLOYER                        GUARANTOR

UNEMPLOYED                                DWCF,FACILITY
UNKNOWN                                   10900 SMITH ROAD

UNKNOWN,CO 99999                          DENVER,CO 80239
(999)999-9999     OCC: INMATE            (719)583-5843       RELTN: OT

### GUARANTOR EMPLOYER                      SUBSCRIBER

UNKNOWN                                   RYAN,SHAWNEE K              DOB: 03/11/57
UNKNOWN                                   UNEMPLOYED
UNKNOWN,CO 99999                          RELTN: SA
(000)000-0000                            UNEMPLOYED                  EMP STS: N

### INSURANCE INFORMATION

PRIMARY INSURANCE - 1CDOCPHP    SECOND INSURANCE -          THIRD INSURANCE -
PHP CO DEPT OF CORRECTIONS
PO BOX 1738
DENVER
CO 80201-1738
POLICY #:159496                 POLICY #:                   POLICY #:
COVERAGE #:NONE                 COVERAGE #:                 COVERAGE #:
INS PHONE #:(303)605-1500       INS PHONE #:                INS PHONE #:
GRP#/AUTH#:99999/               GRP#/AUTH#:/                GRP#/AUTH#:/

### ACCIDENT/OTHER INFORMATION

ACCIDENT DATE:          TIME:       PLACE:
ARRIVAL MODE:                       ACC DES:

### PHYSICIAN INFORMATION/DOCUMENTATION

ADM:PATARY   Patel,Arjune Yashvinkumar  MD   PMY:.DNK    DOES NOT KNOW
             (303)745-0000
ATT:PATARY   Patel,Arjune Yashvinkumar  MD   FMY:
             (303)745-0000                   ER:
OTHER 1:Patel,Arjune Yashvinkumar  MD        OTHER 2:
REASON FOR VISIT/CHIEF COMPL:MULTIPLE MYELOMA

| | FOR MR USE ONLY |
|---|---|
| PRINCIPAL DIAGNOSIS: | Assembly [ ] ___ |
| | Analysis [ ] ___ |
| PRINCIPAL OPERATION/PROCEDURE: | Coding [ ] ___ |
| CONSULTATIONS: | Printed [ ] ___ |
| PHYSICIAN SIGNATURE/DATE: | Final Check [ ] ___ |

COMMENTS: ML
PRT BY:RSC.E.MXL     ON:01/26/17 ADM SRC:CR ADM PRI:UR DC DATE:
     *FACE*               Unit#E00170450

ADVANCE DIRECTIVE:
     TIME:       DISPO:
ACCT#E4008305464

```
RUN DATE: 02/23/17                      COLUMBIA MED CTR OF AURORA **LIVE**                    PAGE 1
RUN TIME: 0440                               CODING SUMMARY
RUN USER: HPF.FEED


NAME:  RYAN,SHAWNEE KU                        ACCT#:      E40008305464
                                             FORM:
     ADM DATE: 01/26/17  1621
  ATTEND PHYS: Patel,Arjune Yashvinkumar  MD    UNIT#:      E001170450
    DIS DT/TM: 02/03/17  1235                  SEX:        F
    DIS DISP: LAW ENFORCEMENT/COURT      21    AGE:        59
         LOS: :                8            DOB:        03/11/57
    PT CLASS: IN.OTH                         FIN CLASS:  11
                                             ABS STATUS: FINAL


DIAGNOSES
ADMIT DX     C90.00       MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION          POA INDICATOR   CODESET
                                                                                                 ICD10
REASON FOR VISIT DX

PRIMARY CODESET
 PRINC DX    Z51.11       ENCOUNTER FOR ANTINEOPLASTIC CHEMOTHERAPY                     E         ICD10
 OTHER DX    D61.810      ANTINEOPLASTIC CHEMOTHERAPY INDUCED PANCYTOPENIA             Y         ICD10
             C90.00       MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION              Y         ICD10
             N18.4        CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)                    Y         ICD10
             E87.0        HYPEROSMOLALITY AND HYPERNATREMIA                           Y         ICD10
             G62.9        POLYNEUROPATHY, UNSPECIFIED                                 Y         ICD10
             M35.00       SICCA SYNDROME, UNSPECIFIED                                 Y         ICD10
             F41.8        OTHER SPECIFIED ANXIETY DISORDERS                           Y         ICD10
             I12.9        HYPERTENSIVE CHRONIC KIDNEY DISEASE W STG 1-4/UNSP CHR KDNY Y         ICD10
             D63.0        ANEMIA IN NEOPLASTIC DISEASE                                Y         ICD10
             E87.6        HYPOKALEMIA                                                 Y         ICD10
             K86.89       OTHER SPECIFIED DISEASES OF PANCREAS                        Y         ICD10
             M85.80       OTH DISRD OF BONE DENSITY AND STRUCTURE, UNSPECIFIED SITE   Y         ICD10
             D72.819      DECREASED WHITE BLOOD CELL COUNT, UNSPECIFIED               Y         ICD10
             Z90.710      ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS                  E         ICD10
             Z90.49       ACQUIRED ABSENCE OF OTHER SPECIFIED PARTS OF DIGESTIVE TRACT E        ICD10

OTHER CODESET
 PRINC DX
 OTHER DX

PROCEDURE
PRIMARY CODESET
DATE         PROC CODE & NAME                 SURGEON           ANESTHESIOLOGIST
01/26/17    3E03305      INTRODUCE OTH ANTINEOPLASTIC I  Patel,Arjune Ya
OTHER CODESET                                                                                    ICD10

PRIMARY CODESET
DRG I-10     846    CHEMOTHERAPY W/O ACUTE LEUKEMIA AS SECONDARY DIAGNOSIS
 OTHER CODESET
DRG I-9


STATUS       $REIMB    MIN-LOS     STD-LOS       COST WT      GRP VERS     GRP PC
F           13262.21               5.6           2.2853       34           11
```

CONFIDENTIAL

```
RUN DATE: 02/23/17                COLUMBIA MED CTR OF AURORA **LIVE**            PAGE 2
RUN TIME: 0440                            CODING SUMMARY
RUN USER: HPF.FEED

NAME:  RYAN,SHAWNEE KU                    ACCT#:      E40008305464
                                         FORM:
    ADM DATE: 01/26/17  1621
ATTEND PHYS: Patel,Arjune Yashvinkumar  MD   UNIT#:      E001170450
    DIS DT/TM: 02/03/17  1235            SEX:        F
    DIS DISP: LAW ENFORCEMENT/COURT     21   AGE:        59
        LOS: :          8                DOB:        03/11/57
    PT CLASS: IN.OTH                     FIN CLASS:  11
                                         ABS STATUS:  FINAL

DRG STATUS DATE: 02/22/17                ABS STATUS DATE: 02/22/17
CODER: 1FSBRU7746                        ABSTRACTOR: 1FSBRU7746


    **This form will be maintained as a permanent part of the medical record**
```

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:   Patel,Arjune Yashvinkumar  MD

DISCHARGE SUMMARY
REPORT#:0203-0389   REPORT STATUS: Signed

ADMISSION DATE:  01/26/2017
DISCHARGE DATE:  02/03/2017

ONCOLOGY:
Dr. Burke.

DISCHARGE DIAGNOSES:
1. Multiple myeloma.
2. Hypertension.
3. Neuropathy.
4. Sjogren syndrome.
5. Depression and anxiety.
6. Pancreatic insufficiency.

HOSPITAL COURSE:
1. Multiple myeloma.  The patient was directly admitted for chemotherapy.
   Per Dr. Burke, the patient tolerated therapy very well.  She will
   continue to have blood work monitor and follow up with Dr. Burke.
2. Chronic kidney disease.  The patient's creatinine is at her baseline
   around 1.6.
3. Hypokalemia, repleted.
4. Hypertension, well controlled.
5. Anemia secondary to her multiple myeloma.  The patient's hematocrit is
   stable.  No need for transfusion at this admission.
6. Pancreatic insufficiency.  The patient was continued on pancreatic
   enzymes with each meal.

DISCHARGE MEDICATIONS:
1. Lasix 20 mg p.o. daily.
2. Potassium 20 mEq p.o. daily.
3. Protonix 20 mg p.o. daily.
4. Iron sulfate 325 mg p.o. daily.
5. Tylenol 1000 mg p.o. daily.
6. Calcium carbonate 1 tab p.o. b.i.d.
7. Imitrex 50 mg p.o. once p.r.n. for migraine headache.
8. Benadryl 25 mg b.i.d. as needed for anxiety.

PATIENT NAME: RYAN,SHAWNEE KU                ACCOUNT #:E40008305464

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:  Patel,Arjune Yashvinkumar  MD

CONSULTATION
REPORT#:0127-0097   REPORT STATUS: Signed

MEDICAL ONCOLOGY CONSULTATION

ADMISSION DATE:  01/26/2017
CONSULTATION DATE:  01/27/2017

REFERRING PHYSICIAN:  Daniel Joseph Burke, MD

REASON FOR CONSULTATION:
Multiple myeloma.

HISTORY OF PRESENT ILLNESS:
Ms. Ryan is a 59-year-old woman with lambda light chain producing multiple
myeloma, who is being admitted to the hospital for chemotherapy with D-PACE.
Dr. Patel has requested that we see her in consultation.  The patient is well
known to me and was admitted from my clinic.  The history was obtained from a
discussion with her and review of her chart.

She was initially diagnosed with multiple myeloma in late 2003.  Her bone
marrow examination demonstrated 90% monoclonal plasma cells.  A FISH panel
demonstrated gain of 1q21 sequences and a translocation between chromosomes 11
and 14 among other abnormalities.  Imaging studies showed an L2 compression
fracture and diffuse osteopenia.  In April 2014, she initiated therapy with
lenalidomide, bortezomib, and dexamethasone.  She achieved a partial remission
with reduction in her marrow plasma cells down to 5%.  She was unable to get
an initial transplantation.  Subsequently, we changed her regimen to
carfilzomib, lenalidomide, and dexamethasone and she has been on that for some
time  Initially, she received a partial response, but more recently, her
lambda light chain levels have been rising.  She was recently seen at Colorado
blood Cancer Institute and re-evaluated for possibility of transplantation.
The decision was made as a team for us to stop the current regimen and try DT-
PACE therapy in order to get her going in the right direction.  The plan will
then be to pursue an autologous stem cell transplantation.  Therefore, she is
now being admitted for that treatment.  The thalidomide has been ordered for
delivery to the Department of Corrections.

PAST MEDICAL HISTORY:

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

*(handwritten notes in upper right)*

1. DVT in November 2014.
2. Shingles in late 2014.
3. Gestational diabetes.
4. Hypertension.
5. Heart murmur.
6. Sjogren syndrome.
7. Status post wrist surgery.
8. Status post partial hysterectomy.
9. Status post 5 left knee surgeries.
10. Status post appendectomy.
11. Status post tonsillectomy.
12. Status post 2 sinus surgeries in 2001.
13. Diarrhea while on treatment.  We have tried Creon to help and she feels that is helping.
14. Pancytopenia from chemotherapy treatment.

ALLERGIES:
SHE TOLERATES NARCOTICS POORLY.   ACE INHIBITORS ALSO.

CURRENT HOSPITAL MEDICATIONS:
1. Aspirin 81 mg daily.
2. Enoxaparin 40 mg daily.
3. Ferrous sulfate.
4. Furosemide.
5. Loperamide.
6. Pancrelipase.
7. Pantoprazole.
8. Potassium.

SOCIAL HISTORY:
She lives in the Department of Corrections.  She has never been a smoker.  She does not drink alcohol.  She does not use drugs.  She has no history of chemical exposures.

REVIEW OF SYSTEMS:
Positive for postnasal drip, diarrhea now about once per day, chronic nausea and some vomiting, and left upper back pain worse with deep inspiration.  This has been going on for some time now.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 99.3, pulse is 70, respirations 20, BP 103/54, O2 saturation 91% on room air.
GENERAL:  Well-appearing woman, lying in bed, in no distress.
RESPIRATORY:  Lungs are clear to auscultation bilaterally.
CARDIOVASCULAR:  Regular rate and rhythm without murmurs, rubs, or gallops.  No peripheral edema.
ABDOMEN:  Bowel sounds positive.  Soft, nontender, nondistended.  No hepatosplenomegaly.
NEUROLOGIC:  She is awake and alert and can move all of her extremities.
PSYCHIATRIC:  Orientation, affect, judgment, insight, memory are all intact.

DATA REVIEW:
WBC 2.3, hemoglobin 9.2, platelets 126, ANC 1.2.  Complete metabolic panel notable for potassium 3.1, creatinine 1.56.

PATIENT NAME:  RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

John McEvoy Burke, MD

Electronically Signed by John McEvoy Burke, MD on 02/22/17 at 0650

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

## Patient Valuables and Belongings List

*Pg. 14
* Discharged Clothy
2/3/17

Valuables Bag #: _____

E40008305464

| Items | Description | Disposition | Disposition At Discharge |
|---|---|---|---|
| **VALUABLES** | | B-Box  S-Security  P-Patient  F-Family | |
| Jewelry - place with security or mark refused | | | |
| Ring(s) | | B  S  P  F | S  P  F |
| Necklace(s) | | B  S  P  F | S  P  F |
| Bracelet(s) | | B  S  P  F | S  P  F |
| Earring(s) | | B  S  P  F | S  P  F |
| Watch | | B  S  P  F | S  P  F |
| Purse / Wallet | | B  S  P  F | S  P  F |
| Money:  Amount $ | | B  S  P  F | S  P  F |
| Checkbook | | B  S  P  F | S  P  F |
| Credit Card(s) | | B  S  P  F | S  P  F |
| ATM Card / Debit Card | | B  S  P  F | S  P  F |
| Drivers License/Social Security Card | | B  S  P  F | S  P  F |
| **BELONGINGS** | | | |
| Glasses | | B  S  P  F | S  P  F |
| Contacts:   Right    Left | | B  S  P  F | S  P  F |
| Dentures:   Upper   Lower | | B  S  P  F | S  P  F |
| Bridge:   Upper   Lower | | B  S  P  F | S  P  F |
| Hearing Aide(s):   Right   Left | | B  S  P  F | S  P  F |
| Clothing: | bra, clothes, shoes | S  P  F | S  P  F |
| | | S  P  F | S  P  F |
| Cane / Crutches  *(use tags)* | | S  P  F | S  P  F |
| Wheel Chair / Walker  *(use tags)* | | S  P  F | S  P  F |
| Brace / Artificial Limb | | S  P  F | S  P  F |
| Cell Phone / Charger | | S  P  F | S  P  F |
| Electronics / Charger | | B  S  P  F | S  P  F |
| Other Belongings | wrist brace | B  S  P  F | S  P  F |
| **MEDICATIONS** | | | |

| Medication(s) - send home or to pharmacy | See Pharmacy Listing | home / pharmacy | home / pharmacy |
|---|---|---|---|
| To Pharmacy: _____ | Pharmacy Staff Signature 3/4 ID | Date: _____ | Time: _____ |
| Returned by: _____ | Pharmacy Staff Signature 3/4 ID | Date: _____ | Time: _____ |

The above list contains all valuables/belongings I have with me. _____ Initials
I have been advised to send valuables home with family/friend.
I have been given the opportunity to lock up my valuables. _____ I have declined to lock up my valuables.

By signing below I release TMCA from any liability for lost valuables/belongings not locked up by security.

| | | | |
|---|---|---|---|
| On Admission - Staff Signature | x _____ | 3/4 ID _____ Unit EHU | Date: 4/26/17  Time: 1700 |
| On Admission - Patient Signature | _____ | Date: _____ | Time: _____ |
| At Discharge - Staff Signature | _____ | 3/4 ID _____ Unit _____ | Date: 2-3-17  Time: 11:36am |
| At Discharge - Patient Signature | _____ | Date: 2-3-17  Time: 11:54 p.m | |

**Health** The Medical Center of Aurora
Centennial Medical Plaza
Patient Belongings List

RYAN, SHAWNEE KU
E40008305464  ADM IN      E.526:1
01/26/17   Patel,Arjune Yashvirkumar
DOB: 03/11/57   59    F MR#: E001170450

*ADMINS* MR0225v042313.1

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0203-0037 REPORT STATUS: Signed
DATE:02/03/17 TIME: 0600

*Pg. 15
*Discharge 2/3/17
from Aurora South

PATIENT: RYAN,SHAWNEE KU                    UNIT #: E001170450
ACCOUNT#: E40008305464                      ROOM/BED: E.526-1
DOB: 03/11/57   AGE: 59      SEX: F         ATTEND: Patel,Arjune
Yashvinkumar  MD
ADM DT: 01/26/17                            AUTHOR: Burke,John McEvoy
MD

* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Feels well.
Achy after Neulasta, but not serious pain.
No n, v, cough, sob, other c/o.
Feels ready for discharge to DRDC Infirmary.

## Objective

### Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|------|
| 02/02-02/03 | 96.2-98.2 | 79-93 | 15-20 | 87-113/51-64 | 92-98 | |

Last Documented:

| | Result | Date Time |
|--|--------|-----------|
| Pulse Ox | 94 | 02/03 0447 |
| B/P | 102/58 | 02/03 0447 |
| Temp | 97.4 | 02/03 0447 |
| Pulse | 79 | 02/03 0447 |
| Resp | 20 | 02/03 0447 |
| O2 Delivery | Room air | 02/02 1810 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented, no acute distress
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound

Page 1 of 4

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*Pg. 16*
*Discharge to*
*Aurora South*

**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** no rash, pale
**Psychiatry:** normal affect, normal judgment/insight

## Current Medications
**Medications:**
<u>Active Meds + DC'd Last 24 Hrs</u>
Pegfilgrastim  6 MG   ONCE ONE   SUBQ   (DC)
Pegfilgrastim  6 MG   ONCE ONE   SUBQ   (DC)
Loperamide HCl   2 MG   Q4H PRN PRN   PO
Furosemide  60 MG   DAILY   PO
Sodium Chloride  1,000 ML   .Q10H   IV   (DC)
Diphenhydramine HCl  25 MG   Q6H PRN PRN   PO
Promethazine HCl  12.5 MG   Q6H PRN PRN   IV
Acetaminophen  650 MG   Q6H PRN PRN   PO
Pantoprazole Sodium Sesquihydrate  40 MG   DAILY@16   PO
Potassium Chloride  20 MEQ   BID   PO
Pancrelipase  2 EA   C MEALS   PO   (CKD)
Enoxaparin Sodium  40 MG   Q24H   SUBQ
Ferrous Sulfate  325 MG   DAILY PRN PRN   PO

## Treatment & Prophylaxis

## Treatment & Prophylaxis
**VTE Prophylaxis**
   **VTE Prophylaxis initiated:** Yes
**Other:**
**Laboratory Tests:**

|  | 02/03 0532 | 02/02 0613 |
|---|---|---|
| Chemistry |  |  |
| Sodium (136 - 145 mmol/L) |  | 144 |
| Potassium (3.5 - 5.1 mmol/L) |  | 4.1 |
| Chloride (98 - 107 mmol/L) |  | 113 H |
| Carbon Dioxide (21 - 32 mmol/L) |  | 22 |
| Anion Gap (5.0 - 15.0 mmol/L) |  | 9.0 |
| BUN (7 - 18 mg/dL) |  | 28 H |
| Creatinine (0.600 - 1.30 mg/dL) |  | 1.25 |

Page 2 of 4

CONFIDENTIAL

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*handwritten: Dr. F7*
*handwritten: Aurora South*
*handwritten: Discharge 2/3*

*handwritten column headers: 2/3 cat.   2/2 cont.*

| | | |
|---|---|---|
| Est GFR (African Amer) (> or =60 UNITS) | | 53 L |
| Est GFR (Non-Af Amer) (> or =60 UNITS) | | 44 L |
| Random Glucose (74 - 106 mg/dL) | | 74 |
| Calcium (8.5 - 10.1 mg/dL) | | 7.2 L |
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 3.9 L | 2.1 L |
| RBC (4.00 - 5.40 10*6/uL) | 2.89 L | 2.80 L |
| Hgb (11.5 - 15.8 g/dL) | 10.2 L | 9.8 L |
| Hct (35.0 - 47.0 %) | 29.4 L | 29.0 L |
| MCV (79.0 - 98.0 fl) | 101.8 H | 103.3 H |
| MCH (25.0 - 34.0 pg) | 35.2 H | 34.8 H |
| MCHC (31.0 - 36.0 g/dL) | 34.6 | 33.7 |
| RDW Std Deviation (39 - 47 fL) | 51.6 H | 53.8 H |
| RDW Coeff of Var (11.5 - 14.5 %) | 14.3 | 14.7 H |
| Plt Count (150 - 375 10*3/uL) | 126 L | 131 L |
| MPV (7.4 - 10.4 fL) | 8.9 | 8.6 |
| Neutrophils % (%) | 91.7 | 78.2 |
| Lymphocytes % (%) | 5.6 | 19.5 |
| Monocytes % (%) | 0.1 | 0.5 |
| Eosinophils % (%) | 2.4 | 1.7 |
| Basophils % (%) | 0.2 | 0.1 |
| Nucleated RBC % (%) | 0.00 | 0.20 |
| Neutrophils # (1.7 - 6.0 10*3/uL) | 3.6 | 1.6 L |
| Lymphocytes # (1.1 - 3.3 10*3/uL) | 0.2 L | 0.4 L |
| Monocytes # (0.2 - 0.9 10*3/uL) | 0.0 L | 0.0 L |
| Eosinophils # (0.1 - 0.4 10*3/uL) | 0.1 | 0.0 L |
| Basophils # (0.0 - 0.1 10*3/uL) | 0.0 | 0.0 |
| Nucleated RBCs # (10*3/uL) | 0.00 | 0.00 |

**Diagnosis, Assessment & Plan**
**Free Text A&P:**
Assessment:
1. Relapsed Multiple Myeloma, on salvage DPACE.
2. Pancytopenia.
3. Edema, improved with diuresis.
5. Hypernatremia.
4. CRI, stable.
6. History of bone pain, well controlled on Tylenol. PT IS NOT ALLERGIC TO

Page 3 of 4

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*Pg.18*
*Aurora South*
*2/3/17 Discharge*

ACETOMINPHEN.

Plan:
- OK by me for discharge. I would suggest the DRDC Infirmary over the Women's facility.
- I believe a phone call transfer with the physician at DRDC Infirmary will be required.
- The phone number I have on file is 303-307-2304, but that may not be correct.
- My suggestions on the d/c meds: d/c enoxaparin, reduce furosemide to 20 mg/d, add granisetron 1 mg PO BID PRN, change promethazine to PO PRN.
- My suggestions on d/c labs: CBC, BMP weekly on Mondays at DRDC Infirmary.
- My suggestions on f/u: see me at RMCC in about 2 weeks.
- Please call me with questions or if I can help coordinate the transfer: 303-478-2031.

Electronically Signed by Burke,John McEvoy  MD on 02/03/17 at 0605

RPT #: 0203-0037
***END OF REPORT***

Page 4 of 4

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0202-0289   REPORT STATUS: Signed
DATE:02/02/17 TIME: 1104

PATIENT: RYAN,SHAWNEE KU                UNIT #: E001170450
ACCOUNT#: E40008305464                  ROOM/BED: E.526-1
DOB: 03/11/57  AGE: 59    SEX: F        ATTEND: Patel,Arjune
Yashvinkumar  MD
ADM DT: 01/26/17                        AUTHOR:
Nallapareddy,Sujatha  MD

\* ALL edits or amendments must be made on the electronic/computer document \*

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Pt finsihed chemo yesteday night. Feels good. no nausea, or vomting or diarrhea.

## Objective

**Physical Exam**
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|------|
| 02/01-02/02 | 97.3-98.0 | 69-83 | 16-20 | 98-113/58-66 | 97-99 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 98 | 02/02 0853 |
| B/P | 113/64 | 02/02 0853 |
| O2 Delivery | Room air | 02/02 0853 |
| Temp | 98.0 | 02/02 0853 |
| Pulse | 83 | 02/02 0853 |
| Resp | 16 | 02/02 0853 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented
**HEENT:** normal pharynx
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound
**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech

Page 1 of 4

*Pg.20*
*ED Discharge Averope*
*South 2/3*

```
RUN DATE: 02/05/17          MEDITECH FACILITY: COCAA
RUN TIME: 0100              IDEV - Discharge Report                    PAGE 48
RUN USER: HPF.FEED
```

```
PATIENT:  RYAN,SHAWNEE KU           A/S: 59 F      ADMIT:     01/26/17
ACCOUNT NO: E40008305464            LOC: E.5MO     DISCH/DEP: 02/03/17
                                    RM:  E.526     STATUS:    IN
ATTEND DR: Patel,Arjune Yashvinkumar  MD    BD:  1    UNIT NO:   E001170450
REPORT STATUS: FINAL
```

EJ Fraction:
ACE/ARB at Discharge?
ACE/ARB Contraindications:
Other Specific Reason:
.
Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
.
Beta Blocker at Discharge?
Beta Blocker Contraindications:

Other Specific Reason:
.
Antithrombotic at Discharge?
Antithrombotic Contraindications:

Other Specific Reason:
.
HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?

Anticoagulation Contraindications:

Other Specific Reason:
.
Assessed for Rehabilitation?
Reason for not ordering Rehab:
.
Weight Monitoring:
Other Specific Frequency:
.
What anticoagulation med is patient being sent home on:

List reason for medication choice:

Click the 'Ok' button or press F12 to file


Order's Audit Trail of Events
1    02/03/17  0742  DR.JIAYO   Order ENTER in POM
2    02/03/17  0742  DR.JIAYO   Ordering Doctor: Jiang,Yongmei  MD
3    02/03/17  0742  DR.JIAYO   Order Source: EPOM
4    02/03/17  0742  DR.JIAYO   Signed by Jiang,Yongmei  MD
5    02/03/17  0745  ENR.TK1    order acknowledged

              Electronically Signed by Jiang,Yongmei  MD on 02/03/17 at 0742


Order Date: 02/03/17                    ─Service─
Category  Procedure Name          Order Number  Date      Time Pri Qty Ord Source Status Ordered By
CM        CM/SS: DC Arrangements/Pink  20170203-0002 02/03/17   R    C          CMP    JIAYO
Other Provider :              Sig Lvl Provider :


                    PERMANENT MEDICAL RECORD COPY
```

*Pg. 21*
*Discharge Aurora*
*South 2/3*

```
RUN DATE: 02/05/17              MEDITECH FACILITY: COCAA                    PAGE 47
RUN TIME: 0100                  IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:   RYAN,SHAWNEE KU          A/S: 59 F      ADMIT:      01/26/17
ACCOUNT NO: E40008305464            LOC: E.5MO     DISCH/DEP:  02/03/17
                                    RM:  E.526     STATUS:     IN
ATTEND DR: Patel,Arjune Yashvinkumar MD   BD:  1   UNIT NO:    E001170450
REPORT STATUS: FINAL
```

Primary Diagnosis:              multiple myloma
Secondary Diagnosis:            anemia/hypokalemia/pancreatic insufficiency/CKD stage 2
Procedures/Surgeries:           chemo
Discharge to:                   Jail
Return to Work/School:

Diet:                           Regular
Check Weight:
Activity:                       as tolerated

Return Appointments/Referrals:
PCP:
Phone:
Date:
Time:
or in:
Attend:
Phone:
on/in:

Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:

Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:

Doctor:
Phone:
on/in:
Free text for non-listed Providers

Other Provider:
Phone:
on/in:
Other Provider:
Phone:
on/in:

Follow up Lab, Procedures,      CBC/BMP check next Monday, f/u Dr. Burke in 2 weeks
Treatments:

Additional Signs/Symptoms to Notify Provider

Does patient have any of the following conditions at discharge?
                                NONE

Aspirin at Discharge?
Aspirin Contraindications:
Other Specific Reason:

## PERMANENT MEDICAL RECORD COPY

*Pg. 22*
*2/3 Discharge Aurora South*

```
RUN DATE: 02/05/17                    MEDITECH FACILITY: COCAA
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED                                                   PAGE 49
```

```
PATIENT:  RYAN,SHAWNEE KU           A/S: 59 F      ADMIT:     01/26/17
ACCOUNT #: E40008305464             LOC: E.5MO     DISCH/DEP: 02/03/17
                                    RM:  E.526     STATUS:    IN
ATTEND DR: Patel,Arjune Yashvinkumar  MD   BD:  1  UNIT NO:   E001170450
REPORT STATUS: FINAL
```

```
PCP:                         DOES NOT KNOW
Phone:
Date:
Time:
or in:
Post Acute Provider:         DEPARTMENT OF CORRECTIONS
Phone:                       303-371-4804
Fax:
** ATTENTION Post Acute Provider: See attached discharge documents **

Isolation:                   (Group response undefined)
EVAL/TREAT: SELECT AND SPECIFY ORDER BELOW

RN:                          EVAL AND TREAT
Additional orders/treatments:   PT TO RETURN TO DOC
The signing provider certifies that a face to face encounter has been

completed during this hospital visit and that the patient requires the

following level of care and is stable for discharge.
```

```
Order's Audit Trail of Events
1   02/03/17 0950 ECM.SAP   Order ENTER in OE
2   02/03/17 0950 ECM.SAP   Ordering Doctor: Jiang,Yongmei  MD
3   02/03/17 0950 ECM.SAP   Order Source: Plan of Care
4   02/03/17 0955 ENR.RH    order acknowledged
5   02/03/17 1016 DR.JIAYO  Signed by Jiang,Yongmei MD

      Electronically Signed by Jiang,Yongmei MD on 02/03/17 at 1016
```

```
Order Date: 02/03/17                  ——Service——
Category   Procedure Name           Order Number  Date    Time Pri Qty Ord Source Status  Ordered By
MED.COCAA  MEDICATION               20170203-1686 02/03/17 1230 R     Z      CMP     JIAYO
Other Provider :                    Sig Lvl Provider :
RX: 16403345                        Start: 02/03/17  1230     ONE CMP
                                    Stop: 02/03/17  1231

    Heparin Inj (Heparin Inj)
    Dose: 500 UNITS
    Route: IV                       Direction: ONCE

Order's Audit Trail of Events
1   02/03/17 1200 ENR.TK1   Order ENTER in OM
2   02/03/17 1200 ENR.TK1   Ordering Doctor: Jiang,Yongmei  MD
3   02/03/17 1200 ENR.TK1   Order Source: DeptProcess/Procedur
4   02/03/17 1201 ENR.TK1   order acknowledged
5   02/03/17 1204 SYS.PDE   EDIT in PHA
6   02/03/17 1204 SYS.PDE   EDIT
7   02/03/17 1204 SYS.PDE   Edit Dr: Jiang,Yongmei MD          Edit Source: DeptProcess/Procedur
8   02/03/17 1204 SYS.PDE   FROM:
9   02/03/17 1204 SYS.PDE   START: 02/03/17-1200   STOP: 02/03/17-1201   SOFT STOP:
10  02/03/17 1204 SYS.PDE   TO:
11  02/03/17 1204 SYS.PDE   START: 02/03/17-1230   STOP: 02/03/17-1231   SOFT STOP:
12  02/03/17 1204 SYS.PDE   For: 02/03/17 - 1230
13  02/03/17 1204 SYS.PDE   VERIFIED in PHA
14  02/03/17 1204 SYS.PDE   VERIFIED
```

## PERMANENT MEDICAL RECORD COPY

*Pg. 23*

*Discharge Aurora South*

```
RUN DATE: 02/05/17                MEDITECH FACILITY: COCAA                    PAGE 50
RUN TIME: 0100                    IDEV - Discharge Report
RUN USER: HPF.FEED
```

```
PATIENT:  RYAN,SHAWNEE KU                  A/S: 59 F        ADMIT:       01/26/17
ACCOUNT NO: E40008305464                   LOC: E.5MO       DISCH/DEP: 02/03/17
                                           RM:  E.526       STATUS:      IN
ATTEND DR: Patel,Arjune Yashvinkumar  MD   BD:  1           UNIT NO:   E001170450
REPORT STATUS: FINAL
```

```
15   02/03/17 1204 SYS.PDE      Edit Dr: Jiang,Yongmei  MD
16   02/03/17 1208 ENR.RH       order acknowledged              Edit Source: DeptProcess/Procedur
17   02/03/17 1231 SCHEDULER    DISCONTINUE in PHA
```

** IDEV END OF REPORT **


PERMANENT MEDICAL RECORD COPY

## CONSENT FOR CHEMOTHERAPY *pg. 24*

*Discharge Aurora South 2/3/17*

Patient: _Shawnee Ryan_

Chemotherapy Treatment: _Dexamethasone, cisplatin, cyclophosphamide, etoposide, doxorubicin_

Anticipated Duration of Treatment: _5 days_

Diagnosis or Reason for Treatment: _Myeloma_

Dr. _Burke_ has discussed with me, to my satisfaction, my Diagnosis or reason for Treatment and the Recommended Chemotherapy Treatment (Treatment), including its intended purpose and benefits, the likelihood of the treatment achieving my goals, the probability of success, the treatment's risks, alternatives to the treatment, including the risks, benefits and side effects of alternatives and the risks and benefits related to not receiving the proposed care, treatment, and services.

In that discussion, I received information, including written information, regarding possible risks. I understand that these risks of the Treatment include, but are not limited to, the following serious potential side effects:

| Low Blood Counts | Bleeding | Infection | Infertility/Sterility |
|---|---|---|---|
| Nausea and Vomiting | Diarrhea | Sores of the mouth and GI tract | Hair Loss |
| Life threatening complications/ death | Serious allergic-type reaction to the drug | Possible tissue damage if these drugs accidently leak into the tissue around the vein | Anemia causing weakness / Shortness of Breath |
| Periods of forgetfulness | Constipation | Dizziness | Fatigue |
| Hearing Loss | Loss of Appetite | Menopausal symptoms | Menstrual Irregularities |
| Permanent numbness or tingling in extremities | Skin and nail darkening | Skin/eye/light sensitivity | Skin rash |
| Skin Ulceration at injection site | Visual changes | Weight gain or loss | Heart damage |
| | Liver damage | Kidney damage | Lung damage |

Other potential complications: _____

In signing this consent, I agree that the above-referenced discussion has occurred to my satisfaction, and that all my questions have been answered.

I hereby expressly authorize and consent for my physician, his or her designee, and my nurse to administer the Treatment to me. I understand that I may change my mind about receiving the Treatment, and may revoke this authorization and Consent at any time and in any manner.

I also agree that, to the best of my ability, I will fully comply with all instructions given to me by my physician, his or her designee, and my nurse regarding the Treatment and will inform them immediately if I believe I have any of the following symptoms:

Temperature greater than 100.5    Significant fatigue    Bleeding    Chest pain/discomfort
Shortness of Breath    Uncontrolled vomiting    Persistent Diarrhea    Dizziness upon standing

Signature: _____    Date: _1-27-17_   Time: _6:20 a.m._
       Patient or responsible party
I have explained the procedure to the patient. I have also discussed what the procedure is likely to involve, the benefits and risks of treatment, any available alternative treatments (including the treatment) and any particular concerns of this patient.

Date: _1/27/17_   Time: _0410_   Physician Signature: _J Burke_
Physician Printed Name: _Burke_

**Health** The Medical Center of Aurora

**Consent for Chemotherapy**

*TREAT*    MR0733v070115.1

RYAN, SHAWNEE KU
E40008305464 ADM IN     E.526-1
01/26/17    Patel,Arjune Yashvinkumar
DOB: 03/11/57   59    F MRE: E001170450

Page 1 of 1

```
RUN DATE: 02/04/17          THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 1
RUN TIME: 0202           1500 S. POTOMAC ST.     AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB           HPF LAB Discharge Summary Report w/o Pathology
```

```
PATIENT: RYAN,SHAWNEE KU              ACCT #: E40008305464  LOC:  E.5HO      U #: E001170450
                                      AGE/SX: 59/F          ROOM: E.526    REG: 01/26/17
REG DR:  Patel,Arjune Yashvinkum      STATUS: DIS IN        BED:  1        DIS: 02/03/17
```

************************************* HEMATOLOGY *************************************

| Day | 9 | 8 | 7 | 6 | | |
|-----|---|---|---|---|---|---|
| Date | FEB 3 | FEB 2 | FEB 1 | JAN 31 | | |
| Time | 0532 | 0613 | 0530 | 0600 | Reference | Units |
| WBC | 3.9 L | 2.1 L | 2.6 L | 3.0 L | (4.0-11.0) | 10*3uL |
| RBC | 2.89 L | 2.80 L | 2.78 L | 2.49 L | (4.00-5.40) | 10*6/uL |
| HGB | 10.2 L | 9.8 L | 9.7 L | 8.7 L | (11.5-15.8) | g/dL |
| HCT | 29.4 L | 29.0 L | 28.4 L | 26.0 L | (35.0-47.0) | % |
| MCV | 101.8 H | 103.3 H | 102.4 H | 104.4 H | (79.0-98.0) | fl |
| MCH | 35.2 H | 34.8 H | 35.1 H | 34.9 H | (25.0-34.0) | pg |
| MCHC | 34.6 | 33.7 | 34.2 | 33.5 | (31.0-36.0) | g/dL |
| RDW | 14.3 | 14.7 H | 14.9 H | 15.0 H | (11.5-14.5) | % |
| RDW-SD | 51.6 H | 53.8 H | 54.3 H | 56.4 H | (39-47) | fL |
| PLT | 126 L | 131 L | 137 L | 124 L | (150-375) | 10*3/uL |
| MPV | 8.9 | 8.6 | 9.0 | 9.0 | (7.4-10.4) | fL |
| NE% | 91.7 | 78.2 | 84.6 | 76.7 | | % |
| LYMPH % | 5.6 | 19.5 | 8.8 | 8.5 | | % |
| MONO % | 0.1 | 0.5 | 6.4 | 14.8 | | % |
| EOS % | 2.4 | 1.7 | 0.0 | 0.0 | | % |
| BASO % | 0.2 | 0.1 | 0.2 | 0.0 | | % |
| NRBC% | 0.00 | 0.20 | 0.00 | 0.00 | | % |
| NE# | 3.6 | 1.6 L | 2.2 | 2.3 | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 L | 0.4 L | 0.2 L | 0.3 L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.0 L | 0.0 L | 0.2 | 0.4 | (0.2-0.9) | 10*3/uL |
| EOS # | 0.1 | 0.0 L | 0.0 L | 0.0 L | (0.1-0.4) | 10*3/uL |
| BASO # | 0.0 | 0.0 | 0.0 | 0.0 | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | 0.00 | 0.00 | 0.00 | | 10*3/uL |

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| WBC | 3.1 L | 1.9 L | 2.4 L | 2.3 L | (4.0-11.0) | 10*3uL |
| RBC | 2.59 L | 2.61 L | 2.69 L | 2.62 L | (4.00-5.40) | 10*6/uL |
| HGB | 9.0 L | 9.3 L | 9.5 L | 9.2 L | (11.5-15.8) | g/dL |
| HCT | 27.0 L | 26.7 L | 27.5 L | 26.8 L | (35.0-47.0) | % |
| MCV | 104.1 H | 102.2 H | 102.2 H | 102.5 H | (79.0-98.0) | fl |
| MCH | 34.6 H | 35.7 H | 35.4 H | 35.0 H | (25.0-34.0) | pg |
| MCHC | 33.3 | 34.9 | 34.7 | 34.2 | (31.0-36.0) | g/dL |
| RDW | 15.2 H | 15.1 H | 15.0 H | 14.9 H | (11.5-14.5) | % |
| RDW-SD | 56.0 H | 54.3 H | 54.7 H | 53.4 H | (39-47) | fL |
| PLT | 152 | 144 L | 148 L | 126 L | (150-375) | 10*3/uL |
| MPV | 9.1 | 8.9 | 8.7 | 9.7 | (7.4-10.4) | fL |
| NE% | 84.1 | 85.5 | 39.8 | 50.3 | | % |
| LYMPH % | 5.7 | 11.5 | 34.9 | 27.3 | | % |
| MONO % | 10.1 | 2.5 | 19.7 | 19.0 | | % |
| EOS % | 0.0 | 0.1 | 3.9 | 2.0 | | % |
| BASO % | 0.1 | 0.4 | 1.7 | 1.4 | | % |
| NRBC% | 0.00 | 0.00 | 0.10 | 0.10 | | % |

```
Patient: RYAN,SHAWNEE KU            Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450
```

CONFIDENTIAL

```
RUN DATE: 02/04/17            THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 2
RUN TIME: 0202             1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB            HPF LAB Discharge Summary Report w/o Pathology
```

*Pg. 2Le
2/5 Discharge
Aurora South*

---

```
Patient: RYAN,SHAWNEE KU              #E40008305464      (Continued)
```

---

### *** HEMATOLOGY *** (CONTINUED)

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| NE# | 2.6 | 1.7 L | 0.9 L | 1.2 L | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 L | 0.2 L | 0.8 L | 0.6 L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.3 | 0.0 L | 0.5 | 0.4 | (0.2-0.9) | 10*3/uL |
| EOS # | 0.0 L | 0.0 L | 0.1 | 0.0 L | (0.1-0.4) | 10*3/uL |
| BASO # | 0.0 | 0.0 | 0.0 | 0.0 | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | 0.00 | 0.00 | 0.00 | | 10*3/uL |
| RBC MORPHOLOGY | (A) | | (B) | | (NORMAL) | |

```
   (A)   OVALOCYTES PRESENT
   (B)   HYPOCHROMASIA


WBC MORPHOLOGY              (C)       (D)              (NORMAL)

   (C)   REVIEWED BY TECH
   (D)   NEUTROPENIA


PLT MORPHOLOGY             (E)       (F)              (ADEQUATE)

   (E)   DECREASED
   (F)   ADEQUATE


PATH REVIEW                          (G)

   (G)   SEE COMMENT
         Peripheral Smear Report
         Clinical History: Multiple myeloma, undergone
         chemotherapeutic treatments

         Macrocytic anemia; raising a differential that includes
         B12/folate deficit, alcohol use, effects of chemotherapy, or
         multifactoral etiology.
         Scattered tear forms are noted, suggestive of marrow
         fibrosis.
         Reticulocytes noted, consistent with recovery effect.
         Leukopenia due to low normal absolute counts for more than
         one subset.
         Cells are mature.
         Macrocytic anemia;
         Thrombocytopenia.
         No schistocytes seen.

         (Lezlee Pasche, MD, 85060)
```

---

```
Patient: RYAN,SHAWNEE KU            Age/Sex: 59/F   Acct#E40008305464 Unit#E001170450
```

```
Pg. 27
2/3 Discharge
Aurora South
```

```
RUN DATE: 02/04/17              THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 3
RUN TIME: 0202           1500 S. POTOMAC ST.     AURORA, COLO. 80012    (303)695-2653
RUN USER: LABBKGJOB             HPF LAB Discharge Summary Report w/o Pathology
```

---

```
Patient: RYAN,SHAWNEE KU                    #E40008305464      (Continued)
```

```
                               *** HEMATOLOGY *** (CONTINUED)
```

```
Day            1
Date           JAN 26
Time           1852                                     Reference      Units

WBC            3.2   L                                  (4.0-11.0)     10*3uL
RBC            2.94  L                                  (4.00-5.40)    10*6/uL
HGB            10.3  L                                  (11.5-15.8)    g/dL
HCT            29.8  L                                  (35.0-47.0)    %
MCV            101.5 H                                  (79.0-98.0)    fl
MCH            35.1  H                                  (25.0-34.0)    pg
MCHC           34.6                                     (31.0-36.0)    g/dL
RDW            15.0  H                                  (11.5-14.5)    %
RDW-SD         54.3  H                                  (39-47)        fL
PLT            144   L                                  (150-375)      10*3/uL
MPV            9.2                                      (7.4-10.4)     fL
NE%            51.5                                                    %
LYMPH %        28.0                                                    %
MONO %         16.8                                                    %
EOS %          1.8                                                     %
BASO %         1.9                                                     %
NRBC%          0.00                                                    %
NE#            1.6   L                                  (1.7-6.0)      10*3/uL
LYMPH #        0.9   L                                  (1.1-3.3)      10*3/uL
MONO #         0.5                                      (0.2-0.9)      10*3/uL
EOS #          0.1                                      (0.1-0.4)      10*3/uL
BASO #         0.1                                      (0.0-0.1)      10*3/uL
NRBC#          0.00                                                    10*3/uL
```

```
*************************************** CHEMISTRY ***************************************
                               *** ROUTINE CHEMISTRY ***
```

```
Day            9       8       7       6
Date           FEB 3   FEB 2   FEB 1   JAN 31
Time           0532    0613    0530    0600    Reference      Units

NA             146 H   144     145     145     (136-145)      mmol/L
K              4.2     4.1     3.9     4.3     (3.5-5.1)      mmol/L
CL             114 H   113 H   114 H   116 H   (98-107)       mmol/L
CO2            23      22      21      19 L    (21-32)        mmol/L
ANION GAP      (H)     (J)     (K)     (L)     (5.0-15.0)     mmol/L
```

```
        (H)    9.0
               See also (I)
        (I)    ANION GAP CALCULATION:  NA-(CL+CO2)
        (J)    9.0
               See also (I)
        (K)    10.0
               See also (I)
        (L)    10.0
               See also (I)
```

```
GLU            77      74      78      88      (74-106)       mg/dL
```

---

```
Patient: RYAN,SHAWNEE KU               Age/Sex: 59/F   Acct#E40008305464 Unit#E001170450
```

CONFIDENTIAL

Pg. 28
2/3 Discharge
From Aurora
South

```
RUN DATE: 02/04/17        THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 4
RUN TIME: 0202         1500 S. POTOMAC ST.    AURORA, COLO. 80012    (303)695-2653
RUN USER: LABBKGJOB         HPF LAB Discharge Summary Report w/o Pathology
```

---

Patient: RYAN,SHAWNEE KU                    #B40008305464    (Continued)

---

### *** CHEMISTRY ***
### *** ROUTINE CHEMISTRY *** (CONTINUED)

| Day | 9 | | 8 | | 7 | | 6 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | FEB 3 | | FEB 2 | | FEB 1 | | JAN 31 | | Reference | Units |
| Time | 0532 | | 0613 | | 0530 | | 0600 | | | |
| BUN | 31 | H | 28 | H | 33 | H | 27 | H | (7-18) | mg/dL |
| CREAT | 1.38 | H | 1.25 | | 1.28 | | 1.19 | | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 47 | L | 53 | L | 52 | L | 56 | L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 39(M) | L | 44(M) | L | 43(M) | L | 46(H) | L | (>or=60) | UNITS |

(M)        GFR UNITS= mL/min/1.73 Square Meters
                    GFR RESULT INTERPRETATION
    NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
    CHRONIC KIDNEY DISEASE=        LESS THAN 60 mL/min/1.73 Sq Meters
    KIDNEY FAILURE=               LESS THAN 15 mL/min/1.73 Sq Meters

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TP | | | | | 5.3 | L | 5.1 | L | (6.4-8.2) | g/dL |
| ALB | | | | | 3.1 | L | 3.0 | L | (3.4-5.0) | g/dL |
| CA | 7.5 | L | 7.2 | L | 6.8 | L | 7.3 | L | (8.5-10.1) | mg/dL |
| BILT | | | | | 0.6 | | 0.4 | | (0.2-1.0) | mg/dL |
| AST | | | | | 13 | L | 9 | L | (15-37) | U/L |
| ALT | | | | | 26 | | 28 | | (13-61) | U/L |
| ALKP | | | | | 31 | L | 32 | L | (45-117) | IU/L |
| MAG | | | | | 2.1 | | 2.0 | | (1.8-2.4) | mg/dL |

---

| Day | 5 | | 4 | | 3 | | 2 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | JAN 30 | | JAN 29 | | JAN 28 | | JAN 27 | | Reference | Units |
| Time | 0330 | | 0535 | | 0456 | | 0540 | | | |
| NA | 146 | H | 146 | H | 147 | H | 145 | | (136-145) | mmol/L |
| K | 4.3 | | 3.8 | | 3.8 | | 3.6 | | (3.5-5.1) | mmol/L |
| CL | 117 | H | 114 | H | 114 | H | 113 | H | (98-107) | mmol/L |
| CO2 | 20 | L | 22 | | 27 | | 22 | | (21-32) | mmol/L |
| ANION GAP | (N) | | (P) | | (Q) | | (R) | | (5.0-15.0) | mmol/L |

    (N)  9.0
         See also (O)
    (O)  ANION GAP CALCULATION:  NA-(CL+CO2)
    (P)  10.0
         See also (O)
    (Q)  6.0
         See also (O)
    (R)  10.0
         See also (O)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| GLU | 120 | H | 129 | H | 82 | | 76 | | (74-106) | mg/dL |
| BUN | 29 | H | 24 | H | 27 | H | 27 | H | (7-18) | mg/dL |
| CREAT | 1.21 | | 1.31 | H | 1.43 | H | 1.50 | H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 55 | L | 50 | L | 45 | L | 43 | L | (>or=60) | UNITS |

---

Patient: RYAN,SHAWNEE KU            Age/Sex: 59/F    Acct#B40008305464 Unit#R001170450

---

*(handwritten: Pg 29  2/3 Discharge from Aurora South)*

```
RUN DATE: 02/04/17        THE MEDICAL CENTER OF AURORA LABORATORY      PAGE 5
RUN TIME: 0202         1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB          HPF LAB Discharge Summary Report w/o Pathology
```

-------------------------------------------------------------------------------
Patient: RYAN,SHAWNEE KU                #E40008305464    (Continued)
-------------------------------------------------------------------------------

### *** CHEMISTRY ***
### *** ROUTINE CHEMISTRY *** (CONTINUED)

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|-----------|------|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| | | | | | | |
| GFR NON-AFR.AM. | 46(S) L | 42(S) L | 38(S) L | 36(S) L | (>or=60) | UNITS |
| (S) | | | | | | |

```
        GFR UNITS= mL/min/1.73 Square Meters
             GFR RESULT INTERPRETATION
   NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
   CHRONIC KIDNEY DISEASE=     LESS THAN 60 mL/min/1.73 Sq Meters
   KIDNEY FAILURE=            LESS THAN 15 mL/min/1.73 Sq Meters
```

| | 5 | 4 | 3 | 2 | Reference | Units |
|-----|---|---|---|---|-----------|-------|
| TP | 5.6 L | 5.6 L | 5.4 L | 5.4 L | (6.4-8.2) | g/dL |
| ALB | 3.3 L | 3.2 L | 3.2 L | 3.3 L | (3.4-5.0) | g/dL |
| CA | 7.5 L | 8.0 L | 7.9 L | 8.1 L | (8.5-10.1) | mg/dL |
| PHOS | | | | 3.7 | (2.5-4.9) | mg/dL |
| BILT | 0.3 | 0.5 | 0.6 | 0.5 | (0.2-1.0) | mg/dL |
| AST | 23 | 7 L | 5 L | 10 L | (15-37) | U/L |
| ALT | 36 | 15 | 14 | 15 | (13-61) | U/L |
| ALKP | 43 L | 39 L | 48 | 47 | (45-117) | IU/L |
| MAG | 1.9 | 1.9 | 2.0 | 2.1 | (1.8-2.4) | mg/dL |

-------------------------------------------------------------------------------

| Day | 1 | | |
|-----|---|-----------|-------|
| Date | JAN 26 | | |
| Time | 1852 | Reference | Units |
| | | | |
| NA | 145 | (136-145) | mmol/L |
| K | 3.1 L | (3.5-5.1) | mmol/L |
| CL | 109 H | (98-107) | mmol/L |
| CO2 | 24 | (21-32) | mmol/L |
| ANION GAP | (T) | (5.0-15.0) | mmol/L |
| (T) | 12.0 | | |

```
    See also (U)
(U)  ANION GAP CALCULATION:  NA-(CL+CO2)
```

| | 1 | Reference | Units |
|-----|---|-----------|-------|
| GLU | 91 | (74-106) | mg/dL |
| BUN | 26 H | (7-18) | mg/dL |
| CREAT | 1.56 H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 41 L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 34(V) L | (>or=60) | UNITS |
| (V) | | | |

```
        GFR UNITS= mL/min/1.73 Square Meters
             GFR RESULT INTERPRETATION
   NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
   CHRONIC KIDNEY DISEASE=     LESS THAN 60 mL/min/1.73 Sq Meters
   KIDNEY FAILURE=            LESS THAN 15 mL/min/1.73 Sq Meters
```

| | 1 | Reference | Units |
|-----|---|-----------|-------|
| TP | 6.3 L | (6.4-8.2) | g/dL |
| ALB | 3.8 | (3.4-5.0) | g/dL |

-------------------------------------------------------------------------------
Patient: RYAN,SHAWNEE KU          Age/Sex: 59/F     Acct#E40008305464 Unit#E001170450
-------------------------------------------------------------------------------

CONFIDENTIAL

*Dr. 30*

*X 2/3 Discharge*

*Aurora South*

```
RUN DATE: 02/04/17            THE MEDICAL CENTER OF AURORA LABORATORY        PAGE 6
RUN TIME: 0202          1500 S. POTOMAC ST.      AURORA, COLO. 80012    (303)695-2653
RUN USER: LABBKGJOB           HPF LAB Discharge Summary Report w/o Pathology
```

---

Patient: RYAN,SHAWNEE KU                 #E40008305464      (Continued)

---

### *** CHEMISTRY ***
### *** ROUTINE CHEMISTRY *** (CONTINUED)

---

| Day | 1 | | Reference | Units |
|-----|-----|-----|-----------|-------|
| Date | JAN 26 | | | |
| Time | 1852 | | | |
| CA | 8.6 | | (8.5-10.1) | mg/dL |
| PHOS | 4.5 | | (2.5-4.9) | mg/dL |
| BILT | 0.9 | | (0.2-1.0) | mg/dL |
| AST | 14 | L | (15-37) | U/L |
| ALT | 17 | | (13-61) | U/L |
| ALKP | 42 | L | (45-117) | IU/L |
| MAG | 2.0 | | (1.8-2.4) | mg/dL |

---

Specimen: 17:AA:B0004466R    Collected: 01/27/17-1002 Status:  COMP      Req#:    07213876
                            Received:  01/27/17-1003 Source:  NASAL      Sp Desc:
                                       Subm Dr: Bartelt,David L  MD

Ordered:  MRSA SURVEIL
  MRSA SURVEILLANCE  Final 01/28/17
     MRSA Surveillance Screen   NEGATIVE Screen for MRSA by ChromAgar

---

Patient: RYAN,SHAWNEE KU                 Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450

---



# Colorado Department of Corrections
## PRISON OPERATIONS
### Employee Time Reporting

*Pg. 31*
\* CDOC time sheet
\* Lab Corp Lab results

Complete this form for each month and forward to the appropriate person by the first working of each month following the reporting month. If you anticipate not being here on that day, turn in the form prior to your anticipated last day (showing the appropriate approved leave). Please note that Leave Request and Authorization forms (AR 1450-30 D) are to be utilized as required by policy.

Re Victoroff admit to infirmary late evening 2/7/17

Employee Name: **Hilary Victoroff**

Supervisor Name: **M. Bartell, HAS**

Employee I   **9717**

Month: **February-17**

| Day of Week | Date | Time In | Time Out | Time In | Time Out | Regular Hours | Sick Leave | Vac Leave | Other (Please Explain) | Total Hrs | Explanation of Other Leave: Furlough, Family Sick, Duty Day, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Wed | 1 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | NF committee |
| Thu | 2 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 3 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | eOMIS! |
| Week Total | | | | | | 21.25 | 0.00 | 0.00 | 0.00 | 21.25 | |
| Sat | 4 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 5 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 6 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | |
| Tue | 7 | 7:45 | 19:15 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | eomis, trying to do med refills and kites |
| Wed | 8 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | trng, charting |
| Thu | 9 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 10 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | eomis!, kites, consults, scans |
| Week Total | | | | | | 43.75 | 0.00 | 0.00 | 0.00 | 43.75 | |
| Sat | 11 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 12 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Ww/E |
| Mon | 13 | 7:30 | 18:45 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | on call south, POD |
| Tue | 14 | 8:00 | 18:15 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng   360 #2 |
| Wed | 15 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng (teach) |
| Thu | 16 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off, on call south |
| Fri | 17 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- south, calls all day |
| Week Total | | | | | | 42.75 | 0.00 | 0.00 | 0.00 | 42.75 | |
| Sat | 18 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E  on call south |
| Sun | 19 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | w/e , on call south |
| Mon | 20 | | | | | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | Holiday |
| Tue | 21 | 7:30 | 19:00 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | pod |
| Wed | 22 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | pod |
| Thu | 23 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 24 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| Week Total | | | | | | 32.75 | 0.00 | 0.00 | 8.00 | 40.75 | |
| Sat | 25 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 26 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 27 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- north |
| Tue | 28 | 7:45 | 18:30 | | | 10.75 | 0.00 | 0.00 | 0.00 | 10.75 | call, pod, lock down |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Week Total | | | | | | 21.75 | 0.00 | 0.00 | 0.00 | 21.75 | |

Calendar Month Hrs:   170.25

Please be advised, AR 1450-14 no longer allows the use of leave (example: sick, comp, vacation, annual, funeral, administrative) to create overtime unless the Appointing Authority has specifically approved it via memo to the Payroll Office.

Employee Signature   Date   2/28/17

Supervisor Signature   Date   3/2/17

Entered   AB 3/3/17   Date

CDOC006258

pg.32
* Time Sheet, cont.

```
= PAYROLL ================ ENTER EMPL PAYROLL ============ 03/03/2017 = Page  1

Employee #: 9717  Name: VICTOROFF, HILARY S  Balance Fwd:    23.25

Work Phone: (303) - 307-2500 Ext. 0000

Class Code:C6S4XX  Facility  :DW  DEN-WOMENS

Month :   2 February    Year:2017  Pay Diff.: Y  Exempt/Non-exempt: E

Essential/Non-essential : N  14/28 Day/40 Hrs.: F   40 HOUR
```

================================================================

| D O W | DA TE | C D E | Work Unit | Post | Time Int. From | To | SHIFT REG SH1 | DIFFTL. HRS SH2 REG | SH3 REG | SHIFT OT HRS. SH1 OT | SH2 OT | SH3 OT | Reg. Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | 1 | WR | | | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| TH | 2 | | | | | | - | - | - | - | - | - | - |
| F | 3 | WR | | | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| SA | 4 | | | | | | - | - | - | - | - | - | - |
| SU | 5 | | | | | | - | - | - | - | - | - | - |
| M | 6 | WR | | | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| T | 7 | WR | | | 0745 | 1915 | 11.50 | - | - | - | - | - | - |
| W | 8 | WR | | | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 9 | | | | | | - | - | - | - | - | - | - |
| F | 10 | WR | | | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| SA | 11 | | | | | | - | - | - | - | - | - | - |
| SU | 12 | | | | | | - | - | - | - | - | - | - |
| M | 13 | WR | | | 0730 | 1845 | 11.25 | - | - | - | - | - | - |
| T | 14 | TR | | | 0800 | 1200 | 4.00 | - | - | - | - | - | - |
| T | 14 | WR | | | 1200 | 1300 | 1.00 | - | - | - | - | - | - |
| T | 14 | TR | | | 1300 | 1700 | 4.00 | - | - | - | - | - | - |
| T | 14 | WR | | | 1700 | 1815 | - | 1.25 | - | - | - | - | - |
| W | 15 | WR | | | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 16 | | | | | | - | - | - | - | - | - | - |
| F | 17 | WR | | | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| SA | 18 | | | | | | - | - | - | - | - | - | - |
| SU | 19 | | | | | | - | - | - | - | - | - | - |
| M | 20 | H | | | | | 8.00 | - | - | - | - | - | - |
| T | 21 | WR | | | 0730 | 1900 | 11.50 | - | - | - | - | - | - |
| W | 22 | WR | | | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| TH | 23 | | | | | | - | - | - | - | - | - | - |
| F | 24 | WR | | | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| SA | 25 | | | | | | - | - | - | - | - | - | - |
| SU | 26 | | | | | | - | - | - | - | - | - | - |
| M | 27 | WR | | | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| T | 28 | WR | | | 0745 | 1830 | 10.75 | - | - | - | - | - | - |
| T | 28 | | | | | | - | - | - | - | - | - | - |

```
Run. Tot. Hrs.:170.25    Work Period Hrs.: 21.75
Reg. Hrs. Avl.:  0.00    Comp. Hrs. Avl.:   0.00    Comp. Hrs. Paid.:  0.00
Vac. Hrs. Avl.: 307.75   Sick  Hrs. Avl.: 243.79    Hol. Hrs. Avl.:    8.00
Fur. Hrs. Avl.:  0.00
```

# LabCorp

Patient Report
Specimen ID: 037-027-0204
Date collected 02/05/2017 10:53

Patient RYAN SHAWNEE
DOB 03/11/1957    Patient ID 159953    Control ID B005460901

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.3 | | g/dl | 32.5 - 35.7 | 01 |
| RDW | 13.5 | | | 12.3 - 15.4 | 01 |
| Platelets | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | | | | | 01 |
| Lymphs | 50 | | | | 01 |
| Monocytes | 5 | | | | 01 |
| Eos | 1 | | | | 01 |
| Basos | 0 | | | | 01 |
| Neutrophils (Absolute) | 0.6 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.1 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 15 | | | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.0 | 01 |
| NRBC | 0 | | | | 01 |

01  DV    LabCorp Denver
8490 Upland Drive, Englewood CO 80112-7116
Dir: Brian Polfer, MD
For inquiries, the physician may contact Branch: 303-752-2600 Lab: 800-795-3689

Date Issued: 02/05/47 16:13 ET
FINAL REPORT
Page 2 of 5
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3689.
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 9.00

Received Time Feb. 10. 2017 12:31PM No. 0011    CONFIDENTIAL    CDOC004741

# LabCorp

Specimen ID: 137-0240826-0
Control ID: B0085B0901

Acct #: 04133464          Phone: (303) 307-2600     B19
CDOC - DWCF
Denver Women's Correctional
3600 Havana
Denver, CO 80239

RYAN, SHAWNEE
1600 HAVANA ST
DENVER, CO 80239
(303) 307-2611

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 03/11/1957 | Date collected: 02/05/2017 10:53 Local | Ordering: H VICTOROFF |
| Age (y/m/d): 059/10/25 | Date entered: 02/05/2017 | Referring: |
| Gender: F    SSN: | Date reported: 02/05/2017 16:13 ET | ID: |
| Patient ID: 159496 | | NPI: 14473/0588 |

General Comments & Additional Information
Called/faxed to Amy at 1:8p 020520171 p/p

Alternate Control Number: B0085B0901                     Alternate Patient ID: 159496
Total Volume: Not Provided                               Fasting: No

Ordered Items
CMP14, CBC With Differential/Platelet, Travel Fee, Stat Service

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP14 | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65 - 99 | 01 |
| BUN | 38 | High | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | | 01 |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | | 01 |
| BUN/Creatinine Ratio | 25 | High | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 29 | 01 |
| Calcium, Serum | 8.4 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.9 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 3.5 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 3.4 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.0 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 0.3 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 74 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 44 | 01 |
| | | | | | |
| CBC With Differential/Platelet | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape. | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 99 | High | fL | 79 - 97 | 01 |
| MCH | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/05/2017 16:13 ET

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 1-800-762-3652.

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



E40008359760

TRANS-* 21-0350TMCA (08/11)

Blood Bank

of Aurora

CDOC/MedCifAur007129

RYAN, SHAWNEE KU
E40008359760   ADM IN   E.252-1
02/07/17   Spilman,Ryan PatrA   00
DOB:03/11/57   59   F   MRE E001170450
Medical Center of New Aurora, CO

CHART COPY

Pg. 36
Discharge
and readmit
2/7/17
Blood
records

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd., Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

BLOOD COMPONENT LABEL AND TRANSFUSION RECORD

RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED

PATIENT:   RYAN, SHAWNEE KU
MED REC #:   E001170450
BB WRISTBAND # :   E108528
PATIENT ABO/RH:   O NEGATIVE

PRODUCT:   PACKED CELLS IRR LP

UNIT ABO/RH:   O NEGATIVE
CROSSMATCH RESULT:   PRESUMED COMPAT

DATE:   02/10/17 0942

PRODUCT UNIT #:   W056217251912

UNIT EXPIRATION DATE: 03/06/17 2359
UNIT VOLUME:   300 mL

TECH:   ELB.CTL

UNIT INSPECTED / ISSUED BY: _____ 2/10/17 1354
UNIT ISSUE DATE / TIME: _____
UNIT ISSUED WITH ICE? (Y/N) _____
TRANSPORTER: _____

PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S:
Clinical situation is urgent requiring release of blood prior to
completion of compatibility test.

_____ M.D.

Laura Serrano RN   ROOM #: 858

☐ TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD
☐ TRANSFUSION BY RAPID INFUSOR
☐ ELECTRONIC DOCUMENTATION

THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY.

TRANSFUSIONIST   Laura Serrano RN
VERIFIER   E. Bezga RN

TRANSFUSION ENDED BY   Laura Serrano RN
TRANSFUSION DATE   2/10/17

| | TIME STARTED: | | TIME ENDED: | |
|---|---|---|---|---|
| PRETRANSFUSION VITALS | 15 MIN TIME: | 15 MIN VITALS | POST TRANSFUSION VITALS | |
| TEMP: | TEMP: | | TEMP: | |
| PULSE: | PULSE: | | PULSE: | |
| B/P: | B/P: | | B/P: | |
| RESPIRATIONS: | RESPIRATIONS: | | RESPIRATIONS: | |

TRANSFUSION REACTION: ☐ YES ☒ NO   COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION

21-0352A (Rev. 4/11)

CONFIDENTIAL

E40008359760

*TRANS-
TRANS. (02/13)
21-03507MCA

DOOH/MedChart337/130
The Medical Center of Aurora

Blood Bank Mount Sheet

Patient Information/Label

RYAN, SHAWNEE KU
ADM IN
Spltman,Ryan Patrict 00
02/07/17
F WWF E001170450
DOB:03/11/57   59
Medical Center of Au Aurora, CO

E40008359760

Pg.37
*Re-admit
and Discharge
2/7/17
Blood
records

CHART COPY

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

**BLOOD COMPONENT LABEL AND TRANSFUSION RECORD**

PATIENT:           RYAN, SHAWNEE KU
MED REC #:         E001170450
BB WRISTBAND #:    E200528
PATIENT ABO/RH:    O NEGATIVE

PRODUCT:       PACKED CELLS IRR LP

PRODUCT UNIT #:   W0362I7140869

UNIT ABO/RH:   O NEGATIVE       UNIT EXPIRATION DATE: 03/08/17 2359

CROSSMATCH RESULT:   PRESUMED COMPAT     UNIT VOLUME: 360 ml

DATE:   02/08/17 0931     TECH:  E1B.53M1

RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED

UNIT INSPECTED / ISSUED BY: _____
UNIT ISSUE DATE / TIME: _____
UNIT ISSUED WITH: _____
TRANSPORTER: _____

_____ M.D.

PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBCS:
Clinical situation is urgent requiring release of blood prior to completion of compatibility test.

ROOM # _____

THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY.

TRANSFUSIONIST: _____       TRANSFUSION ENDED BY _____

VERIFIER: _____             TRANSFUSION DATE: _____

| | TIME STARTED: | 15 MIN TIME: | TIME ENDED: |
|---|---|---|---|
| | PRETRANSFUSION VITALS | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: | | TEMP: | TEMP: |
| PULSE: | | PULSE: | PULSE: |
| B/P: | | B/P: | B/P: |
| RESPIRATIONS: | | RESPIRATIONS: | RESPIRATIONS: |

TRANSFUSION REACTION:  ☐ YES  ☐ NO     COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION

☐ TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD
☐ TRANSFUSION BY RAPID INFUSOR
☐ ELECTRONIC DOCUMENTATION

21-0552A (Rev. 4/11)

CONFIDENTIAL

TRANS.
21-0350TMCA (02/13)

Blood Bank Mount Sheet

E40008359760   ADM IN   E.252-1
RYAN,Ryan Patrick DO
02/07/17   Spillman,Ryan Patrick DO
DOB:03/11/57   59   F   MRE E001170450
Medical Center of Au Aurora, CO

E40008359760

RYAN, SHAWNEE KU

The Medical Co
of Aurora

BDOM/MedC...7131

CHART COPY

**THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112**
**THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012**

**BLOOD COMPONENT LABEL AND TRANSFUSION RECORD**

PATIENT:   RYAN, SHAWNEE KU
MED REC #:   E001170450
BB WRISTBAND #:   E160520
PATIENT ABO/RH:   O NEGATIVE

PRODUCT:   PACKED CELLS IRR LF      PRODUCT UNIT #:   W035217181465

UNIT ABO/RH:   O NEGATIVE      UNIT EXPIRATION DATE: 03/08/17 2359

CROSSMATCH RESULT:   PRESUMED COMPAT      UNIT VOLUME: _300 ml_

DATE:   02/08/17 0931      TECH:   E1B.52M1

**RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED**

UNIT INSPECTED / ISSUED BY: ____
UNIT ISSUE DATE / TIME: ____
UNIT ISSUED WITH ICE? (Y/N) ____
TRANSPORTER: ____

*PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S:*
*Clinical situation is urgent requiring release of blood prior to completion of compatibility test.*

_____ M.D.

ROOM # ____

☐ *TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD*
☐ *TRANSFUSION BY RAPID INFUSOR*
☐ *ELECTRONIC DOCUMENTATION*

**THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY.**

TRANSFUSIONIST _____   TRANSFUSION ENDED BY _____

VERIFIER _____   TRANSFUSION DATE: _____

| | TIME STARTED: | 15 MIN TIME: | TIME ENDED: |
|---|---|---|---|
| PRETRANSFUSION VITALS | | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: | | TEMP: | TEMP: |
| PULSE: | | PULSE: | PULSE: |
| B/P: | | B/P: | B/P: |
| RESPIRATIONS: | | RESPIRATIONS: | RESPIRATIONS: |

TRANSFUSION REACTION: ☐ YES ☐ NO   **COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION**

21-0352A (Rev. 4/11)

CONFIDENTIAL