# LabCorp
**Laboratory Corporation of America**

**Patient Report**

Specimen ID: 037-027-0026-0  
Control ID: B0054609011  

Acct #: 04133464   Phone: (303) 307-2600   Rte: 25  
CDOC - DWCF  
Denver Women's Correctional  
3600 Havana  
Denver CO 80239  

**RYAN, SHAWNEE**  
3600 HAVANA ST  
DENVER CO 80239  
(303) 307-2611  

### Patient Details
DOB: 03/11/1957  
Age(y/m/d): 059/10/26  
Gender: F    SSN:  
Patient ID: 159496  

### Specimen Details
Date collected: 02/06/2017 1053 Local  
Date entered: 02/06/2017  
Date reported: 02/06/2017 1613 ET  

### Physician Details
Ordering: H VICTOROFF  
Referring:  
ID:  
NPI: 1447310388  

**General Comments & Additional Information**  
Called/faxed to Amy at 138p 02062017 plp  

Alternate Control Number: B0054609011  
Total Volume: Not Provided  

Alternate Patient ID: 159496  
Fasting: No  

**Ordered Items**  
CMP14; CBC With Differential/Platelet; Travel Fee; Stat Service  

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14** | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65 - 99 | 01 |
| BUN | 39 | High | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 25 | High | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 1.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 41 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 32 | 01 |
| **CBC With Differential/Platelet** | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 99 | High | fL | 79 - 97 | 01 |
| MCH | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/06/17 1613 ET      **FINAL REPORT**      Page 1 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-795-3699

© 1995-2017 Laboratory Corporation of America® Holdings  
All Rights Reserved - Enterprise Report Version: 1.00

SKR0365



**Patient Report**

Patient: RYAN, SHAWNEE
DOB: 03/11/1957    Patient ID: 159496    Control ID: B0054609011    Specimen ID: 037-027-0026-0
Date collected: 02/06/2017 1053 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | 01 |
| Platelets | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 7 | | % | | 01 |
| Lymphs | 53 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 13 | | % | | 01 |
| Basos | 7 | | % | | 01 |
| Neutrophils (Absolute) | 0.0 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.1 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 13 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| NRBC | 0 | | % | 0 - 0 | 01 |

| 01 | DV | LabCorp Denver | Dir: Brian Poirier, MD |
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | |

For inquiries, the physician may contact **Branch: 303-792-2600 Lab: 800-795-3699**

Date Issued: 02/06/17 1613 ET    FINAL REPORT    Page 2 of 2
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

SKR0366



5 Labs of 2/6/17 DWCF found here (State Bates 4738 and 4739)

SKR0367



\* Partial Chronological from Victoroff / DWCF "4 Days" (2/3 thru 2/7) in "Box One"

\* Note State's Bates Coding goes only to: 3004

SKR 03468



SRR0369



# LabCorp

**Patient Report**

Specimen ID: 050-881-0095-0
Control ID: B0055280794

Acct #: 05078555   Phone: (303) 307-2304   Rte: 09
CDOC- DRDC INFIRMARY
Denver Recept./.Diagnost.INFI
10900 Smith Road
Denver CO 80239

**RYAN, SHAWNEE**

**Patient Details**
DOB: 03/11/1957
Age(y/m/d): 059/11/08
Gender: F   SSN:
Patient ID: NI

**Specimen Details**
Date collected: 02/19/2017 1106 Local
Date entered: 02/20/2017
Date reported: 02/21/2017 1412 ET

**Physician Details**
Ordering: J HARRELSON
Referring:
ID:
NPI: 1356401426

**General Comments & Additional Information**
A duplicate report has been generated due to demographic updates.
Alternate Control Number: B0055280794
Total Volume: Not Provided

Alternate Patient ID: NI
Fasting: No

**Ordered Items**
CBC With Differential/Platelet; Basic Metabolic Panel (7)

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CBC With Differential/Platelet** | | | | | |
| WBC | 3.1 | Low | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.62 | Alert | x10E6/uL | 3.77 - 5.28 | 01 |
| Hemoglobin | 8.1 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 24.3 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 93 | | fL | 79 - 97 | 01 |
| MCH | 30.9 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 33.3 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.9 | | % | 12.3 - 15.4 | 01 |
| Platelets | 42 | Alert | x10E3/uL | 150 - 379 | 01 |
| Decreased. | | | | | |
| Neutrophils | 61 | | % | | 01 |
| Lymphs | 16 | | % | | 01 |
| Monocytes | 20 | | % | | 01 |
| Eos | 0 | | % | | 01 |
| Basos | 1 | | % | | 01 |
| Neutrophils (Absolute) | 1.9 | | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.5 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.6 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 2 | | % | | 01 |
| Immature Grans (Abs) | 0.1 | | x10E3/uL | 0.0 - 0.1 | 01 |
| **Basic Metabolic Panel (7)** | | | | | |
| Glucose, Serum | 118 | High | mg/dL | 65 - 99 | 01 |
| BUN | 18 | | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.20 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 50 | Low | mL/min/1.73 | >59 | |

Date Issued: 02/21/17 1412 ET   **FINAL REPORT**   Page 1 of 2
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 888-522-2677

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 21. 2017 12:12PM No. 9960

CONFIDENTIAL

CDOC004738

02/21/2017   02:12:39 PM    FROM:LABCORP LCLS BLR


**LabCorp**
Laboratory Corporation of America

**Patient Report**

Patient: RYAN, SHAWNEE
DOB: 03/11/1957         Patient ID: NI         Control ID: 80055280794         Specimen ID: 050-881-0095-0
Date collected: 02/19/2017 1106 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| eGFR If Africn Am | 57 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 15 | | | 9 - 23 | |
| Sodium, Serum | 143 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.7 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 107 | High | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |

01   DV    LabCorp Denver                                        Dir: Brian Poirier, MD
          8490 Upland Drive, Englewood, CO 80112-7115
     For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699

*File #5*
*"Box 2"*

*V-f*

Date Issued: 02/21/17 1412 ET          **FINAL REPORT**                                 Page 2 of 2
This document contains private and confidential health information protected by state and federal law.          © 1995-2017 Laboratory Corporation of America® Holdings
If you have received this document in error, please call 888-522-2677                                All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 21. 2017 12:12PM No. 9960    CONFIDENTIAL                       CDOC004739

# LabCorp — Patient Report

Specimen ID: 137-927-9926-0
Control ID: B005609011

Acct #: 04109461   Phone: (303) 307-2600   Rte: 25
CDOC-DWCF
Denver Women's Correctional
3600 Havana
Denver CO 80239

**RYAN, SHAWNEE**
3600 HAVANA ST
DENVER CO 80239
(303) 307-2611

### Patient Details
DOB: 03/11/1957
Age(y/m/d): 059/10/25
Gender: F    SSN:
Patient ID: 159496

### Specimen Details
Date collected: 02/05/2017 1053 Local
Date entered: 02/06/2017
Date reported: 02/06/2017 1613 ET

### Physician Details
Ordering: H VICTOROFF
Referring:
ID:
NPI: 1447310338

**General Comments & Additional Information**
Called/faxed to Amy at 1300 02/06/2017 jlp
Alternate Control Number: B005609011       Alternate Patient ID: 159496
Total Volume: Not Provided                 Fasting: No

**Ordered Items**
CMP14;CBC With Differential/Platelet;Travel Fee;Stat Service

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14** | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65-99 | 01 |
| BUN | 39 | High | mg/dL | 6-24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57-1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 25 | High | | 9-20 | |
| Sodium, Serum | 140 | | mmol/L | 134-144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5-5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96-106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18-29 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7-10.2 | 01 |
| Protein, Total, Serum | 5.8 | | g/dL | 6.0-8.5 | 01 |
| Albumin, Serum | 4.0 | | g/dL | 3.5-5.5 | 01 |
| Globulin, Total | | | g/dL | 1.5-4.5 | |
| A/G Ratio | 2.1 | | | 1.1-2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0-1.2 | 01 |
| Alkaline Phosphatase, S | | | IU/L | 39-117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0-40 | 01 |
| ALT (SGPT) | 50 | High | IU/L | 0-32 | 01 |
| **CBC With Differential/Platelet** | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4-10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77-5.28 | 01 |
| Minor variation in size and shape | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1-15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0-46.6 | 01 |
| MCV | 99 | High | fL | 79-97 | 01 |
| MCH | 34.2 | High | pg | 26.6-33.0 | 01 |

Date Issued: 02/06/17 1613 ET     FINAL REPORT     Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-755-3699.
© 1995-2017 Laboratory Corporation of America Holdings
All Rights Reserved — Enterprise Report Version: 1.00

Received Time Feb. 10. 2017 12:31PM No. 0020

CONFIDENTIAL            GDOC004740



### LabCorp — Patient Report

Patient: RYAN, SHAWNEE
DOB: 03/11/1957
Patient ID: 05495
Control ID: B0056609011
Specimen ID: 037-027-0026-0
Date collected: 02/06/2017 1053 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 34.5 - 35.7 | 01 |
| RDW | 13.6 | | | 12.3 - 15.4 | 01 |
| Platelets | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | | | | | 01 |
| Lymphs | 54 | | | | 01 |
| Monocytes | 8 | | | | 01 |
| Eos | 16 | | | | 01 |
| Basos | 2 | | | | 01 |
| Neutrophils (Absolute) | 0.0 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.4 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 1 | | | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.0 | 01 |
| NRBC | 0 | | | 0 - 0 | 01 |

01   DV   LabCorp Denver
8490 Upland Drive, Englewood, CO 80112-7115
For inquiries the physician may contact: Branch: 303-792-2600 Lab: 800-795-3699
Dir: Brian Polger, MD

Date Issued: 02/06/17 1613 ET

FINAL REPORT

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699.
© 1995-2017 Laboratory Corporation of America Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 10. 2017 12:31PM No. 9798

CONFIDENTIAL

CDOC004741

02/17/2017 3:13:15 PM   FROM: LABCORP LCLS BULK   TO: 3033072303   LABCORP   Page 1 of 4
TO:   CDOC- DRDC INFIRMARY

# LabCorp
Laboratory Corporation of America

**Patient Report**

Specimen ID: 048-027-0003-0
Control ID: B0055212864

Acct #: 05078555   Phone: (303) 307-2304   Rte: 09
CDOC- DRDC INFIRMARY
Denver Recept. / Diagnost.INFI
10900 Smith Road
Denver CO 80239

RYAN, SHAWNEE
3600 HAVANA ST
DENVER CO 80239
(303) 307-2611

**Patient Details**
DOB: 03/11/1957
Age(y/m/d): 059/11/06
Gender: F   SSN:
Patient ID: 159496

**Specimen Details**
Date collected: 02/17/2017 0520 Local
Date entered: 02/17/2017
Date reported: 02/17/2017 1513 ET

**Physician Details**
Ordering: R ARIOLA-TI
Referring:
ID:
NPI: 1609162353

**General Comments & Additional Information**
Called/faxed to Rihanna at 1158am 02172017 plp

Alternate Control Number: B0055212864
Total Volume: Not Provided

Alternate Patient ID: 159496
Fasting: No

**Ordered Items**
CBC With Differential/Platelet; Basic Metabolic Panel (7); Stat Service; Travel Fee

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CBC With Differential/Platelet | | | | | |
| WBC | 1.7 | Alert | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.74 | Alert | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape. | | | | | |
| Hemoglobin | 8.6 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 25.0 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 91 | | fL | 79 - 97 | 01 |
| MCH | 31.4 | | pg | 26.6 - 33.0 | 01 |
| MCHC | 34.4 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 14.8 | | % | 12.3 - 15.4 | 01 |
| Platelets | 27 | Alert | x10E3/uL | 150 - 379 | 01 |
| Decreased. | | | | | |
| Neutrophils | 53 | | % | | 01 |
| Lymphs | 26 | | % | | 01 |
| Monocytes | 18 | | % | | 01 |
| Eos | 0 | | % | | 01 |
| Basos | 1 | | % | | 01 |
| Neutrophils (Absolute) | 0.9 | Low | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.4 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.3 | | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 2 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| Basic Metabolic Panel (7) | | | | | |
| Glucose, Serum | 86 | | mg/dL | 65 - 99 | 01 |
| BUN | 18 | | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.15 | High | mg/dL | 0.57 - 1.00 | 01 |

Date Issued: 02/17/17 1513 ET   **FINAL REPORT**   Page 1 of 2
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 303-792-2600
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00
CONFIDENTIAL

Received Time Feb. 17. 2017 1:09PM No. 5906

CDOC004742

02/17/2017 3:13:15 PM  FROM: LABCORP LCLS BULK  TO: 3033072303  LABCORP  Page 2 of 4
TO:  CDOC- DRDC INFIRMARY



**Patient Report**

Patient: RYAN, SHAWNEE
DOB: 03/11/1957    Patient ID: 159496    Control ID: B0055212864
Specimen ID: 048-027-0003-0
Date collected: 02/17/2017 0520 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| eGFR If NonAfricn Am | 52 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 60 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 16 | | | 9 - 23 | |
| Sodium, Serum | 143 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.7 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 108 | High | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 19 | | mmol/L | 18 - 28 | 01 |

01  DV  LabCorp Denver    Dir: Brian Poirier, MD
8490 Upland Drive, Englewood, CO 80112-7115
For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699



File #5
Box 2

Date Issued: 02/17/17 1513 ET    FINAL REPORT    Page 2 of 2
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 303-792-2600
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 17. 2017 1:09PM No. 3906
CONFIDENTIAL    CDOC004743