Pg. 1
* Readmittance to Aurora South

MEDICAL CENTER OF AURORA (COCAA)
Hospitalist Progress Note
REPORT#:0208-0671 REPORT STATUS: Signed
DATE:02/08/17 TIME: 1740

PATIENT: RYAN,SHAWNEE KU UNIT #: E001170450
ACCOUNT#: E40008359760 ROOM/BED: E.252-1
DOB: 03/11/57 AGE: 59 SEX: F ATTEND: Spilman,Ryan Patrick DO
*ADM DT: 02/07/17 AUTHOR: Patel,Paras Shailesh MD

* ALL edits or amendments must be made on the electronic/computer document *

## Subjective

**Chief Complaint:**
Fever, cough
**HPI:**
Patient complaining of neck pain and cough. No CP, SOB, HA or abdominal pain. No diarrhea.

## Objective

### General

**VS/I&O:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/07-02/08 | 36.7-39.4 | 88-108 | 16-22 | 80-124/40-73 | 41-96 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 92 | 02/08 1615 |
| B/P | 113/55 | 02/08 1615 |
| O2 Delivery | Room air | 02/08 1615 |
| O2 Flow Rate | 0 | 02/08 1615 |
| Temp | 36.8 | 02/08 1615 |
| Pulse | 88 | 02/08 1615 |
| Resp | 17 | 02/08 1615 |

24 hour I&O ending at 0700:

| | 02/08 0700 | 02/07 1900 |
|---|---|---|
| Intake Total | 1930.00 | |
| Output Total | 650 | |
| Balance | 1280.00 | |
| | | |
| Intake, IV | 1450.00 | |
| Intake, Oral | 480 | |
| Output, Urine | 650 | |
| Patient | 77.7 kg | 73.482 kg |

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 2 of 17

Pg. 2
x Readmittance to Aurora South

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

| Weight | | | |
|---|---|---|---|

**Medications:**

Active Meds + DC'd Last 24 Hrs

Levofloxacin/Dextrose 150 ML Q48H IV
Miscellaneous Information VANCOMYCIN LEVEL DUE 02/09 AT 1930
ONCE@1930 ONE -
Vancomycin/Sodium Chloride 250 ML Q24H IV
Pantoprazole Sodium Sesquihydrate 40 MG DAILY@16 PO
Cyclobenzaprine HCl 10 MG Q8H PRN PRN PO
Guaifenesin/Dextromethorphan 5-10 ML
Q4H PRN PRN PO
Acetaminophen 1,000 MG DAILY PO
Granisetron HCl 1 MG DAILY PO (CKD)
Pancrelipase 2 EA C MEALS PO (CKD)
Sodium Chloride 500 ML BOLUS ONE IV (DC)
Piperacillin/Tazobactam/Sod Chloride 100 ML Q6H IV
Docosanol 1 APPLIC 5XDAY TOPICAL
Calcium Carbonate 1,000 MG BID PO
Sodium Chloride 1,000 ML .Q13H20M IV (DC)
Miscellaneous Information 1 EACH ASDIR IV
Tramadol HCl 50 MG Q6H PRN PRN PO
Acetaminophen 650 MG Q6H PRN PRN PO
Melatonin 3 MG BEDTIME PRN PRN PO
Ondansetron HCl 4 MG Q6H PRN PRN IV
Zolpidem Tartrate 5 MG BEDTIME PRN PRN PO
Diphenhydramine HCl 25 MG BID PRN PRN PO
Ferrous Sulfate 325 MG DAILY PRN PRN PO
Loperamide HCl 2 MG BID PRN PRN PO
Sumatriptan Succinate 50 MG ONCE PRN PO
Levofloxacin/Dextrose 150 ML EMERGENCY DEPT. ONE IVPB (DC)
Vancomycin/Sodium Chloride 500 ML X1ED ONE IV (DC)
Piperacillin/Tazobactam/Sod Chloride 100 ML X1ED ONE IV (DC)
Levofloxacin 750 MG X1ED ONE PO (CAN)
Acetaminophen 1,000 MG X1ED ONE PO (DC)

## Physical Exam

**General appearance:** chronically ill appearing, alert, awake, oriented, no acute distress



CONFIDENTIAL

Pg 3
* Rundle House to Aurora South.

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

**Head/Eyes:** Sore on R lower lip
**ENT:** dry mucosal membrane
**Cardiovascular:** murmur (2/6 LUSB), regular rate & rhythm
**Respiratory:** aerating well, clear to auscultation, symmetric expansion
**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** moves all, no edema
**Musculoskeletal:** muscle spasm (Neck, paraspinal), normal inspection
**Neuro/CNS:** alert, oriented X 3, no motor deficits, no sensory deficits
**Skin:** dry, Small abscess on palmar side of R 3rd finger
**Psychiatry:** depressed

**Results**
**Findings/Data:**
Laboratory Tests

| | 02/08 0529 | 02/07 1750 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | 141 | 136 |
| Potassium (3.5 - 5.1 mmol/L) | 3.4 L | 4.0 |
| Chloride (98 - 107 mmol/L) | 111 H | 103 |
| Carbon Dioxide (21 - 32 mmol/L) | 20 L | 21 |
| Anion Gap (5.0 - 15.0 mmol/L) | 10.0 | 12.0 |
| BUN (7 - 18 mg/dL) | 35 H | 45 H |
| Creatinine (0.600 - 1.30 mg/dL) | 1.71 H | 1.83 H |
| Est GFR (African Amer) (>or=60 UNITS) | 37 L | 34 L |
| Est GFR (Non-Af Amer) (>or=60 UNITS) | 31 L | 28 L |
| Random Glucose (74 - 106 mg/dL) | 114 H | 141 H |
| Calcium (8.5 - 10.1 mg/dL) | 7.6 L | 9.3 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 1.3 H |
| AST (15 - 37 U/L) | | 18 |
| ALT (13 - 61 U/L) | | 39 |
| Alkaline Phosphatase (45 - 117 IU/L) | | 41 L |
| Total Protein (6.4 - 8.2 g/dL) | | 6.9 |
| Albumin (3.4 - 5.0 g/dL) | | 3.8 |

*Date * Time drawn Aurora South

Laboratory Tests

| | 02/07 1750 |
|---|---|
| Coagulation | |
| PT (9.5 - 12.0 SEC) | 11.3 |
| INR | 1.1 |

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

| RBC Casts (NONE SEEN #/HPF) | NONE SEEN |
|---|---|
| WBC Casts (NONE SEEN #/HPF) | NONE SEEN |
| Urine Mucus (NONE SEEN #/HPF) | RARE |
| Urine Ascorbic Acid (NEG mg/dL) | NEG |

**Radiology data:**
Recent Impressions:
**Diagnostic Radiology - XR CHEST 1 VW AP PA PORT 02/07 1824**
*** Report Impression - Status: SIGNED Entered: 02/07/2017 1832

IMPRESSION:
1. No radiographic evidence for acute cardiopulmonary disease.

Impression By: DR.CHAVE - Vernon Chapman MD

## Diagnosis, Assessment & Plan
**Free Text A&P:**
59 yo F with many issues

1. Neutropenic fever
   - Cont Vanco, Zosyn
   - Add Levaquin
   - ID consult pending
   - F/U blood cx
   - Source unclear, may be bronchitis and cannot exclude R hand

2. Sepsis
   - Present on admission
   - Improving with IVF and IV Abx

3. Multiple myeloma
   - Appreciate Dr Burke's input
   - Has been on D-PACE chemo by Dr Burke in past

4. Acute anemia
   - Secondary to chemotherapy

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 5 of 17

Pg 4

*Reading here to Avoid Sm [illegible]

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

Laboratory Tests

| | 02/08 0529 | 02/07 1750 |
|---|---|---|
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 0.0 L | 0.0 L |
| RBC (4.00 - 5.40 10*6/uL) | 1.74 L | 2.28 L |
| Hgb (11.5 - 15.8 g/dL) | 6.0 LC | 7.8 L |
| Hct (35.0 - 47.0 %) | 17.1 LC | 22.1 L |
| MCV (79.0 - 98.0 fl) | 98.3 H | 96.9 |
| MCH (25.0 - 34.0 pg) | 34.4 H | 34.4 H |
| MCHC (31.0 - 36.0 g/dL) | 35.0 | 35.5 |
| RDW Std Deviation (39 - 47 fL) | 46.4 | 45.5 |
| RDW Coeff of Var (11.5 - 14.5 %) | 13.3 | 13.1 |
| Plt Count (150 - 375 10*3/uL) | 23 L | 39 L |
| MPV (7.4 - 10.4 fL) | 9.0 | 9.5 |
| WBC Morphology (NORMAL) | | REVIEWED BY TECH |
| Plt Morphology Comment (ADEQUATE) | DECREASED | DECREASED |
| RBC Morphology (NORMAL) | TEAR DROPS SEEN | REVIEWED BY TECH |

Laboratory Tests

| | 02/07 2025 |
|---|---|
| Urines | |
| Urine Color (Yell - Straw) | Yellow |
| Urine Appearance (Clear) | Clear |
| Urine pH (4.6 - 8.0) | 6 |
| Ur Specific Gravity (1.003 - 1.030) | 1.011 |
| Urine Protein (NEG mg/dL) | NEG |
| Urine Glucose (UA) (NEG mg/dL) | NORM |
| Urine Ketones (NEG mg/dL) | NEG |
| Urine Blood (NEG mg/dL) | 0.03 H |
| Urine Nitrite (NEG) | NEG |
| Urine Bilirubin (NEG mg/dL) | NEG |
| Urine Urobilinogen (NEG mg/dL) | NEG |
| Ur Leukocyte Esterase (Negative Leu/ul) | Negative |
| Urine RBC (0 - 5 #/HPF) | 0-5 |
| Urine WBC (0 - 5 #/HPF) | 0-5 |
| Ur Squamous Epith Cells (NONE SEEN #/HPF) | 0-5 |
| Urine Bacteria (NONE SEEN #/HPF) | RARE |
| Hyaline Casts (NONE SEEN #/HPF) | NONE SEEN |
| Granular Casts (NONE SEEN #/HPF) | NONE SEEN |



CONFIDENTIAL

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 6 of 17

Pg. 6(A).

Dear Dr. Burke,John McEvoy MD :

Date: 2/7/2017 4:06:23 AM

*Readmittance to Aurora South

**Please respond to this question to accurately reflect the severity of illness for your patient:**

Based on the below mentioned clinical indicators kindly clarify the condition being treated and evaluated ( Pancytopenia due to Chemotherapy , Pancytopenia not due to Chemotherapy, Unspecified or other more appropriate diagnosis)?

Questions? Contact Regina Bays at (804) 740-5355 . Thank you.

**The medical record reflects the following diagnosis/clinical indicators and/or pertinent procedure findings:**

| Diagnosis/Clinical Indicators and/or Pertinent Procedure Findings | Source Document(s) / Date(s) |
|---|---|
| Direct admission for chemotherapy | H&P,pg1, 01/26 |
| Pancytopenia | Hemo-onco,pg3, 02/03 |
| PMH: Pancytopenia form chemotherapy | Con,pg2, 01/27 |
| Multiple myeloma | PN,pg4, 02/03 |
| Leukopenia and mild neutropenia | Hemo-onco,pg2, 01/29 |
| Thrombocytopenia | Hemo-onco,pg2, 01/29 |
| Continue cycle#1,day#2 DPACE chemotherapy today | Hemo-onco,pg2, 01/29 |
| | |

**If known, please provide additional documentation in response to the question stated above in the space below and/or within the medical record. If clinically unable to determine, please document "Clinically unable to determine" in the box below:**

pancytopenia due to chemotherapy - JMB

GENERAL QUERY H11 (effective: 11/6/16)
THIS FORM IS A PERMANENT PART OF THE MEDICAL RECORD

Patient Name: RYAN, SHAWNEE KU
Admit Date: 01/26/2017 04:21 PM Discharge Date: 02/03/2017 12:35 PM
MR#: E001170450 Acct#: E40008305464
Date Stamp: 02/07/2017 04:07:52
Check here if the query generated was verbal ☐

9/16

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 7 of 17

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

- For 2 U PRBC on 2/8/17
- F/U repeat CBC

5. R lip sore
   - On Abreva cream

6. CKD III
   - Cr 1.2-2.0 in past

7. Neck spasm
   - Flexeril PRN
   - Will see if ID thinks we need to do LP to r/o meningitis

8. Leukopenia/Thrombocytopenia
   - Secondary to chemo
   - Oncology following

9. Migraine
   - Cont Imitrex PRN

10. DVT ppx: SCD

11. Full code

12. PT/OT

13. Dispo: Discussed wtih patient, nursing, CM and PharmD. Appreciate Oncology input. Patient is very sick and will likely be here until early next week. Will see what ID thinks. *Tenous and could worsen.

Electronically Signed by Patel,Paras Shailesh MD on 02/08/17 at 1756

RPT #: 0208-0671
***END OF REPORT***



# Colorado Department of Corrections
## PRISON OPERATIONS
### Employee Time Reporting

Pg. 31
*Doc time sheet
*Lab Corp Lab results

Complete this form for each month and forward to the appropriate person by the first working of each month following the reporting month. If you anticipate not being here on that day, turn in the form prior to your anticipated last day (showing the appropriate approved leave). Please note that Leave Request and Authorization forms (AR 1450 - 30 D) are to be utilized as required by policy.

pre Victoroff admit to infirmary late evening 2/7/17

Employee Name: Hilary Victoroff

Employee I 9717

Supervisor Name: M. Bartell, HAS

Month: February-17

| Day of Week | Date | Time In | Time Out | Time In | Time Out | Regular Hours | Sick Leave | Vac Leave | Other (Please Explain) | Total Hrs | Explanation of Other Leave: Furlough, Family Sick, Duty Day, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Wed | 1 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | NF committee |
| Thu | 2 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| *Fri | 3 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | eOMISI |
| Week Total | | | | | | 21.25 | 0.00 | 0.00 | 0.00 | 21.25 | |
| *Sat | 4 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| *Sun | 5 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| *Mon | 6 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | |
| *Tue | 7 | 7:45 | 19:15 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | eomis, trying to do med refills and kites |
| *Wed | 8 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | trng, charting |
| Thu | 9 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 10 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | eomisl, kites, consults, scans |
| Week Total | | | | | | 43.75 | 0.00 | 0.00 | 0.00 | 43.75 | |
| Sat | 11 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 12 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Ww/E |
| Mon | 13 | 7:30 | 18:45 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | on call south,POD |
| Tue | 14 | 8:00 | 18:15 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng 360 #2 |
| Wed | 15 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng (teach) |
| Thu | 16 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off, on call south |
| Fri | 17 | 7:45 | 18:45 | | | 11:00 | 0.00 | 0.00 | 0.00 | 11.00 | call- south, calls all day |
| Week Total | | | | | | 42.75 | 0.00 | 0.00 | 0.00 | 42.75 | |
| Sat | 18 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E on call south |
| Sun | 19 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | w/e , on call south |
| Mon | 20 | | | | | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | Holiday |
| Tue | 21 | 7:30 | 19:00 | | | 11:50 | 0.00 | 0.00 | 0.00 | 11.50 | pod |
| Wed | 22 | 7:45 | 19:00 | | | 11:25 | 0.00 | 0.00 | 0.00 | 11.25 | pod |
| Thu | 23 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 24 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| Week Total | | | | | | 32.75 | 0.00 | 0.00 | 8.00 | 40.75 | |
| Sat | 25 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 26 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 27 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- north |
| Tue | 28 | 7:45 | 18:30 | | | 10.75 | 0.00 | 0.00 | 0.00 | 10.75 | call, pod, lock down |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| Week Total | | | | | | 21.75 | 0.00 | 0.00 | 0.00 | 21.75 | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

Calendar Month Hrs: 170.25

Please be advised, AR 1450-14 no longer allows the use of leave (example: sick, comp, vacation, annual, funeral, administrative) to create overtime unless the Appointing Authority has specifically approved it via memo to the Payroll Office.

HV 2/28/17

Employee Signature Date

3/2/17

Supervisor Signature Date

Entered AB Date 3/3/17

CDOC006258

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 9 of 17

Pg. 32
*Time Sheet, cont.

= PAYROLL ================ ENTER EMPL PAYROLL ============ 03/03/2017 = Page 1

Employee #: 9717 Name: VICTOROFF, HILARY S Balance Fwd: 23.25

Work Phone: (303) - 307-2500 Ext. 0000

Class Code:C6S4XX Facility :DW DEN-WOMENS

Month : 2 February Year:2017 Pay Diff.: Y Exempt/Non-exempt: E

Essential/Non-essential : N 14/28 Day/40 Hrs.: F 40 HOUR

COMPENSATORY TIME SHEET

| DOW | DATE | CDE | Work Unit | Post | Time Int. From | Time Int. To | SHIFT DIFFTL. HRS SH1 REG | SH2 REG | SH3 REG | SHIFT OT HRS. SH1 OT | SH2 OT | SH3 OT | Reg. Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W | 1 | WR | | | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| TH | 2 | | | | | | - | - | - | - | - | - | - |
| F | 3 | WR | | | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| SA | 4 | | | | | | - | - | - | - | - | - | - |
| SU | 5 | | | | | | - | - | - | - | - | - | - |
| M | 6 | WR | | | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| T | 7 | WR | | | 0745 | 1915 | 11.50 | - | - | - | - | - | - |
| W | 8 | WR | | | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 9 | | | | | | - | - | - | - | - | - | - |
| F | 10 | WR | | | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| SA | 11 | | | | | | - | - | - | - | - | - | - |
| SU | 12 | | | | | | - | - | - | - | - | - | - |
| M | 13 | WR | | | 0730 | 1845 | 11.25 | - | - | - | - | - | - |
| T | 14 | TR | | | 0800 | 1200 | 4.00 | - | - | - | - | - | - |
| T | 14 | WR | | | 1200 | 1300 | 1.00 | - | - | - | - | - | - |
| T | 14 | TR | | | 1300 | 1700 | 4.00 | - | - | - | - | - | - |
| T | 14 | WR | | | 1700 | 1815 | - | 1.25 | - | - | - | - | - |
| W | 15 | WR | | | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 16 | | | | | | - | - | - | - | - | - | - |
| F | 17 | WR | | | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| SA | 18 | | | | | | - | - | - | - | - | - | - |
| SU | 19 | | | | | | - | - | - | - | - | - | - |
| M | 20 | H | | | | | 8.00 | - | - | - | - | - | - |
| T | 21 | WR | | | 0730 | 1900 | 11.50 | - | - | - | - | - | - |
| W | 22 | WR | | | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| TH | 23 | | | | | | - | - | - | - | - | - | - |
| F | 24 | WR | | | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| SA | 25 | | | | | | - | - | - | - | - | - | - |
| SU | 26 | | | | | | - | - | - | - | - | - | - |
| M | 27 | WR | | | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| T | 28 | WR | | | 0745 | 1830 | 10.75 | - | - | - | - | - | - |
| T | 28 | | | | | | - | - | - | - | - | - | - |

Run. Tot. Hrs.:170.25 Work Period Hrs.: 21.75
Reg. Hrs. Avl.: 0.00 Comp. Hrs. Avl.: 0.00 Comp. Hrs. Paid.: 0.00
Vac. Hrs. Avl.: 307.75 Sick Hrs. Avl.: 243.79 Hol. Hrs. Avl.: 8.00
Fur. Hrs. Avl.: 0.00

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 10 of 17

LabCorp — Patient Report

Patient: RYAN, SHAWNEE
DOB: 03/11/1957 Patient ID: 159496 Control ID: B0054609011
Specimen ID: 037-027-0026-0
Date collected: 02/06/2017 1055 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | 01 |
| Platelets | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 7 | | % | | 01 |
| Lymphs | 52 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 13 | | % | | 01 |
| Basos | 7 | | % | | 01 |
| Neutrophils (Absolute) | 0.0 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.1 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes(Absolute) | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 13 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| NRBC | 0 | | % | 0 - 0 | 01 |

01 DV LabCorp Denver Dir: Brian Poirier, MD
8490 Upland Drive, Englewood, CO 80112-7115
For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699


This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 10. 2017 12:31PM No. 9728 CONFIDENTIAL CDOC004741

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 11 of 17

LabCorp **Patient Report**

Specimen ID: 037-027-0026-0
Control ID: B0054609011

Acct #: 04133464 Phone: (303) 307-2600 Rte: 25
CDOC - DWCF
Denver Womens Correctional
3600 Havana
Denver CO 80239

RYAN, SHAWNEE
3600 HAVANA ST
DENVER CO 80239
(303) 307-2611

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 03/11/1957 | Date collected: 02/06/2017 1053 Local | Ordering: H VICTOROFF |
| Age(y/m/d): 059/10/26 | Date entered: 02/06/2017 | Referring: |
| Gender: F SSN: | Date reported: 02/06/2017 1613 ET | ID: |
| Patient ID: 159496 | | NPI: 1447310388 |

General Comments & Additional Information
Called/faxed to Amy at 138p 02062017 plp

Alternate Control Number: B0054609011
Total Volume: Not Provided

Alternate Patient ID: 159496
Fasting: No

Ordered Items
CMP 14; CBC With Differential/Platelet; Travel Fee; Stat Service

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CMP 14 | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65 - 99 | 01 |
| BUN | 39 | High | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 25 | High | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 1.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 41 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 32 | 01 |
| CBC With Differential/Platelet | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape. | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 99 | High | fL | 79 - 97 | 01 |
| MCH | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/06/17 1613 ET **FINAL REPORT** 

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-795-3699.

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Received Time Feb. 10. 2017 12:31PM No. 7?? CONFIDENTIAL 

RYAN, SHAWNEE KU
E40008359760 ADM IN E.252-1
02/07/17 Spilman,Ryan Patrick DO
DOB:03/11/57 59 F MR# E001170450
Medical Center of Au Aurora, CO
E40008359760

Blood Bank Mount Sheet

The Medical Center of Aurora

CDOC/MedCtrAurora/131

"TRANS"
21-0350TMCA (02/13)

CHART COPY

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

## BLOOD COMPONENT LABEL AND TRANSFUSION RECORD

**PATIENT:** RYAN,SHAWNEE KU
**MED REC #:** E001170450
**BB WRISTBAND #:** EZ08522
**PATIENT ABO/RH:** O NEGATIVE

**PRODUCT:** PACKED CELLS 1RR LP **PRODUCT UNIT #:** W036217181465

**UNIT ABO/RH:** O NEGATIVE **UNIT EXPIRATION DATE:** 03/08/17 2359

**CROSSMATCH RESULT:** PRESUMED COMPAT **UNIT VOLUME:** 300 mL

**DATE:** 02/08/17 0931 **TECH:** ELB.SJM1 KMS

**RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED**

UNIT INSPECTED / ISSUED BY: [signature]
UNIT ISSUE DATE / TIME: 2/8/17 1207
UNIT ISSUED WITH ICE? (Y/N) N
TRANSPORTER: [signature]

*PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S: Clinical situation is urgent requiring release of blood prior to completion of compatibility test.*

______________________ M.D.

**THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY:**

TRANSFUSIONIST Laura Serrano TRANSFUSION ENDED BY Laura Serrano

VERIFIER ______ TRANSFUSION DATE: 2/8/17 ROOM # 252

| TIME STARTED: | 15 MIN TIME: 1351 | TIME ENDED: |
|---|---|---|
| PRETRANSFUSION VITALS | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: | TEMP: 98.4 | TEMP: |
| PULSE: | PULSE: 91 | PULSE: |
| B/P: | B/P: 95/48 | B/P: |
| RESPIRATIONS: | RESPIRATIONS: 22 91% | RESPIRATIONS: |

L.S.

☐ *TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD*
☐ *TRANSFUSION BY RAPID INFUSOR*
☐ *ELECTRONIC DOCUMENTATION*

**TRANSFUSION REACTION:** ☐ YES ☒ NO **COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION**

21-0352A (Rev. 4/11)

*Pg. 38
*Readmit and Discharge Blood Records Aurora South

CONFIDENTIAL

E40008359760

The Medical Center of Aurora

CDOC/MedC/Aur/00/130

*TRANS*
21-0350TMCA (02/13)

**Blood Bank Mount Sheet**

**Patient Information/Label**

RYAN, SHAWNEE KU E.252-1
E40008359760 ADM IN
02/07/17 Spilman, Ryan Patrick 00
DOB:03/11/57 59 F MR# E001170450
Medical Center of Au Aurora, CO

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

**BLOOD COMPONENT LABEL AND TRANSFUSION RECORD**

**PATIENT:** RYAN, SHAWNEE KU
**MED REC #:** E001170450
**BB WRISTBAND #:** E708528
**PATIENT ABO/RH:** O NEGATIVE
**PRODUCT:** PACKED CELLS IRR LP **PRODUCT UNIT #:** W036217140869
**UNIT ABO/RH:** O NEGATIVE **UNIT EXPIRATION DATE:** 03/08/17 2359
**CROSSMATCH RESULT:** PRESUMED COMPAT **UNIT VOLUME:** 300 mL
**DATE:** 02/08/17 0931 **TECH:** ELB.SJHI

**RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED**

**UNIT INSPECTED / ISSUED BY:** R. McCarthy
**UNIT ISSUE DATE / TIME:** 2-8-17 1507
**UNIT ISSUED WITH ICE? (Y/N)**
**TRANSPORTER:** R. McCarthy (John [illegible])

*PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S: Clinical situation is urgent requiring release of blood prior to completion of compatibility test.*

______________________ M.D.

CHART COPY

**THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY:**

TRANSFUSIONIST Laura Serrano
VERIFIER J. [illegible]
TRANSFUSION ENDED BY Laura Serrano
TRANSFUSION DATE: *2/8/17 ROOM # 252.

| TIME STARTED: | 15 MIN TIME: 1551 | TIME ENDED: |
|---|---|---|
| PRETRANSFUSION VITALS | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: 98.4 | TEMP: 98.4 | TEMP: |
| PULSE: 89 | PULSE: 91 | PULSE: |
| B/P: 90/49 | B/P: 95/48 | B/P: |
| RESPIRATIONS: 17 | RESPIRATIONS: 22 91% | RESPIRATIONS: |

☐ TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD
☐ TRANSFUSION BY RAPID INFUSOR
☐ ELECTRONIC DOCUMENTATION

**TRANSFUSION REACTION:** ☐ YES ☒ NO **COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION**

21-0352A (Rev. 4/11)

Pg. 37
*Re-admit and Discharge 2/7/17
Blood records

CONFIDENTIAL

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

**BLOOD COMPONENT LABEL AND TRANSFUSION RECORD**

PATIENT: RYAN, SHAWNEE KU
MED REC #: E001170450
BB WRISTBAND #: E208528
PATIENT ABO/RH: O NEGATIVE
PRODUCT: PACKED CELLS IRR LP
PRODUCT UNIT #: W036217251812
UNIT ABO/RH: O NEGATIVE
UNIT EXPIRATION DATE: 03/06/17 2359
CROSSMATCH RESULT: PRESUMED COMPAT
UNIT VOLUME: 300 mL
DATE: 02/10/17 0942
TECH: ELB.CTL

**RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED**

UNIT INSPECTED / ISSUED BY: [signature]
UNIT ISSUE DATE / TIME: 2/10/17 1354
UNIT ISSUED WITH ICE? (Y/N) N
TRANSPORTER: Tubed

*PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S: Clinical situation is urgent requiring release of blood prior to completion of compatibility test.*

_______________ M.D.

CHART COPY

THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY:

TRANSFUSIONIST Laura Serrano RN
TRANSFUSION ENDED BY Laura Serrano RN
VERIFIER L. Boyd RN
TRANSFUSION DATE 2/10/17
ROOM # 252

| TIME STARTED: | 15 MIN TIME: | TIME ENDED: |
|---|---|---|
| PRETRANSFUSION VITALS | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: | TEMP: | TEMP: |
| PULSE: | PULSE: | PULSE: |
| B/P: | B/P: | B/P: |
| RESPIRATIONS: | RESPIRATIONS: | RESPIRATIONS: |

☐ *TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD*
☐ *TRANSFUSION BY RAPID INFUSOR*
☐ *ELECTRONIC DOCUMENTATION*

TRANSFUSION REACTION: ☐ YES ☒ NO COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION

21-0352A (Rev. 4/11)

303151

Patient Information Label
RYAN, SHAWNEE KU
E40008359760 ADM IN E.252-1
02/07/17 Spilman, Ryan Patrick DO
DOB:03/11/57 59 F MR# E001170450
Medical Center of Au Aurora, CO
E40008359760

of Aurora
Blood Bank
*TRANS*
21-0350TMCA (08/11)

#Pg. 36
#Discharge and readmit 2/7/17
Blood records

CONFIDENTIAL

CDOC/MedCtrAur007129

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 15 of 17

**PHIL WEISER**
Attorney General

**NATALIE HANLON LEH**
Chief Deputy Attorney General

**ERIC R. OLSON**
Solicitor General



**STATE OF COLORADO**
**DEPARTMENT OF LAW**

**RALPH L. CARR**
**COLORADO JUDICIAL CENTER**
1300 Broadway, 10th Floor
Denver, Colorado 80203
Phone (720) 508-6000

**Civil Litigation and**
**Employment Law Section**

September 13, 2019

Medical Center of Aurora
Attention: Medical Records
1501 South Potomac Street
Aurora, CO 80012

RE: **Records Request**
Name: Shawnee K. Ryan
DOB: 3/11/1957 / SSN: xxx-xx-6648

Dear Sir or Madam:

Enclosed please find an executed Authorization to Release Medical Information for the release of the above-referenced individual's healthcare records. Ms. Ryan has declined to have her signature notarized.

Please provide us with a copy of Ms. Ryan's medical and mental health records for the period as set forth in the attached release. Information requested includes but is not limited to all notes, records, evaluations, psychiatric and psychological reports, case records, discharge records, billing records, narratives and memoranda, nurse's notes, prescription records, hospitalization records, laboratory and diagnostic tests, radiology reports, consultation reports and all other information as itemized on the enclosed release.

If prepayment is required for copies of the records, please contact me at 720-508-6626 or laurie.merrick@coag.gov and arrangements will be made for prompt payment.

Thank you for your assistance. Please do not hesitate to contact me if you have any questions or need more information.

Sincerely,

FOR THE ATTORNEY GENERAL

Laurie A. Merrick, Paralegal II
Civil Litigation Section / Cross-Unit Litigation

E4000 8539445

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/05/19 USDC Colorado Page 16 of 17

AUTHORIZATION TO RELEASE MEDICAL INFORMATION

(The execution of this form does not authorize the release of information other than that specifically described below.)

TO: Medical Center of Aurora, 1501 South Potomac Street, Aurora, CO 80012, 303-695-2600

PATIENT: Shawnee K. Ryan: SOCIAL SECURITY NO: xxx-xx-6648 BIRTH DATE: 3/11/1957

RELEASE TO: Amy Colony, Senior Assistant Attorney General
Office of the Attorney General
Civil Litigation and Employment Section/Tort Litigation Unit
1300 Broadway, 10th Floor
Denver, Colorado 80203

I request and authorize the above-named physician or health-care provider to release the information specified below to the organization, agency or individual named on this request.

I under-stand that the information to be released includes, but is not limited to, information regarding the following condition(s):

X Drug Abuse, if any

X Alcoholism or alcohol abuse, if any

Sickle Cell Anemia, if any

X Psychological or psychiatric conditions, if any

HIV status

Child Abuse, if any

X Mental health records and treatment, if any

INFORMATION REQUESTED:

X This request is for all medical and mental health records regarding the above individual and is deemed necessary for litigation purposes. It includes all notes, records, evaluations, prescriptions, lab reports, analysis, tests, bills, invoices, medication records, psychiatric and psychological reports, information sheets, x-rays, hospital records, admitting records, admitting history and physical summaries, case records, discharge summaries, emergency room records, ambulance trip sheets, outpatient clinical records, requests for consultations and consultation reports, radiology reports, x-ray, records of diagnostic, pathological and laboratory tests, psychiatric and psychological reports and evaluations, lab slips, intake and output records, physicians' orders and progress notes, nurses' notes, therapy records, evaluation forms, telephone communications, and all other notes, charts, documents

Case 1:18-cv-00956-MSK-MEH Document 180-1 Filed 11/09/19 USDC Colorado Page 17 of 17

and memoranda pertaining to the examination, treatment, and/or hospitalization of the above individual.

DATES COVERED: __X_ Limited to treatment dates: January 15th, 2017 through March 25, 2017.

PURPOSE(S) OR NEED FOR WHICH INFORMATION IS TO BE USED: Pending litigation contained within the scope of the Attorney General's defense of clients.

AUTHORIZATION: I certify that this request has been made voluntarily and that the information given above is accurate to the best of my knowledge. I understand that I may revoke this authorization by sending a request in writing to the provider listed on this form at any time, except to the extent that action has already been taken to comply with it. I understand that once I sign this authorization and the information is disclosed, a federal law called HIPAA will no longer prevent the recipient of the information from redisclosing it. Without my express revocation, this consent will expire upon the completion of this litigation, including appeals. I understand that my physician may not condition treatment upon this authorization, and that I have a right to a copy of this authorization. This authorization satisfies the requirements of HIPAA.

OTHER CONDITIONS: A copy of this authorization or my signature thereon may be utilized with the same effectiveness as an original.

DATE: 9/9, 2019 ______________________________

SIGNATURE OF PATIENT

SUBSCRIBED AND SWORN to before me in the County of , State of Colorado, this day of , 2019, by ______________________.

WITNESS my hand and official seal.

My commission expires: