

*Admit for OUTPACE*

## Medical Center of Aurora
1501 South Potomac, Aurora, Colorado 80012 (303) 695-2600

### IN/OUT/ER PATIENT ADMISSION RECORD

ACCOUNT#: E40008305464

UNIT RCRD #: E0011-70450
UNIV RCRD #: E652448

ROOM/BED: E.526-1    ADM DATE: 01/26/17    ADM TIME: 1621    FIN CLASS: 11
PT. TYPE: ADM IN    LAST DC DATE: 11/06/14    LOCATION(S): E.5MO

### PATIENT INFORMATION

NAME: RYAN, SHAWNEE KU
STREET: 10900 SMITH ROAD
STREET:
C/S/ZP: DENVER, CO 80239
PHONE#: (719)583-5843    CNTY/RES: DEN
EMAIL: DECLINED

OTHER NAME: RYAN, SHAWNEE K
DOB: 03/11/1957 SS#: xxx-xx-6648
AGE: 59    RACE: White
SEX: F    MAR STATUS: S
REL: NONE CONFIRMED WIT

### SPOUSE/MOR/COMPANION

DWCF, FACILITY
10900 SMITH ROAD
DENVER, CO 80239
(719)583-5843    RELTN: OT
WORK PH:

### PERSON TO NOTIFY

DWCF, FACILITY
10900 SMITH ROAD
DENVER, CO 80239
(719)583-5843    RELTN: OT
WORK PH:

### PATIENT EMPLOYER

UNEMPLOYED
UNKNOWN

### GUARANTOR

DWCF, FACILITY
10900 SMITH ROAD

UNKNOWN, CO 99999
(999)999-9999    OCC: INMATE

DENVER, CO 80239
(719)583-5843    RELTN: OT

### GUARANTOR EMPLOYER

UNKNOWN
UNKNOWN
UNKNOWN, CO 99999
(000)000-0000

### SUBSCRIBER

RYAN, SHAWNEE K    DOB: 03/11/57
UNEMPLOYED
RELTN: SA
UNEMPLOYED    EMP STS: N

### INSURANCE INFORMATION

PRIMARY INSURANCE - 1CDOCPHP    SECOND INSURANCE -    THIRD INSURANCE -
PHP CO DEPT OF CORRECTIONS
PO BOX 1738
DENVER
CO 80201-1738
POLICY #: 159496    POLICY #:    POLICY #:
COVERAGE #: NONE    COVERAGE #:    COVERAGE #:
INS PHONE #: (303)605-1500    INS PHONE #:    INS PHONE #:
GRP#/AUTH#: 99999/    GRP#/AUTH#: /    GRP#/AUTH#: /

### ACCIDENT/OTHER INFORMATION

ACCIDENT DATE:    TIME:    PLACE:
ARRIVAL MODE:    ACC DES:

### PHYSICIAN INFORMATION/DOCUMENTATION

ADM: PATARY    Patel, Arjune Yashvinkumar MD    PMY: .DNK    DOES NOT KNOW
(303)745-0000
ATT: PATARY    Patel, Arjune Yashvinkumar MD    FMY:
(303)745-0000    ER:
OTHER 1: Patel, Arjune Yashvinkumar MD    OTHER 2:
REASON FOR VISIT/CHIEF COMPL: MULTIPLE MYELOMA

PRINCIPAL DIAGNOSIS:

PRINCIPAL OPERATION/PROCEDURE:

CONSULTATIONS:
PHYSICIAN SIGNATURE/DATE:

| FOR MR USE ONLY | | |
|---|---|---|
| Assembly | [ ] | ___ |
| Analysis | [ ] | ___ |
| Coding | [ ] | ___ |
| Printed | [ ] | ___ |
| Final Check | [ ] | ___ |

COMMENTS: ML
PRT BY: RSC.E.MXL    ON: 01/26/17 ADM SRC: CR ADM PRI: UR DC DATE:
*FACE*    Unit#E001170450

  

ADVANCE DIRECTIVE:
TIME:    DISPO:
ACCT#E40008305464



RUN DATE: 02/23/17
RUN TIME: 0440
RUN USER: HPF.FEED

COLUMBIA MED CTR OF AURORA **LIVE**
CODING SUMMARY

PAGE 1

NAME: RYAN,SHAWNEE KU

ACCT#: E40008305464
FORM:

ADM DATE: 01/26/17  1621
ATTEND PHYS: Patel,Arjune Yashvinkumar MD
DIS DT/TM: 02/03/17  1235
DIS DISP: LAW ENFORCEMENT/COURT     21
LOS: :        8
PT CLASS: IN.OTH

UNIT#: E001170450
SEX: F
AGE: 59
DOB: 03/11/57
FIN CLASS: 11
ABS STATUS: FINAL

DIAGNOSES
ADMIT DX      C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION

POA INDICATOR   CODESET
                ICD10

REASON FOR VISIT DX

PRIMARY CODESET
PRINC DX    Z51.11      ENCOUNTER FOR ANTINEOPLASTIC CHEMOTHERAPY              E    ICD10
OTHER DX    D61.810     ANTINEOPLASTIC CHEMOTHERAPY INDUCED PANCYTOPENIA       Y    ICD10
            C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION        Y    ICD10
            N18.4       CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)              Y    ICD10
            E87.0       HYPEROSMOLALITY AND HYPERNATREMIA                     Y    ICD10
            G62.9       POLYNEUROPATHY, UNSPECIFIED                           Y    ICD10
            M35.00      SICCA SYNDROME, UNSPECIFIED                           Y    ICD10
            F41.8       OTHER SPECIFIED ANXIETY DISORDERS                     Y    ICD10
            I12.9       HYPERTENSIVE CHRONIC KIDNEY DISEASE W STG 1-4/UNSP CHR KDNY  Y  ICD10
            D63.0       ANEMIA IN NEOPLASTIC DISEASE                          Y    ICD10
            E87.6       HYPOKALEMIA                                           Y    ICD10
            K86.89      OTHER SPECIFIED DISEASES OF PANCREAS                  Y    ICD10
            M85.80      OTH DISRD OF BONE DENSITY AND STRUCTURE, UNSPECIFIED SITE  Y  ICD10
            D72.819     DECREASED WHITE BLOOD CELL COUNT, UNSPECIFIED         Y    ICD10
            Z90.710     ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS            E    ICD10
            Z90.49      ACQUIRED ABSENCE OF OTHER SPECIFIED PARTS OF DIGESTIVE TRACT  E  ICD10

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET
DATE        PROC CODE & NAME              SURGEON          ANESTHESIOLOGIST
01/26/17    3E03305    INTRODUCE OTH ANTINEOPLASTIC I    Patel,Arjune Ya              ICD10
OTHER CODESET

PRIMARY CODESET
DRG I-10    846    CHEMOTHERAPY W/O ACUTE LEUKEMIA AS SECONDARY DIAGNOSIS
OTHER CODESET
DRG I-9

STATUS    $REIMB      MIN-LOS    STD-LOS    COST WT    GRP VERS    GRP PC
F         13262.21               5.6        2.2853     34          11

Case 1:18-cv-00956-MSK-MEH   Document 180-7   Filed 11/09/19   USDC Colorado   Page 9 of 224

```
RUN DATE: 02/23/17                    COLUMBIA MED CTR OF AURORA **LIVE**                    PAGE 2
RUN TIME: 0440                                  CODING SUMMARY
RUN USER: HPF.FEED

NAME:   RYAN,SHAWNEE KU                        ACCT#:        E40008305464
                                              FORM:
   ADM DATE:  01/26/17  1621
ATTEND PHYS:  Patel,Arjune Yashvinkumar  MD   UNIT#:        E001170450
   DIS DT/TM:  02/03/17  1235                  SEX:          F
   DIS DISP:  LAW ENFORCEMENT/COURT      21    AGE:          59
        LOS:  :              8                 DOB:          03/11/57
   PT CLASS:  IN.OTH                           FIN CLASS:    11
                                              ABS STATUS:   FINAL

DRG STATUS DATE: 02/22/17                     ABS STATUS DATE: 02/22/17
CODER: 1FSBRU7746                             ABSTRACTOR: 1FSBRU7746
```

**This form will be maintained as a permanent part of the medical record**

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:   Patel,Arjune Yashvinkumar  MD

DISCHARGE SUMMARY
REPORT#:0203-0389   REPORT STATUS: Signed

ADMISSION DATE: 01/26/2017
DISCHARGE DATE: 02/03/2017

ONCOLOGY:
Dr. Burke.

DISCHARGE DIAGNOSES:
1. Multiple myeloma.
2. Hypertension.
3. Neuropathy.
4. Sjogren syndrome.
5. Depression and anxiety.
6. Pancreatic insufficiency.

HOSPITAL COURSE:
1. Multiple myeloma.  The patient was directly admitted for chemotherapy.
   Per Dr. Burke, the patient tolerated therapy very well.  She will
   continue to have blood work monitor and follow up with Dr. Burke.
2. Chronic kidney disease.  The patient's creatinine is at her baseline
   around 1.6.
3. Hypokalemia, repleted.
4. Hypertension, well controlled.
5. Anemia secondary to her multiple myeloma.  The patient's hematocrit is
   stable.  No need for transfusion at this admission.
6. Pancreatic insufficiency.  The patient was continued on pancreatic
   enzymes with each meal.

DISCHARGE MEDICATIONS:
1. Lasix 20 mg p.o. daily.
2. Potassium 20 mEq p.o. daily.
3. Protonix 20 mg p.o. daily.
4. Iron sulfate 325 mg p.o. daily.
5. Tylenol 1000 mg p.o. daily.
6. Calcium carbonate 1 tab p.o. b.i.d.
7. Imitrex 50 mg p.o. once p.r.n. for migraine headache.
8. Benadryl 25 mg b.i.d. as needed for anxiety.

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:   RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:  Patel,Arjune Yashvinkumar  MD

CONSULTATION
REPORT#:0127-0097   REPORT STATUS: Signed

MEDICAL ONCOLOGY CONSULTATION

ADMISSION DATE: 01/26/2017
CONSULTATION DATE: 01/27/2017

REFERRING PHYSICIAN: Daniel Joseph Burke, MD

REASON FOR CONSULTATION:
Multiple myeloma.

HISTORY OF PRESENT ILLNESS:
Ms. Ryan is a 59-year-old woman with lambda light chain producing multiple
myeloma, who is being admitted to the hospital for chemotherapy with D-PACE.
Dr. Patel has requested that we see her in consultation. The patient is well
known to me and was admitted from my clinic. The history was obtained from a
discussion with her and review of her chart.

She was initially diagnosed with multiple myeloma in late 2003. Her bone
marrow examination demonstrated 90% monoclonal plasma cells. A FISH panel
demonstrated gain of 1q21 sequences and a translocation between chromosomes 11
and 14 among other abnormalities. Imaging studies showed an L2 compression
fracture and diffuse osteopenia. In April 2014, she initiated therapy with
lenalidomide, bortezomib, and dexamethasone. She achieved a partial remission
with reduction in her marrow plasma cells down to 5%. She was unable to get
an initial transplantation. Subsequently, we changed her regimen to
carfilzomib, lenalidomide, and dexamethasone and she has been on that for some
time. Initially, she received a partial response, but more recently, her
lambda light chain levels have been rising. She was recently seen at Colorado
blood Cancer Institute and re-evaluated for possibility of transplantation.
The decision was made as a team for us to stop the current regimen and try DT-
PACE therapy in order to get her going in the right direction. The plan will
then be to pursue an autologous stem cell transplantation. Therefore, she is
now being admitted for that treatment. The thalidomide has been ordered for
delivery to the Department of Corrections.

PAST MEDICAL HISTORY:

PATIENT NAME: RYAN,SHAWNEE KU              ACCOUNT #:E40008305464

1. DVT in November 2014.
2. Shingles in late 2014.
3. Gestational diabetes.
4. Hypertension.
5. Heart murmur.
6. Sjogren syndrome.
7. Status post wrist surgery.
8. Status post partial hysterectomy.
9. Status post 5 left knee surgeries.
10. Status post appendectomy.
11. Status post tonsillectomy.
12. Status post 2 sinus surgeries in 2001.
13. Diarrhea while on treatment. We have tried Creon to help and she feels that is helping.
14. Pancytopenia from chemotherapy treatment.

ALLERGIES:
SHE TOLERATES NARCOTICS POORLY. ACE INHIBITORS ALSO.

CURRENT HOSPITAL MEDICATIONS:
1. Aspirin 81 mg daily.
2. Enoxaparin 40 mg daily.
3. Ferrous sulfate.
4. Furosemide.
5. Loperamide.
6. Pancrelipase.
7. Pantoprazole.
8. Potassium.

SOCIAL HISTORY:
She lives in the Department of Corrections. She has never been a smoker. She does not drink alcohol. She does not use drugs. She has no history of chemical exposures.

REVIEW OF SYSTEMS:
Positive for postnasal drip, diarrhea now about once per day, chronic nausea and some vomiting, and left upper back pain worse with deep inspiration. This has been going on for some time now.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 99.3, pulse is 70, respirations 20, BP 103/54, O2 saturation 91% on room air.
GENERAL: Well-appearing woman, lying in bed, in no distress.
RESPIRATORY: Lungs are clear to auscultation bilaterally.
CARDIOVASCULAR: Regular rate and rhythm without murmurs, rubs, or gallops. No peripheral edema.
ABDOMEN: Bowel sounds positive. Soft, nontender, nondistended. No hepatosplenomegaly.
NEUROLOGIC: She is awake and alert and can move all of her extremities.
PSYCHIATRIC: Orientation, affect, judgment, insight, memory are all intact.

DATA REVIEW:
WBC 2.3, hemoglobin 9.2, platelets 126, ANC 1.2. Complete metabolic panel notable for potassium 3.1, creatinine 1.56.

PATIENT NAME: RYAN,SHAWNEE KU           ACCOUNT #:E40008305464

John McEvoy Burke, MD

Electronically Signed by John McEvoy Burke, MD on 02/22/17 at 0650

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #: E40008305464

*Pg. 14*
*Discharged Clarify*
*2/3/17*

Valuables Bag #: _____

## Patient Valuables and Belongings List

E40008305464

| Items | Description | Disposition B-Box S-Security P-Patient F-Family | Disposition At Discharge |
|---|---|---|---|
| **VALUABLES** | | | |
| Jewelry - place with security or mark refused | | B-Box  S-Security  P-Patient  F-Family | |
| Ring(s) | | B  S  P  F | S  P  F |
| Necklace(s) | | B  S  P  F | S  P  F |
| Bracelet(s) | | B  S  P  F | S  P  F |
| Earring(s) | | B  S  P  F | S  P  F |
| Watch | | B  S  P  F | S  P  F |
| Purse / Wallet | | B  S  P  F | S  P  F |
| Money: Amount $ _____ | | B  S  P  F | S  P  F |
| Checkbook | | B  S  P  F | S  P  F |
| Credit Card(s) | | B  S  P  F | S  P  F |
| ATM Card / Debit Card | | B  S  P  F | S  P  F |
| Drivers License/Social Security Card | | B  S  P  F | S  P  F |
| **BELONGINGS** | | | |
| Glasses | | B  S  P  F | S  P  F |
| Contacts: Right  Left | | B  S  P  F | S  P  F |
| Dentures: Upper  Lower | | B  S  P  F | S  P  F |
| Bridge: Upper  Lower | | B  S  P  F | S  P  F |
| Hearing Aide(s): Right  Left | | B  S  P  F | S  P  F |
| Clothing: | bra, clothes, shoes | B  S  P  F | S  P  F |
| | | S  P  F | S  P  F |
| | | S  P  F | S  P  F |
| Cane / Crutches (use tags) | | S  P  F | S  P  F |
| Wheel Chair / Walker (use tags) | | S  P  F | S  P  F |
| Brace / Artificial Limb | | S  P  F | S  P  F |
| Cell Phone / Charger | | S  P  F | S  P  F |
| Electronics / Charger | | B  S  P  F | S  P  F |
| Other Belongings | wrist brace | B  S  P  F | S  P  F |
| **MEDICATIONS** | | | |

Medication(s) - send home or to pharmacy    See Pharmacy Listing

| | | home / pharmacy | home / pharmacy |
|---|---|---|---|
| To Pharmacy: | Pharmacy Staff Signature 3/4 ID | Date: | Time: |
| Returned by: | Pharmacy Staff Signature 3/4 ID | Date: | Time: |

The above list contains all valuables/belongings I have with me.  _____ Initials
I have been advised to send valuables home with family/friend. ☑
I have been given the opportunity to lock up my valuables ☑   I have declined to lock up my valuables ☑
By signing below I release TMCA from any liability for lost valuables/belongings not locked up by security:

| | | | |
|---|---|---|---|
| On Admission - Staff Signature: xDIMions | 3/4 ID | Unit EMA Date: 1/26/17 Time: 1700 |
| On Admission - Patient Signature: | 3/4 ID | Date: Time: Unit |
| At Discharge - Staff Signature: | 3/4 ID | Date: 2-3-17 Time: 11:54am Unit |
| At Discharge - Patient Signature: | 3/4 ID | Date: 2-3-17 Time: 11:54am |

Health **The Medical Center of Aurora**
Centennial Medical Plaza
Patient Belongings List

RYAN, SHAWNEE KU
E40008305464 ADM IN       E.526-1
01/26/17    Patel,Arjune Yashvinkumar
DOB: 03/11/57    59    F MRN: E001170450

*ADMINS* MR0225v042313.1

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#: 0203-0037   REPORT STATUS: Signed
DATE: 02/03/17 TIME: 0600

*Pg 15
*Discharge 2/3/17
from Aurora South

| | |
|---|---|
| PATIENT: RYAN,SHAWNEE KU | UNIT #: E001170450 |
| ACCOUNT#: E40008305464 | ROOM/BED: E.526-1 |
| DOB: 03/11/57 AGE: 59    SEX: F | ATTEND: Patel,Arjune |
| Yashvinkumar  MD | |
| ADM DT: 01/26/17 | AUTHOR: Burke,John McEvoy |
| MD | |

* ALL edits or amendments must be made on the electronic/computer document *

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Feels well.
Achy after Neulasta, but not serious pain.
No n, v, cough, sob, other c/o.
Feels ready for discharge to DRDC Infirmary.

## Objective

## Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/02-02/03 | 96.2-98.2 | 79-93 | 15-20 | 87-113/51-64 | 92-98 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 94 | 02/03 0447 |
| B/P | 102/58 | 02/03 0447 |
| Temp | 97.4 | 02/03 0447 |
| Pulse | 79 | 02/03 0447 |
| Resp | 20 | 02/03 0447 |
| O2 Delivery | Room air | 02/02 1810 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented, no acute distress
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound

Page 1 of 4

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*Pg. 16*
*Discharge 2/3*
*Aurora South*

**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** no rash, pale
**Psychiatry:** normal affect, normal judgment/insight

## Current Medications
**Medications:**
Active Meds + DC'd Last 24 Hrs
Pegfilgrastim  6 MG   ONCE ONE   SUBQ  (DC)
Pegfilgrastim  6 MG   ONCE ONE   SUBQ  (DC)
Loperamide HCl  2 MG   Q4H PRN PRN   PO
Furosemide  60 MG   DAILY   PO
Sodium Chloride  1,000 ML  .Q10H  IV  (DC)
Diphenhydramine HCl  25 MG   Q6H PRN PRN   PO
Promethazine HCl  12.5 MG   Q6H PRN PRN   IV
Acetaminophen  650 MG   Q6H PRN PRN   PO
Pantoprazole Sodium Sesquihydrate  40 MG   DAILY@16   PO
Potassium Chloride  20 MEQ   BID   PO
Pancrelipase  2 EA  C MEALS   PO   (CKD)
Enoxaparin Sodium  40 MG   Q24H   SUBQ
Ferrous Sulfate  325 MG   DAILY PRN PRN   PO

## Treatment & Prophylaxis

## Treatment & Prophylaxis
**VTE Prophylaxis**
   **VTE Prophylaxis initiated:** Yes
**Other:**
**Laboratory Tests:**

|  | 02/03 0532 | 02/02 0613 |
|---|---|---|
| Chemistry |  |  |
| Sodium (136 - 145 mmol/L) |  | 144 |
| Potassium (3.5 - 5.1 mmol/L) |  | 4.1 |
| Chloride (98 - 107 mmol/L) |  | 113 H |
| Carbon Dioxide (21 - 32 mmol/L) |  | 22 |
| Anion Gap (5.0 - 15.0 mmol/L) |  | 9.0 |
| BUN (7 - 18 mg/dL) |  | 28 H |
| Creatinine (0.600 - 1.30 mg/dL) |  | 1.25 |

Page 2 of 4

CONFIDENTIAL

Patient: RYAN, SHAWNEE KU
Unit#: E001170450
Date: 02/03/17
Acct#: E40008305464

2/3 cont.    2/2 cont.

| | 2/3 cont. | 2/2 cont. |
|---|---|---|
| Est GFR (African Amer) (> or =60 UNITS) | | 53 L |
| Est GFR (Non-Af Amer) (> or =60 UNITS) | | 44 L |
| Random Glucose (74 - 106 mg/dL) | | 74 |
| Calcium (8.5 - 10.1 mg/dL) | | 7.2 L |
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 3.9 L | 2.1 L |
| RBC (4.00 - 5.40 10*6/uL) | 2.89 L | 2.80 L |
| Hgb (11.5 - 15.8 g/dL) | 10.2 L | 9.8 L |
| Hct (35.0 - 47.0 %) | 29.4 L | 29.0 L |
| MCV (79.0 - 98.0 fl) | 101.8 H | 103.3 H |
| MCH (25.0 - 34.0 pg) | 35.2 H | 34.8 H |
| MCHC (31.0 - 36.0 g/dL) | 34.6 | 33.7 |
| RDW Std Deviation (39 - 47 fL) | 51.6 H | 53.8 H |
| RDW Coeff of Var (11.5 - 14.5 %) | 14.3 | 14.7 H |
| Plt Count (150 - 375 10*3/uL) | 126 L | 131 L |
| MPV (7.4 - 10.4 fL) | 8.9 | 8.6 |
| Neutrophils % (%) | 91.7 | 78.2 |
| Lymphocytes % (%) | 5.6 | 19.5 |
| Monocytes % (%) | 0.1 | 0.5 |
| Eosinophils % (%) | 2.4 | 1.7 |
| Basophils % (%) | 0.2 | 0.1 |
| Nucleated RBC % (%) | 0.00 | 0.20 |
| Neutrophils # (1.7 - 6.0 10*3/uL) | 3.6 | 1.6 L |
| Lymphocytes # (1.1 - 3.3 10*3/uL) | 0.2 L | 0.4 L |
| Monocytes # (0.2 - 0.9 10*3/uL) | 0.0 L | 0.0 L |
| Eosinophils # (0.1 - 0.4 10*3/uL) | 0.1 | 0.0 L |
| Basophils # (0.0 - 0.1 10*3/uL) | 0.0 | 0.0 |
| Nucleated RBCs # (10*3/uL) | 0.00 | 0.00 |

## Diagnosis, Assessment & Plan
**Free Text A&P:**
Assessment:
1. Relapsed Multiple Myeloma, on salvage DPACE.
2. Pancytopenia.
3. Edema, improved with diuresis.
5. Hypernatremia.
4. CRI, stable.
6. History of bone pain, well controlled on Tylenol. PT IS NOT ALLERGIC TO

Page 3 of 4

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

*Pg. 18*
*Aurora South*
*2/3/17 Discharge*

ACETOMINPHEN.

Plan:
- OK by me for discharge. I would suggest the DRDC Infirmary over the Women's facility.
- I believe a phone call transfer with the physician at DRDC Infirmary will be required.
- The phone number I have on file is 303-307-2304, but that may not be correct.
- My suggestions on the d/c meds: d/c enoxaparin, reduce furosemide to 20 mg/d, add granisetron 1 mg PO BID PRN, change promethazine to PO PRN.
- My suggestions on d/c labs: CBC, BMP weekly on Mondays at DRDC Infirmary.
- My suggestions on f/u: see me at RMCC in about 2 weeks.
- Please call me with questions or if I can help coordinate the transfer: 303-478-2031.

Electronically Signed by Burke,John McEvoy  MD on 02/03/17 at 0605

RPT #: 0203-0037
***END OF REPORT***

Page 4 of 4

MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0202-0289   REPORT STATUS: Signed
DATE:02/02/17 TIME: 1104

*Pg. 19*
*Discharge 2/3*
*Aurora South*

PATIENT: RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
DOB: 03/11/57   AGE: 59      SEX: F
Yashvinkumar   MD
ADM DT: 01/26/17
Nallapareddy,Sujatha   MD

UNIT #: E001170450
ROOM/BED: E.526-1
ATTEND: Patel,Arjune

AUTHOR:

* ALL edits or amendments must be made on the electronic/computer
document *

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Pt finsihed chemo yesteday night. Feels good. no nausea, or vomting or diarrhea.

## Objective

## Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|------|------|-------|------|-----|----------|------|
| 02/01-02/02 | 97.3-98.0 | 69-83 | 16-20 | 98-113/58-66 | 97-99 | |

Last Documented:

| | Result | Date Time |
|---|--------|-----------|
| Pulse Ox | 98 | 02/02 0853 |
| B/P | 113/64 | 02/02 0853 |
| O2 Delivery | Room air | 02/02 0853 |
| Temp | 98.0 | 02/02 0853 |
| Pulse | 83 | 02/02 0853 |
| Resp | 16 | 02/02 0853 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented
**HEENT:** normal pharynx
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound
**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech

Page 1 of 4

Pg. 20
to Discharge Awappe
South 2/3

```
RUN DATE: 02/05/17                    MEDITECH FACILITY: COCAA
RUN TIME: 0100                        IDEV - Discharge Report
RUN USER: HPF.FEED                                                     PAGE 48

PATIENT:    RYAN,SHAWNEE KU
ACCOUNT NO: E40008305464          A/S: 59 F        ADMIT:    01/26/17
                                  LOC: E.5MD       DISCH/DEP: 02/03/17
ATTEND DR: Patel,Arjune Yashvinkumar  MD   RM: E.526   STATUS:    IN
REPORT STATUS: FINAL              BD:  1            UNIT NO:   E001170450
```

EJ Fraction:
ACE/ARB at Discharge?
ACE/ARB Contraindications:
Other Specific Reason:
.
Statin at Discharge?
Statin Contraindications:
Other Specific Reason:
LDL Level:
.
Beta Blocker at Discharge?
Beta Blocker Contraindications:

Other Specific Reason:
.
Antithrombotic at Discharge?
Antithrombotic Contraindications:

Other Specific Reason:
.
HX or current AFIB/AFLUTTER:
Anticoagulation Therapy at Discharge?

Anticoagulation Contraindications:

Other Specific Reason:
.
Assessed for Rehabilitation?
Reason for not ordering Rehab:
.
Weight Monitoring:
Other Specific Frequency:
.
What anticoagulation med is patient being sent home on:

List reason for medication choice:

Click the 'Ok' button or press F12 to file

```
  Order's Audit Trail of Events
1    02/03/17 0742 DR.JIAYO     Order ENTER in POM
2    02/03/17 0742 DR.JIAYO     Ordering Doctor: Jiang,Yongmei  MD
3    02/03/17 0742 DR.JIAYO     Order Source: EPOM
4    02/03/17 0742 DR.JIAYO     Signed by Jiang,Yongmei  MD
5    02/03/17 0745 ENR.TK1      order acknowledged
```

Electronically Signed by Jiang,Yongmei MD on 02/03/17 at 0742

```
Order Date: 02/03/17                        —Service—
Category  Procedure Name              Order Number  Date      Time Pri Qty Ord Source Status  Ordered By
CM        CM/SS: DC Arrangements/Pink  20170203-0002 02/03/17       R       C           CMP     JIAYO
Other Provider :             Sig Lvl Provider :
```

## PERMANENT MEDICAL RECORD COPY

CONFIDENTIAL

Pg. 21
Discharge Aurora
South 4.5

| RUN DATE: 02/05/17 | MEDITECH FACILITY: COCAA | |
| RUN TIME: 0100 | IDEV - Discharge Report | |
| RUN USER: HPF.FEED | | PAGE 47 |

PATIENT:   RYAN,SHAWNEE KU
ACCOUNT NO: E40008305464

| | A/S: 59 F | ADMIT:    01/26/17 |
| ATTEND DR: Patel,Arjune Yashvinkumar  MD | LOC: E.5MO | DISCH/DEP: 02/03/17 |
| REPORT STATUS: FINAL | RM:  E.526 | STATUS:   IN |
| | BD:  1 | UNIT NO:  E001170450 |

Primary Diagnosis:              multiple myloma
Secondary Diagnosis:            anemia/hypokalemia/pancreatic insufficiency/CKD stage 2
Procedures/Surgeries:           chemo
Discharge to:                   Jail
Return to Work/School:
.
Diet:                           Regular
Check Weight:
Activity:                       as tolerated
.
Return Appointments/Referrals:
PCP:
Phone:
Date:
Time:
or in:
Attend:
Phone:
on/in:
.
Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:
.
Consulting Doctor:
Specialty:
Phone:
on/in:
Consultant Special Instructions:
.
Doctor:
Phone:
on/in:
Free text for non-listed Providers
.
Other Provider:
Phone:
on/in:
Other Provider:
Phone:
on/in:
.
Follow up Lab, Procedures,       CBC/BMP check next Monday, f/u Dr. Burke in 2 weeks
Treatments:
.
Additional Signs/Symptoms to Notify Provider
.
.
Does patient have any of the following conditions at discharge?
                                 NONE
.
Aspirin at Discharge?
Aspirin Contraindications:
Other Specific Reason:
.

# PERMANENT MEDICAL RECORD COPY

Pg. 22
* 2/3 Discharge Aurora
South

MEDITECH FACILITY: COCAA
IDEV - Discharge Report                                    PAGE 49

PATIENT:    RYAN,SHAWNEE KU
ACCOUNT NO: E40008305464

A/S: 59 F          ADMIT:     01/26/17
LOC: E.5MO         DISCH/DEP: 02/03/17
ATTEND DR: Patel,Arjune Yashvinkumar  MD
RM:  E.526         STATUS:    IN
REPORT STATUS: FINAL
BD:  1             UNIT NO:   E001170450

PCP:                           DOES NOT KNOW
Phone:
Date:
Time:
or in:
Post Acute Provider:           DEPARTMENT OF CORRECTIONS
Phone:                         303-371-4804
Fax:
** ATTENTION Post Acute Provider: See attached discharge documents **

Isolation:                     (Group response undefined)
EVAL/TREAT: SELECT AND SPECIFY ORDER BELOW

RN:                            EVAL AND TREAT
Additional orders/treatments:  PT TO RETURN TO DOC
The signing provider certifies that a face to face encounter has been

completed during this hospital visit and that the patient requires the

following level of care and is stable for discharge.

Order's Audit Trail of Events
1  02/03/17 0950 ECM.SAP    Order ENTER in OE
2  02/03/17 0950 ECM.SAP    Ordering Doctor: Jiang,Yongmei  MD
3  02/03/17 0950 ECM.SAP    Order Source: Plan of Care
4  02/03/17 0955 ENR.RH     order acknowledged
5  02/03/17 1016 DR.JIAYO   Signed by: Jiang,Yongmei  MD

        Electronically signed by Jiang,Yongmei  MD on 02/03/17 at 1016

Order Date: 02/03/17
Category  Procedure Name                              ─Service─
                                  Order Number  Date     Time Pri Qty Ord Source Status  Ordered By
MED.COCAA MEDICATION              20170203-1686 02/03/17 1230 R       Z          CMP     JIAYO
Other Provider :                   Sig Lvl Provider :
RX: 16403345                                       Start: 02/03/17  1230   ONE  CMP
                                                   Stop: 02/03/17  1231

   Heparin Inj (Heparin Inj)
   Dose: 500 UNITS
   Route: IV                              Direction: ONCE

Order's Audit Trail of Events
1  02/03/17 1200 ENR.TK1    Order ENTER in OM
2  02/03/17 1200 ENR.TK1    Ordering Doctor: Jiang,Yongmei  MD
3  02/03/17 1200 ENR.TK1    Order Source: DeptProcess/Procedur
4  02/03/17 1201 ENR.TK1    order acknowledged
5  02/03/17 1204 SYS.PDE    EDIT in PHA
6  02/03/17 1204 SYS.PDE    EDIT
7  02/03/17 1204 SYS.PDE    Edit Dr: Jiang,Yongmei  MD
8  02/03/17 1204 SYS.PDE    FROM:                        Edit Source: DeptProcess/Procedur
9  02/03/17 1204 SYS.PDE    START: 02/03/17-1200   STOP: 02/03/17-1201   SOFT STOP:
10 02/03/17 1204 SYS.PDE    TO:
11 02/03/17 1204 SYS.PDE    START: 02/03/17-1230   STOP: 02/03/17-1231   SOFT STOP:
12 02/03/17 1204 SYS.PDE    For: 02/03/17 - 1230
13 02/03/17 1204 SYS.PDE    VERIFIED in PHA
14 02/03/17 1204 SYS.PDE    VERIFIED

PERMANENT MEDICAL RECORD COPY

Pg. 23

* Discharge Aurora South
2/3

| | | |
|---|---|---|
| RUN DATE: 02/05/17 | MEDITECH FACILITY: COCAA | |
| RUN TIME: 0100 | IDEV - Discharge Report | |
| RUN USER: HPF.FEED | | PAGE 50 |

PATIENT:    RYAN,SHAWNEE KU
ACCOUNT NO: E40008305464

A/S: 59 F          ADMIT:      01/26/17
LOC: E.5MO         DISCH/DEP:  02/03/17
ATTEND DR: Patel,Arjune Yashvinkumar  MD    RM:  E.526    STATUS:     IN
REPORT STATUS: FINAL                        BD:  1        UNIT NO:    E001170450

| 15 | 02/03/17 1204 SYS.PDE | Edit Dr: Jiang,Yongmei  MD | |
| 16 | 02/03/17 1208 ENR.RH | order acknowledged | Edit Source: DeptProcess/Procedur |
| 17 | 02/03/17 1231 SCHEDULER | DISCONTINUE in PHA | |

** IDEV END OF REPORT **

# PERMANENT MEDICAL RECORD COPY

## CONSENT FOR CHEMOTHERAPY Aug. 24

Discharge Aurora South 2/3/17

Patient: _Shawnee Ryan_

Chemotherapy Treatment: _dexamethasone, cisplatin, cyclophosphamide, etoposide, doxorubicin_

Anticipated Duration of Treatment: _5 days_

Diagnosis or Reason for Treatment: _Myeloma_

Dr. _Burke_ has discussed with me, to my satisfaction, my Diagnosis or reason for Treatment and the Recommended Chemotherapy Treatment (Treatment), including its intended purpose and benefits, the likelihood of the treatment achieving my goals, the probability of success, the treatment's risks, alternatives to the treatment, including the risks, benefits and side effects of alternatives and the risks and benefits related to not receiving the proposed care, treatment, and services.

In that discussion, I received information, including written information, regarding possible risks. I understand that these risks of the Treatment include, but are not limited to, the following serious potential side effects:

| Low Blood Counts | Bleeding | Infection | Infertility/Sterility |
|---|---|---|---|
| Nausea and Vomiting | Diarrhea | Sores of the mouth and GI tract | Hair Loss |
| Life threatening complications/ death | Serious allergic-type reaction to the drug | Possible tissue damage if these drugs accidently leak into the tissue around the vein | Anemia causing weakness / Shortness of Breath |
| Periods of forgetfulness | Constipation | Dizziness | Fatigue |
| Hearing Loss | Loss of Appetite | Menopausal symptoms | Menstrual Irregularities |
| Permanent numbness or tingling in extremities | Skin and nail darkening | Skin/eye/light sensitivity | Skin rash |
| Skin Ulceration at injection site | Visual changes | Weight gain or loss | Heart damage |
| | Liver damage | Kidney damage | Lung damage |

Other potential complications: _____

In signing this consent, I agree that the above-referenced discussion has occurred to my satisfaction, and that all my questions have been answered.

I hereby expressly authorize and consent for my physician, his or her designee, and my nurse to administer the Treatment to me. I understand that I may change my mind about receiving the Treatment, and may revoke this authorization and Consent at any time and in any manner.

I also agree that, to the best of my ability, I will fully comply with all instructions given to me by my physician, his or her designee, and my nurse regarding the Treatment and will inform them immediately if I believe I have any of the following symptoms:

Temperature greater than 100.5     Significant fatigue     Bleeding     Chest pain/discomfort
Shortness of Breath     Uncontrolled vomiting     Persistent Diarrhea     Dizziness upon standing

Signature: _____     Date: _1-27-17_ Time: _6:30 am_
    Patient or responsible party

I have explained the procedure to the patient. I have also discussed what the procedure is likely to involve, the benefits and risks of treatment, any available alternative treatments (including the treatment) and any particular concerns of this patient.

Date: _1/27/17_ Time: _0410_     Physician Signature: _J Burke_
Physician Printed Name: _Burke_

**Health** The Medical Center of Aurora

## Consent for Chemotherapy

*TREAT*     MR0733v070115.1

RYAN, SHAWNEE KU
E40008305464 ADM IN    E.526-1
01/26/17    Patel,Arjune Yashvinkumar
DOB: 03/11/57   59    F MR#: E001170450

Page 1 of 1

RUN DATE: 02/04/17
RUN TIME: 0202
RUN USER: LABBKGJOB

THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 1
1500 S. POTOMAC ST.   AURORA, COLO. 80012   (303)695-2653
HPF LAB Discharge Summary Report w/o Pathology

PATIENT: RYAN, SHAWNEE KU          ACCT #: E40008305464 LOC: E.5MO     U #: E001170450
REG DR: Patel,Arjune Yashvinkum    AGE/SX: 59/F   ROOM: E.526         REG: 01/26/17
                                   STATUS: DIS IN  BED: 1             DIS: 02/03/17

**************************** HEMATOLOGY ****************************

| | Day 9 | Day 8 | Day 7 | Day 6 | | |
|---|---|---|---|---|---|---|
| Date | FEB 3 | FEB 2 | FEB 1 | JAN 31 | | |
| Time | 0532 | 0613 | 0530 | 0600 | Reference | Units |
| WBC | 3.9 L | 2.1 L | 2.6 L | 3.0 L | (4.0-11.0) | 10*3uL |
| RBC | 2.89 L | 2.80 L | 2.78 L | 2.49 L | (4.00-5.40) | 10*6/uL |
| HGB | 10.2 L | 9.8 L | 9.7 L | 8.7 L | (11.5-15.8) | g/dL |
| HCT | 29.4 L | 29.0 L | 28.4 L | 26.0 L | (35.0-47.0) | % |
| MCV | 101.8 H | 103.3 H | 102.4 H | 104.4 H | (79.0-98.0) | fl |
| MCH | 35.2 H | 34.8 H | 35.1 H | 34.9 H | (25.0-34.0) | pg |
| MCHC | 34.6 | 33.7 | 34.2 | 33.5 | (31.0-36.0) | g/dL |
| RDW | 14.3 | 14.7 H | 14.9 H | 15.0 H | (11.5-14.5) | % |
| RDW-SD | 51.6 H | 53.8 H | 54.3 H | 56.4 H | (39-47) | fL |
| PLT | 126 L | 131 L | 137 L | 124 L | (150-375) | 10*3/uL |
| MPV | 8.9 | 8.6 | 9.0 | 9.0 | (7.4-10.4) | fL |
| NE% | 91.7 | 78.2 | 84.6 | 76.7 | | |
| LYMPH % | 5.6 | 19.5 | 8.8 | 8.5 | | % |
| MONO % | 0.1 | 0.5 | 6.4 | 14.8 | | % |
| EOS % | 2.4 | 1.7 | 0.0 | 0.0 | | % |
| BASO % | 0.2 | 0.1 | 0.0 | 0.0 | | % |
| NRBC% | 0.00 | 0.20 | 0.00 | 0.00 | | % |
| NE# | 3.6 | 1.6 L | 2.2 | 2.3 | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 L | 0.4 L | 0.2 L | 0.3 L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.0 L | 0.0 L | 0.2 | 0.4 | (0.2-0.9) | 10*3/uL |
| EOS # | 0.1 | 0.0 L | 0.0 L | 0.0 L | (0.1-1.4) | 10*3/uL |
| BASO # | 0.0 | 0.0 | 0.0 | 0.0 | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | 0.00 | 0.00 | 0.00 | | 10*3/uL |

| | Day 5 | Day 4 | Day 3 | Day 2 | | |
|---|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| WBC | 3.1 L | 1.9 L | 2.4 L | 2.3 L | (4.0-11.0) | 10*3uL |
| RBC | 2.59 L | 2.61 L | 2.69 L | 2.62 L | (4.00-5.40) | 10*6/uL |
| HGB | 9.0 L | 9.3 L | 9.5 L | 9.2 L | (11.5-15.8) | g/dL |
| HCT | 27.0 L | 26.7 L | 27.5 L | 26.8 L | (35.0-47.0) | % |
| MCV | 104.1 H | 102.2 H | 102.2 H | 102.5 H | (79.0-98.0) | fl |
| MCH | 34.6 H | 35.7 H | 35.4 H | 35.0 H | (25.0-34.0) | pg |
| MCHC | 33.3 | 34.9 | 34.7 | 34.2 | (31.0-36.0) | g/dL |
| RDW | 15.2 H | 15.1 H | 15.0 H | 14.9 H | (11.5-14.5) | g/dL |
| RDW-SD | 56.0 H | 54.3 H | 54.7 H | 53.4 H | (39-47) | fL |
| PLT | 152 | 144 L | 148 L | 126 L | (150-375) | 10*3/uL |
| MPV | 9.1 | 8.9 | 8.7 | 9.7 | (7.4-10.4) | fL |
| NE% | 84.1 | 85.5 | 39.8 | 50.3 | | % |
| LYMPH % | 5.7 | 11.5 | 34.9 | 27.3 | | % |
| MONO % | 10.1 | 2.5 | 19.7 | 19.0 | | % |
| EOS % | 0.0 | 0.1 | 3.9 | 2.0 | | % |
| BASO % | 0.1 | 0.4 | 1.7 | 1.4 | | % |
| NRBC% | 0.00 | 0.00 | 0.10 | 0.10 | | % |

Patient: RYAN,SHAWNEE KU          Age/Sex: 59/F     Acct#E40008305464 Unit#E001170450

RUN DATE: 02/04/17
RUN TIME: 0202
RUN USER: LABBKGJOB

THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 2
1500 S. POTOMAC ST.     AURORA, COLO. 80012   (303)695-2653
HPF LAB Discharge Summary Report w/o Pathology

Patient: RYAN,SHAWNEE KU          #E40008305464    (Continued)

*** HEMATOLOGY *** (CONTINUED)

| Day | 5 | 4 | 3 | 2 | | |
|---|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | Reference | Units |
| Time | 0330 | 0535 | 0456 | 0540 | | |
| NE# | 2.6 | 1.7 | 0.9 L | 1.2 L | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.2 L | 0.2 L | 0.8 L | 0.6 L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.3 | 0.0 L | 0.5 | 0.4 | (0.2-0.9) | 10*3/uL |
| EOS # | 0.0 L | 0.0 L | 0.1 | 0.0 L | (0.1-0.4) | 10*3/uL |
| BASO # | 0.0 | 0.0 | 0.0 | 0.0 | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | 0.00 | 0.0 | 0.0 | | 10*3/uL |
| RBC MORPHOLOGY | | (A) | (B) | 0.00 | (NORMAL) | |

    (A)   OVALOCYTES PRESENT
    (B)   HYPOCHROMASIA

WBC MORPHOLOGY          (C)      (D)                (NORMAL)

    (C)   REVIEWED BY TECH
    (D)   NEUTROPENIA

PLT MORPHOLOGY          (E)      (F)                (ADEQUATE)

    (E)   DECREASED
    (F)   ADEQUATE

PATH REVIEW                      (G)

    (G)   SEE COMMENT
          Peripheral Smear Report
          Clinical History: Multiple myeloma, undergone
          chemotherapeutic treatments

          Macrocytic anemia; raising a differential that includes
          B12/folate deficit, alcohol use, effects of chemotherapy, or
          multifactoral etiology.
          Scattered tear forms are noted, suggestive of marrow
          fibrosis.
          Reticulocytes noted, consistent with recovery effect.
          Leukopenia due to low normal absolute counts for more than
          one subset.
          Cells are mature.
          Macrocytic anemia;
          Thrombocytopenia.
          No schistocytes seen.

          (Lezlee Pasche, MD, 85060)

Patient: RYAN,SHAWNEE KU          Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450

*(handwritten, upper right)* B. 27  2/3 Discharge  Aurora South

```
RUN DATE: 02/04/17            THE MEDICAL CENTER OF AURORA LABORATORY      PAGE 3
RUN TIME: 0202          1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB            HPF LAB Discharge Summary Report w/o Pathology
```

Patient: RYAN, SHAWNEE KU         #B40008305464      (Continued)

### *** HEMATOLOGY *** (CONTINUED)

| Day | 1 | | | | |
|-----|---|---|---|---|---|
| Date | JAN 26 | | | | |
| Time | 1852 | | Reference | Units | |

| | | | Reference | Units |
|---|---|---|---|---|
| WBC | 3.2 | L | (4.0-11.0) | 10*3uL |
| RBC | 2.94 | L | (4.00-5.40) | 10*6/uL |
| HGB | 10.3 | L | (11.5-15.8) | g/dL |
| HCT | 29.8 | L | (35.0-47.0) | % |
| MCV | 101.5 | H | (79.0-98.0) | fl |
| MCH | 35.1 | H | (25.0-34.0) | pg |
| MCHC | 34.6 | | (31.0-36.0) | g/dL |
| RDW | 15.0 | H | (11.5-14.5) | % |
| RDW-SD | 54.3 | H | (39-47) | fL |
| PLT | 144 | L | (150-375) | 10*3/uL |
| MPV | 9.2 | | (7.4-10.4) | fL |
| NE% | 51.5 | | | % |
| LYMPH % | 28.0 | | | % |
| MONO % | 16.8 | | | % |
| EOS % | 1.8 | | | % |
| BASO % | 1.9 | | | % |
| NRBC% | 0.00 | | | % |
| NE# | 1.6 | L | (1.7-6.0) | 10*3/uL |
| LYMPH # | 0.9 | L | (1.1-3.3) | 10*3/uL |
| MONO # | 0.5 | | (0.2-0.9) | 10*3/uL |
| EOS # | 0.1 | | (0.1-0.4) | 10*3/uL |
| BASO # | 0.1 | | (0.0-0.1) | 10*3/uL |
| NRBC# | 0.00 | | | 10*3/uL |

### *************************************** CHEMISTRY ***************************************
### *** ROUTINE CHEMISTRY ***

| Day | 9 | | 8 | | 7 | | 6 | | | |
|-----|---|---|---|---|---|---|---|---|---|---|
| Date | FEB 3 | | FEB 2 | | FEB 1 | | JAN 31 | | | |
| Time | 0532 | | 0613 | | 0530 | | 0600 | | Reference | Units |
| NA | 146 | H | 144 | | 145 | | 145 | | (136-145) | mmol/L |
| K | 4.2 | | 4.1 | | 3.9 | | 4.3 | | (3.5-5.1) | mmol/L |
| CL | 114 | H | 113 | H | 114 | H | 116 | H | (98-107) | mmol/L |
| CO2 | 23 | | 22 | | 21 | | 19 | L | (21-32) | mmol/L |
| ANION GAP | (H) | | (J) | | (K) | | (L) | | (5.0-15.0) | mmol/L |

    (H)  9.0
        See also (I)
    (I)  ANION GAP CALCULATION:  NA-(CL+CO2)
    (J)  9.0
        See also (I)
    (K)  10.0
        See also (I)
    (L)  10.0
        See also (I)

| GLU | 77 | 74 | 78 | 88 | (74-106) | mg/dL |
|-----|---|---|---|---|---|---|

Patient: RYAN, SHAWNEE KU                              Age/Sex: 59/F   Acct#B40008305464  Unit#E001170450

CONFIDENTIAL

CDOC/MedCtrAur006615

RUN DATE: 02/04/17
RUN TIME: 0202
RUN USER: LABBKGJOB

Pg. 28
2/3 Discharge
from Aurora
South

THE MEDICAL CENTER OF AURORA LABORATORY                    PAGE 4
1500 S. POTOMAC ST.     AURORA, COLO. 80012    (303)695-2653
HPF LAB Discharge Summary Report w/o Pathology

Patient: RYAN, SHAWNEE KU        #E40008305464    (Continued)

*** CHEMISTRY ***
*** ROUTINE CHEMISTRY *** (CONTINUED)

| Day | 9 | 8 | 7 | 6 | | |
|-----|---|---|---|---|---|---|
| Date | FEB 3 | FEB 2 | FEB 1 | JAN 31 | | |
| Time | 0532 | 0613 | 0530 | 0600 | Reference | Units |
| BUN | 31 H | 28 H | 33 H | 27 H | (7-18) | mg/dL |
| CREAT | 1.38 H | 1.25 | 1.28 | 1.19 | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 47 L | 53 L | 52 L | 56 L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 39 (M) | 44 (M) | 43 (M) | 46 (M) | (>or=60) | UNITS |

(M)

GFR UNITS= mL/min/1.73 Square Meters
GFR RESULT INTERPRETATION
NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
CHRONIC KIDNEY DISEASE=        LESS THAN 60 mL/min/1.73 Sq Meters
KIDNEY FAILURE=               LESS THAN 15 mL/min/1.73 Sq Meters

| | | | | | |
|---|---|---|---|---|---|
| TP | | | | | |
| ALB | | | 5.3 L | 5.1 L | (6.4-8.2) | g/dL |
| CA | | | 3.1 L | 3.0 L | (3.4-5.0) | g/dL |
| BILT | 7.5 L | 7.2 L | 6.8 L | 7.3 L | (8.5-10.1) | mg/dL |
| AST | | | 0.6 | 0.4 | (0.2-1.0) | mg/dL |
| ALT | | | 13 L | 9 L | (15-37) | U/L |
| ALKP | | | 26 | 28 | (13-61) | U/L |
| MAG | | | 31 L | 32 L | (45-117) | IU/L |
| | | | 2.1 | 2.0 | (1.8-2.4) | mg/dL |

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | | |
| Time | 0330 | 0535 | 0456 | 0540 | Reference | Units |
| NA | 146 H | 146 H | 147 H | 145 | (136-145) | mmol/L |
| K | 4.3 | 3.8 | 3.8 | 3.6 | (3.5-5.1) | mmol/L |
| CL | 117 H | 114 H | 114 H | 113 H | (98-107) | mmol/L |
| CO2 | 20 L | 22 | 27 | 22 | (21-32) | mmol/L |
| ANION GAP | (N) | (P) | (Q) | (R) | (5.0-15.0) | mmol/L |

(N)   9.0
      See also (O)
(O)   ANION GAP CALCULATION:  NA-(CL+CO2)
(P)   10.0
      See also (O)
(Q)   6.0
      See also (O)
(R)   10.0
      See also (O)

| GLU | 120 H | 129 H | 82 | 76 | (74-106) | mg/dL |
|-----|-------|-------|----|----|----------|-------|
| BUN | 29 H | 24 H | 27 H | 27 H | (7-18) | mg/dL |
| CREAT | 1.21 | 1.31 H | 1.43 H | 1.50 H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 55 L | 50 L | 45 L | 43 L | (>or=60) | UNITS |

Patient: RYAN,SHAWNEE KU                    Age/Sex: 59/F        Acct#E40008305464 Unit#E001170450

```
Patient: RYAN,SHAWNEE KU               #R40008305464      (Continued)
```

```
                              *** CHEMISTRY ***
                      *** ROUTINE CHEMISTRY *** (CONTINUED)
```

| Day | 5 | 4 | 3 | 2 | | |
|-----|---|---|---|---|---|---|
| Date | JAN 30 | JAN 29 | JAN 28 | JAN 27 | Reference | Units |
| Time | 0330 | 0535 | 0456 | 0540 | | |
| GFR NON-AFR.AM. | 46(S) L | 42(S) L | 38(S) L | 36(S) L | (>or=60) | UNITS |

```
   (S)              GFR UNITS= mL/min/1.73 Square Meters
                          GFR RESULT INTERPRETATION
             NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
           CHRONIC KIDNEY DISEASE=    LESS THAN 60 mL/min/1.73 Sq Meters
                KIDNEY FAILURE=       LESS THAN 15 mL/min/1.73 Sq Meters
```

| | | | | | | |
|---|---|---|---|---|---|---|
| TP | 5.6 L | 5.6 L | 5.4 L | 5.4 L | (6.4-8.2) | g/dL |
| ALB | 3.3 L | 3.2 L | 3.2 L | 3.3 L | (3.4-5.0) | g/dL |
| CA | 7.5 L | 8.0 L | 7.9 L | 8.1 L | (8.5-10.1) | mg/dL |
| PHOS | | | | 3.7 | (2.5-4.9) | mg/dL |
| BILT | 0.3 | 0.5 | 0.6 | 0.5 | (0.2-1.0) | mg/dL |
| AST | 23 | 7 L | 5 L | | (15-37) | U/L |
| ALT | 36 | 15 | 14 | 10 L | (13-61) | U/L |
| ALKP | 43 L | 39 L | 48 | 47 | (45-117) | IU/L |
| MAG | 1.9 | 1.9 | 2.0 | 2.1 | (1.8-2.4) | mg/dL |

| Day | 1 | | |
|-----|---|---|---|
| Date | JAN 26 | | |
| Time | 1852 | Reference | Units |
| NA | 145 | (136-145) | mmol/L |
| K | 3.1 L | (3.5-5.1) | mmol/L |
| CL | 109 H | (98-107) | mmol/L |
| CO2 | 24 | (21-32) | mmol/L |
| ANION GAP | (T) | (5.0-15.0) | mmol/L |

```
    (T)  12.0
         See also (U)
    (U)  ANION GAP CALCULATION:    NA-(CL+CO2)
```

| | | | |
|---|---|---|---|
| GLU | 91 | (74-106) | mg/dL |
| BUN | 26 H | (7-18) | mg/dL |
| CREAT | 1.56 H | (0.600-1.30) | mg/dL |
| GFR AFRICAN AM. | 41 L | (>or=60) | UNITS |
| GFR NON-AFR.AM. | 34(V) L | (>or=60) | UNITS |

```
   (V)              GFR UNITS= mL/min/1.73 Square Meters
                          GFR RESULT INTERPRETATION
             NORMAL GFR=GREATER THAN OR EQUAL TO 60 mL/min/1.73 Sq Meters
           CHRONIC KIDNEY DISEASE=    LESS THAN 60 mL/min/1.73 Sq Meters
                KIDNEY FAILURE=       LESS THAN 15 mL/min/1.73 Sq Meters
```

| | | | |
|---|---|---|---|
| TP | 6.3 L | (6.4-8.2) | g/dL |
| ALB | 3.8 | (3.4-5.0) | g/dL |

```
Patient: RYAN,SHAWNEE KU               Age/Sex: 59/F      Acct#E40008305464 Unit#E001170450
```

CONFIDENTIAL

Dr. 30
#2/3 Discharge
Aurora South

```
RUN DATE: 02/04/17                THE MEDICAL CENTER OF AURORA LABORATORY          PAGE 6
RUN TIME: 0202           1500 S. POTOMAC ST.    AURORA, COLO. 80012   (303)695-2653
RUN USER: LABBKGJOB              HPF LAB Discharge Summary Report w/o Pathology
```

```
Patient: RYAN,SHAWNEE KU           #E40008305464     (Continued)
```

```
                           *** CHEMISTRY ***
                    *** ROUTINE CHEMISTRY *** (CONTINUED)
```

| Day | 1 | | |
|---|---|---|---|
| Date | JAN 26 | | |
| Time | 1852 | | |
| | | Reference | Units |
| CA | 8.6 | | |
| PHOS | 4.5 | (8.5-10.1) | mg/dL |
| BILT | 0.9 | (2.5-4.9) | mg/dL |
| AST | 14  L | (0.2-1.0) | mg/dL |
| ALT | 17 | (15-37) | U/L |
| ALKP | 42  L | (13-61) | U/L |
| MAG | 2.0 | (45-117) | IU/L |
| | | (1.8-2.4) | mg/dL |

```
Specimen: 17:AA:B0004466R   Collected: 01/27/17-1002 Status:  COMP
                           Received:  01/27/17-1003 Source:  NASAL        Req#:     07213876
                                                    Sp Desc:
                                        Subm Dr: Bartlett,David L  MD
```

```
Ordered:  MRSA SURVEIL
   MRSA SURVEILLANCE  Final 01/28/17
      MRSA Surveillance Screen    NEGATIVE Screen for MRSA by ChromAgar
```

```
Patient: RYAN,SHAWNEE KU           Age/Sex: 59/F    Acct#E40008305464 Unit#E001170450
```