```
RUN DATE: 02/23/17                      COLUMBIA MED CTR OF AURORA **LIVE**                               PAGE 1
RUN TIME: 0440                                   CODING SUMMARY
RUN USER: HPF.FEED

   NAME:   RYAN,SHAWNEE KI                       ACCT#:       E40008359760
                                                 FORM:
     ADM DATE:    02/07/17   2033
   ATTEND PHYS:  Spilman,Ryan Patrick  DO        UNIT#:       E001170450
    DIS DT/TM:   02/16/17  1508                  SEX:         F
     DIS DISP:   LAW ENFORCEMENT/COURT     21    AGE:         59
          LOS:   :              9                DOB:         03/11/57
     PT CLASS:   IN.OTH                          FIN CLASS:   11
                                                 ABS STATUS:  FINAL

   DIAGNOSES                                                                           POA INDICATOR   CODESET
   ADMIT DX      R50.9        FEVER, UNSPECIFIED                                                       ICD10

   REASON FOR VISIT DX

   PRIMARY CODESET
   PRINC DX      A41.9        SEPSIS, UNSPECIFIED ORGANISM                                  Y          ICD10
   OTHER DX      D61.1        DRUG-INDUCED APLASTIC ANEMIA                                  Y          ICD10
                 C90.00       MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION                Y          ICD10
                 N18.4        CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)                      Y          ICD10
                 L02.519      CUTANEOUS ABSCESS OF UNSPECIFIED HAND                         Y          ICD10
                 E87.0        HYPEROSMOLALITY AND HYPERNATREMIA                             Y          ICD10
                 N17.9        ACUTE KIDNEY FAILURE, UNSPECIFIED                             Y          ICD10
                 D61.818      OTHER PANCYTOPENIA                                            Y          ICD10
                 D70.3        NEUTROPENIA DUE TO INFECTION                                  Y          ICD10
                 D70.1        AGRANULOCYTOSIS SECONDARY TO CANCER CHEMOTHERAPY              Y          ICD10
                 L08.9        LOCAL INFECTION OF THE SKIN AND SUBCUTANEOUS TISSUE, UNSP     Y          ICD10
                 T45.1X5A     ADVERSE EFFECT OF ANTINEOPLASTIC AND IMMUNOSUP DRUGS, INIT    Y          ICD10
                 D69.59       OTHER SECONDARY THROMBOCYTOPENIA                              Y          ICD10
                 G43.909      MIGRAINE, UNSP, NOT INTRACTABLE, WITHOUT STATUS MIGRAINOSUS   Y          ICD10
                 B95.62       METHICILLIN RESIS STAPH INFCT CAUSING DISEASES CLASSD ELSWHR  Y          ICD10
                 M54.2        CERVICALGIA                                                   Y          ICD10
                 L65.8        OTHER SPECIFIED NONSCARRING HAIR LOSS                         Y          ICD10
                 J10.1        FLU DUE TO OTH IDENT INFLUENZA VIRUS W OTH RESP MANIFEST      Y          ICD10
                 E87.6        HYPOKALEMIA                                                   Y          ICD10
                 K13.0        DISEASES OF LIPS                                              Y          ICD10
                 R19.7        DIARRHEA, UNSPECIFIED                                         Y          ICD10
                 M85.89       OTH DISRD OF BONE DENSITY AND STRUCTURE, MULTIPLE SITES       Y          ICD10
                 G62.9        POLYNEUROPATHY, UNSPECIFIED                                   Y          ICD10
                 Z88.8        ALLERGY STATUS TO OTH DRUG/MEDS/BIOL SUBST STATUS             E          ICD10
                 Z90.710      ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS                    E          ICD10
                 Z79.899      OTHER LONG TERM (CURRENT) DRUG THERAPY                        E          ICD10

   OTHER CODESET
   PRINC DX
   OTHER DX

   PROCEDURE
   PRIMARY CODESET
   DATE           PROC CODE & NAME                           SURGEON          ANESTHESIOLOGIST
   OTHER CODESET

   PRIMARY CODESET
   DRG I-10      871    SEPTICEMIA OR SEVERE SEPSIS W/O MV >96 HOURS W MCC
   OTHER CODESET
   DRG I-9
```

```
                        THE MEDICAL CENTER OF AURORA
South Campus                                    Centennial Medical Plaza
1501 South Potomac                              14200 East Arapahoe Road
Aurora, CO 80012                                Englewood, CO 80112

North Campus                                    Saddle Rock ER
700 Potomac                                     22500 E Dry Creek Road
Aurora, CO 80011                                Aurora, CO 80016


PATIENT NAME:     RYAN,SHAWNEE KU
ACCOUNT#: E40008359760
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:   Spilman,Ryan Patrick  DO

DISCHARGE SUMMARY
REPORT#:0217-0036   REPORT STATUS: Signed

ADMISSION DATE:  02/07/2017
DISCHARGE DATE:  02/16/2017

DIAGNOSES:
1. Multiple myeloma.
2. Neutropenic fever.
3. Sepsis.
4. Right index finger infection with methicillin-resistant Staphylococcus
   aureus.
5. Influenza A.
6. Pancytopenia.
7. Neck spasms.
8. Acute kidney injury.

CONSULTANTS:
1. Dr. Burke with Oncology.
2. Dr. Sollender with Hand Surgery.
3. Dr. Richards with Infectious Disease.

PROCEDURES:
CT of the sinuses showing some inflammation, but no invasive sinusitis.
Transfusion of 4 units of packed red blood cells and 1 unit of platelets.

DISPOSITION:
Back to Department of Corrections.

DIET:
Regular.

ACTIVITIES:
Ad lib.

FOLLOWUP:
Follow up with Dr. Burke in 1 week.  Check basic metabolic panel in 2 days and
5 days.


PATIENT NAME: RYAN,SHAWNEE KU           ACCOUNT #:E40008359760
```

```
RUN DATE: 02/23/17                    COLUMBIA MED CTR OF AURORA **LIVE**                          PAGE 2
RUN TIME: 0440                                  CODING SUMMARY
RUN USER: HPF.FEED

   NAME:   RYAN,SHAWNEE KU                         ACCT#:        E40008359760
                                                   FORM:
    ADM DATE:    02/07/17  2033
 ATTEND PHYS:    Spilman,Ryan Patrick  DO          UNIT#:        E001170450
   DIS DT/TM:    02/16/17  1508                    SEX:          F
    DIS DISP:    LAW ENFORCEMENT/COURT       21    AGE:          59
         LOS:    :           9                     DOB:          03/11/57
    PT CLASS:    IN.OTH                            FIN CLASS:    11
                                                   ABS STATUS:   FINAL


   STATUS         $REIMB      MIN-LOS    STD-LOS       COST WT       GRP VERS      GRP FC
   F             11078.44                   5.3        1.9090        34            11



 DRG STATUS DATE: 02/22/17                         ABS STATUS DATE: 02/22/17
 CODER: 1FSEHT7652                                 ABSTRACTOR: 1FSEHT7652



   **This form will be maintained as a permanent part of the medical record**
```