1    **IN THE UNITED STATES DISTRICT COURT**

2    **FOR THE DISTRICT OF COLORADO**

3    **Civil Action No.    18 – cv – 00956 – MSK-MEH**

4    **SHAWNEE RYAN, Plaintiff**

5    **V.**

6    **Defendants:**

7    **CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners,**

8    **Inc.; Physician Health Partners, Inc.)**

9

10   **DR. JENNIFER MIX, M.D.  (personal and professional capacity)**

11   **HILARY VICTOROFF N.P.  (personal and professional capacity)**

12

13   **NOTIFICATION OF MAILING ADDRESS CHANGE**

14

15   **PLAINTIFF Shawnee Ryan comes now and notifies the court, the clerk and all**

16   **parties of the following mailing address change, effective January 1, 2020:**

17

18   **Shawnee Ryan**

19   **12081 West Alameda Parkway Box 218**

20   **Lakewood, Colorado 80228**

21

22   **PLAINTIFF requests that all parties and the court change their notification**

23   **records accordingly.**

24

25   **Respectfully submitted this 8th day of January 2020.**

26

27   S/Shawnee Ryan

28   12081 West Alameda Parkway Box 218

29   Lakewood, Colorado 80228

30   720-431-8319

31   shawneeryan216@gmail.com

32

33

34

35

1

**CERTIFICATE OF SERVICE**

I have served a complete and full copy of the foregoing via CMECF  to the parties below on this  8th   day of  January 2020.

S/Shawnee Ryan

12081 West Alameda Parkway Box 218

Lakewood, Colorado 80228

720-431-8319

shawneeryan216@gmail.com


Clerk of Court:  cod_cmecf@cod.uscourts.gov


Andrew David Ringel:  ringela@hallevans.com

Edmund Martin Kennedy: kennedye@hallevans.com

cmecf@hallevans.com

WalkerR@hallevans.com


Amy Colony:  acolony@coag.gov

latasha.carter@coag.gov

denise.munger@coag.gov