IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

---

## UNOPPOSED MOTION BY HILARY VICTOROFF FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION

---

Defendants Hilary Victoroff, by and through counsel, Amy Colony, Esq., Senior Assistant Attorney General, moves for an extension of time to file her dispositive motion. In support thereof, Defendant states the following:

## CONFERRAL STATEMENT

Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*, via email on January 13, 2020, to confer about this motion. Plaintiff does not object to Defendant's requested relief herein.

1. Plaintiff Shawnee Ryan filed her initial Complaint with this Court on April 23, 2018, naming as defendants, 16 separate parties, including the Colorado Department of Corrections. (Doc. 1).

2. Subsequent to the filing of her Complaint, Plaintiff Ryan was paroled and released from custody at Denver Women's Correctional Facility in October 2018.

3. Between May 24, 2018, and December 19, 2018, this Court identified several deficiencies and entered three separate orders directing Plaintiff to cure these deficiencies in an amended complaint. (Docs. 15, 31, 41). Between July 17, 2018, and January 16, 2019, Plaintiff filed four amended complaints. (Docs. 21, 40, 44, 51).

4. On February 1, 2019, this Court entered an Order dismissing Plaintiff's claims against CDOC (Claims One and Two) based on Eleventh Amendment Immunity, and the official capacity claims against Dr. Jennifer Mix, Hilary Victoroff and Laura Sommerschield. To the extent Plaintiff purported to state claims against CHP and Dr. Susan Tiona, those claims were also dismissed.

5.  On November 11, 2019, Plaintiff filed a "First Motion for Summary Judgment Against Hilary Victoroff: Claim Four. (Doc. 180). On December 30, 2019, Defendant Victoroff responded to Plaintiff's motion for summary judgment. (Doc. 211).

6.  On November 12, 2019, the Court accepted a Fifth Amended Complaint tendered and filed by Plaintiff.  (Doc. 183).

7.  On November 15, 2019, the Court granted the Joint Defendants' Motion to Modify the Scheduling Order to extend the deadline for filing dispositive motions to January 17, 2020. (Doc. 191).

8.  Plaintiff's remaining claims arise from complex medical diagnoses treated during her incarceration. Her claims arise out of the following events: (1) the alleged denial of an autologous stem cell transplant and post-transplant medical care by Defendant CHP and its Chief Medical Director, Dr. Mix; and (2) the alleged denial of admission to the Denver Regional Diagnostic Center infirmary by Defendant Victoroff following Plaintiff's discharge from inpatient chemotherapy at Rocky Mountain Cancer Center in early February 2017.

10.  On January 12, 2020, the undersigned counsel was notified of a death in the family. In addition, the undersigned counsel's father is seriously ill and has required numerous hospitalizations in the past month. Due to these events, the undersigned counsel needs to travel out of state this week to attend to these family issues.

11. Defendant Victoroff requests a **one-week extension**, through **January 24, 2020**, to file her dispositive motion.

15. The granting of the relief requested in this motion, a one-week extension, will not prejudice the rights of any party, nor cause delay to the general progress of the case as fact based discovery was concluded on November 1, 2019.

WHEREFORE, Defendant moves this Court for an Order extending the dispositive motion deadline up to and including January 24, 2020.

Respectfully submitted this 13th day of January, 2020.

        PHILIP J. WEISER
        Attorney General

        s/ *Amy C. Colony*
        AMY C. COLONY, Reg. No. 36124*
        Senior Assistant Attorney General
        1300 Broadway, 10th Floor
        Denver, CO 80203
        Email: acolony@coag.gov
        Telephone: 720-508-6615
        Attorney for Defendant Victoroff
        *Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on this 10th day of January, 2020, I served the foregoing **UNOPPOSED MOTION BY DEFENDANT HILARY VICTOROFF FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTION** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
12081 W. Alameda Parkway
Box 218
Lakewood, CO  80228
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

*s/ Amy Colony*