

EXHIBIT A-4



# CHP
## Correctional**Health**Partners



# Provider Manual for the Colorado Department of Corrections

Revised April 2010

This 2010 Schedule of Covered Services supersedes all previous schedules.

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0413

# Section 8:
# CDOC Medical Necessity Appeal Process

27

When a request for services is denied as described under the provider manual, CHP will send the provider a denial letter indicating the reason why the service was denied. If a provider does not agree with the decision, an appeal request may be mailed to CHP within forty-five (45) days of receipt of a denial letter. If a request for services has been denied and the provider would like to appeal this decision, the provider must send a letter with identifying information including the offender's name and CDOC ID number, and the reason and/or additional information that the provider would like considered in the appeal process.

**Appeal letters must be mailed to**

Correctional Health Partners
ATTN: MEDICAL APPEALS
PO Box 1648
Denver, CO 80201-1648

### A. DESCRIPTION OF THE APPEAL PROCESS
Per CDOC policy, the offender may not appeal a decision. Please note that denials for benefits not covered by CDOC are rarely overturned.

**Examples of medical necessity denials that may be appealed**

- Requests not meeting established medical necessity criteria
- Treatments considered experimental or investigational
- Cosmetic procedures
- Requests to an out-of-network provider

### B. TYPES OF APPEALS

1. First Level Appeal – Reconsideration
   a. Expedited 72-hour Appeal
   b. Standard First Level Appeal

2. Second Level Appeal – Final

### C. DESCRIPTION OF FIRST LEVEL EXPEDITED 72-HOUR APPEAL
An expedited appeal review is available for cases where the timeframe in the standard appeal could seriously jeopardize the life or health of the offender; could jeopardize the offender's ability to maintain their level of functioning; for an offender with a disability, create imminent and substantial limitations on their existing ability to

continued on next page

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0445

## Section 3:
## CDOC Medical Necessity Appeal Process
(...continued)

live independently; or subject the offender to severe pain that could not be managed adequately without the care or treatment. The decision on an expedited appeal will be made as quickly as possible, but in no event more than seventy-two (72) hours after the request. The decision will be communicated verbally to the provider the same day the decision is made, and in writing within two (2) working days of the decision.

**D. DESCRIPTION OF THE STANDARD APPEAL PROCESS – FIRST LEVEL**
The first level appeal must be done by a physician other that the CHP Medical Director who originally reviewed the request.

**E. UPHELD DENIAL**
If the denial is upheld, the decision will be communicated to the requesting provider by CHP within thirty (30) calendar days of the date the appeal letter was received. Notification that the denial was upheld will include instructions for the Second Level Appeal process.

The information in the notification will include the specific reason(s) for the adverse determination including rationale, and the internal rule, guideline, protocol, or other similar criteria used to make the adverse determination.

**F. OVERTURNED DENIAL**
If the denial is overturned, the requesting provider will be notified of authorization via mail or electronically within thirty (30) calendar days of the date the appeal was received by CHP.

**G. SECOND LEVEL APPEAL – FINAL**
The provider can request a Second Level Appeal in writing if the provider disagrees with the finding of the First Level Appeal. A request for Second Level Appeal must be made within thirty (30) days from the date of the notice of the decision on the First Level Appeal. The CDOC chief medical officer will conduct the Second Level Appeal, and will make the final and binding determination after reviewing the information related to the issue. The Second Level Appeal process will take into consideration all materials outlined above including any additional documentation from the First Level Appeal. CHP will notify the provider of the decision within thirty (30) days of receipt of the Second Level Appeal request.

# Section 9:
# Provider Communication Process

The CHP provider communication process is designed to track and trend issues brought to CHP's attention by participating providers, CDOC, or CHP staff.

CHP will review the concern, ensure corrective action, and act as a liaison between the provider and contracted ancillaries or CDOC to assure that all perspectives are represented. The issues are logged, and monitored until an appropriate conclusion is achieved.

## A. TYPES OF CONCERNS REVIEWED

- **Informal** – Any verbal communication with CHP from a provider, or CDOC staff that addresses concerns with CHP, or a contracted provider
- **Formal** – Any written communication, including email, to CHP from CDOC or a contracted provider that addresses concerns with CHP, CDOC, or a contracted provider
- **Educational opportunities and non-compliance Issues** – Any incident of a CHP contracted provider referring out of CHP's network or failure to comply with CHP policies

## B. CONCERN CATEGORIES
Concerns may be submitted and logged as one of the following categories.

- **Quality of care** – Concern involving any CHP healthcare professional that may result in a situation detrimental to an offender's well being. These complaints will be forwarded through the Clinical Quality Review Process to analyze trends, and determine appropriate actions.
- **Quality of service** – Concerns involving any CHP healthcare professional, as well as CHP itself. For example, concerns regarding access timeframes (i.e., length of time to obtain a routine appointment, authorization, etc.), or concerns in which the communication between two or more parties is incomplete, inaccurate, brusque, or unnecessary.
- **Policy** – Any concern filed regarding the policies of another provider, CDOC, or CHP
- **Billing** – Any concern related to payment of services

The CHP Provider Relations network manager communicates the issue to the party to whom the concern pertains in order to reach a resolution. The timeframe for resolution is within fifteen (15) days, and is based on CDOC guidelines. The issues reviewed are trended over time, and used as a tool to guide educational initiatives or process changes either to the internal staff or external customers. For additional information, or to contact the CDOC Provider Relations network manager, call 303.605.1542 or 1.877.888.0062 Ext.1542.

Copyright © 2010 Correctional Health Partners. All rights reserved.   DP 2010.02010

1515 Arapahoe Street   o o o   Suite 300, Tower 1   o o n   Denver, CO 80202   o o o   1.866.932.7185 phone   o o o   CHPdelivers.com

CONFIDENTIAL

CHP 0447

# Section 10:
## Access to Services and Schedule of Covered Services

Offenders are eligible to receive the services set forth in the Schedule of Covered Services. The Schedule of Covered Services procedures establish the methods and guidelines used to determine the coverage of treatment by CDOC (Appendix H).

1515 Arapahoe Street ○○○ Suite 300, Tower 1 ○○○ Denver, CO 80202 ○○○ 1.866.932.7185 phone ○○○ CHPdelivers.com

CONFIDENTIAL

# Section 11:
## MCS User's Guide

MCS is the Managed Care System at CHP used for entering and tracking authorization requests.

**Entering MCS**

Open your web browser (like Internet Explorer) and go to www.CHPdelivers.com. Click on the MCS login link under Services.

Enter your User ID and Password assigned by CHP. Change your UserID and Password as prompted. You will then see the screen below.





**Submitting a New Request**

1. Before submitting a new request, please make sure there is not an existing authorization for the same service. If you are unsure, you can check in the **Finding a Request** section, page 35. To submit a new request, go to the main screen (above right), click on **New Request**.

2. In the **Member** section of the form, click on **Last Name**.
   a) (Note: it is important to start from the Member section of the form since much information is automatically filled in, or "auto-populated," to save time.) The member/offender look-up screen will appear. Enter the last name and first name of the member/offender, or the offender ID number. Click **Find** to generate the search.

continued on next page

1515 Arapahoe Street  ooo  Suite 300, Tower 1  ooo  Denver, CO 80202  ooo  1.866.932.7185 phone  ooo  CHPdelivers.com

CONFIDENTIAL

CHP 0449

# Section 11:
## MCS User's Guide
(...continued)



3. You can enter either a partial last name/first name OR the offender ID number (not both) when trying to find a member/offender. Confirm that you choose the correct member/offender by verifying the date of birth or health plan information. Is the correct information there?

   **If yes**
   - Click on the appropriate underlined member name
   - Remaining information will auto-populate on the request form

   **If no**
   - Exit from the member look-up if the member is not located or the insurance information is incorrect. All fields marked with an asterisk * will need to be manually entered.

4. Refer to the IPA information at the top of the form in the Request section. IPA information will auto-populate if the member/offender was selected from the member/offender look-up. Do not change the IPA information if it was automatically populated. If the member/offender information was manually entered, you will need to select the appropriate IPA by using the drop-down menu.

5. In the **Request Type** field, select the appropriate request from the drop-down menu.

6. When selecting the appropriate priority status on the right-hand side of the **Request** section, please use **Urgent** only when life or limb threatening.

continued on next page



## Section 11: MCS User's Guide (...continued)

7. In the **Requesting Provider** section, change the **Name** only if it is other than the PCP.

    - Click on **Name** to reveal the provider lookup screen
    - Enter the provider's complete last name, click **Find**
    - Choose the correct provider from the list by selecting the underlined name. (Provider information will auto-populate on the form.) If the provider's name is not available, all information will need to be manually entered.

8. In the **Refer to Provider** section

    - Click on **Name** to reveal the provider lookup screen.
    - Enter the provider's complete last name, click **Find**
    - Choose the correct provider from the list by selecting the underlined name. (Provider information will auto-populate on the form.) If the provider's name is not available, all information will need to be manually entered.

continued on next page

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0451

## Section 11:
## MCS User's Guide
(...continued)

[Form image with fields: Name, Phone, If not PCP, has PCP approval been obtained? Yes/No, Contact, Fax, Last Name, First Name, Health Plan, Plan ID, Group Number, Sex: Male/Female, DOB, Phone, Address, City, State, Zip, PCP Name, PCP Phone, Name, Phone, Fax, Facility, Surgical Assist, Anesthesiologist, DOS, Calendar, # Units, ICD9 with Find fields, CPT with Find fields, Past treatment/comments box labeled 12, and item 13 button. Callouts numbered 9 (DOS), 10 (ICD9), 11 (CPT), 12 (comments box), 13 (button).]

9. In the **Clinical Section**, click on the calendar icon and select the date of service.

10. In the **ICD-9** section, manually enter the code if it is known, otherwise click **Find** to search for the code. Only valid ICD-9 Codes will be accepted. (Helpful hints: you must use a period in order for the code to be valid. If searching for the ICD-9 Code, using the percent sign (%) before or after a word will generate a list of ICD-9 Codes using that word. Unless you know the exact verbiage from the CPT book, CPT Codes will be hard to find when using the **Find** field).

11. In the **CPT Code** section, please use CPT Code 99201 if the service is for an office visit. Otherwise, please indicate the proper CPT Code for requested service. If the CPT Code is unknown, click **Find** to search for the code.

12. In the **Past Treatment/Comments** section of this form, provide the specific medical information to support the request. Please include information the ordering physician is trying to rule out, symptoms, tests that have already been performed, the member/offender's history, and any attempted conservative treatment prior to the request.

continued on next page

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0452

## Section 11:
## MCS User's Guide
(...continued)

13. Once all of the above information is complete, you can submit your request by single-clicking once on the **Save** button. Do not double-click (this may generate a duplicate request). The system may pause briefly before returning a confirmation with the request number.

**Finding a Request:**

[Screenshot of Physician Health Partners request search form with fields for Request #, Request Type, Status, Start Date, End Date, Member Last Name, First Name, ID, Requesting Provider Name, Refer To Provider Name, and PCP Name.]

1. There are three ways to find a request. (Please use only one of the three steps.)
    a. Using the request number – (Please note: Using the request number will only generate the request for that number. No other information will be available for that member/offender.)
    b. Using the member/offender's name – When using a combination of either the member/offender's last name/first name, or partial last name/first name, the entire history of the patient will be generated.

continued on next page

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0453

# Section 11:
# MCS User's Guide
(...continued)

 c. **Using the member/offender ID number** – When generating the history of the patient using the member/offender ID number, partial ID numbers can be used and this will also provide the entire member/offender history.

2. Using one of the above steps, click **Find** to retrieve the member/offender history. Once the history is shown, double-click the desired highlighted blue record to open the request. If you wish to print the request, go to **File>Print** from the main tool bar or use the Print icon.

**Using the Completed Queue**

1. There are two ways to search for your information using one of the **Completed Queue** functions.
 a. Applying a filter from the **Filter Completed Queue** for either 30, 60, or 180 days
 b. Applying a filter using the dates of service. *(Please note: Use the Calendar provided to determine the dates of service).*

2. Sorting a list of items
 a. To customize a view, click the highlighted <u>underlined</u> links at the top of the columns to sort items in ascending or descending order.

**Physician Health Partners**
Collaborate, Innovate, Make a Difference.

Filter completed queue for: [ ]
Referrals determined between [ Calendar ] and [ Calendar ] [Go]
* Enter dates in the format mm/dd/yyyy

**Results**

| Request Number | IPA | Receipt Date | Decision | Member Patient ID | Patient Name | Referral Requestor Name | Referral Submitted | Request Type | Determination Date | PCP | Referred To |
|---|---|---|---|---|---|---|---|---|---|---|---|
| No records found. | | | | | | | | | | | |

For any remaining options from the main menu, training is available by calling the CHP Provider Relations network manager at 303.605.1542 or 1.877.888.0062 Ext.1542.

1515 Arapahoe Street  ooo  Suite 300, Tower 1  ooo  Denver, CO 80202  ooo  1.866.932.7185 phone  ooo  CHPdelivers.com

CONFIDENTIAL

CHP 0454



## Section 12: Pharmacy

The Department of Corrections has developed a list of medications that comprise the official CDOC formulary. This formulary is dynamic and was developed by the Department of Corrections P&T Committee. This committee reviews new information and trends in pharmaceutical management, and may make changes to the formulary as the need presents itself.

Compliance with the CDOC drug formularies, as applicable, is required. Requests for exceptions must be submitted in writing on the Non-Formulary Drug Request (Appendix G), and will be reviewed by the CDOC P&T Committee or their designee for approval or denial. Approval must be obtained prior to dispensing.

The current CDOC formulary can be found at

http://www.phpmcs.com/PortalDocuments/A/ACC_DOCFormulary.pdf

1515 Arapahoe Street ooo Suite 300, Tower 1 ooo Denver, CO 80202 ooo 1.866.932.7185 phone ooo CHPdelivers.com

CONFIDENTIAL

CHP 0455

## Section 13: Security Issues

Each offender transported outside the correctional facility for medical care presents a risk to the general public, the correctional officer, and possibly the persons providing care. Any time an offender is out of the correctional facility, the opportunity for a successful escape increases. Implementing the following restrictions will limit information that could be utilized to plan an escape.

- Physicians and hospital staff should avoid discussion of future appointments, hospitalizations, or any schedule that involves movement of the offender.

- Offenders should not be left alone in an unsecured room.

- Medications should not be provided to offenders beyond the inpatient confinement. All prescriptions must be returned to the Colorado Department of Corrections for filling.

- Escape risk can additionally be reduced if the facility can provide
    - Closed parking, not accessible to others
    - A secure entrance
    - For outpatient visits, a secure room away from other patients with restroom facilities
    - For inpatient confinements, a secure room/unit

- Approach the offender with the same respect you would give any other patient.

- Operate within your security comfort level. If there is uncertainty about security policy and procedure, ask the accompanying correctional officer. He/she will assist as needed.

- Expect the security staff to stay in the exam room, or within visual contact, but out of hearing distance. Security staff do understand the importance of confidentiality. The exception is for female offenders who are transported by male security staff. These staff will remain within hearing distance, but not have visual contact. Security takes priority over confidentiality. If there is uncertainty regarding safety being alone with the patient, ask the security officer for his/her opinion.

- In taking a history, special attention to any inconsistencies is recommended. An offender's agenda may be different than it appears.

- Focus as much as possible on objective findings, including inconsistencies and note in reporting.

- For outpatient visits, the back of the consult sheet must be completed with a brief written SOAP note indicating findings, assessment, and plan.

continued on next page

1515 Arapahoe Street   ○○○   Suite 300, Tower 1   ○○○   Denver, CO 80202   ○○○   1.866.932.7185 phone   ○○○   CHPdelivers.com

CONFIDENTIAL

CHP 0456