IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF, N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD, N.P. (personal and professional capacity);

    Defendants.

_____

**UNOPPOSED MOTION TO FILE CONFIDENTIAL SUMMARY JUDGMENT EXHIBIT A-3 UNDER RESTRICTED ACCESS FROM DEFENDANT DR. MIX**
_____

    Defendant Dr. Jennifer Mix, ("Dr. Mix"), by and through its counsel, Andrew D. Ringel, Esq. and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby respectfully submits this Unopposed Motion to File Confidential Summary Judgment Exhibit A-3 Under Restricted Access, as follows:

    1.    <u>Certificate of Conferral:</u>  Prior to filing the instant Motion, pursuant to D.C.Colo.LCiv.R. 7.1(A), the undersigned counsel conferred with counsel for all parties and is authorized to state that no party opposes this Motion.

    2.    Contemporaneously with the filing of this Motion, Dr. Mix and Defendant Correctional Health Partners filed a Motion for Summary Judgment. Attached to the Motion for Summary Judgment is Exhibit A-3, Declaration of Jennifer Mix, D.O., which

contains private and confidential information and, thus, has been designated as Confidential within the meaning of the Protective Order entered by this Court in this matter. [ECF 124]. Specifically, summary judgment Exhibit A-3 contains private and confidential medical information of Plaintiff for which Plaintiff has a legitimate privacy interest.

3. The public has no interest in accessing this Exhibit A-3. By contrast, Plaintiff and Dr. Mix have interests in keeping personal, private, medical, and proprietary business information private and confidential. No alternative to restricted access is practicable and adequate, as the documents themselves are not public records. The public will have adequate access to the nature of this dispute and the legal and factual issues underlying any determination of this Court on Dr. Mix's Motion for Summary Judgment by the public briefs filed in this matter. Access to the non-public confidential documents is not necessary for the public to understand the proceedings before this Court.

4. Dr. Mix, with the filing of this Motion, submits her Motion for Summary Judgment with the following one (1) Exhibit which contains confidential information and for which Dr. Mix is requesting they be maintained under restricted access: **Exhibit A-3** (Declaration of Jennifer Mix, D.O.) The above Exhibit has been filed along with the instant Motion. Dr. Mix respectfully requests this Court subject one (1) Exhibit Level 1 restrictions pursuant to D.C.Colo.LCiv.R. 7.2 (access limited to the parties and the Court).

WHEREFORE, for all the foregoing reasons, Defendant Dr. Mix respectfully requests this Court issue an order restricting public access under Level 1 restricted access to **Exhibit A-3.**, pursuant to D.C.Colo.LCiv.R. 7.2, and for all other and further relief as this Court deems just and appropriate.

Dated this 17th day of January 2020.

Respectfully submitted,

*s/ Edmund M. Kennedy*
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:      303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CHP AND JENNIFER MIX**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 17th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Amy C. Colony, Esq.
amy.colony@coag.gov

Shawnee Ryan
Shawneeryan216@gmail.com

        *s/ Nicole Marion, Legal Assistant to:*
        Andrew D. Ringel, Esq.
        Edmund M. Kennedy, Esq.
        of Hall & Evans, L.L.C.
        1001 17th Street, Suite 300
        Denver, CO 80202
        Phone:   303-628-3453
        Fax:      303-628-3368
        ringela@hallevans.com
        kennedye@hallevans.com

        **ATTORNEYS FOR DEFENDANTS CHP AND JENNIFER MIX**