Exhibit Two                                                              ALLMTN,JD1

## U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-cv-00956-MSK-MEH

Ryan v. Correctional Health Partners et al
Assigned to: Chief Judge Marcia S. Krieger
Referred to: Magistrate Judge Michael E. Hegarty
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/23/2018
Jury Demand: Both
Nature of Suit: 555 Prisoner - Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 07/15/2019 | 133 | MOTION for Joinder re 119 Amended Complaint by Plaintiff Shawnee Ryan. (Ryan, Shawnee) (Entered: 07/15/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/23/2020 10:20:06 | | | |
| PACER Login: | shawneeryan:5845322:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:18-cv-00956-MSK-MEH Starting with document: 133 Ending with document: 133 |
| Billable Pages: | 1 | Cost: | 0.10 |