Exhibit Five

These limitations on the Requests for Admission do not include Requests for Admissions concerning authenticity or genuineness of documents. The parties also agree to discuss potential stipulations concerning authenticity or genuineness of documents informally on an as needed basis throughout the case.

d. Other Planning or Discovery Orders

If further discovery is required, the parties will work together in good faith to accommodate the needs of the case, and may modify this Order for good cause shown.

Before filing a motion for an order relating to a discovery dispute, the movant must request a conference with the Court by submitting an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov. See Fed. R. Civ. P. 16, cmt. 2015 Amendment.

### 9. CASE PLAN AND SCHEDULE

a. Deadline for Joinder of Parties and Amendment of Pleadings: **July 15, 2019**.

Plaintiff does not believe this deadline applies to amendment of pleadings to add a punitive damages claim against health care providers under the HCAA, which must be brought in accordance with that statute's requirements. As a result, Plaintiff believes that this deadline will be forty-five days prior to the discovery cut-off or **October 17, 2019.** Defendants suggests a cut-off of **November 4, 2019**. **Court: Deadline for Amendment (absent a showing of good cause) August 26, 2019.**

    b. Discovery Cut-off: Plaintiff believes all discovery, including expert discovery, must be completed no later than **November 1, 2019**. Plaintiff objects to any alterations of discovery and disclosures timing that extends past the Court's Order for a November 1, 2019 discovery deadline.

    As such, Plaintiff requests expert disclosures to be completed by **September 17,**

28