```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX093736
Cashier ID: cm
Transaction Date: 01/23/2020
Payer Name: SHAWNEE RYAN

PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 209025407900
 Amt Tendered: $5.00

Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA: 18-cv-956-MSK


A fee of $53.00 will be assessed on
any returned check.
```