IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity);

    Defendants.

## AMENDED NOTICE TO SUPPLEMENT EXHIBIT A-1 TO DEFENDANTS CORRECTIONAL HEALTH PARTENERS AND DR. JENNIFER MIX'S MOTION FOR SUMMARY JUDGMENT

Defendant Correctional Health Partners and Dr. Jennifer Mix, ("CHP Defendants"), by and through their counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby respectfully submit this Amended Notice to Supplement Exhibit A-1 to CHP Defendants' Motion for Summary Judgment:

    1.    CHP Defendants filed a Notice to Supplement Exhibit A-1 to CHP Defendants' Motion for Summary Judgment. [ECF 222].

    2.    The Notice was filed erroneously without the attached job description.

    3.    CHP Defendants filed their Motion for Summary Judgment with exhibits on January 21, 2020 as [ECF 217].

4. The attached Exhibit A-1, Kelly Wasko's Declaration, to the Motion for Summary Judgment was erroneously filed without the attached job description of Ms. Wasko's job as the Vice President of Clinical Services.

5. Accordingly, CHP Defendants file this Amended Notice to Supplement Exhibit A-1 to their Motion for Summary Judgment [ECF 217] and attached the missing attachment of the job description and the proper job title for Ms. Wasko.

Dated this 24th day of January 2020.

Respectfully submitted,

*s/ Edmund M. Kennedy*
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:       303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CORRECTIONAL HEALTH PARTNERS AND DR. JENNIFER MIX**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 24th day of January 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Amy C. Colony, Esq.
amy.colony@coag.gov

Shawnee Ryan
Shawneeryan216@gmail.com

*s/ Nicole Marion, Legal Assistant:*
of Hall & Evans, L.L.C.

3