

**EXHIBIT A-1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity);

    Defendants.

## DECLARATION OF KELLIE WASKO

I, Kellie Wasko, being duly sworn, in accordance with the requirements of 28 U.S.C. § 1746, under penalty of perjury, hereby declare:

1. I am the Vice President of Clinal Services for Correctional Health Partners ("CHP"). I have held that position since August 26, 2019. I have worked for CHP since August 26, 2019. Prior to my employment with CHP, I worked for the Colorado Department of Corrections ("CDOC") from 2003 to 2019 in a variety of different roles culminating in my holding the position of Deputy Executive Director from 2013 to 2019. This Declaration is based on my personal knowledge.

2. CHP is a private company that customizes comprehensive correctional healthcare services for county jails and state corrections systems across the United States.

3. The CHP Care Management job description accurately reflects the basic nature of my duties and responsibilities for CHP. A copy of this job description is attached to this Declaration.

4. CHP contracts with CDOC to review and provide prior authorization for medical care to be provided to CDOC inmates outside of the internal CDOC medical system. With respect to its contract with CDOC, CHP is a medical services organization, not a healthcare provider. CHP's responsibility pursuant to its contract with the CDOC is to evaluate information that is provided to CHP and determine whether to approve or disapprove particular outside medical services, office visits, tests, or procedures based on the clinical guidelines established by CDOC.

5. Neither CHP nor any healthcare provider working for or with CHP treats any CDOC inmates and neither CHP nor any healthcare provider affiliated with CHP makes any medical diagnoses for any CDOC inmates. Rather, CHP reviews the specific medical information provided to CHP by CDOC treating physicians and other treating health care providers for a utilization review to determine the medical necessity and propriety of specific treatment requested by that treating physician or treating health care provider for a particular CDOC inmate. CHP's role is to respond to specific requests made by CDOC healthcare providers and make adjudications of those specific requests based on the clinical guidelines established by CDOC, the information provided by the treating physician or treating health care provider, and the knowledge and experience of CHP's reviewing medical professionals.

2

6. As part of my job with CHP, I am familiar with the appeal process for any requests that are originally denied. This process is set forth in the CDOC Provider Manual.

7. Any appeal should include any additional information the requesting provider believes would be pertinent to reviewing the denial.

8. The healthcare provider has the right to appeal any denial through the process as outlined in the Provider Manual.

9. A step in the CDOC medical necessity appeal process is for an inmate's provider, upon receipt of the denial, to submit any additional and pertinent clinical information to CHP for a Level 1 Appeal.

10. At this stage, a different CHP Medical Director than the Medical Director who was involved in the original denial would consider the Level 1 Appeal.

11. This second Medical Director would again review all additional and pertinent clinical information and render a final decision for CHP, and the provider would be notified the determination on the Level 1 Appeal.

12. In the event the Level 1 Appeal is denied, the provider can file a Level 2 Appeal.

13. At that point, the Level 2 appeal is referred to CDOC's Chief Medical Officer, who makes the final and binding determination after reviewing all information pertinent to the Level 2 Appeal, including all materials previously submitted and any additional documentation from the Level 1 appeal.

3

14. CDOC retains all authority to make final decisions regarding any and all interpretations of, or modifications to, Covered Services. Neither CHP nor anyone with CHP is the final decision-maker respecting any determination related to outside medical care for any CDOC inmate. CDOC's Chief Medical Officer is the final decision-maker on all such issues pursuant to the appeal process I have described.

15. I am also familiar with how Medicaid works within the CDOC system, which is actually similar to how it works outside the prions system. If, as here, the patient has a primary insurance plan that is not Medicaid (i.e. Medicaid is not the primary insurer), the procedures of that insurance plan are used and only after the fact would Medicaid get involved. In other words, in relation to Plaintiff's treatment, Medicaid would never be involved in any pre-approval process for any specific treatment or type of treatment. However, if the treatment approved is covered by Medicaid, Medicaid will reimburse the provider, in this case CDOC, after the fact for the treatment pursuant to applicable Medicaid statutes, rules, regulations and guidelines.

16. In short, in this case, Medicaid was not involved in any treatment decisions for Plaintiff at the time CHP was addressing any request for any outside treatment for her, as CDOC was the primary insurance provider not Medicaid. Medicaid would only be involved after the fact and would reimburse CDOC for any treatment it approved that would be covered by Medicaid, such as an overnight hospital stay, which is what Medicaid reimbursed CDOC for in this case. Medicaid would never be involved in pre-approval process unless it was the primary insurer for the patient which was not the case involving the Plaintiff.

4

Dated this _____ day of January, 2020.

s/Kellie Wasko
_____
Kellie Wasko



# VICE PRESIDENT, CLINICAL SERVICES

**DEPARTMENT:** CHP Executive
**REPORTS TO:** CHP President and CEO
**FLSA CATEGORY:** Exempt
**SUPERVISES:** Clinical Operations

## POSITION DESCRIPTION

Oversees all aspects of clinical operations for the company. Facilitates the design of direct patient care operations in correctional facilities to meet current and future client service expectations and deliverables for areas of responsibility. Guides the services of internal clinical operations, including all care management services. Provides consultation on complex projects and is considered to be the top level contributor and specialist regarding implementation of evidence-based practice and administration of clinical services. Participates in strategic planning with other Executive Team members and develops operational capacity consistent with company growth goals. This position reports directly to the CEO and consults closely with the Chief Medical Officer and VP of Business Operations. The Vice President of Clinical Services is a member of the Executive Committee of CHP.

## ESSENTIAL FUNCTIONS

- Provide leadership to all internal and onsite Clinical Operations
- Provide strategic planning related to future business development, operations, leadership and succession planning
- Foster an environment of productivity, results, communication, creativity and team work
- Ensure that staff is properly allocated with appropriate resources within budgetary limits in order to achieve project deliverables and expectations of clients, while maintaining appropriate revenue goals and margins
- Review operations to ensure compliance to established correctional medicine standards
- Assumes a key role in anticipating future needs based on business projections
- Plans and directs all clinical personnel to include: staff development and training with a focus on productivity, staff retention, client satisfaction, and business growth and planning
- Serve as a member of executive management, participating in strategic leadership meetings
- Plans and directs all personnel reporting to the VP to include: staff development and training with a focus on productivity, staff retention, client satisfaction, and business growth and planning



- Creates effective teams and processes to ensure all patients receive the highest quality care that meets the community standard for the correctional environment
- Interface directly with clients and prospective clients, ensuring expectations are met
- Delegation to and mentoring of subordinates
- Interface effectively with other leaders within the organization for collaborative direction and decision making
- Responsible for overall client satisfaction related to clinical objectives
- Partner with all CHP departmental leaders and executives to formulate and administer company policies and developing long range goals and objectives.
- Develops and implements all clinical policies, objectives and initiatives including log range goals and objectives
- Responsible for resource planning, development and deployment of clinical services
- Responsible for establishing systems and standards for cost control in correctional facilities in collaboration with the VP of Business Operations
- Relies on extensive experience and judgment to plan and accomplish goals
- Oversees all clinical and quality initiatives while working closely with all contracted clients in developing client specific programs and quality improvement initiatives
- Leads clinical care management committees and initiatives focused on correctional healthcare management of the offender populations

**RESPONSIBILITIES**

*Other Duties/Responsibilities*: As assigned.

*Supervisory Responsibilities*: Responsible for oversight of Clinical Operations staff with the exception of medical providers (physicians and mid-level providers, who report to the CMO).

*Budgetary/Fiscal Responsibility*: Manages and maintains budget for Clinical Operations. Responsible for using resources wisely to support cost-effective operations.

*Corporate Compliance Responsibility*: As an essential function, this position is responsible for complying with Correctional Health Partners Corporate Compliance Program as it applies to the individual job duties, the department, and the company. This position will exercise due diligence to prevent, detect, and report unlawful and/or unethical conduct by fellow co-workers, professional affiliates, and/or agents.

*Policy and Procedure Interpretation and Development*: Responsible for complying with all company and clinical policies and procedures.

VP, Clinical Services Job Description                                                                  Revised 1/1/2019



*Responsibility for Confidentiality*: Responsible for the confidentiality and privacy of patient and clinical and information.

*Contact with Others*: Frequent contact with all internal levels and multiple external clients.

*Travel*: Intermittent travel to jail facilities, as needed. Intermittent travel to state institutions as required by the contract or per CHP request. Travel may require overnight stays.

*Telecommuting/Schedule:* Ability to telecommute up to 20% of the time unless otherwise approved.

*Values:* Must adhere to CHP's five core values:
- **Integrity:** To do the right thing, even when nobody is watching.
- **Teamwork:** To collaborate and to support each other in achieving a common goal.
- **Accountability:** To take responsibility for our successes and failures, and to hold ourselves and others to high-standards.
- **Patient-centered:** To identify patient needs and provide optimal patient care.
- **Compassion:** To be empathetic toward the needs of our clients, patients, and coworkers.

## KNOWLEDGE, SKILLS, AND ABILITIES

*Education*: Bachelors' Degree in Nursing, Masters' preferred. Degree or Professional Development courses in health care management and correctional healthcare preferred.

*Experience*: Certified Correctional Health Professional certification preferred. Five to ten years' experience in healthcare industry, preferably in managed care, utilization management, and/or correctional medicine, and five years executive or management level experience in the administration of a major client.

*Licenses/Certifications*: Current, unrestricted Registered Nurse license valid in the state of Colorado. Valid, unrestricted Driver's License and reliable transportation. Current BLS CPR certification. May be required to become licensed in other states contracted for services by CHP.

*Other Job Requirements*: Able to perform basic to intermediate level of competence with various computer software applications including MS Outlook, Word, Excel, Access and Power Point. Able to effectively communicate with internal staff, jail administration and external customers. Full command of the English language, both verbal and



written. Home office that is HIPAA compliant for all remote or telecommuting positions as outlined by the company policies and procedures. Mobile Device for work purposes as defined by the company policies and procedures.

**PHYSICAL REQUIREMENTS**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made upon request to enable individuals with disabilities to perform the essential functions.

Requires sitting and standing associated with a busy office environment as well as stooping and bending to file and maintain orderliness; mobility to complete errands. Must be able to assess, evaluate, and respond to urgent issues in a timely, competent manner.  Must be able to function with frequent interruptions, accept change and able to prioritize activities when faced with competing demands. Must be able to travel periodically to meet the requirements of the position.

Employee Signature: _____   Date: _____

Employee Printed Name: _____