3/26/2019 CHSS027J - Condensed Health Services Encounter

---

**DOC #:** 159496 **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/16/2017 **TIME:** 10:26:08 PM **DURATION:** minutes **TYPE:** Infirmary Note - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC] **SETTING:** Health Services Clinic

**S** — **NOTES:** "What medication ?do I hav?"

**O** — **NOTES:** Offender sitting up in bed during hs rounds. Took all hs medication as ordered. Educated on new medication ordered by provider. No concern voiced at this time.

**A** — **NOTES:** VSS stable. Afebrile
Alert and oriented x 3. Able to make needs known.
Independent with ADL's.
Denies N/V.
In no acute distress.
Call light within reach.

**P** — **NOTES:** Cont. POC.

**E** — **NOTES:** None

**Health Scores:** M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

**STAFF:** OGBONNA, EDITH N Nurse
**NURSE SIGNATURE:** _____

---

**DOC #:** 159496 **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/16/2017 **TIME:** 06:44:35 PM **DURATION:** minutes **TYPE:** Administrative - Provider

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC] **SETTING:** Health Services Clinic

**S** — **NOTES:**
TimeStamp: 16 February 2017 18:46:37 --- User: MUTHULAKSHMIYEGAPPAN (29554)

**O** — **NOTES:** None

**A** — **NOTES:** None

---

| | |
|---|---|
| P | **LAB TEST ORDERED:** CBC With Differential/Platelet **VERBAL BY:** YEGAPPAN, MUTHULAKSHMI |

**LAB INSTRUCTIONS:** 6am STAT please
This offender is currently scheduled to have a lab test administered for this order on 02/17/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

**LAB TEST ORDERED:** Basic Metabolic Panel (8) **VERBAL BY:** YEGAPPAN, MUTHULAKSHMI

**LAB INSTRUCTIONS:** 6am STAT please
This offender is currently scheduled to have a lab test administered for this order on 02/17/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

**APPT SCHEDULED:** Lab Test **WITH:** Unknown

**ON:** 02/17/2017 **AT:** 06:44:35 PM

**APPT SCHEDULED:** Lab Test **WITH:** Unknown

**ON:** 02/17/2017 **AT:** 07:44:35 PM

**NOTES:**
Admit to infirmary for post-hospital care and deconditioning, Dr. Yegappan.

Vitals on admit then qshift, regular diet, up ad lib.

Notify on call provider for any temp over 100.2, HR above 110 or below 55, RR above 20 or below 12, systolic above 160 or below 90, diastolic above 95 or below 60.

Medications per PCDCIS MAR. Start doxycycline 100mg PO BID x 10 days, disp: 20 tabs. Also start these despite not showing PCDCIS MAR as pt has been approved for these, Jen Novotony will place on MAR tomorrow:

      Tums 500mg, 2 tabs BID x 30 days

      Benadryl 25mg PO BID PRN x 30 days

      Melatonin 3mg PO qhs PRN x 30 days

Please check STAT BMP and CBC with diff on 2/17 at 6am.

---

E **NOTES:** None

---

**Health Scores:** M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

---

**REVIEW NOTES:**
TimeStamp: 21 February 2017 19:58:54 --- User: EDITHOGBONNA (21603)

---

**STAFF:** YEGAPPAN, MUTHULAKSHMI Provider

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/16/2017 **TIME:** 04:25:25 PM **DURATION:** minutes **TYPE:** Infirmary Note - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC] **SETTING:** Health Services Clinic

---

S **NOTES:** pt states allergies to all opiades, codeine
Medical Hx: multiple myloma,light chain disposition, Agoraphobia,ESRF, Appendectomy, Hysterectomy, tonsillectomy.
states she received a spider bite to her finger but now it is dry
will not wear ted hose for LE swelling states Lasix works the best.
states shes been having dark bloody sputum while having a productive cough
states diarrhea for 3 years C Dif at hospital was negative
TimeStamp: 16 February 2017 17:19:37 --- User: HEATHERALGIENE (15049)

| | |
|---|---|
| O | **NOTES:** Pt admitted to the infirmary after being in the hospital for neutropenic fever, issue resolved per Dr. pt does not need to be on isolation of any kind at this time.<br>cooperative and pleasant with assessment, some of her medical hx did not match up with report I received from the hospital<br>no acute distress, no respiratory distress or coughing while I was in the room.<br>port to chest not accessed at this time.TimeStamp: 16 February 2017 17:25:27 --- User: HEATHERALGIENE (15049) |
| A | **NOTES:** VSS AF<br>A&O x 3<br>Lungs CTA<br>bowels normal + x 4<br>edema to bilateral legs<br>TimeStamp: 16 February 2017 17:26:35 --- User: HEATHERALGIENE (15049) |
| P | **NOTES:** None |
| E | **NOTES:** continue ambulating frequently in room, cough and deep breath.<br>TimeStamp: 16 February 2017 17:27:15 --- User: HEATHERALGIENE (15049) |

**Health Scores:**    M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

**STAFF:** ALGIENE, HEATHER R   Nurse

**NURSE SIGNATURE:** _____

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/07/2017   **TIME:** 05:53:11 PM   **DURATION:** minutes   **TYPE:** Infirmary Note - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

| | |
|---|---|
| S | **NOTES:**<br>Patient stated : "I just don't feel good, and have a heavy cough" ?TimeStamp: 7 February 2017 17:54:21 --- User: VASILIKIDAMASKOPOULOU (17013) |
| O | **NOTES:** Patient was lying on her bed resting. |
| A | **NOTES:**<br>Patient was A & O x's 3. She complained of not feeling well, of heavy cough, neck ache and ear ache. She was admitted to infirmary for extreme neutropenia and she is getting Chemo TX. . Vitals were taken this AM and the Temp was at 100.7 with P at 104. Provider was called and went to assess the patient. Provider decided then to send patient to Aurora South ER with DX. of Neutropenic fever, via state vehicle. Shift Commander, security, HSA, and Aurora South ER were called. About 16:15 patient was picked up for transport. TimeStamp: 7 February 2017 18:02:34 --- User: VASILIKIDAMASKOPOULOU (17013) |
| P | **NOTES:** None |
| E | **NOTES:** None |

**Health Scores:**    M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

**STAFF:** DAMASKOPOULOU, VASILIKI   Nurse

**NURSE SIGNATURE:** _____

CONFIDENTIAL      CDOC001129

Defendant's Exhibit B

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/07/2017   **TIME:** 04:00:21 PM   **DURATION:** minutes   **TYPE:** Infirmary Note - Provider

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

**S**   **NOTES:** Ms. Ryan is a 59F with PMH of MM s/p recent chemo, pancreatic insufficiency and CKD who is in infirmary for neutropenic fever. ?She was feeling well other than myalgias post-hospital discharge and she received neulasta on 2/2. ?On Saturday 2/4 she began having a sore throat, rhinorrhea, L-ear pain, cough and SOB. ?Since Saturday her symptoms have worsened and she feels phlegm in her chest but is not expectorating it. ? She also has BL ear pain now with muffled hearing, no discharge. ?She has also developed neck tenderness and a new, tender lesion on her R-finger. ?No CP or dysuira. ?No new rash or joint pain and no issues with her R-chest port. ?She has chronic diarrhea with 2 greasy stools per day, this is unchanged and no N/V. ?She did have fever today.

**O**   **NOTES:**
General- AAOx3, NAD, NCAT

HEENT- anisocoria with L-pupil smaller than R, L-sluggish but reacts to light, anicteric, MMM with no lesions, mild posterior oropharyngeal erythema, no discharge or edema, no LAD, mild pain with L>R auricular palpation, no external canal lesions or discharge, could not visualize either TMs due to anatomy

Lungs- clear to auscultation bilaterally, no distress of breathing

CV- tachycardic, regular rhyth, 2/6 systolic murmur loudest to RUSB, no radiation, no r/g

Abdomen- +BS, no tenderness, distension, rebound or guarding

Extremities - no edema, no calf tenderness, 2+ pulses?

**A**   **RELATED PROBLEM:**   Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC

**PROBLEMS ADDRESSED:**   Medical - Blood and Blood-forming Organs

Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC

**DIAGNOSIS:**   R50.9 - Fever, unspecified

**NOTES:** None

**P**   **NOTES:** Neutropenic Fever - suspect source respiratory, however with possible osler's node on hand and cardiac murmur need to r/o IE.  Meeting SIRS criteria.  Unable to get blood cultures due to we don't have culture bottles in stock.  CXR with no acute infiltrates.  She received one dose tylenol this AM.
Spoke with her oncologist Dr. Burke, will send to Aurora South ER via non-emergent state van for neutropenic fever given she has ANC of 0.
Remaining labs with pancytopenia (wbc 0.2, h/h 9.7/28.1, plts 72), stable CKD (SCr 1.54 which is baseline) and normal LFTs.

**E**   **NOTES:**
Patient was educated on their condition, medications and medical decision making, expressed their understanding of the plan and wished to proceed.  All questions were answered to their satisfaction.

**Health Scores:**   **M:** 4(P)   **D:** 2   **P:** 3(N)   **S:** 1   **SA:** 1

**STAFF:** YEGAPPAN, MUTHULAKSHMI   Provider

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017   **TIME:** 09:17:09 PM   **DURATION:** minutes   **TYPE:** Infirmary Note - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

**S**   **NOTES:** No concern voiced during rounds.

| | | |
|---|---|---|
| O | **NOTES:** None | |
| A | **NOTES:** None | |
| P | **NOTES:** None | |
| E | **NOTES:** None | |

**Health Scores:**  M: 4(P)   D: 2   P: 3(N)   S: 1   SA: 1

**STAFF:** OGBONNA, EDITH N  Nurse
**NURSE SIGNATURE:** _____

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017   **TIME:** 06:52:55 PM   **DURATION:** minutes   **TYPE:** Infirmary Admission - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

**S** — **NOTES:** Intake from DWCF to DRDC INF
Offender states that she has not eaten. (Immediately received dinner tray)
Offender states that she is on a high calorie diet.
Offender reports that she has diarrhea, and has been urinating all morning.

**O** — **NOTES:**
Offender arrives from DWCF w/ dx of extreme neutropenia following emergency at DWCF w/ SOB.
Offender is well appearing, congenial. Note that offender was receiving all meds during noon medline d/t agoraphobia.
Not allergies to pain meds: codeine, MS, Hyrocodone. Also allergic to acyclovir.
A&Ox4. Able to ambulate in room and able to perform ADLs. VS WNL. Skin color appropriate to race. No skin breakdown.

**A** — **NOTES:** None

**P** — **NOTES:** None

**E** — **NOTES:** None

**Health Scores:**  M: 4(P)   D: 2   P: 3(N)   S: 1   SA: 1

**STAFF:** MALSBARY, JOHN D  Nurse
**NURSE SIGNATURE:** _____

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017   **TIME:** 03:21:11 PM   **DURATION:** minutes   **TYPE:** Infirmary Admission - Provider

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

**S** — **NOTES:** Feeling ill, N,V,D, mouth sores

CONFIDENTIAL                    CDOC001131
Defendant's Exhibit B

| | | |
|---|---|---|
| O | **NOTES:** | Discharged from ARMC 222/4/17 s/p chemo with D-PACE, Was given Neulasta on discharge Stat labs today show exterme neutropenia WBC 0.2, ANC 0.0, Plt lets 72, Creat 1.54) |

| | | |
|---|---|---|
| A | **PROBLEMS ADDRESSED:** | Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC |
| | | Medical - Infectious and Parasitic |
| | | Chronic Condition - Mental,Behavioral and Neuro disorders |
| | | Medical - Genitourinary System |
| | | Medical - Blood and Blood-forming Organs |
| | | Medical - Musculoskeletal / Connective |
| | | Medical - Digestive System |
| | | Chronic Condition - Mental,Behavioral and Neuro disorders |
| | | Medical - Nervous System/Sense Organs |
| | | Medical - Nervous System/Sense Organs |
| | | Medical - Neoplasms |
| | **NOTES:** Needs Adm DRDC- neutropenic precautions | |

P  **NOTES:** Adm DRDC Infirmary: multiple myeloma, undergoing chemo prior to bone marrow tranplant at CBCI , CKD, N,V,D, neutropenia, thrombocytopenia
Allergic: codeine, MS, Hydrocodone, ? Zovirax
Med Hx: see problem list
Per Dr. Burke:
1. Start Celgene( thalidomide 100 mg QD x 28 days, I have registered her for this and sent to p harmacy( I can't enter NF yet as is not on NF list, J Novotny noitified, will need toe entered as NF)
2. Since had Neulasta, at this point needs Levofloxin 500 mg daily x 14 days- orderd
3. Neutorpenic precautions
4. CBC, BMP 2/9/17, 2/13/17, 2/16/17
5. to have appt with Dr. Burke at RMCC next week- requested by RMCC, pending
6. Needs to go to hospital for T > 100.3
7. diet as ordered
8. will need infirmary PE in am by provider
9: meds per E- mar, had been receiving meds at noon only d/t pt agorophobia, but additional doses during day can be added while in infirmary

Report called to  S Feist NP, approval by Dr. Tiona

E   **NOTES:** None

**Health Scores:**   M: 4(P)      D: 2      P: 3(N)      S: 1      SA: 1

**STAFF:** VICTOROFF, HILARY S  Mid-Level

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017  **TIME:** 02:02:34 PM  **DURATION:** minutes  **TYPE:** Follow-up - Provider

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]  **SETTING:** Health Services Clinic

S    **NOTES:** pt came down emergently with c/o of SOB since last night . pt on new chemo which she recvd 2/3/2017

| | | |
|---|---|---|
| O | **NOTES:** | Pt seen this am apprx 06:45<br>Pt does appear to be be short of breath, vitals and pulse ox all normal this am, pt afebrile<br>CTA/B , RRR other than slightly tachy and resp 22<br>EKG -wnl, UA - dip wnl other than 3 + blood<br>stat labs drawn |
| A | **NOTES:** | None |
| P | **NOTES:** | pt will be seing pcp today , Pcp will notify oncologist once labs recvd |
| E | **NOTES:** | None |

**Health Scores:**   M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

**STAFF:** REILLY, DEBRA S   Mid-Level

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017   **TIME:** 12:59:10 PM   **DURATION:** minutes   **TYPE:** Administrative - Provider

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

| | | |
|---|---|---|
| S | **NOTES:** | Feels cold all time, achey bones. Has been vomiting and having diarrhea, chills. Afraid to take tylenol as may mask fever.. Losing hair |
| O | **NOTES:** | Seen in ER with ?HSA and RN ?A. Herbert<br>?Reviewed VS, orders, ?Dr. Burkes instructions and ?all her kites since 2/6/17 ( 10)<br>?Heent: tongue moist , ?lower lip is sl reddened and swollen ?but no open sores ?on lip or along gum line |
| A | **DIAGNOSIS:** | K13.70 - Unspecified lesions of oral mucosa<br><br>**NOTES:** extremely neurtopenic/ thrmobcytopenic. had Neulasta before discharged 2/4/17 |

| | | |
|---|---|---|
| P | **LAB TEST ORDERED:** CBC With Differential/Platelet  **VERBAL BY:** VICTOROFF, HILARY S | |

**LAB INSTRUCTIONS:** CBC every Monday and Thrusday x 2 weeks
This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

**LAB TEST ORDERED:** Basic Metabolic Panel (7)  **VERBAL BY:** VICTOROFF, HILARY S

**LAB INSTRUCTIONS:** BMP every Monday and Thyursday x 2 weeks, results to Dr. Burke
This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

**APPT SCHEDULED:** Lab Test  **WITH:** Unknown

**ON:** 02/09/2017  **AT:** 12:59:10 PM

**APPT SCHEDULED:** Lab Test  **WITH:** Unknown

**ON:** 02/09/2017  **AT:** 01:59:10 PM

**NOTES:** Will arrange ?for offender ?to wear coat to out side appts. Will arrange for " cancer scarf for hair", will contact scheduler to be sure she has appts. Will contact pharmccy to see if they have new med ( Thalidomide) available and will contact Dr. Burke when we start
?NF submitted for First mouth wash for ?mucositis

May have 1 package depends( diarrhea/ urine incontinence)?
1:35 PM. STAT CBC : WBC 0.2, ANC- 0.0, HGB-9.7, HCT- 28.1, PLATLETS 72, Creat 1.54- labs called to RMCC,, Dr Burkes nurse Bonnie
?Per Dr. Burke, at risk infection, start Levofloxin 500 QD x 14 days, CBC, BMP 2 x week on Mon/ Thursdays
?I have registered for ?Celgene and obtained auth # 5099908, , 100 mg QD x 28 days- will fax to pharmacy

will admit DRDC inflormary and will write admissionb orders, apporved with Dr. Tiona, Discused with S Feist NP, orivder ?today

E  **NOTES:** None

**Health Scores:**  M: 4(P)   D: 2   P: 3(N)   S: 1   SA: 1

**REVIEW NOTES:**
TimeStamp: 7 February 2017 08:13:34 --- User: HILARYVICTOROFF (17486)

**STAFF:** VICTOROFF, HILARY S  Mid-Level

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/06/2017  **TIME:** 10:53:02 AM  **DURATION:** minutes  **TYPE:** Lab Test (Unsolicited)

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]  **SETTING:** Health Services Clinic

S  **NOTES:** System Generated Encounter for Unsolicited Lab Test Order

O  **NOTES:** None

A  **NOTES:** None

P  **LAB TEST ORDERED:** CBC With Differential/Platelet

**NOTES:** None

E  **NOTES:** None

CONFIDENTIAL    CDOC001134

Defendant's Exhibit B

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

**STAFF:** VICTOROFF, HILARY S   Mid-Level

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.
**ENCOUNTER DATE:** 02/06/2017  **TIME:** 10:53:01 AM  **DURATION:** minutes   **TYPE:** Lab Test (Unsolicited)
**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

**S**   **NOTES:** System Generated Encounter for Unsolicited Lab Test Order

**O**   **NOTES:** None

**A**   **NOTES:** None

**P**   **LAB TEST ORDERED:** CMP14

**NOTES:** None

**E**   **NOTES:** None

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

**STAFF:** VICTOROFF, HILARY S   Mid-Level

---

**DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.
**ENCOUNTER DATE:** 02/06/2017  **TIME:** 10:44:30 AM  **DURATION:** minutes   **TYPE:** Emergency - Nursing
**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

**S**   **NOTES:** Nurse report received: ?Nursing staff was called to the offenders unit to take her back to the clinic. ?She was brought to the clinic in her wheelchair. ?Vital signs were obtained and verbal orders for labs were recieved. ?Cbc and CMP was collected and sent to the lab stat. ?Other information given was that offender has been vomitting, incontinent of urine and diaphoretic.

**O**   **CURR:** 10:44:30 AM  **TEMP:** 98.1   **PULSE:** 96   **RP:** 0   **BP:** 90/70   **HT:** 5 ft. 6 in.   **WT:** 0   **BLOOD SUGAR:** NA

   **02 SAT:** 0 %  **SOURCE:**

   **NOTES:** Offender is AxOx4, breathing is equal and unlabored. Offender is resting in the ER, will continue to monitor.

**A**   **NOTES:** None

**P**   **NOTES:** None

**E**   **NOTES:** None

Defendant's Exhibit B

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

**REVIEW NOTES:** Await lab results

**STAFF:** DAVIDSON, AMY J Nurse
**NURSE SIGNATURE:** _____

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/03/2017   **TIME:** 03:27:47 PM   **DURATION:** minutes   **TYPE:** Follow-up - Provider

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

**S**    **NOTES:** Returns from ARMC after ?admission ?1/27/17 for chemotherapy with D-PACE, Cisplatin, Dexamethasone, Doxrubicin, Cyclophasphamide ?Unders tands she needs labs drawn and sent to Dr Burke 2/6/17 but refuses peripheral draw. Agrees to go to infirmary for blood draw from port. Offender states Dr. Burke told her 3 tmes, T > 100.3 needs to be transported to hospital

**O**    **NOTES:** Offender seen at nurses station upon return, no exam
Discharge records reviewed. Call from Dr. Jing about med changes, to stop ASA, lower Lasix, labs 2/6/17

**A**    **NOTES:** All meds will need to be reordered. To lower Lasix to 20 mg q am, stop ASA. has been ordered Prilosec and Protonix- think duplicate
I spoke with Dr Burke to confirm orders, and med changes. He will request f/U appt. She will likely need to be infirmary for transfusions for anemia from her recent chemmo- await labs next week. Currently no Revlemid, will need 100 mg Thalidomide when available. I will contact pharmacy

**P**    **LAB TEST ORDERED:** CBC With Differential/Platelet   **VERBAL BY:** VICTOROFF, HILARY S

     **LAB INSTRUCTIONS:** This offender is currently scheduled to have a lab test administered for this order on 02/06/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

     **LAB TEST ORDERED:** Basic Metabolic Panel (7)   **VERBAL BY:** VICTOROFF, HILARY S

     **LAB INSTRUCTIONS:** This offender is currently scheduled to have a lab test administered for this order on 02/06/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

     **APPT SCHEDULED:** Lab Test   **WITH:** Unknown

       **ON:** 02/06/2017   **AT:** 03:27:47 PM

     **APPT SCHEDULED:** Lab Test   **WITH:** Unknown

       **ON:** 02/06/2017   **AT:** 04:27:47 PM

     **NOTES:** If offender gets T > 100.3 contact provider, transport to ARMC per Dr. Burke

**E**    **NOTES:** None

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

**REVIEW NOTES:**
TimeStamp: 6 February 2017 08:10:36 --- User: HILARYVICTOROFF (17486)

**STAFF:** VICTOROFF, HILARY S Mid-Level

CONFIDENTIAL     CDOC001136
Defendant's Exhibit B     974/1518

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/03/2017   **TIME:** 01:31:22 PM   **DURATION:** minutes   **TYPE:** Administrative - Nursing

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

**S**    **NOTES:** Nurse to Nurse report from Roxanna, RN at Medical Center Aurora. Ryan #159496 was there for her scheduled chemo.?

- A & O x4. Trace edema bilat lower extremeties. Able to ambulate unassisted.?
- All AM meds given, Creon was not given because pt needs to take with meals and she has not eaten yet. Will give at DW.?
- Vitals: 97.9F, 100HR, 115/68 BP, 99%RA, 16 resp
- Scheduled for next appt with Dr. Burke 2 weeks from now and he wants CBC drawn which will be done at RMCC.?
- Pt returned to facility at approx. 1300 today

**O**    **NOTES:** None

**A**    **NOTES:** None

**P**    **NOTES:** None

**E**    **NOTES:** None

**Health Scores:**    **M:** 4(P)    **D:** 2    **P:** 3(N)    **S:** 1    **SA:** 1

**STAFF:** TENN, BRANDI M   Nurse

**NURSE SIGNATURE:** _____

---

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 01/25/2017   **TIME:** 04:35:36 PM   **DURATION:** minutes   **TYPE:** MH - Treatment Plan

**LOCATION:** DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   **SETTING:** Health Services Clinic

**S**    **NOTES:**
TimeStamp: 25 January 2017 16:36:34 --- User: TAYLORLECORGNE (29714)

**O**    **NOTES:** None

**A**    **NOTES:** None

**P**    **NOTES:**

**Treatment Plan**

Offender Name:    Ryan, Shawnee      DOC#: 159496

Primary Clinician: Taylor LeCorgne

Updated Behavioral Health Codes:

Medical code __4__   P code _3n___    Sex Offender Treatment code__1_

Anger _1___     MRDD _1___    Drug and Alcohol code _1___

BPRS ____      RCS _0__

Current Medications:

CONFIDENTIAL

Defendant's Exhibit B

3/26/2019 CHSS027A - Health Services Encounters

| Date | Time | Category | Type | Staff | Location |
|---|---|---|---|---|---|
| 02/07/2017 | 05:53 PM | Nursing | Infirmary Note - Nursing | DAMASKOPOULOU, VASILIKI | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/07/2017 | 04:00 PM | Provider | Infirmary Note - Provider | YEGAPPAN, MUTHULAKSHMI | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/06/2017 | 09:17 PM | Nursing | Infirmary Note - Nursing | OGBONNA, EDITH N | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/06/2017 | 06:52 PM | Nursing | Infirmary Admission - Nursing | MALSBARY, JOHN D | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/06/2017 | 03:21 PM | Provider | Infirmary Admission - Provider | VICTOROFF, HILARY S | DENVER WOMENS CORRECTIONAL FACILITY |
| 02/06/2017 | 02:02 PM | Provider | Follow-up - Provider | REILLY, DEBRA S | DENVER WOMENS CORRECTIONAL FACILITY |
| 02/06/2017 | 12:59 PM | Provider | Administrative - Provider | VICTOROFF, HILARY S | DENVER WOMENS CORRECTIONAL FACILITY |
| 02/06/2017 | 10:53 AM | Provider | Lab Test (Unsolicited) | VICTOROFF, HILARY S | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/06/2017 | 10:53 AM | Provider | Lab Test (Unsolicited) | VICTOROFF, HILARY S | DENVER RECEPTION AND DIAGNOSTIC CENTER |
| 02/06/2017 | 10:44 AM | Nursing | Emergency - Nursing | DAVIDSON, AMY J | DENVER WOMENS CORRECTIONAL FACILITY |
| 02/03/2017 | 03:27 PM | Provider | Follow-up - Provider | VICTOROFF, HILARY S | DENVER WOMENS CORRECTIONAL FACILITY |
| 02/03/2017 | 01:31 PM | Nursing | Administrative - Nursing | TENN, BRANDI M | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/25/2017 | 04:35 PM | Behavioral Health | MH - Treatment Plan | LECORGNE, TAYLOR | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/25/2017 | 01:23 PM | Provider | Specialty Consult | MILLER, DAPHNE A | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/14/2017 | 01:36 AM | Administrative | Conversion - ICD9 to ICD10 | Unknown | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/11/2017 | 01:21 AM | Provider | Conversion - Prescription | HALL, DOLF A | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/09/2017 | 01:28 AM | Provider | Conversion - Administrative - Outside Consultant | MILLER, DAPHNE A | DENVER WOMENS CORRECTIONAL FACILITY |
| 01/09/2017 | 01:28 AM | Provider | Conversion - Administrative - Outside Consultant | MILLER, DAPHNE A | DENVER WOMENS CORRECTIONAL FACILITY |

https://eomis.doc.state.co.us/eomis/application/dispatch
CONFIDENTIAL
Defendant's Exhibit B
CONFIDENTIAL
CDOC000069
66/130