1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
2
     Civil Action No. 18-cv-00956-MSK-MEH
3


4    _____

     VIDEOTAPE DEPOSITION OF:   SHAWNEE RYAN
5                               October 18, 2019

6    _____

     SHAWNEE RYAN,
7
     Plaintiff,
8
     v.
9
     CORRECTIONAL HEALTH PARTNERS, JENNIFER MIX, HILARY
10   VICTOROFF, N.P., and LAURA SOMMERSCHIELD, N.P.,

11   Defendants.

12   _____

                    PURSUANT TO NOTICE, the videotape
13   deposition of SHAWNEE RYAN was taken on behalf of the
     Defendants Hilary Victoroff, N.P. and Laura
14   Sommerschield, N.P. at 901 19th Street, Denver,
     Colorado 80294, on October 18, 2019, at 9:07 a.m.,
15   before Sandra L. Bray, Registered Diplomate Reporter,
     Certified Realtime Reporter, and Notary Public within
16   Colorado.

17

18

19

20   **H+G**

21

22   Hunter + Geist, Inc.

23   **303.832.5966**      1900 Grant Street, Suite 1025      ■ **www.huntergeist.com**
     **800.525.8490**      Denver, CO 80203                   ■ **scheduling@huntergeist.com**
24
                          Your Partner in Making the Record
25

Court Reporting, Legal Videography, and Videoconferencing

Defendant's Exhibit D

10:20:51   1   urine test, 24-hour urine, and that was drawn finally

10:20:57   2   by Hilary Victoroff in, I think it was, mid to late

10:21:03   3   September of 2013; and it showed a saturation point of

10:21:10   4   8,330 Bence Jones level of protein.  Bence Jones

10:21:17   5   proteins are also called Lambda light chains, and they

10:21:22   6   are the governship of my second fatal diagnosis of

10:21:27   7   light chain deposition disease.

10:21:31   **8        Q.   When were you informed of the light**

10:21:33   **9   chain deposition diagnosis?**

10:21:35   10        A.   That did not happen until when the level

10:21:37   11   was seen in the urine, an appointment was made with

10:21:42   12   Dr. June Scott, who is the contract M.D.

10:21:47   13   nephrologist -- it's a kidney doctor -- for the

10:21:51   14   dialysis clinic which is located at DRDC.  And

10:21:55   15   Dr. Scott saw that level, which is an extraordinarily

10:22:00   16   high range, and she went to CHP, who denied a kidney

10:22:05   17   biopsy, which is the diagnosis, and instead said you

10:22:10   18   have to do an ultrasound first.

10:22:12   19            So she did an ultrasound, and the

10:22:15   20   ultrasound came back as showing my right kidney as

10:22:18   21   being impacted by something -- you can't see what on

10:22:22   22   the ultrasound -- and my left kidney has a normal

10:22:28   23   functioning size.

10:22:29   24            She then was able to get approval from

10:22:33   25   CHP for a kidney biopsy on my right kidney, and that

Defendant's Exhibit D

| | | |
|---|---|---|
| 10:22:37 | 1 | was done at Aurora South, mid-November of 2014; and |
| 10:22:44 | 2 | that diagnosed Lambda light chain deposition disease. |
| 10:22:48 | 3 | It also brought off -- because it's such a rare |
| 10:22:51 | 4 | diagnosis and the saturation level was so high, that |
| 10:22:59 | 5 | then broke off into -- Dr. Scott had to make a medical |
| 10:23:03 | 6 | decision. |
| 10:23:04 | 7 | This all should be in the records of |
| 10:23:08 | 8 | health encounters, but it is not, in the ones that you |
| 10:23:11 | 9 | pulled.  It will be when I get full records. |
| 10:23:14 | 10 | She then had to make a decision on |
| 10:23:16 | 11 | whether this was truly the rare diagnosis of Lambda |
| 10:23:21 | 12 | light chain deposition disease or if it was what is |
| 10:23:24 | 13 | commonly called myeloma kidney, and in order to do |
| 10:23:31 | 14 | that, then would have to have oncology involved; and |
| 10:23:34 | 15 | the only oncologists that are under contract for DOC |
| 10:23:38 | 16 | are Rocky Mountain, Rocky Mountain Cancer Center. |
| 10:23:43 | 17 | And so the way that the scenario went |
| 10:23:47 | 18 | for timing was that was mid-November, and Dr. Scott |
| 10:23:54 | 19 | left for a week or maybe two weeks, specifically told |
| 10:23:59 | 20 | DOC to not tell me the diagnosis of a probable fatal |
| 10:24:06 | 21 | cancer in addition to the fatal diagnosis I had just |
| 10:24:11 | 22 | been given by her of the Lambda light chain, that she |
| 10:24:15 | 23 | would tell me; and the reason for that was she knew my |
| 10:24:21 | 24 | skepticism of the care that I had already received at |
| 10:24:25 | 25 | DW clinic. |

| | | |
|---|---|---|
| 10:24:27 | 1 | Instead, the first grievance that I ever |
| 10:24:31 | 2 | filed was against how that diagnosis was told to me by |
| 10:24:37 | 3 | Hilary Victoroff, and that was filed in November of |
| 10:24:40 | 4 | 2014; and Dr. Scott was not allowed to see me.  And I |
| 10:24:48 | 5 | was denied all medical care until I filed an emergency |
| 10:24:54 | 6 | intervention with then Warden Johnson under the |
| 10:24:58 | 7 | grievance AR, and he intervened, called a staffing; |
| 10:25:08 | 8 | and I believe that that was -- it was March 20th, |
| 10:25:12 | 9 | 21st, 23rd, something of 2014. |
| 10:25:15 | 10 | A full staffing was held with Dr. Scott |
| 10:25:18 | 11 | present and such. |
| 10:25:19 | 12 | Q.   Okay.  I'm going to stop you there |
| 10:25:20 | 13 | because this is -- we need to break this down.  So you |
| 10:25:27 | 14 | testified that they determined that you needed |
| 10:25:32 | 15 | oncology to dig deeper into this, and that's provided |
| 10:25:35 | 16 | by Rocky Mountain Cancer Center.  So when is the first |
| 10:25:41 | 17 | time you were seen by Rocky Mountain Cancer Center? |
| 10:25:43 | 18 | A.   The end of March 2014, Dr. Sujatha |
| 10:25:50 | 19 | Nallapareddy. |
| 10:25:52 | 20 | Q.   Is it Rocky Mountain Cancer Center that |
| 10:25:56 | 21 | actually diagnosed the multiple myeloma? |
| 10:26:00 | 22 | A.   Yes. |
| 10:26:01 | 23 | Q.   So that didn't happen until March? |
| 10:26:03 | 24 | A.   No.  And again, you need to understand |
| 10:26:05 | 25 | that there are two different diseases.  Multiple |

Defendant's Exhibit D

Shawnee Ryan   10/18/2019                                Page 56
SHAWNEE RYAN v. CORRECTIONAL HEALTH PARTNERS, ET AL.

| | | |
|---|---|---|
| 10:26:08 | 1 | myeloma is gauged by the M protein -- |
| 10:26:11 | 2 | Q.   No, I understand there's two diagnoses. |
| 10:26:14 | 3 | A.   -- and light chain -- |
| 10:26:15 | 4 | Q.   I'm trying to determine when you learned |
| 10:26:17 | 5 | of each one. |
| 10:26:18 | 6 | A.   In November of 2013, I learned of the |
| 10:26:21 | 7 | Bence Jones proteins.  That's what Lambda light chains |
| 10:26:25 | 8 | are made up of.  In March -- late March and early |
| 10:26:30 | 9 | April of 2014, oncology tests were done, blood draws, |
| 10:26:39 | 10 | specialty blood labs that I still get to this day, |
| 10:26:42 | 11 | were done by Rocky Mountain Cancer Center.  And they |
| 10:26:46 | 12 | came back not only with the Bence Jones diagnosis but |
| 10:26:49 | 13 | also multiple myeloma. |
| 10:26:51 | 14 | Q.   Okay.  So is it fair to say by March of |
| 10:26:59 | 15 | 2015, you were aware of both of these diagnoses? |
| 10:27:07 | 16 | A.   Did you mean to say 2014, when they came |
| 10:27:10 | 17 | through?  You said 2015. |
| 10:27:12 | 18 | Q.   Oh, 2015.  2014, right. |
| 10:27:17 | 19 | A.   Is when I became aware of both |
| 10:27:21 | 20 | diagnoses. |
| 10:27:21 | 21 | Q.   And then you started treatment for both |
| 10:27:24 | 22 | illnesses? |
| 10:27:24 | 23 | A.   Yes. |
| 10:27:24 | 24 | Q.   Was that dialysis and chemo or they |
| 10:27:28 | 25 | can't be at the same time, or how did that work? |

Defendant's Exhibit D

Shawnee Ryan   10/18/2019                                            Page 68
SHAWNEE RYAN v. CORRECTIONAL HEALTH PARTNERS, ET AL.

10:44:28   1          Q.   What was your temp at that time?

10:44:29   2          A.   At that time, my temp was normal.  I had

10:44:31   3   just been discharged.  And the discharge instructions,

10:44:35   4   as I gave to you, were from the hospital that did say

10:44:39   5   a CBC -- all blood levels should be drawn on Monday,

10:44:44   6   Wednesday, Friday, and standard for my diagnoses,

10:44:56   7   100.3 or higher.

10:44:59   8          Q.   Did you read the discharge instructions

10:45:01   9   yourself?

10:45:02   10         A.   Not at that time.  I wasn't allowed

10:45:03   11  access to them until I could recover enough to be able

10:45:06   12  to exercise my inmate right to review my medical

10:45:12   13  records.

10:45:12   14         Q.   And when was that?

10:45:13   15         A.   I don't recall.  It was very difficult

10:45:15   16  to be able to -- I only got to access them a couple

10:45:19   17  times at DRDC for the 18 months that I was over there

10:45:22   18  from that point forward because it's mostly a male

10:45:27   19  facility and I'm female.  So there were problems.

10:45:30   20         Q.   How do you know what the discharge

10:45:33   21  instructions say?

10:45:33   22         A.   Dr. Burke, and when you're in the

10:45:35   23  hospital, you are read those discharge instructions,

10:45:39   24  and you have to sign that you understand them.  And I

10:45:41   25  was told by the doctors releasing me and by Dr. Burke,

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

Defendant's Exhibit D

| | | |
|---|---|---|
| 10:48:57 | 1 | places that you can go to find validation of these |
| 10:49:00 | 2 | things, Ms. Colony, is in the records you just pulled |
| 10:49:03 | 3 | from Aurora South, and you did manage to get a concise |
| 10:49:09 | 4 | area of DOC health encounters for those four days. |
| 10:49:16 | 5 | The blood lab -- the monitoring of my |
| 10:49:20 | 6 | temp, I knew I had a fever. That was a Friday. |
| 10:49:26 | 7 | February 3rd was a Friday. I knew I was developing a |
| 10:49:29 | 8 | fever by Saturday morning. And in order to get -- |
| 10:49:36 | 9 | Q. How did you know you were developing a |
| 10:49:38 | 10 | fever? |
| 10:49:39 | 11 | A. Because I am a cancer patient with |
| 10:49:41 | 12 | extremely complex cancers that has developed so many |
| 10:49:45 | 13 | different fevers, caught every cold and flu that there |
| 10:49:49 | 14 | is, and had been battling all this for, what, four |
| 10:49:54 | 15 | years, three and a half years at that point. |
| 10:49:56 | 16 | Q. Was your temperature taken on Saturday |
| 10:49:59 | 17 | morning, February 4th? |
| 10:50:00 | 18 | A. It was done about noon by a nurse named |
| 10:50:02 | 19 | Amy Dixon, only because I violated, as an inmate, |
| 10:50:09 | 20 | security protocol, threw a fit, and insisted that they |
| 10:50:14 | 21 | get me into the clinic to have my temperature |
| 10:50:16 | 22 | monitored. You will see in my records that I was |
| 10:50:19 | 23 | registering just below 100 degrees. |
| 10:50:22 | 24 | Q. And what was that temperature? |
| 10:50:23 | 25 | A. That was 99.3, 99.7, something like |

Defendant's Exhibit D

Shawnee Ryan   10/18/2019                                                     Page 72
SHAWNEE RYAN v. CORRECTIONAL HEALTH PARTNERS, ET AL.

| | | |
|---|---|---|
| 10:50:27 | 1 | that.  And it was taken by Amy Dixon, and that was on |
| 10:50:31 | 2 | Saturday. |
| 10:50:33 | 3 | Q.    But that didn't reach the threshold, |
| 10:50:35 | 4 | right, of 103 that Dr. Burke put in his orders -- |
| 10:50:39 | 5 | A.    It did -- |
| 10:50:40 | 6 | Q.    -- for return to Aurora South? |
| 10:50:43 | 7 | A.    It did not because -- but it did show |
| 10:50:46 | 8 | that I was developing a fever and that it was on the |
| 10:50:49 | 9 | rise, which is a cautionary thing for a patient with |
| 10:50:52 | 10 | no immune system.  As it turned out, I was developing |
| 10:50:59 | 11 | influenza A.  The discharge orders specifically stated |
| 10:51:03 | 12 | draw her labs on Monday.  Hilary did not draw my labs |
| 10:51:09 | 13 | until midday on Tuesday.  Those labs will reflect -- |
| 10:51:15 | 14 | do reflect a white count of 0.2, which is really in |
| 10:51:25 | 15 | danger. |
| 10:51:26 | 16 | When you pull the first blood lab from |
| 10:51:29 | 17 | your Aurora South records, when Officer Maes -- |
| 10:51:35 | 18 | Q.    Okay.  I'm going to need to back up. |
| 10:51:37 | 19 | A.    -- it's 0.0. |
| 10:51:39 | 20 | Q.    So who told you -- who ordered that labs |
| 10:51:42 | 21 | be drawn on Monday, February 6th? |
| 10:51:47 | 22 | A.    Aurora South Hospital, the treatment |
| 10:51:51 | 23 | team. |
| 10:51:51 | 24 | Q.    How do you know this? |
| 10:51:52 | 25 | A.    They're in the discharge instructions. |

H+G   Hunter + Geist, Inc.   800.525.8490   scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

Defendant's Exhibit D

| | | |
|---|---|---|
| 10:58:00 | 1 | A.    Since I was not responsive and |
| 10:58:04 | 2 | incoherent -- |
| 10:58:05 | 3 | Q.    **Not responsive to what?** |
| 10:58:06 | 4 | A.    I have no idea.  It was obviously enough |
| 10:58:09 | 5 | for them to call the clinic out of concern when -- |
| 10:58:13 | 6 | Q.    **And they put you in a wheelchair?** |
| 10:58:15 | 7 | A.    They did.  When you're not responsive, |
| 10:58:17 | 8 | you're out of it. |
| 10:58:18 | 9 | Q.    **But you were conscious enough to sit in** |
| 10:58:25 | 10 | **a wheelchair?** |
| 10:58:25 | 11 | A.    They put me in a wheelchair is my |
| 10:58:28 | 12 | understanding.  I don't know how -- they haul |
| 10:58:32 | 13 | everything and everyone in wheelchairs, whether you |
| 10:58:35 | 14 | are able to sit up or do whatever. |
| 10:58:37 | 15 | Q.    **So they took you to the clinic.  And how** |
| 10:58:45 | 16 | **long did you stay in the clinic?** |
| 10:58:46 | 17 | A.    I have no idea. |
| 10:58:48 | 18 | Q.    **Were you taken back to your cell on** |
| 10:58:51 | 19 | **Sunday or Monday?** |
| 10:58:52 | 20 | A.    I was, and I was also taken back to the |
| 10:58:56 | 21 | clinic.  My understanding is there was a lot of back |
| 10:58:59 | 22 | and forth to the clinic because they didn't have any |
| 10:59:01 | 23 | orders, they couldn't do anything, but I was obviously |
| 10:59:04 | 24 | ill.  I'm not exactly the type of patient who makes |
| 10:59:07 | 25 | things up.  And so they know me, they trust me, and |

Defendant's Exhibit D

Shawnee Ryan  10/18/2019                                    Page 95
SHAWNEE RYAN v. CORRECTIONAL HEALTH PARTNERS, ET AL.

11:37:17   1        A.   The Aurora South records show 8:30,

11:37:25   2   8:33, something like that as the admittance date --

11:37:30   3   time.

11:37:30   4        Q.   And how many days did you remain

11:37:32   5   hospitalized?

11:37:33   6        A.   I believe I was there for 10.  It might

11:37:39   7   have been 12, but I think it's 10.  The records are

11:37:41   8   all accurate.

11:37:47   9        Q.   And over the course of that 10 days,

11:37:49   10   were they able to treat your flu symptoms?

11:37:54   11        A.   Yes.  They kept me -- I had gone past

11:37:59   12   the contagious stage when they released me, and they

11:38:04   13   kept me on the -- it might have even been something as

11:38:09   14   simple as I think it's Tamiflu, something along those

11:38:13   15   lines.  The antibiotics are both showing in DOC

11:38:17   16   records and Aurora South records that I've pulled

11:38:21   17   since being released.  And I was on that for quite a

11:38:24   18   while, I believe, another few weeks at least after

11:38:27   19   discharge.

11:38:32   20             And then the bite or whatever it was on

11:38:35   21   my finger, when they lanced it, you'll see the

11:38:40   22   diagnosis of -- the culture that they took was sepsis,

11:38:44   23   that there was something venomous there, which also

11:38:49   24   led the infectious disease guys to believe it might

11:38:53   25   have been a spider bite.  And then they -- while I was

H+G  Hunter + Geist, Inc.    800.525.8490    scheduling@huntergeist.com
Court Reporting, Legal Videography, and Videoconferencing

Defendant's Exhibit D

| | | |
|---|---|---|
| 11:38:55 | 1 | still there, they kept reswabbing it, and it advanced |
| 11:39:03 | 2 | to MRSA contained in my finger and my hand; and that |
| 11:39:11 | 3 | actually continued on to where I was kept on |
| 11:39:13 | 4 | antibiotics for that clear into the second round of |
| 11:39:18 | 5 | DTPACE, which is after your client's charges. |
| 11:39:24 | 6 | Q.   So did the MRSA clear with the use of |
| 11:39:29 | 7 | the antibiotics? |
| 11:39:30 | 8 | A.   When they left me out -- excuse me. |
| 11:39:34 | 9 | When they discharged me from the second round of |
| 11:39:42 | 10 | DTPACE, which I believe was mid-March, end of |
| 11:39:46 | 11 | March 2017, there was no sign of the MRSA or the |
| 11:39:50 | 12 | sepsis, and it had stopped -- what it was doing was |
| 11:39:56 | 13 | rebuilding a yellow pus pocket.  And it had stopped, |
| 11:40:02 | 14 | and they had me keep it bandaged because my platelet |
| 11:40:08 | 15 | counts -- I don't heal very well.  It took a while for |
| 11:40:12 | 16 | it to heal over.  And wound care was not needed for |
| 11:40:17 | 17 | too much longer. |
| 11:40:18 | 18 | Q.   But this abscess on your finger, it |
| 11:40:20 | 19 | wasn't discovered until you entered Aurora South; is |
| 11:40:27 | 20 | that correct? |
| 11:40:27 | 21 | A.   It was discovered during triage at the |
| 11:40:29 | 22 | emergency room at Aurora South on the 7th. |
| 11:40:32 | 23 | Q.   And then it ultimately healed up? |
| 11:40:37 | 24 | A.   Yes. |
| 11:40:37 | 25 | Q.   Okay.  So while you were at Aurora |

Defendant's Exhibit D

11:40:42    1   **South, were they able to bring your fever down?**

11:40:45    2        A.    Yes.

11:40:45    3        Q.    **And did your white blood cell count**

11:40:50    4   **increase?**

11:40:50    5        A.    By the time I was discharged, it had

11:40:53    6   returned to what was a normal for me as still being in

11:40:56    7   the lower ranges, but it was out of the danger zone.

11:40:59    8        Q.    **Okay.**

11:41:06    9        A.    Along with a number of other -- you'll

11:41:09   10   see -- and I don't mean to interrupt, but it is

11:41:12   11   relevant.  You will also see that when I was admitted,

11:41:18   12   it wasn't just my white count that had dropped, and

11:41:22   13   Dr. Yeggapan's statement to Dr. Burke that she was

11:41:27   14   making while I was in the room, that they could handle

11:41:31   15   it at the infirmary, is that they can do blood

11:41:35   16   transfusions in extreme cases at the infirmary.  DOC

11:41:40   17   doesn't like it, but -- and prefers to have them sent

11:41:45   18   out, but platelet drop had also gone to

11:41:52   19   extremely [sic] lows.  You'll see in the Aurora South

11:41:57   20   admittance records that I was given a total of four

11:42:01   21   bags of whole blood and two bags of the platelets at

11:42:08   22   the same time they were diagnosing the sepsis, the

11:42:10   23   resulting MRSA, the influenza A and getting the temp

11:42:14   24   down and a white count of 0.0.  My reds had dropped

11:42:20   25   by, I think, 4 points, which is an extremely rapid

Defendant's Exhibit D