```
                    THE MEDICAL CENTER OF AURORA
South Campus                                Centennial Medical Plaza
1501 South Potomac                          14200 East Arapahoe Road
Aurora, CO 80012                            Englewood, CO 80112

North Campus                                Saddle Rock ER
700 Potomac                                 22500 E Dry Creek Road
Aurora, CO 80011                            Aurora, CO 80016
```

PATIENT NAME:    RYAN,SHAWNEE KU
ACCOUNT#: E40008305464
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:   Patel,Arjune Yashvinkumar  MD

CONSULTATION
REPORT#:0127-0097   REPORT STATUS: Signed

MEDICAL ONCOLOGY CONSULTATION

ADMISSION DATE:   01/26/2017
CONSULTATION DATE:   01/27/2017

REFERRING PHYSICIAN:  Daniel Joseph Burke, MD

REASON FOR CONSULTATION:
Multiple myeloma.

HISTORY OF PRESENT ILLNESS:
Ms. Ryan is a 59-year-old woman with lambda light chain producing multiple myeloma, who is being admitted to the hospital for chemotherapy with D-PACE. Dr. Patel has requested that we see her in consultation. The patient is well known to me and was admitted from my clinic. The history was obtained from a discussion with her and review of her chart.

She was initially diagnosed with multiple myeloma in late 2003. Her bone marrow examination demonstrated 90% monoclonal plasma cells. A FISH panel demonstrated gain of 1q21 sequences and a translocation between chromosomes 11 and 14 among other abnormalities. Imaging studies showed an L2 compression fracture and diffuse osteopenia. In April 2014, she initiated therapy with lenalidomide, bortezomib, and dexamethasone. She achieved a partial remission with reduction in her marrow plasma cells down to 5%. She was unable to get an initial transplantation. Subsequently, we changed her regimen to carfilzomib, lenalidomide, and dexamethasone and she has been on that for some time Initially, she received a partial response, but more recently, her lambda light chain levels have been rising. She was recently seen at Colorado blood Cancer Institute and re-evaluated for possibility of transplantation. The decision was made as a team for us to stop the current regimen and try DT-PACE therapy in order to get her going in the right direction. The plan will then be to pursue an autologous stem cell transplantation. Therefore, she is now being admitted for that treatment. The thalidomide has been ordered for delivery to the Department of Corrections.

PAST MEDICAL HISTORY:

PATIENT NAME: RYAN,SHAWNEE KU                ACCOUNT #:E40008305464

1. DVT in November 2014.
2. Shingles in late 2014.
3. Gestational diabetes.
4. Hypertension.
5. Heart murmur.
6. Sjogren syndrome.
7. Status post wrist surgery.
8. Status post partial hysterectomy.
9. Status post 5 left knee surgeries.
10. Status post appendectomy.
11. Status post tonsillectomy.
12. Status post 2 sinus surgeries in 2001.
13. Diarrhea while on treatment. We have tried Creon to help and she feels that is helping.
14. Pancytopenia from chemotherapy treatment.

ALLERGIES:
SHE TOLERATES NARCOTICS POORLY. ACE INHIBITORS ALSO.

CURRENT HOSPITAL MEDICATIONS:
1. Aspirin 81 mg daily.
2. Enoxaparin 40 mg daily.
3. Ferrous sulfate.
4. Furosemide.
5. Loperamide.
6. Pancrelipase.
7. Pantoprazole.
8. Potassium.

SOCIAL HISTORY:
She lives in the Department of Corrections. She has never been a smoker. She does not drink alcohol. She does not use drugs. She has no history of chemical exposures.

REVIEW OF SYSTEMS:
Positive for postnasal drip, diarrhea now about once per day, chronic nausea and some vomiting, and left upper back pain worse with deep inspiration. This has been going on for some time now.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 99.3, pulse is 70, respirations 20, BP 103/54, O2 saturation 91% on room air.
GENERAL: Well-appearing woman, lying in bed, in no distress.
RESPIRATORY: Lungs are clear to auscultation bilaterally.
CARDIOVASCULAR: Regular rate and rhythm without murmurs, rubs, or gallops. No peripheral edema.
ABDOMEN: Bowel sounds positive. Soft, nontender, nondistended. No hepatosplenomegaly.
NEUROLOGIC: She is awake and alert and can move all of her extremities.
PSYCHIATRIC: Orientation, affect, judgment, insight, memory are all intact.

DATA REVIEW:
WBC 2.3, hemoglobin 9.2, platelets 126, ANC 1.2. Complete metabolic panel notable for potassium 3.1, creatinine 1.56.

PATIENT NAME: RYAN,SHAWNEE KU      ACCOUNT #:E40008305464

CONFIDENTIAL      CDOC/MedCtrAur006505
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008305464      Page 25 of 377
Defendant's Exhibit E

ASSESSMENT:
1. Stage III lambda multiple myeloma.
2. Posterior chest/rib pain.
3. Nausea and intermittent vomiting.
4. Diarrhea.
5. Chronic renal insufficiency.
6. Osteopenia from myeloma.
7. Mild leukopenia.
8. Peripheral neuropathy characterized as mild numbness in the feet and right leg.
9. History of migraine headaches.

PLAN:
1. We have decided to proceed with chemotherapy using dexamethasone, cisplatin, doxorubicin, cyclophosphamide, and etoposide (D-PACE). In addition, thalidomide has been ordered and will be delivered to the Department of Corrections at a dose of 100 mg daily when she returns there. Doses are written in the chart. I will be using a reduced dose of cisplatin given her renal insufficiency and we will monitor her renal function daily. Potential risks of the treatment have been discussed with her including but not limited to alopecia, nausea, vomiting, constipation, diarrhea, cytopenias, infections requiring antibiotics, need for transfusions, high blood sugars, psychiatric problems, hearing loss, ringing in the ears, damage to the kidneys, damage to the heart, hemorrhagic cystitis, risk of leukemia in the future and even risk of death. She states that she understands these risks and wishes to proceed with the treatment. She is hopeful that she will be able to get to an autologous stem cell transplantation. We have also discussed risks of thalidomide including but not limited to, lethargy, teratogenicity, and peripheral neuropathy.
2. She receives Zometa every 3 months. We may give her a dose of that during this hospitalization depending on how she is tolerating chemotherapy.
3. She does not take acyclovir due to concerns about a previous allergy.
4. Continue Creon as needed for her diarrhea.
5. Continue ferrous sulfate.
6. Antiemetics as needed.
7. Supplement potassium and monitor regularly.
8. Continue enoxaparin for DVT prophylaxis.
9. Our group will continue following during the hospitalization.
10. Check echocardiogram before starting chemotherapy.
11. Order CT of the chest without IV contrast to evaluate her posterior thoracic pain.

JMB/E.MedQ
D:  01/27/2017 06:36:27 / T:  01/27/2017 08:20:15
Job #:  910731/729141904

cc:  Daniel Joseph Burke, MD
Authenticated by John M Burke, MD On 02/22/2017 07:49:47 AM


DD: 01/27/17 0636            DT:01/27/17 0820

PATIENT NAME: RYAN,SHAWNEE KU            ACCOUNT #:E40008305464

_____
John McEvoy Burke, MD


Electronically Signed by John McEvoy Burke, MD on 02/22/17 at 0650

PATIENT NAME: RYAN,SHAWNEE KU          ACCOUNT #:E40008305464

```
MEDICAL CENTER OF AURORA (COCAA)
Hema/Oncology Progress Note
REPORT#:0203-0037    REPORT STATUS: Signed
DATE:02/03/17 TIME: 0600

PATIENT: RYAN,SHAWNEE KU                UNIT #: E001170450
ACCOUNT#: E40008305464                  ROOM/BED: E.526-1
DOB: 03/11/57   AGE: 59    SEX: F       ATTEND: Patel,Arjune
Yashvinkumar   MD
ADM DT: 01/26/17                        AUTHOR: Burke,John McEvoy
MD

* ALL edits or amendments must be made on the electronic/computer
document *
```

## Subjective
**Chief Complaint:**
Relapsed Multiple Myeloma, on salvage DPACE
**Comments:**
Feels well.
Achy after Neulasta, but not serious pain.
No n, v, cough, sob, other c/o.
Feels ready for discharge to DRDC Infirmary.

## Objective

### Physical Exam
**VS:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/02-02/03 | 96.2-98.2 | 79-93 | 15-20 | 87-113/51-64 | 92-98 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 94 | 02/03 0447 |
| B/P | 102/58 | 02/03 0447 |
| Temp | 97.4 | 02/03 0447 |
| Pulse | 79 | 02/03 0447 |
| Resp | 20 | 02/03 0447 |
| O2 Delivery | Room air | 02/02 1810 |
| O2 Flow Rate | 0 | 02/01 2030 |

**General appearance:** alert, awake, oriented, no acute distress
**Cardiovascular:** regular rate and rhythm, normal heart sounds, normal S1/S2, no gallop, no murmur
**Respiratory:** aerating well, clear to auscultation, no distress
**Abdomen:** non-tender, soft, no distention, no mass/organomegaly, no rebound

Page 1 of 4

CONFIDENTIAL                                                CDOC/MedCtrAur006508
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008305464    Page 28 of 377
Defendant's Exhibit E

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464

**Extremities:** moves all, no edema
**Neuro/CNS:** alert, oriented X 3, normal speech
**Skin:** no rash, pale
**Psychiatry:** normal affect, normal judgment/insight

## Current Medications
**Medications:**
Active Meds + DC'd Last 24 Hrs
Pegfilgrastim   6 MG   ONCE ONE   SUBQ   (DC)
Pegfilgrastim   6 MG   ONCE ONE   SUBQ   (DC)
Loperamide HCl   2 MG   Q4H PRN PRN   PO
Furosemide   60 MG   DAILY   PO
Sodium Chloride   1,000 ML   .Q10H   IV   (DC)
Diphenhydramine HCl   25 MG   Q6H PRN PRN   PO
Promethazine HCl   12.5 MG   Q6H PRN PRN   IV
Acetaminophen   650 MG   Q6H PRN PRN   PO
Pantoprazole Sodium Sesquihydrate   40 MG   DAILY@16   PO
Potassium Chloride   20 MEQ   BID   PO
Pancrelipase   2 EA   C MEALS   PO   (CKD)
Enoxaparin Sodium   40 MG   Q24H   SUBQ
Ferrous Sulfate   325 MG   DAILY PRN PRN   PO

## Treatment & Prophylaxis

**Treatment & Prophylaxis**
**VTE Prophylaxis**
  **VTE Prophylaxis initiated:** Yes
**Other:**
**Laboratory Tests:**

|  | 02/03 0532 | 02/02 0613 |
|---|---|---|
| Chemistry | | |
| Sodium (136 - 145 mmol/L) | | 144 |
| Potassium (3.5 - 5.1 mmol/L) | | 4.1 |
| Chloride (98 - 107 mmol/L) | | 113 H |
| Carbon Dioxide (21 - 32 mmol/L) | | 22 |
| Anion Gap (5.0 - 15.0 mmol/L) | | 9.0 |
| BUN (7 - 18 mg/dL) | | 28 H |
| Creatinine (0.600 - 1.30 mg/dL) | | 1.25 |

Page 2 of 4

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464
```

| Test | Value 1 | Value 2 |
|---|---|---|
| Est GFR (African Amer) (> or = 60 UNITS) | | 53 L |
| Est GFR (Non-Af Amer) (> or = 60 UNITS) | | 44 L |
| Random Glucose (74 - 106 mg/dL) | | 74 |
| Calcium (8.5 - 10.1 mg/dL) | | 7.2 L |
| Hematology | | |
| WBC (4.0 - 11.0 10*3uL) | 3.9 L | 2.1 L |
| RBC (4.00 - 5.40 10*6/uL) | 2.89 L | 2.80 L |
| Hgb (11.5 - 15.8 g/dL) | 10.2 L | 9.8 L |
| Hct (35.0 - 47.0 %) | 29.4 L | 29.0 L |
| MCV (79.0 - 98.0 fl) | 101.8 H | 103.3 H |
| MCH (25.0 - 34.0 pg) | 35.2 H | 34.8 H |
| MCHC (31.0 - 36.0 g/dL) | 34.6 | 33.7 |
| RDW Std Deviation (39 - 47 fL) | 51.6 H | 53.8 H |
| RDW Coeff of Var (11.5 - 14.5 %) | 14.3 | 14.7 H |
| Plt Count (150 - 375 10*3/uL) | 126 L | 131 L |
| MPV (7.4 - 10.4 fL) | 8.9 | 8.6 |
| Neutrophils % (%) | 91.7 | 78.2 |
| Lymphocytes % (%) | 5.6 | 19.5 |
| Monocytes % (%) | 0.1 | 0.5 |
| Eosinophils % (%) | 2.4 | 1.7 |
| Basophils % (%) | 0.2 | 0.1 |
| Nucleated RBC % (%) | 0.00 | 0.20 |
| Neutrophils # (1.7 - 6.0 10*3/uL) | 3.6 | 1.6 L |
| Lymphocytes # (1.1 - 3.3 10*3/uL) | 0.2 L | 0.4 L |
| Monocytes # (0.2 - 0.9 10*3/uL) | 0.0 L | 0.0 L |
| Eosinophils # (0.1 - 0.4 10*3/uL) | 0.1 | 0.0 L |
| Basophils # (0.0 - 0.1 10*3/uL) | 0.0 | 0.0 |
| Nucleated RBCs # (10*3/uL) | 0.00 | 0.00 |

## Diagnosis, Assessment & Plan
**Free Text A&P:**
Assessment:
1. Relapsed Multiple Myeloma, on salvage DPACE.
2. Pancytopenia.
3. Edema, improved with diuresis.
5. Hypernatremia.
4. CRI, stable.
6. History of bone pain, well controlled on Tylenol. PT IS NOT ALLERGIC TO

Page 3 of 4

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/03/17
Acct#:E40008305464
```

ACETOMINPHEN.

Plan:
- OK by me for discharge. I would suggest the DRDC Infirmary over the Women's facility.
- I believe a phone call transfer with the physician at DRDC Infirmary will be required. The phone number I have on file is 303-307-2304, but that may not be correct.
- My suggestions on the d/c meds: d/c enoxaparin, reduce furosemide to 20 mg/d, add granisetron 1 mg PO BID PRN, change promethazine to PO PRN.
- My suggestions on d/c labs: CBC, BMP weekly on Mondays at DRDC Infirmary.
- My suggestions on f/u: see me at RMCC in about 2 weeks.
- Please call me with questions or if I can help coordinate the transfer: 303-478-2031.

Electronically Signed by Burke,John McEvoy MD on 02/03/17 at 0605

```
RPT #: 0203-0037
***END OF REPORT***
```

Page 4 of 4

CONFIDENTIAL
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008305464
CDOC/MedCtrAur006511
Page 31 of 377
Defendant's Exhibit E

```
MEDICAL CENTER OF AURORA (COCAA)
Hospitalist Progress Note
REPORT#:0212-0572    REPORT STATUS: Signed
DATE:02/12/17 TIME: 1707

PATIENT: RYAN,SHAWNEE KU              UNIT #: E001170450
ACCOUNT#: E40008359760                ROOM/BED: E.252-1
DOB: 03/11/57  AGE: 59    SEX: F      ATTEND: Spilman,Ryan
Patrick  DO
ADM DT: 02/07/17                      AUTHOR: Patel,Paras
                                      Shailesh  MD

* ALL edits or amendments must be made on the electronic/computer
document *
```

## Subjective
**Chief Complaint:**
Fever, cough
**HPI:**
Patient with improving neck pain. No CP, SOB, HA. Still with some loose stool.

## Objective

### General
**VS/I&O:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/11-02/12 | 35.9-37.6 | 82-95 | 16-20 | 112-130/60-83 | 94-99 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 99 | 02/12 1522 |
| B/P | 116/71 | 02/12 1522 |
| O2 Delivery | Room air | 02/12 1522 |
| Temp | 35.9 | 02/12 1522 |
| Pulse | 84 | 02/12 1522 |
| Resp | 17 | 02/12 1522 |
| O2 Flow Rate | 0 | 02/12 0835 |

24 hour I&O ending at 0700:

| | 02/12 0700 | 02/11 1900 |
|---|---|---|
| Intake Total | 1300 | |
| Output Total | | |
| Balance | 1300 | |
| Intake, IV | 100 | |
| Intake, Oral | 1200 | |
| Patient Weight | 73.5 kg | |

Page 1 of 5

CONFIDENTIAL
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008359760
CDOC/MedCtrAur006959
Page 102 of 553
Defendant's Exhibit E

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/12/17
Acct#:E40008359760

**Medications:**
<u>Active Meds + DC'd Last 24 Hrs</u>
Miscellaneous Information   VANCOMYCIN LEVEL TO BE DRAWN ON 2/13 AT 1230
      ONCE ONE   -
Magnesium Sulfate   50 ML   ONCE ONE   IV   (DC)
Oseltamivir Phosphate   30 MG   DAILY   PO
Ceftriaxone Sodium/Sodium Chloride   100 ML   Q24H   IV
Vancomycin HCl   750 MG   Q12H   IV
      Sodium Chloride   100 ML
Fluticasone Propionate   2 SPRAY   DAILY   NASAL
Guaifenesin   2 EA   BID   PO   (CKD)
Sodium Chloride   2 SPRAY   Q4H   NASAL
Benzonatate   100 MG   TID PRN PRN   PO
Cetylpyridinium Chloride   1 EA   Q1H PRN PRN   PO   (CKD)
Guaifenesin/Dextromethorphan   5 ML   Q4H PRN PRN   PO
Pantoprazole Sodium Sesquihydrate   40 MG   DAILY@16   PO
Cyclobenzaprine HCl   10 MG   Q8H PRN PRN   PO
Acetaminophen   1,000 MG   DAILY   PO
Pancrelipase   2 EA   C MEALS   PO   (CKD)
Docosanol   1 APPLIC   5XDAY   TOPICAL
Calcium Carbonate   1,000 MG   BID   PO
Miscellaneous Information   1 EACH   ASDIR   IV
Tramadol HCl   50 MG   Q6H PRN PRN   PO
Acetaminophen   650 MG   Q6H PRN PRN   PO
Melatonin   3 MG   BEDTIME PRN PRN   PO
Ondansetron HCl   4 MG   Q6H PRN PRN   IV
Zolpidem Tartrate   5 MG   BEDTIME PRN PRN   PO
Diphenhydramine HCl   25 MG   BID PRN PRN   PO
Ferrous Sulfate   325 MG   DAILY PRN PRN   PO
Loperamide HCl   2 MG   BID PRN PRN   PO
Sumatriptan Succinate   50 MG   ONCE PRN   PO

**Physical Exam**
**General appearance:** chronically ill appearing, alert, awake, no acute distress, pleasant
**Head/Eyes:** Sore on R lower lip
**ENT:** moist mucosal membranes
**Cardiovascular:** murmur (2/6 LUSB), regular rate & rhythm
**Respiratory:** aerating well, clear to auscultation, symmetric expansion

Page 2 of 5

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/12/17
Acct#:E40008359760
```

**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** moves all, no edema
**Musculoskeletal:** muscle spasm (Neck, paraspinal), normal inspection
**Neuro/CNS:** alert, oriented X 3, no motor deficits, no sensory deficits
**Skin:** dry, 3rd R finger swelling is stable and tender
**Psychiatry:** depressed

## Results
**Findings/Data:**
Laboratory Tests

| Chemistry | 02/12 0449 |
|---|---|
| Sodium (136 - 145 mmol/L) | 147 H |
| Potassium (3.5 - 5.1 mmol/L) | 3.5 |
| Chloride (98 - 107 mmol/L) | 117 H |
| Carbon Dioxide (21 - 32 mmol/L) | 19 L |
| Anion Gap (5.0 - 15.0 mmol/L) | 11.0 |
| BUN (7 - 18 mg/dL) | 13 |
| Creatinine (0.600 - 1.30 mg/dL) | 1.25 |
| Est GFR (African Amer) (>or=60 UNITS) | 53 L |
| Est GFR (Non-Af Amer) (>or=60 UNITS) | 44 L |
| Random Glucose (74 - 106 mg/dL) | 78 |
| Calcium (8.5 - 10.1 mg/dL) | 8.0 L |
| Magnesium (1.8 - 2.4 mg/dL) | 1.7 L |

Laboratory Tests

| Hematology | 02/12 0449 |
|---|---|
| WBC (4.0 - 11.0 10*3uL) | 0.8 L |
| RBC (4.00 - 5.40 10*6/uL) | 2.69 L |
| Hgb (11.5 - 15.8 g/dL) | 8.4 L |
| Hct (35.0 - 47.0 %) | 24.7 L |
| MCV (79.0 - 98.0 fl) | 92.0 |
| MCH (25.0 - 34.0 pg) | 31.2 |
| MCHC (31.0 - 36.0 g/dL) | 34.0 |
| RDW Std Deviation (39 - 47 fL) | 50.3 H |
| RDW Coeff of Var (11.5 - 14.5 %) | 15.6 H |
| Plt Count (150 - 375 10*3/uL) | 33 L |
| MPV (7.4 - 10.4 fL) | 10.7 H |

Page 3 of 5

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/12/17
Acct#:E40008359760

| | |
|---|---|
| Neutrophils % (%) | 73.2 |
| Lymphocytes % (%) | 12.2 |
| Monocytes % (%) | 12.6 |
| Eosinophils % (%) | 1.1 |
| Basophils % (%) | 0.9 |
| Nucleated RBC % (%) | 0.10 |
| Neutrophils # (1.7 - 6.0 10*3/uL) | 0.6 L |
| Lymphocytes # (1.1 - 3.3 10*3/uL) | 0.1 L |
| Monocytes # (0.2 - 0.9 10*3/uL) | 0.1 L |
| Eosinophils # (0.1 - 0.4 10*3/uL) | 0.0 L |
| Basophils # (0.0 - 0.1 10*3/uL) | 0.0 |
| Nucleated RBCs # (10*3/uL) | 0.00 |
| WBC Morphology (NORMAL) | DOHLE BODIES |
| Plt Morphology Comment (ADEQUATE) | DECREASED |
| RBC Morphology (NORMAL) | OVALOCYTES PRESENT |

## Diagnosis, Assessment & Plan
**Free Text A&P:**
59 yo F with many issues

1. Neutropenic fever
    - Cont Vanco and Rocephin IV
    - Cont Tamiflu X 4 more days (5 total) as Influenza A positive
    - CT Sinuses on 2/9/17 with acute sinusitis, not invasive
    - Dr Sollender (Hand) performed I&D R 3rd finger on 2/9/17, grow Staph aureus
    - NGTD X 2 blood cx
    - Not ready for DC to jail until counts stable

2. Sepsis
    - Present on admission
    - Improving

3. Multiple myeloma
    - Appreciate Dr Burke's input
    - Has been on D-PACE chemo by Dr Burke in past

4. Acute anemia
    - Secondary to chemotherapy

Page 4 of 5

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/12/17
Acct#:E40008359760
```

    - S/P 2 U PRBC on 2/8/17
    - For 2 U PRBC on 2/10/17
    - F/U repeat CBC

5. R lip sore
    - On Abreva cream

6. CKD III
    - Cr 1.2-2.0 in past

7. Neck spasm
    - Flexeril PRN
    - Cannot get NSAIDs due to CKD

8. Leukopenia/Thrombocytopenia
    - Secondary to chemo
    - Oncology following
    - S/P Platelet tx 2/10/17 per Oncology

9. Migraine
    - Cont Imitrex PRN

10. R 3rd finger lesion
    - Wound cx with Staph aureus
    - S/P I&D by Dr Sollender (Hand) on 2/9/17, wound cx MRSA

11. DVT ppx: SCD

12. Full code

13. PT/OT

14. Dispo: Discussed with patient, Dr Liu, Dr Burke and nursing. Will remain in hospital until counts are stable and does not require transfusions.

Electronically Signed by Patel,Paras Shailesh MD on 02/12/17 at 1716

```
RPT #: 0212-0572
***END OF REPORT***
```

Page 5 of 5

```
MEDICAL CENTER OF AURORA (COCAA)
Infectious Dis. Progress Note
REPORT#:0216-0540    REPORT STATUS: Signed
DATE:02/16/17 TIME: 1559

PATIENT: RYAN,SHAWNEE KU              UNIT #: E001170450
ACCOUNT#: E40008359760                ROOM/BED: E.520-1
DOB: 03/11/57   AGE: 59   SEX: F      ATTEND: Spilman,Ryan
Patrick  DO
ADM DT: 02/07/17                      AUTHOR: Richards MD,Eric
Preston
```

* ALL edits or amendments must be made on the electronic/computer document *

## Subjective
**Chief Complaint:**
fever
**Comments:**
No f/c/s.  Finger feeling better.  Some ongoing cough.

## Objective

### General
**VS/I&O:**
Last Documented:

|              | Result   | Date Time    |
|--------------|----------|--------------|
| O2 Delivery  | Room air | 02/16 0845   |
| Pulse Ox     | 97       | 02/16 0757   |
| B/P          | 118/76   | 02/16 0757   |
| Temp         | 97.2     | 02/16 0757   |
| Pulse        | 99       | 02/16 0757   |
| Resp         | 18       | 02/16 0757   |
| O2 Flow Rate | 0        | 02/16 0400   |

Vital Signs

| Date        | Temp      | Pulse | Resp  | B/P          | Pulse Ox | FiO2 |
|-------------|-----------|-------|-------|--------------|----------|------|
| 02/15-02/16 | 96.7-98.1 | 68-99 | 14-18 | 114-136/67-76 | 93-97   |      |

24 hour I&O ending at 0700:

|                    | 02/16 0700 | 02/15 1900 |
|--------------------|------------|------------|
| Intake Total       |            | 3430.00    |
| Output Total       |            |            |
| Balance            |            | 3430.00    |
| Intake, Free Water |            | 1600       |
| Intake, IV         |            | 1350.00    |
| Intake, Oral       |            | 480        |
| Number Bowel       |            | 3          |

Page 1 of 3

CONFIDENTIAL
Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40008359760
CDOC/MedCtrAur006989
Page 132 of 553
Defendant's Exhibit E

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/16/17
Acct#:E40008359760
```

| Movements | |
|---|---|
| Number Voids | 5 |

## Physical Exam
**General appearance:** awake, oriented, pleasant
**Wound/incision:**
  **Location:**
right finger: small non tender nodule
**Head/Eyes:** atraumatic, normal conjunctiva/sclera, normocephalic
**ENT:** moist mucosal membranes
**Neck:** full range of motion, non-tender, no masses or swelling
**Cardiovascular:** tachycardia, normal heart sounds, regular rate & rhythm
**Respiratory:** clear to auscultation, symmetric expansion
**Abdomen:** non-tender, soft
**Extremities:** moves all
**Skin:** no rash

## Diagnosis, Assessment & Plan
**Free Text A&P:**
IMP 59y/o female with multiple myeloma presents with neutropenic fever secondary to MRSA infection of finger and possible UTI
*. Fever - improved on therapy
*. drug induced neutropenia - anc 1k 2/14
*. RIF infection - cx + S aureus - treating with vancomycin
*. MM - recent chemo
*. CKD
*. bacteriuria - covering for now but once counts return suspect will be able to switch oral abx to cover both processes (doxycycline)

REC
- vancomycin in hospital
- PO doxycycline 100mg PO BID x 10 more days.
- ok to d/c back to facility infirmary

- will follow

Electronically Signed by Richards MD,Eric Preston on 02/16/17 at 1603

Page 2 of 3

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/16/17
Acct#:E40008359760
```

```
RPT #: 0216-0540
***END OF REPORT***
```

Page 3 of 3