```
= PAYROLL ================ ENTER EMPL PAYROLL ============ 03/03/2017 = Page   1

Employee #: 9717   Name: VICTOROFF, HILARY S   Balance Fwd:     23.25

Work Phone: (303) - 307-2500 Ext. 0000

Class Code:C6S4XX   Facility  :DW   DEN-WOMENS

Month :      2 February      Year:2017   Pay Diff.: Y   Exempt/Non-exempt: E

Essential/Non-essential : N 14/28 Day/40 Hrs.: F   40 HOUR

=====================================================================

+=+==+==+==+====+====+=========+== COMPENSATORY TIME SHEET ========+=======+
| D|DA| C|      |Time Int.|SHIFT DIFFTL. HRS|SHIFT OT HRS. |Reg.   |
| O|TE| D|Work  |----+----| SH1 | SH2 | SH3 | SH1 | SH2 | SH3 |Earned |
| W|  | E|Unit|Post|From| To | REG | REG | REG | OT  | OT  | OT  |       |
|--|--|--|----|----|----+----|-----+-----+-----|-----+-----+-----|-------|
| W| 1|WR|    |    |0745|1745|10.00|  -  |  -  |  -  |  -  |  -  |   -   |
|TH| 2|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| F| 3|WR|    |    |0745|1900|11.25|  -  |  -  |  -  |  -  |  -  |   -   |
|SA| 4|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
|SU| 5|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| M| 6|WR|    |    |0745|1845|11.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T| 7|WR|    |    |0745|1915|11.50|  -  |  -  |  -  |  -  |  -  |   -   |
| W| 8|WR|    |    |0745|1800|10.25|  -  |  -  |  -  |  -  |  -  |   -   |
|TH| 9|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| F|10|WR|    |    |0730|1830|11.00|  -  |  -  |  -  |  -  |  -  |   -   |
|SA|11|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
|SU|12|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| M|13|WR|    |    |0730|1845|11.25|  -  |  -  |  -  |  -  |  -  |   -   |
| T|14|TR|    |    |0800|1200| 4.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T|14|WR|    |    |1200|1300| 1.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T|14|TR|    |    |1300|1700| 4.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T|14|WR|    |    |1700|1815|  -  | 1.25|  -  |  -  |  -  |  -  |   -   |
| W|15|WR|    |    |0745|1800|10.25|  -  |  -  |  -  |  -  |  -  |   -   |
|TH|16|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| F|17|WR|    |    |0745|1845|11.00|  -  |  -  |  -  |  -  |  -  |   -   |
|SA|18|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
|SU|19|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| M|20|H |    |    |    |    | 8.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T|21|WR|    |    |0730|1900|11.50|  -  |  -  |  -  |  -  |  -  |   -   |
| W|22|WR|    |    |0745|1900|11.25|  -  |  -  |  -  |  -  |  -  |   -   |
|TH|23|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| F|24|WR|    |    |0745|1745|10.00|  -  |  -  |  -  |  -  |  -  |   -   |
|SA|25|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
|SU|26|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
| M|27|WR|    |    |0730|1830|11.00|  -  |  -  |  -  |  -  |  -  |   -   |
| T|28|WR|    |    |0745|1830|10.75|  -  |  -  |  -  |  -  |  -  |   -   |
| T|28|  |    |    |    |    |  -  |  -  |  -  |  -  |  -  |  -  |   -   |
=====================================================================
Run. Tot. Hrs.:170.25    Work Period Hrs.: 21.75
Reg. Hrs. Avl.:   0.00   Comp. Hrs. Avl.:   0.00   Comp. Hrs. Paid.:   0.00
Vac. Hrs. Avl.: 307.75   Sick Hrs. Avl.:  243.79   Hol. Hrs. Avl.:     8.00
Fur. Hrs. Avl.:   0.00

=====================================================================
```

Defendant's Exhibit F          CDOC006257



## Colorado Department of Corrections
### PRISON OPERATIONS
### Employee Time Reporting

Complete this form for each month and forward to the appropriate person by the first working of each month following the reporting month. If you anticipate not being here on that day, turn in the form prior to your anticipated last day (showing the appropriate approved leave). Please note that Leave Request and Authorization forms (AR 1450 - 30 D) are to be utilized as required by policy.

Employee Name: Hilary Victoroff          Employee I 9717

Supervisor Name: M. Bartell, HAS

Month: February-17

| Day of Week | Date | Time In | Time Out | Time In | Time Out | Regular Hours | Sick Leave | Vac Leave | Other (Please Explain) | Total Hrs | Explanation of Other Leave: Furlough, Family Sick, Duty Day, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed | 1 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | NF committee |
| Thu | 2 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 3 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | eOMIS! |
| Week Total | | | | | | 21.25 | 0.00 | 0.00 | 0.00 | 21.25 | |
| Sat | 4 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 5 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 6 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | |
| Tue | 7 | 7:45 | 19:15 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | eomis, trying to do med refills and kites |
| Wed | 8 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | trng, charting |
| Thu | 9 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 10 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | eomis!, kites, consults, scans |
| Week Total | | | | | | 43.75 | 0.00 | 0.00 | 0.00 | 43.75 | |
| Sat | 11 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 12 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Ww/E |
| Mon | 13 | 7:30 | 18:45 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | on call south, POD |
| Tue | 14 | 8:00 | 18:15 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng  360, #2 |
| Wed | 15 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng (teach) |
| Thu | 16 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off, on call south |
| Fri | 17 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- south, calls all day |
| Week Total | | | | | | 42.75 | 0.00 | 0.00 | 0.00 | 42.75 | |
| Sat | 18 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E on call south |
| Sun | 19 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | w/e, on call south |
| Mon | 20 | | | | | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | Holiday |
| Tue | 21 | 7:30 | 19:00 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | pod |
| Wed | 22 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | pod |
| Thu | 23 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 24 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| Week Total | | | | | | 32.75 | 0.00 | 0.00 | 8.00 | 40.75 | |
| Sat | 25 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 26 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 27 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- north |
| Tue | 28 | 7:45 | 18:30 | | | 10.75 | 0.00 | 0.00 | 0.00 | 10.75 | call, pod, lock down |
| Week Total | | | | | | 21.75 | 0.00 | 0.00 | 0.00 | 21.75 | |

Calendar Month Hrs:   170.25

Please be advised, AR 1450-14 no longer allows the use of leave (example: sick, comp, vacation, annual, funeral, administrative) to create overtime unless the Appointing Authority has specifically approved it via memo to the Payroll Office.

Employee Signature / Date  2/28/17

Supervisor Signature / Date  3/2/17

Entered AB 3/3/17

Defendant's Exhibit F          CDOC006258