# LabCorp
Laboratory Corporation of America

# Patient Report

**Specimen ID:** 037-027-0026-0  
**Control ID:** B0054609011  

**Acct #:** 04133464  **Phone:** (303) 307-2600  **Rte:** 25  
CDOC - DWCF  
Denver Women's Correctional  
3600 Havana  
Denver CO 80239  

**RYAN, SHAWNEE**  
3600 HAVANA ST  
DENVER CO  80239  
(303) 307-2611  

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| **DOB:** 03/11/1957 | **Date collected:** 02/06/2017  1053 Local | **Ordering:** H VICTOROFF |
| **Age(y/m/d):** 059/10/26 | **Date entered:** 02/06/2017 | **Referring:** |
| **Gender:** F    **SSN:** | **Date reported:** 02/06/2017  1613 ET | **ID:** |
| **Patient ID:** 159496 | | **NPI:** 1447310388 |

**General Comments & Additional Information**  
Called/faxed to Amy at 138p 02062017 plp  

**Alternate Control Number:** B0054609011           **Alternate Patient ID:** 159496  
**Total Volume:** Not Provided                               **Fasting:** No  

**Ordered Items**  
CMP14; CBC With Differential/Platelet; Travel Fee; Stat Service  

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14** | | | | | |
| **Glucose, Serum** | **149** | **High** | mg/dL | 65 - 99 | 01 |
| **BUN** | **39** | **High** | mg/dL | 6 - 24 | 01 |
| **Creatinine, Serum** | **1.54** | **High** | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| **BUN/Creatinine Ratio** | **25** | **High** | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 1.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 41 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 32 | 01 |
| **CBC With Differential/Platelet** | | | | | |
| *WBC* | *0.2* | *Critical* | x10E3/uL | 3.4 - 10.8 | 01 |
| **RBC** | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape. | | | | | |
| **Hemoglobin** | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| **Hematocrit** | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| **MCV** | 99 | High | fL | 79 - 97 | 01 |
| **MCH** | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/06/17 1613 ET                **FINAL REPORT**                Page 1 of 2  

This document contains private and confidential health information protected by state and federal law.  
If you have received this document in error, please call 800-795-3699  
© 1995-2017 Laboratory Corporation of America® Holdings  
All Rights Reserved - Enterprise Report Version: 1.00

Defendant's Exhibit G



**PATIENT REPORT**

**Patient:** RYAN, SHAWNEE  
**DOB:** 03/11/1957  
**Patient ID:** 159496  
**Control ID:** B0054609011  
**Specimen ID:** 037-027-0026-0  
**Date collected:** 02/06/2017 1053 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | 01 |
| *Platelets* | *72* | *Alert* | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 7 | | % | | 01 |
| Lymphs | 53 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 13 | | % | | 01 |
| Basos | 7 | | % | | 01 |
| *Neutrophils (Absolute)* | *0.0* | *Critical* | x10E3/uL | 1.4 - 7.0 | 01 |
| **Lymphs (Absolute)** | **0.1** | **Low** | x10E3/uL | 0.7 - 3.1 | 01 |
| **Monocytes(Absolute)** | **0.0** | **Low** | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 13 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| NRBC | 0 | | % | 0 - 0 | 01 |

| | | | | |
|---|---|---|---|---|
| 01 | DV | LabCorp Denver | | Dir: Brian Poirier, MD |
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | | |

For inquiries, the physician may contact **Branch: 303-792-2600 Lab: 800-795-3699**

Date Issued: 02/06/17 1613 ET            **FINAL REPORT**            Page 2 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

Defendant's Exhibit G