```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX093819
Cashier ID: tv
Transaction Date: 01/30/2020
Payer Name: SHAWNEE RYAN

PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:        $5.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 209025407921
 Amt Tendered:  $5.00

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PLRA Monthly
18-CV-956--MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```