SKR000001

**PRIMARY DIAGNOSTIC LIST OF SHAWNEE RYAN (as of August 1, 2019):**

**ONCOLOGY:**

RMCC AND DR. JOHN BURKE 303-418-7600

- **HEMATOLOGY:** UCHEALTH AND DR. DAN SHERBENOU (POST-RELEASE TO PAROLE (AND) ONE DAY IN LATE MAY 2016) (All hematology runs under Dr. Burke as the lead) 720-848-6400
- **HEMATOLOGY:** COLORADO BLOOD CANCER INSTITUTE AT PRESBYTERIAN ST. LUKES AND DR. RICHARD NASH (2015-Feb. 2019) 720-754-4800
- **PENDING HEMATOLOGY:** FRED HUTCHINSON CANCER CENTER, SEATTLE. (NOT APPLICABLE TO RELEASE CONTACT INFORMATION BEFORE I HAVE IT IN HAND)
- • multiple myeloma (diagnosis March 2014)
- • Light Chain Deposition cast/monocolonal /Bence Jones Proteins (diagnosis Nov. 2013)
- • CHIP/MDS (myelodysplastic syndrome)/pre-stage acute myeloid leukemia (symptoms onset July 2018, diagnostics performed Nov. 2018).   *Gene mutations: ASXL1, DNMT3A, EZH2, TET2, TP53)

**Oncology related immune system:**

- Hypogammaglobulinemia
- Chronic neutropenia
- Chronic pancyptopenia
- Anemia

**Oncology (and all diagnoses related) Diagnostic Blood Lab Clinics 2013 to present day:**
- LAB CORP (2013 to current day)
- QUEST DIAGNOSTICS (2013 to current day)
- UCHEALTH, RMCC, CBCI, AURORA SOUTH, UNIVERSITY HOSPITAL

**Nephrology:**
- Colorado Kidney Care, Dr. Dimitri Sychev (Oct. 2018 to present day) 720-542-7380
- CDOC, Dr. June Scott/Kidney Kidney Clinic at DRDC (Sept. 2013 through early 2014, Nephrology then denied until release)
- Kidney biopsy (Nov. 2013):  Aurora South Hospital
- UCH Urology Dept (under UCH hematology), P.A. Amanda Valdez 720-848-0000 (Main line)

**RENAL:**

- Stage 4 renal insufficiency (Sept. 2013 through present day)
- Atrophy of both kidneys (Right kidney diagnosis 2013 by CDOC. First renal work done since early 2014 was done post-release beginning late 2018 diagnosed left kidney atrophy, hematuria)
- Edema (since 2013 onset)

**CARDIAC:**

Dr. David Schuchman, South Denver Cardiology Associates (POST-RELEASE TO CURRENT DAY)

303-744-1065

Dr. Vijayaraghavan, Presbyterian St. Lukes (thru CBCI/Nash) (June 2017 stem cell transplant and cardiac abnormalities post DT-PACE in early 2017): 720-754-4800

Aurora South Hospital, November 2014 is the first cardiac event.

### Cardiac:

From birth: mild congenital heart murmur

From multiple myeloma and light chain deposition cast forward:

- Left atrial enlargement (Vijayaraghavan at CDOC orderd transplant & post DT-PACE 2017)
- Pulmonary hypertension (Shuchman post-transplant)
- Aortic valve regurgitation (Shuchman post-transplant)
- Tricuspid regurgitation (Schuchman post-transplant)
- Deep Vein Thrombosis (post-DT-PACE)
- Post thrombotic syndrome (post-DT-PACE)

### NO SPECIALIST YET (August 2019), REMAINS FALLING UNDER ONCOLOGY AS A CHEMO SIDE EFFECT:
### Neurological:
- Neuropathy (ranges from 20% to 70% depending on the extremity) in both feet and both hands.

### EYES:
Dr. Paula Pecen, Sally Rodgers Eye Clinic at UCHealth (Oct. 2018 to current day) 720-848-2020
DR. 'Lacey' (Elizabeth) Echalier (all Den Health surgeries and care. Is now also at UCHealth)
Various rotating Fellows, M.D.'S, retina specialists, surgeons and UCH surgeon called in at Denver Health (2017-2018) 303-436-6000

### VISION:
- Severe vitreous detachment and floaters in both eyes
- Detached retina in left eye

### INTERNAL MEDICINE:
Current day: Dr. Francis and Dr. Frank Scott: UCHealth: 720-848-2777
(1) consult in 2017: Dr. Joel Levine, Denver Health: 303-436-6000

- Colonoscopy in 2014: CDOC
- Endoscopy and Colonoscopy (2019) UCHealth

### Digestive:
- Pancreatic insufficiency
- Sessile colon polyp, removed
- Erythematous mucosa, without bleeding

### HOSPITALS, IMAGING DIAGNOSTICS, BIOPSIES (2013 to Current Day):
- Aurora South
- Littleton Adventist

- Presbyterian St. Lukes
- University Hospital
- Denver Health
- Invision/Sally Jobe
- Health Images