# EXHIBIT A-1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

     Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity);

     Defendants.

---

## DECLARATION OF KELLIE WASKO

---

I, Kellie Wasko, being duly sworn, in accordance with the requirements of 28 U.S.C. § 1746, under penalty of perjury, hereby declare:

1.    I am the Vice President of Clinal Services for Correctional Health Partners ("CHP"). I have held that position since August 26, 2019. I have worked for CHP since August 26, 2019. Prior to my employment with CHP, I worked for the Colorado Department of Corrections ("CDOC") from 2003 to 2019 in a variety of different roles culminating in my holding the position of Deputy Executive Director from 2013 to 2019. This Declaration is based on my personal knowledge.

2.    CHP is a private company that customizes comprehensive correctional healthcare services for county jails and state corrections systems across the United States.

3.      The Vice President of Clinal Services job description accurately reflects the basic nature of my duties and responsibilities for CHP. A copy of this job description is attached to this Declaration.

4.      CHP contracts with CDOC to review and provide prior authorization for medical care to be provided to CDOC inmates outside of the internal CDOC medical system. With respect to its contract with CDOC, CHP is a medical services organization, not a healthcare provider. CHP's responsibility pursuant to its contract with the CDOC is to evaluate information that is provided to CHP and determine whether to approve or disapprove particular outside medical services, office visits, tests, or procedures based on the clinical guidelines established by CDOC.

5.      Neither CHP nor any healthcare provider working for or with CHP treats any CDOC inmates and neither CHP nor any healthcare provider affiliated with CHP makes any medical diagnoses for any CDOC inmates. Rather, CHP reviews the specific medical information provided to CHP by CDOC treating physicians and other treating health care providers for a utilization review to determine the medical necessity and propriety of specific treatment requested by that treating physician or treating health care provider for a particular CDOC inmate. CHP's role is to respond to specific requests made by CDOC healthcare providers and make adjudications of those specific requests based on the clinical guidelines established by CDOC, the information provided by the treating physician or treating health care provider, and the knowledge and experience of CHP's reviewing medical professionals.

6.   As part of my job with CHP, I am familiar with the appeal process for any requests that are originally denied.  This process is set forth in the CDOC Provider Manual.

7.   Any appeal should include any additional information the requesting provider believes would be pertinent to reviewing the denial.

8.   The healthcare provider has the right to appeal any denial through the process as outlined in the Provider Manual.

9.   A step in the CDOC medical necessity appeal process is for an inmate's provider, upon receipt of the denial, to submit any additional and pertinent clinical information to CHP for a Level 1 Appeal.

10.   At this stage, a different CHP Medical Director than the Medical Director who was involved in the original denial would consider the Level 1 Appeal.

11.   This second Medical Director would again review all additional and pertinent clinical information and render a final decision for CHP, and the provider would be notified the determination on the Level 1 Appeal.

12.   In the event the Level 1 Appeal is denied, the provider can file a Level 2 Appeal.

13.   At that point, the Level 2 appeal is referred to CDOC's Chief Medical Officer, who makes the final and binding determination after reviewing all information pertinent to the Level 2 Appeal, including all materials previously submitted and any additional documentation from the Level 1 appeal.

3

14. CDOC retains all authority to make final decisions regarding any and all interpretations of, or modifications to, Covered Services. Neither CHP nor anyone with CHP is the final decision-maker respecting any determination related to outside medical care for any CDOC inmate. CDOC's Chief Medical Officer is the final decision-maker on all such issues pursuant to the appeal process I have described.

15. I am also familiar with how Medicaid works within the CDOC system, which is actually similar to how it works outside the prions system. If, as here, the patient has a primary insurance plan that is not Medicaid (i.e. Medicaid is not the primary insurer), the procedures of that insurance plan are used and only after the fact would Medicaid get involved. In other words, in relation to Plaintiff's treatment, Medicaid would never be involved in any pre-approval process for any specific treatment or type of treatment. However, if the treatment approved is covered by Medicaid, Medicaid will reimburse the provider, in this case CDOC, after the fact for the treatment pursuant to applicable Medicaid statutes, rules, regulations and guidelines.

16. In short, in this case, Medicaid was not involved in any treatment decisions for Plaintiff at the time CHP was addressing any request for any outside treatment for her, as CDOC was the primary insurance provider not Medicaid. Medicaid would only be involved after the fact and would reimburse CDOC for any treatment it approved that would be covered by Medicaid, such as an overnight hospital stay, which is what Medicaid reimbursed CDOC for in this case. Medicaid would never be involved in pre-approval process unless it was the primary insurer for the patient which was not the case involving the Plaintiff.

4

Case 1:18-cv-00956-MSK-MEH   Document 222-1   Filed 01/24/20   USDC Colorado   Page 5
of 9

Dated this _____ day of January, 2020.

*s/Kellie Wasko*

Kellie Wasko



**COLORADO**
Department of Corrections

Executive Director
*Dean Williams*

Executive Asst/
Constituent Svcs Spsvr.
*Gina Weingardt*

Constituent Svcs
Coordinator
*Tina Wiley*

Deputy Executive
Director
*Kellie Wasko*

Executive Asst
*Amanda McCrae*

**Inspector General**
*Sherrie Daigle*

- Region I
  Criminal Inv. III
  *Danny Lake*
- Region II
  Criminal Inv. III
  *Tina Herrera*
- Region III
  Criminal Inv. III
  *Grace Novotny*
- Region IV
  Criminal Inv. III
  *Mott Richardson*
- Prison Rape
  Elimination Act
  Manager - *Ron Ortiz*

**Project Liaison**
**Program Mgmt. I**
*Melinda Nedd-Colon*

**Adult Parole**
**Director**
*David "DJ" Johnson*

- Adult Parole
  Deputy Director
  VACANT
- Parole Ops Denver
  Metro/North
  Assistant Director
  *Susan White*
- Parole Ops
  Southern/Western
  Assistant Director
  *Deb Duran*
- Reentry
  Assistant Director
  VACANT
- Offender Prog.
  Assoc. Director
  *Bryon Sparling*
- Admin. Svcs
  Associate Director
  *Merideth McGrath*
- Policy & Planning
  Associate Director
  *Heather Salazar*

**Clinical & Correctional**
**Services - Director**
*Michelle Brodeur*

- Clinical Svcs
  Assistant Director
  VACANT
- Education
  Assoc. Director
  *Joan Corson*
- Food Svc/Laundry
  Administrator
  *Charleen Crockett*
- Strategic
  Planner/Lean
  *Lisa Thayer*
- Policy Analyst
  *Kristin Lighthall*

**Finance/Administration**
**Director**
*Deb Goheen*

- Assistant Director
  VACANT
- Facility Mgmt. Svcs.
  Assistant Director
  *Richard Weems*
- Legal Services
  Associate Director
  *Adrienne Jacobson*
- Planning & Analysis
  Associate Director
  *Rick Vyncke*
- Budget/Bus. Ops
  Asst. Director
  *Mary Ensminger*
- Correctional Indus.
  Assistant Director
  *David Lindsay*
- Payroll Benefits
  Supervisor
  *Sandy McGinniss*

**Prisons**
**Director**
*Travis Trani*

- Prisons
  Deputy Director
  *Steve Owens (I)*
  - Wardens
    AVCF - T. Jaques (I)
    BVCC - Jason Lengerich
    Denver Complex - Ryan Long
    CTCF - Mike Romero
    DCC/RCC - Steve Green
    LVCF/YOS - David Sligar (I)
    SCF - Jeff Long (I)
- Emergency Manager
  *Denny Owens*
- Faith & Citizens
  Coordinator
  *Kirk Machin*
- In-Reach Liaison
  VACANT
- Prisons
  Deputy Director
  *Matthew Hansen*
  - Wardens
    CCF - Sean Pruitt (Interim)
    CSP - Steve Owens
    CMC - Angel Medina
    FCF - Scott Dauffenbach
    LCF - Terry Jaques
    SCCF/TCF - Siobhan Burtlow
- Offender Services
  Associate Director
  *Jackie McCall*
- PPMU
  Associate Director
  *Alison Morgan*

**Human Resources**
**Chief**
*Rick Thompkins*

- HR/Risk Mgmt./
  Training
  Assoc/ Director
  *Brenda Valerio*

**Legislative Liaison**
*Aaron Greco*

**Victim Services**
**Coordinator**
*Monica Chambers*

- Victim Liaison
  *Kelly Waldrop*
- Tech III
  *Tracy*
  *Gutierrez*
  *Jessica Trujillo*
  *Tracy Wilner*

**Public Information Officer**
**Associate Director**
*Annie Skinner*

**Sec. Detail**
CO III
*Mike Klinger*

- CO II
  G. Church
  K. Deguelle
  Vacant

*Updated: June 1, 2019*

*Dean Williams, Executive Director*

(I) = Interim

*Director Clinical and Correctional Svces.*
*(Multiple Sites) Warden*

* Wasko to CHP Aug. 2019
  (Trani to ???)
* Mawl to OMD 12/2018 to current

# Colorado Department of Corrections



| Total Department FTE & budget breakdown. (based on FY 2019-20 appropriations) | |
|---|---|
| 6,266.8 | Total FTEs |
| $986,450,179 | Total funds |
| $883,497,760 | General funds |
| $47,619,442 | Cash funds |
| $51,757,665 | Re-appropriated funds |
| $3,575,312 | Federal funds |

Executive Director's Office
*Dean Williams*
47.5 FTE
$179,687,362 Budget

Division of Finance & Administration
*Director – Deb Goheen*
316.6 FTE
$127,271,173 Budget

Division of Clinical & Correctional Services
*Director-Michelle Brodeur*
1,233.9 FTE
$209,026,129 Budget

Division of Adult Parole
*Director - David Johnson*
428.6 FTE
$60,831,752 Budget

Division of Prisons
*Director - Travis Trani*
4,140.3 FTE
$ 400,413,828 Budget

Division of Inspector General
*Inspector General*
*Sherrie Daigle*
48.2 FTE
$5,005,693 Budget

Division of Human Resources
*Chief HR Officer*
*Rick Thompkins*
51.7 FTE
$4,214,242 Budget

Note: The Executive Director's Office includes 19.5 Parole Board FTE

**Linked in**

Join now        Sign in

Kellie Wasko

# Kellie Wasko

Correctional Health Partners

Vice President at Correctional Health Partners

Colorado Springs, Colorado · 7 connections

Join to Connect

---

## Experience



**Vice President**
Correctional Health Partners
Aug 2019 – Present · 6 months

**Colorado Department of Corrections**
8 years 3 months

**Deputy Executive Director**
Sep 2013 – Aug 2019 · 6 years

Deputy executive director to the cabinet position, executive director. Responsible for the management and oversight of 23 persons, 21,000+ offenders and over 10,000 parolees. Responsible health authority for the healthcare delivered through 23 clinics and two residential treatment programs as well as to high functioning infirmaries.

**Director Of Clinical Services**

 **Linked in**

Join now | Sign in

Kellie Wasko

**Assistant Director**
Jun 2011 – Sep 2012 · 1 year 4 months
Assistant Director of Prisons - appointing authority for the division of clinical services.

# View Kellie Wasko's full profile to

✓ See who you know in common

✓ Get introduced

✓ Contact Kellie Wasko directly

Join to view full profile

## People also viewed

 **Ewa Podlacha**
Correctional Healthcare Management at Corizon

**Jen Mix**
Physician at Correctional Health Partners

 **Deb Alderson**
CEO at GTL

 **Madison Barr, MA**
Director Of Business Development and Communications at Correctional Health Partners

 **Jeff Archambeau**
Chief Executive Officer at Correctional Health Partners

 **Annette Coggins**
RN Regional Health Services Administrator