

**For this Record...**
Filing history and documents
View Trademarks
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Name | Correctional Health Partners, LLC |
| Status | Good Standing |
| Formation date | 12/08/2009 |
| ID number | 20091639725 |
| Form | Limited Liability Company |
| Periodic report month | December |
| Jurisdiction | Colorado |
| Principal office street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States |
| Principal office mailing address | n/a |

| Registered Agent | |
|---|---|
| Name | Geoffrey Archambeau |
| Street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States |
| Mailing address | n/a |

Filing history and documents

View Trademarks

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

# About Us

### Jeff Archambeau, Chief Executive Officer and President ✕

Jeff Archambeau has successfully built and managed clinical programs in adult and youth corrections, mental health, and physical health systems in the private and public sectors. His career trajectory includes leading hospital and community-based mental health programs, and directing large, risk-based mental health contracts under the Colorado Medicaid program.

Mr. Archambeau has directed CHP's business development efforts since our inception in 2004 and reorganized as CHP in 2011. With his diverse and extensive healthcare experience, Jeff brings rich insight and leadership to CHP and our clients uniquely applicable to the corrections health setting. Jeff completed his Masters in Health Services Administration at the University of Denver.

Close

**CARE THAT MAKES SENSE**

**Customized Programs for Your Population**

## OUR SERVICES

Correctional Health Partners (CHP) creates clinical programs to respond to the unique needs of your inmate population. Our clinical programs are based on national standards and community healthcare best practices, which allows us to provide safe and defensible care.

# About Us

Home (/)  /  About Us

## Jennifer Mix, DO, Chief Medical Officer ✕

Dr. Jennifer Mix leads CHP's team of correctional Medical Directors, nurses and physicians. Dr. Mix has worked for Correctional Health Partners for over 10 years to oversee the clinical delivery and management systems for our clients. Dr. Mix actively develops physician and specialist relationships through education on care management initiatives and reviews client utilization and our performance data. Her primary and correctional care expertise ensures and the optimization of onsite medical services to maintain program efficiency and ensure best practices in care and appropriate offsite referrals.

**CARE THAT MAKES SENSE**

**Customized Programs for Your Population**

Close

# OUR SERVICES

Correctional Health Partners (CHP) creates clinical programs to respond to the unique needs of your inmate population. Our clinical programs are based on national standards and community healthcare best practices, which allows us to provide safe and defensible care.

| Home | My Favorites | Lists | Employers by Major | Employ Veterans | Locations | Blogs |

# Correctional Health Partners, LLC



Action ▾

## Contact Information

**Correctional Health Partners, LLC**
1125 17th St
Denver, CO 80202

**Contact:** Steve Krebs
**Title:** Member
**Phone:** (720) 612-6600
**Website:** www.chpdelivers.com

There are **64** Companies located at 1125 17th St, Denver, CO 80202

## Business Description

Correctional Health Partners, which also operates under the name Chp, is located in Denver, Colorado. This organization primarily operates in the Administrative Management business / industry within the Engineering, Accounting, Research, and Management Services sector. This organization has been operating for approximately 10 years. Correctional Health Partners is estimated to generate $16.2 million in annual revenues, and employs approximately 145 people at this single location.

## Map

| Sector: | Engineering, Accounting, Research, and Management Services |
|---|---|
| Category: | Management Services |
| Industry: | Administrative Management |
| SIC Code: | 8741 |

**Name:** Correctional Health Partners, LLC
**Year Founded:** 2009
**Engaged In:**
☐ **Manufacturing**
☐ **Importing**
☐ **Exporting**

**State of Inc:** Colorado
**Location Type:** Single
**Revenue:** $ 16,195,255
**Employees Here:** 145
**Facility Size:** 5,088 sqft
*\* Revenue & Employees are estimates*

About Us        Partnerships        Terms of Use        Privacy Policy        Remove Company        Contact
Us
View larger map      Directions

**Demographics for Zipcode 80202**







Copyright © 2019 Buzzfile Media LLC. All Rights Reserved.
45 Broadway, Ste 1420, New York, NY 10006

Percentage   Population

87.0 %   White

8.1 %   Hispanic

5.6 %   Black

6.1 %   Asian

1.6 %   Native American

0.3 %   Hawaiian

2.4 %   Other

**Population**
**10,148**

**Median Age**
**32.3**

Female   Male
**44.7%**   **55.3%**
4,534   5,614

Female   Male
**30.4**   **33.9**

**Employees & Yearly Growth Rates at This Location**

180

160

140

---



Employees at This Location                    Year-over-Year Growth

The information in this chart is primarily composed of estimated or modeled data

## Questions & Answers

*Q* **How big is Correctional Health Partners?**
*A* Correctional Health Partners is estimated to generate **$16.2 million** in annual revenues, employs approximately **145** people at this location. They occupy this facility which is approximately **5,088 square feet.**

*Q* **Where is Correctional Health Partners located?**
*A* Correctional Health Partners is located at **1125 17th St, Denver, CO 80202.** This location is in Denver County and the Denver-Aurora-Lakewood, CO Metropolitan Area.

*Q* **What is the internet address for Correctional Health Partners?**
*A* The website (URL) for Correctional Health Partners is **www.chpdelivers.com.**

*Q* **What are the annual sales for Correctional Health Partners?**
*A* Correctional Health Partners generates approximately **$16.2 million** in annual sales.

*Q* **Are there other companies located at 1125 17th St, Denver, CO?**
*A* There are **64 commercial tenants** at 1125 17th St, Denver, CO.

*Q* **What is the phone number for Correctional Health Partners?**
*A* The phone number for Correctional Health Partners is **(720) 612-6600**

*Q* **How long has Correctional Health Partners been in business?**
*A* Correctional Health Partners has been in business for approximately **10 years.**

*Q* **How many people work at Correctional Health Partners?**
*A* Correctional Health Partners has approximately **145 employees** at this location.

*Q* **Where is Correctional Health Partners incorporated?**

*A*  Correctional Health Partners is incorporated in the state of Colorado.

*Q*  **Is Steve Krebs the only contact you have for Correctional Health Partners, LLC?**
*A*  On Buzzfile's **Professional (subscription) Service** we have 5 contacts for Correctional Health Partners, LLC, including 2 contacts with email addresses.

*Q*  **Is there a key contact at Correctional Health Partners?**
*A*  **Steve Krebs** is the **Member** at Correctional Health Partners. You can contact Steve at **(720) 612-6600**.

Less ▲

## Business Contacts at Correctional Health Partners, LLC:
### 4 total Contacts, 2 with email

This information is available to paying subscribers. **Click** to learn about our subscription plans.

## Similar Companies Nearby
## (Industry participants & competitors)

| Name | Empl. | Dist. (mil) |
| --- | --- | --- |
| Felix Administrative Services, LLC | 2 | 0.3 |
| PSI Services Holding Inc. | 5 | 0.4 |
| US Premier Office Equities LP | 5 | 0.6 |
| Rtl Enterprises, Llc. | 1 | 0.8 |
| Auraria Higher Education Center | 120 | 1.3 |
| Businessally LLC | 1 | 2.8 |
| Janus Administrative Solutions Inc | 2 | 2.9 |
| Filsinger Energy Partners, Inc. | 5 | 3.4 |
| At Your Service Admin Support | 2 | 3.5 |
| Robert F May Co | 7 | 4.1 |

## Statistics for Zipcode 80202

| | |
| --- | --- |
| Average House Value | $382,900 |
| Average Household Income | $67,672 |
| Number of Households | 6,761 |
| Persons per Household | 1.39 |

| | |
| --- | --- |
| **Number of Businesses** | 6,033 |
| **Number of Employees** | 67,208 |
| **Land Area (square miles)** | 1.120 |
| **Water Area (square miles)** | 0.000 |





For this Record...
Filing history and
documents
View Trademarks
Get a certificate of good
standing
File a form
Subscribe to email
notification
Unsubscribe from email
notification

Business Home
Business Information
Business Search

FAQs, Glossary and
Information

# Summary

| Details | |
|---|---|
| Name | Correctional Health Partners, LLC |

| Status | Good Standing | Formation date | 12/08/2009 |
|---|---|---|---|
| ID number | 20091639725 | Form | Limited Liability Company |
| Periodic report month | December | Jurisdiction | Colorado |
| Principal office street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | Geoffrey Archambeau |
| Street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States |
| Mailing address | n/a |

Filing history and documents

View Trademarks

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

Back

Terms & conditions | Browser compatibility

 

**For this Record...**
Filing history and documents
Show entity
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | |
|---|---|
| Trade name | Correctional Health Partners |
| Registrant name | PHYSICIAN HEALTH PARTNERS, LLC |
| Status | Effective |
| ID number | 20091252146 |
| Renewal month | n/a |
| Primary residence or usual place of business street address | n/a |
| Primary residence or usual place of business mailing address | n/a |

| Details | |
|---|---|
| Formation Date | 05/05/2009 |
| Form | Limited Liability Company |
| Expiration Date | n/a |

Filing history and documents

Show entity

Get a certificate of fact of trade name (PDF)

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

| Back |
|---|

Terms & conditions **|** Browser compatibility



# CorrectionalHealthPartners

## Jennifer A. Mix, DO
### Chief Medical Officer

Jennifer Mix has been a practicing Doctor of Osteopath since 2003, where she began her medical career as an Internal Medicine resident at Saint Joseph Hospital in Denver, CO.

Since 2006, Primary Physician Partners, an Independent Practice Association (IPA) of Correctional Health Partners' (CHP) parent company, Physician Health Partners, has contracted with Dr. Mix to oversee the clinical delivery and management systems for our clients. Dr. Mix has been responsible for directing utilization management and quality improvement programs for CHP's correctional clients since 2012. Dr. Mix reviews and approves health plans, ensures legislative compliance, and provides overarching clinical direction regarding the medical necessity of treatment.

Dr. Mix is actively engaged in developing physician and specialty provider relationships through education of care management initiatives and reviewing data analysis. She mentors providers for the Colorado Department of Corrections to manage healthcare costs and assure continuity of care.

### Education
University of Colorado
 BA, Molecular Cellular Developmental Biology
Kansas City University of Medicine and Biosciences
 Doctor of Osteopathy
Exempla Saint Joseph Hospital in Denver, Colorado
 Internship/Residency, Internal Medicine

### Certification and Licensure
Medical Licensure for State of Colorado #DR-44437

### Professional Experience
- July 2012 to present, Correctional Health Partners (CHP): Sr. Medical Director
- July 2007 to June 2012, Primary Physician Partners: Physician
- January 2006 to present, Wheat Ridge Internal Medicine: Physician, Owner

### Teaching Experience
- 2006 to present, Clinical Instructor in Internal Medicine, Internal Medicine Residency Saint Joseph Hospital, Denver, CO
- 2006 to present, Clinical Instructor in Internal Medicine, Red Rocks Community College Physician Assistant Program, Golden, CO

Jennifer A. Mix, DO
Jennifer.Mix@CHPdelivers.com
303-868-5890

CHP-RYAN 001

SKR-BC 000030

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

**UTILIZATION REVIEW**
Phone: (720) 612-6700
Fax: (303) 605-1545

| | | | |
|---|---|---|---|
| Request ID: | 009-11140401 | | |
| Event ID# | 0011140943 | Date: | 9/19/2013 |
| IPA: | CDC | | |
| Priority: | ROUTINE | | |

| | | | |
|---|---|---|---|
| Patient Name: | RYAN, SHAWNEE | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 159496 |
| DOB: | 3/11/1957 | Group: | 4P |
| Address: | CDOC | | |
| | DENVER WOMENS CORRECTION | | |
| | CANON CITY, CO 81212 | PCP: | DENVER WOMENS CORRECTIONAL FACILITY |
| Phone: | | PCP Phone: | 303-371-4804 |

| | | | |
|---|---|---|---|
| Requesting: | JUNE SCOTT | Referred To: | MEDICAL CENTER OF AURORA |
| Phone: | 303-307-2605 | Phone: | 303-695-2600 |
| Fax: | 303-3731763 | Fax: | |
| Contact: | | Facility: | |

**Request Type:** OUTPATIENT DIAGNOSTIC
**Diagnosis:** 585.9 CHRONIC KIDNEY DISEASE UNSPECIFIED
**Past Treatment Comments:**

CDOC REQUEST 177159: Hosp Name: DENVER HEALTH (05)Clin Name: INTER RADIO (64)Specialist: Provider: JUNE SCOTT (A245) CDOC REQUEST 1. CLINICAL INFORMATION: 56 yer old female with nephrotic range proteinuria and renal insufficiency now with p. positive ANA, positive Sjogren's Ab and positive urine immunoelectrophoresis (Bence Jones positive) who needs a renal biopsy to direct treatment. Please schedule at Denver Health in Radiology appointment. Thank you.

**Auth Status:** APPROVED AS SUBMITTED
**Decision Date:** 9/23/2013

| Procedure: | Description: | Appr. From: | Appr. To: | Units: |
|---|---|---|---|---|
| 50200 | RENAL BIOPSY PRQ TROCAR/NEEDLE | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |
| 77001 | FLUORO CENTRAL VENOUS ACCESS DEV PLACEMENT | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |

**Approval Specifications / Comments:**

*This referral is not a guarantee of payment. Coverage will be determined based on eligibility and availability of remaining benefits at the time of the service. If not enrolled in Medicare, you are not allowed to receive Federal Payments for Medicare Advantage Plans or charge the patient by law.*

https://secure.phpmcs.com/UserInterfaceLayer/MCS/PrintRequest_SSRS.aspx?ReferralKe... 11/1/2013

SKR-000043

```
Referral from:  Case Manager
Information Obtained from:  Chart
Support System:  Other
Mental Status/Cognition:  Alert and Oriented
Psychosocial Concerns:  None identified
Proposed Discharge Plan:  Other
I_Completed - Send to Meditech:  N
R_Completed - Send to Meditech:  N
```

HCM SUPPORT SERVICES

No HCM Support Services data on file for this encounter in MIDAS+

Updated by:     Nally,Jamie () - 11/6/2014 9:27 AM

PATIENT NAME: RYAN,SHAWNEE K          ACCOUNT #:E40004798401

SKR0000045

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

North Campus
700 Potomac
Aurora, CO 80011

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

PATIENT NAME:    RYAN,SHAWNEE K
MEDICAL RECORD:  E40004798401
ACCOUNT#:        E001170450
LOCATION:        E.MEDOBS

ATTENDING PHY:   Kashikar,Padmini A  MD

CASE MANAGEMENT REPORT
HCM DISCHARGE PLANNING

Case Workers:    Rogers,Jackie

Living Status:   Other
Setting:         Jail/prison

ADL Limits:      Independent

DME:             None

Discharge Risk: High risk diagnosis

Comments:
---11/6/2014 0927 by Jamie Nally---
INITIAL ASSESSMENT:

Diagnosis: CHEST PAIN

PMH: DM, HTN, CHRONIC KIDNEY DISEASE STAGE IV, ANXIETY, DEPRESSION, MULT MYELOMA

PCP: DR. NALLAPAREDDY, ONCOLOGIST

Prior services: DWCF FACILITY

People involved with patient s care and contact numbers:  UNKNOWN

Insurance: MEDICAID

Re-admission within 30 days? (If yes, reason if known):  NO

Barriers to discharge:  PENDING STRESS TEST TODAY

Comments: PATIENT CAME FROM JAIL WITH CHEST PAIN. IF STRESS TEST GOES WELL
TODAY WILL DC BACK TO JAIL.

------------------------------------------------------------------------

HCM Discharge Planning User Fields:

PATIENT NAME: RYAN,SHAWNEE K            ACCOUNT #:E40004798401

*Cardiac incident #1.
Nov. 14, 2014. Met
all HCPF14-0006
reqmts. CDOC/CHP
initiated Medicaid
and Medicaid
covered (i.e.
CHP aware of
inmate Medicaid.

01/__/2013  14:02   17195835874                                              PAGE  04/04
PPIP MCS

Page 1 of 1

**PHYSICIAN HEALTH PARTNERS**                                    UTILIZATION REVIEW
1815 Arapahoe St., Suite #300, Tower 1                          Phone: (720) 612-6700
Denver, CO 80202                                                Fax: (303) 605-1546

| | | | |
|---|---|---|---|
| Request ID: | 009-11140401 | | |
| Event ID#: | 0011140943 | Date: | 9/19/2013 |
| IPA: | CDG | | |
| Priority: | ROUTINE | | |

| | | | |
|---|---|---|---|
| Patient Name: | RYAN, SHAWNEE | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 159496 |
| DOB: | 3/11/1957 | Group: | 4P |
| Address: | CDOC | | |
| | DENVER WOMENS CORRECTION | | |
| | CANON CITY, CO 81212 | PCP: | DENVER WOMENS CORRECTIONAL FACILITY |
| Phone: | | PCP Phone: | 303-371-4804 |

| | | | |
|---|---|---|---|
| Requesting: | JUNE SCOTT | Referred To: | MEDICAL CENTER OF AURORA |
| Phone: | 303-307-2605 | Phone: | 303-695-2600 |
| Fax: | 303-3731763 | Fax: | |
| Contact: | | Facility: | |

Request Type:   OUTPATIENT DIAGNOSTIC
Diagnosis:      585.9 CHRONIC KIDNEY DISEASE UNSPECIFIED
Past Treatment Comments:

CDOC REQUEST 177159: Hosp Name: DENVER HEALTH (05)Clin Name: INTER RADIO (64)Specialist: Provider: JUNE SCOTT (A245)
CDOC REQUEST 1. CLINICAL INFORMATION: 56 year old female with nephrotic range proteinuria and renal insufficiency now with a
positive ANA, positive Sjogren's Ab and positive urine immunoelectrophoresis (Bence Jones positive) who needs a renal biopsy to direct
treatment. Please schedule at Denver Health in Radiology appointment. Thank you.

Auth Status:    APPROVED AS SUBMITTED
Decision Date:  9/23/2013
Procedure:      Description:

| Procedure | Description | Appr. From | Appr. To | Units: |
|---|---|---|---|---|
| 50200 | RENAL BIOPSY PRQ TROCAR/NEEDLE | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |
| 77001 | FLUORO CENTRAL VENOUS ACCESS DEV PLACEMENT | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |

Approval Specifications / Comments:

*This referral is not a guarantee of payment. Coverage will be determined based on eligibility and availability of remaining benefits at the time of the service. If not enrolled in Medicare, you are not allowed to receive Federal Payments for Medicare Advantage Plans or charge the patient by law.*



https://secure.phpmcs.com/UserInterfaceLayer/MCS/PrintRequest_SSRS.aspx?ReferralKe...   11/1/2013

SKR-000043

Referral from:  Case Manager
Information Obtained from:  Chart
Support System:  Other
Mental Status/Cognition:  Alert and Oriented
Psychosocial Concerns:  None identified
Proposed Discharge Plan:  Other
I_Completed - Send to Meditech:  N
R_Completed - Send to Meditech:  N

HCM SUPPORT SERVICES

No HCM Support Services data on file for this encounter in MIDAS+

Updated by:     Nally,Jamie () - 11/6/2014 9:27 AM

PATIENT NAME: RYAN,SHAWNEE K            ACCOUNT #:E40004798401



THE MEDICAL CENTER OF AURORA

South Campus          North Campus          Centennial Medical Plaza
1501 South Potomac    700 Potomac           14200 East Arapahoe Road
Aurora, CO 80012      Aurora, CO 80011      Englewood, CO 80112

PATIENT NAME:     RYAN, SHAWNEE K
MEDICAL RECORD:   E40004798401
ACCOUNT#:         E001170450
LOCATION:         E.MEDOBS

ATTENDING PHY:    Kashikar, Padmini A  MD

CASE MANAGEMENT REPORT
HCM DISCHARGE PLANNING

Case Workers:     Rogers, Jackie

Living Status:    Other
Setting:          Jail/prison

ADL Limits:       Independent

DME:              None

Discharge Risk: High risk diagnosis

Comments:
---11/6/2014 0927 by Jamie Nally---
INITIAL ASSESSMENT:

Diagnosis:  CHEST PAIN

PMH: DM, HTN, CHRONIC KIDNEY DISEASE STAGE IV, ANXIETY, DEPRESSION, MULT MYELOMA

PCP: DR. NALLAPAREDDY, ONCOLOGIST

Prior services: DWCF FACILITY

People involved with patient s care and contact numbers:  UNKNOWN

Insurance:  MEDICAID

Re-admission within 30 days? (If yes, reason if known):  NO

Barriers to discharge:  PENDING STRESS TEST TODAY

Comments: PATIENT CAME FROM JAIL WITH CHEST PAIN. IF STRESS TEST GOES WELL
TODAY WILL DC BACK TO JAIL.

------------------------------------------------------------------------

HCM Discharge Planning User Fields:

PATIENT NAME: RYAN, SHAWNEE K          ACCOUNT #: E40004798401

*Cardiac incident #1.
Nov. 14, 2014. Met
all HCPF14-0006
rqmts, CDOC/CHP
initiated Medicaid
and Medicaid
covered. i.e.
CHP aware of
Inmate Medicaid.

# Colorado Department of Corrections

# PROVIDER MANUAL



**CHP-RYAN 291**

# DOC Provider Manual
# Table of Contents

SECTION 1 Introduction to TPA ...................................................................... 2

SECTION 2 CHP Contact Information ............................................................ 3

SECTION 3 DOC Overview ......................................................................... 4-6

SECTION 4 Credentialing ............................................................................ 7-8

SECTION 5 CHP Clinical Programs ........................................................... 9-15

SECTION 6 Claims ................................................................................... 16-24

SECTION 7 Services On Site at Correctional Facilities ............................... 25

SECTION 8 DOC Medical Necessity Appeal Process ............................ 26-27

SECTION 9 Provider Complaint & Grievance Process ............................... 28

SECTION 10 Access to Services & Schedule of Benefits ........................... 29

SECTION 11 Portal User's Guide ............................................................... 30

SECTION 12 Pharmacy ............................................................................... 31

SECTION 13 Security Issues .................................................................. 32-34

APPENDICES ....................................................................................... 35-52
    A: Office Information Form ................................................... 36
    B: Prior Authorization Request Form ................................. 37
    C: Claims Adjustment/Appeals Form ................................ 38
    D: Quality Reporting Form .............................................. 39-40
    E: Request for Reimbursement/Onsite Services Travel ...... 41
    F: Schedule of Covered Benefits ..................................... 42-49
    G: Renal Transplant Criteria ............................................... 50
    H: Cancer Treatment Guidelines ........................................ 51

CONFIDENTIAL    CHP-RYAN 292

# Section 1:
# Introduction to Third Party Administrator

### Section 1: Introduction to Correctional Health Partners (CHP)

Correctional Health Partners (CHP) and our parent company, Physician Health Partners, were founded by primary care physicians who are dedicated to making a difference in the quality and cost of patient care delivery. Our medical directors have become national leaders in achieving the Institute for Healthcare Improvement's Triple Aim to help our clients realize better clinical outcomes, manage the cost of care, and improve satisfaction with care received.

To achieve these objectives for correctional healthcare delivery systems, we utilize our expertise and resources to apply the following effective methodologies, which are largely parallel to those we have created in community systems of care:

- Analyzing healthcare utilization, quality measures, and clinical outcomes to continuously improve upon systems and performance over time
- Leveraging the expertise of onsite healthcare providers to limit costs and risks associated with offender transport to offsite providers
- Utilizing standardized, evidence-based care guidelines to ensure patients receive appropriate and timely care.
- Managing patient care throughout the healthcare system, including specialist practices and hospitals, to control costs and promote continuity of care for better outcomes
- Partnering with facility administration, onsite health services staff, and community providers to optimize process and workflow efficiencies
- Using highly integrated healthcare technologies to ensure accurate provider payment for authorized care and to generate data for measuring efficiency of offsite care delivery



Primary care provided by DOC health care practitioners (HCPs) is the foundation of the care model used by DOC and CHP. Based at each of the correctional facilities, DOC HCPs have the training to deliver a broad spectrum of care and are in the best position to know each offender's medical history and needs.

When specialized care is required, the HCP refers the offender to qualified specialty care providers belonging to the Panel of Medical Consultants who share our values and commitment to excellent healthcare. Even when referred for specialty care, offender treatment continues to be guided, managed, and monitored by the DOC HCP.

For additional information regarding CHP, please visit: www.chpdelivers.com.

CONFIDENTIAL                                                                    CHP-RYAN 293

# Section 2:
# CHP Contact Information

Section 2: CHP Contact Information

| | |
|---|---|
| **CHP Main Phone (toll free)** | 866-932-7185 |
| **CHP Main Fax (toll free)** | 877-827-0656 |
| | |
| **Client Services** | |
| Account Manager: Lou Tuccitto | |
| Email | louis.tuccitto@CHPdelivers.com |
| Office Phone | 720-612-6888 |
| | |
| Sr. Care Manager: Jennifer Misevicz | |
| Email | jennifer.misevicz@CHPdelivers.com |
| Office Phone | 720-612-6782 |
| Mobile Phone | 719-325-9962 |
| | |
| Manager, Care Management/Prior Authorization: David Scott | |
| Email | david.scott@CHPdelivers.com |
| Office Phone | 720-612-6729 |
| | |
| **Prior Authorization/Referrals** | |
| Phone (toll free) | 866-362-1374 *2 |
| Fax (toll free) | 866-362-1375 |
| | |
| Claims Mailing Address | PO Box 1738 |
| | Denver, CO 80201-1738 |
| | |
| CHP Client Resources for DOC | |
| Add to your favorites list for quick access. | http://chp.phpmcs.com/CLIENTS/CDOC.aspx |

| | | |
|---|---|---|
| **Medical and Claims Appeals** | | |
| | Submit Appeals to | Correctional Health Partners |
| | | ATTN: MEDICAL APPEALS |
| | | PO Box 1648 |
| | | Denver, CO 80201-1648 |

NOTE: Prior Authorization, Claims and Colorado Client Services can all be reached at the CHP main number 1-866-932-7185 using the following prompts:

Press 1: Claims Customer Service
Press 2: Prior Authorization & Referrals
Press 3: Colorado Client Services

CONFIDENTIAL                                                    CHP-RYAN 294

# Section 2:
# CHP Contact Information

## Section 3: Colorado Department of Corrections (DOC Overview)

### A. DOC INTRODUCTION

Clinical Services (CLS) is a centrally managed division within DOC that provides comprehensive medical, dental, mental health, and substance abuse treatment services to eligible offenders. It is the objective of CLS to maintain a managed care delivery system to provide quality, evidenced-based, and cost-effective healthcare through the use of its primary care assets, in conjunction with a complimentary provider network of specialists and institutions.

### B. DOC Clinical Service Network

DOC maintains its own internal medical care system for offenders in order to provide primary care services within its own facilities. The following is an overview of the DOC network:

1. Each DOC facility has its own medical clinic.
2. Each facility has one or more physicians or mid-level providers (PA, NP) acting as the HCP for the offenders housed at that facility. These HCPs are classified state employees or contractors.
3. Routine dental services (but not oral surgeries) are provided at each facility.
4. DOC operates its own pharmacy that provides all pharmaceuticals prescribed to offenders. The exceptions are instances in which prescriptions are provided while the offender is receiving inpatient medical care at an institution outside of DOC or specialized pharmaceutical therapy.
5. DOC manages mental health and substance abuse treatment services internally.
6. DOC operates two 24-hour infirmaries that provide services for offenders from all DOC facilities. The Denver Reception and Diagnostic Center (DRDC), and Colorado Territorial Correctional Facility (CTCF) provide sub-acute level care.
7. Denver Reception and Diagnostic Center (DRDC) operate a dialysis unit that manages DOC's dialysis needs. This unit is owned by DOC and operated by a dialysis vendor.
8. DOC operates a Central Transportation Unit (CTU) which provides routine and limited emergent transport service. Supplemental transportation services are available through private contractors.

### C. DOC SPECIALTY CARE NETWORK

CHP maintains statewide contractual agreements with specialty care providers such as multi-specialty medical providers, acute care hospitals, imaging, diagnostic centers, and lab services that are not available through the onsite DOC primary care network.

CONFIDENTIAL                                                          CHP-RYAN 295

# Section 2:
# CHP Contact Information

**D. COLORADO MEDICAID**

DOC will apply for Medicaid benefits for qualified offender inpatient stays of at least 24 hours. If approved for benefits, the claims for services will be processed through the Health Care Policy and Financing (HCPF – the Colorado Medicaid agency) as Medicaid claims. All claims for services to Medicaid-eligible offenders associated with place of service (POS) 21 including facility and professional claims will be paid by HCPF at Medicaid rates. These changes are due to new Medicaid eligibility rules under the Affordable Care Act.

DOC employees will initiate applications on behalf of the DOC offenders, which will be processed by HCPF. If Medicaid benefits are approved, a denial explanation of benefits (EOB) will be issued by CHP to all affected providers, and claims for all services for Medicaid approved patients with POS 21 will be resubmitted for adjudication and payment processing. Claims for patients not qualifying for Medicaid will continue to be processed by CHP at contracted rates.

The CHP Care Management nurses will continue to work closely with hospital providers and their discharge planning staff for the care of these patients. CHP's nurses will be operating under a Business Associate Agreement with DOC as the primary care provider in order to meet HIPAA requirements regarding sharing Protected Health Information (PHI) as part of treatment, payment, and health care operations (TPO).

**E. ELIGIBLE OFFENDER POPULATION**

The DOC population that is eligible for healthcare services consists exclusively of Colorado offenders incarcerated at correctional facilities operated by DOC, and its private prison contractors. Community corrections offenders and parolees are not eligible for the healthcare services. DOC is solely responsible for determining the eligibility of its offenders, and sends an electronic file transfer of eligible offenders to CHP on a weekly basis.

**F. DOC FACILITIES**

To the extent possible, DOC seeks to minimize the distance to which offenders must be transported for outside medical care. Listed below are the current DOC facilities and DOC private contractor-operated facilities, gender specifications, and location of each.

CONFIDENTIAL                                                                CHP-RYAN 296

# Section 2:
# CHP Contact Information

| Public Facilities | Gender | Location |
|---|---|---|
| Arkansas Valley Correctional Facility | Male | Ordway, CO |
| Arrowhead Correctional Center | Male | Canon City, CO |
| Buena Vista Correctional Facility | Male | Buena Vista, CO |
| Centennial Correctional Facility | Male | Canon City, CO |
| Colorado Correctional Center (Camp George | Male | Golden, CO |
| Colorado State Penitentiary | Male | Canon City, CO |
| Colorado Territorial Correctional Facility | Male | Canon City, CO |
| Delta Correction Facility | Male | Delta, CO |
| Denver Reception & Diagnostic Center & Infirm | Male/Female | Denver, CO |
| Denver Women's Correctional Facility | Female | Denver, CO |
| Four Mile Correctional Center | Male | Canon City, CO |
| Fremont Correctional Facility | Male | Canon City, CO |
| Limon Correctional Facility | Male | Limon, CO |
| La Vista Correctional Facility | Male/Female | Pueblo, CO |
| Rifle Correctional Center | Male | Rifle, CO |
| San Carlos Correction Facility | Male | Pueblo, CO |
| Skyline Correctional Center | Male | Canon City, CO |
| Sterling Correctional Facility | Male | Sterling, CO |
| Trinidad Correctional Facility | Male | Trinidad, CO |
| Youth Offender System | Male/Female | Pueblo, CO |
| | | |
| Private Contractor-Operated Facilities | | |
| Bent County Correctional Facility | Male | Las Animas, CO |
| Crowley County Correctional Facility | Male | Olney Springs, CO |
| Kit Carson Correctional Facility | Male | Burlington, CO |
| Cheyenne Mountain Re-Entry Center | Male | Colorado Springs, CO |

CONFIDENTIAL                                    CHP-RYAN 297

# Section 2:
# CHP Contact Information

## Section 4: Credentialing

### A. PRIMARY SOURCE VERIFICATION

CHP has in-house provider credentialing processes based on current National Committee for Quality Assurance (NCQA) requirements and standards. CHP utilizes the services of MedAdvantage or the CMS Provider Enrollment Chain & Ownership System (PECOS) system for primary source verifications. MedAdvantage and PECOS will review the following areas as a credentials verification organization (CVO):

- Application processing
- Board certification/Residency completion
- Medical school, graduation
- DEA/CDS registration
- Hospital privileges
- License to practice
- Malpractice claims history
- Malpractice insurance Medicare/Medicaid sanctions
- National practitioner data bank query
- Ongoing monitoring
- Sanctions against licensure

### B. CREDENTIALING PROCESS

After a provider or a specialty practice completes the CHP contracting process, the CHP credentialing specialist will request that MedAdvantage send a Credentialing Application packet to the provider or specialty practice. After completion, the packet will be returned to MedAdvantage. MedAdvantage will perform the primary source verification and forward the completed credentialing packet to CHP's credentialing specialist. After reviewing the packet, CHP will note any elements deemed to be a Category II issue or above for the CHP medical director and DOC to review. If a provider has already been credentialed as a Medicare provider through PECOS, which has been deemed to meet credentialing requirements for purposes of DOC network eligibility, CHP may utilize the CMS PECOS credentialing system to verify provider CMS status at its discretion in lieu of MedAdvantage.

CHP staff will present credentialing files to the CHP Credentialing Committee for review. If approved by the Credentialing Committee, the applicant's information will be sent to DOC for addition to the DOC Panel of Medical Consultants. The applicant will be sent a letter by CHP within thirty (30) days informing the provider of CHP and DOC's final decision. Providers failing to submit credentialing information will not be included in the DOC panel of medical consultant network.

CONFIDENTIAL

CHP-RYAN 298

# Section 2:
# CHP Contact Information

### C. RE-CREDENTIALING PROCESS

Re-credentialing of network providers by CHP shall occur every three years. When due for re-credentialing, CHP may elect to verify the provider's continuing CMS participation through PECOS or the CHP credentialing specialist will request that MedAdvantage send a Credentialing Application packet to the provider. The process then is the same as above for initial credentialing. Providers failing to submit re-credentialing information will be removed from the DOC Panel of Medical Consultants.

If a provider is declined by the CHP Credentialing Committee in either the credentialing or re-credentialing process, CHP will send a letter to the provider within thirty (30) days of the decision informing the provider of the Credentialing Committee's decision. CHP will then make any necessary arrangements for the transfer of patient care to in-network providers if the provider is seeing DOC offenders for care and, the provider will be removed from the DOC specialist network.

It is the provider's or specialty practice's duty to inform CHP of changes to its provider list, including additions and deletions to the practice.

### D. PANEL OF MEDICAL CONSULTANTS

Providers contracted with the Third Party Administrator to deliver medical services to DOC offenders may be appointed to the Panel of Medical Consultants when qualified under credentialing guidelines. CHP will notify DOC to request appointment to the DOC Panel of Medical Consultants.

This appointment shelters the provider under the "Colorado Governmental Immunity Act". Providers under this panel are covered by the state's limitations of liability regarding care delivered to offenders. However, providers should maintain professional liability insurance coverage to assure there are no uncovered liabilities before or after appointment by the DOC Executive Director.

CONFIDENTIAL                                                                    CHP-RYAN 299

# Section 2:
# CHP Contact Information

### Section 5: CHP Clinical Programs

## A. INTRODUCTION

CHP Care Management Programs assist in the coordination of medically necessary, high quality and cost effective healthcare services to deliver the greatest value possible to the purchaser, the provider, and the recipient of healthcare services. The Care Management Program has been developed around the pivotal role of DOC's correctional facility-based health care practitioners (HCPs) to organize and coordinate offender care, utilizing a network of specialty and ancillary providers. The multi-disciplinary resources of CHP's Care Management staff work closely with HCPs to facilitate care that promotes best offender outcomes. The primary goal of the programs is to provide an ongoing and judicious blending of "best practice" and cost effective clinical choices, focused on delivering the right care, in the right place, at the right time.

The Care Management Program is comprised of the following key components.

- Prior Authorization Management and Referrals
- Inpatient Facility Utilization Management
- Quality Management
- Utilization Management Reporting

## B. CARE MANAGEMENT PRIOR AUTHORIZATION (REFERRAL AND PRE-CERTIFICATION)

The Care Management Prior Authorization program supports a referral and prior authorization process customized for DOC. The program coordinates closely with DOC schedulers to minimize associated transport and security costs.

All Prior Authorization activities are integrated through the use of the CHP's Web Portal. The portal is a secure, user/password link accessed at CHP's website. (See the Portal User's Guide in Section 11, page 30.) Members of the Panel of Medical Consultants can access the portal to request offender specialist care and securely communicate specific clinical information necessary for CHP authorization requests. The Prior Authorization staff process this information in a timely manner to ensure prompt turnaround time. Authorization decisions are documented and are available for review on the portal by any contracted provider with appropriate security access.

### 1. Referral and Prior Authorization Requests Submission

In the event that the portal is temporarily not available at the CHP website, the requesting provider must utilize the Prior Authorization Request Form (Appendix B). The completed form and supporting clinical documentation can be faxed to the following number for authorization review and decision approval. Fax: 1-866-362-1375

CONFIDENTIAL                                                                 CHP-RYAN 300

# Section 2:
# CHP Contact Information

Office hours are Monday through Friday from 8:00AM to 5:00PM excluding holidays. Phone line hours are Monday through Friday from 8:30AM to 4:30PM.

## 2. Prior Authorization Procedure

### a. Role of the DOC Health Care Practitioner

The HCP and the Health Services Administrator (HSA) at each of the DOC facilities manages preventative healthcare, chronic care, and treats acute illness for the offender population. Successful treatment beyond the HCP's scope of primary care practice may require:

- A referral to a specialty care provider in the Panel of Medical Consultants
- Diagnostic services
- Therapeutic services
- Treatment services

### b. Role of the Specialist Physician within the Panel of Medical Consultant Network

When a specialty care provider (SCP) is requested to assist in the care of an offender it is important for the SCP to keep the HCP apprised of findings and recommendations in a timely fashion. At no time should it be assumed that the HCP has relinquished control of the offender's care to the SCP. When an SCP feels the offender would benefit from specialty care from another SCP, the SCP must submit a prior authorization request to CHP's Prior Authorization Department for the referral to the requested provider. Supporting clinical information or documentation is to be submitted to substantiate the referral and facilitate the authorization request. This is also true where the SCP feels additional treatment/diagnostics are required to complete care. The SCP must submit a request to perform such services to CHP's Prior Authorization Department directly through the portal (see above). In some instances, the SCP may be required to submit additional information at the time of the request to facilitate the authorization.

### c. Referral and Prior Authorization Process

Upon determination that an offender requires a referral to an SCP, the HCP or SCP must submit a request to CHP's Prior Authorization Department defining clearly the rationale for such services (please read Appendix B for the content of the clinical information required). Upon receipt of a referral or prior authorization request, the assigned Care Management staff, utilizing Milliman Care Guidelines criteria and DOC guidelines, will review the request to determine eligibility, mandatory release date (MRD), evidence of coverage, medical necessity of the service request, and to direct care to network contracted providers. To facilitate the authorization the SCP is required to submit additional clinical information by fax to 1-866-362-1375.

CONFIDENTIAL                                                                      CHP-RYAN 301

# Section 2:
# CHP Contact Information

Specialists and providers with the portal access are encouraged to submit authorization requests electronically through the portal, or by fax using the Prior Authorization Request Form (Appendix B).

### d. Timeframe for Rendering Decisions

The Prior Authorization Program adheres to decision timeframes established in conjunction with DOC, depending on the nature of the request:

- **Non-emergent/Routine Service Requests: 2 business days**
- **Urgent Service Requests: 1 business day**

If all clinical information supporting the authorization is not submitted at the time of the request, CHP follows timeliness standards as set by Colorado Code of Regulations for managed care.

### e. Required Clinical Information

CHP can make timely, rational, and well-documented decisions when provided with well-documented requests. To assist the CHP Medical Management staff, providers **must** include the following information to expedite their authorization requests. The supporting information, and notwithstanding electronic and/or fax request, include:

- Provider's full name
- Diagnosis or symptom
- Duration of the diagnosis or symptom
- Service requested providing a description sufficient for accurate coding and to ensure that the diagnosis and requested service align
- Objective data supporting the requested service (please note that the chief complaint is not sufficient to support the medical necessity of the service)
- Conservative therapies that have been tried and failed or were insufficient, including the various therapies and timeframes in which they were provided and the offender's response to the treatment
- Previous diagnostic results
- Compliance with Milliman Care Guidelines
- Functional impact of providing the service, or of not providing the service, on the offender's health status
- Relevant medical history that pertains to this request
- Follow-up or repeat diagnostic service requests, include findings of previous studies that support the need for repeat follow-up or study

CONFIDENTIAL                                             CHP-RYAN 302

# Section 2:
# CHP Contact Information

- Follow-up office visits (outside of a global timeframe). What is the specialist being asked to do that the HCP cannot do?

### f. Request Escalation Review Process

For requests that come directly to CHP, if the Care Management staff cannot make an approval determination for a requested service, the request is escalated to CHP's medical director. Should additional clinical information be required to render a decision, the Care Management staff will pend the referral for additional information and notify the provider as to what specific clinical information is needed to complete the request.

If a provider disagrees with the decision rendered in this process, providers may utilize the appeal process described in the provider manual, Section 8, DOC Medical Necessity Appeal Process.

Where additional clinical information is requested, the case will be pended for up to forty-five (45) days per Colorado Code of Regulation §4-2-17. Should the requesting SCP or DOC HCP fail to provide the requested clinical information, the request will be denied after forty-five (45) days, and a notice will be sent to the provider with the instruction to appeal the decision. An appeal request may be filed as described in the provider manual, Section 8, pages 26-27.

## C. CARE MANAGEMENT (Inpatient Facility)
The CHP Inpatient Facility Care Management program works on site and/or remotely through secure links with hospitals to assist in the clinical management of the offender's care. The team is comprised of nursing staff and a medical director who are closely integrated with the Prior Authorization team.

The Inpatient Facility Care Management team conducts daily utilization reviews on every offender. The team applies Milliman Care Guidelines for concurrent and retrospective analysis. They also review evidence of quality of care concerns and delays in care.

CHP's Facility care managers are assigned to all DOC admissions regardless of location.

### 1. Notification of Admission

### a. Inpatient facilities must notify CHP of emergency admissions within one business (1) day of admission.

Notification of admissions should be called or faxed to CHP Prior Authorization at:

Phone: 1-866-362-1374
Fax:  1-866-362-1375

CONFIDENTIAL                                                    CHP-RYAN 303

# Section 2:
# CHP Contact Information

## 2. Inpatient Utilization Procedure

### a. Elective Admission Requirements (Acute, Rehabilitation, Skilled Nursing Facility)

All elective (non-emergent) admissions require CHP prior authorization. Each hospitalization is authorized by CHP based upon Milliman Care Guidelines and DOC specific criteria. The review process takes into account the diagnosis, plan of treatment, procedure to be performed, and any other pertinent information obtained from the admitting physician.

### b. Admission and Concurrent Review (Acute Inpatient, Rehabilitation, Skilled Nursing Facility)

A CHP facility care manager reviews all cases within one (1) working day of admission or notification of admission. The focus of the review is based on coordination of care, discharge planning, cost effective utilization of resources, and impact on quality of care. The CHP Facility Care Manager coordinates their reviews with facility• based utilization staff and discharge planners. The review process includes:

- A review of medical necessity criteria for admission to acute care and rehabilitation facilities
- A review of continued stay criteria to assess the need for continued inpatient care, including a review of severity of illness, intensity of delivered services, and appropriateness of the offender's level of care
- Planning for a timely, medically appropriate discharge by coordinating the plan between the HCP, attending physician, specialty consultants, facility healthcare team, behavioral health practitioners, and ancillary providers beginning at the point of admission
- Arrangement of post-discharge services
- Performing a quality review based upon identification of any sentinel events or quality indicators
- Notification to CHP departments regarding reinsurance, transplants, and potential community care management cases

If information obtained on the case does not meet medical necessity for admission or continued stay at the current level of service, the CHP Facility Care Manager will contact the attending physician to obtain additional information and the plan of care.

If the attending physician is not willing to transition the offender to an indicated lower level of care and the CHP Facility Care Manager cannot obtain medical necessity information to authorize the current level of care, CHP's medical director will be contacted to discuss the case. CHP's medical director may contact the attending physician and/or specialty consultants to discuss the issue further. When CHP's medical director and the attending

CONFIDENTIAL          CHP-RYAN 304

# Section 2:
# CHP Contact Information

physician agree on the plan of care, the agreed upon services will be authorized. If, after discussion with CHP's medical director, there is still not an agreement on the course of treatment, the CHP medical director may issue a denial letter. The process for appealing these decisions is described in the provider manual, Section 8, pages 26-27.

### c. Discharge Planning

The CHP Facility Care Manager assists the attending physician and the hospital's utilization staff in the discharge planning process. They also coordinate and communicate information regarding the discharge plans to the hospital utilization staff. CHP's Facility Care Managers ensure that the treating providers are aware of the contracted specialist Panel of Medical Consultants for any subsequent referrals.

CHP's discharge planning process, specific to DOC offenders, includes coordinating with DOC schedulers in advance of the offender's targeted discharge date. This ensures that arrangements for secure transport back to the correctional facility are in place, and that the criteria-based length of stay goal is achieved and not adversely affected by delayed transport.

### d. Daily Conference Call

In an effort to proactively manage the inpatient care of offenders, a daily conference call is conducted to review every hospitalized offender. The call is designed to review all hospital admissions for appropriateness of continued stay and determine discharge planning needs. Participants include: The Facility Care Manager, CHP's Medical Director, lead providers at the two DOC infirmaries, DOC schedulers and other key DOC personnel.

### e. Out-of-Network Admissions – Telephonic Review

Out-of-network admissions may be telephonically reviewed with the goal to transfer the offender when medically appropriate. The HCP will determine post-stabilization needs, and the CHP Facility Care Manager will work closely with the HCP to facilitate and arrange transfer.

### D. QUALITY MANAGEMENT

The Quality Management Program at CHP partners with DOC's Quality Program to assure that clinical and administrative resources are utilized in an effective, efficient, and appropriate manner and to effectively improve the quality and outcomes of the clinical care provided. The DOC Quality Management program in conjunction with CHP is designed to:

- Objectively and systematically monitor and evaluate the quality and appropriateness of care and service provided by the CHP Panel of Medical Consultants .
- Identify and pursue opportunities for improving services and systems that support optimum care delivery

CONFIDENTIAL                                                    CHP-RYAN 305

# Section 2:
# CHP Contact Information

- Identify clinical intervention activities based on data collection, measurement and analysis to track clinical issues that are relevant to the target population
- Monitor trends and identify areas of potential process improvement
- Ensure that practitioners hold requisite credentials for offender care
- Promote ongoing quality peer review
- Maintain the confidentiality of data relating to individual offenders and providers
- Support DOC Quality Committees, including

**Quality Management Committee (QMC)** – The QMC is a multi-disciplinary committee designed to evaluate organizational, process, and clinical outcomes through quality occurrence case review and pertinent data analysis. The Quality Occurrence Reporting Form provides a mechanism for identification, review, and action of potential issues around:

- Access to Care
- Treatment/Diagnosis
- Medication Issues
- Coordination/Continuity of care
- Offender safety/Behavior

CONFIDENTIAL                                    CHP-RYAN 306

# Section 6:
# Claims

### Section 6: Claims

Inpatient claims for offenders eligible for Medicaid may be submitted directly to HCPF for adjudication. Claims for inpatient hospital services with POS 21 (including both facility and professional services) that have been submitted to CHP where the offender has been approved for Medicaid eligibility will be first denied by CHP back to the provider for resubmission to HCPF for adjudication and payment processing. Claims for patients not qualifying for Medicaid will continue to be processed by CHP at current contracted rates.

For claims to be processed by CHP in a timely and accurate manner, standard-reporting requirements must be observed.

### A. CLAIMS FORMS

CHP accepts the following claims formats:

- HCFA/CMS-1500
- UB-04
- Approved HIPAA 837 Electronic Format

**CHP will not interpret claim form information from provider statements, invoices or superbills.**

When completing claims, providers should reference the following in choosing correct codes that accurately reflect the billed activity.

- CMS-1500 Physician's Manual
- UB-04 Billing Manual
- Physician's Current Procedural Terminology (CPT)
- ~~ICD-9-CM, or~~ ICD-10 –CM ~~once implemented~~
- Health Care Financing Administration Common Procedural Coding System (HCPCS)

### B. CLAIMS SUBMISSION PROCEDURES

All original claims must be submitted to CHP's Claims Department within sixty (60) days of the date of service, or the timely filing requirements specified in the provider's contract in effect on the date of service to the offender. **Claims submitted beyond the timely filing period will be denied. Provider billing by invoice will not be processed by CHP Claims or DOC.**

Submit claims to:

Correctional Health Partners (CHP)
Colorado Department of Corrections
PO Box 1738
Denver, CO 80201-1738

**CONFIDENTIAL**                                                                 **CHP-RYAN 307**

# Section 6:
# Claims

**Providers are not to invoice DOC or offenders for service. Balance billing the patient is prohibited under your contract with CHP. Services not covered by the DOC benefit program or otherwise not submitted by claim will not be paid.**

CHP will determine if sufficient information has been submitted to allow proper consideration of the claim. If the claim information is not sufficient, the claim will be denied with an appropriate explanation given in writing to the provider. The claim may be resubmitted with complete information and the Claims Adjustment/Appeals Request Form (Appendix C) of the provider manual. In order to ensure prompt payment, it is recommended that providers submit claims as soon as possible after the date service was rendered.

If you have questions about claim(s), or are interested in the status of the claim, please call 1.866-932-7185, #1.

CHP will process all "clean" paper claims within forty-five (45) days of receipt, and within thirty (30) days of receipt of "clean" electronic claims. "Clean" claims are defined as claims for eligible offenders that contain all the necessary information, and have any required prior authorization on file. Payment by CHP of valid provider claims will be made from DOC funds. CHP does not use its own funds to pay claims.

Depending on the provider contract type, services may require specific documentation in order to be reimbursed appropriately. Specialty care providers whose contracts provide for delivery of services on-site at the correctional facility, will receive reimbursement via completed HCFA/CMS-1500 and a completed Request for Reimbursement/Travel for Services On Site (Appendix E).

## C. GENERAL CLAIMS INSTRUCTIONS

Claims forms that do not include all required data elements may be delayed or denied. The data fields and information required for accurate completion of each type of claim form are described below.

### 1. Paper Claims Form Requirements

Paper claims ~~may be completed by hand, typewriter, or computer, but~~ must meet the requirements below, and must be clearly legible to be accurately entered in the claims payment system.

### HCFA/CMS-1500 Claims Submissions

All claims for professional services, including laboratory services performed by an independent laboratory, must be filed on the HCFA/CMS-1500 Universal Billing Form, unless filing electronically. These forms are available through the U.S. Government Printing Office at 1-202-512-1800. CHP providers must include, at a minimum, the information included in the HCFA/CMS table in the provider manual, which can be found on pages 20-23.

CONFIDENTIAL                                                      CHP-RYAN 308

# Section 6:
# Claims

PLEASE NOTE: HCFA/CMS-1500 claims must list the place of service (POS), Box 24B for proper payment. See POS codes for HCFA/CMS-1500 on the HCFA/CMS-1500 table of the provider manual. Time units are also required when applicable for anesthesia claim submissions

### UB-04

All CHP hospital and facility claims, including laboratory services performed by a hospital, must be submitted using the UB-04 Billing Form. These forms are available through the Standard Registry Forms at 303-860-8000. Professional and/or technical components of hospital-based physician's services must be billed separately on a HCFA/CMS-1500 claim form. Providers must include, at a minimum, the information included in the UB-04 table included in the provider manual, which can be found on pages 22-23.

### 2. Imaging Requirements

Black ink **must** be used to complete claim forms. The following list of items **cannot** be scanned.

- Colored inks or crayons
- Faint printing caused by worn or poor quality printers
- Highlighters (used to mark claims or attachments)

Claims that cannot be scanned will be returned. If field completion is not required, leave the field blank.

### 3. Claims with Multiple Claim Lines

Claims consisting of more lines than allowed on the form must be split, and each page fully completed and totaled. Incomplete claim forms will be returned.

### 4. Required Attachments

Always affix required attachments behind the specific claim form that requires an attachment for proper adjudication. If several claims require the same attachment, a separate photocopy of the attachment must accompany each claim. Examples of required attachments, depending on the issue, might include claims vouchers, EOBs, denial letters, invoices, notes, written communications, etc.

### 5. Multiple Occurrences of the Same Procedure on the Same Day

Claims for more than one (1) occurrence of the same procedure on the same date should be reported on one (1) billing line using multiple units of service. Charges for the procedure should equal the unit procedure price times the number of units of the service provided. **DME providers should use the total number of units, not the number of cases.**

CONFIDENTIAL                                    CHP-RYAN 309

# Section 6:
# Claims

### 6. Electronic Claims Submission

CHP encourages providers to submit claims electronically. Electronically transmitted claims are adjudicated more efficiently and expeditiously.

**Electronic Network Systems, Inc. (ENS) is CHP's preferred clearinghouse.** For more information or assistance on electronic claims submission, please contact ENS 800-341-6141 or **www.ENSHealth.com.**

### 7. Diagnosis Coding

CHP accepts **only** those diagnosis codes published in the International Classification of Diseases, Clinical Modification (ICD-9-CM), or ICD-10-CM once implemented. ICD-10-CM codes must be entered clearly on the claim form, and must include all digits and characters. All providers, including DME and ambulance providers, are required to enter diagnosis information on claims submitted.

Some procedures are appropriate only when specific conditions are present. Providers must ensure that the diagnosis entered supports the validity and appropriateness of the services provided.

### 8. Procedure Coding

CHP uses the CPT/HCPCS codes to identify services provided to offenders. In order to ensure that claims are processed promptly and accurately, please use only codes that are valid on the date of service. CPT and HCPC Code Lists are updated at least annually, so the most recent versions of these manuals should be used. Codes that are no longer valid will be denied with a remark stating that the procedure code is not valid.

### 9. Third Party Resources

Federal and state regulations require that all available Third Party Resources (TPR) be pursued prior to reimbursement by CHP. Third Party Resources is the term used by CHP to describe offender coverage other than DOC's that may pay for medical services.

For DOC offenders, TPR is uncommon, but can occur. Please follow the instructions below when filing a claim for an offender who has been identified as having TPR but has been denied coverage.

- Providers must attach documentation showing claims processing results from the TPR to HCFA/CMS-1500 or UB-04 claims forms. Attach a copy of the Explanation of Benefits (EOB), denial notice, benefits exhausted statement, or a copy of the check or voucher used for claim payment from the TPR. Letters or notices from a TPR refusing payment, because of claim preparation errors or failure to provide sufficient processing information, are not acceptable as proof of TPR denial.

- Providers must complete the appropriate TPR data fields/form locators on the claim

CONFIDENTIAL                                          CHP-RYAN 310

# Section 6:
# Claims

form submitted to CHP. If an EOB applies to more than one claim, a copy of the EOB must be attached to each claim submitted.

**10. Resubmission of Denied Claims for Incorrect or Incomplete Information**

Denied claims can be resubmitted to CHP for reprocessing if they were denied due to incorrect or insufficient information. **Resubmission of denied claims must be received by CHP within 60 days** ~~of the date of service~~,   **of the original denial date, or the timely filing requirement listed in your contract, or they must be submitted as a 1st Level Claims Appeal.** Claims that are paid incorrectly must be resubmitted as described below.

**11. Adjustments to Claims Paid Incorrectly or Incompletely**

Claims which appear in the claims paid section of the remittance voucher may be adjusted in the event of underpayments, claims paid at zero, or over-payments. Adjustment requests must follow the process for a 1st Level Claims Appeal.

**Providers are not to invoice DOC or offenders for service. Balance billing and services not covered by the DOC benefit program or otherwise not submitted by claim will not be paid.**

**D. HCFA/CMS-1500 CLAIMS SUBMISSIONS- REQUIRED INFORMATION**
All claims for professional services, including laboratory services performed by an independent laboratory, must be filed on the HCFA/CMS-1500 Universal Billing Form, or in the appropriate field if filing electronically. CHP providers must include, at a minimum, the following information, if required, on all claims. Inpatient claims for offenders eligible for Medicaid may be submitted directly to HCPF for adjudication. Claims submitted to CHP that are payable by Medicaid will be denied with notice to the provider of Other Coverage. Professional services for offender outpatient services and observation stays are not Medicaid eligible and CHP should receive an appropriately completed and filed claim.

| HCFA/CMS-1500 Box # | Data Element | Required |
|---|---|---|
| 1 | Applicable Insurer | Yes |
| 1a | Offender's ID Number | Yes |
| 2 | Offender's Name | Yes |
| 3 | Offender's Date of Birth | Yes |
| 4 | Insured's Name | Yes, if applicable |
| 5 | Offender's Address | No |
| 6 | Offender's Relationship to Insured | No |
| 7 | Insured's Address | No |
| 8 | Offender Status | No |
| 9 | Other Insured's Name | Yes, if offender has third party insurance coverage |
| 10 | Is Offender's Condition Related to… | Yes |

**CONFIDENTIAL**                                        **CHP-RYAN 311**

# Section 6:
# Claims

| 11 | Policy Group or FECA Number | Yes, if offender has third party insurance coverage |
|---|---|---|
| 11a | Insured's Date of Birth | No |
| 11b | Offender's Place of Employment or School | NA |
| 11c | Insurance Name or Program Name | Yes |
| 11d | Another Health Benefit Plan | Yes |
| 12 | Offender's or Authorized Person's Signature | Yes |
| 13 | Insured or Authorized Person's Signature | No |
| 14 | Date of Current Illness, Injury or Pregnancy | Yes, if accident |
| 15 | First Date of Similar Illness | No |
| 16 | Dates Unable to Work | Yes, if worker's comp |
| 17 | Name of Referring Physician or Other Source | Yes, if applicable |
| 17a | ID number of referring Physician | Yes, if applicable |
| 17b | NPI | No |
| 18 | Hospitalization Dates Related to Current Service | Yes, if applicable |
| 19 | Local Use | No |
| 20 | Outside Lab Charges | Yes, if applicable |
| 21 | Diagnosis Code | Yes |
| 22 | Resubmission Code | No |
| 23 | Prior Authorization Number | Yes, if applicable |
| 24a | Date of Service | Yes |
| 24b | Place of Service | Yes |
| 24c | EMG | Yes |
| 24d | Procedures, Services, Supplies | Yes, modifier required, if applicable |
| 24e | Diagnosis Pointer | Yes |
| 24f | Charges | Yes |
| 24g | Days or Units | Yes |
| 24h | EPSDT Family Plan | No |
| 24i | ID Qual | No |
| 24j | Rendering Provider ID | Yes |
| 25 | Federal Tax ID Number | Yes |
| 26 | Offender's Account Number | No |
| 27 | Accept Assignment | No |
| 28 | Total Charge | Yes |
| 29 | Amount Paid | No |
| 30 | Balance Due | Yes |
| 31 | Physician or Supplier Signature | Yes |
| 32 | Facility Location | Yes |
| 33 | Billing Provider Info and Phone Number | Yes |

CONFIDENTIAL                                             CHP-RYAN 312

# Section 6:
# Claims

### E. UB-04 CLAIMS SUBMISSIONS - REQUIRED INFORMATION

All CHP hospital and facility claims, including laboratory services performed by a hospital, must be submitted to CHP using the UB-04 Billing Form, or in the appropriate field if filing electronically. Professional and/or technical components of hospital-based physicians and CRNA's must be billed separately on a HCFA/CMS-1500 claim form. CHP providers must include, at a minimum, the following information, if required, on all claims. Inpatient claims for offenders eligible for Medicaid may be submitted directly to HCPF for adjudication. Claims submitted to CHP that are payable by Medicaid will be denied with notice to the provider of Other Coverage. Hospital services for offender outpatient services and observation stays are not Medicaid eligible and CHP should receive an appropriately completed and filed claim.

| UB-04 Box Number | Data Element | Required |
|---|---|---|
| 3a | Offender's Control Number | Yes |
| 3b | Medical Record Number | No |
| 4 | Type of Bill | Yes |
| 5 | Federal Tax Number | Yes |
| 6 | Covered Period | Yes |
| 8 | Offender Name | Yes |
| 9 | Offender Address | No |
| 10 | Offender Date of Birth | Yes |
| 11 | Sex | Yes |
| 12-15 | Admission Date | Yes |
| 13 | Admission Hour | Yes |
| 14 | Admission Type | Yes |
| 15 | Admission Source | Yes |
| 16 | DHR | Yes |
| 17 | STAT | No |
| 18-28 | Condition Codes | Yes, required for inpatient |
| 29 | ACDT State | No |
| 31a-34a | Occurrence Code | Yes |
| 31b-34b | Occurrence Date | Yes |
| 35-36 | Occurrence Span | Yes, if applicable |
| 37 | NA | |
| 38 | NA | |
| 39a-d - 41a-d | Value Codes and Amount | Yes, if applicable |
| 42 | Revenue Codes | Yes |
| 43 | Revenue Codes Description | Yes |
| 44 | HCPS/Rate/HIPPS Code | No |
| 45 | Service Date | Yes, if different than box 6 |
| 46 | Service Units | Yes |
| 47 | Total Charges by Revenue Code | Yes |
| 48 | Non-covered Charges | Yes |

CONFIDENTIAL                    CHP-RYAN 313

# Section 6:
# Claims

| 50 | Payer Name | Yes |
|----|-----------|-----|
| 51 | Health Plan ID | Yes |
| 52 | Related Info | Yes |
| 53 | Assignment of Benefits Indicator | No |
| 54 | Prior Payments | Yes |
| 55 | Estimated Amount Due | No |
| 56 | NPI | No |
| 57 | Other, Provider ID | Optional |
| 58 | Insured's Name | Yes |
| 59 | P. REL | No |
| 60 | Insured's Unique ID | Yes |
| 61 | Group Name | Yes |
| 62 | Insurance Group Number | Yes |
| 63 | Treatment Authorization Codes | Yes |
| 64 | Document Control Number | No |
| 65 | Employer Name | No |
| 66 | DX=Principal Diagnosis Code | Yes |
| 67a-Q | Other Diagnosis Codes | Yes, if applicable |
| 69 | Admit Diagnosis | Yes |
| 70 | Patient Reason Diagnosis | Yes |
| 71 | PPS Code | No |
| 72 | ECI | No |
| 74a-e | Procedure Codes & Dates | Yes |
| 76 | Attending Physician | Yes |
| 77 | Operating Physician | Yes, if applicable |
| 78-79 | Other Physicians | Yes, if applicable |
| 80 | Remarks | Optional |

**F. FIRST LEVEL CLAIMS APPEALS**

A claims appeal relates solely to disagreements regarding claims payment that cannot be resolved in the above processes. The claims appeals process consists of a series of reviews that respond to disputes over claims filed by providers.

The First Level Claims Appeal for consideration and resolution of the claim(s) must be sent in writing to CHP within forty-five (45) days of the initial determination, or as the provider contract provides, to:

> Correctional Health Partners
> ATTN: CLAIM APPEALS
> PO Box 1648
> Denver, CO 80201-1648

CONFIDENTIAL                                                CHP-RYAN 314

# Section 6:
# Claims

**Appeals must include the following:**

- A copy of the original, signed claim, and copies of all required claims attachments
- A copy of the remittance advice that provides proof of original timely filing
- Copies of any other correspondence from both CHP and the provider regarding the claim
- Claim Adjustment/Appeals Request Form (Appendix C)
- A letter explaining the circumstances, and reason for the appeal

If the required documentation is present but additional information is needed to review the appeal, additional information will be requested in a letter from CHP to the appealing provider. If the requested information is not received within thirty (30) days of the date of the written request, the appeal will be denied.

After an initial appeal determination by CHP is made, the provider will be notified about the determination either by a remittance voucher or letter from CHP. The notification will include information about the provider's right to and procedure for filing a Second Level Appeal.

## G. SECOND LEVEL CLAIMS APPEALS

Providers can submit a Second Level Appeal if the provider feels an adverse decision was made regarding an appeal as referenced above. The results of this appeal are final and binding.

A provider, or their designee, may file a Second Level Appeal in writing within forty-five (45) calendar days from the initial adverse appeal determination. Appeals will be acknowledged in writing. A member of the CHP management team, who exceeds in corporate rank the initial team member that rendered the adverse determination, will facilitate the Second Level Appeal.

The provider will be notified in writing of the Second Level Appeal determination within thirty (30) calendar days of receipt. Notice will include specific reasons for this determination.

CONFIDENTIAL                                                                    CHP-RYAN 315

# Section 6:
# Claims

### Section 7: Services On-Site At Correctional Facilities

Due to the complexities, risk, and costs associated with transporting offenders for specialty medical care visits, provider contracts for services on site at correctional facility clinics have been established by CHP. Where capacity is available, and adequate offender volume exists, specialty providers may offer consultative services and perform minor procedures at correctional facility clinics.

**PRIOR AUTHORIZATION FROM CHP IS REQUIRED FOR ALL SPECIALTY SERVICES RENDERED ON SITE**

Depending on the provider contract type, the services require specific documentation in order to be reimbursed appropriately. Specialty care providers who have on-site payment language in their contracts, and who go on site to a correctional facility, will receive reimbursement via completed HCFA/CMS-1500, and a completed Request for Reimbursement/Travel for Services on Site (Appendix E).

### A. SUBMISSION OF HCFA/CMS-1500
Providers are paid according to their contracted fee schedule. Providers must use place of service code 12 in Field 24b of the HCFA/CMS-1500 form for services provided on site at a correctional facility.

### B. SUBMISSION OF REQUEST FOR TRAVEL REIMBURSEMENT FORM
Travel reimbursement applies **only** to providers with this provision in their contract. Complete and submit a Request for Reimbursement/Travel for Services On-Site form (Appendix E) as located in the provider manual. Providers must travel a minimum of thirty (30) minutes to a correctional facility, and thirty (30) minutes back from the correctional facility before the hourly rate for travel will apply. Providers should complete the Miles/Hours Traveled, DOC Total Hours, and Total Hours payment lines on the Request for Reimbursement/Travel for Services On Site form (Appendix E). Please refer to your contract, and contact CHP's Account Manager at if you have questions.

- Submit your HCFA/CMS-1500 forms to the appropriate claims address, and your reimbursement for travel services to:

  **Correctional Health Partners (CHP)**
  **Colorado Department of Corrections (DOC)**
  **PO Box 1738**
  **Denver, CO 80201-1738**

**Providers are not to invoice DOC or offenders for service. Balance billing, services not covered by the DOC benefit program or otherwise not submitted by claim will not be paid.**

CONFIDENTIAL                                                        CHP-RYAN 316

# Section 8:
# DOC Medical Necessity Appeal Process

## Section 8: MEDICAL NECESSITY APPEAL PROCESS

### A. DESCRIPTION OF THE APPEAL PROCESS

Per DOC policy, the offender may not appeal a decision. Please note that denials for benefits not covered by DOC are rarely overturned.

Appeal letters may be mailed or faxed to:

Correctional Health Partners
ATTN: MEDICAL APPEALS
PO Box 1648
Denver, CO 80201-1648
FAX – 1-866-362-1375

### B. RECONSIDERATION AND APPEAL PROCESS:

**Reconsideration: The CHP Medical Director that originally issued the denial will review any additional and pertinent clinical information submitted and may:**
1. Determine that the requested care was appropriate and overturn the initial denial. You will be notified via letter of the reconsideration and a new authorization will be issued.
2. Determine that the original denial is upheld. All clinical information will be submitted for Level 1 Appeal to a second Medical Director not involved in the initial determination.

**Level 1 Appeal:** A second Medical Director will review all additional and pertinent clinical information and render a final decision. Providers will be notified via letter of Correctional Health Partner's final determination.

**Level 2 Appeal:** If you do not agree with CHP's final determination, you must fax or mail an additional request to CHP for a Level 2 Appeal within 45 days of the date on the appeal determination letter. CHP will contact the Department of Corrections Chief Medical Officer who will review the case and make a final determination. You will be notified by CHP via a letter of that decision.

### C. URGENT PRE-SERVICE APPEALS PROCESS (Prior Authorization Appeals)

An expedited 72 hour appeal may be filed for pre-service situations where the timeframe for a standard appeal will result in deterioration of a condition or may result in permanent mental impairment, permanent loss of function or unmanageable pain. A decision on an expedited 72 hour appeal will be rendered within 72 hours of request for the appeal by the CHP Medical Director.

If you have any questions regarding the appeal process or questions regarding the multiple levels of appeals, please contact CHP Care Management at 1.866.362.1374 Option 2.

### E. UPHELD DENIAL

If the denial is upheld, the decision will be communicated to the requesting provider by CHP within thirty (30) calendar days of the date the appeal letter was <u>received</u>. Notification that

CONFIDENTIAL                                                        CHP-RYAN 317

# Section 8:
# DOC Medical Necessity Appeal Process

the denial was upheld will include instructions for the Second Level Appeal process.

The information in the notification will include the specific reason(s) for the adverse determination including rationale, and the internal rule, guideline, protocol, or other similar criteria used to make the adverse determination.

**F. OVERTURNED DENIAL**

If the denial is overturned, the requesting provider will be notified of authorization via mail or electronically within thirty (30) calendar days of the date the appeal was received by CHP.

**G. SECOND LEVEL APPEAL- FINAL**

The provider can request a Second Level Appeal to CHP in writing if the provider disagrees with the finding of the First Level Appeal. A request for Second Level Appeal must **be made within thirty (30) days from the date of the notice of the decision on the First Level Appeal.** CHP will contact the DOC Chief Medical Officer who will conduct the Second Level Appeal, and will make the final and binding determination after reviewing the information related to the issue.

The Second Level Appeal process will take into consideration all materials outlined above including any additional documentation from the First Level Appeal. CHP will notify the provider of the decision within thirty (30) days of receipt of the Second Level Appeal request.

CONFIDENTIAL

CHP-RYAN 318

# Section 9:
# Provider Complaint and Grievance Process

### Section 9: Provider Complaint and Grievance Process

The CHP Provider Complaint and Grievance Process is designed to track and trend issues brought to CHP's attention by participating providers, DOC, or CHP staff.

CHP will review the concern, ensure corrective action, and act as a liaison between the provider and contracted ancillaries or DOC to assure that all perspectives are represented. The issues are logged, and monitored until an appropriate conclusion is achieved.

## A. TYPES OF CONCERNS REVIEWED

- **Informal -** Any verbal communication with CHP from a provider, or DOC staff that addresses concerns with CHP, or a contracted provider
- **Formal -** Any written communication, including email, to CHP from DOC or a contracted provider that addresses concerns with CHP, DOC, or a contracted provider
- **Educational opportunities and non-compliance issues -**Any incident concerning a CHP contracted provider referring out of CHP's network or failure to comply with CHP policies

## B. CONCERN CATEGORIES
Concerns may be submitted and logged as one of the following categories.

- **Quality of care -** Concern involving any CHP healthcare professional that may result in a situation detrimental to an offender's well-being. These complaints will be forwarded through the Clinical Quality Review Process to analyze trends, and determine appropriate actions.
- **Quality of service -** Concerns involving any CHP healthcare professional, as well as CHP itself. For example, concerns regarding access timeframes (i.e., length of time to obtain a routine appointment, authorization, etc.), or concerns in which the communication between two or more parties is incomplete, inaccurate, brusque, or unnecessary.
- **Policy -** Any concern filed regarding the policies of another provider, DOC, or CHP
- **Billing -** Any concern related to payment of services

The CHP Account Manager communicates the issue from the reporting provider to the party the concern pertains in order to reach a resolution. The timeframe for resolution is within fifteen (15) days, based on DOC guidelines. The issues reviewed are trended over time and used as a tool to guide educational initiatives or process changes either to the internal staff or external customers. For additional information, contact the CHP Account Manager.

CONFIDENTIAL                                        CHP-RYAN 319

# Section 10:
# Access to Services & Schedule of Benefits

### Section 10: ACCESS TO SERVICES AND SCHEDULE OF BENEFITS

Offenders are eligible to receive the services set forth in the Schedule of Benefits. The Schedule of Benefits establishes the methods and guidelines used to determine the coverage of treatment by DOC (Appendix F).

CONFIDENTIAL

CHP-RYAN 320

# Section 10:
# Access to Services & Schedule of Benefits

### Section 11: THE PORTAL USERS GUIDE

To access CHP's portal, open your web browser and go to www.chpdelivers.com. Click on the login link under "Services".

Enter your User ID and Password assigned by CHP. Change your User ID and password as prompted.

CONFIDENTIAL                                                   CHP-RYAN 321

# Section 10:
# Access to Services & Schedule of Benefits

## SECTION 12: PHARMACY

The DOC has developed a list of medications that comprise the official formulary. This formulary is dynamic and was developed by the DOC P&T Committee. This committee reviews new information and trends in pharmaceutical management, and may make changes to the formulary as the need presents itself.

Compliance with the DOC drug formularies, whenever applicable, is required. Requests for exceptions must be submitted in writing on the Non-Formulary Prior Authorization Request (Appendix B), and will be reviewed by the DOC P&T Committee or their designee for approval or denial. Approval must be obtained prior to dispensing. The current DOC formulary can be found at:
http://www.correctionalhealthpartners.com/Content/pdf/cdoc_downloads/DOC_Formulary_Aug_2014.pdf

CONFIDENTIAL                                                    CHP-RYAN 322

# Section 10:
# Access to Services & Schedule of Benefits

## SECTION 13: SECURITY ISSUES

Each offender transported outside the correctional facility for medical care presents a risk to the general public, the correctional officer, and possibly the persons providing care. Anytime an offender is out of the correctional facility, the opportunity for a successful escape increases. Implementing the following restrictions will limit information that could be utilized to plan an escape. CHP will make available a hardcopy of these guidelines to any provider upon request.

- As a matter of public safety, physicians and hospital staff should not discuss in the presence of or around offenders' future appointments, hospitalizations, or any schedule that involves movement of the offender.

- A record of OP, ED and office visit encounters and treatment by physicians, hospital staff and providers should be returned with custody personnel to the offender facility on discharge

- Offenders should not be left alone in an unsecured room.

- Medications should not be provided to offenders beyond the inpatient confinement. All prescriptions must be returned to the DOC for filling.

- Escape risk can additionally be reduced if the facility can provide:

- Closed parking, not accessible to others

- A secure entrance

- For outpatient visits, a secure room with restroom facilities away from other patients

- For inpatient confinements, a secure room/unit

- Approach the offender with the same respect you would give any other patient. Do not provide any personal information about yourself.

- Operate within your security comfort level. If there is uncertainty about security policy and procedure, ask the accompanying correctional officer. He/she will assist as needed.

- Expect the security staff to stay in the exam room, or within visual contact. Security staff does understand the importance of confidentiality and HIPAA.

- In taking a history, paying special attention to any inconsistencies is recommended. An offender's agenda may be different than it appears.

CONFIDENTIAL                                                                    CHP-RYAN 323

# Section 10:
# Access to Services & Schedule of Benefits

- Focus as much as possible on objective findings, including inconsistencies and note in reporting.

- Consult reports or discharge summaries must be provided to DOC within five (5) working days.

- The offender's facility provider should be contacted if more information is needed regarding the patient or the facility's capabilities in terms of diagnostic testing or treatment.

- Do not tell the offender that a specific medication is being prescribed unless it is on the DOC formulary.

- Do not prescribe items that are not covered benefits by DOC..

- The offender must not be given a specific return appointment date. They may be told they should be seen in the future, but **specific appointment dates create security risks.**

- Unusual or experimental treatments or medications should be avoided unless absolutely necessary. Utilize the most cost-effective approach available.

- The cost of transportation and associated security for offenders is significant. It is expected that the provider make every effort to work with DOC to facilitate efficient transportation.

- Schedule outpatient appointments for more than one offender around the same time

- Limit waiting times

- Provide advance notice of inpatient discharges to allow DOC to appropriately plan for transportation

- Provide flexible surgery schedule to allow DOC efficient time to transport patient

- Public safety is increased when the provider can provide on-site services at a DOC prison facility.

- Providers doing on-site visits should verify that their screening is complete and facility access is authorized prior to a facility trip. All providers will obtain access badge when checking in at the guardhouse. By rule of the facility, an escort may be required.

CONFIDENTIAL                                              CHP-RYAN 324

# Section 10:
# Access to Services & Schedule of Benefits

- Utilize telemedicine connectivity, as appropriate, in place of office visits and offender follow-up and discharge treatment.

- Connectivity must be scheduled through DOC scheduling and IT personnel

- Effectively utilize block sessions examinations.

CONFIDENTIAL                                                CHP-RYAN 325

# Section 10:
# Access to Services & Schedule of Benefits

# APPENDICES

CONFIDENTIAL                                                    CHP-RYAN 326

# Appendix A:
# Office Information Form

## OFFICE INFORMATION FORM

To ensure accurate information regarding your office and the providers in your practice, please complete the information and fax to our credentialing office below:

Correctional Health Partners
Attention: Contracting
Fax: 303-256-1739
Phone: 720-612-6700
E-mail: contracting@phpmcs.com

Practice Name: _____

Practice TIN: _____

Practice Specialty:  ☐ Family Practice  ☐ Internal Medicine  ☐ Other: _____

Address: _____   Billing Address: _____
(if different than Address)
_____   _____

Primary Phone: (____) ____   Primary Fax: (____) ____

Primary Contact for Practice: _____
Name                                Title

Contact Phone # _____

Email address: _____   Website: _____

List below all providers currently practicing under the organization's TIN:

| Last Name: | First Name: | Professional Designation: | Specialty: |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

List below ALL other locations:

| Street: _____ | Street: _____ |
|---|---|
| City: _____ State: ____ | City: _____ State: ____ |
| Zip: _____ | Zip: _____ |
| Phone: _____ Fax: ____ | Phone: _____ Fax: ____ |
| | |
| Street: _____ | Street: _____ |
| City: _____ State: ____ | City: _____ State: ____ |
| Zip: _____ | Zip: _____ |
| Phone: _____ Fax: ____ | Phone: _____ Fax: ____ |

If space is needed for additional providers or locations, please utilize the back of this form.

CONFIDENTIAL                                              CHP-RYAN 327

# Appendix B:
# Prior Authorization Request Form

**CHP**

Correctional·Health·Partners
1125 17th St. #1000

Denver, CO  80202

**CHP DOC PRIOR AUTHORIZATION**
Phone:  1-866-362-1374 Option 2
Fax:  1-866-362-1375

Date of request:_____

**Offender**

Last Name_____          First Name_____

Offender ID_____

Gender     Male ☐          Female ☐          DOB_____

Facility _____

Priority Level_____          Custody Level _____

**Request**

Request Type (*check one*):

☐ Ambulatory Surgery          ☐ Inpatient                          ☐ Pharmacy
☐ DME (Durable Medical Equipment)   ☐ Observation                    ☐ Surgical Assistant (SA)
☐ Office Visit                ☐ Therapy (PT/OT/ST/Card Rehab)    ☐ Outpatient Diagnostic
☐ Other _____

**Requesting Provider**

Name_____          Contact_____

Phone_____          Fax_____

**Refer to Provider**

Name_____

Phone_____          Fax_____

Surgical Assist_____          Facility_____

**Clinical**

DOS     _____

ICD-9 1._____ 2._____ 3._____ 4._____

CPT   1._____ 2._____ 3._____ 4._____

**Supporting Medical Information** (Criteria for Surgery / DME / What is the provider trying to rule out? / Past tx, history (therapies, etc.) / Test results (radiological evidence, etc.):

_____

_____

_____

_____

_____

CONFIDENTIAL                                                        CHP-RYAN 328

*This prior authroization is not a guarantee of payment. Coverage will be determined based on medical necessity, eligibility, policy provisions and availability of remaining benefits, at the time of service.*

CONFIDENTIAL                                                      CHP-RYAN 329

# Appendix C:
# Claims Adjustment/Appeals Request Form

### ADJUSTMENT/APPEAL REQUEST
### PLEASE INDICATE THE REQUEST YOU ARE SUBMITTING:

☐ **ADJUSTMENT**                                                                    ☐ **APPEAL**

**COMPLETE A SEPARATE REQUEST FOR EACH RECIPIENT AND/OR CLAIM AND INCLUDE THE FOLLOWING:**

1. A copy of the claim in question                                    2. A copy of the voucher

3. Medicare/Third Party Liability- A copy of the Explanation of Benefits                          4. Other necessary documentation

PROVIDER NAME

STREET ADDRESS

CITY, STATE, ZIP CODE

TELEPHONE NUMBER

| ALL FIELDS BELOW MUST BE COMPLETED | |
|---|---|
| OFFENDER IDENTIFICATION NUMBER | DATE OF SERVICE |
| OFFENDER NAME | VOUCHER DATE |
| BILLING PROVIDER TAX IDENTIFICATION NUMBER | VOUCHER # ☐☐☐☐☐☐☐ |

### PLEASE DESCRIBE THE REQUEST BELOW. DESCRIPTIONS MUST INCLUDE ANY PROCEDURE CODES/UNITS/AMOUNTS, ETC.

SIGNATURE (AUTHORIZED PROVIDER):                                    DATE:

**TO BE COMPLETED BY PHYSICIAN HEALTH PARTNERS**

☐ REPROCESS TO PAY          ☐ REPROCESS TO DENY          ☐ VOID ORIGINAL CLAIM

**REPLY:**

REVIEWED BY:                                                      DATE:

MAIL TO:          Correctional Health Partners (CHP)- APPEALS
                  Colorado Department of Corrections (CDOC)
                  PO Box 1648
                  Denver, CO  80201-1648

CONFIDENTIAL                                                        CHP-RYAN 330

# Appendix D: Quality Reporting Form
# Colorado Department of Corrections

QUALITY REPORTING FORM - DEPARTMENT OF CORRECTIONS

Type of Report:  ☐ Med Error  ☐ Quality Occurrence  ☐ Dept. of Health  ☐ Information only

Date of Occurrence: _____   Date of Report: _____   Facility: _____

Name and Title of Reporter, (optional): _____   (Office use only) Severity Code (0-4) _____

Name and DOC Number of Offender(s) Involved: _____

**Check all that apply:**

**A. Access to Care Issue**

☐ 1. Delay of care/services/DME

☐ 2. Denial of care/services/DME

☐ 3. Refusal of offender care

**B. Treatment/Diagnosis Issue**

☐ 1. Sentinel even_____(sentinel event code)

☐ 2. Incorrect diagnosis

☐ 3. Incorrect treatment/procedure error

☐ 4. Unplanned treatment or transfer resulting from previous action/inaction

☐ 5. Unplanned return to OR

☐ 6. Unplanned readmission (Hosp or Infirmary) within 30 days

**C. Medication Issue**

☐ 1. Prescribing error (provider) Code(s) _____

☐ 2. Dispensing error (pharmacy) Code(s) _____

☐ 3. Administration error (nursing) Code(s) _____

☐ 4. Failure to receive medications ordered

**D. Coordination/Continuity of Care Issue**

☐ 1. Incomplete coordination of care/services

☐ 2. Lack of follow-up

☐ 3. Failure to obtain ordered lab, x-rays or tests

**E. Utilization Issue**

☐ 1. Premature discharge (Hosp or Infirmary)

☐ 2. Prolonged hospitalization/delay of discharge

☐ 3. Inappropriate level of care

☐ 4. Inappropriate transfer

**F. Outcome/Safety Issue/Offender Behavior**

☐ 1. Unexpected death

☐ 2. Suicide

☐ 3. Suicide attempt requiring medical attention

☐ 4. Self-Inflicted injury

☐ 5. Preventable complication or infection

☐ 6. Failure to treat

**G. Professional Conduct Issue**

☐ 1. Breach of confidentiality

☐ 2. Abuse or neglect of offender

☐ 3. Provider non-compliance with policy/regs

☐ 4. Egregious provider conduct

☐ 5. Failure to communicate diagnosis, condition or treatment

**H. Scheduling/Appointment Issue**

☐ 1. Specialty provider cancelled

☐ 2. No Specialty provider appts available

☐ 3. Transportation untimely/unavailable

☐ 4. Scheduler did not schedule

Description of Incident and Actions Taken (*attach additional documents as available and necessary*) *See next page of this form for codes.

_____

_____

Name of Provider Notified: _____   Date and Time Notified: _____

Action by Provider: _____

1125 17th Street | Suite 1000 | Denver, CO 80202 | 1.866.932.7185 | CHPdelivers.com

39

CONFIDENTIAL

CHP-RYAN 331

# Appendix D: Quality Reporting Form
# Colorado Department of Corrections

## SEVERITY CODES:

0.  No Quality Issue Identified
1.  Track and Trend - Minor incidents are those which result in no injury or insignificant or non-disabling injury and do not require further treatment (including emergency room treatment) or hospitalization.
2.  *Quality Issue - Moderate incidents result in the need for medical intervention and may require emergency room visit.
3.  *Serious Issue - Requires written statement. Major incident resulting in, or potential for, adverse event.
4.  *Death.

*Requires provider notification.*

## MEDICATION OCCURRENCE CODES:

**1   DRUG ADMINISTERED TO WRONG OFFENDER**
1.1   Offender's name/ID not checked prior to administration
1.2   Orders entered on wrong MAR

**2   DRUG SHOULD HAVE BEEN AVOIDED**
2.1   Drug given without an order, order expired or D/C'd
2.2   Offender self-administered drug
2.3   Offender NPO
2.4   Expired drug or solution

**3   DRUG ADMINISTERED TO OFFENDER WITH KNOWN ALLERGY**
3.1   Allergy history not present, or allergy not documented
3.2   Medication dispensed from pharmacy
3.3   Medication taken from floor stock

**4   EXTRA DOSE OF DRUG ADMINISTERED**
4.1   Previous dose not documented
4.2   MAR was not checked prior to administration

**5   WRONG DRUG WAS ADMINISTERED**
5.1   Verbal order taken incorrectly
5.2   Order misread
5.3   Wrong drug taken from stock or card
5.4   Wrong drug dispensed from pharmacy
5.5   Documentation error

**6   WRONG DOSE/RATE WAS ADMINISTERED**
6.1   MAR not checked prior to administration
6.2   Order misread
6.3   Wrong dose taken from floor stock or card
6.4   Wrong dose dispensed from pharmacy
6.5   Documentation error
6.6   Drug dose was mislabeled
6.7   Controller/pump set incorrectly
6.8   IV rate set incorrectly (no pump used)
6.9   Controller/pump equipment failure
6.10  Dosage calculation error
6.11  Offender/visitor adjusted IV

**7   ADMINISTERED DOSE NOT DOCUMENTED**
7.1   Emergency in progress
7.2   Nurse interrupted or forgot
7.3   MAR not available
7.4   One time dose not on MAR

**8   DRUG GIVEN BY INCORRECT ROUTE**
8.1   Incorrect form taken from floor stock
8.2   Incorrect form dispensed by pharmacy
8.3   Documentation/profiling error

**9   DRUG GIVEN AT WRONG TIME/OMITTED**

*(More than 30 minutes early/late)*
9.1   Drug was not in med drawer/card
9.2   Drug was not transferred with offender
9.3   Order was not noted and/or entered on MAR

9.4   Order sheet contained incomplete information
9.5   Documentation error
9.6   Late lab draw

**10   PHARMACY ERRORS**
10.1   Wrong offender listed on label
10.2   Wrong drug dispensed from pharmacy
10.3   Wrong dose dispensed from pharmacy
10.4   Wrong quantity of drug dispensed
10.5   Expired drug dispensed by pharmacy
10.6   Mislabeled
10.7   Refill denied - Order still current
10.8   Other - Describe on front of page

**11   NARCOTIC ERRORS**
11.1   Narcotics not signed out
11.2   Not counted upon arrival from pharmacy
11.3   Not counted by nurse at start; end; or cross-shift
11.4   Unknown reason for incorrect count
11.5   Narcotics sent without sign-out sheets
11.6   Sign-out sheets sent without narcotics
11.7   Narcotics not dispensed in timely fashion

## SENTINEL EVENT CODES:

1   Deaths
2   Hospital readmission within 30 days
3   Diabetic ketoacidosis
4   Diabetic hypoglycemia resulting in unconsciousness
5   Ruptured appendix
6   Breast cancer with surgical procedure
7   Bowel obstruction
8   Uncontrolled hypertension resulting in identified end organ damage. VMS = (UNCONTRLD HTN RESULT IN IDENTIFIED END ORGAN DAMAGE)
9   GI catastrophes
10  Gangrene
11  Colon cancer
12  Adverse drug reactions requiring hospitalizations, specialty consultation or use of counteracting drugs such as corticosteroids or antihistamines VMS = (ADVERSE DRUG REACTION REQUIRING HOSP, CONSLT OR DRUGS)

13) Drug overdose
14) Electrolyte complications
15) Septicemia and pulmonary embolus, unexpected outcome or adverse clinical results (e.g., additional services due to complications of initial treatment) VMS = (SEPTICEMIA OR PULMONARY EMBOLISM WITH ADVERSE OUTCOME)
16) Admission resulting from medication errors
17) Admission due to treatment misadventures
18) Admission due to offender non-compliance
19) Life-threatening complications of anesthesia or life-threatening transfusion errors or reactions VMS = (ANESTHESIA OR TRANSFUSION ERROR WITH COMPLICATIONS)
20) Admission due to surgical complication
21) New ESRD case resulting in dialysis

CONFIDENTIAL                                                      CHP-RYAN 332

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

### REQUEST FOR REIMBURSEMENT/TRAVEL FOR SERVICES ON SITE

Submit Claims to:

Correctional Health Partners
(CHP) Colorado Department of
Corrections (CDOC)
PO Box 1738

TODAY'S
DATE: _____

SPECIALT                                          TAX ID:

HOURLY/CONTRACTED SERVICE

Date of Service:_____   Services Provided By:

Travel To:_____Travel From:

Correctional Facility(ies) where services were provided:
_____

# of Offenders seen:_           Time        From: _____To: _____

Miles/Hours Traveled:_____   x   IRS/Contracted Rate  $ _____ = $ _____

CDOC Total Hours: _____   x   Rate                $ _____ = $ _____

CDYC Total Hours: _____   x   Rate                $ _____ = $ _____

TOTAL DUE:                        $ _____

List the names of Offenders seen. Please check which line of business (CDOC/CDYC):

1. _____ CDOC       6. _____ CDOC __
2. _____ CDOC       7. _____ CDOC __
3. _____ CDOC       8. _____ CDOC __
4. _____ CDOC       9. _____ __
5. _____ CDOC      10. _____ __

I certify that the information on this invoice is true

Provider Signature

CONFIDENTIAL                                         CHP-RYAN 333

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

This 2014 Schedule of Covered Services supersedes all previous Schedules.

## PREFACE

Colorado Department of Corrections (DOC) Clinical Services is responsible for providing medical care to offenders across the state, incarcerated within the institutions of the DOC state prison system in both public and private prisons. The state provides healthcare for those offenders whom it incarcerates.

The DOC's Clinical Services has a partnership with a Third Party Administrator. The primary mission of this partnership is to supply all necessary health care services that are beyond the scope of DOC health care practitioners (HCP). This includes specialty care, diagnostics, imaging, and hospital care, as well as outpatient services. The third party administrator ensures that the professional health care staff at these external institutions has all of the appropriate medical equipment, credentials, systems, tools, and supplies necessary to ensure the delivery of services.

The intent of the health care services provided by DOC is to provide medically necessary treatment for conditions that, if not treated, are reasonably expected to cause deterioration prior to parole or release, and may result in permanent mental impairment or permanent loss of activities of daily living (ADL) functions.

The DOC and the Third Party Administrator intend to work to direct a range of care for medically necessary services within these parameters. This schedule of covered services does not represent a contract or a guarantee of services.

## ACCESS TO CARE

The DOC Clinical Services program is designed to provide offenders with the ability to have unimpeded access to health services to meet their serious medical, dental, and behavioral health needs. Offender access to health services is designed to support and collaborate with other constitutionally required programs such as work, religious services, and education. Services that are not covered by The Center for Medicare and Medicaid Services (CMS) are not covered by the DOC. Elective or non-essential care is excluded from coverage by the DOC. Health care provided will be determined based on medical necessity and reviewed on a case-by-case basis.

## PAYMENT RESPONSIBILITIES

The DOC is responsible for all offender services that the DOC or the Third Party Administrator authorizes. The DOC is not responsible for any charges associated with the offenders use of administrative regulation, A/R 700-21 (Private Health Care Providers), and all payment responsibilities will be worked out in writing prior to the approval and authorization of the A/R 700-21 service being performed.

An offender's ability to pay is not a criterion in the determination of the provision of health services. Health care will not be denied based on indigence.

CONFIDENTIAL                                                    CHP-RYAN 334

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

DOC reserves the right to seek restitution for health care costs incurred related to the offender's failure to follow a prescribed treatment plan, misuse or abuse of medical equipment, or injuries to oneself or another offender or staff during an altercation. Each will be reviewed by facility staff on a case-by-case basis. The responsible offender could be charged with all medical expenses related to the altercation through a Code of Penal Discipline (COPD) hearing.

## COVERED HEALTH CARE SERVICES

Offenders are eligible to receive the services set forth in this schedule. The fact that a participating provider on the Panel of Medical Consultants or a DOC HCP may prescribe, order, recommend, or approve a service or supply does not, in and of itself, make the service or supply a covered benefit. It is the responsibility of DOC's Third Party Administrator to evaluate the appropriate level and place of service for requested medical care services and provide authorization if determined to be medically necessary.

The following procedure establishes the method and guidelines used to determine whether treatment will or will not be provided by the DOC. The decisions will be consistent with Nationally Accepted Clinical Guidelines, DOC Administrative Regulations and Clinical Standards and ensure that sufficient health care resources are available to fulfill the DOC's policy of health care provision.

## PROCEDURE TO ACCESS HEALTH SERVICES

Upon admission to the DOC, offenders will receive written and verbal instructions regarding access to health services. A health screening assessment is also completed for each offender upon arrival into the correctional setting.

### Primary Care

Primary care is provided by the DOC HCPs in order to effectively evaluate and manage the acute and chronic health needs of the offender.

### Specialty Care

Specialty care services are provided by contracted specialists and health care facilities in the community. Covered services include consultation with a specialty care provider (SCP) whose opinion or advice is requested by the offender's DOC HCP. Services are performed either on an inpatient or outpatient basis and may include examination, diagnostics, management, surgery, or telemedicine.

### Diagnostic Services

Covered services may include:

• **Laboratory diagnostic services** – Includes diagnostic, clinical and anatomic pathological laboratory services and material

CONFIDENTIAL                                                              CHP-RYAN 335

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

- **Radiological and non-radiological diagnostic imaging services** – Includes radiography, fluoroscopy, mammography and ultrasounds.

- **Imaging services** – Includes nuclear medicine, computerized axial tomography (CAT), positron emission tomography (PET), cardiac ultrasonography, magnetic resonance imaging (MRI), cardiac catheterization and arthrography.

- **Complex vascular diagnostic services** – Includes holter monitoring, treadmill or stress testing, and impedance venous arteriography.

- **Complex neurological diagnostic services** – Includes electroencephalogram (EEG) or electromyogram (EMG) and evoked potential studies.

- **Complex pulmonary diagnostic services** – Includes pulmonary function testing and apnea monitoring including sleep studies

- **Otologic services** – Includes evaluations to determine if any hearing deficits meet the DOC parameters for treatment.

## Therapeutic Services
Covered services may include:

- **Chemotherapy services** – Includes oral and injectable medication

- **Therapeutic radiology services** – Utilized for the treatment of cancer and other diseases.

- **Complex vascular therapeutic services** – Includes percutaneous transluminal angioplasty.

- **Hemodialysis Treatments**

- **Rehabilitation services, speech, physical and occupational therapy** - In the case of these rehabilitative services, the goal is to instruct the patient to perform a self-monitored therapeutic exercise program, e.g., post-operative orthopedic case.

All therapies are subject to review for any additional authorizations after the initial authorization has expired. The Provider must submit a treatment plan for all additional services/visits for re-evaluation and authorization.

## Hospital services
Covered services for hospital care include: room and board, medically necessary services, and supplies as ordered by an offender's physician during an admission to a hospital for observation or inpatient acute care.

## Sub-acute Care Facilities
Offenders may be admitted to a sub-acute care facility as an alternative to hospitalization. Covered services for sub-acute care include: room and board, medically necessary services, and supplies as ordered by an offender's physician during an admission to a hospital for observation and inpatient acute care.

CONFIDENTIAL                                                    CHP-RYAN 336

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

## Emergency Services
Covered Services include emergency room related charges, diagnostic tests and procedures completed in the emergency room. Ambulance services, including ambulance transport to the nearest appropriate hospital when any other form of transportation is not appropriate, and when the ambulance service is provided in conjunction with emergency medical care.

## Surgical Services
Covered services include surgical services that are performed by specialty care providers and are generally recognized and accepted procedures for diagnostic or therapeutic purposes in the treatment of an illness or injury, and are determined to be medically necessary. Surgical procedures may be performed at the physician's office, DOC facility, emergency room, inpatient and outpatient hospital, and ambulatory surgery center. Specific services may include:

• **Physician services** – Includes a surgical assistant when medically necessary, and when performed by an assistant surgeon in connection with a surgical procedure.

• **Anesthesia services** – When medically necessary to administer anesthetics, and when performed by a qualified professional to achieve general or regional anesthesia, related resuscitative procedures, and pre-operative and post-operative visits.

## Oral surgical services
Covered services are limited to treating the following medical conditions: accidental injury to sound, natural teeth, jawbones, or surrounding tissues; correction of a non-dental, pathophysiological condition that has resulted in a severe functional impairment; or treatment for tumor and cysts requiring pathological examination of the jaws, cheeks, tongue, roof, and floor of mouth.

## Pregnancy and Maternity
Covered services include:
- Prenatal services including high risk pregnancy care.
- Amniocentesis and prenatal genetic testing is only covered if such testing will be of direct benefit to fetal and/or maternal health.
- Delivery and related postpartum care.

## Pharmaceutical Services
Covered drugs means drugs and medications approved and indicated for the treatment of a specific disease by the FDA and included on the DOC Formulary. Covered services include DOC formulary drugs requested by an offender's HCP. Non-formulary drugs will be approved on a case-by-case basis after review by the Non-formulary Committee.

## Prosthetic Devices and Health Care Appliances
Health care appliances such as medical or dental adaptive devices (eyeglasses, hearing aids,

CONFIDENTIAL                                    CHP-RYAN 337

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

dentures, wheelchairs, or other prosthetic devices) are provided when medically necessary as determined by the responsible HCP. All health care appliances must be prescribed by a HCP and approved according to specific medical criteria established by DOC administrative regulations, clinical standards and the Third Party Administrator.

## Oxygen
Oxygen supplies are covered based on medical necessity for offenders with acute and chronic respiratory failure with hypoxia.

## Dental Services
Dental services are rendered by the HCPs within the DOC based on documented administrative regulations.

## Vision Services
Vision and Optometry services are rendered by the DOC HCPs and contracted Panel of Medical Consultants based on documented administrative regulations.

## Hearing Services
Hearing screening and evaluations are rendered by the DOC HCPs to determine the need for hearing amplification. Hearing aids are provided when specific criteria for hearing loss is met.

## Behavioral Health Services
Behavioral health services are provided by the DOC in accordance with ethical and professional standards, Colorado state law and DOC administrative regulations. Specifically covered behavioral health services for DOC offenders may include:

• **Initial and subsequent assessments** – Formal and informal evaluations that may utilize a variety of techniques, including clinical interviews, psychological testing, psychiatric interviewing, file/history interviews, and other techniques as deemed necessary to identify treatment needs.

• **Mental health treatment and monitoring** – Individualized treatment planning and a variety of individual and group psychotherapeutic interventions utilizing primarily a cognitive-behavioral treatment approach. Monitoring includes regular monitoring of the stability of offenders in general population, segregation, and specialized treatment settings who have been diagnosed with a mental illness.

• **Substance abuse education and treatment** – This includes education programs, outpatient treatment, residential therapeutic community treatment programs, and self-help programs such as Alcoholics Anonymous.

• **Sex offender treatment** – This is an intensive education and treatment program for offenders who have been identified based on a history of criminally deviant/assaultive sexual behavior in the community or in DOC facilities.

• **Special support services for developmentally disabled offenders** – These are services for offenders with learning problems and/or deficits in intellectual functioning. These services include

CONFIDENTIAL      CHP-RYAN 338

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

assessment, special psycho-educational programs, vocational training, and support services, transitional services and specialized housing at the San Carlos Correctional Facility for male offenders, and the Special Needs Unit at the Denver Women's Correctional Facility for female adult offenders.

• **Psychiatric treatment and management** – Psychiatric consultation and psychotropic medication prescription as needed, as well as specialized inpatient placements through the DOC infirmaries and/or the Colorado Mental Health Institute at Pueblo, and specialized housing at the residential treatment programs at San Carlos Correctional Facility, Centennial Correctional Facility, and the Denver Women's Correctional Facility for female adult offenders. Specialized transitional support services are provided for those offenders identified as having serious mental illnesses.

• **Anger management** – This is a structured psycho-educational and treatment program provided in some facilities for offenders who have significant problems with violence/assaultiveness and/or domestic violence.

• **Twenty four hour crisis intervention** – A twenty-four-hour on-call service is provided in all facilities. Mental health staff is available after normal work hours for evaluation and assistance in management of mental health crises. This includes an active suicide prevention program, which utilizes assessment of risk and appropriate clinical interventions to prevent suicide attempts or completions within the DOC.

• **Medications** – Psychotropic medications will be provided as prescribed by qualified physicians, and psychiatric physician extenders, in accordance with the DOC Formulary.

## Exclusions and Limitations of Benefits

- These exclusions and limitations include but are not limited to any service that is solely for the comfort measures of the offender
- Those that are not described in the current schedule of covered benefits
- Those that are not reasonable and medically necessary according to developed criteria as described previously
- Those that are initiated in the community prior to incarceration or while on parole or in community corrections.

## Specific Exclusions and Limitations

• **Air conditioners, air purifiers, and other environmental equipment**

• **Acupuncture /Accupressure**

• **Amniocentesis and genetic prenatal testing**

• **Biofeedback and hypnosis**

• **Chiropractic care**

• **Communication devices** – Computers, personal digital assistants, and any speech-generating devices (except artificial larynxes) are not covered.

• **Complementary and alternative medicine** – Holistic or homeopathic care, including drugs and ecological or environmental medicine are not covered.

CONFIDENTIAL                                                                    CHP-RYAN 339

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

- **Cosmetic surgery and services** – Plastic, reconstructive, or cosmetic surgery and implants are not covered, including, but not limited to, skin lesions that are removed for cosmetic purposes. Reconstructive surgery will be considered only when injury or illness occurred during incarceration, and is performed to correct abnormal structures of the body, or to improve ADL function. Other treatments and services solely for cosmetic purposes are not covered.

- **Dental** – Prosthetics, commonly known as crowns and bridges; orthodontics – including maintenance of braces; implants; precision attachments; cast metal framework removal of partial dentures; apicoectomies; hemisections, root resections, periodontal flap surgery, periodontal bone grafts; cosmetic procedures to include cosmetic, oral, and maxillofacial surgery; routine cleanings unless deemed necessary by the treating dentist.

- **Drugs and prescription medication** – Over the counter medications available for purchase through the canteen are not a covered benefit. Prescription medications which are considered experimental, investigational, or DEA Schedule One or any form of medical marijuana are not covered.

- **Health Care Appliances** – Non-medically necessary health care appliances for the comfort or convenience of the offender are not covered. Equipment that cannot withstand repeated use, is not primarily and customarily used to serve a medical purpose, and generally is not useful to a person in the absence of an illness or injury, and is not appropriate for use in the home is not covered. Examples of non-covered items are not limited to:

  - Barbells or other physical fitness equipment.
  - Bed boards.
  - Braille teaching text.
  - Bras (surgical).
  - Corsets (lumbar-sacral).
  - Diathermy machine.
  - Extra mattresses.
  - Items that may be purchased through canteen services.
  - Neck halter and C-collar.
  - Personal hygiene items.
  - Tennis shoes.
  - TENs unit.
  - Traction equipment (over door type.)
  - Wedge pillows.

- **Elective enhancements** – Procedures, technologies, services, drugs, devices, items, and supplies for elective, non-medically necessary improvements, alterations, enhancements, or augmentation of appearance, skills, performance capability, physical, or mental attributes or competencies are not covered. This exclusion includes, but is not limited to, sex transformation, sexual dysfunction or inadequacy, treatments related to hair growth, aging, athletic performance, or cosmetic appearance.

CONFIDENTIAL                                                                    CHP-RYAN 340

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

- **Experimental or investigational treatment** – Experimental and/or investigation procedures, items and treatments are not covered. The determination of whether or not a procedure, item, or treatment is experimental is the sole authority of DOC and their Third Party Administrator.

- **Family planning** – Family planning counseling for DOC offenders, surgical sterilization, reversal of sterilization, contraception for DOC offenders except prior to parole or discharge (AR 700-12), including contraceptive devices, abortion, diagnosis and/or treatment of infertility.

- **Futile care** – Futile medical care is the continued provision of medical care or treatment to a person when there is no reasonable hope of a cure or benefit. Decisions concerning cessation of hydration, nourishment, or life support are also excluded from this definition and shall be made in accordance with the requirements of 15-18-101, et seq., C.R.S. and 15-18.5-101, et seq., C.R.S.).

***Comfort and palliative care that is provided at the end of life is excluded from this definition.

- **Genetic testing** – Only when medically necessary for diagnosis and treatment of the offender.

- **Implants** – Cochlear implants, breast prosthesis for cosmetic reasons.

- **Orthotics** – Custom orthotics (inserts) for the elimination of pain are not covered.

- **Prosthetics** – Artificial limbs are covered only to the extent necessary to restore functional ADLs. Bio-electric prostheses are not covered.

- **Therapy** – Vocational therapy is not covered. Cardiac rehab is limited to that provided by DOC providers. Physical therapy/Occupational Therapy is limited to therapy required to resume functional activities of daily living (ADLs).

- **TMJ treatment**

- **Vision** – Tri-focal lenses, tinted lenses, contact lenses, and related supplies (unless medically necessary); radial/laser keratotomy, other surgical procedures for the sole purpose of improving vision for cosmetic reasons, special treatment of prescription eyeglasses that are not medically required for health and safety, prosthetic eyes are not covered.

### TREATMENT ALTERNATIVES AND DEVIATIONS

Treatment alternatives and deviations from this document are the sole discretion of the DOC and the Third Party Administrator. There may be unusual and extraordinary circumstances that are not contemplated in this document.

All decisions will be made exclusively by the DOC and the Third Party Administrator based upon the medical necessity and the probable outcome of medically necessary services.

Any request to authorize a treatment alternative must be made in writing to the appropriate DOC Chief of Service. The DOC is the interpretative authority of the benefit package, and will determine the resolution to all questions arising in the interpretation, administration, and application of the benefits. All determinations will be final, conclusive and binding. In the event the DOC makes the decision to implement a treatment alternative for one patient, they are not obligated to extend the same service to the entire population.

CONFIDENTIAL                                                                     CHP-RYAN 341

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

### Renal Transplant Evaluation Criteria:

DOC recognizes that renal transplantation is a viable alternative to chronic dialysis in certain situations. Organ transplantation is highly selective in the community due to demand greatly exceeding supply. In order to maximize probability of long term success (> 5years), DOC has developed the following baseline standards which must be fully adhered to **prior to formal transplant evaluation.**

Criteria for evaluation:
- Offender must be free of any recreational substance abuse for a prolonged period. During a period of 18 months the candidate will be screened on demand without warning with urine toxicity screens (minimal 3 checks) – i.e., no hot urine. A refusal to produce a urine sample immediately on demand will result in disqualification.
- 100% medical compliance for 18 months – this includes: medications, dialysis, full medical treatment plan.
    - Any refusal of dialysis, missed medications without verifiable reason (out of facility for court etc.), cheeking of medications, taking a fellow offender's medications, or poor control of diabetes will result in immediate disqualification.
    - Elevated HGBA1c and or persistent rise in BMI are equated with noncompliance with therapy.
- Comorbidity disqualifiers –
    - Coronary Artery disease
    - O2 dependent COPD
    - BMI > 31
    - History of prior malignancy.
- Hepatitis B and/or C are not absolute exclusions, however, individual must not have a diagnosis of cirrhosis and/or portal HTN history.
    - A history of bleeding varices, cytopenias, ascites, or subacute bacterial peritonitis are surrogates in the absence of a formal diagnosis
- Offender cannot be involved in any fight/altercation/event resulting in disciplinary action throughout entire pre-transplant evaluation period
- Time to MRD > 2 years after transplant
- Age < 65
- Obstructive Sleep Apnea (OSA) requiring nocturnal oxygen and/or CPAP with BMI > 28 is a relative contraindication until the patient can lose adequate weight such that BMI falls < 25
- Suicide attempt/gesture in pre-transplant evaluation period results in exclusion

Created and Approved by Steve Krebs, MD CMO CHP and Dan Martinez, MD CMO DOC; Provider Manual Revised 12/14

CONFIDENTIAL                                                                    CHP-RYAN 342

# Appendix E:
# Request for Reimbursement/ Onsite Services Travel

### Colorado Department of Corrections

**Cancer Treatment Guidelines:**

DOC offenders are entitled to oncology treatment, if there is a chance the individual can be cured or have extension of life. Exceptions to a covered benefit include therapy:

- for a non-curative diagnosis with a cure rate of less than 25%.
- that would increase the median survival time of less than 1 year.
- that is purely for the treatment of pain and symptom management

DOC has mechanisms to internally manage symptoms of pain, anxiety to provide comfort.

**Contracted Cancer Specialist Consultants:**

The contracted provider for evaluation and treatment of cancer diagnoses.

- Oncologists must submit a request for authorization for initial cancer treatment that includes:
  - Treatment plan, cure rate, survival rate, medial survival time, staging
  - Co-morbidities that impact survival rate
  - Method and type of treatment being requested: Oral chemotherapy, IV chemotherapy, radiation therapy
- Subsequent oncology visits require updated and current status for authorization purposes.
- All cases will be reviewed by the clinical team on a case by case basis.

CONFIDENTIAL                                                                    CHP-RYAN 343