by CE to enable CE to fulfill its obligations to permit individual access to PHI under the Privacy Rule, including, but not limited to, 45 C.F.R Section 164.524.

g.   Amendment of PHI.   Within ten business (10) days of a receipt of a request from CE for an amendment of Protected Information or a record about an individual contained in Designated Record set, Associate or its agents or subcontractors shall make such Protected Information available to CE for amendment and incorporate any such amendment to enable CE to fulfill its obligations with respect to requests by individuals to amend their PHI under the Privacy Rule, including, but not limited to, 45 C.F.R. sections 164.256.   If any individual requests an amendment of Protected Information directly from Associate or its agents or subcontractors, Associate must notify CE in writing within five (5) business day of receipt of the request.   Any denial of amendment of Protected Information maintained by Associate or its agents or subcontractors shall be the responsibility of CE.

h.   Accounting Rights.   Within ten (10) business days of notice by CE of a request for accounting of disclosures of Protected Information, Associate and its agents or subcontractors shall make available to CE the information required to provide an accounting of disclosures to enable CE to fulfill its obligations under the Privacy Rule, including, but not limited, to 45 C.F.R. Section 164.528.   As set forth in, and as limited by, 45 C.F.R. Section 164.528, Associate shall not provide an accounting to CE of disclosures: (i) to carry out treatment, payment or health care operations, as set in 45 C.F.R. Section 164.506; (ii)  to individual of Protected Information about them as set forth in 45 C.F.R Section 164.502; (iii) pursuant to an authorization as provided in 45 C.F.R. Section 164.580; (iv) to persons involved in the individual's care or other notification purposes as set forth in 45 C.F.R Section 164.510; (v) for national security or intelligence purposes as set forth in 45 C.F.R Section 164.512(k)(2); (vi) to correctional institutions or law enforcement officials as set forth in 45 C.F.R Section 164.512(k)(5); (vii) incident to use or disclosure otherwise permitted by the privacy Rules; (viii) as part of a limited data set under 45 C.F.R Section 164.514(e); or (ix) disclosures prior to April 14, 2003.   Associate agrees to implement a process that allows for an accounting to be collected and maintained by Associate and its agents or subcontractors for at least six (6) years prior to the request, but not before the compliance date of the Privacy Rule.   At a minimum, such information shall include: (i) the date of disclosure; (ii) the name of the entity or person who received Protected Information and, if know, the address of the entity or person; (iii) a brief description of Protected Information disclosed; and (iv) a brief statement of purpose of the disclosure that reasonably informs the individual of the basis for the disclosure, or a copy of the individual's authorization, or a copy of the written request for disclosure.   In the event that the request for an accounting is delivered directly to Associate or its agents or subcontractors, Associate shall within five (5) business days of the receipt of the request forward it to CE in writing. It shall be CE's responsibility to prepare and deliver any such accounting requested.   Associate shall not disclose any Protected Information except as set forth in Section 2(b) of this Addendum.

i.   Governmental Access to Records.   Associate shall make its internal practices, books and records relating to the use and disclosure of Protected Information available to the Secretary of the U. S. Department of health and human Services (the "Secretary"), in a time and manner designated by the Secretary, for purposes of determining CE's compliance with the Privacy Rule.   Associate shall provide to CE a copy of any Protected Information that Associate provides to the Secretary concurrently with providing such Protected Information to the Secretary.

Colorado Model BA Provision and
Addendum for New Amended Contracts
Rev. 10/03

CONFIDENTIAL

CDOC006373

j.    Minimum Necessary.  Associate (and it agents or subcontractors) shall only request, use and disclose the minimum amount of Protected Information necessary to accomplish the purpose of the request, use or disclosure, in accordance with the Minimum necessary requirements of the Privacy Rule including, but not limited to 45 C.F.R. Sections 164.520(b) and 164.514(d).

k.    Data Ownership.  Associate acknowledges that Associate has no ownership rights with respect to the Protected Information.

l.    Retention of Protected Information.  Except upon termination of the Contract as provided in section 4(d) of this Addendum, Associate and its subcontractors or agents shall retain all Protected Information throughout the term of this Contract and shall continue to maintain the information required under Section 2(h) of this Addendum for a period of six (6) years.

m.    Associate's Insurance.  Associate shall maintain casualty and liability insurance to cover loss of PHI data and claims based upon alleged violations of privacy rights through improper use or disclosure of PHI. All such policies shall meet or exceed the minimum insurance requirements of the Contract (e.g., occurrence basis, combined single dollar limits, annual aggregate dollar limits, additional insured status and notice of cancellation).

n.    Notification of Breach.  During the term of this Contract, Associate shall notify CE within tow business days of any suspected or actual breach of security, intrusion or unauthorized use or disclosure of data in violation of any applicable federal or state laws or regulations.  Associate shall take (i) prompt corrective action to cure any such deficiencies and (ii) any action pertaining to such unauthorized disclosure required by applicable federal and state laws and regulations.

o.    Audits, Inspection and Enforcement.  Within ten (10) business days of a written request by CE, Associate and its agents or subcontractors shall allow CE to conduct a reasonable inspection of the facilities, systems, books, records, agreements, policies and procedures relating to the use of Protected Information pursuant to this Addendum for the purpose of determining whether Associate has complied with this addendum; provided, however, that: (i)_Associate and CE shall mutually agree in advance upon the scope, timing and location of such an inspection; (ii) CE shall protect the confidentiality of all confidential and proprietary information of Associate to which CE has access during the course of such inspection; and (iii) CE shall execute a nondisclosure agreement, upon terms mutually agreed upon by the parties, if requested by Associate.  The fact that CE inspects, or fails to inspect, or has the right to inspect, Associate's facilities, systems, books, records, agreements, policies and procedures does not relieve Associate of its responsibility to comply with this Addendum, nor does CE's enforcement rights under the Contract.

p.    Safeguards during Transmission.  Associate shall be responsible for using appropriate safeguards to maintain and ensure the confidentiality, privacy and security of Protected Information transmitted to CE pursuant to the Contract, in accordance with the standards and requirements of the Privacy Rule, until such Protected Information is received by CE, and in accordance with any specifications set forth in Attachment A.

Colorado Model BA Provision and Addendum for New Amended Contracts Rev. 10/03

CONFIDENTIAL

CDOC006374

q.    Restrictions and Confidential Communications.   Within ten (10) business days of notice by CE of a restriction upon uses or disclosures or request for confidential communications pursuant to 45 C.F.R 164.522, Associate will restrict the use of disclosure of Protected Information or to send all communication of Protect Information to an alternate address.    Associate will refer such request to the CE so that the CE can coordinate and prepare a timely response to the requesting individual direction to Associate.

3.    Obligation of CE.

a.    Safeguards during Transmission.   CE shall be responsible for using appropriate safeguards to maintain and ensure the confidentiality, privacy and security of PHI transmitted to Associate pursuant to this Contract, in accordance with the standards and requirements of the Privacy Rule, until such PHI is received by Associate, and in accordance with any specifications set forth in Attachment A.

Notice of Changes.   CE shall provide Associate with a copy of its notice of privacy practices in accordance with 45 C.F.R Section 164.520, as well as any subsequent changes or limitation(s) to such notice, to the extent such changes or limitation may effect Associate's use or disclosure of Protected Information.   CE shall provide associate with any changes in, or revocation of, permission to use or disclose Protected Information, to the extent it may affect Associate's permitted or required uses or disclosures.   To the extent that it may affect Associate's permitted use or disclosure of PHI, CE shall notify Associate of any restriction on the use or disclosure of Protected Information that CE has agreed to in accordance with 45 C.F.R. Section 164.522. CE may effectuate any and all such notices of non-private information via posting on CE's web site.   Associate shall review CE's designated web site for notice of changes to CE's HIPAA privacy policies and practices on the last day of each calendar quarter.

4.    Termination.

a.    Material Breach.   In addition to any other provisions in the Contract regarding breach, a breach by Associate of any provision of this Addendum, as determined by CE, shall constitute a material breach of this Contract and shall provide grounds for immediate termination of this Contract by CE pursuant to the provision of the Contract covering termination for cause, if any.   If the Contract contains no express provisions regarding termination for cause, the following terms and conditions shall apply:

(1)    Default.   If Associate refuses or fails to timely perform any of the provision of this Contact, CE may notify Associate in writing of the non-performance, and if not promptly corrected within the time specified, CE may terminate this Contract.   Associate shall continue performance of this Contract to the extent it is not terminated and shall be liable for excess costs incurred in procuring similar goods or services elsewhere.

(2)    Associate's Duties.   Notwithstanding termination of this Contract, and subject to any directions from CE, Associate shall take timely, reasonable and necessary action to protect and preserve property in the possession of Associate in which CE has an interest.

Colorado Model BA Provision and Addendum for New Amended Contracts Rev. 10/03

CONFIDENTIAL                    CDOC006375

(3) Compensation. Payment for completed supplies delivered and accepted by CE shall be at the Contract price. In the event of a material breach under paragraph 4a, CE may withhold amounts due Associate as CE deems necessary to protect CE against loss from third party claims of improper use of disclosure and to reimburse CE for the excess costs incurred in procuring similar goods and services elsewhere.

(4) Erroneous Termination for Default. If after such termination it is determined, for any reason, that Associate was not in default, or that Associate's action/inaction was excusable, such termination shall be treated as a termination for convenience, and the rights and obligations of the parties shall be the same as if this Contract had been terminated for convenience, as described in this Contract.

b.   Reasonable Steps to Cure Breach. If CE knows of the pattern of activity or practice of Associate that constitutes a material breach or violation of the Associate's obligations under the provisions of this Addendum or another arrangement and does not terminate this Contract pursuant to Section 4(a), then CE shall take reasonable steps to cure such breach or end such violation, as applicable. If CE's efforts to cure such breach or end such violation are unsuccessful, CE shall either (i) terminate the Contract, if feasible or (ii) if termination of this Contract is not feasible, CE shall report Associate's breach or violation to the Secretary of the Department of Health and Human Services.

c.   Judicial or Administrative Proceedings. Either party may terminate the Contract effective immediately, if (i) the other party is named as a defendant in a criminal proceeding for a violation of HIPAA, the HIPAA Regulations or other security or privacy laws or (ii) a finding or stipulation that the other party has violated any standard or requirement of HIPAA, the HIPAA Regulations or other security or privacy laws made in any administrative or civil proceeding in which the party has been joined.

d.   Effect of Termination.

(1)   Except as provided in paragraph (2) of this subsection, upon termination of this Contract, for any reason, Associate shall return or destroy all Protected Information that Associate or its agents or subcontractors still maintain in any form, and shall retain no copies of such Protected Information. If Associate elects to destroy the PHI, Associate shall certify in writing to CE that such PHI has been destroyed.

(2)   If Associate believes that returning or destroying the Protected Information is not feasible, Associate shall promptly provide CE notice of the conditions making return or destruction infeasible. Upon mutual agreement of CE and Associate that return or destruction of Protected Information is infeasible, Associate shall continue to extend the protections of Section 2(a), 2(b), 2(c), 2(d) and 2(e) of this addendum to such information, and shall limit further use of such PHI to those purposes that make the return or destruction of such PHI infeasible.

5.   Injunctive Relief. CE shall have the right to injunctive and other equitable and legal relief against Associate or any of its subcontractors or agents in the event of any use of disclosure of Protected Information in violation of this Contract or applicable law.

Colorado Model BA Provision and
Addendum for New Amended Contracts
Rev. 10/03

CONFIDENTIAL

CDOC006376

6. **No Waiver of Immunity.** No term or condition of this Contract shall be construed or interpreted as a waiver, express or implied, of any of the immunities, rights, benefits, protection, or other provision of the Colorado Governmental Immunity act, CRS 24-10-101 *et seq.* or the Federal Tort Claims Act, 28 U.S.C 2671 *et seq.* as applicable, as now in effect or hereafter amended.

7. **Limitation of Liability.** Any limitation of Associate's liability in the Contract shall be inapplicable to the terms and conditions of this Addendum.

8. **Disclaimer.** CE makes no warranty or representation that compliance by Associate with this Contract, HIPAA or the HIPAA Regulations will be adequate or satisfactory for Associate's own purpose. Associate is solely responsible for all decisions made by Associate regarding the safeguarding of PHI.

9. **Certification.** To the extent that CE determines an examination is necessary in order to comply with CE's legal obligations pursuant to HIPAA relating to certification of its security practices, CE or its authorized agents or contractors, may, at CE's expense, examine Associate's facilities, systems, procedures and records as may be necessary for such agents or contractors to certify to CE the extent to which Associate's security safeguards comply with HIPAA, the HIPAA Regulations or this Addendum.

10. **Amendment.**

    a. **Amendment to Comply with Law.** The parties acknowledge that state and federal laws relating to data security and privacy are rapidly evolving and that amendment of this Addendum may be required to provide for procedures to ensure compliance with such developments. The parties specifically agree to take such action as is necessary to implement the standards and requirements of HIPAA, the Privacy Rule, and the Final HIPAA Security regulations at 68 Fed. Reg. 8334 (Feb. 20, 2003), 45 C.F.R § 164.314 and other applicable laws relating to the security or privacy of PHI. The parties understand and agree that CE must receive satisfactory written assurance from Associate that Associate will adequately safeguard all Protected Information. Upon the request of either party, the other party agrees to promptly enter into negotiations concerning the terms of an amendment to this Addendum embodying written assurances consistent with the standards and requirements of HIPAA, the Privacy Rule or other applicable laws. CE may terminate this Contract upon thirty (30) days written notice in the event (i) Associate does not promptly enter into negotiations to amend this Contract when requested by CE pursuant to this Section or (ii) Associate does not enter into an amendment to this Contract providing assurances regarding the safeguarding of PHI that CE, in its sole discretion, deems sufficient to satisfy the standards and requirement of HIPAA and the Privacy Rule.

    b. **Amendment of Attachment A.** Attachment A may be modified or amended by mutual agreement of the parties in writing from time to time without formal amendment of this Addendum.

11. **Assistance in Litigation or Administrative Proceedings.** Associate shall make itself, and any subcontractors, employees or agents assisting Associate in the performance of its obligations under the Contract, available to CE, at no cost to CE up to maximum of 30 hours, to testify as witnesses, or otherwise, in the event of litigation or administrative proceeding being commence against CE, it directors, officers or employees based upon a claimed violation of HIPAA, the Privacy Rule or other laws relating to security and privacy or PHI, except where Associate or its subcontractor, employee or agent is a named adverse party.

Colorado Model BA Provision and Addendum for New Amended Contracts Rev. 10/03

CONFIDENTIAL    CDOC006377

## ATTACHMENT A

This Attachment sets forth additional terms to the HIPAA Business Associate Addendum, which is part of the Contract dated July 1, 2010, between the Colorado Department of Corrections and Correctional Health Partners, LLC, contract number CMS 16478 ("Contract") and is effective as of July 1, 2010 (the "Attachment Effective Date"). This Attachment may be amended from time to time as provided in Section 10(b) of the Addendum.

1. Additional Permitted Uses.  In addition to those purposes set forth in Section 2(a) of the Addendum, Associate may use Protected Information as follows:

   None

2. Additional Permitted Disclosures. In addition to those purposes set forth in Section 2(b) of the Addendum, Associate may disclose Protected Information as follows:

   None

3. Subcontractor(s).  The parties acknowledge that the following subcontractors or agents of Associate shall receive Protected Information in the course of assisting Associate in the performance of its obligations under this Contract:

   None

4. Receipt.  Associate's receipt of Protected Information pursuant to this Contract shall be deemed to occur as follows, and Associate's obligations under the Addendum shall commence with respect to such PHI upon such receipt:

   Upon receipt of PHI from CE and as PHI is created by the Associate

   On behalf of the Covered Entity.

5. Additional Restrictions on Use of Data.  CE is a Business Associate of certain other Covered Entities and, pursuant to such obligations of CE,  Associate shall comply with the following restrictions on the use and disclosure of Protected Information:

   None

6. Additional Terms. [*This section may include specifications for disclosure format, method of transmission, use of an intermediary, use of digital signatures of PKI, authentication, additional security of privacy specifications, de-identification of data and other additional terms.*]

   None

CONFIDENTIAL

CDOC006378





**CorrectionalHealthPartners**

Department of Corrections Executive Summary for March 2009

<u>Costs</u>

The first three months of FY09 saw record catastrophic costs. Subsequent changes in utilization and disease state management have begun to reverse this trend.   The average paid amount FYTD is $2.5M / month.  FYO8 average paid amount was $2.3M.

- Costs (not including lab capitation) for FYTD08 were $20.2M.  Costs for the same ten months in FYTD09 are projected to be $21.0M.  This is due in part to multiple high-level catastrophic stays earlier in the FY.
- OP Costs have increased by 7.9% over FYTD08 ($10.2M -> $11.0M).
- IP costs have decreased by 9.5% over FYTD08 ($8.8M -> $8.0M).

Over 50% of FYTD09 expenditures are encapsulated in four MDCs.
- Injury costs have decreased 2% over FYTD08 ($3.09M -> $3.04M).
   - Please see attached Self-Injurious reporting for details.
- Costs for other factors have decreased 1% over FYTD08 ($2.31M -> $2.29M)

CONFIDENTIAL

CDOC006316

EXHIBIT A

PORTIONS OF CONTRACTOR'S PROPOSAL – SAMPLE REPORTS

Page 1 of 19

- o Major diagnoses in MDC
  - Chest Pain
  - Abdominal Pain
- Neoplasm costs have decreased 10% ($2.67M -> $2.19M)
  - o Prostate Cancer
  - o Bowel Cancer
- Top 3 Costliest Diagnoses
  - Ulcerative Colitis increased ($76k -> $625k)
  - Chronic kidney disease as claims diagnosis has decreased ($763.6k -> $704.2k)
  - Chest pain as claims diagnosis has increased 13% ($586k ->$517k)

*Executive Summary: DOC Expenditures by ER Patient Type*
ER costs have decreased 11% $2.4M FYTD08 to $2.2M FYTD09.  *Southern region facilities increased by 4% from $227k FYTD08 to $236k FYTD09.
Northern facilities decreased 13% from $2.2M to $1.9M.  The primary diagnosis for ER visits remains chest pain.  Please see attached report on Recurrent ER visits without resulting Admit.*

*Authorizations*
Outpatient authorizations per k for specialty physicians and clinics increased 35.6% FYTD08-FYTD09 (July-Mar).  The majority of this increase is attributable to Office Visits and Hearing Tests required by the ADA Montez ruling.  Office visits per k have increased 31% (123 ->161 auths/k).  Leading this increase in office visits, are ophthalmology-related exams and services and orthopedics.  DME Purchase/Rental has increased 91% from FYTD08 (10- >18 auths/k).  The majority of this increase is due to Wheelchairs / Accessories and their repair.



*(Last month reported will increase to accurate levels 2 months after DOS (when all claims are in and paid))*

2

CONFIDENTIAL                                    CDOC006317



CONFIDENTIAL

CDOC006318



**CorrectionalHealthPartners**

Readmissions for Same Diagnostic Category to Equal or Higher Level of Care within 14 days

10/01/2009 - 10/31/2009



| Readmissions: 3 | Discharges: 69 | Readmission Rate: 4.35% |

---

|  | Date Of Birth: |  | Member Key: |
|---|---|---|---|
| Index Admission | 10078643 | Readmission | 10044673 |
| Auth Type | INPATIENT - ACUTE | | INPATIENT - ACUTE |
| Admit Type | PRECERT | | ER |
| Admission Date | 10/08/2009 | | 10/17/2009 |
| Discharge Date | 10/15/2009 | | 10/26/2009 |
| ICD9 | 574.60 | | 577.2 |
| ICD9 Description | CALCU GBBLD W/ACUT CHOLCYST W/O MENTION OBST | | CYST AND PSEUDOCYST OF PANCREAS |
| MDC | DISEASES AND DISORDERS OF THE HEPATOBILIARY SYSTEM AND | DISEASES AND DISORDERS OF THE HEPATOBILIARY SYSTEM AND P |
| Facility | | | |

---

|  | Date Of Birth: |  | Member Key: |
|---|---|---|---|
| Index Admission | 10045400 | Readmission | 10083791 |
| Auth Type | INPATIENT - ACUTE | | INPATIENT - ACUTE |
| Admit Type | ER | | ER |
| Admission Date | 10/28/2009 | | 11/03/2009 |
| Discharge Date | 10/30/2009 | | 11/13/2009 |
| ICD9 | 578.9 | | 578.9 |
| ICD9 Description | UNSPECIFIED HEMORRHAGE OF GASTROINTESTINAL TRACT | | UNSPECIFIED HEMORRHAGE OF GASTROINTESTINAL TRACT |
| MDC | DISEASES AND DISORDERS OF THE DIGESTIVE SYSTEM | | DISEASES AND DISORDERS OF THE DIGESTIVE SYSTEM |
| Facility | | | |

---

|  | Date Of Birth: |  | Member Key: |
|---|---|---|---|
| Index Admission | 10025937 | Readmission | 10044062 |
| Auth Type | INPATIENT - ACUTE | | INPATIENT - ACUTE |
| Admit Type | ER | | ER |
| Admission Date | 09/29/2009 | | 10/16/2009 |
| Discharge Date | 10/08/2009 | | 10/17/2009 |
| ICD9 | 728.86 | | 728.86 |
| ICD9 Description | NECROTIZING FASCIITIS | | NECROTIZING FASCIITIS |
| MDC | DISEASES AND DISORDERS OF THE MUSCULOSKELETAL SYSTEM | DISEASES AND DISORDERS OF THE MUSCULOSKELETAL SYSTEM AN |
| Facility | | | |

---

Lists readmissions to equal or higher level of care within 14 days of discharge within same disease category
Level of care hierarchy: 1) Acute/IP New, 2) OBS, 3) IP Rehab, 4) CHF
Readmission criteria apply to sequential discharges and admits. Referrals related to pregnancy and childbirth  excluded
Requires at least 14 days extend from the end of the report month

Page 4 of 39

WarehouseresubmitCount.rpt
Data source PHP Data Warehouse
11/13/2009
Page 1 of 1

CONFIDENTIAL                    CDOC006319



## Correctional Health Partners



### Monthly Admissions By Facility: October 2008

| Facility Name | | | | |
|---|---|---|---|---|
| Admits: 92 | 54% E.R. | 23% Direct | 4% Transfer | 18% Precert |
| Admits: 3 | 67% E.R. | 33% Direct | 0% Transfer | 0% Precert |
| Admits: 1 | 100% E.R. | 0% Direct | 0% Transfer | 0% Precert |
| Admits: 26 | 4% E.R. | 54% Direct | 4% Transfer | 38% Precert |
| Admits: 31 | 74% E.R. | 16% Direct | 0% Transfer | 10% Precert |
| Admits: 1 | 100% E.R. | 0% Direct | 0% Transfer | 0% Precert |
| Admits: 1 | 0% E.R. | 0% Direct | 0% Transfer | 100% Precert |
| Admits: 2 | 0% E.R. | 0% Direct | 50% Transfer | 50% Precert |
| Admits: 1 | 0% E.R. | 0% Direct | 100% Transfer | 0% Precert |
| Admits: 14 | 85% E.R. | 7% Direct | 7% Transfer | 0% Precert |
| Admits: 1 | 100% E.R. | 0% Direct | 0% Transfer | 0% Precert |
| Admits: 6 | 100% E.R. | 0% Direct | 0% Transfer | 0% Precert |
| Admits: 3 | 33% E.R. | 0% Direct | 0% Transfer | 67% Precert |

Page 5 of 10

Bed day data from Concurrent Review - Discharge date included in LOS
LOS & Variance taken from VMS when a discharge has been entered
Admits with no discharge date have no good LOS and are considered open - the report date selected is used to count days from admit
Includes admissions in the report month only, thus is not a census report

11/18/2008
Page 1 of 1

CONFIDENTIAL
CDOC006320



**CorrectionalHealthPartners**

**Department of Corrections**
**Detailed Auth Review**

For Receipt Dates 10/1/09 - 10/31/09



| | APPROVED | DENIED | PENDED | Total |
|---|---|---|---|---|
| OFFICE VISIT | 295 | 44 | 5 | 344 |
| AMBULATORY SURGERY | 35 | 4 | 1 | 40 |
| CARDIAC PROCEDURES IN OFFICE | 2 | 0 | 0 | 2 |
| COLONOSCOPY | 4 | 0 | 0 | 4 |
| CT | 5 | 1 | 0 | 6 |
| DME - PURCHASE | 105 | 6 | 5 | 116 |
| DME - RENTAL | 9 | 1 | 0 | 10 |
| DME - REPAIR | 1 | 0 | 0 | 1 |
| EGD | 1 | 0 | 0 | 1 |
| MRI | 3 | 3 | 0 | 6 |
| OBSERVATION | 1 | 1 | 0 | 2 |
| OFFICE INJECTABLES | 1 | 0 | 0 | 1 |
| OFFICE PROCEDURE | 6 | 0 | 0 | 6 |
| OUTPATIENT DIAGNOSTIC | 276 | 39 | 3 | 318 |
| PRECERT - INPATIENT | 1 | 0 | 0 | 1 |
| SLEEP STUDIES | 1 | 0 | 0 | 1 |
| THERAPY - PHYSICAL | 7 | 1 | 0 | 8 |
| UNKNOWN | 8 | 1 | 0 | 9 |
| Total | 761 | 101 | 14 | 876 |

11/23/2009    10:20:11AM

**CONFIDENTIAL**

CDOC006321



CONFIDENTIAL

CDOC006322

11/23/2009        10:20:12 AM



CHP
CorrectionalHealthPartners

Summary of Referrals Received
10/1/09 - 10/31/09

PRIVATE

| APPROVED AS SUBMITTED | 123 |
| DENIED | 20 |
| PENDED | 2 |
| PRIVATE CORRECTIONAL FACILITY   TOTAL | 145 |

PUBLIC

| APPROVED AS SUBMITTED | 579 |
| DENIED | 71 |
| PENDED | 11 |

Page 3 of 10

11/23/2009   10:20:12 AM

CONFIDENTIAL

CDOC006323



DOC CCPR

MAL FACILITY   TOTAL   663

APPROVED

PENDED
16

DENIED
13

SPECIALIST NETWORK

APPROVED AS SUBMITTED   59
DENIED   8
PENDED   1
SPECIALIST NETWORK   TOTAL   68

APPROVED

PENDED
1

DENIED
8

Grand Total:   876

Page 4 of 10

10:10:12AM

11/23/2009

CONFIDENTIAL                    CDOC006324



CONFIDENTIAL

CDOC006325

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| ARKANSAS VALLEY CORRECTIONAL FACILITY | $1,911.57 | 1 | $4,749.11 | 1 | $116.00 | 1 | $8,795.43 | 2 | $15,271.50 | 5 |
| BENT COUNTY CORRECTIONAL FACILITY | $4,314.85 | 1 | $119,249.12 | 1 | $655.79 | 1 | $12,882.45 | 1 | $142,601.42 | 4 |
| CHEYENNE MOUNTAIN RE-ENTRY CENTER | $0.00 | 0 | $164,913.21 | 1 | $2,856.81 | 1 | $19,611.04 | 1 | $187,103.17 | 3 |
| COLORADO TERRITORIAL CORRECTIONAL FACILITY | $354.47 | 1 | $127,140.13 | 4 | $3,165.25 | 3 | $22,341.73 | 4 | $153,169.56 | 12 |
| DENVER RECEPTION DIAGNOSTIC CENTER | $4,379.24 | 3 | $5,756,754.43 | 6 | $773.43 | 1 | $53,339.08 | 5 | $313,746.32 | 15 |
| DENVER WOMENS CORRECTIONAL FACILITY | $1,115.83 | 1 | $12,311.05 | 1 | $0.02 | 1 | $4,474.74 | 1 | $18,601.59 | 3 |
| LIMON CORRECTIONAL FACILITY | $0.00 | 0 | $139,441.04 | 1 | $0.00 | 0 | $12,004.10 | 1 | $161,715.14 | 2 |
| SAN CARLOS CORRECTIONAL FACILITY | $213.83 | 1 | $168,333.32 | 1 | $473.08 | 0 | $12,069.49 | 1 | $118,611.48 | 1 |
| **Total** | $14,393.70 | 8 | $1,306,851.70 | 13 | $7,549.10 | 0 | $142,512.98 | 17 | $1,670,627.24 | 40 |

CONFIDENTIAL

CDOC006326

CHP



Correctional Health Partners

Authorization Types by Provider and
Referring Facility



Page 12 of 19

| Facility | Referring Practitioner | Visit Type | # Auths | % of Auths |
|----------|------------------------|------------|---------|------------|
| Facility A | Dr. A | Consultation | 3 | 50% |
| | | Treatment | 2 | 33% |
| | | Surgery | 1 | 17% |
| | | | 6 | |
| Facility B | Dr. B | Consultation | 6 | 100% |
| | | Treatment | 3 | 50% |
| | | Surgery | 1 | 17% |
| | | | 10 | |
| | | Total Consultation | 9 | 56% |
| | | Total Treatment | 5 | 31% |
| | | Total Surgery | 2 | 13% |
| | | | 16 | |

Print: 11/23/2009 / 10:35 AM
U:\WarComm\Sample Reporting Package\originals\Referrals by facility, provider and Visit Type.xls

CONFIDENTIAL

Page 1 of 1

CDOC006327



Costs for Self-Injurious Diagnoses: Rolling 12 Months

| Facility | Cost |
|---|---|
| BUENA VISTA | $6,369 |
| CENTENNIAL | $2,672 |
| CHEYENNE MTN | $1,314 |
| CO STATE PEN | $66,268 |
| COLD TERRITORIAL | $18,796 |
| CO WOMENS | $1,008 |
| CROWLEY COUNTY | $1,064 |
| DELTA | $599 |
| DRDC | $15,456 |
| DENVER WOMEN'S | $10,142 |
| FOUR MILE | $1,599 |
| FREMONT | $11,876 |
| KIT CARSON | $4,820 |
| LA VISTA | $2,674 |
| LIMON | $19,646 |
| RIFLE CORRECTIONAL CENTER | $452 |
| SAN CARLOS | $81,159 |
| SKYLINE CORRECTIONS CENTER | $4,222 |
| STERLING | $22,011 |
| TRINIDAD | $643 |
| YOA-PUEBLO | $1,320 |

*All claims are received costs and reviewed for most recent 12 reporting months

11/33/2009    10:44:21AM

CONFIDENTIAL

CDOC006328



Costs for Probable Self-Injurious Diagnoses Codes*

*All claims are received, there will accrue for each recent 3 reporting months

11/23/2009     10:44:25AM

CONFIDENTIAL

CDOC006329



CONFIDENTIAL

CDOC006330

# CHP

## CorrectionalHealthPartners

Department of Corrections

POPM Analysis by Inpatient, Outpatient Service Type

FY09

For Claims Data through 09/30/09

CONFIDENTIAL                         CDOC006331





# CHP

## Correctional Health Partners

## Table of Contents

Overall POPM ....................................................................................................... 3

Executive Summary: ............................................................................................. 3

Drill-Down 1: Top 5 Diagnoses - Overall ....................................................... 4

Drill-Down 2: Top 10 Offenders by Cost - Overall ........................................ 4

Area 1: Outpatient ................................................................................................ 5

Executive Summary: ............................................................................................. 5

Drill-Down 3: Material Contributing Service Areas ....................................... 5

Drill-Down 4: ER Component of OP Cases .................................................... 6

Drill-Down 5: ER Component of OP Cases: Recurrent Users ..................... 7

Drill-Down 6: Ancillary Component of Outpatient ......................................... 7

Drill-Down 7: Top 10 Offenders by Cost - Outpatient .................................. 8

Area 2: Inpatient ................................................................................................... 9

Executive Summary: ............................................................................................. 9

Drill-Down 8: Material Contributions to POPM by MDC ............................... 9

Drill-Down 9: Top 10 Offenders by Cost-Inpatient ..................................... 10

Continued Focus: Significant Cost Contributors ........................................... 11

Where the External Healthcare Dollar Goes: .................................................. 11

Cancer and the Aging Prison Population: ....................................................... 13

Inflammatory Bowel Disease Family and the Offender: ................................ 13

Data Needed to take it to the Next Level: ....................................................... 13

CONFIDENTIAL

CDOC006332

Overall POPM

## Overall POPM

### *Executive Summary:*

The graph below is reflective of POPM as seen on the IBNR Reserve Recommendations.  These amounts are inclusive of travel expense, capitated lab and manual checks.  These bulk amounts cannot be tied to a claims line item expense, so are taken off for the purpose of drill downs.



Overall POPM:  Capitated Lab, IBNR, Catastrophics Incl.

## Remainder of data *excludes* Capitated Lab, Travel Reimbursements and IBNR; includes Catastrophic Cases



POPM by Patient Type, Catastrophics Included

Quick Look FY08 to FY09:
- ❖ Overall POPM has decreased 4.5% from $112.07 to $106.97 in FY09
  - ➢ Actual Costs
    - ▪ FY08 - $25,555,115
    - ▪ FY09 - $25,347,558

CONFIDENTIAL

CDOC006333

Overall POPM

- ❖ POPM for inpatient encounters decreased 11.7% FY08 -> FY09
  - ➢ FY08 - $50.77
  - ➢ FY09 - $44.83
- ❖ POPM for Outpatient encounters have increased 1.4% FY08 -> FY09
  - ➢ FY08 - $61.30
  - ➢ FY09 - $62.15
    - ▪ Material Contributing Diagnoses (based on Diagnosis Code)
      - • Chest Pain
      - • Chronic Kidney Disease
      - • Sensory Hearing Loss

## Drill-Down 1:  Top 5 Diagnoses - Overall

Despite the overall decrease in POPM, four of the top five diagnoses have increased POPM FY08 to FY09:

- ❖ Chest Pain
  - ➢ FY08 - $796,272 - 485 Offenders - POPM Allocation - $3.49
  - ➢ FY09 - $845,039 - 485 Offenders - POPM Allocation - $3.56
- ❖ Universal Ulcerative Colitis
  - ➢ FY08 - $76,182 - 4 Offenders - POPM Allocation - $0.33
  - ➢ FY09 - $544,014 - 4 Offenders - POPM Allocation - $2.30
    - • Due almost entirely to one patient
- ❖ Chronic Kidney Disease
  - ➢ FY08 - $338,426 - 36 Offenders - POPM Allocation - $1.48
  - ➢ FY09 - $559,445 - 43 Offenders - POPM Allocation - $2.36
- ❖ Coronary Atherosclerosis
  - ➢ FY08 - $608,687 - 25 Offenders - POPM Allocation - $2.67
  - ➢ FY09 - $357,089 - 18 Offenders - POPM Allocation - $1.51
- ❖ Pneumonia
  - ➢ FY08 - $185,528 - 68 Offenders - POPM Allocation - $0.81
  - ➢ FY09 - $464,233 - 50 Offenders - POPM Allocation - $1.96

## Drill-Down 2:  Top 10 Offenders by Cost - Overall

1. J.- Ulcerative Colitis-Release Date: 03/29/2013
   a. FY08 - $41,954 - POPM Allocation - $0.18
   b. FY09 - $590,214 - POPM Allocation - $2.49
2. J.- Aortic Valve Disorder, Kidney Disease-Release Date: 12/28/2013
   a. FY08 - $73,758 - POPM Allocations - $0.32
   b. FY09 - $488,280 - POPM Allocation - $2.06
3. B.- Acute Respiratory Failure-Release Date: 04/15/2009
   a. FY08 - $9,165 - POPM Allocation - $0.04
   b. FY09 - $285,917- POPM Allocation - $1.21
4. R.- Pneumonia-Release Date: 01/28/2009
   a. FY08 - $16,639 - POPM Allocation - $0.07
   b. FY09 - $270,783 - POPM Allocation - $1.14
5. T.- Hodgkins Lymphoma-Release Date: 07/25/2013
   a. FY08 - $71,286 - POPM Allocation - $0.31
   b. FY09 - $253,791 - POPM Allocation - $1.07
6. D.- Multiple Malignant Neoplasm-Release Date: 02/14/2021
   a. FY09 - $226,846- POPM Allocation - $0.96
7. A.- Cellulitis & Abscess of Hand-Release Date: 04/22/2009
   a. FY09 - $205,665 - POPM Allocation - $0.87
8. D.- Kidney Disease-Release Date: 06/21/2013
   a. FY08 - $8.67
   b. FY09 - $203,322 - POPM Allocation - $0.86

CONFIDENTIAL

CDOC006334


9.  E.- Malignant Neoplasm of Colon-Release Date:  06/27/2017
    a.  FY09 - $195,944 - POPM Allocation - $0.83
10. D.- Multiple Malignant Neoplasm-Death Date:  05/26/2009
    a.  FY08 - $35,791 - POPM Allocation - $0.16
    b.  FY09 - $188,864 - POPM Allocation - $0.80

## Area 1: Outpatient

### Executive Summary:

Outpatient cases include:  ER, ancillary, specialty and OP hospital cases.  Hearing services, diagnostic radiology (mammography), Wheelchair services/repairs/supplies figured prominently



Area I: Outpatient 

- ❖ The largest material dollars FY08 - > FY09 are from Outpatient Hospital service area
  - ➢ POPM decreased 1% FY08 -> FY09
    - ▪ FY08 - $29.44
    - ▪ FY09 - $29.06
  - ➢ Actual Costs
    - ▪ FY08 - $6,713,252
    - ▪ FY09 - $6,886,024
      - • Largest contributor: O/P ancillary services
        - ◆ 91.3% of O/P hospital costs are in this area
          - ➢ Due to OR Services, ambulatory surgery (Please see Drill-Down 6)
- ❖ The largest material dollar *variance* FY08 - > FY09 is from Office service area
  - ➢ POPM increased 31% FY08 -> FY09
    - ▪ FY08 - $4.36
    - ▪ FY09 - $5.71
      - • Increase due to audiology-related exams and services
        - ◆ In compliance with ADA Montez decision

---

## Drill-Down 4:  ER Component of OP Cases

- ❖ ER Visits determined by POS = 23 or Procedure Code between RV450 and RV459
  - ➢ POPM decreased 6.4% FY08 -> FY09
    - ▪ FY08 - $14.07
    - ▪ FY09 - $13.18
  - ➢ Actual Costs
    - ▪ FY08 - $3,207,489
    - ▪ FY09 - $3,122,799
  - ➢ Private Facilities sending Offenders to ER
    - ▪ *POPM decreased 2.3% FY08 -> FY09*
      - • FY08 - $1.39
      - • FY09 - $1.36
    - ▪ Actual Costs
      - • FY08 - $316,336
      - • FY09 - $321,243
  - ➢ Public Facilities sending Offenders to ER
    - ▪ POPM decreased 6.7% FY08 -> FY09
      - • FY08 - $12.68
      - • FY09 - $11.82
    - ▪ Actual Costs
      - • FY08 - $2,891,152
      - • FY09 - $2,801,556
- ❖ Materially Contributing Facilities
  - ➢ Denver Reception Diagnostic Center
    - ▪ Actual Costs
      - • FY08 - $179,621
      - • FY09 - $480,938
        - ◆ Largest MDCs
          - ➢ Infectious & Parasitic Diseases - $114,814
            - ▪ Pneumonia
              - • 2 Offenders
          - ➢ Injury, Poisoning - $75,866
            - ▪ Other Complications Due to Renal Dialysis Device
  - ➢ Colorado Territorial
    - ▪ Actual Costs
      - • FY08 - $494,202
      - • FY09 - $427,001

CONFIDENTIAL

CDOC006336

Area 1: Outpatient

- Largest MDCs
  - Injury, Poisoning - $78,382
    - No high cost outliers, 49 Offenders

## Drill-Down 5: ER Component of OP Cases: Recurrent Users

Please see monthly UM JDC reports for complete Recurrent Users Reports.

### Costs of Recurrent ER Users

KIT CARSON CORRECTIONAL FACILITY
TRINIDAD CORRECTIONAL FACILITY
HUERFANO CORRECTIONAL CENTER
CENTENNIAL CORRECTIONAL CENTER
FOUR MILE CORRECTIONAL CENTER
RIFLE CORRECTIONAL CENTER
ARROWHEAD CORRECTIONAL FACILITY
HIGH PLAINS (FORMERLY - BRUSH...
FREMONT CORRECTIONAL FACILITY
COLORADO STATE PENITENTIARY
DELTA CORRECTIONAL CENTER
LA VISTA - (FORMERLY PUEBLO MINIMUM...
BUENA VISTA CORRECTIONAL COMPLEX
FORT LYON CORRECTIONAL FACILITY
YOUTH OFFENDER SERVICES - PUEBLO
ARKANSAS VALLEY CORRECTIONAL FACILITY
STERLING CORRECTIONAL FACILITY
BENT COUNTY CORRECTIONAL FACILITY
CROWLEY COUNTY CORRECTIONAL FACILITY
COLORADO WOMENS CORRECTIONAL FACILITY
SAN CARLOS CORRECTIONAL FACILITY
LIMON CORRECTIONAL FACILITY
DENVER WOMENS CORRECTIONAL FACILITY
DENVER RECEPTION DIAGNOSTIC CENTER
COLORADO TERRITORIAL CORRECTIONAL...

Ambulance
ER

-$2,000   $0   $2,000 $4,000 $6,000 $8,000 $10,000 $12,000 $14,000

## Drill-Down 6: Ancillary Component of Outpatient

- Ancillary POPM stayed materially the same FY08 -> FY09
  - FY08 - $26.59
  - FY09 - $26.53
  - Actual Costs
    - FY08 - $6,062,320
    - FY09 - $6,285,517
      - Actual Costs Increased $223,197
      - Due to
        - OR Services
          - FY08 - $741,463
          - FY09 - $765,665
            - Gallbladder: $102,057 - 12 Offenders
            - Malignant Neoplasm of Prostate: $41,677 - 5 Offenders
            - March spike caused by 5 OP OR procedures
              - 4 procedures due to Cholelithiasis
        - CT Scans

FY09-OR Services
$90,000
$80,000
$70,000
$60,000
$50,000
$40,000
$30,000
$20,000
$10,000
$-

Jul Aug Sep Oct Nov Dec Jan Feb Mar Apr May Jun

DOC POPM Analysis FY09
Page 22 of 39

CONFIDENTIAL                    CDOC006337

* FY08 - $407,725
* FY09 - $588,328

## Drill-Down 7: Top 10 Offenders by Cost – Outpatient

1. R.- Pneumonia-Release Date: 01/28/2009
   a. FY08 - $5,375 - POPM Allocation - $.02
   b. FY09 - $180,241 - POPM Allocation - $.76
2. E.- Malignant Neoplasm, Colon-Release Date: 06/27/2017
   a. FY09 - $155,076 - POPM Allocation - $.65
3. R.- Empyema without mention of Fistula-Release Date: 04/15/2031
   a. FY09 - $101,913 - POPM Allocation - $.48
4. A.- Chronic Kidney Disease-Release Date: 10/13/2034
   a. FY08 - $90,887- POPM Allocation - $.40
   b. FY09 - $99,061 - POPM Allocation - $.42
5. S.- Kidney Disease-Release Date: 05/10/2012
   a. FY08 - $128,063 - POPM Allocation - $.56
   b. FY09 - $89,573 - POPM Allocation - $.38
6. T.- Hodgkins Lymphoma-Release Date: 07/25/2013
   a. FY08 - $27,074 - POPM Allocation - $.12
   b. FY09 - $89,250 - POPM Allocation - $.38
7. A.- Cellulitis & Abscess of Hand-Release Date: 04/22/2009
   a. FY09 - $86,610 - POPM Allocation - $.37
8. S.- Congenital Stenosis of Pulmonary Valve-Release Date: 06/02/2015
   a. FY09 - $80,674 - POPM Allocation - $.34
9. E.- Chronic Kidney Disease-Release Date: 01/18/2021
   a. FY08 - $93,753 - POPM Allocation - $.41
   b. FY09 - $78,905 - POPM Allocation - $.33
10. J.- Chronic Kidney Disease-Release Date: 04/13/2011
    a. FY08 - $84,492 - POPM Allocation - $.37
    b. FY09 - $78,231- POPM Allocation - $.33

CONFIDENTIAL

CDOC006338

# Area 2: Inpatient

## *Executive Summary:*

Inpatient POPM has decreased from last fiscal year.  Largest components of IP POPM by MDC are: Circulatory, Digestive, and Injuries.  The largest cost service areas are ancillary (R&B, Pharmacy, OR Services) and Inpatient E&M codes.  CMHIP is included in this analysis.  IP costs are expected to increase in FY10 due to CMHIP's forensic medical unit closure.

Quick Look:
- ❖ POPM for inpatient encounters decreased 11.7% FY08 -> FY09
  - ➢ FY08 - $50.77
  - ➢ FY09 - $44.83
- ❖ Overall Costs
  - ➢ FY08 - $11,577,262
  - ➢ FY09 - $10,621,768

## Drill-Down 8:  Material Contributions to POPM by MDC



- ❖ Circulatory System - decreased 32% FY08 -> FY09
  - ➢ FY08 - $10.01
  - ➢ FY09 - $6.83
  - ➢ Actual Costs
    - • FY08 - $2,281,605
    - • FY09 - $1,618,164
      - ▪ Major Contributing Diagnoses
        - ◆ Aortic Valve Disorder
          - ➢ 7 Offenders
            - ◆ J. - $393,773
          - ➢ Coronary Atherosclerosis
            - • 10 Offenders
              - ◆ C. - $91,955
              - ◆ D. - $74,554
              - ◆ E. - $70,439
- ❖ Digestive System - increased 36.3% FY08 -> FY09
  - ➢ FY08 - $4.95

CONFIDENTIAL

CDOC006339

Area 2: Inpatient

- ➢ FY09 - $6.75
- ➢ Actual Costs
  - ▪ FY08 - $1,128,735
  - ▪ FY09 - $1,599,225
    - ➢ Ulcerative Colitis
      - ▪ 3 Offenders
        - • J. - $534,815
- ❖ Injuries, Poisonings - decreased 38.8% FY08 -> FY09
  - ➢ FY08 - $9.42
  - ➢ FY09 - $5.76
  - ➢ Actual Costs
    - ▪ FY08 - $2,147,284
    - • FY09 - $1,365,478
      - ◆ Mechanical Complications Ortho Device - $234,805
        - ➢ 3 Offenders
          - ▪ J. - $121,273
          - ▪ C. - $102,366
      - ◆ Fracture, Femur
        - ➢ 3 Offenders
          - ▪ D. - $84,855
          - ▪ M. - $47,924
      - ◆ Other Post Op Infection - $87,852
        - ➢ J. - $51,150

## Drill-Down 9:  Top 10 Offenders by Cost-Inpatient

1. J.- Ulcerative Colitis-Release Date: 03/29/2013
   a. FY08 - $30,600 - POPM Allocation - $0.13
   b. FY09 - $589,582 - POPM Allocation - $2.49
2. J.- Aortic Valve Disorders-Release Date: 12/28/2013
   a. FY09 - $420,515 - POPM Allocation - $1.77
3. B.- Respiratory Failure-Release Date: 04/15/2009
   a. FY09 - $271,138 - POPM Allocation - $1.14
4. D.- Renal Failure-Release Date: 06/21/2013
   a. FY09 - $183,459 - POPM Allocation - $0.77
5. D.- Malignant Neoplasm of Cardia-Release Date: 02/14/2021
   a. FY09 - $181,290 - POPM Allocation - $0.77
6. R.- Malignant Neoplasm, Lung
   a. FY09 - $178,520 - POPM Allocation - $0.75
7. C.- Other Mechanical Complications, Internal Ortho Device-Release Date:  11/02/09
   a. FY09 - $178,044 - POPM Allocation - $0.75
8. T.- Hodgkins Lymphoma-Release Date: 07/25/2013
   a. FY08 - $44,212 - POPM Allocation - $0.19
   b. FY09 - $164,542 - POPM Allocation - $0.69
9. J.- Diabetes-Release Date: 10/12/2027
   a. FY08 - $57,557 - POPM Allocation - $0.25
   b. FY09 - $159,008- POPM Allocation - $0.67
10. D.- Multiple Malignant Neoplasms-Death Date:  05/26/2009
    a. FY08 - $4,416 - POPM Allocation - $0.02
    b. FY09 - $147,594 - POPM Allocation - $0.62

CONFIDENTIAL

CDOC006340

Continued Focus: Significant Cost Contributors

## Continued Focus: Significant Cost Contributors

### *Where the External Healthcare Dollar Goes:*



The overall composition of the external healthcare dollar spent by DOC has not changed materially last year to this year.

Fifteen cents of every external healthcare dollar in FY09 was spent on claims with diagnoses in the Injury, Poisoning MDC. This equated to $3.72M in FY09. Mechanical Complication, Ortho Device, Other Complications Due to Renal Dialysis figured prominently in FY09. FY08 was dominated by Renal Dialysis Device complications, and surgical complications.

CONFIDENTIAL

CDOC006341



| Other Injuries >= $20,000 in FY Costs | |
|---|---|
| Diagnosis | FY09 Costs |
| MECH COM ORTH DEV NEC | $ 243,449 |
| Other Complications Due To Renal Dialysis Device | $ 229,566 |
| FX FEMUR INTRCAPS NEC-CL | $ 143,778 |
| OTHER POSTOP INFECTION | $ 96,737 |
| FX MALAR/MAXILLARY-CLOSE | $ 75,787 |
| FX LUMBAR VERTEBRA-CLOSE | $ 71,959 |
| CONTUSION FACE/SCALP/NCK | $ 71,370 |
| NASAL BONE FX-CLOSED | $ 70,336 |
| FOREIGN BODY IN STOMACH | $ 69,786 |
| FX BIMALLEOLAR-CLOSED | $ 67,461 |
| FX ANKLE NOS-CLOSED | $ 66,356 |
| FX ORBITAL FLOOR-CLOSED | $ 66,227 |
| REACT-OTH INT ORTHO DEV | $ 60,621 |
| OPEN WOUND OF SCALP | $ 57,471 |
| HEAD INJURY NOS | $ 55,029 |
| INJ INTERNAL CAROTID ART | $ 54,525 |
| TOXIC EFFECT CAUSTIC NOS | $ 46,623 |
| OTH TISSUE GRAFT MALFUNC | $ 46,136 |
| FX FACIAL BONE NEC-CLOSE | $ 38,785 |
| OPEN WOUND OF FOREHEAD | $ 37,920 |
| OPEN WOUND OF LIP | $ 36,863 |
| SPRAIN OF NECK | $ 36,331 |
| FACE & NECK INJURY | $ 34,913 |
| CONCUSSION W/O COMA | $ 32,438 |
| OPEN WOUND HAND W TENDON | $ 31,986 |
| OPEN WOUND ARM MULT/NOS | $ 31,458 |
| FX NECK OF FEMUR NOS-CL | $ 30,094 |
| TEAR MED MENISC KNEE-CUR | $ 29,048 |
| FX TRIMALLEOLAR-CLOSED | $ 29,048 |
| FX METACARPAL NOS-CLOSED | $ 27,546 |
| AMPUT BELOW KNEE, UNILAT | $ 27,097 |
| SPRAIN CRUCIATE LIG KNEE | $ 26,265 |
| SUBCONDYLAR FX MANDIB-CL | $ 24,980 |
| CONCUSSION W COMA NOS | $ 24,280 |
| FX MID/PRX PHAL, HAND-CL | $ 24,072 |
| INJURY RADIAL VESSELS | $ 24,049 |
| MALFUNC VASC DEVICE/GRAF | $ 24,004 |
| NON-HEALING SURGCL WOUND | $ 23,588 |
| SURG COMP-DIGESTV SYSTEM | $ 22,764 |
| OPEN WOUND OF WRIST | $ 22,039 |
| MANDIBLE FX NOS-CLOSED | $ 21,331 |
| FX LATERAL MALLEOLUS-CL | $ 21,213 |
| OPEN WND KNEE/LEG-COMPL | $ 21,124 |
| FX DISTAL RADIUS NEC-CL | $ 20,524 |

Twelve cents of every dollar is spent on "Other Contact" diagnoses. This equated to $3.1M in FY09. About 27% of these costs are for chest pain diagnoses. 7% of these costs were due to abdominal pain. 5% of these costs are due to colon screenings. Opportunities for improvement may be found in ruling out more serious chest and abdominal pain diagnoses without an ambulance and ER visit.

CONFIDENTIAL

CDOC006342



## *Cancer and the Aging Prison Population:*

The average age of DOC offenders is 36[1]. As the prison population ages, cancer will become even more of a cost concern.   Prostate cancer is more prevalent among American Indian, African-American, Filipino, Japanese and Hispanic men.  These five ethnicities comprise 55% of male offenders.  The contributing percentage of these ethnicities in DOC has remained increased slightly FY02-FY08.  The overall prison population is increasing an average of 6.8% per year, and costs are expected to increase.   The average Prison Time Served in months for FY08 was 36 months.  In FY09, prostate and colon cancer was the most common cancer, with costs near $500k. FY09 had 196 offenders with a diagnosis of cancer and a cost of $2.3M.  FY08 had 184 offenders with a cost of $2.0M.

One suggestion for improvement is to increase the cancer screening rate for eligible offenders.

## *Inflammatory Bowel Disease Family and the Offender:*

For example, the national prevalence level of ulcerative colitis is 8.8 cases per 100,000.  Using available external claims data, the minimal prevalence rate in DOC is much higher at around 126 cases per 100,000.  Continued monitoring to determine etiology and preventative treatment may help decrease these costs.

## *Data Needed to take it to the Next Level:*

Having these data points would allow for better expense prediction and assist DOC in decreasing global healthcare costs.  This data would also allow us a more complete picture of the offenders' total health care.

- ❖ Internal Pharmacy Data
  - Rx Name
  - Dosage
  - Quantity
  - When Dispensed
  - # Refills
- ❖ Internal Infirmary Data
  - DOS
  - Diagnosis

---

[1] Colorado Department of Corrections Statistical Report Fiscal Year 2008, Released June 2009

CONFIDENTIAL

CDOC006343

CHR
Corrections Health Care Partners

DOC FY10 BNR Projection
Grand Total
Paid Through 10/11/09

BNR Estimation Information
6+3 Paid month

| Month of Service | Offenders | Paid to Date | Estimated BNR | Estimated Incurred | PMPM | Estimated Completion |
|---|---|---|---|---|---|---|
| Jul-09 | 10,201 | $1,147,626 | $29,375 | $1,177,000 | $117.34 | 97.35% |
| Aug-09 | 10,174 | $1,014,727 | $148,793 | $1,163,520 | $114.36 | 89.79% |
| Sep-09 | 10,030 | $831,269 | $190,675 | $1,021,944 | $106.35 | 82.19% |
| Oct-09 | 9,844 | $186,203 | $822,064 | $1,100,336 | $102.60 | 18.10% |
| Nov-09 | 10,115 | $0 | $1,007,378 | $1,007,378 | $103.02 | 0.00% |
| Dec-09 | 10,196 | $0 | $1,032,711 | $1,032,711 | $103.31 | 0.00% |
| Jan-10 | 10,205 | $0 | $1,055,717 | $1,055,717 | $103.11 | 0.00% |
| Feb-10 | 10,213 | $0 | $1,061,703 | $1,061,703 | $104.03 | 0.00% |
| Mar-10 | 10,224 | $0 | $1,163,091 | $1,163,091 | $113.77 | 0.00% |
| Apr-10 | 10,231 | $0 | $974,874 | $974,874 | $95.24 | 0.00% |
| May-10 | 10,244 | $0 | $1,204,653 | $1,204,653 | $117.35 | 0.00% |
| Jun-10 | 10,253 | $0 | $857,597 | $857,630 | $84.61 | 0.00% |
| Total | 12,271 | $5,279,649 | $9,704,121 | $13,041,970 | $106.73 | 25.14% |

Allocations /
Expenditures

| | | PMPM |
|---|---|---|
| Total Medical Purchase of Services | $47,685,021 | $161.75 |
| Plus: Supplemental | $0 | $0.00 |
| Less: Security | ($356,035) | ($2.93) |
| Administration | ($517,526) | ($8.33) |
| Cost Sharing & RP | $590,060 | ($2.67) |
| Total Medical Purchase of Services Available | $11,936,479 | $150.62 |
| Projected Medical Expenditures | $11,043,900 | $166.78 | $1.7% |
| Projected Medical Expenditures to Purchase Variance | $2,972,799 | $23.84 | 22.3% |
| Projected Medical Expenditures to Appropriation Variance | $2,487,509 | $10.36 | 13.4% |

Page 29 of 39

CONFIDENTIAL                    CDOC006344



## CorrectionalHealthPartners

**Inpatient Utilization Report - Acute Equivalent Bed Days By Prison Facility: 10/01/2008 - 10/31/2008**



| Prison Facility | Membership | Days / 1000 | Admits / 1000 | ALOS | Acute Days | YTD Days / 1000 | YTD Admits / 1000 | YTD ALOS | YTD Admin Days |
|---|---|---|---|---|---|---|---|---|---|
| | 31 | 0 | 0.0 | 0.00 | 0 | 0 | 0.0 | 0.00 | 0 |
| | 1,004 | 120 | 33.9 | 3.13 | 0 | 115 | 32.4 | 3.55 | 3 |
| | 400 | 49 | 42.0 | 1.00 | 2 | 116 | 42.8 | 2.71 | 5 |
| | 938 | 134 | 24.3 | 5.52 | 1 | 121 | 27.6 | 4.44 | 6 |
| | 252 | 0 | 0.0 | 0.00 | 0 | 12 | 12.2 | 1.00 | 0 |
| | 1,327 | 0 | 0.0 | 0.00 | 0 | 35 | 11.0 | 3.33 | 3 |
| | 306 | 0 | 2.0 | 0.00 | 0 | 0 | 0.0 | 0.00 | 0 |
| | 613 | 98 | 19.6 | 5.00 | 0 | 81 | 30.3 | 2.67 | 3 |
| | 149 | 0 | 0.0 | 0.00 | 0 | 0 | 0.0 | 0.00 | 0 |
| | 728 | 80 | 49.5 | 2.00 | 1 | 33 | 20.7 | 1.60 | 1 |
| | 983 | 586 | 97.7 | 6.00 | 5 | 684 | 144.7 | 4.73 | 28 |
| | 217 | 0 | 0.0 | 0.00 | 0 | 0 | 0.0 | 0.00 | 0 |
| | 1,651 | 65 | 29.1 | 2.25 | 2 | 74 | 19.9 | 3.73 | 6 |
| | 476 | 50 | 25.2 | 2.00 | 0 | 25 | 19.2 | 1.33 | 1 |
| | 760 | 1247 | 157.9 | 7.90 | 0 | 637 | 112.2 | 5.80 | 3 |
| | 827 | 421 | 159.6 | 2.44 | 0 | 429 | 151.8 | 2.33 | 0 |
| | 497 | 1250 | 313.9 | 4.02 | 2 | 973 | 206.1 | 4.71 | 4 |
| | 492 | 315 | 43.4 | 6.50 | 0 | 163 | 42.3 | 3.86 | 2 |
| | 1,660 | 195 | 31.7 | 0.00 | 10 | 130 | 33.4 | 4.00 | 17 |
| | 761 | 478 | 110.4 | 6.14 | 5 | 471 | 58.1 | 8.13 | 9 |
| | 1,079 | 11 | 11.1 | 1.00 | 0 | 41 | 13.6 | 4.60 | 1 |
| | 938 | 326 | 600.3 | 3.23 | 2 | 309 | 72.2 | 2.87 | 5 |
| | 434 | 174 | 74.4 | 2.33 | 1 | 141 | 40.0 | 3.29 | 2 |
| | 151 | 63 | 62.8 | 1.00 | 0 | 14 | 15.7 | 1.00 | 0 |
| | 253 | 0 | 0.0 | 0.00 | 0 | 1002 | 143.1 | 7.00 | 1 |
| | 246 | 49 | 48.8 | 1.00 | 1 | 73 | 24.5 | 3.00 | 1 |
| | 2,304 | 129 | 33.5 | 3.46 | 0 | 113 | 31.5 | 3.59 | 0 |
| | 428 | 123 | 24.6 | 5.00 | 0 | 42 | 13.1 | 2.67 | 3 |
| | 179 | 0 | 0.0 | 0.00 | 0 | 17 | 15.2 | 1.00 | 0 |
| **Acute Equivalent Total** | 20,599 | 238 | 53.6 | 4.43 | 32 | 211 | 43.8 | 4.24 | 104 |

BedDaysPractice2008Y.rpt
Page 1 of 1

CONFIDENTIAL

CDOC006346



# CHP

## CorrectionalHealthPartners

### Health Plan Indicator Report: October 2008



| ICD9 | Description | Top 10 Specialist Referrals by Diagnosis | Approved Referrals |
|------|-------------|------------------------------------------|--------------------|
| V76.51 | SPECIAL SCREENING FOR MALIGNANT NEOPLASMS COLON | | 50 |
| V76.11 | SCREENING MAMMOGRAM FOR HIGH-RISK PATIENT | | 40 |
| 389.9 | UNSPECIFIED HEARING LOSS | | 28 |
| 239.0 | NEOPLASM UNSPECIFIED NATURE DIGESTIVE SYSTEM | | 27 |
| 611.72 | LUMP OR MASS IN BREAST | | 20 |
| 799.9 | OTHER UNKNOWN&UNSPEC CAUSE MORBIDITY/MORTALITY | | 11 |
| 780.57 | UNSPECIFIED SLEEP APNEA | | 8 |
| 786.50 | CHEST PAIN UNSPECIFIED | | 7 |
| 327.23 | OBSTRUCTIVE SLEEP APNEA | | 7 |
| 389.18 | SENSORINEURAL HEARING LOSS BILATERAL | | 7 |

| ICD9 | Description | Top 10 Admitting Diagnoses | Approved Referrals |
|------|-------------|----------------------------|--------------------|
| 786.50 | CHEST PAIN UNSPECIFIED | | 7 |
| 578.9 | UNSPECIFIED HEMORRHAGE OF GASTROINTESTINAL TRACT | | 6 |
| 730.08 | ACUTE OSTEOMYELITIS OTHER SPECIFIED SITE | | 6 |
| 977.9 | POISONING UNSPECIFIED DRUG/MEDICINAL SUBSTANCE | | 3 |
| 276.1 | HYPOSMOLALITY AND/OR HYPONATREMIA | | 2 |
| 427.31 | ATRIAL FIBRILLATION | | 2 |
| 560.9 | UNSPECIFIED INTESTINAL OBSTRUCTION | | 2 |
| 682.9 | CELLULITIS AND ABSCESS OF UNSPECIFIED SITE | | 2 |
| 780.39 | OTHER CONVULSIONS | | 2 |
| 340 | MULTIPLE SCLEROSIS | | 1 |

OP Autho with Receipt Date in October 2008
Bed days assigned to month of admission (October 2008)

CONFIDENTIAL

04/23/2009
Page 1 of 1

CDOC006345



**Correctional Health Partners**

**Department of Corrections**
**Capitated Lab**



Page 32 of 39

### Total Lab Counts by Month

| | Lab Count |
|---|---|
| 2007-12 | 16,547 |
| 2008-01 | 18,476 |
| 2008-02 | 17,104 |
| 2008-03 | 17,959 |
| 2008-04 | 18,524 |
| 2008-05 | 18,019 |
| 2008-06 | 14,560 |
| 2008-07 | 16,353 |
| 2008-08 | 15,831 |
| 2008-09 | 15,565 |
| 2008-10 | 18,344 |
| 2008-11 | 15,991 |
| 2008-12 | 17,078 |
| 2009-01 | 15,137 |
| 2009-02 | 15,697 |
| 2009-03 | 11,194 |
| 2009-04 | 10,910 |
| 2009-05 | 10,989 |
| 2009-06 | 10,677 |
| 2009-07 | 11,094 |
| 2009-08 | 10,590 |
| 2009-09 | 10,180 |
| 2009-10 | 10,337 |

### Total Lab Counts by Type

| | Lab Count |
|---|---|
| Chemistry | 1,755 |
| Consult/Clinical Path | 122 |
| Cytopathology | 62 |
| Drug Test | 46 |
| Hemat & Coag | 924 |
| Immunology | 1,155 |
| Microbiology | 1,025 |
| Molecular Dx | 1,764 |
| Organ / Dx Panels | 1,810 |
| Other Proc | 65 |
| Repro Med Proc | 1 |
| Surg Path | 141 |
| Therapeutic Drug Assays | 351 |
| Venipuncture | 1,038 |
| Total | 10,337 |

11/23/2009     10:24:28AM

CONFIDENTIAL

CDOC006347

Page 1 of 4



Capitated Laboratory Services by Category



Capitated Laboratory Services by Facility

| | |
|---|---|
| ⬚ Cytogenic Slides | ⋅ Venipuncture |
| ⬚ Transfusion Med | ⋅ Therapeutic Drug Assays |
| ⬚ Surg Path | ⬚ Repro Med Proc |
| ⬚ Other Proc | ⬚ Organ / Dx Panels |
| ⬚ Molecular Dx | ⬚ Microbiology |
| ⬚ Immunology | ⬚ Hemat & Coag |
| ⬚ Drug Test | ⬚ Cytopathology |
| ⬚ Consult/Clinical Path | ⬚ Chemistry |

11/23/2009   10:24:28AM

CONFIDENTIAL

CDOC006348

Page 2 of 4



| | Lab Counts |
|---|---|
| ARK VALLEY | 354 |
| ARROWHEAD | 531 |
| BUENA VISTA | 444 |
| CENTENNIAL | 20 |
| CO ST PEN | 214 |
| CO TERR | 801 |
| COWGNDS | |
| DELTA | 70 |
| ENVR VGWDNS | 1,649 |
| CDOC | 1,920 |
| FORT LYON | 289 |
| FOUR MILE | 256 |
| FREMONT | 707 |
| LA VISTA | 410 |
| LIMON | 550 |
| RIFLE | 3 |
| SAN CARLOS | 710 |
| STERLING | 1,004 |
| TRINIDAD | 100 |
| YOS CONTRACT | 30 |
| Total | 10,337 |

CONFIDENTIAL

CDOC006349

11/23/2009     10:24:28AM

| | Client srv | Cortisol s/Chl Cal | Cytoge netic NtC Ntsen | Cytost hlstcy | Drug Test | Illegal & Conj | Immun cbem | Microb biology | Molec ular Dx | Orgae /Dx Panek | Other Proc | Payro Ntd Proc | Surg Path | Thera peutic Drug | Transf usion Med | Venip cnctur | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ARK VALLEY | 59 | 5 | 0 | 0 | | 55 | 35 | 22 | 39 | 75 | | | 2 | 5 | | 0 | 354 |
| ARROWHEAD | 77 | 1 | 0 | 0 | 0 | 43 | 70 | 37 | 97 | 195 | 2 | | 2 | 5 | 0 | 0 | 531 |
| BUENA VISTA | 63 | | 0 | 0 | 0 | 44 | 75 | 40 | 91 | 85 | | | 0 | 10 | 0 | 1 | 444 |
| CENTENNIAL | 7 | 2 | 0 | 0 | 0 | 1 | | 2 | | 0 | 0 | | 0 | | | 0 | 20 |
| CO ST PEN | 21 | 28 | 0 | 0 | 32 | 26 | 59 | 18 | 20 | 31 | 0 | | 0 | 7 | 0 | 0 | 214 |
| CO TERR | 41 | | 0 | 0 | | 10 | 100 | 253 | 91 | 144 | 12 | 3 | 3 | 14 | 0 | 118 | 881 |
| CO WOMENS | | | | | | | | | | | | | | | | | |
| DELTA | 13 | 6 | 0 | 0 | 7 | 8 | 0 | 2 | 10 | 28 | 18 | 0 | 31 | 127 | | 100 | 1,049 |
| DNVR WOMENS | 263 | 37 | 57 | 0 | | 100 | 123 | 304 | 268 | 101 | | | 12 | 64 | | 530 | 1,925 |
| DRDC | 294 | 4 | | 0 | 7 | 187 | 135 | 108 | 403 | 131 | 20 | | | | | 0 | 269 |
| FORT LYON | 55 | | 0 | 3 | 0 | 38 | 12 | 41 | 39 | 103 | | | 24 | 24 | | 0 | 250 |
| FOUR MILE | 41 | | 0 | 2 | 0 | 10 | 83 | 17 | 17 | 64 | 4 | | 27 | 31 | | 189 | 787 |
| FREMONT | 57 | 12 | 0 | 0 | 0 | 58 | 68 | 53 | 70 | 177 | | | | 5 | | 0 | 443 |
| LA VISTA | 33 | 11 | 0 | 0 | 0 | 58 | 12 | 55 | 58 | 40 | | | | 0 | | 0 | 520 |
| LIMON | 143 | | 0 | 3 | 0 | 58 | 84 | 30 | 269 | 134 | 2 | | 24 | 47 | | 0 | 3 |
| RIFLE | 2 | 1 | 0 | 2 | 0 | 117 | 65 | 7 | 118 | 75 | | | 0 | 23 | | 0 | 759 |
| SAN CARLOS | 271 | 3 | 0 | 0 | 0 | 11 | | 31 | 7 | 204 | 2 | | 0 | | | 0 | 1,004 |
| STERLING | 311 | | 0 | 0 | 0 | | | 4 | 6 | 36 | | | 0 | 17 | | 0 | 190 |
| TRINIDAD | 17 | | 0 | 0 | 0 | | | | | 6 | | | 0 | 23 | | 0 | 50 |
| YOS - CONTRACT | 2 | | | | | | | | | | | | | | | | |
| Total | 1,705 | 122 | | 63 | 48 | 921 | 1,155 | 1,006 | 1,784 | 3,010 | 65 | 1 | 141 | 551 | | 1030 | 10,337 |

CONFIDENTIAL

CDOC006350

11/21/2022   10:24:24AM

# CHP
## Correctional Health Partners

Department of Corrections
Catastrophic Services Report
Non-CMHIP*
Fiscal Year Summary-Changes for Reporting Period
For Claims Received and Paid through: 10/31/2009

| Facility | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ARKANSAS VALLEY CORRECTIONAL FACILITY | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $5,346.40 | 1 | $5,346.40 |
| BENT COUNTY CORRECTIONAL FACILITY | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | 1 | $529.36 | 1 | $529.36 |
| CHEYENNE MOUNTAIN RE-ENTRY CENTER | 0 | $0.00 | 1 | $101,531.18 | 1 | $3,614.81 | 1 | $19,822.104 | 1 | $107,141.17 |
| COLORADO TERRITORIAL CORRECTIONAL FACILITY | 0 | $0.00 | 3 | $264,707.73 | 2 | $9,941.09 | 2 | $7,864.81 | 6 | $299,933.41 |
| DENVER RECEPTION DIAGNOSTIC CENTER | 3 | $3,733.13 | 5 | $56,316.10 | 0 | $0.23 | 5 | $19,507.18 | 14 | $77,429.42 |
| DENVER WOMENS CORRECTIONAL FACILITY | 1 | $3,313.50 | 0 | $0.00 | 0 | $0.00 | 2 | $113.36 | 2 | $6,429.36 |
| LIMON CORRECTIONAL FACILITY | 0 | $0.00 | 1 | $69,561.84 | 1 | $5.00 | 1 | $32,364.10 | 2 | $101,733.18 |
| SAN CARLOS CORRECTIONAL FACILITY | 1 | $527.30 | 1 | $149,210.87 | 1 | $423.00 | 1 | $10,530.89 | 4 | $199,631.46 |
| **Total :** | 5 | $5,249.73 | 8 | $770,369.02 | 4 | $5,173.82 | 11 | $70,049.17 | 23 | $151,543.91 |

Paid Total
$759,457.59

New Cat Off Pd          10          $62,108.33

Page 1 of 1
11/21/2009

CONFIDENTIAL

CDOC006351

CHP
CorrectionalHealthPartners

**Department of Corrections**
**Self Injurious Diagnoses Costs-Amount Paid >$100**
**Rolling 12 Month**
**Claims Received through 10/31/2009**

**BUENA VISTA CORRECTIONAL COMPLEX**

| Month | Diagnosis | IP | ER & Amb | OP | Total |
|---|---|---|---|---|---|
| 200902 | FOREIGN BODY IN DIGESTIVE SYSTEM UNSPECIFIED | $0 | $0 | $734 | $734 |
| | Offender Total | | | $734 | $734 |
| 200811 | OPEN WOUND FOREARM WITHOUT MENTION COMPLICATION | $0 | $447 | $0 | $447 |
| | Offender Total | | $447 | $0 | $447 |
| 200812 | OPEN WOUND FOREARM WITHOUT MENTION COMPLICATION | $0 | $0 | $557 | $557 |
| | Offender Total | | | $557 | $557 |
| 200904 | OPEN WOUND WRIST WITHOUT MENTION COMPLICATION | $0 | $505 | $0 | $505 |
| | Offender Total | | $505 | $0 | $505 |
| 200905 | OPEN WOUND OTHER/UNSPEC PARTS NCK W/O MENTION COMP | $0 | $1,164 | $0 | $1,164 |
| | OPEN WOUND OTHER/UNSPEC PARTS NECK COMPLICATED | $0 | $2,983 | $0 | $2,983 |
| | Offender Total | | $4,147 | | $4,147 |
| | Facility Total | $0 | $5,092 | $1,200 | $6,339 |

**CENTENNIAL CORRECTIONAL CENTER**

| Month | Diagnosis | IP | ER & Amb | OP | Total |
|---|---|---|---|---|---|
| 200901 | POISONING BY ANTIDEPRESSANTS | $2,036 | $0 | $0 | $2,036 |
| | POISONING UNSPECIFIED DRUG/MEDICINAL SUBSTANCE | $205 | $437 | $0 | $641 |
| | Offender Total | $2,241 | $437 | $0 | $2,677 |
| | Facility Total | $2,241 | $437 | $0 | $2,677 |

11/23/2009   10:44:21AM

CONFIDENTIAL

CDOC006352

**CHP**

CorrectionalHealthPartners

DOC ER Visit Averages
Based on Claims Data



ER Visits-Monthly per K: Private Prisons

ER Visits-Monthly per K: Public Prisons





Variance: FY09 over Avg Monthly / k (FY06-07-08)

CONFIDENTIAL

CDOC006353

CONFIDENTIAL

CDOC006354

maintenance of computer software in violation of federal copyright laws or applicable licensing restrictions. Contractor hereby certifies and warrants that, during the term of this contract and any extensions, Contractor has and shall maintain in place appropriate systems and controls to prevent such improper use of public funds. If the State determines that Contractor is in violation of this provision, the State may exercise any remedy available at law or in equity or under this contract, including, without limitation, immediate termination of this contract and any remedy consistent with federal copyright laws or applicable licensing restrictions.

**9.  EMPLOYEE FINANCIAL INTEREST/CONFLICT OF INTEREST. CRS §§24-18-201** and 24-50-507. The signatories aver that to their knowledge, no employee of the State has any personal or beneficial interest whatsoever in the service or property described in this contract. Contractor has no interest and shall not acquire any interest, direct or indirect, that would conflict in any manner or degree with the performance of Contractor's services and Contractor shall not employ any person having such known interests.

**10. VENDOR OFFSET. CRS §§24-30-202 (1) and 24-30-202.4.** [*Not Applicable to intergovernmental agreements*] Subject to CRS §24-30-202.4 (3.5), the State Controller may withhold payment under the State's vendor offset intercept system for debts owed to State agencies for: (a) unpaid child support debts or child support arrearages; (b) unpaid balances of tax, accrued interest, or other charges specified in CRS §39-21-101, et seq.; (c) unpaid loans due to the Student Loan Division of the Department of Higher Education; (d) amounts required to be paid to the Unemployment Compensation Fund; and (e) other unpaid debts owing to the State as a result of final agency determination or judicial action.

the contracting State agency, institution of higher education or political subdivision may terminate this contract for breach and, if so terminated, Contractor shall be liable for damages.

**12. PUBLIC CONTRACTS WITH NATURAL PERSONS. CRS §24-76.5-101.** Contractor, if a natural person eighteen (18) years of age or older, hereby swears and affirms under penalty of perjury that he or she (a) is a citizen or otherwise lawfully present in the United States pursuant to federal law, (b) shall comply with the provisions of CRS §24-76.5-101 et seq., and (c) has produced one form of identification required by CRS §24-76.5-103 prior to the effective date of this contract.

**Revised 1-1-09**

CONFIDENTIAL

CDOC006314

## Provider Services

### *Primary Care*
Primary care is provided under the direction of the CDOC primary care providers in order to effectively evaluate and manage the acute and chronic health needs of the offender.
Examples of preventive services that are covered include:
- initial screening at an assessment center;
- routine immunizations;
- mandatory testing for general health welfare;
- periodic physical assessment based on age, sex, general health status and known risk factors in line with US Preventative Task Force Guidelines.

### *Specialty Care*
Specialty care services are provided by contracted specialists and health care facilities in the community. Covered services include consultation with a specialty care provider (SCP) whose opinion or advice is requested by the offender's primary care provider (PCP). Services are performed either on an inpatient or outpatient basis and may include examination, diagnostics, management, surgery, or telemedicine.

### *Diagnostic Services*
Covered services may include:
- **Laboratory Diagnostic Services:** includes diagnostic, clinical and anatomic pathological laboratory services and material;
- **Radiological and Non-Radiological Diagnostic Imaging Services:** includes radiography, fluoroscopy, mammography and ultrasounds;
- **Imaging Services:** includes nuclear medicine, computerized axial tomography (CAT), positron emission tomography (PET), cardiac ultrasonography, magnetic resonance imaging (MRI), cardiac catheterization and arthrography;
- **Complex Vascular Diagnostic Services:** includes holter monitoring, treadmill or stress testing, and impedance venous arteriography;
- **Complex Neurological Diagnostic Services:** includes electroencephalogram (EEG) or electromylogram (EMG) and evoked potential;
- **Complex Pulmonary Diagnostic Services:** includes pulmonary function testing and apnea monitoring including sleep studies;
- **Otologic Services:** includes evaluations to determine if any hearing deficits meet the Colorado Department of Corrections parameters for treatment.
- See Section on Exclusions and Limitations.

### *Therapeutic Services*
Covered services may include:
- **Chemotherapy Services:** Includes oral and injectable medication when medically appropriate;
- **Therapeutic Radiology Services:** utilized for the treatment of cancer and other diseases;
- **Complex Vascular Therapeutic Services:** includes percutaneous transluminal angioplasty;

CONFIDENTIAL

CDOC006358

## PAYMENT RESPONSIBILITIES

The CDOC is responsible for all offender services that the CDOC or the CDOC's managed care partner authorizes. The CDOC is not responsible for any charges associated with the offenders use of A/R 700-21 (Private Health Care Providers) and all payment responsibilities will be worked out in written prior to the approval and authorization of the A/R 700-21 service being performed.

*Offender's ability to pay is not a criteria in the determination of the provision of health services. Health care will not be denied based on indigency.*

*CDOC reserves the right to seek restitution for health care costs incurred related to the offender's failure to follow a prescribed treatment plan; misuse or abuse of medical equipment; or injuries to oneself or another offender or staff during an altercation which will be reviewed by facility staff on a case by case basis. The responsible offender could be charged with all medical expenses related to the altercation through a Code of Penal Discipline (COPD) hearing.*

## COVERED HEALTH CARE SERVICES

Offenders are eligible to receive the services set forth in this schedule. The fact that a participating provider (provider under the managed care contractor) may prescribe, order, recommend or approve a service or supply does not, in and of itself, make the service or supply a covered benefit. It is the responsibility of the CDOC's managed care contractor and the CDOC's utilization management committee to evaluate the appropriate level and place of service for requested medical care services and provide authorization if determined to be medically necessary.

The following procedure establishes the method and guidelines used to determine whether treatment will or will not be provided by the Colorado Department of Corrections. The decisions will be consistent with applicable law and to ensure that sufficient health care resources are available to fulfill the Department's policy of health care provision.

This 2009 Schedule of Covered Services supersedes all previous Schedules.

## PROCEDURE TO ACCESS HEALTH SERVICES

Upon admission to the Colorado Department of Corrections, offenders will receive written and verbal instructions regarding access to Health Services. A health screening assessment is also completed for each offender upon arrival into the correctional setting.

CONFIDENTIAL

CDOC006357