| PHYSICIAN HEALTH PARTNERS | UTILIZATION REVIEW |
|---|---|
| 1515 Arapahoe St., Suite #300, Tower 1 | Phone: (720) 612-6700 |
| Denver, CO 80202 | Fax: (303) 605-1545 |

| | | | |
|---|---|---|---|
| Request ID: | 009-11444247 | | |
| Event ID# | 0011444661 | Date: | 8/18/2014 |
| IPA: | CDC | | |
| Priority: | URGENT | | |

| | | | |
|---|---|---|---|
| Patient Name: | RYAN, SHAWNEE | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 159496 |
| DOB: | 3/11/1957 | Group: | 4P |
| Address: | CDOC | | |
| | DENVER WOMENS CORRECTION | | |
| | CANON CITY, CO 81212 | PCP: | DENVER WOMENS CORRECTIONAL FACILITY |
| Phone: | | PCP Phone: | 303-371-4804 |

| | | | |
|---|---|---|---|
| Requesting: | NALLAPAREDDY MD, SUJATHA | Referred To: | COLORADO BLOOD CANCER INSTITUTE |
| Phone: | 303-418-7600 | Phone: | 720-754-4800 |
| Fax: | 303-750-3137 | Fax: | 866-341-6984 |
| Contact: | | Facility: | |

Request Type: OUTPATIENT DIAGNOSTIC
Diagnosis: 203.00 MM W/O MENTION ACHIEVED REMISSION

Past Treatment Comments:

MCS USER COMMENTS: Clinicals to be faxed. To be done at University Hospital BMT clinic or Colorado blood and cancer institute

Auth Status: DENIED MEDICAL NECESSITY
Decision Date: 8/21/2014

| Procedure: | Description: | Appr. From: | Appr. To: | Units: |
|---|---|---|---|---|
| 99214 | OFFICE OUTPATIENT VISIT 25 MINUTES | 08/18/2014 | 02/17/2015 | 0 PROCEDURE(S) |

Approval Specifications / Comments:

8/25/2014: Denied, based on the information provided it appears she is actively undergoing treatment and the plan does not include when Bone Marrow transplant evaluation would be appropriate. JAM

8-25-14

*This referral is not a guarantee of payment. Coverage will be determined based on eligibility and availability of remaining benefits at the time of the service. If not enrolled in Medicare, you are not allowed to receive Federal Payments for Medicare Advantage Plans or charge the patient by law.*

CONFIDENTIAL                                    CDOC003492




**For this Record...**
Filing history and documents
Show entity
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

## Summary

| Details | | | |
|---|---|---|---|
| Trade name | Correctional Health Partners | | |
| Registrant name | PHYSICIAN HEALTH PARTNERS, LLC | | |
| Status | Effective | Formation Date | 05/05/2009 |
| ID number | 20091252146 | Form | Limited Liability Company |
| Renewal month | n/a | Expiration Date | n/a |
| Primary residence or usual place of business street address | n/a | | |
| Primary residence or usual place of business mailing address | n/a | | |

Filing history and documents

Show entity

Get a certificate of fact of trade name (PDF)

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility




PHP

**For this Record...**
Filing history and documents
View Trademarks
Get a certificate of good standing
File a form
Subscribe to email notification
Unsubscribe from email notification

Business Home
Business Information
Business Search

FAQs, Glossary and Information

# Summary

| Details | | | |
|---|---|---|---|
| Name | Correctional Health Partners, LLC | | |
| Status | Good Standing | Formation date | 12/08/2009 |
| ID number | 20091639725 | Form | Limited Liability Company |
| Periodic report month | December | Jurisdiction | Colorado |
| Principal office street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States | | |
| Principal office mailing address | n/a | | |

| Registered Agent | |
|---|---|
| Name | Geoffrey Archambeau |
| Street address | 1125 17th Street, Suite 1010, Denver, CO 80202, United States |
| Mailing address | n/a |

Filing history and documents

View Trademarks

Get a certificate of good standing

Get certified copies of documents

File a form

Set up secure business filing

Subscribe to email notification

Unsubscribe from email notification

[ Back ]

Terms & conditions | Browser compatibility

CHP

CorrectionalHealthPartners

# Jennifer A. Mix, DO
*Chief Medical Officer*

Jennifer Mix has been a practicing Doctor of Osteopath since 2003, where she began her medical career as an Internal Medicine resident at Saint Joseph Hospital in Denver, CO.

Since 2006, Primary Physician Partners, an Independent Practice Association (IPA) of Correctional Health Partners' (CHP) parent company, Physician Health Partners, has contracted with Dr. Mix to oversee the clinical delivery and management systems for our clients. Dr. Mix has been responsible for directing utilization management and quality improvement programs for CHP's correctional clients since 2012. Dr. Mix reviews and approves health plans, ensures legislative compliance, and provides overarching clinical direction regarding the medical necessity of treatment.

Dr. Mix is actively engaged in developing physician and specialty provider relationships through education of care management initiatives and reviewing data analysis. She mentors providers for the Colorado Department of Corrections to manage healthcare costs and assure continuity of care.

### Education
University of Colorado
    BA, Molecular Cellular Developmental Biology
Kansas City University of Medicine and Biosciences
    Doctor of Osteopathy
Exempla Saint Joseph Hospital in Denver, Colorado
    Internship/Residency, Internal Medicine

### Certification and Licensure
Medical Licensure for State of Colorado #DR-44437

### Professional Experience
- July 2012 to present, Correctional Health Partners (CHP): Sr. Medical Director
- July 2007 to June 2012, Primary Physician Partners: Physician
- January 2006 to present, Wheat Ridge Internal Medicine: Physician, Owner

### Teaching Experience
- 2006 to present, Clinical Instructor in Internal Medicine, Internal Medicine Residency Saint Joseph Hospital, Denver, CO
- 2006 to present, Clinical Instructor in Internal Medicine, Red Rocks Community College Physician Assistant Program, Golden, CO

Jennifer A. Mix, DO
Jennifer.Mix@CHPdelivers.com
303-868-5890
**CHP-RYAN 001**

SKR-BC 000030

/ /2013 14:02  17195835874  PHP MCS  PAGE 04/04

Page 1 of 1

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

UTILIZATION REVIEW
Phone: (720) 612-6700
Fax: (303) 605-1546

| | | | |
|---|---|---|---|
| Request ID: | 009-11140401 | | |
| Event ID# | 0011140943 | Date: | 9/19/2013 |
| IPA: | CDOC | | |
| Priority: | ROUTINE | | |

| | | | |
|---|---|---|---|
| Patient Name: | RYAN, SHAWNEE | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 159496 |
| DOB: | 3/11/1957 | Group: | 4P |
| Address: | CDOC DENVER WOMENS CORRECTION CANON CITY, CO 81212 | PCP: | DENVER WOMENS CORRECTIONAL FACILITY |
| Phone: | | PCP Phone: | 303-371-4804 |

| | | | |
|---|---|---|---|
| Requesting: | JUNE SCOTT | Referred To: | MEDICAL CENTER OF AURORA |
| Phone: | 303-307-2605 | Phone: | 303-695-2600 |
| Fax: | 303-3731763 | Fax: | |
| Contact: | | Facility: | |

Request Type: OUTPATIENT DIAGNOSTIC
Diagnosis: 585.9 CHRONIC KIDNEY DISEASE UNSPECIFIED
Past Treatment Comments:
CDOC REQUEST 177159: Hosp Name: DENVER HEALTH (05)Clin Name: INTER RADIO (64)Specialist: Provider: JUNE SCOTT (A245) CDOC REQUEST 1. CLINICAL INFORMATION: 56 yar old female with nephrotic range proteinuria and renal insufficiency now with a positive ANA, positive Sjogren's Ab and positive urine immunoelectrophoresis (Bence Jones positive) who needs a renal biopsy to direct treatment. Please schedule at Denver Health in Radiology appointment. Thank you.

Auth Status: APPROVED AS SUBMITTED
Decision Date: 9/23/2013

| Procedure: | Description: | Appr. From: | Appr. To: | Units: |
|---|---|---|---|---|
| 50200 | RENAL BIOPSY PRQ TROCAR/NEEDLE | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |
| 77001 | FLUORO CENTRAL VENOUS ACCESS DEV PLACEMENT | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |

Approval Specifications / Comments:

*This referral is not a guarantee of payment. Coverage will be determined based on eligibility and availability of remaining benefits at the time of the service. If not enrolled in Medicare, you are not allowed to receive Federal Payments for Medicare Advantage Plans or charge the patient by law.*

https://secure.phpmcs.com/UserInterfaceLayer/MCS/PrintRequest_SSRS.aspx?ReferralKe... 11/1/2013

SKR-000043

```
Referral from:  Case Manager
Information Obtained from:  Chart
Support System:  Other
Mental Status/Cognition:  Alert and Oriented
Psychosocial Concerns:  None identified
Proposed Discharge Plan:  Other
I_Completed - Send to Meditech:  N
R_Completed - Send to Meditech:  N
```

================================================================

HCM SUPPORT SERVICES

No HCM Support Services data on file for this encounter in MIDAS+

================================================================

Updated by:     Nally,Jamie () - 11/6/2014 9:27 AM

PATIENT NAME: RYAN,SHAWNEE K          ACCOUNT #:E40004798401

*[handwritten: SKR000044]*

SKR000045

```
                    THE MEDICAL CENTER OF AURORA
South Campus         North Campus            Centennial Medical Plaza
1501 South Potomac   700 Potomac             14200 East Arapahoe Road
Aurora, CO 80012     Aurora, CO 80011        Englewood, CO 80112

PATIENT NAME:    RYAN,SHAWNEE K
MEDICAL RECORD:  E40004798401
ACCOUNT#:        E001170450
LOCATION:        E.MEDOBS

ATTENDING PHY:   Kashikar,Padmini A   MD
```

CASE MANAGEMENT REPORT
HCM DISCHARGE PLANNING

Case Workers:    Rogers,Jackie

Living Status:   Other
Setting:         Jail/prison

ADL Limits:      Independent

DME:             None

Discharge Risk: High risk diagnosis

Comments:
---11/6/2014 0927 by Jamie Nally---
INITIAL ASSESSMENT:

Diagnosis:  CHEST PAIN

PMH: DM, HTN, CHRONIC KIDNEY DISEASE STAGE IV, ANXIETY, DEPRESSION, MULT MYELOMA

PCP: DR. NALLAPAREDDY, ONCOLOGIST

Prior services: DWCF FACILITY

People involved with patient s care and contact numbers:   UNKNOWN

Insurance:  MEDICAID

Re-admission within 30 days? (If yes, reason if known):   NO

Barriers to discharge:   PENDING STRESS TEST TODAY

Comments: PATIENT CAME FROM JAIL WITH CHEST PAIN. IF STRESS TEST GOES WELL TODAY WILL DC BACK TO JAIL.

---

HCM Discharge Planning User Fields:

PATIENT NAME: RYAN,SHAWNEE K                ACCOUNT #:E40004798401

**Handwritten annotation:**
*Cardiac incident #1. Nov. 14, 2014. Met all HCPF14-006 forms. CDOC/CHP Initiated Medicaid and Medicaid covered, i.e., CHP aware of inmate Medicaid.

 /  /2013  14:02   17155835874
PHP MCS

PAGE  04/04

Page 1 of 1

**PHYSICIAN HEALTH PARTNERS**
1515 Arapahoe St., Suite #300, Tower 1
Denver, CO 80202

UTILIZATION REVIEW
Phone: (720) 612-8700
Fax: (303) 605-1546

| | | | |
|---|---|---|---|
| Request ID: | 009-11140401 | | |
| Event ID#: | 0011140943 | Date: | 9/19/2013 |
| IPA: | CDC | | |
| Priority: | ROUTINE | | |

| | | | |
|---|---|---|---|
| Patient Name: | RYAN, SHAWNEE | Health Plan: | DEPARTMENT OF CORRECTIONS |
| Patient Sex: | F | Plan ID: | 159496 |
| DOB: | 3/11/1957 | Group: | 4P |
| Address: | CDOC | | |
| | DENVER WOMENS CORRECTION | | |
| | CANON CITY, CO 81212 | PCP: | DENVER WOMENS CORRECTIONAL FACILITY |
| Phone: | | PCP Phone: | 303-371-4804 |

| | | | |
|---|---|---|---|
| Requesting: | JUNE SCOTT | Referred To: | MEDICAL CENTER OF AURORA |
| Phone: | 303-307-2605 | Phone: | 303-695-2600 |
| Fax: | 303-3731763 | Fax: | |
| Contact: | | Facility: | |

Request Type: OUTPATIENT DIAGNOSTIC
Diagnosis: 585.9 CHRONIC KIDNEY DISEASE UNSPECIFIED
Past Treatment Comments:

CDOC REQUEST 177159: Hosp Name: DENVER HEALTH (05)Clin Name: INTER RADIO (64)Specialist: Provider: JUNE SCOTT (A245) CDOC REQUEST 1. CLINICAL INFORMATION: 56 yar old female with nephrotic range proteinuria and renal insufficiency now with p positive ANA, positive Sjogren's Ab and positive urine immunoelectrophoresis (Bence Jones positive) who needs a renal biopsy to direct treatment. Please schedule at Denver Health in Radiology appointment. Thank you.

Auth Status: APPROVED AS SUBMITTED
Decision Date: 9/23/2013

| Procedure: | Description: | Appr. From: | Appr. To: | Units: |
|---|---|---|---|---|
| 50200 | RENAL BIOPSY PRQ TROCAR/NEEDLE | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |
| 77001 | FLUORO CENTRAL VENOUS ACCESS DEV PLACEMENT | 09/19/2013 | 03/18/2014 | 1 PROCEDURE(S) |

Approval Specifications / Comments:

This referral is not a guarantee of payment. Coverage will be determined based on eligibility and availability of remaining benefits at the time of the service. If not enrolled in Medicare, you are not allowed to receive Federal Payments for Medicare Advantage Plans or charge the patient by law.

https://secure.phpmcs.com/UserInterfaceLayer/MCS/PrintRequest_SSRS.aspx?ReferralKe...  11/1/2013

SKR-000043

Patient: RYAN, SHAWNEE KIM MRN: E001170450 Encounter: E40003166831

Page 32 of 32

```
Referral from:  Case Manager
Information Obtained from:  Chart
Support System:  Other
Mental Status/Cognition:  Alert and Oriented
Psychosocial Concerns:  None identified
Proposed Discharge Plan:  Other
I_Completed - Send to Meditech:  N
R_Completed - Send to Meditech:  N
```

---

HCM SUPPORT SERVICES

No HCM Support Services data on file for this encounter in MIDAS+

---

Updated by:     Nally,Jamie () - 11/6/2014 9:27 AM


PATIENT NAME: RYAN,SHAWNEE K          ACCOUNT #:E40004798401


SKR000044

SKR0000045

THE MEDICAL CENTER OF AURORA
South Campus          North Campus           Centennial Medical Plaza
1501 South Potomac    700 Potomac            14200 East Arapahoe Road
Aurora, CO 80012      Aurora, CO 80011       Englewood, CO 80112

PATIENT NAME:     RYAN,SHAWNEE K
MEDICAL RECORD:   E40004798401
ACCOUNT#:         E001170450
LOCATION:         E.MEDOBS

ATTENDING PHY:    Kashikar,Padmini A  MD

CASE MANAGEMENT REPORT
HCM DISCHARGE PLANNING

Case Workers:     Rogers,Jackie

Living Status:    Other
Setting:          Jail/prison

ADL Limits:       Independent

DME:              None

Discharge Risk:   High risk diagnosis

Comments:
----11/6/2014 0927 by Jamie Nally---
INITIAL ASSESSMENT:

Diagnosis: CHEST PAIN

PMH: DM, HTN, CHRONIC KIDNEY DISEASE STAGE IV, ANXIETY, DEPRESSION, MULT MYELOMA

PCP: DR. NALLAPAREDDY, ONCOLOGIST

Prior services: DWCF FACILITY

People involved with patient s care and contact numbers:   UNKNOWN

Insurance:  MEDICAID

Re-admission within 30 days? (If yes, reason if known):   NO

Barriers to discharge:   PENDING STRESS TEST TODAY

Comments: PATIENT CAME FROM JAIL WITH CHEST PAIN. IF STRESS TEST GOES WELL TODAY WILL DC BACK TO JAIL.

---

HCM Discharge Planning User Fields:

PATIENT NAME: RYAN,SHAWNEE K              ACCOUNT #:E40004798401

*Handwritten annotations:*
*Cardiac incident #1. Nov. 14, 2014. Met all HCPF14-006 rqmts, CDOC/CHP initiated Medicaid and Medicaid covered. i.e., CHP aware of inmate Medicaid.*

Patient: RYAN, SHAWNEE KIM  MRN: E001170450  Encounter: E40004798401          Page 183 of 184