IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS (d/b/a Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc; Correctional Healthcare Physicians, P.C.),
JENNIFER MIX, in her personal and professional capacities,
HILARY VICTOROFF, NP, in her personal and professional capacities, and
LAURA SOMMERSCHIELD, NP, in her personal and professional capacities,

    Defendants.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 3, 2020.**

    Before the Court is Plaintiff's "Motion Under F.R.C.P. 37 for Sanctions on Grounds of Fail to Cooperate in Discovery against Attorney Andrew Ringel and Attorney Edmund Kennedy" [filed January 31, 2020; ECF 227]. Pursuant to the governing Scheduling Order, based on the history of this case, and as reflected in the motion, Plaintiff knows this Court's practice standard concerning discovery disputes:

> *Before filing a motion for an order relating to a discovery dispute*, the movant must request a conference with the Court by submitting an email, copied to all parties, to hegarty_chambers@cod.uscourts.gov. See Fed. R. Civ. P. 16, cmt. 2015 Amendment.

Scheduling Order § 8.d. (emphasis added). Accordingly, the motion is **denied without prejudice**. If she chooses to do so, Plaintiff may request a conference with this Court (by email copied to all parties) to discuss the issues raised in the motion.