IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

## DEFENDANTS' MOTION TO DESIGNATE CERTAIN EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 224] AS LEVEL 1 RESTRICTED DOCUMENTS

Defendants Hilary Victoroff, by and through counsel, Amy Colony, Esq., Senior Assistant Attorney General, hereby submit the following Motion to Designate Exhibits to Defendants' Motion for Summary Judgment [Doc. 224] as Level 1 Restricted Documents pursuant to D.C.COLO.LCivR 7.2. In support thereof, Defendants state as follows:

Certificate of Compliance: Pursuant to D.C.COLO.LCivR 7.1(a)(1), undersigned counsel corresponded with Plaintiff, acting *pro se*, via email on February 6, 2020, to

confer about this motion. Plaintiff does not object to Defendant's request to restrict certain exhibits to Defendants' Motion for Summary Judgement.

1. Plaintiff was previously an offender incarcerated within the Colorado Department of Corrections (CDOC). Plaintiff initiated this action alleging various constitutional violations relating to the health care Defendants provided to her.

2. At the Status Conference held on May 29, 2019, the Parties discussed with the Court the production of Plaintiff's medical records, which contain confidential information implicating Plaintiff's privacy interests. The Court ordered the Parties to file a Joint Protective Order.

3. On June 28, 2019, Defendants filed a Joint Motion for Protective Order [Doc. 121]. On July 3, 2019, the Court issued an order requiring all medical records to be designated as Confidential by the parties. *See* Protective Order [Doc. 124] and Minute Order [Doc. 123]. Defendants have produced medical records and related documents in this litigation consistent with that directive.

4. In accordance with the Court's Protective Order, Defendants recently filed their Motion for Summary Judgment [Doc. 224] and designated exhibits that are medical records or that refer to medical records as Level 1 restricted documents. The exhibits are 224-2, 5, 7, filed January 24, 2020 [Doc. 224].

5. Pursuant to D.C.COLO.LCivR 7.2, Defendants move the Court to restrict access to these exhibits to the Court and the parties (Level 1) in order to protect Plaintiff's confidential health information. The medical records and other

exhibits, such as deposition testimony and affidavits referring to the exhibits, cannot be summarized in a way that would support Defendants' motion without implicating Plaintiff's privacy interests.

WHEREFORE, Defendants respectfully request that the Court continue to treat Exhibits 2, 5, 7, filed January 24, 2020 to their Motion for Summary Judgment [Doc. 224] as Level 1 restricted documents.

Respectfully submitted this 6th day of February, 2020.

                PHILIP J. WEISER
                Attorney General

                s/ *Amy C. Colony*
                AMY C. COLONY, Reg. No. 36124*
                Senior Assistant Attorney General
                1300 Broadway, 10th Floor
                Denver, CO 80203
                Email: acolony@coag.gov
                Telephone: 720-508-6615
                Attorney for Defendant Victoroff
                *Counsel of Record

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of February, 2020, I served the foregoing **DEFENDANTS' MOTION TO DESIGNATE CERTAIN EXHIBITS TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT [DOC. 224] AS LEVEL 1 RESTRICTED DOCUMENTS** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
12081 W. Alameda Parkway
Box 218
Lakewood, CO  80228
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

*s/ La'Tasha Carter*