IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX, in her individual capacity,
HILARY VICTOROFF, NP, in her individual capacity, and
LAURA SOMMERSCHIELD, NP, in her individual capacity,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 7, 2020**.

    At the request of the Plaintiff, the Court will hold a Discovery Conference on Thursday, **February 20, 2020 at 1:30 p.m.** in Courtroom A-501, on the fifth floor of the Alfred A. Arraj United States Courthouse located at 901 19th Street, Denver, Colorado.

    The Plaintiff and counsel for the Defendants shall appear in person unless otherwise permitted to appear by telephone on a showing of good cause.

    The parties shall submit any information/documents they believe may be helpful to the resolution of the issue(s) on or before February 18, 2020 to hegarty_chambers@cod.uscourts.gov.