```
RUN DATE: 02/23/17                         COLUMBIA MED CTR OF AURORA **LIVE**                              PAGE 1
RUN TIME: 0440                                      CODING SUMMARY
RUN USER: HPF.FEED

NAME:    RYAN,SHAWNEE KI                            ACCT#:       E40008359760
                                                    FORM:
    ADM DATE:    02/07/17  2033
    ATTEND PHYS: Spilman,Ryan Patrick  DO           UNIT#:       E001170450
    DIS DT/TM:   02/16/17  1508                     SEX:         F
    DIS DISP:    LAW ENFORCEMENT/COURT    21        AGE:         59
         LOS:    :         9                        DOB:         03/11/57
    PT CLASS:    IN.OTH                             FIN CLASS:   11
                                                    ABS STATUS:  FINAL

DIAGNOSES                                                                        POA INDICATOR  CODESET
ADMIT DX     R50.9       FEVER, UNSPECIFIED                                                     ICD10

REASON FOR VISIT DX

PRIMARY CODESET
PRINC DX     A41.9       SEPSIS, UNSPECIFIED ORGANISM                                  Y        ICD10
OTHER DX     D61.1       DRUG-INDUCED APLASTIC ANEMIA                                  Y        ICD10
             C90.00      MULTIPLE MYELOMA NOT HAVING ACHIEVED REMISSION                Y        ICD10
             N18.4       CHRONIC KIDNEY DISEASE, STAGE 4 (SEVERE)                      Y        ICD10
             L02.519     CUTANEOUS ABSCESS OF UNSPECIFIED HAND                         Y        ICD10
             E87.0       HYPEROSMOLALITY AND HYPERNATREMIA                             Y        ICD10
             N17.9       ACUTE KIDNEY FAILURE, UNSPECIFIED                             Y        ICD10
             D61.818     OTHER PANCYTOPENIA                                            Y        ICD10
             D70.3       NEUTROPENIA DUE TO INFECTION                                  Y        ICD10
             D70.1       AGRANULOCYTOSIS SECONDARY TO CANCER CHEMOTHERAPY              Y        ICD10
             L08.9       LOCAL INFECTION OF THE SKIN AND SUBCUTANEOUS TISSUE, UNSP     Y        ICD10
             T45.1X5A    ADVERSE EFFECT OF ANTINEOPLASTIC AND IMMUNOSUP DRUGS, INIT    Y        ICD10
             D69.59      OTHER SECONDARY THROMBOCYTOPENIA                              Y        ICD10
             G43.909     MIGRAINE, UNSP, NOT INTRACTABLE, WITHOUT STATUS MIGRAINOSUS   Y        ICD10
             B95.62      METHICILLIN RESIS STAPH INFCT CAUSING DISEASES CLASSD ELSWHR  Y        ICD10
             M54.2       CERVICALGIA                                                   Y        ICD10
             L65.8       OTHER SPECIFIED NONSCARRING HAIR LOSS                         Y        ICD10
             J10.1       FLU DUE TO OTH IDENT INFLUENZA VIRUS W OTH RESP MANIFEST      Y        ICD10
             E87.6       HYPOKALEMIA                                                   Y        ICD10
             K13.0       DISEASES OF LIPS                                              Y        ICD10
             R19.7       DIARRHEA, UNSPECIFIED                                         Y        ICD10
             M85.89      OTH DISRD OF BONE DENSITY AND STRUCTURE, MULTIPLE SITES       Y        ICD10
             G62.9       POLYNEUROPATHY, UNSPECIFIED                                   Y        ICD10
             Z88.8       ALLERGY STATUS TO OTH DRUG/MEDS/BIOL SUBST STATUS             E        ICD10
             Z90.710     ACQUIRED ABSENCE OF BOTH CERVIX AND UTERUS                    E        ICD10
             Z79.899     OTHER LONG TERM (CURRENT) DRUG THERAPY                        E        ICD10

OTHER CODESET
PRINC DX
OTHER DX

PROCEDURE
PRIMARY CODESET
DATE            PROC CODE & NAME                         SURGEON          ANESTHESIOLOGIST
OTHER CODESET

PRIMARY CODESET
DRG I-10     871     SEPTICEMIA OR SEVERE SEPSIS W/O MV >96 HOURS W MCC
OTHER CODESET
DRG I-9
```

```
RUN DATE: 02/23/17                    COLUMBIA MED CTR OF AURORA **LIVE**                          PAGE 2
RUN TIME: 0440                                 CODING SUMMARY
RUN USER: HPF.FEED

   NAME:   RYAN,SHAWNEE KU                         ACCT#:         E40008359760
                                                   FORM:
   ADM DATE:     02/07/17  2033
   ATTEND PHYS:  Spilman,Ryan Patrick  DO          UNIT#:         E001170450
   DIS DT/TM:    02/16/17  1508                    SEX:           F
   DIS DISP:     LAW ENFORCEMENT/COURT      21     AGE:           59
       LOS:                          9             DOB:           03/11/57
   PT CLASS:     IN.OTH                            FIN CLASS:     11
                                                   ABS STATUS:    FINAL


   STATUS        $REIMB     MIN-LOS   STD-LOS      COST WT     GRP VERS       GRP FC
   F             11078.44               5.3        1.9090      34             11



   DRG STATUS DATE: 02/22/17                       ABS STATUS DATE: 02/22/17
   CODER: 1FSEHT7652                               ABSTRACTOR: 1FSEHT7652


   **This form will be maintained as a permanent part of the medical record**
```

**LabCorp** — Laboratory Corporation of America — **Patient Report**

Specimen ID: 037-027-0026-0  
Control ID: B0054609011  

Acct #: 04133464  Phone: (303) 307-2600  Rte: 25  
CDOC - DWCF  
Denver Women's Correctional  
3600 Havana  
Denver CO 80239  

**RYAN, SHAWNEE**  
3600 HAVANA ST  
DENVER CO 80239  
(303) 307-2611  

**Patient Details**  
DOB: 03/11/1957  
Age(y/m/d): 059/10/26  
Gender: F   SSN:  
Patient ID: 159496  

**Specimen Details**  
Date collected: 02/06/2017 1053 Local  
Date entered: 02/06/2017  
Date reported: 02/06/2017 1613 ET  

**Physician Details**  
Ordering: H VICTOROFF  
Referring:  
ID:  
NPI: 1447310388  

**General Comments & Additional Information**  
Called/faxed to Amy at 138p 02062017 plp  

Alternate Control Number: B0054609011  
Total Volume: Not Provided  

Alternate Patient ID: 159496  
Fasting: No  

**Ordered Items**  
CMP14; CBC With Differential/Platelet; Travel Fee; Stat Service  

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14** | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65 - 99 | 01 |
| BUN | 39 | High | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 25 | High | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 1.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 41 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 32 | 01 |
| **CBC With Differential/Platelet** | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape. | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 99 | High | fL | 79 - 97 | 01 |
| MCH | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/06/17 1613 ET   **FINAL REPORT**   Page 1 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-795-3699

© 1995-2017 Laboratory Corporation of America® Holdings  
All Rights Reserved - Enterprise Report Version: 1.00



**Patient Report**

Patient: RYAN, SHAWNEE
DOB: 03/11/1957
Patient ID: 159496
Control ID: B0054609011
Specimen ID: 037-027-0026-0
Date collected: 02/06/2017 1053 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | 01 |
| *Platelets* | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 7 | | % | | 01 |
| Lymphs | 53 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 13 | | % | | 01 |
| Basos | 7 | | % | | 01 |
| *Neutrophils (Absolute)* | 0.0 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| **Lymphs (Absolute)** | 0.1 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| **Monocytes(Absolute)** | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 13 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| NRBC | 0 | | % | 0 - 0 | 01 |

| 01 | DV | LabCorp Denver | Dir: Brian Poirier, MD |
| | | 8490 Upland Drive, Englewood, CO 80112-7115 | |

For inquiries, the physician may contact **Branch: 303-792-2600 Lab: 800-795-3699**

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-795-3699
© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



# Colorado Department of Corrections
## PRISON OPERATIONS
### Employee Time Reporting

Complete this form for each month and forward to the appropriate person by the first working of each month following the reporting month. If you anticipate not being here on that day, turn in the form prior to your anticipated last day (showing the appropriate approved leave). Please note that Leave Request and Authorization forms (AR 1450 - 30 D) are to be utilized as required by policy.

Employee Name: Hilary Victoroff                Employee I 9717

Supervisor Name: M. Bartell, HAS

Month: February-17

| Day of Week | Date | Time In | Time Out | Time In | Time Out | Regular Hours | Sick Leave | Vac Leave | Other (Please Explain) | Total Hrs | Explanation of Other Leave: Furlough, Family Sick, Duty Day, etc. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Wed | 1 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | NF committee |
| Thu | 2 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 3 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | eOMIS! |
| Week Total | | | | | | 21.25 | 0.00 | 0.00 | 0.00 | 21.25 | |
| Sat | 4 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 5 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 6 | 7:45 | 18:45 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | |
| Tue | 7 | 7:45 | 19:15 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | eomis, trying to do med refills and kites |
| Wed | 8 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | trng, charting |
| Thu | 9 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 10 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | eomis!, kites, consults, scans |
| Week Total | | | | | | 43.75 | 0.00 | 0.00 | 0.00 | 43.75 | |
| Sat | 11 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 12 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | Ww/E |
| Mon | 13 | 7:30 | 18:45 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | on call south, POD |
| Tue | 14 | 8:00 | 18:15 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng 360 #2 |
| Wed | 15 | 7:45 | 18:00 | | | 10.25 | 0.00 | 0.00 | 0.00 | 10.25 | on call south, trng (teach) |
| Thu | 16 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off, on call south |
| Fri | 17 | 7:45 | 18:45 | | | 11:00 | 0.00 | 0.00 | 0.00 | 11.00 | call- south, calls all day |
| Week Total | | | | | | 42.75 | 0.00 | 0.00 | 0.00 | 42.75 | |
| Sat | 18 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E on call south |
| Sun | 19 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | w/e, on call south |
| Mon | 20 | | | | | 0.00 | 0.00 | 0.00 | 8.00 | 8.00 | Holiday |
| Tue | 21 | 7:30 | 19:00 | | | 11.50 | 0.00 | 0.00 | 0.00 | 11.50 | pod |
| Wed | 22 | 7:45 | 19:00 | | | 11.25 | 0.00 | 0.00 | 0.00 | 11.25 | pod |
| Thu | 23 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | day off |
| Fri | 24 | 7:45 | 17:45 | | | 10.00 | 0.00 | 0.00 | 0.00 | 10.00 | |
| Week Total | | | | | | 32.75 | 0.00 | 0.00 | 8.00 | 40.75 | |
| Sat | 25 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Sun | 26 | | | | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | W/E |
| Mon | 27 | 7:30 | 18:30 | | | 11.00 | 0.00 | 0.00 | 0.00 | 11.00 | call- north |
| Tue | 28 | 7:45 | 18:30 | | | 10.75 | 0.00 | 0.00 | 0.00 | 10.75 | call, pod, lock down |
| Week Total | | | | | | 21.75 | 0.00 | 0.00 | 0.00 | 21.75 | |

Calendar Month Hrs: 170.25

Please be advised, AR 1450-14 no longer allows the use of leave (example: sick, comp, vacation, annual, funeral, administrative) to create overtime unless the Appointing Authority has specifically approved it via memo to the Payroll Office.

Employee Signature: HV  Date: 2/28/17

Supervisor Signature: [signed]  Date: 3/2/17

Entered: AB 3/3/17

CDOC006258

```
= PAYROLL ================ ENTER EMPL PAYROLL ============ 03/03/2017 = Page   1

Employee #: 9717   Name: VICTOROFF, HILARY S   Balance Fwd:     23.25

Work Phone: (303) - 307-2500 Ext. 0000

Class Code:C6S4XX   Facility  :DW   DEN-WOMENS

Month :      2 February      Year:2017   Pay Diff.: Y   Exempt/Non-exempt: E

Essential/Non-essential : N 14/28 Day/40 Hrs.: F   40 HOUR
```

================ COMPENSATORY TIME SHEET ================

| D O W | DATE | CDE | Work Unit | Post | Time Int. From | Time Int. To | SHIFT DIFFTL. HRS SH1 REG | SH2 REG | SH3 REG | SHIFT OT HRS. SH1 OT | SH2 OT | SH3 OT | Reg. Earned |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W  | 1  | WR |   |   | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| TH | 2  |    |   |   |      |      |       | - | - | - | - | - | - |
| F  | 3  | WR |   |   | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| SA | 4  |    |   |   |      |      |       | - | - | - | - | - | - |
| SU | 5  |    |   |   |      |      |       | - | - | - | - | - | - |
| M  | 6  | WR |   |   | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| T  | 7  | WR |   |   | 0745 | 1915 | 11.50 | - | - | - | - | - | - |
| W  | 8  | WR |   |   | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 9  |    |   |   |      |      |       | - | - | - | - | - | - |
| F  | 10 | WR |   |   | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| SA | 11 |    |   |   |      |      |       | - | - | - | - | - | - |
| SU | 12 |    |   |   |      |      |       | - | - | - | - | - | - |
| M  | 13 | WR |   |   | 0730 | 1845 | 11.25 | - | - | - | - | - | - |
| T  | 14 | TR |   |   | 0800 | 1200 | 4.00  | - | - | - | - | - | - |
| T  | 14 | WR |   |   | 1200 | 1300 | 1.00  | - | - | - | - | - | - |
| T  | 14 | TR |   |   | 1300 | 1700 | 4.00  | - | - | - | - | - | - |
| T  | 14 | WR |   |   | 1700 | 1815 | -     | 1.25 | - | - | - | - | - |
| W  | 15 | WR |   |   | 0745 | 1800 | 10.25 | - | - | - | - | - | - |
| TH | 16 |    |   |   |      |      |       | - | - | - | - | - | - |
| F  | 17 | WR |   |   | 0745 | 1845 | 11.00 | - | - | - | - | - | - |
| SA | 18 |    |   |   |      |      |       | - | - | - | - | - | - |
| SU | 19 |    |   |   |      |      |       | - | - | - | - | - | - |
| M  | 20 | H  |   |   |      |      | 8.00  | - | - | - | - | - | - |
| T  | 21 | WR |   |   | 0730 | 1900 | 11.50 | - | - | - | - | - | - |
| W  | 22 | WR |   |   | 0745 | 1900 | 11.25 | - | - | - | - | - | - |
| TH | 23 |    |   |   |      |      |       | - | - | - | - | - | - |
| F  | 24 | WR |   |   | 0745 | 1745 | 10.00 | - | - | - | - | - | - |
| SA | 25 |    |   |   |      |      |       | - | - | - | - | - | - |
| SU | 26 |    |   |   |      |      |       | - | - | - | - | - | - |
| M  | 27 | WR |   |   | 0730 | 1830 | 11.00 | - | - | - | - | - | - |
| T  | 28 | WR |   |   | 0745 | 1830 | 10.75 | - | - | - | - | - | - |
| T  | 28 |    |   |   |      |      |       | - | - | - | - | - | - |

```
Run. Tot. Hrs.:170.25    Work Period Hrs.: 21.75
Reg. Hrs. Avl.:   0.00    Comp. Hrs. Avl.:   0.00    Comp. Hrs. Paid.:  0.00
Vac. Hrs. Avl.: 307.75    Sick Hrs. Avl.: 243.79    Hol. Hrs. Avl.:    8.00
Fur. Hrs. Avl.:   0.00
```

CDOC006257