*Exhibit Two + Exhibit Three*

THE MEDICAL CENTER OF AURORA

South Campus
1501 South Potomac
Aurora, CO 80012

Centennial Medical Plaza
14200 East Arapahoe Road
Englewood, CO 80112

North Campus
700 Potomac
Aurora, CO 80011

Saddle Rock ER
22500 E Dry Creek Road
Aurora, CO 80016

PATIENT NAME:    RYAN,SHAWNEE KU
ACCOUNT#: E40008359760
MED REC#: E001170450
LOCATION: E.5MO

ATTENDING PHY:    Spilman,Ryan Patrick   DO

DISCHARGE SUMMARY
REPORT#:0217-0036   REPORT STATUS: Signed

ADMISSION DATE:   02/07/2017
DISCHARGE DATE:   02/16/2017

DIAGNOSES:
1. Multiple myeloma.
2. Neutropenic fever.
3. Sepsis.
4. Right index finger infection with methicillin-resistant Staphylococcus aureus.
5. Influenza A.
6. Pancytopenia.
7. Neck spasms.
8. Acute kidney injury.

CONSULTANTS:
1. Dr. Burke with Oncology.
2. Dr. Sollender with Hand Surgery.
3. Dr. Richards with Infectious Disease.

PROCEDURES:
CT of the sinuses showing some inflammation, but no invasive sinusitis.
Transfusion of 4 units of packed red blood cells and 1 unit of platelets.

DISPOSITION:
Back to Department of Corrections.

DIET:
Regular.

ACTIVITIES:
Ad lib.

FOLLOWUP:
Follow up with Dr. Burke in 1 week.   Check basic metabolic panel in 2 days and 5 days.


PATIENT NAME: RYAN,SHAWNEE KU              ACCOUNT #:E40008359760

Pg. 1
* Readmitted to Aurora South

```
MEDICAL CENTER OF AURORA (COCAA)
Hospitalist Progress Note
REPORT#:0208-0671    REPORT STATUS: Signed
DATE:02/08/17 TIME: 1740

PATIENT: RYAN,SHAWNEE KU              UNIT #: E001170450
ACCOUNT#: E40008359760                ROOM/BED: E.252-1
DOB: 03/11/57   AGE: 59   SEX: F      ATTEND: Spilman,Ryan
Patrick DO
ADM DT: 02/07/17                      AUTHOR: Patel,Paras
Shailesh MD
```

\* ALL edits or amendments must be made on the electronic/computer document \*

## Subjective
**Chief Complaint:**
Fever, cough
**HPI:**
Patient complaining of neck pain and cough. No CP, SOB, HA or abdominal pain. No diarrhea.

## Objective

### General
**VS/I&O:**
Vital Signs

| Date | Temp | Pulse | Resp | B/P | Pulse Ox | FiO2 |
|---|---|---|---|---|---|---|
| 02/07-02/08 | 36.7-39.4 | 88-108 | 16-22 | 80-124/40-73 | 41-96 | |

Last Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 92 | 02/08 1615 |
| B/P | 113/55 | 02/08 1615 |
| O2 Delivery | Room air | 02/08 1615 |
| O2 Flow Rate | 0 | 02/08 1615 |
| Temp | 36.8 | 02/08 1615 |
| Pulse | 88 | 02/08 1615 |
| Resp | 17 | 02/08 1615 |

24 hour I&O ending at 0700:

| | 02/08 0700 | 02/07 1900 |
|---|---|---|
| Intake Total | 1930.00 | |
| Output Total | 650 | |
| Balance | 1280.00 | |
| | | |
| Intake, IV | 1450.00 | |
| Intake, Oral | 480 | |
| Output, Urine | 650 | |
| Patient | 77.7 kg | 73.482 kg |

Page 1 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

Pg. 2
* Readmittance
to Aurora South

|Weight      |          |          |

## Medications:
Active Meds + DC'd Last 24 Hrs
Levofloxacin/Dextrose   150 ML   Q48H   IV
Miscellaneous Information   VANCOMYCIN LEVEL DUE 02/09 AT 1930
      ONCE@1930 ONE   -
Vancomycin/Sodium Chloride   250 ML   Q24H   IV
Pantoprazole Sodium Sesquihydrate   40 MG   DAILY@16   PO
Cyclobenzaprine HCl   10 MG   Q8H PRN PRN   PO
Guaifenesin/Dextromethorphan   5-10 ML
      Q4H PRN PRN   PO
Acetaminophen   1,000 MG   DAILY   PO
Granisetron HCl   1 MG   DAILY   PO   (CKD)
Pancrelipase   2 EA   C MEALS   PO   (CKD)
Sodium Chloride   500 ML   BOLUS ONE   IV   (DC)
Piperacillin/Tazobactam/Sod Chloride   100 ML   Q6H   IV
Docosanol   1 APPLIC   5XDAY   TOPICAL
Calcium Carbonate   1,000 MG   BID   PO
Sodium Chloride   1,000 ML   .Q13H20M   IV   (DC)
Miscellaneous Information   1 EACH   ASDIR   IV
Tramadol HCl   50 MG   Q6H PRN PRN   PO
Acetaminophen   650 MG   Q6H PRN PRN   PO
Melatonin   3 MG   BEDTIME PRN PRN   PO
Ondansetron HCl   4 MG   Q6H PRN PRN   IV
Zolpidem Tartrate   5 MG   BEDTIME PRN PRN   PO
Diphenhydramine HCl   25 MG   BID PRN PRN   PO
Ferrous Sulfate   325 MG   DAILY PRN PRN   PO
Loperamide HCl   2 MG   BID PRN PRN   PO
Sumatriptan Succinate   50 MG   ONCE PRN   PO
Levofloxacin/Dextrose   150 ML   EMERGENCY DEPT. ONE   IVPB   (DC)
Vancomycin/Sodium Chloride   500 ML   X1ED ONE   IV   (DC)
Piperacillin/Tazobactam/Sod Chloride   100 ML   X1ED ONE   IV   (DC)
Levofloxacin   750 MG   X1ED ONE   PO   (CAN)
Acetaminophen   1,000 MG   X1ED ONE   PO   (DC)

## Physical Exam
**General appearance:** chronically ill appearing, alert, awake, oriented, no acute distress

Page 2 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

*Pg 3*
*Reduce Hx + Aurora Scott.*

**Head/Eyes:** Sore on R lower lip
**ENT:** dry mucosal membrane
**Cardiovascular:** murmur (2/6 LUSB), regular rate & rhythm
**Respiratory:** aerating well, clear to auscultation, symmetric expansion
**Abdomen:** non-tender, normal bowel sounds, soft
**Extremities:** moves all, no edema
**Musculoskeletal:** muscle spasm (Neck, paraspinal), normal inspection
**Neuro/CNS:** alert, oriented X 3, no motor deficits, no sensory deficits
**Skin:** dry, Small abscess on palmar side of R 3rd finger
**Psychiatry:** depressed

## Results
**Findings/Data:**
Laboratory Tests

| | 02/08 0529 | 02/07 1750 |
|---|---|---|
| **Chemistry** | | |
| Sodium (136 - 145 mmol/L) | 141 | 136 |
| Potassium (3.5 - 5.1 mmol/L) | 3.4 L | 4.0 |
| Chloride (98 - 107 mmol/L) | 111 H | 103 |
| Carbon Dioxide (21 - 32 mmol/L) | 20 L | 21 |
| Anion Gap (5.0 - 15.0 mmol/L) | 10.0 | 12.0 |
| BUN (7 - 18 mg/dL) | 35 H | 45 H |
| Creatinine (0.600 - 1.30 mg/dL) | 1.71 H | 1.83 H |
| Est GFR (African Amer) (>or=60 UNITS) | 37 L | 34 L |
| Est GFR (Non-Af Amer) (>or=60 UNITS) | 31 L | 28 L |
| Random Glucose (74 - 106 mg/dL) | 114 H | 141 H |
| Calcium (8.5 - 10.1 mg/dL) | 7.6 L | 9.3 |
| Total Bilirubin (0.2 - 1.0 mg/dL) | | 1.3 H |
| AST (15 - 37 U/L) | | 18 |
| ALT (13 - 61 U/L) | | 39 |
| Alkaline Phosphatase (45 - 117 IU/L) | | 41 L |
| Total Protein (6.4 - 8.2 g/dL) | | 6.9 |
| Albumin (3.4 - 5.0 g/dL) | | 3.8 |

*Date drawn - Aurora*
*Time drawn - South*

Laboratory Tests

| | 02/07 1750 |
|---|---|
| **Coagulation** | |
| PT (9.5 - 12.0 SEC) | 11.3 |
| INR | 1.1 |

Page 3 of 6

Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760

| | |
|---|---|
| RBC Casts (NONE SEEN #/HPF) | NONE SEEN |
| WBC Casts (NONE SEEN #/HPF) | NONE SEEN |
| Urine Mucus (NONE SEEN #/HPF) | RARE |
| Urine Ascorbic Acid (NEG mg/dL) | NEG |

**Radiology data:**
Recent Impressions:
**Diagnostic Radiology - XR CHEST 1 VW AP PA PORT 02/07 1824**
\*\*\* Report Impression - Status: SIGNED  Entered: 02/07/2017 1832

IMPRESSION:
1. No radiographic evidence for acute cardiopulmonary disease.


Impression By: DR.CHAVE - Vernon Chapman MD



## Diagnosis, Assessment & Plan
**Free Text A&P:**
59 yo F with many issues

1. Neutropenic fever
   - Cont Vanco, Zosyn
   - Add Levaquin
   - ID consult pending
   - F/U blood cx
   - Source unclear, may be bronchitis and cannot exclude R hand

2. Sepsis
   - Present on admission
   - Improving with IVF and IV Abx

3. Multiple myeloma
   - Appreciate Dr Burke's input
   - Has been on D-PACE chemo by Dr Burke in past

4. Acute anemia
   - Secondary to chemotherapy


Page 5 of 6

Patient: RYAN, SHAWNEE KU
Unit#: E001170450
Date: 02/08/17
Acct#: E40008359760

Laboratory Tests

|  | 02/08 0529 | 02/07 1750 |
|---|---|---|
| Hematology |  |  |
| WBC (4.0 - 11.0 10*3uL) | 0.0 L | 0.0 L |
| RBC (4.00 - 5.40 10*6/uL) | 1.74 L | 2.28 L |
| Hgb (11.5 - 15.8 g/dL) | 6.0 LC | 7.8 L |
| Hct (35.0 - 47.0 %) | 17.1 LC | 22.1 L |
| MCV (79.0 - 98.0 fl) | 98.3 H | 96.9 |
| MCH (25.0 - 34.0 pg) | 34.4 H | 34.4 H |
| MCHC (31.0 - 36.0 g/dL) | 35.0 | 35.5 |
| RDW Std Deviation (39 - 47 fL) | 46.4 | 45.5 |
| RDW Coeff of Var (11.5 - 14.5 %) | 13.3 | 13.1 |
| Plt Count (150 - 375 10*3/uL) | 23 L | 39 L |
| MPV (7.4 - 10.4 fL) | 9.0 | 9.5 |
| WBC Morphology (NORMAL) |  | REVIEWED BY TECH |
| Plt Morphology Comment (ADEQUATE) | DECREASED | DECREASED |
| RBC Morphology (NORMAL) | TEAR DROPS SEEN | REVIEWED BY TECH |

Laboratory Tests

|  | 02/07 2025 |
|---|---|
| Urines |  |
| Urine Color (Yell - Straw) | Yellow |
| Urine Appearance (Clear) | Clear |
| Urine pH (4.6 - 8.0) | 6 |
| Ur Specific Gravity (1.003 - 1.030) | 1.011 |
| Urine Protein (NEG mg/dL) | NEG |
| Urine Glucose (UA) (NEG mg/dL) | NORM |
| Urine Ketones (NEG mg/dL) | NEG |
| Urine Blood (NEG mg/dL) | 0.03 H |
| Urine Nitrite (NEG) | NEG |
| Urine Bilirubin (NEG mg/dL) | NEG |
| Urine Urobilinogen (NEG mg/dL) | NEG |
| Ur Leukocyte Esterase (Negative Leu/ul) | Negative |
| Urine RBC (0 - 5 #/HPF) | 0-5 |
| Urine WBC (0 - 5 #/HPF) | 0-5 |
| Ur Squamous Epith Cells (NONE SEEN #/HPF) | 0-5 |
| Urine Bacteria (NONE SEEN #/HPF) | RARE |
| Hyaline Casts (NONE SEEN #/HPF) | NONE SEEN |
| Granular Casts (NONE SEEN #/HPF) | NONE SEEN |

Page 4 of 6

*Pg. 6(A)* *Readmittance to Aurora South*

Dear Dr. Burke, John McEvoy MD :                    Date: 2/7/2017 4:06:23 AM

**Please respond to this question to accurately reflect the severity of illness for your patient:**

Based on the below mentioned clinical indicators kindly clarify the condition being treated and evaluated ( Pancytopenia due to Chemotherapy , Pancytopenia not due to Chemotherapy, Unspecified or other more appropriate diagnosis)?

Questions? Contact Regina Bays at (804) 740-5355. Thank you.

**The medical record reflects the following diagnosis/clinical indicators and/or pertinent procedure findings:**

| Diagnosis/Clinical Indicators and/or Pertinent Procedure Findings | Source Document(s) / Date(s) |
|---|---|
| Direct admission for chemotherapy | H&P,pg1, 01/26 |
| Pancytopenia | Hemo-onco,pg3, 02/03 |
| PMH: Pancytopenia form chemotherapy | Con,pg2, 01/27 |
| Multiple myeloma | PN,pg4, 02/03 |
| Leukopenia and mild neutropenia | Hemo-onco,pg2, 01/29 |
| Thrombocytopenia | Hemo-onco,pg2, 01/29 |
| Continue cycle#1,day#2 DPACE chemotherapy today | Hemo-onco,pg2, 01/29 |

**If known, please provide additional documentation in response to the question stated above in the space below and/or within the medical record. If clinically unable to determine, please document "Clinically unable to determine" in the box below:**

    pancytopenia due to chemotherapy - JMB

| GENERAL QUERY H11   (effective: 11/6/16) | Patient Name: RYAN, SHAWNEE KU |
|---|---|
| THIS FORM IS A PERMANENT PART OF THE MEDICAL RECORD | Admit Date: 01/26/2017 04:21 PM    Discharge Date: 02/03/2017 12:35 PM |
| | MR#: E001170450    Acct # : E40008305464 |
| | Date Stamp: 02/07/2017 04:07:52 |
| | Check here if the query generated was verbal ☐ |

9/16

```
Patient: RYAN,SHAWNEE KU
Unit#:E001170450
Date: 02/08/17
Acct#:E40008359760
```

- For 2 U PRBC on 2/8/17
- F/U repeat CBC

5. R lip sore
   - On Abreva cream

6. CKD III
   - Cr 1.2-2.0 in past

7. Neck spasm
   - Flexeril PRN
   - Will see if ID thinks we need to do LP to r/o meningitis

8. Leukopenia/Thrombocytopenia
   - Secondary to chemo
   - Oncology following

9. Migraine
   - Cont Imitrex PRN

10. DVT ppx: SCD

11. Full code

12. PT/OT

13. Dispo: Discussed wtih patient, nursing, CM and PharmD. Appreciate Oncology input. Patient is very sick and will likely be here until early next week. Will see what ID thinks. Tenous and could worsen.

Electronically Signed by Patel,Paras Shailesh MD on 02/08/17 at 1756

```
RPT #: 0208-0671
***END OF REPORT***
```

# Blood Bank Mount Sheet

The Medical Center of Aurora

**CHART COPY**

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

## BLOOD COMPONENT LABEL AND TRANSFUSION RECORD

PATIENT: RYAN, SHAWNEE KU
MED REC #: E001170450
BB WRISTBAND #: E108522
PATIENT ABO/RH: O NEGATIVE

PRODUCT: PACKED CELLS IRR LP   PRODUCT UNIT #: W038217181465
UNIT ABO/RH: O NEGATIVE         UNIT EXPIRATION DATE: 03/08/17 2359
CROSSMATCH RESULT: PRESUMED COMPAT   UNIT VOLUME: 300 mL
DATE: 02/08/17 0931    TECH: ELB.5JM1

### RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED

UNIT INSPECTED / ISSUED BY:
UNIT ISSUE DATE / TIME: 2/8/17 1207
UNIT ISSUED WITH ICE? (Y/N)
TRANSPORTER:

PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S:
Clinical situation is urgent requiring release of blood prior to completion of compatibility test.

_____ M.D.

THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY.

TRANSFUSIONIST _____  TRANSFUSION ENDED BY _____
VERIFIER _____         TRANSFUSION DATE: 2/8/17   ROOM # _____

| | PRETRANSFUSION VITALS | 15 MIN TIME: 1551 | 15 MIN VITALS | TIME ENDED: | POST TRANSFUSION VITALS |
|---|---|---|---|---|---|
| TIME STARTED: | | | | | |
| TEMP: | | | 98.4 | TEMP: | |
| PULSE: | | | | PULSE: | |
| B/P: | 95/48 | | | B/P: | |
| RESPIRATIONS: | 28 | | 9 1/2 | RESPIRATIONS: | |

TRANSFUSION REACTION: ☐ YES ☒ NO   COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION

☐ TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD
☐ TRANSFUSION BY RAPID INFUSOR
☐ ELECTRONIC DOCUMENTATION

21-0362A (Rev. 4/11)

Handwritten notes: Pg. 38 Readmit and Discharge Blood Records Aurora South

RYAN, SHAWNEE KU
E40008359760  ADM IN  E.252-1
02/07/17  Spitman,Ryan Patrick DO
DOB:03/11/57  59   F  MR# E001170450
Medical Center of Au Aurora, CO

21-0350TMCA (02/13)
-TRANS-

CONFIDENTIAL

Patient: RYAN, SHAWNEE KIM   MRN: E001170450   Encounter: E40008359760        Page 274 of 553



E40008359760

**Patient Information/Label**

RYAN, SHAWNEE KU E.252-1
E40008359760 ADM IN
02/07/17 Spilman,Ryan Patrick 0O
DOB:03/11/57 59 F MR# E001170450
Medical Center of Au Aurora, CO

**Blood Bank Mount Sheet**

The Medical Center of Aurora

CDOC/MedC/Aur00/130

*TRANS*
21-0350TMCA (02/13)

THE MEDICAL CENTER OF AURORA NORTH, 700 Potomac, Aurora, CO, 80011 • CENTENNIAL MEDICAL PLAZA, 14200 E. Arapahoe Rd, Englewood, CO, 80112
THE MEDICAL CENTER OF AURORA SOUTH, 1501 S. Potomac, Aurora, CO, 80012

## BLOOD COMPONENT LABEL AND TRANSFUSION RECORD

PATIENT: RYAN.SHAWNEE KU
MED REC #: E001170450
BB WRISTBAND # : E208528
PATIENT ABO/RH: O NEGATIVE

PRODUCT: PACKED CELLS IRR LP
PRODUCT UNIT #: W036217140869

UNIT ABO/RH: O NEGATIVE
UNIT EXPIRATION DATE: 03/08/17 2359

CROSSMATCH RESULT: PRESUMED COMPAT
UNIT VOLUME: 300 ml

DATE: 02/08/17 0931
TECH: ELB.SJHI MLY

**RETURN TO BLOOD BANK IMMEDIATELY IF NOT USED**

UNIT INSPECTED / ISSUED BY: R. McCarthy
UNIT ISSUE DATE / TIME: 2-8-17 1507
UNIT ISSUED WITH ICE? (Y/N)
TRANSPORTER: R. McCarthy (Other tube)

*PHYSICIAN MUST SIGN BELOW IF UNCROSSMATCHED RBC'S: Clinical situation is urgent requiring release of blood prior to completion of compatibility test.*

_______________ M.D.

CHART COPY

THE SIGNATURES BELOW INDICATE THAT THE BLOOD PRODUCT HAS BEEN VERIFIED PER HOSPITAL POLICY:

TRANSFUSIONIST Laura Serrano
VERIFIER J. Arbuthnot
TRANSFUSION ENDED BY Laura Serrano
TRANSFUSION DATE: *2/8/17
ROOM # 252.

| TIME STARTED: | 15 MIN TIME: 1551 | TIME ENDED: |
|---|---|---|
| PRETRANSFUSION VITALS | 15 MIN VITALS | POST TRANSFUSION VITALS |
| TEMP: 98.4 | TEMP: 98.4 | TEMP: |
| PULSE: 89 | PULSE: 91 | PULSE: |
| B/P: 90/49 | B/P: 95/48 | B/P: |
| RESPIRATIONS: 17 | RESPIRATIONS: 22 96% | RESPIRATIONS: |

☐ *TRANSFUSED IN OR SEE ANESTHESIA/PERFUSION RECORD*
☐ *TRANSFUSION BY RAPID INFUSOR*
☐ *ELECTRONIC DOCUMENTATION*

TRANSFUSION REACTION: ☐ YES ☒ NO COMPLETE REVERSE SIDE IF 2°F RISE IN TEMP &/OR OTHER S/S OF TRANSFUSION REACTION

21-0352A (Rev. 4/11)

Pg. 37
*Re-admit and Discharge 2/7/17
Blood records

CONFIDENTIAL

# LabCorp
## Laboratory Corporation of America

**PATIENT REPORT**

Specimen ID: 037-027-0026-0
Control ID: B0054609011

Acct #: 04133464
CDOC - DWCF
Denver Women's Correctional
3600 Havana
Denver CO 80239

Phone: (303) 307-2600    Rte: 25

**RYAN, SHAWNEE**
3600 HAVANA ST
DENVER CO 80239
(303) 307-2611

### Patient Details
DOB: 03/11/1957
Age(y/m/d): 059/10/26
Gender: F    SSN:
Patient ID: 159496

### Specimen Details
Date collected: 02/06/2017 1053 Local
Date entered: 02/06/2017
Date reported: 02/06/2017 1613 ET

### Physician Details
Ordering: H VICTOROFF
Referring:
ID:
NPI: 1447310388

**General Comments & Additional Information**
Called/faxed to Amy at 138p 02062017 plp

Alternate Control Number: B0054609011
Total Volume: Not Provided

Alternate Patient ID: 159496
Fasting: No

**Ordered Items**
CMP14; CBC With Differential/Platelet; Travel Fee; Stat Service

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **CMP14** | | | | | |
| Glucose, Serum | 149 | High | mg/dL | 65 - 99 | 01 |
| BUN | 39 | High | mg/dL | 6 - 24 | 01 |
| Creatinine, Serum | 1.54 | High | mg/dL | 0.57 - 1.00 | 01 |
| eGFR If NonAfricn Am | 37 | Low | mL/min/1.73 | >59 | |
| eGFR If Africn Am | 42 | Low | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 25 | High | | 9 - 23 | |
| Sodium, Serum | 140 | | mmol/L | 134 - 144 | 01 |
| Potassium, Serum | 3.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride, Serum | 99 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 18 - 28 | 01 |
| Calcium, Serum | 9.6 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total, Serum | 6.5 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin, Serum | 4.6 | | g/dL | 3.5 - 5.5 | 01 |
| Globulin, Total | 1.9 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 2.4 | | | 1.1 - 2.5 | |
| Bilirubin, Total | 1.0 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase, S | 41 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 14 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 30 | | IU/L | 0 - 32 | 01 |
| **CBC With Differential/Platelet** | | | | | |
| WBC | 0.2 | Critical | x10E3/uL | 3.4 - 10.8 | 01 |
| RBC | 2.84 | Low | x10E6/uL | 3.77 - 5.28 | 01 |
| Minor variation in size and shape | | | | | |
| Hemoglobin | 9.7 | Low | g/dL | 11.1 - 15.9 | 01 |
| Hematocrit | 28.1 | Low | % | 34.0 - 46.6 | 01 |
| MCV | 99 | High | fL | 79 - 97 | 01 |
| MCH | 34.2 | High | pg | 26.6 - 33.0 | 01 |

Date Issued: 02/06/17 1613 ET    **FINAL REPORT**    Page 1 of 2

This document contains private and confidential health information protected by state and federal law. If you have received this document in error, please call 800-795-3699

© 1995-2017 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

SKR0365



**Patient Report**

Patient: RYAN, SHAWNEE
DOB: 03/11/1957   Patient ID: 159496   Control ID: B0054609011   Specimen ID: 037-027-0026-0
Date collected: 02/06/2017 1053 Local

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| MCHC | 34.5 | | g/dL | 31.5 - 35.7 | 01 |
| RDW | 13.5 | | % | 12.3 - 15.4 | 01 |
| Platelets | 72 | Alert | x10E3/uL | 150 - 379 | 01 |
| Neutrophils | 7 | | % | | 01 |
| Lymphs | 53 | | % | | 01 |
| Monocytes | 7 | | % | | 01 |
| Eos | 13 | | % | | 01 |
| Basos | 7 | | % | | 01 |
| Neutrophils (Absolute) | 0.0 | Critical | x10E3/uL | 1.4 - 7.0 | 01 |
| Lymphs (Absolute) | 0.1 | Low | x10E3/uL | 0.7 - 3.1 | 01 |
| Monocytes (Absolute) | 0.0 | Low | x10E3/uL | 0.1 - 0.9 | 01 |
| Eos (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.4 | 01 |
| Baso (Absolute) | 0.0 | | x10E3/uL | 0.0 - 0.2 | 01 |
| Immature Granulocytes | 13 | | % | | 01 |
| Immature Grans (Abs) | 0.0 | | x10E3/uL | 0.0 - 0.1 | 01 |
| NRBC | 0 | | % | 0 - 0 | 01 |

01   DV   LabCorp Denver
         8490 Upland Drive, Englewood, CO 80112-7115              Dir: Brian Poirier, MD
For inquiries, the physician may contact Branch: 303-792-2600 Lab: 800-795-3699

SKR0366