

Below are your electronic wallet cards to use as proof of your license. You can also print your license at any time by visiting www.colorado.gov/dora/DPO_Print_License and following the instructions listed.

If you would like a more durable wallet card option, you can order one for a fee by visiting www.nasbastore.org and selecting the "Colorado License Cards" link on the left hand side of the page. If you prefer, you can also contact NASBA by phone at 1-888-925-5237 or by email at nasbastore@nasba.org.

Should you have questions about your credential, or need other information please contact our Customer Service Team at 303-894-7800 or dora_dpo_licensing@state.co.us.

---

**Colorado Department of Regulatory Agencies**
**Division of Professions and Occupations**

Colorado Board of Nursing
**Hilary Somers Victoroff**
Nurse Practitioner - RXN
Family

| RXN.0100091-NP | 10/01/2018 |
|---|---|
| **Number** | **Issue Date** |
| Active | 09/30/2020 |
| **Credential Status** | **Expire Date** |

Verify this credential at: www.colorado.gov/dora/dpo

Division Director: Ronne Hines    Credential Holder Signature

---

**Colorado Department of Regulatory Agencies**
**Division of Professions and Occupations**

Colorado Board of Nursing
**Hilary Somers Victoroff**
Nurse Practitioner - RXN
Family

| RXN.0100091-NP | 10/01/2018 |
|---|---|
| **Number** | **Issue Date** |
| Active | 09/30/2020 |
| **Credential Status** | **Expire Date** |

Verify this credential at: www.colorado.gov/dora/dpo

Division Director: Ronne Hines    Credential Holder Signature

---

1560 Broadway, Suite 1350, Denver, CO 80202    P 303.894.7800    F 303.894.7693    www.colorado.gov/dora/dpo



CDOC 006246



Below are your electronic wallet cards to use as proof of your license. You can also print your license at any time by visiting www.colorado.gov/dora/DPO_Print_License and following the instructions listed.

If you would like a more durable wallet card option, you can order one for a fee by visiting www.nasbastore.org and selecting the "Colorado License Cards" link on the left hand side of the page. If you prefer, you can also contact NASBA by phone at 1-888-925-5237 or by email at nasbastore@nasba.org.

Should you have questions about your credential, or need other information please contact our Customer Service Team at 303-894-7800 or dora_dpo_licensing@state.co.us.

| Colorado Department of Regulatory Agencies<br>Division of Professions and Occupations | Colorado Department of Regulatory Agencies<br>Division of Professions and Occupations |
|---|---|
| Colorado Board of Nursing | Colorado Board of Nursing |
| **Hilary Somers Victoroff** | **Hilary Somers Victoroff** |
| Registered Nurse           Multi-State | Registered Nurse           Multi-State |
| RN.0064977                 10/01/2018<br>**Number**                 **Issue Date**<br>Active                          09/30/2020<br>**Credential Status**       **Expire Date**<br>Verify this credential at: www.colorado.gov/dora/dpo | RN.0064977                 10/01/2018<br>**Number**                 **Issue Date**<br>Active                          09/30/2020<br>**Credential Status**       **Expire Date**<br>Verify this credential at: www.colorado.gov/dora/dpo |
| Division Director: Ronne Hines   Credential Holder Signature | Division Director: Ronne Hines   Credential Holder Signature |

1560 Broadway, Suite 1350, Denver, CO 80202   P 303.894.7800   F 303.894.7693   www.colorado.gov/dora/dpo



CDOC 006247



## The Commission on Certification grants

# Hilary S Victoroff

the credential of

## FAMILY NURSE PRACTITIONER
## FNP-BC

valid from March 1, 2018 to February 28, 2023

Certification Number: 0035892



Mayola L. Villarruel, DNP, ANP-BC, NEA-BC
Chair, Commission on Certification

Patricia Reid Ponte, RN, DNSC, NEA-BC, FAAN
President, American Nurses Credentialing Center



This ANCC certification is accredited by the National Commission for Certifying Agencies and the Accreditation Board for Specialty Nursing Certification.

CDOC 006248

# Hilary S Victoroff, RN, FNP



**Family Nurse Practitioner**

**11/2000 – Present**     Denver Women's Correctional Facility
State of Colorado Department of Corrections
3600 Havana St., Denver, CO 80239

Clinical assessment of adult males and females admitted to DOC. Outpatient care of a full range of acute and chronic conditions including Trauma, Cardiac, Respiratory, Neuro, Psych, ENT, GI, Renal, GYN, Pregnancy, Orthopedics, Rheumatologic, Dermatology, Substance abuse; interpretation of EKGs, lab, etc. Procedures including suturing, splinting, skin biopsies, I&D, toenail removal. Full EHR, e-Prescribing and Health Information Exchange.

Inpatient care of adult males and females with post-operative, acute, chronic and terminal conditions including GI, ESLD, ESRD, DM, CAD, CHF, Cancer, TB, HIV/AIDS, PTSD, Major Psych Disorders.

Primarily assigned to Denver Women's Correctional Facility but frequently work at Denver Diagnostic and Reception Center (DRDC) and DRDC inpatient infirmary. On call provider for DRDC Infirmary, DRDC, Camp George and Denver Women's Correctional Facility. Also fill in call for DOC facilities in Canyon City, Pueblo, Territorial Infirmary and other facilities.

Provide orientation and mentoring of new Nurse Practitioners, Physician Assistants and Physicians. Perform peer audits and death reviews.

Instructor for Prison Rape Elimination Act (PREA); PREA First Responders; Gender Responsiveness and Trauma Affected Women In Prison; ;NP & PA trainee preceptor, supervisor/ trainer for RNS's to suture

**1/1998 – 12/1999    Exempla Aurora Medical Center, Aurora, CO**
Busy suburban practice managed by Exempla Healthcare. Wide scope of family practice, urgent care (without obstetrics) including adult, pediatric, office procedures, orthopedics, geriatrics and counseling. Full EMR.

**2/1988 – 12/1997    Aurora Family Doctors, Aurora, CO**
Suburban family practice group (4 MDs, 2 PAs) with full scope of adult, pediatric, obstetric, urgent care and office procedures. Large managed care population including full risk Medicare capitation. Extensive EMR.

**1/1986 – 1/1988    G. Kristin Crosby, MD, Aurora, CO**
Solo, suburban family practice with heavy concentration on women's and children's health care, including obstetrics.

**4/1985 – 12/1985    Maternity leave**

**11/1983 – 3/1985        Associates in Family Medicine, Thornton, CO**

Suburban FP group providing full range of services including medicine, pediatrics, OB, geriatrics, office surgery, orthopedics, sports medicine, mental health, counseling, education, care for minor emergencies, extensive geriatric and occupational medicine.

**1/1983 – 9/1983        Kaiser Permanente Medical Group, Denver CO**

FNP in department of OB/GYN in multi-specialty clinic. Provided prenatal and gynecological care, general women's care, IUD insertion/removal, diaphragm fitting, contraception and women's health counseling.

**1/1983 – 9/1983        St. Anthony North Hospital, Thornton CO**

Critical care float pool in 150-bed suburban hospital.

**1982 – 1983        Rocky Mountain Planned Parenthood, Denver CO**

Rotated as NP among affiliated clinics throughout Denver and suburbs. Provided acute gynecological and general women's health care, prescribed contraceptive devices, IUD's, OCP's, fitted diaphragms, diagnosed and treated STD's, counseled in areas of sexuality, pregnancy, STDs, contraception and general health.

**1979 – 1982        Plains Medical Center, Limon, CO**

FNP in rural medical clinic administered by National Health Service Corps. Full range of primary care services including pediatrics, obstetrics, gynecology, surgery, internal medicine, minor and major emergency care and counseling. Heavy concentration in geriatrics. Hospital and nursing home duties including H&P, acute care, assisting in surgery, emergency room, orthopedics, attendance of labor and delivery, newborn assessment, post-partum care, parenting. Taught childbirth education, diabetes management and parenting. Served on Board of Directors of Eastern Colorado Board of Mental Health.

**1974 – 1979        Highland Hospital, Rochester, NY**

Staff RN in MICU/SICU, ER, special procedures, occasional rotation to L&D, nursery and medical/ surgical floors.

**Education**

| | |
|---|---|
| 1974 | RN, Highland Hospital, Rochester, NY |
| 1979 | BS (Nursing), Nazareth College, Rochester, NY |
| 1980 | Family Nurse Practitioner, University of Colorado School of Nursing |
| 2007 | MS (Nursing), University of Colorado at Colorado Springs |

**Certifications**

| | |
|---|---|
| 1980 | Family Nurse Practitioner (ANCC #0035892) |
| 1985 | Physician Assistant (CO #203; inactive) |
| 1985 | Physician Assistant, National Commission on Certification of Physician Assistants, 1985. Recertified 1991, 1997, 2003 (NCCPA #1014278, inactive) |
| 2000 | BLS |

**Licensure**

| | |
|---|---|
| 1979 | Colorado RN (#64977) |
| 1980 | Colorado Nurse Practitioner (#1212) |
| 1985 | Colorado PA-C (# 203; inactive) |
| 2012 | Colorado Nurse Practitioner RXN (#0100091-NP) |
| 2012 | NP DEA (#MC2562141) |