Exhibit Three

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

---

## DEFENDANT HILARY VICTOROFF, N.P.'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT (ECF 51)

---

Defendant Hilary Victoroff[1], N.P. (Defendant), by and through Senior Assistant Attorney General Amy Colony, Office of the Colorado Attorney General, hereby files this Motion for Extension of Time to Respond to Plaintiff's Third Amended Complaint (ECF 51) seeking a 28-day extension of time, up to and including May 3, 2019. In support thereof, Defendant states as follows:

---

[1] Colorado Department of Corrections (CDOC) executed a waiver of service on February 4, 2019, making its response due on April 5, 2019. (ECF 68). Former CDOC employee Defendant Dr. Susan Tiona was served with the Third Amended Complaint on March 6, 2019, making her response due on March 27, 2019. (ECF 87). However, pursuant to this Court's Order to Dismiss in Part and Draw Case dated February 1, 2019 (ECF 52), CDOC and Dr. Tiona have been dismissed from this action. (ECF 52, p. 9). Former CDOC employee Laura Sommerschield is no longer employed by CDOC and has not been served with the complaint.

1. Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*. Plaintiff does not object to the relief requested herein.

2. Plaintiff filed her Third Amended Complaint on January 16, 2019. (ECF 51.)

3. This Court entered an Order to Dismiss in Part and Draw Case on February 1, 2019. (ECF 52.)

4. Defendant accepted service by waiver of the Summons and Third Amended Complaint on February 4, 2019, making her responsive pleading due on or before April 5, 2019. (ECF 68.)

5. Plaintiff's claims arise from complicated medical conditions and her history of treatment provided during the course of her incarceration. The undersigned counsel requires additional time to obtain all necessary medical records from CDOC and properly investigate the claims. This investigation may require the retention of an expert to review the records and consult with the undersigned counsel. The undersigned counsel also needs additional time to interview the various medical professionals and other staff who oversaw Plaintiff's care and custody during her incarceration.

6. Defendant requests an additional 28 days, up to and including May 3, 2019, to file a responsive pleading to Plaintiff's Third Amended Complaint.

7. A Status Conference in this matter is currently set for May 29, 2019 at 9:45 a.m.

8. The granting of the relief requested in this motion will not prejudice the rights of any party, nor cause delay to the general progress of the case.

WHEREFORE, Defendant Hilary Victoroff, N.P. moves this Court for an Order granting an extension of time, up to and including May 3, 2019, to file a responsive pleading to Plaintiff's Third Amended Complaint.

Respectfully submitted this 22nd day of March, 2019.

PHILIP J. WEISER
Attorney General

s/ *Amy C. Colony*
AMY C. COLONY, Reg. No. 36124*
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Email: acolony@coag.gov
Telephone: 720-508-6615
Attorney for Defendant Victoroff
*Counsel of Record

## CERTIFICATE OF SERVICE

I certify that on this 22nd day of March, 2019, I served the foregoing DEFENDANT VICTOROFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S THIRD AMENDED COMPLAINT upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
3531 South Logan Street, No. 349
Englewood, CO  80113
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

                                                *s/ Laurie A. Merrick*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS,
JENNIFER MIX,
HILARY VICTOROFF, N.P., and
LAURA SOMMERSCHIELD, N.P.,

    Defendants.

---

**DEFENDANTS' JOINT MOTION TO MODIFY SCHEDULING ORDER (DOC. 132) RE: DISPOSITIVE MOTION DEADLINE**

---

Defendants Hilary Victoroff, and Laura Sommerschield, by and through counsel, Amy Colony, Esq., Senior Assistant Attorney General, and Defendants Jennifer Mix and Correctional Health Partners (CHP) (Joint Defendants) by and through counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., jointly request this Court to enter an Order Modifying the Scheduling Order (Doc. 132) with respect to the dispositive motion deadline. In support thereof, Joint Defendants state the following:

## CONFERRAL STATEMENT

Pursuant to D.C.COLO.LCivR. 7.1(a), undersigned counsel corresponded with Plaintiff, acting *pro se*, via email on November 13, 2019, to confer about this joint motion. Plaintiff objects to Joint Defendants' requested relief herein. *See attached*, Joint Defendants' Exhibit A.

1. Plaintiff Shawnee Ryan filed her initial Complaint with this Court on April 23, 2018, naming as defendants, 16 separate parties, including the Colorado Department of Corrections. (Doc. 1).

2. Subsequent to the filing of her Complaint, Plaintiff Ryan was paroled and released from custody at Denver Women's Correctional Facility in October 2018.

3. Between May 24, 2018, and December 19, 2018, this Court identified several deficiencies and entered three separate orders directing Plaintiff to cure these deficiencies in an amended complaint. (Docs. 15, 31, 41). Between July 17, 2018, and January 16, 2019, Plaintiff filed four amended complaints. (Docs. 21, 40, 44, 51).

4. On February 1, 2019, this Court entered an Order dismissing Plaintiff's claims against CDOC (Claims One and Two) based on Eleventh Amendment Immunity, and the official capacity claims against Dr. Jennifer Mix, Hilary Victoroff and Laura Sommerschield. To the extent Plaintiff purported to state claims against CHP and Dr. Susan Tiona, those claims were also dismissed.

2

The remaining claims include individual capacity claims against Dr. Mix (Claim Three), Victoroff (Claim Four) and Sommerschield (Claim Five). (Doc. 52).

5. Plaintiff filed her Fourth Amended Complaint on June 24, 2019, adding two claims against Defendant Victoroff. (Doc. 119). However, Plaintiff filed yet another motion requesting leave to file an Amended Complaint to include punitive damages against Defendants CHP and Mix, titling the document a "First" Motion for Leave to file Amended Complaint for Punitive Damages Against CHP Defendants. (Doc. 142). . The Court entered an Order allowing the amendments to go forward, in part, on November 12, 2019. (Doc. 183). The parties have until November 26 to file responsive pleadings. *Id.*

6. On November 11, 2019, Plaintiff filed a "First Motion for Summary Judgment Against Hilary Victoroff: Claim Four. (Doc. 180).[1]

7. Finally, on November 12, 2019, the Court accepted a Fifth Amended Complaint tendered and filed by Plaintiff. (Doc. 183).

8. Plaintiff's claims arise from complex medical diagnoses treated during her incarceration. Her claims arise out of the following events: (1) the alleged denial of an autologous stem cell transplant and post-transplant medical care by Defendant CHP and its Chief Medical Director, Dr. Mix; (2) the alleged denial of

---

[1] Contemporaneous with this motion, the CDOC Defendants are filing a Motion for Extension of Time to File a Response to Plaintiff's First Motion for Summary Judgment (Doc. 180). The reasons for the request are similar to those stated herein for the request to modify the Scheduling Order.

3

admission to the Denver Regional Diagnostic Center infirmary by Defendant Victoroff following Plaintiff's discharge from inpatient chemotherapy at Rocky Mountain Cancer Center in early February 2017; (3) alleged falsification and disclosure of Plaintiff's medical records by Defendant Victoroff to the undersigned counsel, in violation of state and federal law;[2] and (4) the alleged delay in scheduling cataract surgery for Plaintiff at Denver Health by Defendant Sommerschield.

9. The CDOC has produced over 5,500 pages of medical records and over 1,000 pages of other CDOC records to the parties. The CHP Defendants have produced over three-hundred and fifty documents to the parties.

10. Plaintiff was deposed by the CDOC Defendants on October 18, 2019. The transcript of Plaintiff was not received by the Defendants until November 11, 2019.

11. In order to coordinate and draft dispositive motions, Joint Defendants require additional time to review the thousands of pages of complex medical records, review and incorporate Plaintiff's testimony, as well as obtain affidavits from numerous medical professionals, both inside and outside of CDOC, who were involved in Plaintiff's care over the course of over five years. Defendants also

---

[2] On November 14, Plaintiff filed a motion seeking to dismiss claims five and six stated against Defendant Victoroff and arising out of the handling of her medical records. (Doc. 186).

4

require additional time in light of the recent Order by this Court allowing Plaintiff to amend her Complaint for a *fifth* time.

12. Joint Defendants require additional time to compile the supporting exhibits and properly address the complex legal issues for dispositive motions. In addition, Plaintiff has filed her own dispositive motion and may be intending to file additional motions, piecemeal, that will require substantial time to draft response(s).

13. In addition, the undersigned counsel for the CDOC Defendants will be out of the country from November 21 through November 30, 2019.

14. Joint Defendants request that the Scheduling Order (Doc. 132) be modified to extend the dispositive motion deadline, currently set for December 9, 2019, to January 17, 2020.

15. The granting of the relief requested in this motion, a thirty-nine day extension, will not prejudice the rights of any party, nor cause delay to the general progress of the case as fact based discovery was concluded on November 1, 2019 and only expert discovery remains open.

WHEREFORE, Joint Defendants move this Court for an Order modifying the Scheduling Order (Doc. 132) to reset the deadline for filing dispositive motions up to and including January 17, 2020.

Respectfully submitted this 14th day of November, 2019.

PHILIP J. WEISER
Attorney General

s/ Amy C. Colony
AMY C. COLONY, Reg. No. 36124*
Senior Assistant Attorney General
1300 Broadway, 10th Floor
Denver, CO 80203
Email: acolony@coag.gov
Telephone: 720-508-6615
Attorney for Defendants Victoroff and Sommerschield
*Counsel of Record

HALL & EVANS LLC

s/Edmund M. Kennedy
Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: 303-628-3453
Email: ringela@hallevans.com
       kennedye@hallevans.com
*Attorneys for Defendants CHP and Mix*

6

<u>CERTIFICATE OF SERVICE</u>

I certify that on this 14th day of November, 2019, I served the foregoing **DEFENDANTS' JOINT MOTION TO MODIFY THE SCHEDULING ORDER (DOC. 132) RE: DISPOSITIVE MOTION DEADLINE** upon all parties herein by e-filing with the CM/ECF system maintained by the court or by email addressed as follows:

Shawnee Ryan
11309 W. Exposition Drive
Lakewood, CO  80225
shawneeryan216@gmail.com
*Plaintiff, pro se*

Andrew David Ringel, Esq.
Edmund Martin Kennedy, Esq.
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO  80202
*Attorneys for Defendant Mix*

                                                  s/ *Amy Colony*