IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

| | | | |
|---|---|---|---|
| Civil Action No: | 18-cv-956-MSK-MEH | Date: | February 20, 2020 |
| Courtroom Deputy: | Christopher Thompson | FTR: | Courtroom A 501 |

*Parties:*  *Counsel:*

SHAWNEE RYAN, Pro Se

  Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS, Andrew Ringel
JENNIFER MIX *individually and officially*,
HILARY VICTOROFF *individually and officially,* Amy Colony
LAURA SOMMERSCHIELD *individually and officially,*

  Defendant.

---

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

---

**Court in session:**     **1:32 p.m.**

Court calls case. Appearances of counsel. The parties meet and discuss discovery disputes with rulings by the Court made on the record. To the extent the Plaintiff seeks any further discovery, the request is denied by the Court.

**Court in recess:**     **1:54 p.m.**     Hearing concluded.
Total in-court time:     00:22

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.