IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.   18 – cv – 00956 – MSK-MEH

SHAWNEE RYAN, Plaintiff

V.

Defendants:
CORRECTIONAL HEALTH PARTNERS (dba Correctional Health Partners, Inc.; Correctional Health Companies, Inc.; Correctional Corporation of America; Physician Health Partners; CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.) (CHP et al)

DR. JENNIFER MIX, M.D.  (personal and professional capacity)
HILARY VICTOROFF N.P.  (personal and professional capacity)
LAURA SOMMERSCHIELD N.P. (personal and professional capacity)

## PLAINTIFF'S REVISED FIRST SET OF WRITTEN INTERROGATORIES UPON: DEFENDANT CORRECTIONAL HEALTH PARTNERS (et al)

Plaintiff Shawnee Ryan comes now and requests that Defendant Correctional Health Partners (et al) answer the following interrogatories.

Plaintiff's understanding from discovery hearing of October 7, 2019 is that Correctional Health Partners (et al) is having answers given by and through their counsels: Hall and Evans, LLC specifically Edmund Kennedy and Andrew Ringel.

Plaintiff moves forward in these interrogatories under that understanding and the awareness that Mr. Kennedy and Mr. Ringel are professional attorneys who understand they are answering under oath, with penalties if they do not comply. That both understand the rules of procedure and evidence and will comply. That both also understand the definitions of the terms used and also that they are dealing with a Pro Se litigant and should interpret broadly; as the law allows.

Plaintiff has attempted to be as clear, direct and detailed as possible.

## INTERROGATORIES

(All of the questions are directed as to: "Correctional Health Partners (et al) (primary and parent) and any subsidiary company under same)

A. Please provide your full and complete legal company name; as a corporation your form and formation date; all Colorado addresses you conduct business from and include all contact information of each.

B. You advertise and also Secretary of State list as a 'parent' and 'trade' company specifically within Colorado of "Physician Health Partners LLC". Please provide Physician Health Partners LLC full and complete legal name; as a corporation it's form and formation date; all of its Colorado addresses conducting business from and include all of its contact information.

C. You advertise within your primary website(s) that both of the above entities conduct operations in multiple states. Please list each state in the nation you operate within and answer for each the same questions as asked within Questions A and B above.

D. Please name any other subsidiaries of you as the 'parent' and/or 'trade' company and provide answers to the same Questions A and B above if there are any.

E. Please state whether or not you or any of your subsidiaries are publicly traded entities (and/or) are fiscally tied to any publicly traded entities.

F. Please define your interpretation of an "Independent Practice Assn. (IPA)" when listed under you as the parent corporation.

G. Your registered agent is publicly listed as Geoffrey Archambeau. Please state his full legal name and all titles he holds within you and/or any held within all other subsidiaries and/or in all states in the nation that you operate within.

2

71  H. Please state whether or not Mr. Archambeau is actively working, in any
72     way, within your operations. Please also state whether he receives any
73     personal compensation for doing so. You do not need to disclose, at this
74     time, the details of any compensation he receives.
75

76  I. Mr. Archambeau is listed within Dr. Jennifer Mix M.D.'s, provided to
77     Plaintiff, duties as her reporting directly to him in his capacity as your
78     President and CEO. The formal statement of that implies that Mr.
79     Archambeau is as fully in-touch as Dr. Mix is with all of the same details of
80     the company and its subsidiary Physician Health Partners LLC is. True or
81     False?
82

83  J. Please specifically provide a detailed statement of what is reported to your
84     President, CEO and Registered Agent, Mr. Archambeau, by Dr. Mix and all
85     supporting your statement documents.
86

87  K. Please state and list the full legal names of any board members and
88     corporate officers you may have. Please further state the title of each and
89     their roles within your operations. Please also state whether any receive
90     personal compensation for serving in their capacities. You do not need to
91     disclose, at this time, the details of any compensation received.
92

93  L. Please state whether or not you or any subsidiary is a publicly traded entity.
94

95  M. Your primary website and other public domains carry it forward, that you
96     have "designed a framework for appropriate response every
97     time...design(s) programs to respond to chronic, acute and emergent care
98     reliably and timely to benefit our clients and patients." You further
99     advertise that this "expertise helps promote timely, humane and legally
100    defensible care...". Please describe in detail and specific to each claim
101    made, exactly what that framework is and produce your implementation of
102    that design into your company guidelines and employee training.
103

N. You further go on in your primary website and other public domains as citing that your medical management includes: "CHP clients can trust that patients receive the appropriate level of care, in the right care setting, and in a timely manner through our prior authorization process." Please state exactly what your prior authorization process is. Please provide all corporate training materials, guidelines and details of how you supervise your staff and your clients in execution of your prior authorization process(es).

O. Please state, exactly, how your prior authorization processes interact and comply with any and all state and federal healthcare laws and legislation.

P. You further publicly go on: "Prior Authorization and Claims Processing: Nationally recognized standards, CHP's and your systems prior authorization guidelines help determine whether a patient is sent off site for treatment, helping to ensure the most timely and cost-effective treatment in the long run." Please specifically state whether or not you have only a certain network of vendors that you direct referrals to and who those vendors are within the State of Colorado. Please provide "CHP's...systems prior authorization guidelines..." in their complete form including day-to day staff training and operations in implementing your guidelines.

Q. Please provide each and every contract and agreement made between you and any subsidiary you are involved with, between yourself and the Colorado Department of Corrections from the dates of November 2, 2012 through October 4, 2018. You may redact sensitive information such as monetary amounts and account numbers. You may also redact specific employee names but not the names of any registered agent(s).

R. Please state, in detail, how you incorporated State of Colorado legislation HCPF 14-006 enacted in or around June 2014 into your operations, your networks of vendors (if you hold a network). Please provide any and all related documents of adaptions and changes you may have made to incorporate the new legislation.

4

S. Please state, in detail, how you incorporated the 2014 Affordable Healthcare Act's Federal legislation known as Title 42 Public Health and Welfare, Chapter 6A; specificity to AHCA Inmate Catastrophic Medicaid Provision incorporated in Colorado State law as HCPF 14-006 (above); into your day to day operations and specifically into your working contractual relationship with the Colorado Department of Corrections. Please provide all supporting records and documents of your answer.

Thank you,

S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-83et 19
shawneeryan216@gmail.com


**CERTIFICATE OF SERVICE**
I have served, a complete and full copy of the foregoing, with a copy as ordered by the court to the court no later than Friday October 11, 2019 via email, to the parties below on this 11th day of October 2019.


S/Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

hegarty_chambers@cod.uscourts.gov

Andrew David Ringel: ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
Amy Colony: acolony@coag.gov



Shawnee Ryan <shawneeryan216@gmail.com>

## Shawnee Ryan v. Correctional Health Partners, et al, 18-cv-00956-MSK-MEH
1 message

**Ringel, Andrew D.** <ringela@hallevans.com>  
To: "hegarty_chambers@cod.uscourts.gov" <hegarty_chambers@cod.uscourts.gov>  
Cc: "Ringel, Andrew D." <ringela@hallevans.com>, "Kennedy, Edmund M." <kennedye@hallevans.com>, "Tamborello, Amber" <tamborelloa@hallevans.com>, Amy Colony <Amy.Colony@coag.gov>, Laurie Merrick <Laurie.Merrick@coag.gov>, Shawnee Ryan <shawneeryan216@gmail.com>

Fri, Oct 11, 2019 at 12:16 PM

Chambers:

The Magistrate Judge requested the CHP Defendants email Chambers a status update as to the outstanding written discovery requests directed by the Plaintiff on the CHP Defendants in the Courtroom Minutes Discovery Conference reflecting the Discovery Hearing held on October 7, 2019, by today. [ECF 163]. All outstanding written discovery from the Plaintiff to the CHP Defendants was responded to by the CHP Defendants today. I have not served Chambers with the responses and documents produced but can do so if desired. Thank you. Andrew Ringel

**Andrew D. Ringel** | Member  
ringela@hallevans.com  
Tel: 303-628-3453

**Hall & Evans, LLC**  
1001 Seventeenth Street, Suite 300  
Denver, CO 80202



COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING  
website | bio | LinkedIn | map

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

 **Gmail**

Shawnee Ryan <shawneeryan216@gmail.com>

# Re: Shawnee Ryan v. Correctional Health Partners, et al, 18-cv-00956-MSK-MEH
1 message

**Shawnee Ryan** <shawneeryan216@gmail.com>  Fri, Oct 11, 2019 at 12:29 PM
To: "Ringel, Andrew D." <ringela@hallevans.com>
Cc: hegarty_chambers@cod.uscourts.gov, "Kennedy, Edmund M." <kennedye@hallevans.com>, "Tamborello, Amber" <tamborelloa@hallevans.com>, Amy Colony <Amy.Colony@coag.gov>, Laurie Merrick <Laurie.Merrick@coag.gov>

Your Honor,

Plaintiff requests that the court have Mr. Ringel duplicate to chambers the entirety of his response email and attachments made to Plaintiff.

Thank you.

"Success is simple. Do the right things rather than the easy."

Shawnee Ryan

On Fri, Oct 11, 2019, 12:16 PM Ringel, Andrew D. <ringela@hallevans.com> wrote:

> Chambers:
>
> The Magistrate Judge requested the CHP Defendants email Chambers a status update as to the outstanding written discovery requests directed by the Plaintiff on the CHP Defendants in the Courtroom Minutes Discovery Conference reflecting the Discovery Hearing held on October 7, 2019, by today. [ECF 163]. All outstanding written discovery from the Plaintiff to the CHP Defendants was responded to by the CHP Defendants today. I have not served Chambers with the responses and documents produced but can do so if desired. Thank you. Andrew Ringel
>
> **Andrew D. Ringel** | Member
> ringela@hallevans.com
> Tel: 303-628-3453
>
> **Hall & Evans, LLC**
> 1001 Seventeenth Street, Suite 300
> Denver, CO 80202
>
> COLORADO | MONTANA | NEW MEXICO | UTAH | WYOMING
> website | bio | LinkedIn | map
>
> Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

 **Gmail**

Shawnee Ryan <shawneeryan216@gmail.com>

---

## Per Court's order to produce within deadline of Friday October 11, 2019
1 message

Shawnee Ryan <shawneeryan216@gmail.com>      Fri, Oct 11, 2019 at 11:07 AM
To: "Kennedy, Edmund M." <kennedye@hallevans.com>, "Ringel, Andrew D." <ringela@hallevans.com>, "Marion, Nicole" <marionn@hallevans.com>, "Tamborello, Amber" <tamborelloa@hallevans.com>, "Wilson, Marlene" <wilsonm@hallevans.com>
Bcc: Amy Colony <Amy.Colony@coag.gov>, Laurie Merrick <Laurie.Merrick@coag.gov>

(Amy, open your cc's, please)

Ed and Andrew, please find attached the revised (from Mr. Archambeau previously) first set on Defendant Correctional Health Partners (et al).

Thanks—

**Shawnee Ryan**
"Success is simple. Do what's right, in the right way at the right time."

---

📄 **PLAINTIFF REVISED FIRST SET INTERROGATORIES CHP et al.pdf**
187K