Shawnee Ryan
11309 West Exposition Drive
Lakewood, Colorado 80226
720-431-8319
   [shawneeryan216@gmail.com](mailto:shawneeryan216@gmail.com)

- **ONCOLOGY:  RMCC AND DR. JOHN BURKE**

    **303-418-7600**

    **(All hematology runs under Dr. Burke as the lead)**

    - **HEMATOLOGY:  UCHEALTH AND DR. DAN SHERBENOU (POST-RELEASE TO PAROLE (AND) ONE DAY IN LATE MAY 2016)**

        **720-848-6400**

        **HEMATOLOGY:  COLORADO BLOOD CANCER INSTITUTE AT PRESBYTERIAN ST. LUKES AND DR. RICHARD NASH (2015-Feb. 2019)**

        **720-754-4800**

        **PENDING HEMATOLOGY:  FRED HUTCHINSON CANCER CENTER, SEATTLE. (NOT APPLICABLE TO RELEASE CONTACT INFORMATION BEFORE I HAVE IT IN HAND)**

- multiple myeloma
- Light Chain Deposition cast/monocolonal gammopathy
- CHIP/MDS (myelodysplastic syndrome)/pre-stage acute myeloid leukemia

Immune system:

- Hypogammaglobulinemia
- Chronic neutropenia
- Chronic pancyptopenia
- Anemia

Diagnostic Blood Lab Clinics:  2013 to present day:

- LAB CORP (2013 to current day)
- QUEST DIAGNOSTICS (2013 to current day)
- UCHEALTH, RMCC, CBCI, AURORA SOUTH, UNIVERSITY HOSPITAL (2013 to current day)

**NEPHROLOGY:**

- **COLORADO KIDNEY CARE, DR. DIMITRI SYCHEV (OCT. 2018 TO PRESENT DAY) 720-542-7380**
- **CDOC, DR. JUNE SCOTT, KIDNEY CLINIC/DRDC (SEPT. 2013 THROUGH EARLY 2014; NEPHROLOGY CARE THEN DENIED UNTIL RELEASE Oct. 2018)**
- **Kidney Biopsy (Nov. 2013):  Aurora South Hospital**
- **UCH UROLOGY DEPT., P.A. AMANDA VALDEZ 720-848-0000 (Main line)**

Renal:

- Stage 4 renal insufficiency
- Atrophy of both kidneys
- Hematuria
- Edema


**CARDIAC:**

**Dr. David Schuchman, South Denver Cardiology Associates (POST-RELEASE TO CURRENT DAY) 303-744-1065**

**Dr. Vijayaraghavan, Presbyterian St. Lukes (thru CBCI/Nash) (June 2017 stem cell transplant and cardiac abnormalities post DT-PACE in early 2017): 720-754-4800**

**Aurora South Hospital, November 2014 is the first cardiac event.  CDOC should have the records.  Aurora South Med Records does have them.**

Cardiac:

- Left atrial enlargement
- Pulmonary hypertension
-  Aortic valve regurgitation
- Tricuspid regurgitation
- Deep Vein Thrombosis
- Post thrombotic syndrome

**NO SPECIALIST YET, REMAINS FALLING UNDER ONCOLOGY AS A CHEMO SIDE EFFECT:**

Neurological:

- Neuropathy (ranges from 20% to 70% depending on the extremity) in both feet and both hands.

**EYES:**

**DR. PAULA PECEN, SALLY RODGERS EYE CLINIC AT UCHEALTH. (OCT. 2018 TO CURRENT DAY) 720-848-2020**

**DR. 'LACEY' (ELIZABETH) ECHALIER (all Den Health surgeries and care. Is now also at UCHealth)**

**VARIOUS ROTATING M.D.'S AND SURGEONS AT DENVER HEALTH (2017-2018) 303-436-6000**

Vision:

- Severe vitreous detachment and floaters in both eyes
- Detached retina in left eye

**INTERNAL MEDICINE:**

**Current day:  Dr. Francis and Dr. Frank Scott:  UCHealth:  720-848-2777**

**(1) consult in 2017:  Dr. Joel Levine, Denver Health:  303-436-6000**

**Colonscopy in 2014:  CDOC**

**Endoscopy and Colonoscopy (2019) UCHealth**

Digestive:

- Pancreatic insufficiency
- Sessile colon polyp, removed
- Erythematous mucosa, without bleeding

**HOSPITALS, IMAGING DIAGNOSTICS, BIOPSIES:**

- Aurora South
- Littleton Adventist
- Presbyterian St. Lukes
- University Hospital
- Denver Health
- Invision/Sally Jobe
- Health Images