

CorrectionalHealthPartners

## CHP Chief Medical Officer

**DEPARTMENT:** CHP Corporate  
**REPORTS TO:** CHP President & CEO  

**FLSA CATEGORY:** Exempt  
**SUPERVISES:** Medical Directors and Providers

### POSITION DESCRIPTION

Responsible for the strategic direction and oversight of all clinical operations and initiatives. Responsible for the oversight of medical providers (physicians and mid-level providers) at all sites directly or via delegation. Serves as ultimate clinical authority for all medical practices for the company. Participates in strategic planning with other Executive Team members and develops operational capacity consistent with company growth goals. This includes, but is not limited to, referral management, care management, utilization management, and specialty relations. This person will be responsible for implementation and oversight of UM/QI process, inpatient utilization review, medical necessity decisions, health plan and legislative compliance. She/he will assist in contracting and client relations as necessary.

### ESSENTIAL FUNCTIONS

- Develop and implement the clinical and medical policy, standards and practices. Participate in review of policies and protocols related to medical and clinical management through committees and/or other means.
- Provides strategic direction of medical directors, referral management, and care management.
- Responsible for representation of clinical operations in strategic planning, financial planning, major contracting initiatives, product development, marketing and business development, performance improvement and IT development for all lines of business.
- Actively participate in system-of-care initiatives to include internal and external meetings with key system participants.
- Participate in utilization management analysis through UM Committee and work groups as well as active engagement in utilization management by providing strategic direction for clinical review and oversight for outpatient activities.
- CHP and client board presentations as requested.
- Provides oversight for all clinical operations, especially those of providers at various company sites.
- Provide or arrange for coverage for medical directors' vacations on other lines of business.
- Representation of CHP at appropriate external forums, especially those requiring clinical expertise.
- Provide medical supervision and recommendations in response to questions from CHP staff in a timely manner.
- Serve as Executive Chair to the Credentialing Committee.
- Oversight of medical provider peer review process.

CHP-RYAN 015


Correctional Health Partners

- Provide back-up to facility medical providers by taking call and seeing patients when needed.

## RESPONSIBILITIES

*Other Duties/Responsibilities*: As assigned.

*Supervisory Responsibilities*: Responsible for supervision of Medical Directors and Medical Providers

*Budgetary/Fiscal Responsibility*: Basic knowledge of healthcare organization finances. Responsible for using resources wisely to support cost-effective operations.

*Corporate Compliance Responsibility*: As an essential function, this position is responsible for complying with Correctional Health Partners Corporate Compliance Program as it applies to the individual job duties, the department, and the company. This position will exercise due diligence to prevent, detect, and report unlawful and/or unethical conduct by fellow co-workers, professional affiliates, and/or agents.

*Policy and Procedure Interpretation and Development*: Responsible for complying with all company and clinical policies and procedures.

*Responsibility for Confidentiality*: Responsible for the confidentiality and privacy of patient and clinical information.

*Contact with Others*: Frequent contact with all internal levels and multiple external clients.

*Travel*: Intermittent travel to jail facilities, as needed. Intermittent travel to state institutions as required by the contract or per CHP request. Travel may require overnight stays.

## Knowledge, Skills, and Abilities

*Education*: Graduate of accredited medical school program (MD or DO). Current, unrestricted medical license valid in state of practice. Board certified in Family Medicine or Internal Medicine.

*Experience*: 5+ years' professional post-residency experience in direct patient care. Experience in middle management or executive role preferred.

*Licenses/Certifications*: Current, unrestricted Colorado Medical License. License in other states as required by business need. Current Drug Enforcement Administration (DEA) certification. Current BLS CPR certification. Valid, unrestricted Driver's License and reliable transportation.

*Other Job Requirements*: Able to perform basic to intermediate level of competence with various computer software applications including MS Outlook, Word, Excel, Access and Power Point. Able to effectively communicate with internal staff, jail administration and external customers. Full command of the English language, both verbal and written. Must obtain and maintain security clearance within the jail. Knowledge of Utilization Management procedures and Milliman Care Guidelines. Home office that

2    Revised 7/28/2017



is HIPAA compliant for all remote or telecommuting positions as outlined by the company policies and procedures. Mobile Device for work purposes as defined by the company policies and procedures.

### PHYSICAL REQUIREMENTS

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made upon request to enable individuals with disabilities to perform the essential functions.

Ability to perform Cardiopulmonary Resuscitation (CPR) on patients when the need arises.

Mobility necessary to perform a variety of tasks for long periods of time (8-12 hours) that involve standing, walking, sitting, stooping, kneeling, bending and twisting, occasionally climbing stairs or using an elevator, possibly reaching chest high and overhead for materials.

Employee _Jennifer Mix_                                      Date  8/17/17

Employee's Printed Name

CHP-RYAN 017

CHP-RYAN 018