3/26/2019                          CHSS027J - Condensed Health Services Encounter

---

**DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.**

**ENCOUNTER DATE:** 02/16/2017  **TIME:** 10:26:08 PM  **DURATION:** minutes   **TYPE:** Infirmary Note - Nursing

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]  **SETTING:** Health Services Clinic

| | | |
|---|---|---|
| S | **NOTES:** "What medication ?do I hav?" | |
| O | **NOTES:** Offender sitting up in bed during hs rounds. Took all hs medication as ordered. Educated on new medication ordered by provider. No concern voiced at this time. | |
| A | **NOTES:** VSS stable. Afebrile<br>Alert and oriented x 3. Able to make needs known.<br>Independent with ADL's.<br>Denies N/V.<br>In no acute distress.<br>Call light within reach. | |
| P | **NOTES:** Cont. POC. | |
| E | **NOTES:** None | |

**Health Scores:**   M: 4(P)      D: 2      P: 3(N)      S: 1      SA: 1

**STAFF:** OGBONNA, EDITH N  Nurse

**NURSE SIGNATURE:** _____

---

**DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.**

**ENCOUNTER DATE:** 02/16/2017  **TIME:** 06:44:35 PM  **DURATION:** minutes   **TYPE:** Administrative - Provider

**LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]  **SETTING:** Health Services Clinic

| | |
|---|---|
| S | **NOTES:**<br>TimeStamp: 16 February 2017 18:46:37 --- User: MUTHULAKSHMIYEGAPPAN (29554) |
| O | **NOTES:** None |
| A | **NOTES:** None |

CONFIDENTIAL                    CDOC001127

Defendant's Exhibit B

965/1518

3/26/2019                              CHSS027J - Condensed Health Services Encounter

**P**    **LAB TEST ORDERED:** CBC With Differential/Platelet    **VERBAL BY:** YEGAPPAN, MUTHULAKSHMI

   **LAB INSTRUCTIONS:** 6am STAT please
   This offender is currently scheduled to have a lab test administered for this order on 02/17/2017. If you need to reschedule the appointment, please
   visit the Offender Appointments screen.

   **LAB TEST ORDERED:** Basic Metabolic Panel (8)    **VERBAL BY:** YEGAPPAN, MUTHULAKSHMI

   **LAB INSTRUCTIONS:** 6am STAT please
   This offender is currently scheduled to have a lab test administered for this order on 02/17/2017. If you need to reschedule the appointment, please
   visit the Offender Appointments screen.

   **APPT SCHEDULED:** Lab Test  **WITH:** Unknown

    **ON:** 02/17/2017  **AT:** 06:44:35 PM

   **APPT SCHEDULED:** Lab Test  **WITH:** Unknown

    **ON:** 02/17/2017  **AT:** 07:44:35 PM

   **NOTES:**
   Admit to infirmary for post-hospital care and deconditioning, Dr. Yegappan.

   Vitals on admit then qshift, regular diet, up ad lib.

   Notify on call provider for any temp over 100.2, HR above 110 or below 55, RR above 20 or below 12, systolic above 160 or below 90,
   diastolic above 95 or below 60.

   Medications per PCDCIS MAR.  Start doxycycline 100mg PO BID x 10 days, disp: 20 tabs.  Also start these despite not showing PCDCIS
   MAR as pt has been approved for these, Jen Novotony will place on MAR tomorrow:

                        Tums 500mg, 2 tabs BID x 30 days

                        Benadryl 25mg PO BID PRN x 30 days

                        Melatonin 3mg PO qhs PRN x 30 days

   Please check STAT BMP and CBC with diff on 2/17 at 6am.

**E**    **NOTES:** None

**Health Scores:**    **M:** 4(P)           **D:** 2         **P:** 3(N)         **S:** 1        **SA:** 1

**REVIEW NOTES:**
TimeStamp: 21 February 2017 19:58:54 --- User: EDITHOGBONNA (21603)

**STAFF:** YEGAPPAN, MUTHULAKSHMI  Provider

**DOC #:** 159496    **Inmate Name:** RYAN, SHAWNEE K.

**ENCOUNTER DATE:** 02/16/2017  **TIME:** 04:25:25 PM  **DURATION:** minutes   **TYPE:** Infirmary Note - Nursing

**LOCATION:**  DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]  **SETTING:** Health Services Clinic

**S**    **NOTES:** pt states allergies to all opiades, codeine
   Medical Hx: multiple myloma,light chain disposition, Agoraphobia,ESRF, Appendectomy, Hysterectomy, tonsillectomy.
   states she received a spider bite to her finger but now it is dry
   will not wear ted hose for LE swelling states Lasix works the best.
   states shes been having dark bloody sputum while having a productive cough
   states diarrhea for 3 years C Dif at hospital was negative
   TimeStamp: 16 February 2017 17:19:37 --- User: HEATHERALGIENE (15049)

3/26/2019                                    CHSS027J - Condensed Health Services Encounter

---

**O**    NOTES: Pt admitted to the infirmary after being in the hospital for neutropenic fever, issue resolved
per Dr. pt does not need to be on isolation of any kind at this time.
cooperative and pleasant with assessment, some of her medical hx did not match up with report I received from the hospital
no acute distress, no respiratory distress or coughing while I was in the room.
port to chest not accessed at this time.TimeStamp: 16 February 2017 17:25:27 --- User: HEATHERALGIENE (15049)

---

**A**    NOTES: VSS AF
A&O x 3
Lungs CTA
bowels normal + x 4
edema to bilateral legs
TimeStamp: 16 February 2017 17:26:35 --- User: HEATHERALGIENE (15049)

---

**P**    NOTES: None

---

**E**    NOTES: continue ambulating frequently in room, cough and deep breath.
TimeStamp: 16 February 2017 17:27:15 --- User: HEATHERALGIENE (15049)

---

Health Scores:    M: 4(P)      D: 2      P: 3(N)      S: 1      SA: 1

---

STAFF: ALGIENE, HEATHER R  Nurse

NURSE SIGNATURE: _____

---

DOC #: 159496    Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/07/2017  TIME: 05:53:11 PM  DURATION: minutes  TYPE: Infirmary Note - Nursing

LOCATION:  DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC)  SETTING: Health Services Clinic

---

**S**    NOTES:
Patient stated : "I just don't feel good, and have a heavy cough" ?TimeStamp: 7 February 2017 17:54:21 --- User: VASILIKIDAMASKOPOULOU (17013)

---

**O**    NOTES: Patient was lying on her bed resting.

---

**A**    NOTES:
Patient was A & O x's 3.  She complained of not feeling well, of heavy cough, neck ache and ear ache.  She was admitted to infirmary for extreme
neutropenia and she is getting Chemo TX. Vitals were taken this AM and the Temp was at 100.7 with P at 104. Provider was called and went to
assess the patient.  Provider decided then to send patient to Aurora South ER with DX. of Neutropenic fever, via state vehicle. Shift Commander,
security, HSA,  and Aurora South ER were called. About 16:15 patient was picked up for transport.  TimeStamp: 7 February 2017 18:02:34 --- User:
VASILIKIDAMASKOPOULOU (17013)

---

**P**    NOTES: None

---

**E**    NOTES: None

---

Health Scores:    M: 4(P)      D: 2      P: 3(N)      S: 1      SA: 1

---

STAFF: DAMASKOPOULOU, VASILIKI  Nurse    Female

NURSE SIGNATURE: _____

---

CONFIDENTIAL        CDOC001129

Defendant's Exhibit B      967/1518