Case No. 1:18-cv-00956-MSK-MEH Document 240-2 filed 02/25/20 USDC Colorado pg 1
Case 1:18-cv-00956-MSK-MEH Document 224-2 Filed 01/24/20 USDC Colorado Page 8 of 12

3/26/2019     CHSS027J - Condensed Health Services Encounter

| | | |
|---|---|---|
| P | LAB TEST ORDERED: CBC With Differential/Platelet    VERBAL BY: VICTOROFF, HILARY S | |

LAB INSTRUCTIONS: CBC every Monday and Thrusday x 2 weeks
This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offender Appointments screen.

LAB TEST ORDERED: Basic Metabolic Panel (7)    VERBAL BY: VICTOROFF, HILARY S

LAB INSTRUCTIONS: BMP every Monday and Thyursday x 2 weeks, results to Dr. Burke
This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offfender Appointments screen.

APPT SCHEDULED: Lab Test WITH: Unknown

ON: 02/09/2017 AT: 12:59:10 PM

APPT SCHEDULED: Lab Test WITH: Unknown

ON: 02/09/2017 AT: 01:59:10 PM

NOTES: Will arrange ?for offender ?to wear coat to out side appts. Will arrange for " cancer scarf for hair", will contact scheduler to be sure she has appts. Will contact pharmccy to see if they have new med ( Thalidomide) available and will contact Dr. Burke when we start ?NF submitted for First mouth wash for ?mucositis

May have 1 package depends( diarrhea/ urine incontinence)?
1:35 PM. STAT CBC : WBC 0.2, ANC- 0.0, HGB-9.7, HCT-28.1, PLATLETS 72, Creat 1.54- labs called to RMCC,, Dr Burkes nurse Bonnie
?Per Dr. Burke, at risk Infection, start Levofloxin 500 QD x 14 days, CBC, BMP 2 x week on Mon/ Thursdays
?I have registered for ?Celgene and obtained auth # 5099908, , 100 mg QD x 28 days- will fax to pharmacy

will admit DRDC inflormary and will write admissionb orders, apporved with Dr. Tiona, Discused with S Feist NP, orivder ?today

| E | NOTES: None |
|---|---|

Health Scores:    M: 4(P)    D: 2    P: 3(N)    S: 1    SA: 1

REVIEW NOTES:
TimeStamp: 7 February 2017 08:13:34 --- User: HILARYVICTOROFF (17486)

STAFF: VICTOROFF, HILARY S    Mid-Level

---

DOC #: 159496    Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017   TIME: 10:53:02 AM   DURATION: minutes   TYPE: Lab Test (Unsolicited)

LOCATION: DENVER RECEPTION AND DIAGNOSTIC CENTER (DRDC)    SETTING: Health Services Clinic

| S | NOTES: System Generated Encounter for Unsolicited Lab Test Order |
|---|---|
| O | NOTES: None |
| A | NOTES: None |
| P | LAB TEST ORDERED: CBC With Differential/Platelet<br><br>NOTES: None |
| E | NOTES: None |

CONFIDENTIAL     CDOC001134