3/26/2019                            CHSS027J – Condensed Health Services Encounter

| O | NOTES: Pt seen this am apprx 06:45 |
|---|---|
|   | Pt does appear to be be short of breath, vitals and pulse ox all normal this am, pt afebrile |
|   | CTA/B , RRR other than slightly tachy and resp 22 |
|   | EKG -wnl, UA - dip wnl other than3 + blood |
|   | stat labs drawn |

| A | NOTES: None |
|---|---|

| P | NOTES: pt will be seing pcp today , Pcp will notify oncologist once labs recvd |
|---|---|

| E | NOTES: None |
|---|---|

Health Scores:    M: 4(P)          D:  2          P:  3(N)          S:  1          SA:  1

STAFF: REILLY, DEBRA S  Mid-Level

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017  TIME: 12:59:10 PM  DURATION: minutes   TYPE: Administrative - Provider

LOCATION:  DENVER WOMENS CORRECTIONAL FACILITY [DEN WOMENS]  SETTING: Health Services Clinic

| S | NOTES: Feels cold all time, achey bones. Has been vomiting and having diarrhea, chills. Afraid to take tylenol as may mask fever.. Losing hair |
|---|---|

| O | NOTES: Seen in ER with ?HSA and RN ?A. Herbert |
|---|---|
|   | ?Reviewed VS, orders, ?Dr. Burkes instructions and ?all her kites since 2/6/17 ( 10) |
|   | ?Heent: tongue moist , ?lower lip is sl reddened and swollen ?but no open sores ?on lip or along gum line |

| A | DIAGNOSIS:          K13.70 -  Unspecified lesions of oral mucosa |
|---|---|
|   | NOTES: extremely neurtopenic/ thrmobcytopenic. had Neulasta before discharged 2/4/17 |

https://eomis.doc.state.co.us/eomis/application/dispatch

CONFIDENTIAL                    CDOC001133

Defendant's Exhibit B

3/26/2019                                                CHSS027J - Condensed Health Services Encounter



| O | NOTES: Discharged from ARMC 222/4/17 s/p chemo with D-PACE, Was given Neulasta on discharge Stat labs today show extreme neutropenia WBC 0.2, ANC 0.0, Plt lets 72, Creat 1.54) |

| A | PROBLEMS ADDRESSED: | Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC |
| | | Medical - Infectious and Parasitic |
| | | Chronic Condition - Mental, Behavioral and Neuro disorders |
| | | Medical - Genitourinary System |
| | | Medical - Blood and Blood-forming Organs |
| | | Medical - Musculoskeletal / Connective |
| | | Medical - Digestive System |
| | | Chronic Condition - Mental, Behavioral and Neuro disorders |
| | | Medical - Nervous System/Sense Organs |
| | | Medical - Nervous System/Sense Organs |
| | | Medical - Neoplasms |
| | NOTES: Needs Adm DRDC- neutropenic precautions |

| P | NOTES: Adm DRDC Infirmary: multiple myeloma, undergoing chemo prior to bone marrow tranplant at CBCI, CKD, N,V,D, neutropenia, thrombocytopenia
Allergic: codeine, MS, Hydrocodone, ? Zovirax
Med Hx: see problem list
Per Dr. Burke:
1. Start Celgene( thalidomide 100 mg QD x 28 days, I have registered her for this and sent to p harmacy( I can't enter NF yet as is not on NF list, J Novotny notified, will need toe entered as NF)
2. Since had Neulasta, at this point needs Levofloxin 500 mg daily x 14 days- orderd
3. Neutorpenic precautions
4. CBC, BMP 2/9/17, 2/13/17, 2/16/17
5. to have appt with Dr. Burke at RMCC next week- requested by RMCC, pending
6. Needs to go to hospital for T > 100.3
7. diet as ordered
8. will need Infirmary PE in am by provider
9: meds per E-mar, had been receiving meds at noon only d/t pt agoraphobia, but additional doses during day can be added while in infirmary

Report called to S Feist NP, approval by Dr. Tiona |

| E | NOTES: None |

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

| | STAFF: VICTOROFF, HILARY S  Mid-Level |

| | DOC #: 159496   Inmate Name: RYAN, SHAWNEE R.
ENCOUNTER DATE: 02/06/2017  TIME: 02:02:34 PM  DURATION: minutes   TYPE: Follow-up - Provider
LOCATION: DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]  SETTING: Health Services Clinic |

| S | NOTES: pt came down emergently with c/o of SOB since last night , pt on new chemo which she recvd 2/3/2017 |

CONFIDENTIAL                              CDOC001132

Defendant's Exhibit B

3/26/2019                                    CHSS027J - Condensed Health Services Encounter

| O | NOTES: None |
|---|---|
| A | NOTES: None |
| P | NOTES: None |
| E | NOTES: None |

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

STAFF: OGBONNA, EDITH N  Nurse

NURSE SIGNATURE: _____

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017  TIME: 06:52:55 PM  DURATION: minutes   TYPE: Infirmary Admission - Nursing

LOCATION:  DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]  SETTING: Health Services Clinic

| S | NOTES: Intake from DWCF to DRDC INF
Offender states that she has not eaten. (Immediately received dinner tray)
Offender states that she is on a high calorie diet.
Offender reports that she has diarrhea, and has been urinating all morning. |
|---|---|
| O | NOTES:

Offender arrives from DWCF w/ dx of extreme neutropenia following emergency at DWCF w/ SOB.
Offender is well appearing, congenial. Note that offender was receiving all meds during noon medline d/t agoraphobia.
Not allergies to pain meds: codeine, MS, Hyrocodone. Also allergic to acyclovir.
A&Ox4. Able to ambulate in room and able to perform ADLs. VS WNL. Skin color appropriate to race. No skin breakdown. |
| A | NOTES: None |
| P | NOTES: None |
| E | NOTES: None |

| Health Scores: | M: 4(P) | D: 2 | P: 3(N) | S: 1 | SA: 1 |

STAFF: MALSBARY, JOHN D  Nurse

NURSE SIGNATURE: _____

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017  TIME: 03:21:11 PM  DURATION: minutes   TYPE: Infirmary Admission - Provider

LOCATION:  DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]  SETTING: Health Services Clinic

| S | NOTES: Feeling ill, N,V,D, mouth sores |
|---|---|

CONFIDENTIAL
CDOC001131

Defendant's Exhibit B

3/26/2019                                    CHSS027J - Condensed Health Services Encounter

| Health Scores: | M: 4(P) | : | D: 2 | P: 3(N) | S: 1 | SA: 1 |
|---|---|---|---|---|---|---|

STAFF: VICTOROFF, HILARY S   Mid-Level

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017   TIME: 10:53:01 AM   DURATION: minutes   TYPE: Lab Test (Unsolicited)

LOCATION: DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   SETTING: Health Services Clinic

| S | NOTES: System Generated Encounter for Unsolicited Lab Test Order |
|---|---|
| O | NOTES: None |
| A | NOTES: None |
| P | LAB TEST ORDERED: CMP14 |
|   | NOTES: None |
| E | NOTES: None |

| Health Scores: | M: 4(P) | · | D: 2 | P: 3(N) | S: 1 | SA: 1 |
|---|---|---|---|---|---|---|

STAFF: VICTOROFF, HILARY S   Mid-Level

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017   TIME: 10:44:30 AM   DURATION: minutes   TYPE: Emergency - Nursing

LOCATION: DENVER WOMENS CORRECTIONAL FACILITY [DEN-WOMENS]   SETTING: Health Services Clinic

| S | NOTES: Nurse report received: ?Nursing staff was called to the offenders unit to take her back to the clinic. ?She was brought to the clinic in her wheelchair. ?Vital signs were obtained and verbal orders for labs were recieved. ?Cbc and CMP was collected and sent to the lab stat. ?Other information given was that offender has been vomiting, incontinent of urine and diaphoretic. |
|---|---|
| O | CURR: 10:44:30 AM  TEMP: 98.1  PULSE: 96  RP: 0  BP: 90/70  HT: 5 ft. 6 in.  WT: 0  BLOOD SUGAR: NA |
|   | O2 SAT: 0 % SOURCE: |
|   | NOTES: Offender is AxOx4, breathing is equal and unlabored.  Offender is resting in the ER, will continue to monitor. |
| A | NOTES: None |
| P | NOTES: None |
| E | NOTES: None |

---

CONFIDENTIAL                                        CDOC001135

Defendant's Exhibit B

3/26/2019                    CHSS027J - Condensed Health Services Encounter

---

**P**   **LAB TEST ORDERED: CBC With Differential/Platelet   VERBAL BY: VICTOROFF, HILARY S**

   **LAB INSTRUCTIONS:** CBC every Monday and Thrusday x 2 weeks

   This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offender Appointments screen.

   **LAB TEST ORDERED: Basic Metabolic Panel (7)   VERBAL BY: VICTOROFF, HILARY S**

   **LAB INSTRUCTIONS:** BMP every Monday and Thyursday x 2 weeks, results to Dr. Burke

   This offender is currently scheduled to have a lab test administered for this order on 02/09/2017. If you need to reschedule the appointment, please visit the Offender Appointments screen.

   **APPT SCHEDULED:** Lab Test **WITH:** Unknown

   **ON:** 02/09/2017 **AT:** 12:59:10 PM

   **APPT SCHEDULED:** Lab Test **WITH:** Unknown

   **ON:** 02/09/2017 **AT:** 01:59:10 PM

   **NOTES:** Will arrange ?for offender ?to wear coat to outside appts. Will arrange for " cancer scarf for hair", will contact scheduler to be sure she has appts. Will contact pharmcey to see if they have new med ( Thalldomide) available and will contact Dr. Burke when we start ?NF submitted for First mouth wash for ?mucositis

   May have 1 package depends( diarrhea/ urine incontinence)?
   135 PM. STAT CBC : WBC 0.2, ANC- 0.0, HGB-9.7, HCT-28.1, PLATLETS 72, Creat 1.54- labs called to BMCC,, Dr Burkes nurse Bonnie ?Per Dr. Burke, at risk infection, start Levofloxin 500 QD x 14 days, CBC, BMP 2 x week on Mon/ Thursdays
   ?I have registered for ?Celgene and obtained adm # 5099908, , 100 mg QD x 28 days- will fax to pharmacy
   will admit DRDC Infiormary and will write admissionb orders, approved with Dr. Tiona, Discused with S Feist NP, orivder ?today

---

**E**   **NOTES:** None

---

Health Scores:   **M:** 4(P)          **D:** 2          **P:** 3(N)          **S:** 1          **SA:** 1

---

   **REVIEW NOTES:**
   TimeStamp: 7 February 2017 08:13:34 --- User: HILARYVICTOROFF (17486)

---

   **STAFF:** VICTOROFF, HILARY S   Mid-Level

---

   **DOC #:** 159496   **Inmate Name:** RYAN, SHAWNEE K.

   **ENCOUNTER DATE:** 02/06/2017   **TIME:** 10:53:02 AM   **DURATION:** minutes   **TYPE:** Lab Test (Unsolicited)

   **LOCATION:** DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   **SETTING:** Health Services Clinic

---

**S**   **NOTES:** System Generated Encounter for Unsolicited Lab Test Order

---

**O**   **NOTES:** None

---

**A**   **NOTES:** None

---

**P**   **LAB TEST ORDERED: CBC With Differential/Platelet**

   **NOTES:** None

---

**E**   **NOTES:** None

CONFIDENTIAL                    CDOC001134

Defendant's Exhibit B