3/26/2019    CHSS027J - Condensed Health Services Encounter

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/07/2017   TIME: 04:00:21 PM   DURATION: minutes   TYPE: Infirmary Note - Provider

LOCATION: DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   SETTING: Health Services Clinic

**S**   NOTES: Ms. Ryan is a 59F with PMH of MM s/p recent chemo, pancreatic insufficiency and CKD who is in infirmary for neutropenic fever. ?She was feeling well other than myalgias post-hospital discharge and she received neulasta on 2/2. ?On Saturday 2/4 she began having a sore throat, rhinorrhea, L-ear pain, cough and SOB. ?Since Saturday her symptoms have worsened and she feels phlegm in her chest but is not expectorating it. ? She also has BL ear pain now with muffled hearing, no discharge. ?She has also developed neck tenderness and a new, tender lesion on her R-finger. ?No CP or dysuira. ?No new rash or joint pain and no issues with her R-chest port. ?She has chronic diarrhea with 2 greasy stools per day, this is unchanged and no N/V. ?She did have fever today.

**O**   NOTES:
General- AAOx3, NAD, NCAT

HEENT- anisocoria with L-pupil smaller than R, L-sluggish but reacts to light, anicteric, MMM with no lesions, mild posterior oropharyngeal erythema, no discharge or edema, no LAD, mild pain with L>R auricular palpation, no external canal lesions or discharge, could not visualize either TMs due to anatomy

Lungs- clear to auscultation bilaterally, no distress of breathing

CV- tachycardic, regular rhyth, 2/6 systolic murmur loudest to RUSB, no radiation, no r/g

Abdomen- +BS, no tenderness, distension, rebound or guarding

Extremities - no edema, no calf tenderness, 2+ pulses?

**A**   RELATED PROBLEM:   Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC

PROBLEMS ADDRESSED:   Medical - Blood and Blood-forming Organs

Chronic Condition - Symptoms, Signs and abnormal clinical findings, NEC

DIAGNOSIS:   R50.9 - Fever, unspecified

NOTES: None

**P**   NOTES: Neutropenic Fever - suspect source respiratory, however with possible osler's node on hand and cardiac murmur need to r/o IE. Meeting SIRS criteria. Unable to get blood cultures due to we don't have culture bottles in stock. CXR with no acute infiltrates. She received one dose tylenol this AM.
Spoke with her oncologist Dr. Burke, will send to Aurora South ER via non-emergent state van for neutropenic fever given she has ANC of 0. Remaining labs with pancytopenia (wbc 0.2, h/h 9.7/28.1, plts 72), stable CKD (SCr 1.54 which is baseline) and normal LFTs.

**E**   NOTES:
Patient was educated on their condition, medications and medical decision making, expressed their understanding of the plan and wished to proceed. All questions were answered to their satisfaction.

Health Scores:   M: 4(P)   D: 2   P: 3(N)   S: 1   SA: 1

STAFF: YEGAPPAN, MUTHULAKSHMI   Provider

---

DOC #: 159496   Inmate Name: RYAN, SHAWNEE K.

ENCOUNTER DATE: 02/06/2017   TIME: 09:17:09 PM   DURATION: minutes   TYPE: Infirmary Note - Nursing

LOCATION: DENVER RECEPTION AND DIAGNOSTIC CENTER [DRDC]   SETTING: Health Services Clinic

**S**   NOTES: No concern voiced during rounds.