**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners,**
**Inc.; Physician Health Partners, Inc.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**

---

**PLAINTIFF NOTIFICATION TO ALL PARTIES re: PLAINITFF COMPLIANCE WITH "GENERAL ORDER 2020-10 COURT OPERATIONS DURING THE COVID-19 PANDEMIC"**

---

**Plaintiff Shawnee Ryan** respectfully notifies the Court and all other parties that per multiple physician orders she has been home quarantined since March 2020 and will remain so until the risk considerations of the COVID-19 Pandemic are gone.  Ryan is an extreme risk immunocompromised person due to the complication of the hypogammaglobulinemia diagnosis of record.

**She therefore** must comply with the Court's General Order 2020-10: "Ordered that the following persons shall not enter any courthouses or Probation Offices of the United States District Court for the District of Colorado; at page 1, Para 4, #3: "Persons who have been asked to self-quarantine by any doctor, hospital or health agency."

**Plaintiff respectfully asks** for the Court's consideration in scheduling any upcoming matters in this case to be via telephonic appearance.  At this point, the Parties remain pending the Senior Court's rulings on various matters (and) the only other matter open is the Plaintiff's request of the CHP Group, via her approach to Attorney Kennedy (of which there has not yet been a response) for ADR scheduling per the Senior Court's Order at (DOC) 71 on 2/08/19, #2.

**Respectfully submitted this 20th day of June 2020.**

S/Shawnee Ryan
12081 West Alameda Parkway Box 218
Lakewood, Colorado 80228
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served a complete and full copy of the foregoing via CMECF to the parties below on this 20th day of June 2020.

S/Shawnee Ryan
12081 West Alameda Parkway Box 218
Lakewood, Colorado 80228
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov