IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.    18 – cv – 00956 – MSK-MEH

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.)**

**DR. JENNIFER MIX, M.D.  (personal and professional capacity)**
**HILARY VICTOROFF N.P.  (personal and professional capacity)**

**PLAINTIFF CERTIFICATION OF COMPLIANCE WITH SENIOR COURT's ORDER AT (ECF) 71**

**Plaintiff Shawnee Ryan** certifies to the Court that she has complied with the Court's order at ECF 71 (2) and has done so with both defendant groups in this case.  State AG decline of Early Neutral Evaluation (and/or) Alternative Dispute Resolution before the Magistrate Judge was made months ago and recorded to record by Plaintiff.

Defendant Group CHP, as of June 22, 2020 is now also in with a decline.

Plaintiff's specific understanding is they decline to formal "mediation with a Federal Magistrate Judge" (quote) although are "always willing to entertain any settlement demand (you) may have" (quote).

Unfortunately, Plaintiff is uncomfortable, given the recorded to record events, the posture of this case and the collective paths of record and that are currently before the Senior Court, of the defense attorneys in this case when the Court is not present; in engaging in any type of talks of settlement without either the Magistrate Judge or Senior Judge involvement.

**Plaintiff respectfully advises that she has complied with the Senior Court's order.**

**Respectfully submitted this 24th day of June 2020.**

S/Shawnee Ryan
12081 West Alameda Pkwy. #218
Lakewood, Colorado 80228
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**
I have served a complete and full copy of the foregoing via CMECF to the parties below on this 24th day of June 2020.


S/Shawnee Ryan
12081 Wests Alameda Pkwy #218
Lakewood, Colorado 80226
720-431-8319
shawneeryan216@gmail.com

Clerk of Court:  cod_cmecf@cod.uscourts.gov

Andrew David Ringel:  ringela@hallevans.com
Edmund Martin Kennedy:  kennedye@hallevans.com
Amy Colony:  acolony@coag.gov