ALLMTN,JD1

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:18-cv-00956-MSK-MEH

Ryan v. Correctional Health Partners et al
Assigned to: Chief Judge Marcia S. Krieger
Referred to: Magistrate Judge Michael E. Hegarty
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 04/23/2018
Jury Demand: Both
Nature of Suit: 555 Prisoner - Prison Condition
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 02/08/2019 | 71 | ORDER REFERRING CASE to Magistrate Judge Michael E. Hegarty: IT IS ORDERED that pursuant to 28 U.S.C. 636(b)(1)(A) and (B) and FED. R. CIV. P. 72(a) and (b), this matter is referred to the assigned United States Magistrate Judge to:<br><br>(1)Convene a scheduling conference under FED. R. CIV. P. 16(b), enter a Scheduling Order meeting the requirements of D.C.COLO.LCivR 16.2, enter such orders as appropriate to enforce the Scheduling Order, and resolve discovery matters;<br><br>(2)ADR: Court sponsored alternative dispute resolution is governed by D.C.COLO.LCivR 16.6. Early Neutral Evaluation is approved. On the informal request of the magistrate judge or on the request of the parties by motion, the Court may direct the parties to engage in a settlement conference conducted by the magistrate judge if the parties have engaged in an Early Neutral Evaluation and are unable to afford or otherwise attain private settlement assistance;<br><br>(3)Hear and determine referred matters in accordance with 28 U.S.C. 636(b)(1)(A) and (B).<br><br>The Court also refers Ms. Ryan's Motion for Appointment of Counsel 57 to the Magistrate Judge for determination. By Chief Judge Marcia S. Krieger on 2/8/19. Text Only Entry (msklc2, ) (Entered: 02/08/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/24/2020 03:56:11 | | | |
| PACER Login: | shawneeryan:5845322:0 | Client Code: | |
| Description: | Docket Report | | |