**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF COLORADO**

**Civil Action No. 18 – cv – 00956 – MSK-MEH**

**SHAWNEE RYAN, Plaintiff**

**V.**

**Defendants:**
**CORRECTIONAL HEALTH PARTNERS (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.)**

**DR. JENNIFER MIX, M.D. (personal and professional capacity)**
**HILARY VICTOROFF N.P. (personal and professional capacity)**

---

**SUPPLEMENTAL INFORMATION FILING to ECF 227 (First Motion for Sanctions Attorney Kennedy and Attorney Ringel/Hall and Evans) and ECF 236 (First Motion for Sanctions Attorney Colony)**

---

**Plaintiff Shawnee Ryan** respectfully submits the attached Transcript of the Discovery Hearing February 20, 2020 before Magistrate Hegarty as supplemental verification of Plaintiff's claims within the above Motions for Sanctions. Plaintiff does apologize for the late incorporation to the matters currently pending before the Senior Court; as can be seen from transcriptionist upload to docket, the transcript was received today: July 8, 2020.

**Incorporating the entire transcript, including specificity as follows:**

1. Re: Attorney Ringel, Attorney Kennedy and Hall/Evans: Pages 3 (line 18) –9 (line 9).

2. Re: Attorney Ringel, Attorney Kennedy and Hall/Evans: Pages 9 (line 15)—13 (line13).

3. Re: Attorney Ringel, Attorney Kennedy and Hall/Evans: Pages 13 (line 24) –18 (line2)

4. Re: Attorney Ringel, Attorney Kennedy and Hall/Evans: Page 5 (line 9)--6 (line 1).

5. Re: Attorney Colony and State AG: Page 6 (line 2) – line 25.

Respectfully submitted this 8th day of July 2020.

S/Shawnee Ryan
12081 West Alameda Pkwy. #218
Lakewood, Colorado 80228
720-431-8319
shawneeryan216@gmail.com

**CERTIFICATE OF SERVICE**

I have served a complete and full copy of the foregoing via CMECF to the parties below on this 8th day of July 2020.

S/Shawnee Ryan
12081 West Alameda Pkwy. #218
Lakewood, Colorado 80228
720-431-8319
shawneeryan216@gmail.com

Clerk of Court: cod_cmecf@cod.uscourts.gov

Andrew David Ringel: ringela@hallevans.com
Edmund Martin Kennedy: kennedye@hallevans.com
cmecf@hallevans.com
Amy Colony: acolony@coag.gov