```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX095937
Cashier ID: jt
Transaction Date: 08/03/2020
Payer Name: Shawnee Ryan
----------------------------------------
PLRA CIVIL FILING FEE
 For: Shawnee Ryan
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 19-123131121
 Amt Tendered:  $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA Filing Fee
18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```