```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX095985
Cashier ID: jt
Transaction Date: 08/06/2020
Payer Name: SHAWNEE RYAN
------------------------------------
PLRA CIVIL FILING FEE
For: SHAWNEE RYAN
Case/Party: D-COX-1-18-CV-000956-001
Amount:          $5.00
------------------------------------
PAPER CHECK CONVERSION
Check/Money Order Num: 19-123131119
Amt Tendered:   $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PLRA Filing Fee
18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```