Shawnee Ryan

575 Billings Street #402

Aurora, CO 80011

720-431-8319

Shawneeryan216@gmail.com

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 10 2020

JEFFREY P. COLWELL
CLERK

September 4, 2020        Re: 18 cv 956—MSK--MEH

Clerk of Court:

Please note change of address above, to record.

Thank you,

*Shawnee Ryan, Plaintiff*

Shawnee Ryan
575 [?] Billings St #402
Aurora, Colo. 80011

Clerk of Court
U.S. Courthouse
901 19th Street
Denver, CO 80294 [?]



DENVER CO 802
8 SEP 2020 PM 7 L

FOREVER / USA