```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX096506
Cashier ID: cp
Transaction Date: 09/21/2020
Payer Name: SHAWNEE RYAN
----------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 19140765537
 Amt Tendered:  $5.00
----------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PLRA Payment
18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```