IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS, (CDOC) (full capacity),
CORRECTIONAL HEALTH PARTNERS (As contractual third-party administrative agent of CDOC while in business and professional capacity): (dba Correctional HealthPartners, Inc.; dba Correctional Health Companies, Inc.; dba Correctional Corporation of America; dba Physician Health Partners; dba CHP Companies, Inc.; Correctional Healthcare Physicians, P.C.),
DR. JENNIFER MIX, M.D. (personal and professional capacity),
DR. SUSAN TIONA (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity),
LAURA SOMMERSCHIELD N.P. (personal and professional capacity),

    Defendants.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order to Dismiss in Part and Draw Case, filed February 1, 2019, by the Honorable Lewis T. Babcock, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

    ORDERED that Claim One and Claim Two of the Prisoner Complaint (Third Amended) (ECF No. 51) are dismissed based on Eleventh Amendment immunity, and Defendant Colorado Department of Corrections is dismissed from this action. It is FURTHER ORDERED that Claim Three as against Defendant Jennifer Mix, M.D. in her

1

official capacity is dismissed as legally frivolous. It is

FURTHER ORDERED that Claim Four as against Defendant Hilary Victoroff N.P. in her official capacity is dismissed based on Eleventh Amendment immunity. It is

FURTHER ORDERED that Claim Five as against Defendant Laura Sommerschield N.P. in her official capacity is dismissed based on Eleventh Amendment immunity. It is

FURTHER ORDERED that Defendants Correctional Health Partners and Dr. Susan Tiona, M.D. are dismissed from this action.

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Opinion and Order on Cross Motions for Summary Judgment and Other Pending Motions, filed October 19, 2020, by the Honorable Marcia S. Krieger, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is hereby

ORDERED that judgment is hereby entered in favor of Defendants, Correctional Health Partners, Jennifer Mix, M.D., and Hilary Victoroff N.P., and against Plaintiff, Shawnee Ryan, on Defendants' motions for summary judgment.  It is further

ORDERED that plaintiff's complaint and action are dismissed.

DATED at Denver, Colorado this 19th day of October, 2020.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

*s/ Robert R. Keech*
Robert R. Keech,
Deputy Clerk