IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-00956-MSK-MEH

SHAWNEE RYAN,

    Plaintiff,

v.

CORRECTIONAL HEALTH PARTNERS
DR. JENNIFER MIX, M.D. (personal and professional capacity),
HILARY VICTOROFF N.P. (personal and professional capacity), and
LAURA SOMMERSCHIELD N.P. (personal and professional capacity);

    Defendants.

_____

**CHP DEFENDANTS' BILL OF COSTS**
_____

    Defendant Correctional Health Partners ("CHP") and Dr. Jennifer Mix, ("Dr. Mix") (Collectively "CHP Defendants"), by and through their counsel, Andrew D. Ringel, Esq., and Edmund M. Kennedy, Esq., of Hall & Evans, L.L.C., hereby respectfully submit this Bill of Costs, as follows:

    1.    Defendants have conferred with both Plaintiff, Shawnee Ryan, and State Defendants' counsel, Amy Colony, Esq. regarding this Bill of Costs. Neither opposing the Bill. However, Ms. Ryan further stated that, although she doesn't oppose the Bill of Cost, she is not familiar enough with the rules for awarding costs so relies on this Court to ensure the costs are appropriate.

    2.    Attached to this pleading is the taxation form provided by this Court. The total costs sought are $1,084.95.

WHEREFORE, Defendant Correctional Health Partners and Dr. Jennifer Mix respectfully submits this Bill of Cost

Dated this 2nd day of November 2020.

Respectfully submitted,

*s/ Edmund M. Kennedy*
Edmund M. Kennedy, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:      303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEY FOR DEFENDANTS CHP AND JENNIFER MIX**

## **CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 2nd day of November 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Amy C. Colony, Esq.
amy.colony@coag.gov

Shawnee Ryan
Shawneeryan216@gmail.com

*s/ Marlene Wilson, Legal Assistant to:*
Andrew D. Ringel, Esq.
Edmund M. Kennedy, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:   303-628-3453
Fax:       303-628-3368
ringela@hallevans.com
kennedye@hallevans.com

**ATTORNEYS FOR DEFENDANTS CHP AND JENNIFER MIX**

3

United States District Court, District of Colorado
Procedures for Taxation of Costs - Pursuant to 28 U.S.C. § 1920

A bill of costs shall be submitted on the District of Colorado's local version of Form AO133, a copy of which is attached to this handout.  The completed form **shall be filed by electronic means** pursuant to D.C.COLO.LCivR 5.1 – Formatting, Filing And Serving Pleadings And Documents, *unless the filing party is authorized or directed to file in paper format*; if so, an original of the completed form shall be filed with the Clerk's office at Room A-105, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado 80294-3589.  Please submit your bill according to the procedures laid out in the court's Case Management/ Electronic Filing Procedures (Civil), available at http://www.cod.uscourts.gov/CourtOperations/CMECF.aspx. Specifically, Section 4.15 of the CM/ECF procedures provides: "The proposed bills of costs shall be filed electronically in CM/ECF using the docket event **Proposed Bill of Costs**."

**Pursuant to D.C.COLO.LCivR 54.1, a bill of costs must be filed with the court within fourteen days after entry of the judgment or final order.  Costs will be taxed by the Clerk or a designated deputy.  Prior to appearance before the clerk, counsel for the party seeking costs shall file a written statement that a reasonable effort has been made, in a conference with opposing counsel or an unrepresented party, to resolve disputes regarding costs.  Please indicate on the statement if there is a partial agreement or lack of objection as to certain costs claimed, and please indicate what those costs are.  If costs are resolved, a stipulation setting forth the amount of costs shall be filed with the court.  If a stipulation is filed, please contact the Clerk's Office in order to vacate the taxation of costs hearing.**

When filing a bill of costs, be sure to insert in the appropriate box in the lower right hand portion of the form the date and time for your hearing.  You may select any Tuesday, Wednesday, or Thursday at **8:30**, **9:00** or **9:30** a.m.  You are to confer with the opposing counsel/party regarding a mutually agreeable date and time.  Hearings will be held in the Clerk's Office.  **YOU MUST REVIEW THE HEARING OFFICER'S GUIDE TO BILLS OF COSTS BEFORE SUBMITTING A BILL OF COSTS, AND EACH PARTY MUST REVIEW IT BEFORE THE BILL OF COSTS HEARING BEFORE THE CLERK.**  **NOTE – THE CLERK'S OFFICE LACKS THE RESOURCES TO CONFIRM BY PHONE THE DATE AND TIME OF YOUR HEARING. YOU WILL ONLY HEAR FROM THE CLERK IF THERE IS A SCHEDULING CONFLICT WITH THE DATE YOU PICKED.**

## General Information

For more information on taxation of costs see 28 U.S.C. §§ 1918, 1919, 1920, 1923 and 1924; Fed. R. Civ. P. 54(d)(1); and local rule D.C.COLO.LCivR 54.1.  *See also* 28 U.S.C. § 1821 regarding per diem, mileage, and subsistence rates generally, and policies re: taxi fares, parking fees, etc.

Motions for attorneys' fees and expenses should be filed separately for determination by the assigned judge.

Witness fees are **$40.00** a day and **$.575** per mile round trip, effective Jan. 1, 2020. Subsistence in Denver is **$275.00 (seasonal, Oct. 1 - 31, 2020; and April 1 - Sept. 30, 2021)**[1] if an overnight stay is required and **$76.00** for the final day of travel, effective Oct. 1, 2020. *See* http://www.gsa.gov/portal/category/100120 (per diem), and https://www.gsa.gov/travel/plan-book/transportation-airfare-rates-pov-rates-etc/privately-owned-vehicle-pov-mileage-reimbursement-rates (mileage).

Substantiating documentation, i.e., court reporter invoices, in-house and/or vendor copying charges, process server invoices, etc., **must** be submitted in support of costs.

**NOTE - EFFFECTIVE JULY 1, 2020 LEAD COUNSEL OR THE UNREPRESENTED PARTY FOR EACH SIDE MUST APPEAR IN PERSON FOR THE BILL OF COSTS HEARING BEFORE THE CLERK, OR SHOW GOOD CAUSE AS TO WHY A TELEPHONE APPEARANCE IS NECESSARY (i.e., a medical reason).**  At the date and time of the hearing, report to the Clerk's Office on the 1st floor.

---

[1] **Seasonal rate for Denver from Nov. 1 - Dec. 31, 2020 = $229.00; from Jan. 1 2021 - March 31, 2021=$238.00.**

**Revised Oct. 1, 2020**

\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\*

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

## BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| Shawnee Ryan | DOCKET NO. | |
| v. | | |
| CDOC, Correctional Health Partners, et al. | CASE NO. | 1:18-cv-00956-MSK-MEH |

Judgment having been entered in the above entitled action on **October 19, 2020**
against **Plaintiff** the clerk is requested to tax the following as costs:

### BILL OF COSTS

| Item | $ | Amount |
|---|---|---|
| Fees of the clerk | $ | 21.20 |
| Fees for service of summons and complaint | $ | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | |
| Fees and disbursements for printing | $ | 216.70 |
| Fees for witnesses (itemized on reverse side) | $ | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | |
| Docket fees under 28 U.S.C. § 1923 | $ | |
| Costs incident to taking of depositions | $ | 825.85 |
| Costs as shown on Mandate of Court of Appeals | $ | |
| Other costs (Please itemize) | $ | 21.20 |

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

TOTAL   $   **1,084.95**

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney   **s/Edmund M. Kennedy**

Print Name   **Edmund M. Kennedy**   Phone Number  **303-628-3404**

For:  **Correctional Health Partners and Dr. Jennifer Mix**   Date  **November 2, 2020**
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time   **Wednesday, December 9; 2020 - 9:00 a.m.**

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $

(BY) DEPUTY CLERK

CLERK OF COURT   DATE:
JEFFREY P. COLWELL

(Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | **TOTAL** | $0.00 |

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**: "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs:**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.



# INVOICE

U S Legal Support - Denver
1900 Grant StreetSuite 1025
Denver CO 80203
Phone: 303-832-5966

| Invoice No. | Invoice Date: | Payment Terms |
|---|---|---|
| 140090869 | 11/11/2019 | Due upon receipt |

| Job No. | Job Date: | Balance |
|---|---|---|
| 305974 | 10/18/2019 | $949.73 |

**Case Name**

Shawnee Ryan v. Correctional Health Partners, et al.

**Case No**

18CV00956MSKMEH

Edmund M. Kennedy
Hall & Evans, L.L.C.
1001 17th Street
Suite 300
Denver CO 80202

| Job Location | Ordered By | Reference Info. |
|---|---|---|
| Alfred A Arraj United States Courthouse<br>901 19th Street<br>Denver CO 80294 | Edmund M. Kennedy<br>Hall & Evans, L.L.C.<br>1001 17th Street<br>Suite 300<br>Denver CO 80202 | Client Matter No:<br>Claim No:<br>Insured: |

| Services/Items | Units | Rate | Amount | Discount | Charges |
|---|---|---|---|---|---|
| Items Covered: ELECTRONIC COPY OF DEPOSITION OFShawnee Ryan | | | | | |
| Copy | 271.00 | $2.90 | $785.90 | $0.00 | $785.90 |
| Exhibit Scanning | 50.00 | $0.29 | $14.50 | $0.00 | $14.50 |
| Exhibit Scanning Color | 1.00 | $0.45 | $0.45 | $0.00 | $0.45 |
| Lit Support Package | 1.00 | $25.00 | $25.00 | $0.00 | $25.00 |
| ( Taxable 0.00) | | | | | |
| | | | $825.85 | $0.00 | |

Thank you for your business. If you have any billing questions, please email swbilling@uslegalsupport.com. We will respond within 24 hours.

| | |
|---|---|
| **Total Due** | **$825.85** |
| (-) Payments/Credits | $0.00 |
| (+) Finance Charges/Debits | $123.88 |
| (=) New Balance | $949.73 |

**Tax ID : 76-0523238**

Phone: 303-628-3300    Fax:303-293-3238 or 303-293-3231

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*"Please detach bottom portion and return with payment."*

Edmund M. Kennedy
Hall & Evans, L.L.C.
1001 17th StreetSuite 300
Denver CO 80202

| Invoice No. | 140090869 |
|---|---|
| Invoice Date: | 11/11/2019 |
| Total Due | $949.73 |
| Job No. | 305974 |
| Case No: | 18CV00956MSKMEH |

Remit To:  **U.S. Legal Support**
            **P.O. Box 4772**
            **Houston TX 77210-4772**

**Call In Sheet for December 9th, 2020 Bill of Costs' Hearing at 9:00 am re:**

**Shawnee Ryan v. CDOC, et al, 18-cv-00956-MSK-MEH**

1. Plaintiff Shawnee Ryan's phone number 720-431-8319
2. Attorney for Defendant CDOC, Amy Colony's phone number 720-508-6615
3. Attorney for Defendants Correctional Healthcare Partners and Jennifer Mix, Ed Kennedy's phone number 303-628-3404