In the United States District Court

for the

District of Colorado

**Civil Action No: 18- cv- 956- MSK- MEH**

**Shawnee Ryan, Plaintiff**

**V**

**Defendants:**

    **Correctional Health Partners (et al) (dba Correctional Health Partners, Inc.; Physician Health Partners, Inc.)**

    **Jennifer Mix M.D. (Personal and Professional capacity)**

    **Hilary Victoroff N.P. (Personal and Professional capacity)**

___

**Plaintiff Response and Statement of Facts to**

**CHP Defendants' Bill of Costs Filing and Request**

**For Court Hearing (and) Motion to Void/Deny hearing**

___

**Plaintiff Shawnee Ryan,** comes now with the following response and statement of facts regarding the CHP Defendant Group filing at (ECF 258) in this closed case:

- Attorney Kennedy's statement: *"However, Ms. Ryan **"further stated"** that, although she doesn't oppose the Bill of Cost, she is not **"familiar enough"** with **the rules** for awarding costs **"so relies on this Court"** to ensure the costs are appropriate."*; is a false statement. As proof, Plaintiff Ryan attaches (attachment #1) the entire conversation between the parties, in the form of an email trail dated November 2020.

- It is not only clearly stated *that the Bill is unopposed*; it is simplistically stated and then repeatedly plainly stated to Attorney Kennedy (see attachment #1).

- *Where there may be a dislike*, on Hall and Evans part, **is the clearly stated decline, by Plaintiff Ryan to Attorney Kennedy's request/offer to** *void costs in exchange* **for Ryan waiving all rights to appeal the Court's dismissal orders. Plaintiff Ryan accepted the Bill of Costs (and) very clearly did not waive her rights to appeal the entire order/case.** In other words, the Bill of Costs stands as is and as ordered by the court.

- For the sake of crystal clarity:  Hall and Evans offer to void in exchange for waiver is declined.

- *An additional dislike that seems to exist* on the part of Hall and Evans, are the reality check statements, made in attachment #1 that there is a *total* of $10 expendable revenue per month, that any of Ryan's good faith payments will be made from. **As Ryan's proof of financials has been on file with this court since April 23, 2018 (and) administration of collection by Hall and Evans is a business decision and burden** (handling those monthly payments for however length of time it takes to pay off); it is also obvious that has nothing to do with the court and its governing at this time.  At $5.00 per month, when that $5.00 per month comes free and available; will span a total of 217 months/18 years to pay off the proposed Bill of Costs; that fact is not part of the court's view at this time.  It will only become part of the court's view in the future should Ryan default.

- **This case is closed** and Plaintiff believes that any further waste of resources, on anyone's part, is utterly and completely unwarranted.  **There is no dispute, there is no opposition and Plaintiff Ryan assures the court that she fully and completely understands the rules**.  Her statement, within attachment #1, regarding "as long as" the costs are "presented accurately" is nothing more than expression of her trust in Attorney Kennedy that they are accurate.  *<u>Obviously, a declaration of "no opposition" assumes truthfulness on CHP's part.</u>*

- **At this time, State AG has not presented a Bill of Costs.**  As State AG is a different and totally separate entity in this case, and has never been part of the CHP Group litigation/representation; Plaintiff will respond to State AG and directly to State AG rather than through Hall and Evans in their representation of CHP (et al).

**Plaintiff moves the Court** to deny CHP a hearing on their Bill of Costs, on the grounds that the request is frivolous in light of there being no opposition. Should the Court believe there is need to hold the hearing of December 9, 2020 at 9:00 a.m. in Courtroom 1002; Plaintiff requests the ability to appear by telephone due to the continued general orders regarding COVID exposures at court level (and) the undisputable facts that Shawnee Ryan, as long as there is a COVID pandemic, is extremely high-risk status health and remains obeying State and Federal mandates and guidelines to self-quarantine for safety purposes.

Respectfully submitted this 3rd day of November 2020.


Shawnee Ryan

CERTIFICATE OF MAILING

I hereby certify that I have mailed a true and accurate copy to the following, via CMECF system, on this 3rd day of November 2020.

Shawnee Ryan

Andrew Ringel

Edmund Kennedy

Amy Colony

Clerk of Court