**Gmail**

Shawnee Ryan <shawneeryan216@gmail.com>

## Re: Shawnee Ryan v. Correctional Health Partners, et al., No. 18cv00956-MSK-MEG:
1 message

**Shawnee Ryan** <shawneeryan216@gmail.com>  
To: "Kennedy, Edmund M." <kennedye@hallevans.com>

Mon, Nov 2, 2020 at 10:47 AM

Somewhat accurate.

No. There will be no waiver to my right of appeal against CHP et al.

Obviously, there is no ability to appeal an accurate Bill of Costs. What I gave you, in response, is the record of financial fact, (this court's balance is $190 at this time and after 2.5 yrs of payments made) regarding what CHP faces in collecting what will be truly good faith max ability payments, Ed. Whatever business decision HE and CHP make, from that reality, is their own to make and one I do not control. It is entirely up to those entities on any pursuit. As all know, in any collection or bankruptcy, government and court entities trump (no pun intended) all. They come first and everyone else falls in line. At the $10 total per month I already pay, the 'pot's' expendable revenue is tapped. As there is no other debt at this time, whichever of you gets your Bill of Costs ordered first is next in line.

So, the logical answer here is: No, your stand alone Bill of Costs will not be opposed and will be acknowledged to the court alongside my statement of paying in good faith with the long-standing financial facts the court is aware of.

Again, thanks all--

"Success is simple. Do the right things rather than the easy."

Shawnee Ryan

On Mon, Nov 2, 2020, 10:29 AM Kennedy, Edmund M. <kennedye@hallevans.com> wrote:

> Ms. Ryan --
>
> Thank you for the quick response.
>
> I just want to make sure I inform the court correctly. **You do not oppose the Bill of Costs totaling $1084.95?** These are pretty standard costs that are usually granted. The Pacer and Scanning costs are the only two that could be denied (but shouldn't) and they total only $42.40 so I believe the bulk of the costs will be awarded
>
> If my understanding is correct, would you be interested in waiving your right to appeal the dismissal of CHP for CHP waiving right to the costs?
>
> If that is something you would consider, I'll check with CHP.
>
> Thanks again and stay safe. Ed.
>
> **Edmund M. Kennedy** | Special Counsel  
> kennedye@hallevans.com  
> Tel: 303-628-3404

Hall & Evans, LLC
1001 Seventeenth Street, Suite 300
Denver, CO 80202

COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

**From:** Shawnee Ryan <shawneeryan216@gmail.com>
**Sent:** Monday, November 2, 2020 10:14 AM
**To:** Kennedy, Edmund M. <kennedye@hallevans.com>
**Cc:** Amy Colony <Amy.Colony@coag.gov>; Tamborello, Amber <tamborelloa@hallevans.com>
**Subject:** Re: Shawnee Ryan v. Correctional Health Partners, et al., No. 18cv00956-MSK-MEG:

Thank you for the well wishes, Ed. I too, hope you and your loved ones are staying healthy and safe during these times. Hopefully, we all will see the times turn for the better soon.

Of course, actual costs have nothing to oppose as long as they are factual.

With that said, please all note the reality before the court, fully on file, investigated and verified, annually and with every change the court saw in this case (and) by the court since April 23, 2018. Which follows:

1. The indigent amount able to pay the court, which remains first to the plate before anyone else, for fees; is $5.00 per month. Equal in status is criminal case restitution also at $5.00 per month. Total of $10 per month to prevailing courts hierarchy, out of my total $803 per month in income.

2. That puts, next in line, I assume Hall and Evans, since they 'beat' Amy to the line; at $5.00 per month, for a total of 217 months i.e. 18 years to cover the Bill of Costs attached.

Please note, that to the entirety of the voluminous records of this case; I will file acceptance of costs alongside reality above. From there, any scrutiny this case gets going forward over the years, as used by others in their future suits, can decide for themselves their own opinions.

Thanks all--

"Success is simple. Do the right things rather than the easy."

Shawnee Ryan

On Mon, Nov 2, 2020, 9:37 AM Kennedy, Edmund M. <kennedye@hallevans.com> wrote:

> I hope this email finds everyone and their families safe and healthy.
>
> We plan to file our Bill of Costs today and need to confer with all parties.

The break down for costs are as follows:

| | |
|---|---|
| 216.70 | Copies |
| 21.20 | Pacer |
| 21.20 | Scanning |
| 825.85 | Deposition of Shawnee Ryan |

**1084.95 Total**

If we don't hear back by 3:00 pm today, we will inform the Court the Bill of Costs is opposed.

Take care. Ed.

**Edmund M. Kennedy | Special Counsel**
kennedye@hallevans.com
Tel: 303-628-3404

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202

COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn

Confidentiality Notice: This e-mail and any files transmitted with it are confidential and intended solely for the named addressee(s) of this message and may be subject to attorney-client privilege or work-product protection. If you are not the named addressee, unauthorized use, disclosure or distribution is prohibited; please notify the sender by reply email and destroy all copies of the original message. Our spam protection may prevent any reply e-mail from being delivered. If I have not responded to your email within 48 hours, please contact our office at 303/628-3300. This e-mail and any attachments are believed to be free of viruses and defects, but it is the responsibility of the recipient to ensure that it is virus-free. The sender is not responsible for any loss or damage arising from its use.

---

**4 attachments**

HALL&EVANS LLC ATTORNEYS AT LAW    image001.png   10K

HALL&EVANS LLC ATTORNEYS AT LAW    HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png   30K

HALL&EVANS LLC ATTORNEYS AT LAW    image001.png   10K

**HALL&EVANS** ATTORNEYS AT LAW

HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png
30K