*** NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.***

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT |
|---|---|
| | DISTRICT OF COLORADO |
| Shawnee Ryan | DOCKET NO. |
| v. | |
| CDOC, Correctional Health Partners, et al. | CASE NO. |
| | 1:18-cv-00956-MSK-MEH |

Judgment having been entered in the above entitled action on **October 19, 2020**
against **Plaintiff** the clerk is requested to tax the following as costs:

## BILL OF COSTS

| Item | Amount |
|---|---|
| Fees of the clerk | $ 21.20 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ 216.70 |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 825.85 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ 21.20 |

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
Nov. 3, 2020
JEFFREY P. COLWELL, CLERK

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

TOTAL  $ **1,084.95**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney    **s/Edmund M. Kennedy**

Print Name    **Edmund M. Kennedy**    Phone Number    **303-628-3404**

For:   **Correctional Health Partners and Dr. Jennifer Mix**   Date   **November 2, 2020**
Name of Claiming Party

| | |
|---|---|
| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time   **Wednesday, December 9; 2020 - 9:00 a.m.** |
| | Amount Taxed $  **$1,084.95** |
| Costs are hereby taxed in the following amount and included in the judgment: | (BY) DEPUTY CLERK   **s/ Kelsey Montalban** |
| CLERK OF COURT JEFFREY P. COLWELL | DATE:  **Nov. 3, 2020** |

Clerk's note: As there are no objections by the Plaintiff (see Docket No. 260), costs are awarded in full to the Defendant in the amount of $1,084.95. Accordingly, the hearing scheduled for December 9, 2020, at 9:00 a.m., is VACATED.