Re: 18-cv-956-MSK    Nov. 7th, 2020

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
NOV 12 2020
JEFFREY P. COLWELL
CLERK

Clerk of Court,

Please note to record the following change of address.

Shawnee Ryan

1701 California St. #16668

Denver, Colo. 80202

Thank you,

/s/ Ryan

