```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX037107
Cashier ID: tv
Transaction Date: 11/12/2020
Payer Name: SHAWNEE RYAN
------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 19140827407
 Amt Tendered:  $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA Monthly
18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```