```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX098297
Cashier ID: ahl
Transaction Date: 03/05/2021
Payer Name: SHAWNEE RYAN
----------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:       $5.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 1493360
 Amt Tendered: $5.00
----------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00


PLRA Filing
18-CV-000956

A fee of $53.00 will be assessed
on any returned check.
```