```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX098636
Cashier ID: js
Transaction Date: 04/05/2021
Payer Name: SHAWNEE RYAN
------------------------------------
PLRA CIVIL FILING FEE
  For: SHAWNEE RYAN
  Case/Party: D-COX-1-18-CV-000956-001
  Amount:       $5.00
------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 001576494
  Amt Tendered: $5.00
------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
any returned check.
```