```
Court Name: U.S. District Court, Colorad
o
Division: 1
Receipt Number: COX098990
Cashier ID: ahl
Transaction Date: 05/06/2021
Payer Name: SHAWNEE RYAN

PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $10.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 001639699
 Amt Tendered: $10.00

Total Due:      $10.00
Total Tendered: $10.00
Change Amt:     $0.00


A fee of $53.00 will be assessed on
any returned check.
```