```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX099900
Cashier ID: cp
Transaction Date: 08/02/2021
Payer Name: SHAWNEE RYAN
------------------------------------
PLRA CIVIL FILING FEE
  For: SHAWNEE RYAN
  Case/Party: D-COX-1-18-CV-000956-001
  Amount:      $5.00
------------------------------------
PAPER CHECK CONVERSION
  Check/Money Order Num: 002192150
  Amt Tendered:  $5.00
------------------------------------
Total Due:         $5.00
Total Tendered:    $5.00
Change Amt:        $0.00
```

PLRA 18-CV-956-MSK-MEH

A fee of $53.00 will be assessed on any returned check.