```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX100984
Cashier ID: jt
Transaction Date: 11/01/2021
Payer Name: SHAWNEE RYAN
-----------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:     $5.00
-----------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002441498
 Amt Tendered: $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

Partial Civil Filing Fee

18-cv-00956-MSK-MEH


A fee of $53.00 will be assessed on
any returned check.
```