```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX101629
Cashier ID: js
Transaction Date: 01/03/2022
Payer Name: SHAWNEE RYAN
------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:         $5.00
------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002593244
 Amt Tendered:  $5.00
------------------------------------
Total Due:       $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA For case 18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```