```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX102293
Cashier ID: jc
Transaction Date: 03/01/2022
Payer Name: SHAWNEE RYAN
--------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:        $5.00
--------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002732169
 Amt Tendered: $5.00
--------------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00

PLRA filing fee
18-cv-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```