```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX102677
Cashier ID: no
Transaction Date: 04/01/2022
Payer Name: SHAWNEE RYAN
--------------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:          $5.00
--------------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 2028964
 Amt Tendered:   $5.00
--------------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PLRA Monthly Filing Fee

18-cr-956-MSK-MEH

A fee of $53.00 will be assessed on
any returned check.
```