```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX103050
Cashier ID: tg
Transaction Date: 05/03/2022
Payer Name: SHAWNEE RYAN
----------------------------------------
PLRA CIVIL FILING FEE
 For: SHAWNEE RYAN
 Case/Party: D-COX-1-18-CV-000956-001
 Amount:       $5.00
----------------------------------------
PAPER CHECK CONVERSION
 Check/Money Order Num: 002909356
 Amt Tendered:  $5.00
----------------------------------------
Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00

PLRA receipt
18-cv-00956-Mask-Meh


A fee of $53.00 will be assessed on
any returned check.
```