Court Name: U.S. District Court, Colorado

Division: 1
Receipt Number: COX104407
Cashier ID: tg
Transaction Date: 09/06/2022
Payer Name: SHAWNEE RYAN

---

PLRA CIVIL FILING FEE
  For: SHAWNEE RYAN
  Case/Party: D-COX-1-18-CV-000956-001
  Amount:        $5.00

---

PAPER CHECK CONVERSION
  Check/Money Order Num: 002315697
  Amt Tendered:  $5.00

---

Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PLRA fee
18-cv-956-MSK-MEH
Ryan

A fee of $53.00 will be assessed on
any returned check.