Generated: Jan 3, 2023 4:22PM                                                                                             Page 1/1



# U.S. District Court

### District of Colorado

THIS IS A COPY

Receipt Date: Jan 3, 2023 2:22PM

Shawnee Ryan

Rcpt. No: 105550              Trans. Date: Jan 3, 2023 2:22PM                                  Cashier ID: #TG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001<br>SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #002662161 | 01/3/2023 | | $5.00 |
| | | | Total Due Prior to Payment: | | $5.00 |
| | | | Total Tendered: | | $5.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: PLRA Fee For Ryan 18-CV-000956-MSK-MEH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.