

# U.S. District Court

## District of Colorado

Receipt Date: Feb 28, 2023 11:34AM

SHAWNEE RYAN

| Rcpt. No: 106161 | | Trans. Date: Feb 28, 2023 11:34AM | | | Cashier ID: #TG |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001<br>SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| **CD** | **Tender** | | | | **Amt** |
|---|---|---|---|---|---|
| CH | Check | #002866479 | 02/28/2023 | | $5.00 |
| | | | Total Due Prior to Payment: | | $5.00 |
| | | | Total Tendered: | | $5.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: PLRA fee Shawnee 18-cv-00956-MSK-MEH.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.