Generated: Apr 5, 2023 2:37PM                                                                                       Page 1/1



# U.S. District Court

### District of Colorado

Receipt Date: Apr 5, 2023 2:37PM

SHAWNEE RYAN

Rcpt. No: 106542                   Trans. Date: Apr 5, 2023 2:37PM                   Cashier ID: #JC

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001<br>SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #002981159 | 04/5/2023 | | $5.00 |

Total Due Prior to Payment: $5.00
Total Tendered: $5.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: PLRA filing fee for 18-cv-956-MSK-MEH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.