

# U.S. District Court

## District of Colorado

Receipt Date: May 1, 2023 1:39PM

SHAWNEE RYAN

Rcpt. No: 106803      Trans. Date: May 1, 2023 1:39PM      Cashier ID: #TG

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|----|---------|----------------------|-----|-------|-----|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001 SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
|----|--------|--|--|-----|
| CH | Check | #003075853 | 05/1/2023 | $5.00 |

Total Due Prior to Payment: $5.00

Total Tendered: $5.00

Total Cash Received: $0.00

Cash Change Amount: $0.00

**Comments**: PLRA fee Ryan 18-cv-00956-MSK-MEH.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.