

# U.S. District Court

### District of Colorado

Receipt Date: Jul 3, 2023 1:57PM

Shawnee Ryan

| Rcpt. No: 107442 | | Trans. Date: Jul 3, 2023 1:57PM | | | Cashier ID: #NO |
|---|---|---|---|---|---|
| **CD** | **Purpose** | **Case/Party/Defendant** | **Qty** | **Price** | **Amt** |
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001 SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #3505489 | 07/3/2023 | $5.00 |
| | | | Total Due Prior to Payment: | $5.00 |
| | | | Total Tendered: | $5.00 |
| | | | Total Cash Received: | $0.00 |
| | | | Cash Change Amount: | $0.00 |

**Comments**: PLRA payment for 18-cv-956-MSK-MEH

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.