

# U.S. District Court

## District of Colorado

**THIS IS A COPY**

**AMENDED RECEIPT**

Receipt Date: Aug 1, 2023 3:41PM

Shawnee Ryan

| Rcpt. No: 107753 | Trans. Date: Aug 1, 2023 3:41PM | | | Cashier ID: #EF |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001 SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #003610497 | 08/1/2023 | $5.00 |

|  |  |
|---|---|
| Total Due Prior to Payment: | $5.00 |
| Total Tendered: | $5.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: PLRA filing fee 18-cv-956-MSK-MEH

**RECEIPT AMENDED** by staff #5024 8/1/2023 3:43 PM  
**AMENDMENT VERIFIED** by staff #3303 8/1/2023 4:06 PM  
**Correction Reason**: 99) Other Incorrect comments

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.