

# U.S. District Court

## District of Colorado

Receipt Date: Sep 5, 2023 2:05PM

SHAWNEE RYAN

| Rcpt. No: 108092 | Trans. Date: Sep 5, 2023 2:05PM | | Cashier ID: #TG |

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001<br>SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | | Amt |
|---|---|---|---|---|---|
| CH | Check | #003709539 | 09/5/2023 | | $5.00 |
| | | | Total Due Prior to Payment: | | $5.00 |
| | | | Total Tendered: | | $5.00 |
| | | | Total Cash Received: | | $0.00 |
| | | | Cash Change Amount: | | $0.00 |

**Comments**: PLRA Fee Shawnee Ryan 18-cv-00956-MSK-MEH.

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.