

# U.S. District Court

## District of Colorado

Receipt Date: Oct 10, 2023 3:27PM

Shawnee Ryan

| Rcpt. No: 108475 | Trans. Date: Oct 10, 2023 3:27PM | Cashier ID: #BL |
|---|---|---|

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 201 | Civil Filing Fee/PLRA/CCAM | DCOX118CV000956 /001 SHAWNEE RYAN | 1 | 5.00 | 5.00 |

| CD | Tender | | | Amt |
|---|---|---|---|---|
| CH | Check | #003826497 | 10/10/2023 | $5.00 |

|  | |
|---|---|
| Total Due Prior to Payment: | $5.00 |
| Total Tendered: | $5.00 |
| Total Cash Received: | $0.00 |
| Cash Change Amount: | $0.00 |

**Comments**: 1:18-cv-00956-MSK-MEH PLRA

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.